UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
LEIGHTON TECHNOLOGIES LLC,          :

              Plaintiff,          :

      - against -                         :

OBERTHUR CARD SYSTEMS, S.A.         :

             Defendant.          :
----------------------------------x

JUDGE McMAHON

04 CV 02496
Civil Action No.: _____

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Leighton Technologies LLC, ("Leighton Technologies") certifies that Leighton Technologies has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

NYA 664477.1

Date:  March 30, 2004
       New York, New York

*[signature]*

Joseph Floriani, Esq. (JF 0305)
CLIFFORD CHANCE US LLP
200 Park Avenue
New York, NY 10166-0153
Tel: 212-878-8000
Fax: 212-878-8375
*Attorneys for Plaintiff*

**Of Counsel**:

Michael A. O'Shea, Esq.
Jin-Suk Park, Esq.
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC 20006-1001
Tel: 202-912-5000
Fax: 202-912-6000


General Patent Corporation International
Neil G. Cohen, Esq. (NC 0648)
75 Montebello Road
Suffern, NY 10901-3740
Tel: 845-368-2264
Fax: 845-818-3945