UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
                                       :

LEIGHTON TECHNOLOGIES LLC,         :

            Plaintiff,           :

                                         :

         -against-           :    04 Civ. 02496 (CM)(LMS)

                                         :

OBERTHUR CARD SYSTEMS, S.A.        :

            Defendant.          :

                                         :
--------------------------------------------------------- x

**STIPULATION AND ORDER ACKNOWLEDGING SERVICE OF PROCESS,
EXTENDING TIME TO ANSWER, AND
ADJOURNING INITIAL PRETRIAL CONFERENCE**

        IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff

Leighton Technologies LLC ("Leighton") and defendant Oberthur Card Systems, S.A.

("Oberthur"), by and through their undersigned counsel, that:

        1.      Oberthur acknowledges service of process on May 5, 2004 in Nanterre,

France and irrevocably waives any and all defenses to improper service of process.

        2.      The time in which Oberthur shall answer, move, or otherwise respond to

the Complaint shall be extended 45 days from May 25, 2004 to July 9, 2004.

        3.      The initial pretrial conference currently scheduled for May 21, 2004 at

10:30 a.m. is adjourned until _7/16_ at _9:45 AM_ m, which is a date and time as

soon after July 9, 2004 as is convenient to the Court.

NYCDMS/423050.1

```
+-----------------------------------+
| USDC SDNY                         |
| DOCUMENT                          |
| ELECTRONICALLY  FILED             |
| DOC #: _____            |
| DATE FILED: _____          |
+-----------------------------------+
```

Copies mailed / handed / faxed to counsel ____/____

5/19/04

This is the first request for an extension of time. Oberthur will not request any

further extensions of time to answer, move or otherwise respond.

Dated:    New York, New York
          May 18, 2004

BAKER & McKENZIE

By: _____
    James David Jacobs
    805 Third Avenue
    New York, NY 10022
    (212) 751-5700
    Attorneys for Plaintiff Oberthur Card
    Systems, S.A.


CLIFFORD CHANCE US LP

By: _____
    Michael A. O'Shea. Esq.
    2001 K Street, NW
    Washington, DC 20006-0001
    (202) 912-5000
    Attorneys for Defendant Leighton
    Technologies LLC


SO ORDERED:
Dated: 5/19/04

_____
**Colleen McMahon**
**United States District Court Judge**

NYCDMS/423050.1