UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEIGHTON TECHNOLOGIES LLC,           :

                Plaintiff,           :

          - against -                  :       04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.          :       <u>WITHDRAWAL OF ATTORNEY</u>

                Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Joseph Floriani be withdrawn from the docket and substituted by Patrick L. Parker as counsel for plaintiff Leighton Technologies LLC, and requests that copies of all papers in this action be served on Patrick L. Parker, Esq. at the address listed below.

Dated: May 21, 2004
       New York, New York

CLIFFORD CHANCE US LLP

By: _____
     Patrick L. Parker (PP-5892)
31 West 52nd Street
New York, New York 10019
(212) 878-8000

Attorneys for Plaintiff
Leighton Technologies LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

TO:   James David Jacobs
        BAKER & McKENZIE
        805 Third Avenue
        New York, New York 10022

        Attorneys for Defendant
        Oberthur Card Systems, S.A.

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

6-7-04

NYA 673489.1

## CERTIFICATE OF CAUSATION OF SERVICE

I hereby certify under penalty of perjury that on May 21, 2004, I caused a true and correct copies of the attached document to be served upon the parties shown below:

**BY MAIL**

*James David Jacobs, Esq.*
**Baker & McKenzie**
805 Third Avenue
New York, NY 10022

Dated: New York, New York
       May 21, 2004

_____
Damien A. Morris

NYB 1276749.1