James David Jacobs (JJ-7351)
Frank Gasparo (FG-2958)
BAKER & MCKENZIE
805 Third Avenue
New York, New York 10022
(212) 751-5700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
LEIGHTON TECHNOLOGIES LLC,    )    Case No.
                                                        )    04 Civ. 02496 (CM)
      **Plaintiff**                                 )
                                                        )    **RULE 7.1 STATMENT**
      -vs-                                         )
                                                        )
OBERTHUR CARD SYSTEMS, S.A.,    )
                                                        )
      **Defendant**                              )    **ELECTRONICALLY FILED**
------------------------------------------------------------

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (a private non-government party) certifies that defendant has no publicly traded corporation that hold more than 10% of its stock.

                                                    BAKER & McKENZIE

                                                    _____/s/_____
                                                    By: James David Jacobs (JJ-7351)
                                                    Attorneys for Defendant Oberthur Card
                                                          Systems, S.A.
                                                   805 Third Avenue
                                                   New York, New York 10022
                                                   (212) 891 4951