UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>OBERTHUR CARD SYSTEMS, S.A.,<br><br>Defendant and Counterclaim Plaintiff. | 04 Civ. 2496 (CM)(LMS)<br><br>**REPLY TO COUNTERCLAIMS** |

Plaintiff and Counterclaim Defendant, Leighton Technologies ("Leighton"), by its undersigned counsel, replies as follows to the Counterclaims of Defendant and Counterclaim Plaintiff, Oberthur Card Systems, S.A. ("OCS").

1.     Regarding the allegations set forth in Paragraph 33 of the Counterclaims, Leighton admits that OCS purports to state a counterclaim.

2.     Regarding the allegations set forth in Paragraph 34 of the Counterclaims, Leighton denies that this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), and 35 U.S.C. § 291, but admits that the Court has jurisdiction over it.

3.     Leighton admits the allegations set forth in Paragraph 35 of the Counterclaims.

4.     Leighton admits the allegations set forth in Paragraph 36 of the Counterclaims.

5.     Leighton admits the allegations set forth in Paragraph 37 of the Counterclaims.

6.     Leighton denies the allegations set forth in Paragraph 38 of the Counterclaims.

7.     Leighton denies the allegations set forth in Paragraph 39 of the Counterclaims.

8.     Leighton denies the allegations set forth in Paragraph 40 of the Counterclaims, except that it admits that an actual and justiciable case and controversy exists between Leighton and OCS.

9.      Leighton denies the allegations set forth in Paragraph 41 of the Counterclaims.

10.     Regarding the allegations set forth in Paragraph 42 of the Counterclaims, Leighton repeats and realleges its responses to paragraphs 33 through 41 inclusive as if fully set forth here.

11.     Regarding the allegations set forth in Paragraph 43 of the Counterclaims, Leighton admits that OCS purports to state a counterclaim and a basis for jurisdiction.

12.     Leighton denies the allegations set forth in Paragraph 44 of the Counterclaims, except that it admits that Keith Leighton caused to be filed, on September 22, 1998, an application that matured into the '155 patent.

13.     Leighton admits the allegations set forth in Paragraph 45 of the Counterclaims.

14.     Leighton admits the allegations set forth in Paragraph 46 of the Counterclaims.

15.     Leighton admits the allegations set forth in Paragraph 47 of the Counterclaims.

16.     Leighton admits the allegations set forth in Paragraph 48 of the Counterclaims.

17.     Leighton denies the allegations set forth in Paragraph 49 of the Counterclaims.

18.     Leighton denies the allegations set forth in Paragraph 50 of the Counterclaims.

19.     Leighton denies the allegations set forth in Paragraph 51 of the Counterclaims.

20.     Leighton denies the allegations set forth in Paragraph 52 of the Counterclaims.

21.     Leighton denies the allegations set forth in Paragraph 53 of the Counterclaims, except that it admits that an actual and justiciable case and controversy exists between Leighton and OCS.

22.     Leighton denies the allegations set forth in Paragraph 54 of the Counterclaims.

NYA 682440.1

**AFFIRMATIVE DEFENSE**

21.     As a further defense to the Counterclaims and to each and every cause of action purported to be asserted therein, Leighton responds that the Counterclaims fail to state any claim upon which relief can be granted.

**PRAYER FOR RELIEF**

WHEREFORE, Leighton prays for judgment against OCS as follows:

A.     That the Counterclaims be dismissed and the relief sought by OCS be denied such that OCS take nothing;

B.     For judgment in favor of Leighton on the Counterclaims;

C.     For costs, including such reasonable attorneys' fees as the Court may find recoverable; and

D.     For such further or alternate relief as the Court deems just and proper.

NYA 682440.1

Dated: July 26, 2004
New York, New York

LEIGHTON TECHNOLOGIES LLC

By   /s/ Patrick L. Parker
Michael A. O'Shea (MO-7985)
Patrick L. Parker (PP-5892)
Jin-Suk Park (JP-1512)

CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel: 212-878-8000
*Attorneys for Plaintiff*

**Of Counsel**:

Neil G. Cohen (NC-0648)
General Patent Corporation International
75 Montebello Road
Suffern, NY 10901-3740
Tel.: 845-368-2264
*Attorney for Plaintiff*

NYA 682440.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on July 26, 2004, I caused a true and correct copy of the foregoing "REPLY TO COUNTERCLAIMS" to be served on counsel for defendant by facsimile and U.S. Mail, as follows:

*James David Jacobs, Esq.*
**Baker & McKenzie LLP**
805 Third Avenue
New York, NY 10022
Fax: 212-310-1651

Dated: July 26, 2004
          New York, New York

/s/ Damien A. Morris
Damien A. Morris

NYA 682440.1