UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Leighton Technologies LLC,

        Plaintiff(s),

        -against-

Oberthur Card Systems, S.A.,

        Defendant(s).
----------------------------------------X

04 Civ. 2496 (CM)(LMS)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

__✓__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

_____ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____
_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 7/16/04
White Plains, New York

SO ORDERED

Hon. Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____