UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 22 2004

---------------------------------------------------x

LEIGHTON TECHNOLOGIES, LLC

                    Plaintiff,

                                                    04 Civ. 2496 (CM)

against


OBERTHUR CARD SYSTEMS, SA

                    Defendant.

---------------------------------------------------x

SCHEDULING ORDER

McMahon, J.

        Phase I of the Markman hearing will be held December 6-8, 2004. Phase I will be limited to claim construction based on intrinsic evidence.

        Plaintiff must submit to the Court a definitive list of claims to be construed by September 30, 2004.

        The parties are hereby ordered to exchange simultaneous briefs setting forth their positions on disputed issues of claim construction, relying only on intrinsic evidence, on or before October 29, 2004. Simultaneous responses are due November 19, 2004.


        SO ORDERED


Dated: July 16, 2004

_____
                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____