UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
LEIGHTON TECHNOLOGIES LLC,        :

               Plaintiff,     :

            - against -           :    04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.       :

               Defendant.     :
---------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Clifford Chance US LLP hereby appears in the above-captioned action as counsel for Plaintiff Leighton Technologies LLC, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon:

                            Patrick L. Parker
                            Clifford Chance US LLP
                            31 West 52nd Street
                            New York, NY 10019
                            (212) 878-8000 (phone)
                            (212) 878-8375 (fax)

Dated: New York, New York
August 2, 2004

CLIFFORD CHANCE US LLP

By: /s/ Patrick L. Parker
Patrick L. Parker (PP-5892)

31 West 52nd Street
New York, New York 10019
(212) 878-8000

*Attorney for Plaintiff Leighton
Technologies LLC*

TO: James David Jacobs
Baker & McKenzie
805 Third Avenue
New York, New York 10022

## CERTIFICATE OF CAUSATION OF SERVICE

        I hereby certify under penalty of perjury that on August 4, 2004, I caused a true and correct copies of the attached document to be served upon the parties shown below:

### *BY MAIL*

*James David Jacobs, Esq.*
**Baker & McKenzie**
805 Third Avenue
New York, NY 10022

Dated: New York, New York
       August 4, 2004

                                        /s/ Damien A. Morris
                                          Damien A. Morris