**ORDER**

**Before: Hon. Lisa Margaret Smith, USMJ**

United States District Court
Southern District of New York
-----------------------------X

LEIGHTON

Plaintiff(s)

against

OBERTHUR

Defendant(s)
-----------------------------X

Docket# 04CV2496    CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

✓ Pretrial Conference (In Person/Telephone)
__ Settlement Conference
__ Other_____

__ Began    ✓ Held    __ Continued    __ Completed    __ Scheduled

Date **09/08/2004**    Time **1100**    Duration (Min) **65**

For Plaintiff
Joseph Floriani
Clifford Chance LLP
200 Park Avenue
New York, NY 10166
212 878 8000

*Mr. Neil Cohen*

For Defendant
James David Jacobs
Baker & McKenzie
805 Third Avenue
New York, NY 10022
212 891 3951

*Mr. Gasparo*

U. S. DISTRICT COURT
FILED W.P.
SEP - 8 2004
S. D. OF N. Y.

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.
9/8/04

Docs Δ holds from CARDAG to be produced to π electronically or by fax after 4 and before 6 pm EST tomorrow Thurs. Sept. 9 – subj to conf order.
Δ to notify CARDAG of this order by telephone, email +/or fax no later than 4pm EST today in order that CARDAG may seek a further protective order before 4 pm tomorrow.

__ Judge's Decision
__ Jury Verdict
__ Remarks

9/8/0cc
9/8 9:30cc

**ADJOURNED DATE**

TAPELOG
Tape

From    To

Submitted by_____
Courtroom Deputy

ORDER CONTINUED OVER

The docs Δ holds from Philips Semiconductors and American Express Travel Related Services Co., Inc., are to be produced to TI electronically or by fax after 4pm and before 6pm ET tomorrow, Sept. 9, and will be subject to the confidentiality order. Δ is to notify Philips and American Express of this order by telephone, email +/or fax no later than 4pm ET today, in order that each company may seek a further protective order before 4pm tomorrow.

The same order applies to the STI documents held by Δ, unless the confidentiality order reveals some new or different concern.

Δ's claim of work product protection for ∂ AONTEC documents, id'd to the Court, is sustained. TI may depose AONTEC representative on the underlying facts — dates revised as follows: Submission of definitive list of claims to be construed extended to Oct. 15; briefs due Nov. 5, responding briefs Nov. 29, Markman hrg remains Dec 6-8

Deposition of Mr. Limelette, to take place in Paris France