AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies LLC

v.

Oberthur Card Systems, S.A.

**APPEARANCE**

Case Number: 04 CV 02496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Leighton Technologies LLC

I certify that I am admitted to practice in this court.

September 9, 2004
Date

/s/
Signature

Neil G. Cohen — NC-0648
Print Name — Bar Number

c/o General Patent Corporation
Address

75 Montebello Road, Suffern, NY 10901
City       State       Zip Code

(845) 368-4000 — (845) 368-8770
Phone Number — Fax Number

# CERTIFICATE OF CAUSATION OF SERVICE

I hereby certify under penalty of perjury that on September 9, 2004, I caused a true and correct copies of the attached document to be served upon the parties shown below:

## *BY MAIL*

*James David Jacobs, Esq.*
**Baker & McKenzie**
805 Third Avenue
New York, NY 10022

Dated: New York, New York
       September 9, 2004

/s/ Joseph A. Fink
Joseph A. Fink