UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
:
LEIGHTON TECHNOLOGIES LLC,
:
                        Plaintiff,                     04 CV 2496 (CM)(LMS)
:
       - against -
:                **NOTICE OF MOTION**
OBERTHUR CARD SYSTEMS, S.A.                 **FOR ADMISSION**
:                ***PRO HAC VICE***
                     Defendant.            **OF VALERIA CALAFIORE**

------------------------------x

       PLEASE TAKE NOTICE that upon the annexed Affirmation of Patrick L. Parker, sworn to September 13, 2004, together with the exhibit submitted therewith, the undersigned will move this Court before Honorable Lisa Margaret Smith, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 300 Quarropas Street, Room 428, White Plains, New York, for an order pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York admitting Valeria Calafiore to the bar of this Court *pro hac vice* in order to argue or try the above-captioned case on behalf of Plaintiff.

NYA 690027.1

Dated: New York, New York
September 13, 2004

Respectfully submitted,

CLIFFORD CHANCE US LLP

By: /s/ Patrick L. Parker
 Patrick L. Parker (PP-5892)

31 West 52nd Street
New York, NY 10019 6131
(212) 878-8000

Attorneys for plaintiff

TO: James David Jacobs
BAKER & McKENZIE
805 Third Avenue
New York, New York 10022

Attorneys for Defendant
 Oberthur Card Systems, S.A.

NYA 690027.1