UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                     :

LEIGHTON TECHNOLOGIES LLC,
                                     :

            Plaintiff,   :    04 CV 2496 (CM)(LMS)

      - against -
                               :    **AFFIRMATION OF PATRICK L.**
                                         **PARKER IN SUPPORT OF**
OBERTHUR CARD SYSTEMS, S.A.     **MOTION FOR ADMISSION *PRO***
                                         :    ***HAC VICE* OF VALERIA**
            Defendant.        **CALAFIORE**

---------------------------------x


STATE OF NEW YORK    )
                           : ss.
COUNTY OF NEW YORK  )

        PATRICK L. PARKER, being first duly sworn, deposes and says:

        1.    I am an associate at the firm Clifford Chance US LLP. I respectfully submit this Affirmation in support of the motion pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order granting Valeria Calafiore admission to the bar of the United States District Court for the Southern District of New York pro hac vice in order to argue and try the above-captioned case.

        2.    I am a member in good standing of the bar of this Court.

        3.    Ms. Calafiore is an associate at the New York office of Clifford Chance US LLP. She was admitted to the bar of the State of New York on May 10, 2004, and is a member in good standing of the bar of the State of New York. An original certificate of good standing issued by the State Bar of New York is attached hereto.

4. I believe that Ms. Calafiore is of the highest character, reputation and competence. It is respectfully submitted that Valeria Calafiore is well qualified for admission *pro hac vice*.

WHEREFORE, it is respectfully requested that the Court grant the motion for admission.

Subscribed and affirmed to under the
penalties of perjury on September 13, 2004

/s/ Patrick L. Parker
PATRICK L. PARKER (PP-5892)

31 West 52nd Street
New York, NY 10019 6131
(212) 878-8000

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

---

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## VALERIA CALAFIORE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 10th day of May, 2004 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 13, 2004

_Catherine O'Hagan Wolfe_
Clerk

9001