UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

LEIGHTON TECHNOLOGIES LLC,         :

                  Plaintiff,      :       04 CV 2496 (CM)(LMS)

          - against -      :     **CERTIFICATE OF SERVICE**

OBERTHUR CARD SYSTEMS, S.A.    :

                 Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        I hereby certify under penalty of perjury that on September 13, 2004, I caused a true and correct copy plaintiff's *Notice of Motion for Admission Pro Hac Vice of Valeria Calafiore, Affirmation of Patrick L. Parker in Support, and Order in Support* to be served upon the party shown below:

**_BY MAIL_**

*James David Jacobs, Esq.*
**Baker & McKenzie**
805 Third Avenue
New York, New York 10022

Dated: New York, New York
       September 13, 2004

                                    _/s/ Joseph Fink_
                                      Joseph Fink