MEMORANDUM TO DOCKET CLERK / TAPELOG / ORDER

Before: Hon. Lisa Margaret Smith, USMJ

United States District Court
Southern District of New York
-------------------------------X
LEIGHTON                                    Docket# 04CV2496    CM

                    Plaintiff(s)

         against

OBERTHUR                                    SO ORDERED: *[signature]*

                    Defendant(s)
-------------------------------X            Hon. Lisa Margaret Smith
                                                   U.S.M.J.    9/10/04

✓ Pretrial Conference   (In Person/Telephone)
__ Settlement Conference
__ Other _____

__ Began   ✓ Held   __ Continued   __ Completed   __ Scheduled

Date ~~10/08/2004~~ 9/10/04    Time ~~0930~~ 1400    Duration (Min) 20

For Plaintiff:
Joseph Floriani
Clifford Chance LLP
200 Park Avenue
New York, NY 10166
212 878 8000

Neil Cohen

For Defendant:
James David Jacobs
Baker & McKenzie
805 Third Avenue
New York, NY 10022
212 891 3951

[Stamp: U.S. DISTRICT COURT FILED W.P. SEP 10 2004 S.D. OF N.Y.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]

Non Party    Larry Hirsch (Amex) (non-party)
             Jim Hall    "

__ Judge's Decision
__ Jury Verdict
__ Remarks

Documents held by ∆ that were obtained from Am Ex are to be produced to π by fax or electronic delivery no later than 5pm ET today. They are produced pursuant to the Conf. Order, but shall not be shown to or discussed w/ counsel for GPCI without further order of the court.

ADJOURNED DATE
    TAPELOG
Tape
(From      To                              Submitted by _____
 OVER)                                                    Courtroom Deputy