UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                  :
LEIGHTON TECHNOLOGIES LLC,        :
                                  :
                    Plaintiff,    :       04 CV 2496 (CM)(LMS)
                                  :
        - against -               :       **NOTICE OF MOTION
                                  :       FOR ADMISSION**
OBERTHUR CARD SYSTEMS, S.A.       :       ***PRO HAC VICE***
                                  :       **OF VALERIA CALAFIORE**
                    Defendant.    :
---------------------------------x



PLEASE TAKE NOTICE that upon the annexed Affirmation of Patrick L. Parker, sworn to September 13, 2004, together with the exhibit submitted therewith, the undersigned will move this Court before Honorable Lisa Margaret Smith, United States Magistrate Judge, at the United States District Court for the Southern District of New York, 300 Quarropas Street, Room 428, White Plains, New York, for an order pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York admitting Valeria Calafiore to the bar of this Court pro hac vice in order to argue or try the above-captioned case on behalf of Plaintiff.

SO ORDERED:

9/14/04

Hon. Lisa Margaret Smith
U.S.M.J.

NYA 690027.1