UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEIGHTON TECHNOLOGIES LLC,

    Plaintiff and Counterclaim Defendant,

v.

OBERTHUR CARD SYSTEMS, S.A.,

    Defendant and Counterclaim Plaintiff.

04 Civ. 02496 (CM)(LMS)

**DEFINITIVE LIST OF CLAIMS TO BE CONSTRUED BY THE COURT**

Hon. Colleen McMahon

---

Pursuant to the Scheduling Order of the Court dated July 16, 2004, as modified by order of the Court dated September 8, 2004, Plaintiff Leighton Technologies LLC submits the following list of claims to be construed by the Court in connection with the Markman hearing to be held on December 6-8, 2004:

U.S. Patent No. 5,817,207: Claims 1, 6, 7, 8, 11, and 14-16

U.S. Patent No. 6,214,155: Claims 1, 6, 7, 8, and 12-15

U.S. Patent No. 6,036,099: Claims 1, 6, 7, 9, 12, and 14-16

U.S. Patent No. 6,514,367: Claims 1, 6, 9, 12, 15-17, and 19-23

Respectfully submitted,

*/s/ Neil G. Cohen/*

Dated: October 15, 2004

Neil G. Cohen, Esq. (NC-0648)
General Patent Corporation International
75 Montebello Road
Suffern, NY 10901-3740
Tel.: 845-368-2264
Fax: 845-818-3945
*Attorney for Plaintiff*

Michael A. O'Shea, Esq. (MO-7985)
Jin-Suk Park, Esq. (JP-1512)
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC 20006-1001
Tel: 202-912-5000
*Attorneys for Plaintiff*

Patrick L. Parker, Esq. (PP-5892)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Tel: 212-878-8000
*Attorneys for Plaintiff*