# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing "Definitive List Of Claims To Be Construed By The Court" was served on counsel for defendant Oberthur Card Systems, S.A., by sending a copy of this documents by first class mail on October 15, 2004 to the following:

> James David Jacobs
> Baker & McKenzie LLP
> 805 Third Avenue
> New York, NY 10022
> (Fax: 1-212-310-1651)

_____
Joseph Fink