IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, | )<br>)<br>) |
| Plaintiff and Counterclaim Defendant, | )<br>) |
| v. | ) 04 Civ. 02496 (CM)(LMS)<br>)<br>) Hon. Colleen McMahon |
| OBERTHUR CARD SYSTEMS, S.A., | )<br>)<br>) |
| Defendant and Counterclaim Plaintiff. | )<br>) |

# DECLARATION OF NEIL G. COHEN IN SUPPORT OF

# PLAINTIFF'S BRIEF IN SUPPORT OF ITS CLAIM CONSTRUCTION

NYA 698199.1

## DECLARATION OF NEIL G. COHEN

I, Neil G. Cohen, declare as follows:

1. I am an attorney admitted to practice before this Court in the above-referenced litigation. I have personal knowledge of the following, and if called to testify under oath in these proceedings, I would competently testify thereto.

2. Attached as *Exhibit A* is a true and correct copy of United States Patent No. 5,817,207.

3. Attached as *Exhibit B* is a true and correct copy of United States Patent No. 6,036,099.

4. Attached as *Exhibit C* is a true and correct copy of United States Patent No. 6,214,155.

5. Attached as *Exhibit D* is a true and correct copy of United States Patent No. 6,514,367.

6. Attached as *Exhibit E* is a true and correct copy of United States Patent No. 4,450,024.

7. Attached as *Exhibit F* is a true and correct copy of United States Patent No. 5,519,201.

8. Attached as *Exhibit G* is a true and correct copy of the prosecution history of United States Patent No. 5,817,207 (excluding copies of references cited therein).

9. Attached as *Exhibit H* is a true and correct copy of the prosecution history of United States Patent No. 6,214,155 (excluding copies of references cited therein).

10. Attached as *Exhibit I* is a true and correct copy of the prosecution history of United States Patent No. 6,036,099 (excluding copies of references cited therein).

11. Attached as *Exhibit J* is a true and correct copy of the prosecution history of United States Patent No. 6,514,367 (including copies of references cited therein).

12. Attached as *Exhibit K* is a true and correct copy of the "Definitive List Of Claims To Be Construed By The Court" (filed October 15, 2004).

13. Attached as *Exhibit L* is a true and correct copy of "Claim Tables" compiled from the website of the United States Patent And Trademark Office (www.uspto.gov).

NYA 698199.1

14. Attached as *Exhibit M* is a true and correct copy of excerpts from *Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., McGraw Hill 5th ed 1994).

15. Attached as *Exhibit N* is a true and correct copy of excerpts from *Electronic Packaging, Microelectronics, and Interconnection Dictionary* p. 26 (Harper et al., McGraw-Hill, Inc. 1993).

16. Attached as *Exhibit O* is a true and correct copy of excerpts from *Webster's Collegiate Dictionary, 10th Ed.*, © 1999; principal © 1993.

17. Attached as Exhibit P is a true and correct copy of excerpts from *Dictionary of Composite Materials* (Stuart Lee ed., Technomic Publishing Co., Inc. 1989).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November 2004, at Suffern, New York

_____
Neil G. Cohen