# TAB G

# PART 3

Serial Number: 08/727,789                                          Page 2

Art Unit: 1733

1.      An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

2.      The application has been amended as follows:

Claims 20-22 have been canceled without prejudice as being directed to a non-elected invention.

3.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Francis J. Lorin whose telephone number is (703) 308-2061.

        Any inquiry of a general nature can be directed to the Group receptionist at (703) 308-

0651.

        The FAX number for any official papers (i.e., papers that will be entered as part of the file

wrapper) for Group Art Unit 1733 is (703) 305-3601.

        Any unofficial papers (e.g., proposed amendments) can be submitted by FAX using 305-

7115.

                                FRANCIS J. LORIN
                                PRIMARY EXAMINER
                                ART UNIT 1733

Francis J. Lorin
April 13, 1998

                                                                        G82



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

Address:    Box ISSUE FEE
            ASSISTANT COMMISSIONER FOR PATENTS
            WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

IMP1/0414

STEVEN M HAAS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/727,789 | 10/07/96 | 017 | LORIN, F          1733 | 04/14/96 |

| First Named Applicant | LEIGHTON,          KEITH R. |
|---|---|

**TITLE OF INVENTION** RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1    6014-1 | 156-298.000 | C91 | UTILITY | YES | $660.00 | 07/14/96 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.** _PROSECUTION ON THE MERITS IS CLOSED._

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I.  Review the SMALL ENTITY status shown above. If the SMALL ENTITY is shown as yes, verify your current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

    B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

    A. Pay FEE DUE shown above, or

    B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number. Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

G83

PART ─ ISSUE FEE TRANSMITTAL

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addresses entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing, below.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231.
DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

| 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
| --- |
| INVENTOR'S NAME |
| Street Address |
| City, State and Zip Code |
| CO-INVENTOR'S NAME |
| Street Address |
| City, State and Zip Code |
| ☐ Check if additional changes are enclosed |

1. CORRESPONDENCE ADDRESS

STEVEN M HAAS
OLDHAM CO
ONE CASCADE PLAZA MARKET STREET
AKRON OH 44313-7198

JUL 06 1998

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
| --- | --- | --- | --- | --- | --- |
| 08/727,789 | 10/07/96 | 017 | LORIN, F | 1733 | 04/14/98 |

First Named Applicant LEIGHTON, KEITH R.

TITLE OF INVENTION: RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| 6014-1 | 156-298.000 | C01 | UTILITY | YES | $660.00 | 07/14/98 |

3. Correspondence address change (Complete only if there is a change)

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 ___Oldham &___
2 ___Oldham Co., L.P.A.___
3 _____

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:

(2) ADDRESS: (CITY & STATE OR COUNTRY)

A. ☐ This application is NOT assigned.
☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignment should be directed to Box ASSIGNMENTS.
   PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee    ☒ Advance Order - # of Copies ___10___
6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___15-0450___
(ENCLOSE A COPY OF THIS FORM)
☐ Issue Fee    ☐ Advance Order - # of Copies _____
☐ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Authorized Signature)
Mark A. Watkins, Esq.    (Date) 7-2-98
NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Certificate of Mailing**
Note: If this certificate of mailing is used, it can be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers.
Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.
I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:    Box ISSUE FEE
                                                                                Assistant Commissioner for Patents
                                                                                Washington, D.C. 20231

on: ___July 2, 1998___    (Date)    07/13/1998 ASEAFORT 00000001 08727789
Teri L. Naehring    (Name of person making deposit)    01 FC:142    660.00 OP
(Signature)    02 FC:561    30.00 OP
July 2, 1998    (Date)

G84

PTOL-85B (REV. 05-96) Approved for use through 06/31/99. OMB 0651-0033    **1. TRANSMIT THIS FORM WITH FEE**    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

① KC·

PATENT                    17N1                    DOCKET NO: 6014-1  ß

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In the application of: | Keith Leighton | Date: | July 1, 1998 |
| Serial No.: | 08/727,789 | Group No.: | 1733 |
| Filed: | 10/07/96 | Examiner: | Lorin, F. |

For:   RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION
       PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY
       IDENTIFICATION CARDS

Commissioner of Patents & Trademarks
Washington, D.C.  20231
        ATTENTION:  Official Draftsman

TRANSMITTAL OF FORMAL DRAWING(S) IN RESPONSE TO NOTICE OF ALLOWANCE

        Attached please find the formal drawings for this application.

Reg. No.: 33,813

                                        _____
                                        Signature of Attorney

Tel. No.: (330) 864-5550

                                        Mark A. Watkins_____
                                        (type or print name of signer)

                                        1225 West Market Street_____
                                        P. O. Address

                                        Akron, OH  44313-7188_____

Note:    "Identifying indicia, if provided, should include the application number or the title of the invention, inventor's name, docket number (in
any), and the name and telephone number of a person to call if the Office is unable to match the drawings to the proper application. This information
should be placed on the back of each sheet of drawing a minimum distance of 1.5 cm (⅝inch) down from the top of the page." 37 CFR §1.84(c).

CERTIFICATE OF MAILING (37 CFR 1.8)
I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United
States Postal Service on the date shown below with sufficient postage as First Class Mail in an envelope addressed to the:
Commissioner of Patents and Trademarks, Washington, D.C. 20231.

                                        Mark A. Watkins_____
                                        (type or print name of person signing)

Date: June 18, 1998

                                        _____
                                        (Signature of person mailing paper)

5817209
10/6

DOCKET NO.: ABTT-0133/B920431                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

**Vladimir M. Segal**

Serial No.:    **08/754,984**                    Group Art Unit: **1733**

Filed:    **November 22, 1996**                    Examiner: F. Lorin

For:    **ADHESIVE BONDING SYSTEM FOR BONDING LAMINAE TO FORM A
LAMINATE**

I, ANTHONY J. ROSSI, Registration No. 24,053 certify that this correspondence is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

On July 30, 1998

ANTHONY J. ROSSI Registration No. 24,053

Assistant Commissioner
 for Patents
**BOX ISSUE FEE**
Washington, D.C.  20231

**RECEIVED**
Publishing Division

AUG - 3 1998

Dear Sir:

11

### COMMUNICATION

Applicant became aware of the attached reference less than three (3) months ago, after the

issue fee had been paid.  This reference resulted from a Supplementary European Search Report dated

June 18, 1998.  Applicant respectfully requests that this reference be placed in the file of the above-

identified application.

Respectfully submitted,

ANTHONY J. ROSSI
Registration No. 24,053

Date:  7-30-98

WOODCOCK WASHBURN KURTZ
 MACKIEWICZ & NORRIS LLP
One Liberty Place - 46th Floor
Philadelphia, PA 19103
(215) 568-3100

215-568 3439

G86

K:\U\FORMS\IDS\1449-PAT.TAB



O.G. FIG.

CLASS | SUBCLASS

MAN

5817207

FIG.-1

FIG.-2

FIG.-3A

FIG.-3B

FIG.-3C

G87





FIG. - 4



FIG. - 5



FIG. - 6

FIG. - 7

G88





FIG.-8



FIG.-9



FIG.-IO

G89

PTO UTILITY GRANT

Paper Number _____

# The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

Attest

## The United States of America

Form PTO-1584 (Rev. 2/97)

*11*

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Effective October 1, 1996 | Application or Docket Number<br>727789 |
|---|---|

### CLAIMS AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | SMALL ENTITY<br>RATE | SMALL ENTITY<br>FEE | OR | OTHER THAN<br>SMALL ENTITY<br>RATE | OTHER THAN<br>SMALL ENTITY<br>FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 22 minus 20 = | 2 | x$11= | 22 | OR | x$22= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | | x40= | | OR | x80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 407 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY<br>RATE | SMALL ENTITY<br>ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY<br>RATE | OTHER THAN SMALL ENTITY<br>ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | 20 | Minus | 22 | = | x$11= | | OR | x$22= | |
| Independent | 3 | Minus | 3 | | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY<br>RATE | SMALL ENTITY<br>ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY<br>RATE | OTHER THAN SMALL ENTITY<br>ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x$11= | | OR | x$22= | |
| Independent | | Minus | | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY<br>RATE | SMALL ENTITY<br>ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY<br>RATE | OTHER THAN SMALL ENTITY<br>ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | = | x$11= | | OR | x$22= | |
| Independent | | Minus | | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/96)　　　U.S. Government Printing Office: 1996 - 413-266/49191　　　Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

Form PTO 1130
(REV 2/94)

# PAGE DATA ENTRY CODING SHEET

## U.S. DEPARTMENT OF COMMERCE
### Patent and Trademark Office

| 1ST EXAMINER | | DATE | Irby |
|---|---|---|---|
| 2ND EXAMINER | | DATE | 12-18-96 |

**APPLICATION NUMBER:** 08/727789

| TYPE APPL | FILING DATE | | | FOREIGN LICENSE | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
|---|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | | | | | |
| 1 | 10 | 17 | 96 | Y | 0 | 1315 | 4218 | —6 |

| TOTAL CLAIMS | INDEPENDENT CLAIMS | SMALL ENTITY? | FILING FEE |
|---|---|---|---|
| 12 | 2 | 1 | —407 |

## CONTINUITY DATA

### PARENT APPLICATION SERIAL NUMBER

| CONT CODE | STATUS CODE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08 | 2 | 6 | 0 | 0 | 5 | 6 | 8 | 5 |

### PCT APPLICATION SERIAL NUMBER

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| P C T | / | | | | | | | | |
| P C T | / | | | | | | | | |
| P C T | / | | | | | | | | |
| P C T | / | | | | | | | | |
| P C T | / | | | | | | | | |

### PARENT PATENT NUMBER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 0 | 1 | 4 | - | 1 | | |

### ATTORNEY DOCKET NUMBER

### PARENT FILING DATE

| MONTH | DAY | YEAR |
|---|---|---|
| 10 | 17 | 95 |

## PCT/FOREIGN APPLICATION DATA

### PCT/FOREIGN APPLICATION SERIAL NUMBER

### FOREIGN FILING DATE

| MONTH | DAY | YEAR |
|---|---|---|

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE |
|---|---|

G92