# TAB I
# PART 3

http://trademarks.uspto...+F+1+1+1+MS%2fcombic\~·        http://trademarks.uspto.g·^·~gi-bin...4+0+1+119325+F+1+1+1+MS%2fcombichir

| Help | Home | Marks | Boolean | Manual | Number | Order Copy | PTDLs |



(1 of 1)

| | |
|---|---|
| **Word Mark** | *COMBICHIP* |
| **Pseudo Mark** | COMBINE CHIP |
| **Owner Name** | (APPLICANT) Gemplus G.C.A |
| **Owner Address** | ZI Athelia III Voi Antiope 13705 La Ciota FRANCE CORPORATION FRANCE |
| **Attorney of Record** | ROLAND PLOTTEL |
| **Serial Number** | 75-462058 |
| **Filing Date** | 04/03/1998 |
| **Section 1(B) indicator** | SECTION 1 (B) |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Register** | PRINCIPAL |
| **Section 44 Indicator** | SECT 44 |
| **Priority Date** | 10/03/1997 |
| **Type of Mark** | TRADEMARK; SERVICE MARK |

RECEIVED
MAR 25 1999
TECHNOLOGY CENTER 2800

| | |
|---|---|
| **International Class** | 009 |
| **Goods and Services** | devices and equipment used in information processing; software including software that can be used in chips; integrated circuits and microcircuits used in memory cards or electronic labels; computer programs; coding microprogramming systems; chips, integrated circuits; printed circuits; microprogramming systems; chips, integrated circuits; printed circuits; mircosuits; cards containing chips, cards containing integrated circuits; identification labels; electrinic labels; transponders; cards containing microcircuits; readers of cards containing chips, integrated circuits or microcircuits; devices and equipment functioning with cards containing chips, integrated circuits or microcircuits; electrical or electronic components, including semiconductors, devices containing semiconductors and microprocessors; magnetic cards; magnetic identification cards; devices for accessing and controlling access to information processing devices and equipment; devices for identification and authentication used in information process apparatuses and equipment; apparatuses and equipment allowing access to telephone networks; devices for accessing and controlling access and for identification au authentication used in telephone networks; telephone devices |
| **International Class** | 016 |

182

http://trademarks.uspto...+F+1+1+1+MS%2fcombip~i=          http://trademarks.uspto.r~~t/cgi-bin...4+0+1+119325+F+1+1+1+MS%2fcombichi,



| | |
|---|---|
| **Goods and Services** | user manuals |
| **International Class** | 038 |
| **Goods and Services** | communication via computer terminals; communication via telephone; electronic messages; computer-aided transmission of messages, data and images; lending message transmission apparatuses; message and data transmission via telephone; lending computers, lending computer software |
| **International Class** | 042 |
| **Goods and Services** | professional advice without affecting the way of doing things; advice on computer-related matters; providing software especially in finances, entertainment, health, medicine and transport; services relating to research, customization and implementation of software, cards containing chips and cards containing integrated circuits; services relating to research and expertise in the area of computing; research on technical projects in the area of computing; services on software production; lending access time data base servers |

(1 of 1)          

**RECEIVED**

MAR 2 5 1999

TECHNOLOGY CENTER 2800

183

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 08/913,582 | Leighton | |
| | Examiner | Group Art Unit | |
| | Daniel Sherr | 2876 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *March 25, 1999* .

☒ The allowed claim(s) is/are *1, 3-6, 8, 9, 11-19, 21, and 22* .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☒ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

Application/Control Number: 08/918,582

Art Unit: 2876

Page 2

### *Allowable Subject Matter*

1.    Claims 1, 3-6, 8, 9, 11-19, and 21-22 are allowed.

2.    The following is an examiner's statement of reasons for allowance:

No prior art or reasonable combination of art was found to overcome the limitation of the electronic unit being place directly between two plastic sheets.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

3.    The application having been allowed, formal drawings are required in response to this Office action.

### *Response to Arguments*

4.    The arguments of the applicant have been taken into consideration and found persuasive. All claims were found allowable.

### *Conclusion*

5.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to *Daniel H. Sherr* whose telephone number is (703) 305-0267.

Application/Control Number: 08/918,582                                   Page 3

Art Unit: 2876

The examiner can normally be reached between the hours of 7:30 AM to 6:00 PM Monday

thru Thursday.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Donald Hajec, can be reached on (703) 308-4075. The fax phone number for this

Group is (703)308-5841 or (703) 308-7722.

    Communications via Internet e-mail regarding this application, other than those under

35 U.S.C. 132 or which otherwise require a signature, may be used by the applicant and

should be addressed to [**donald.hajec@uspto.gov**].

    All Internet e-mail communications will be made of record in the application file.

PTO employees do not engage in Internet communications where there exists a possibility that

sensitive information could be identified or exchanged unless the record includes a properly

signed express waiver of the confidentiality requirements of 35 U.S.C. 122. This is more

clearly set forth in the Interim Internet Usage Policy published in the Official Gazette of the

Patent and Trademark on February 25, 1997 at 1195 OG 89.

    Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the Group receptionist whose telephone number is (703) 308-

0956.

Daniel H. Sherr

Donald Hajec
Supervisory Patent Examiner
Technology Center 2800

April 8, 1999



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

MM51/0412

MARK A WATKINS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/918,582 | 08/19/97 | 018 | SHERR, D | 2876 | 04/12/99 |

| First Named Applicant | LEIGHTON, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION HOT LAMINATION PROCESS FOR THE MANUFACTURE OF A COMBINATION CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING THEREFROM (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2  60142 | 235-488.000 | R59 | UTILITY | YES | $605.00 | 07/12/99 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**_PROSECUTION ON THE MERITS IS CLOSED._**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
    B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

    A. Pay FEE DUE shown above, or

    B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

*Do not enter*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Keith Leighton | Examiner: | Sherr, D. |
| Serial No. | 08/918,582 | Art Unit: | 2876 |
| Filed: | 8/19/97 | Date: | May 14, 1999 |

RECEIVED

MAY 2 7 1999

Publishing Division

Title:   HOT LAMINATION PROCESS FOR THE MANUFACTURE COMBINATION
CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING
THEREFROM

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. 312(a)

Dear Sir:

The following amendment is offered for entry after receipt of the Notice of Allowance

mailed April 12, 1999, and before payment of the issue fee.

### In the Claims:

1.(Twice Amended)   A process for incorporating at least one electronic element in the
manufacture of a plastic card, comprising the steps of:

(a) providing first and second plastic core sheets;

(b) positioning said at least one electronic element in the absence of a non-electronic
carrier directly between said first and second plastic core sheets to form a core, said plastic
core sheets defining a pair of inner and outer surfaces of said core;

(c) positioning said core in a laminator apparatus, and subjecting said core to a heat and
pressure cycle, said heat and pressure cycle comprising the steps of:

(i) heating said core for a first period of time;

(ii) applying  a first pressure to said core for a second period of time such that
said at least one electronic element is encapsulated by said core;

(iii) cooling said core while applying a second pressure to said core

1

(d) [coating at least one of said outer surfaces of said core with a layer of ink;

(e)] milling a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said electronic element.

8. (Twice Amended) The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [7]1, wherein said second pressure is greater than said first pressure.

11. (Amended) A [hot lamination] process as recited in claim 1 having a further step following step [d](c), said step comprising: positioning [said core in a laminator apparatus with] a layer of overlaminate film on at least one of said [upper and lower] surfaces of said core, positioning said overlaminate film and said core in a laminator apparatus and laminating said layer of overlaminate film to said core in said laminator to thereby form a sheet of plastic card stock.

14. (Twice Amended) The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [1]27, wherein said coating step [(d)] is carried out utilizing a printing press.

15. (Twice Amended) The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [1]27, wherein said coating step [(d)] is carried out utilizing a coating technique selected form the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing, and litho-printing.

16. (Twice Amended) The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, [wherein said step (e) of applying a layer of overlaminate film comprises the further steps of] having a further step after said step (c) comprising:

(a) positioning an overlaminate film on said at least one [ink coated] surface of said

2

core;

    (b) subjecting said core to a [second] heat and pressure cycle comprising the steps of:

        (i) heating said core to a temperature between approximately 175°F to 300°F for approximately 10 to 25 minutes;

        (ii) applying approximately 1000 p.s.i. pressure to said core; and

        (iii) cooling said core to a temperature in the range of approximately 40°F to 65°F for approximately 10 to 25 minutes.

17. (Amended) A [hot lamination] process as recited in claim [2]1 comprising the further step of inserting an electronic contact element into said cavity.

21.( Twice Amended)  A process for incorporating at least one electronic element having at least one electronic subcomponent in the manufacture of a plastic card, comprising the steps of:

    (a) providing first and second plastic core sheets, at least one core sheet having a cavity formed therein;

    (b) positioning said at least one electronic element in the absence of a non-electronic carrier between said first and second plastic core sheets to form a layered core, said plastic core sheets defining a pair of inner and outer surface of said core,and said cavity positioned so as to expose said at least one electronic subcomponent therein;

    (c) inserting a spacer into said cavity, said spacer substantially filling said cavity and covering said at least one electronic subcomponent;

    (d) positioning said core in a laminator apparatus, and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of:

        (i) heating said core for a first period of time;

        (ii) applying  a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated by said core;

        (iii) cooling said core while applying a second pressure to said core;

    (e)[coating  at least one of said outer surfaces of said core with a layer of ink;

    (f)] removing said spacer from the cavity of said core[;

3

(g) cutting at least one card from said sheet of plastic card stock].

22. (Amended) A [hot lamination] process as recited in claim 21, wherein said electronic sub-component comprises one or more elements from the group consisting of a microprocessor chip, a contact pad, a transponder, and a contact sensor.

Please add the following claims:

25.     A plastic card constructed in accordance with claim 1.

26.     A plastic card constructed in accordance with claim 21.

27.     The process of claim 1, further comprising the step of coating at least one of said surfaces of said core with a layer of ink.

28.     The process of claim 21, further comprising the step of coating at least one of said surfaces of said core with a layer of ink.

29.     The process of claim 11, further comprising the step of coating said at least one surface of said core with a layer of ink prior to positioning  said  overlaminate film on said at least one surface of said core.

30.     The process of claim 16, further comprising the step of coating said at least one surface of said core with a layer of ink prior to positioning  said  overlaminate film on said at least one surface of said core.

**Remarks**

Applicant has amended claims 8 and 17 to reflect the proper dependence of these claims.

Applicant has amended claims 11, 16, and  22 to reflect proper antecedant basis.

Applicant has amended claims 1, 14, 15, and 21, and added claims 27-30 to remove the limitation of the ink coating step from the independent claims and included this limitation in the dependent claims.  Applicant maintains that the ink coating is an optional step in the claimed process, and as such the removal of this step from the independent claims does not affect the patentability of the claimed invention.  Applicant notes that this amendment does not impact on

4



the Examiner's reasons for allowance, but further clarifies what the applicant regards as his invention.

Applicant has added claim 25 and 26, which were inadvertently omitted from the prior amendment. Applicant notes that as product-by-process claims, claims 25 and 26 do not impact on the Examiner's reasons for allowance.

**Conclusion**

Applicant earnestly requests that the Examiner enter the proposed amendment after allowance inasmuch as the proposed changes do not impact the patentability of the invention, but further clarifies what the applicant regards as his invention.

Respectfully submitted,

OLDHAM & OLDHAM CO., L.P.A.

Mark A. Watkins
Registration 33,813

Date: 5|14|99

MAW/JDD/srm

Twin Oaks Estate
1225 West Market Street
Akron, OH 44313-7188
(330) 864-5550

Attorney Docket: 6014-2

5

192

Practitioner's Docket No. 6014-2                                    *PATENT*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Leighton, Keith R
Application No.: 08/918,582                    Group No.: 2876
Filed: 08/19/1997                              Examiner: Sherr, D.
For: Hot Lamination Process for the Manufacture Combination Contact/Contactless Smart Card and
     Product Resulting Therefrom
                                               Batch No. R59

U.S. Patent and Trademark Office               **RECEIVED**
Office of Publications
Query and Correspondence Branch                MAY 2 7 1999
Crystal Plaza 2 Room-6C30
Washington, D.C. 20231                         Publishing Division

LETTER ACCOMPANYING AMENDMENT AFTER ALLOWANCE
(37 C.F.R. § 1.312)

1.    Please make the amendments shown in the attached papers in this application in the claims.

2.    Type of amendment:

      Other (affects the disclosure, the scope of any claim or adds a claim)

      As shown in the remarks in the attached supplemental pages, there is stated the reason (1) why the
      amendment is needed, (2) why the proposed amended or new claims require no additional search or
      examination, (3) why the claims are patentable, and (4) why they were not earlier presented.

3.    The issue fee has not been paid.

4.    Additional fees:

      Please charge Account 15-0450 for any additional fees that may be required by the filing of
      this paper.

                                    _____
                                    SIGNATURE OF PRACTITIONER

Reg. No.: 33,813                    Mark A. Watkins
Tel. No.: (330) 864-5550            Oldham & Oldham Co., L.P.A.
                                    1225 W. Market St.
Customer No.: 021324                Akron, OH 44313 USA

                    (Letter Accompanying Amendment after Allowance (37 C.F.R. § 1.312))

                                                                                        I93



**UNITED STATES DE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/918.582 | 08/19/97 | LEIGHTON | K | 60142 |

MM42/0714

| EXAMINER | |
|---|---|
| SHERR. D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2876 | 8 |

MARK A WATKINS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

DATE MAILED:  07/14/99

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

EPARTMENT OF COMMERCE

| **Response to Rule 312 Communication** | Application No. 08/918,582 | Applicant(s) Leighton |
|---|---|---|
| | Examiner Daniel Sherr | Group Art Unit 2876 |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on _May 18, 1999_ under 37 CFR 1.312 has been considered, and has been:

    ☐ entered.

    ☐ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

    ☒ disapproved.  See explanation below.

    ☐ entered in part.  See explanation below.

*The proposed amendment to the independent claims broadens their scope.  This would require further consideration.*

*Since prosecution has been closed in this application, the amendment will not be entered.*

Donald Hajec
Supervisory Patent Examiner
Technology Center 2800



7560
7310

#9 Jw B/8

Attorney Docket No.: 6014-2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| **Applicant:** | Leighton | **Examiner:** | Sherr, D. | |
| **Serial No:** | 08/918,582 | **Art Unit:** | 2876 | |
| **Filed:** | 08/19/97 | **Date:** | April 20, 1999 | |

**For:** HOT LAMINATION PROCESS FOR THE MANUFACTURE OF A COMBINATION
CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING
THEREFROM

**Box ISSUE FEE**
**Commissioner of Patents and Trademarks**
**Washington, D.C. 20231**

RECEIVED
Publishing Division

JUL 1 3 1999

### SUPPLEMENTAL DECLARATION

I, Keith R. Leighton, as an inventor named in the application for Letters Patent for an invention entitled Hot Lamination Process for the Manufacture of a Combination Contact/contactless Smart Card and Product Resulting Therefrom No.08/918,582, filed in the United States Patent and Trademark Office on 08/19/97, hereby declare that I have reviewed and understand the contents of the specification and all amendments made in this case, including the claims and declare that the subject matter of all such amendments was part of my invention and was invented before the filing of the original application, above identified, for such invention. I also ratify all acts of my attorneys in the prosecution of this application.

I acknowledge the duty of candor under 37 CFR §1.56(a). I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 USC §1001, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

7-7-99
_____
Date

Keith R. Leighton
_____
Signature

196

Practitioner's Docket No. 6014-2

P-9-97

*PATENT*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Leighton, Keith R
Application No.: 08/918,582
Filed: 08/19/1997
Group No.: 2876
Examiner: Sherr, D.
For: Hot Lamination Process for the Manufacture Combination Contact/Contactless Smart Card and Product Resulting Therefrom

Batch No. R59

U.S. Patent and Trademark Office
Office of Publications
Query and Correspondence Branch
Crystal Plaza 2 Room-6C30
Washington, D.C. 20231

### LETTER ACCOMPANYING AMENDMENT AFTER ALLOWANCE
### (37 C.F.R. § 1.312)

1.    Please make the amendments shown in the attached papers in this application in the specification.

2.    Type of amendment:

      Correction of formal matters

      As shown in the remarks of the attached paper, these (1) are needed for proper disclosure or protection of the invention and (2) require no substantial amount of additional work on the part of the PTO.

3.    The issue fee has not been paid.

4.    Additional fees:

      Please charge Account 15-0450 for any additional fees that may be required by the filing of this paper.

SIGNATURE OF PRACTITIONER

Reg. No.:  33,813
Tel. No.:  (330) 864-5550

Customer No.:  021324

Mark A. Watkins
Oldham & Oldham Co., L.P.A.
1225 W. Market St.
Akron, OH  44313 USA

Plus 2 Attached Pages

(Letter Accompanying Amendment after Allowance (37 C.F.R. § 1.312)

Please type a plus sign (+) inside this box → [ + ]

PTO/SB/21 (6-98)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 08/918,582 |
| Filing Date | August 19, 1997 |
| First Named Inventor | Keith R. Leighton |
| Group Art Unit | 2876 |
| Examiner Name | SHERR, D. |

| Total Number of Pages in This Submission | 2 | Attorney Docket Number | 6014-2 |
|---|---|---|---|

## ENCLOSURES (check all that apply)

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers (for an Application) | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☐ Amendment / Response | ☐ Licensing-related Papers | ☐ Appeal Communication to Group (Appeal Notice, Brief, Reply Brief) |
| ☐ After Final | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Additional Enclosure(s) (please identify below): |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | Supplemental Declaration Return Card |
| ☐ Information Disclosure Statement | ☐ Small Entity Statement | |
| ☐ Certified Copy of Priority Document(s) | ☐ Request for Refund | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | RECEIVED Publishing Division JUL 1 3 1999 |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Mark A. Watkins |
|---|---|
| Signature | *[signature]* |
| Date | July 8, 1999 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: 07/08/1999

| Typed or printed name | Mark A. Watkins | | |
|---|---|---|---|
| Signature | *[signature]* | Date | July 8, 1999 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

#10/c Jw

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Keith Leighton | Examiner: | Sherr, D. |
| Serial No. | 08/918,582 | Art Unit: | 2876 |
| Filed: | 8/19/97 | Date: | May 19, 1999 |

Title:  HOT LAMINATION PROCESS FOR THE MANUFACTURE COMBINATION
CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING
THEREFROM

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### SECOND AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. 312(a)

Dear Sir:

The following second amendment is offered for entry after receipt of the Notice of
Allowance mailed April 12, 1999, and before payment of the issue fee.  A first amendment under
37 C.F.R. 312 was mailed May 14, 1999.

**In the Specification:**

Please change delete "35" and replace with --37-- at the following points in the
specification:   page 10, line 9;
                 page 10, line 11;
                 page 10, line 13;
                 page 11, line 1; and
                 page 11, line 21.

**Remarks**

Applicant has made the proposed amendments to the specification because of a
redundancy in the labeling of the drawings in the application.  Figures 5 and 5a show two
different items labelled as **35**; applicant notes that the reference to **35** in Figure 5 will be changed

1

to 37 upon submission of the formal drawings.  The amendments to the specification reflect the change to Figure 5.

**Conclusion**

     Applicant earnestly requests that the Examiner enter the proposed amendment after allowance inasmuch as the proposed changes do not impact the patentability of the invention, but merely corrects an inconsistency in the labeling of the drawings.

                      Respectfully submitted,

                      OLDHAM & OLDHAM CO., L.P.A.

Date: 5/20/99

                      Mark A. Watkins
                      Registration 33,813

MAW/JDD/srm

Twin Oaks Estate
1225 West Market Street
Akron, OH 44313-7188
(330) 864-5550

Attorney Docket: 6014-2

I100



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/918,582 | 08/19/97 | LEIGHTON | K   60142 |

MARK A WATKINS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

7541/1104

| EXAMINER |
|---|
| SHERR, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2876 | 10½ |

DATE MAILED:    11/04/99

## Response to Rule 312
## Communication

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted. The paper has been forwarded to the examiner for consideration on the merits.

_____

_____
Director,
Patent Examining Group _____

☑ The amendment filed on ___8-9-99___ under 37 CFR 1.312 has been considered, and has been:

  ☑ entered.

  ☐ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

  ☐ disapproved. See explanation below.

  ☐ entered in part. See explanation below.

FORM PTOL-271 (REV. 1-96)

#11/D

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Keith Leighton            Examiner:    Sherr, D.

Serial No.    08/918,808              Art Unit:    2876

Filed:        8/19/97                 Date:        June 15, 1999

Title:   HOT LAMINATION PROCESS FOR THE MANUFACTURE COMBINATION
         CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING
         THEREFROM

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### THIRD AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. 312(a)

Dear Sir:

The following third amendment is offered for entry after receipt of the Notice of
Allowance mailed April 12, 1999, and before payment of the issue fee.  A first amendment
under 37 C.F.R. 312 was mailed May 14, 1999; a second amendment under 37 C.F.R. 312
was mailed May 20, 1999.

**In the Specification:**

At page 6, line 7, please delete the words "Figs. 2a" and insert therefore --Fig. 2A--; at
page 6, line 7, please delete the word "plan" and insert therefore --elevational--.

At page 6, line 9, please change "Fig. 3" to --Fig. 3A--.

At page 6, line 10, please change "3a-3a" to --3A-3A--.

At page 6, line 11, please change "Fig. 3a" to --Fig. 3B--.

At page 6, line 12, please change "3b-3b" to --3B-3B--.

At page 6, line 17, please change "5a" to --5A--; also at line 17, before the words "cross-
sectional" insert the words --an enlarged--; also at line 17, before the words "an alternative
embodiment" insert the words --of the portion encircled in Fig. 5 for--.

At page 7, line 17, change "2a" to --2A--.

1

At page 7, line 21, change "2a" to --2A--; change "3, and 3a" to --3A--.

At page 13, line 4, change "90" to --91--.

At page 13, line 8, change "Fig. 10" to --Fig. 7--.

**Remarks**

Applicant has made the proposed amendments to the specification after preparation of the final formal drawings. Applicant has found several errors such as duplicate numbering that required the changes indicated. None of the changes indicated represent new matter, but only clarify what the applicant regards as his invention.

**Conclusion**

Applicant earnestly requests that the Examiner enter the proposed amendment after allowance inasmuch as the proposed changes do not impact the patentability of the invention, but merely corrects an inconsistency in the labeling of the drawings.

Respectfully submitted,

OLDHAM & OLDHAM CO., L.P.A.

Mark A. Watkins
Registration 33,813

Date: June 15, 1999

MAW/JDD/srm

Twin Oaks Estate
1225 West Market Street
Akron, OH 44313-7188
(330) 864-5550

Attorney Docket: 6014-2

2

Practitioner's Docket No. 6014-2                                    *PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Leighton, Keith R.
Application No.: 08/918,582
Filed:  `8/19/1997                          Group No.:  2876
                                            Examiner: Sherr, D.
For:  Ł  t Lamination Process for the Manufacture Combination Contact/Contactless Smart Card and
Product Resulting Therefrom

                                            Batch No. R59

**U.S. Patent and Trademark Office**
**Office of Publications**
**Query and Correspondence Branch**
**Crystal Plaza 2 Room-6C30**
**Washington, D.C. 20231**

### LETTER ACCOMPANYING AMENDMENT AFTER ALLOWANCE
### (37 C.F.R. § 1.312)

1.     Please make the amendments shown in the attached papers in this application in the specification and
drawings.

2.     Type of amendment:

       Correction of formal matters

       As shown in the remarks of the attached paper, these (1) are needed for proper disclosure or protection
of the invention and (2) require no substantial amount of additional work on the part of the PTO.

3.     The issue fee has not been paid.

4.     Additional fees:

Please charge Account 15-0450 for any additional fees that may be required by the filing of this paper.

                                    SIGNATURE OF PRACTITIONER

Reg. No.:  33,813
Tel. No.:  (330) 864-5550               Mark A. Watkins
                                        Oldham & Oldham Co., L.P.A.
                                        1225 W. Market St.
Customer No.:  021324                   Akron, OH  44313 USA

                                        Plus 4 Attached Pages

                    (Letter Accompanying Amendment after Allowance (37 C.F.R. § 1.312))

                                                                    I104

*PART of #11/∆*

*PATENT*

Practitioner's Docket No. 60142

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Leighton, Keith R.
Application No.:  08/918,582
Filed:  08/19/1997
For:  Hot Lamination Process for the Manufacture Combination Contact/Contactless Smart Card and Product Resulting Therefrom

Group No.:  2876
Examiner:  Sherr, D.

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

CERTIFICATE OF MAILING UNDER 37 C.F.R. 1.8(a)

I hereby certify that the attached correspondence comprising:

THIRD AMENDMENT AFTER ALLOWANCE
    4 PAGES OF DRAWINGS

RETURN CARD

is being deposited with the United States Postal Service, with sufficient postage, as first class mail in an envelope addressed to:

Assistant Commissioner for Patents
Washington, D.C. 20231

on Jun. 15, 1999.

MARK A. WATKINS

_____
**Signature of person mailing paper**

(Certificate of Mailing under 37 CFR § 1.8(a)

I105



FIG.- 1

FIG.- 2



FIG.-2A

FIG.-3A

FIG.-3B

FIG.-4

I107



FIG.-5

FIG.-5A

FIG.-6

I108



FIG.-7



FIG.-8

I109