# TAB K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEIGHTON TECHNOLOGIES LLC,

Plaintiff and Counterclaim Defendant,

v.

OBERTHUR CARD SYSTEMS, S.A.,

Defendant and Counterclaim Plaintiff.

04 Civ. 02496 (CM)(LMS)

**DEFINITIVE LIST OF CLAIMS TO BE CONSTRUED BY THE COURT**

Hon. Colleen McMahon

Pursuant to the Scheduling Order of the Court dated July 16, 2004, as modified by order of the Court dated September 8, 2004, Plaintiff Leighton Technologies LLC submits the following list of claims to be construed by the Court in connection with the Markman hearing to be held on December 6-8, 2004:

U.S. Patent No. 5,817,207: Claims 1, 6, 7, 8, 11, and 14-16

U.S. Patent No. 6,214,155: Claims 1, 6, 7, 8, and 12-15

U.S. Patent No. 6,036,099: Claims 1, 6, 7, 9, 12, and 14-16

U.S. Patent No. 6,514,367: Claims 1, 6, 9, 12, 15-17, and 19-23

Respectfully submitted,

[signature]

Dated: October 15, 2004

Neil G. Cohen, Esq. (NC-0648)
General Patent Corporation International
75 Montebello Road
Suffern, NY 10901-3740
Tel.: 845-368-2264
Fax: 845-818-3945
*Attorney for Plaintiff*

Michael A. O'Shea, Esq. (MO-7985)
Jin-Suk Park, Esq. (JP-1512)
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC 20006-1001
Tel:  202-912-5000
*Attorneys for Plaintiff*

Patrick L. Parker, Esq. (PP-5892)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Tel: 212-878-8000
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing "Definitive List Of Claims To Be Construed By The Court" was served on counsel for defendant Oberthur Card Systems, S.A., by sending a copy of this documents by first class mail on October 15, 2004 to the following:

James David Jacobs
Baker & McKenzie LLP
805 Third Avenue
New York, NY 10022
(Fax: 1-212-310-1651)

Joseph Fink

# TAB L

# EXHIBIT L

## CLAIM TABLES

The Claim Tables are read as follows:

1. There are seven (7) independent Subject Claims.  Pages L2-4 contain a seven column table, where each independent Subject Claim is provided in one column.

2. The dependent Subject Claims are provided at pages L5-8.

3. A row of a table includes process steps that are identical or similar to one another.

4. If a step is not present in or applicable to a claim, "[N/A]" is listed.

| '207 Patent – Claim 1 | '207 Patent – Claim 16 | '155 Patent – Claim 1 | '155 Patent – Claim 15 | '099 Patent – Claim 1 | '367 Patent – Claim 1 | '367 Patent – Claim 20 |
|---|---|---|---|---|---|---|
| A process for incorporating at least one **electronic element** in the manufacture of a plastic card, comprising the steps of: | A hot lamination process for the manufacture of plastic cards, said process comprising the steps of: | A process for incorporating at least one **electronic element** in the manufacture of a plastic card, comprising the steps of: | A hot lamination process for the manufacture of plastic cards, said process comprising the steps of: | A process for incorporating at least one **electronic element** in the manufacture of a plastic card, comprising the steps of: | A process for incorporating at least one **electronic element** in the manufacture of a plastic card, comprising the steps of: | A process for incorporating at least one **electronic element** in the manufacture of a plastic card, comprising the steps of: |
| (a) providing first and second plastic core sheets; | (a) providing first and second plastic core sheets; | (a) providing first and second plastic core sheets; | (a) providing first and second plastic core sheets; | (a) providing first and second plastic core sheets; | (a) providing first and second plastic core sheets: | (a) providing first and second plastic core sheets; |
| (b) positioning said at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a core, said plastic core sheets defining a pair of inner and outer surfaces of said core; | (b) positioning at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a layered core; | (b) positioning said at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a core, said plastic core sheets defining a pair of inner and outer surfaces of said core; | (b) positioning at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a layered core; | (b) positioning said at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a core, said plastic core sheets defining a pair of inner and outer surfaces of said core; | (b) positioning said at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a core, said plastic core sheets defining a pair of inner and outer surfaces of said core; | (b) positioning said at least one **electronic element** in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a core, said plastic core sheets defining a pair of inner and outer surfaces of said core; |

| '207 Patent – Claim 1 (continued) | '207 Patent – Claim 16 (continued) | '155 Patent – Claim 1 (continued) | '155 Patent – Claim 15 (continued) | '099 Patent – Claim 1 (continued) | '367 Patent – Claim 1 (continued) | '367 Patent – Claim 20 (continued) |
|---|---|---|---|---|---|---|
| (c) positioning said core in a [REDACTED] and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of: | (c) positioning said core in a [REDACTED], and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of: | (c) positioning said core in a [REDACTED], and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of: | (c) positioning said core in a [REDACTED], and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of: | (c) positioning said core in a [REDACTED], and subjecting said core to a heat and pressure cycle; said heat and pressure cycle comprising the steps of: | (c) positioning said core in a [REDACTED], and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of: | (c) positioning said core in a [REDACTED], and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of: |
| (i) heating said core for a first period of time; | (i) heating said core in said laminator, in the presence of a minimal first ram pressure, to a temperature which causes controlled flow of said plastic which makes up said first and second plastic core sheets; | (i) heating said core for a first period of time; | (i) heating said core in said laminator, in the presence of a minimal first ram pressure, to a temperature which causes controlled flow of said plastic which makes up said first and second plastic core sheets; | (i) heating said core for a first period of time; | (i) heating said core for a first period of time; | (i) heating said core for a first period of time; |
| (ii) applying a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated by said core; | (ii) applying a second pressure uniformly across said core for encapsulating said at least one electronic element within said controlled flow plastic; | (ii) applying a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated by said core; | (ii) applying a second pressure uniformly across said core for encapsulating said at least one electronic element within said controlled flow plastic; | (ii) applying a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated by said core; | (ii) applying a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated by said core; | (ii) applying a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated by said core: |
| (iii) cooling said core while applying a second pressure to said core, | (iii) subsequently cooling said core in conjunction with the concurrent application of a third pressure uniformly across said core, said core including and upper and lower surfaces; | (iii) cooling said core while applying a second pressure to said core, | (iii) subsequently cooling said core in conjunction with the concurrent application of a third pressure uniformly across said core, said core including and upper and lower surfaces. | (iii) cooling said core while applying a second pressure to said core; | (iii) cooling said core while applying a second pressure to said core, the second pressure being at least 10% greater than the first pressure; and | (iii) cooling said core while applying a second pressure to said core, the second pressure being at least 10% greater than the first pressure. |

| '207 Patent – Claim 1 (continued) | '207 Patent – Claim 16 (continued) | '155 Patent – Claim 1 (continued) | '155 Patent – Claim 15 (continued) | '099 Patent – Claim 1 (continued) | '367 Patent – Claim 1 (continued) | '367 Patent – Claim 20 (continued) |
|---|---|---|---|---|---|---|
| (d) **coating** at least one of said outer surfaces of said core with a layer of ink; and | (d) printing on at least one of said upper and lower surfaces of said core such that a layer of ink is applied to at least a portion of said at least one upper and lower surface of said core. | [N/A] | [N/A] | (d) **coating** at least one of said outer surfaces of said core with a layer of ink; | [N/A] | [N/A] |
| (e) applying a layer of overlaminate film to at least one of said outer surfaces of said core. | [N/A] | (d) applying a layer of overlaminate film to at least one of said outer surfaces of said core. | [N/A] | [N/A] | [N/A] | [N/A] |
| [N/A] | [N/A] | [N/A] | [N/A] | (e) ████ a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said electronic element. | (d) ████ a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said at least one electronic element. | [N/A] |

# DEPENDENT CLAIMS

| '207 Patent – Claim 6 | '155 Patent – Claim 6 | '099 Patent – Claim 6 | '367 Patent |
|---|---|---|---|
| The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said second pressure is greater than said first pressure. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said second pressure is greater than said first pressure. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said second pressure is greater than said first pressure. | [N/A] |

| '207 Patent – Claim 7 | '155 Patent – Claim 7 | '099 Patent – Claim 7 | '367 Patent – Claim 6 |
|---|---|---|---|
| The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 6, wherein said second pressure is at least approximately 25% greater than said first pressure. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 6, wherein said second pressure is at least approximately 25% greater than said first pressure. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 6, wherein said second pressure ranges from about 10% to about 40% greater than said first pressure. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said second pressure ranges from about 10% to about 40% greater than said first pressure. |

| '207 Patent – Claim 8 | '155 Patent – Claim 8 | '099 Patent - Claim 9 | '367 Patent – Claim 9 |
|---|---|---|---|
| The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said core is heated in step (c)(i) to a temperature in the range of 275° F. to 400° F. and said first period of time is at least five (5) minutes. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said core is heated in step (c)(i) to a temperature in the range of 275° F. to 400° F. and said first period of time is at least five (5) minutes. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said core is heated in step (c)(i) to a temperature in the range of 275° F. to 400° F. and said first period of time is at least five (5) minutes. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said core is heated in step (c)(i) to a temperature in the range of 275° F. to 400° F. and said first period of time is at least five (5) minutes. |

| '207 Patent – Claim 11 | '155 Patent | '099 Patent – Claim 12 | '367 Patent – Claim 12 |
|---|---|---|---|
| The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said step (d) is carried out utilizing a coating technique selected form the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing, and litho-printing. | [N/A] | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said step (d) is carried out utilizing a coating technique selected form the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing and litho-printing. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein a coating step is carried out on at least one surface of said core utilizing a coating technique selected from the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing, and litho-printing. |

| '207 Patent | '155 Patent | '099 Patent – Claim 14 | '367 Patent – Claim 15 |
|---|---|---|---|
| [N/A] | [N/A] | A hot lamination process is recited in claim 1 comprising the further step of inserting an electronic contact element into said cavity. | A process as recited in claim 1 comprising the further step of inserting a second electronic element into said cavity, the second electronic element being in electrical communication with the at least one electronic element. |

| '207 Patent – Claim 14 | '155 Patent – Claim 12 | '099 Patent - Claim 15 | '367 Patent – Claim 16 |
|---|---|---|---|
| The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated circuit board antenna. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated circuit board antenna. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated circuit board antenna or an associated wire antenna. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated circuit board antenna or an associated wire antenna. |

| '207 Patent - Claim 15 | '155 Patent – Claim 13 | '099 Patent - Claim 16 | '367 Patent – Claim 17 |
|---|---|---|---|
| The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a read/write integrated chip and an associated antenna. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a read/write integrated chip and an associated antenna. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a read/write integrated chip and an associated antenna. | The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a read/write integrated chip and an associated antenna. |

| '207 Patent | '155 Patent – Claim 14 | '099 Patent | '367 Patent |
|---|---|---|---|
| [N/A] | A plastic card constructed in accordance with claim 1. | [N/A] | [N/A] |

| '207 Patent | '155 Patent | '099 Patent | '367 Patent – Claim 19 |
|---|---|---|---|
| [N/A] | [N/A] | [N/A] | The process according to claim 1, wherein said core is heated in step (c)(ii). |

| '207 Patent | '155 Patent | '099 Patent | '367 Patent – Claim 21 |
|---|---|---|---|
| [N/A] | [N/A] | [N/A] | The process according to claims 20, further comprising: |
| | | | forming a cavity in said core. |

| '207 Patent | '155 Patent | '099 Patent | '367 Patent – Claim 22 |
|---|---|---|---|
| [N/A] | [N/A] | [N/A] | The process according to claim 21, wherein the step of forming a cavity in said core comprises: |
| | | | after step (c), [redacted] a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said at least one electronic element. |

| ‘207 Patent | ‘155 Patent | ‘099 Patent | ‘367 Patent – Claim 23 |
|---|---|---|---|
| [N/A] | [N/A] | [N/A] | The process according to claim 22, further comprising: |
| | | | inserting a second electronic element into said cavity, the second electronic element being in electrical communication with the at least one electronic element. |

# TAB M



McGraw-Hill
Dictionary of
Scientific and
Technical
Terms
Fifth Edition

M1

**On the cover: Photomicrograph of crystals of vitamin $B_1$.**
***(Dennis Kunkel, University of Hawaii)***

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 9 9 8 7 6 5 4 3

ISBN 0-07-042333-4

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief..—5th ed.
p. cm.
ISBN 0-07-042333-4
1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1993
503—dc20 93-34772
CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

M2

**compo board** *See* composition board. { 'käm,pō ,bȯrd }

**compole** *See* commutating pole. { 'käm,pōl }

**component** [CHEM] **1.** A part of a mixture. **2.** The smallest number of chemical substances which are able to form all the constituents of a system in whatever proportion they may be present. [ELEC] Any electric device, such as a coil, resistor, capacitor, generator, line, or electron tube, having distinct electrical characteristics and having terminals at which it may be connected to other components to form a circuit. Also known as circuit element; element. [MATH] **1.** In a graph system, a connected subgraph which is not a subgraph of any other connected subgraph. **2.** For a set $S$, a connected subset of $S$ that is not a subset of any other connected subset of $S$. [SCI TECH] A constituent part of a system; examples are a vector term which when added to others gives a vector sum, an ingredient of a chemical system, or the mineral portion of a rock. { kəm'pō·nənt }

**component bar chart** [STAT] A bar chart which shows within each bar the components that make up the bar; each component is represented by a section proportional in size to its representation in the total of each bar. { kəm¦pō·nənt 'bär ,chärt }

**component distillation** [CHEM ENG] A distillation process in which a fraction that cannot normally be separated by distillation is removed by forming an azeotropic mixture. { kəm'pō·nənt dis·tə'lā·shən }

**component-failure-impact analysis** [SYS ENG] A study that attempts to predict the consequences of failures of the major components of a system. Abbreviated CFIA. { kəm'pō·nənt ¦fāl·yər 'im,pakt ə,nal·ə·səs }

**component name** *See* metavariable. { kəm'pō·nənt ,nām }

**component-substances law** [CHEM] The law that each substance, singly or in mixture, composing a material exhibits specific properties that are independent of the other substances in that material. { kəm'pō·nənt 'səb·stən·səs ,lȯ }

**component symbol** [ELEC] A graphical design used to represent a component in a circuit diagram. { kəm'pō·nənt ,sim·bəl }

**component vectors** [MATH] Vectors parallel to specified (usually perpendicular) axes whose sum equals a given vector. { kəm'pō·nənt ,vek·tərz }

**composing rule** *See* composing stick. { kəm'pōz·iŋ ,rül }

**composing stick** [GRAPHICS] A tool designed for holding type which is being assembled and justified. { kəm'pōz·iŋ ,stik }

**Compositae** [BOT] The single family of the order Asterales; perhaps the largest family of flowering plants, it contains about 19,000 species. { kəm'päz·ə,tē }

**composite** [ENG ACOUS] A re-recording consisting of at least two elements. [MATER] A material that results when two or more materials, each having its own, usually different characteristics, are combined, giving useful properties for specific applications. Also known as composite material. { kəm'päz·ət }

**composite balance** [ELEC] An electric balance made by modifying the Kelvin balance to measure amperage, voltage, or wattage. { kəm'päz·ət 'bal·əns }

**composite beam** [CIV ENG] Beam action of two materials joined to act as a unit, especially that developed by a concrete slab resting on a steel beam and joined by shear connectors. { kəm'päz·ət 'bēm }

**composite cable** [ELEC] Cable in which conductors of different gages or types are combined under one sheath. { kəm'päz·ət 'kā·bəl }

**composite circuit** [ELECTR] A circuit used simultaneously for voice communication and telegraphy, with frequency-discriminating networks serving to separate the two types of signals. { kəm'päz·ət 'sər·kət }

**composite color signal** [COMMUN] The color television picture signal plus all blanking and synchronizing signals. Also known as composite picture signal. { kəm'päz·ət 'kəl·ər ,sig·nəl }

**composite color sync** [COMMUN] The signal comprising all the synchronization signals necessary for proper operation of a color television receiver. { kəm'päz·ət 'kəl·ər ,siŋk }

**composite column** [CIV ENG] A concrete column having a structural-steel or cast-iron core with a maximum core area of 20. { kəm'päz·ət 'käl·əm }

COMPOSITE COLUMN

steel beam
section
elevation

Cross section and elevation of a composite column.

**composite compact** [MET] A powder compact composed of more than one layer of different components with ea[ch] retaining its identity. { kəm'päz·ət 'käm,pakt }

**composite cone** [GEOL] A large volcanic cone co[mposed] of lava and pyroclastic material in alternating [layers]. { kəm'päz·ət 'kōn }

**composite defense** [ORD] In antiaircraft artillery, a[...] that employs two or more types of fire units which are i[...] into a single defense. { kəm'päz·ət də'fens }

**composite dialing** [COMMUN] Method of dialing [...] distant offices over one leg of a composite set. { k[əm'päz·ət] 'dī·liŋ }

**composite dike** [GEOL] A dike consisting of seve[ral intru]sions differing in chemical and mineralogical com[position]. { kəm'päz·ət 'dīk }

**composite electrode** [MET] A filler-metal electr[ode com]posed of more than one metal. { kəm'päz·ət i'lek,trōd }

**composite explosive** [MATER] A mixture of s[...] which consume and give off oxygen, together with o[...] eral simple explosives; dynamite is an example. { k[əm'päz·ət] ik'splō·siv }

**composite filter** [ELECTR] A filter constructed b[y ...] filters of different kinds in series. { kəm'päz·ət 'fil[·tər] }

**composite flash** [GEOPHYS] A lightning discharge made up of a series of distinct lightning strokes with [...] following the same or nearly the same channel, and [...] cessive strokes occurring at intervals of about 0.0[...] Also known as multiple discharge. { kəm'päz·ət 'fla[sh] }

**composite fold** [GEOL] A fold having smaller fo[lds on its] limbs. { kəm'päz·ət 'fōld }

**composite fuel** [MATER] A broad class of solid che[micals] composed of a fuel and oxidizer and used as prop[ellants for] rockets; an example of a fuel is phenol formaldehy[de ...] oxidizer is ammonium perchlorate. Also known as c[omposite] propellant. { kəm'päz·ət 'fyül }

**composite function** [MATH] A function of one o[r more] dependent variables that are themselves functions of o[ne or more] other independent variables. { kəm'päz·ət 'fəŋk·sh[ən] }

**composite gene** [GEN] Any gene arising by reco[mbination] between two nonallelic genes, located on two nonho[mologous] chromosomes, and containing portions of bo[th] { kəm'päz·ət 'jēn }

**composite gneiss** [PETR] A banded rock formed b[y] penetration of magma into country rocks. { kəm'p[äz·ət ...] }

**composite grain** [GEOL] A sedimentary clast fo[rmed ...] or more original particles. { kəm'päz·ət 'grān }

**composite group** [MATH] A group that contains [normal sub]groups other than the identity element and the wh[ole group]. { kəm'päz·ət 'grüp }

**composite hypothesis** [STAT] A hypothesis tha[t ...] range of values for the distribution of the observ[...] variables. { kəm'päz·ət hī'päth·ə·səs }

**composite I-beam bridge** [CIV ENG] A beam brid[ge in which] the concrete roadway is mechanically bonded to the [...] means of shear connectors. { kəm'päz·ət 'ī ,bēm ,[brij] }

**composite joint** [MET] A joint connected by wel[ding in con]junction with one or more mechanical means. { [kəm'päz·ət] 'jȯint }

**composite macromechanics** [ENG] The study o[f composite] material behavior wherein the material is presum[ed homoge]neous and the effects of the constituent materials [are detected] only as averaged apparent properties of the [...] { kəm'päz·ət ¦mak·rō·mə'kan·iks }

**composite map** [MIN ENG] A map in which seve[ral levels of] a mine are shown on a single sheet. { kəm'päz·ət [...] }

**composite material** *See* composite. { kəm¦päz·ət [...] }

**composite micromechanics** [ENG] The study o[f composite] material behavior wherein the constituent materia[ls are studied] on a microscopic scale with specific properties be[longing] to each constituent; the interaction of the constitu[ents] is used to determine the properties of the composite. [{ kəm'päz·]ət ¦mīk·rō·mə'kan·iks }

**composite nerve** [PHYSIO] A nerve containing [sensory] and motor fibers. { kəm'päz·ət 'nərv }

**composite number** [MATH] Any positive inte[ger which is] not prime. Also known as composite quantity. { [kəm'päz·ət] 'nəm·bər }

**composite photograph** [GRAPHICS] An assem[bly of] photographs, made by several lenses of a multip[le ...]

M3

by an electron beam under digital computer control: after exposure, the film is removed from the vacuum chamber for conventional development and other production processes. { i'lek,trän ,bēm li'thäg·rə·fē }

**electron-beam machining** [MET] A machining process in which heat is produced by a focused electron beam at a sufficiently high temperature to volatilize and thereby remove metal in a desired manner; takes place in a vacuum. Abbreviated EBM. { i'lek,trän ,bēm mə'shēn·iŋ }

**electron-beam magnetometer** [ENG] A magnetometer that depends on the change in intensity or direction of an electron beam that passes through the magnetic field to be measured. { i'lek,trän ,bēm mag·nə'täm·əd·ər }

**electron-beam melting** [MET] A melting process in which an electron beam provides the necessary heat. { i'lek,trän ,bēm 'melt·iŋ }

**electron-beam memory** [COMPUT SCI] A memory that uses a high-resolution electron beam to store information on a target in a vacuum tube. Also known as electron-beam-accessed memory (EBAM). { i'lek,trän ,bēm 'mem·rē }

**electron-beam parametric amplifier** [ELECTR] A parametric amplifier in which energy is pumped from an electrostatic field into a beam of electrons traveling down the length of the tube, and electron couplers impress the input signal at one end of the tube and translate spiraling electron motion into electric output at the other. { i'lek,trän ,bēm ,par·ə¦me·trik 'am·plə,fī·ər }

**electron-beam pumping** [ELECTR] The use of an electron beam to produce excitation for population inversion and lasing action in a semiconductor laser. { i'lek,trän ,bēm 'pəmp·iŋ }

**electron-beam recorder** [ELECTR] A recorder in which a moving electron beam is used to record signals or data on photographic or thermoplastic film in a vacuum chamber. { i'lek,trän ,bēm ri'kȯrd·ər }

**electron-beam tube** [ELECTR] An electron tube whose performance depends on the formation and control of one or more electron beams. { i'lek,trän ,bēm 'tüb }

**electron-beam welding** [MET] A technique for joining materials in which highly collimated electron beams are used at a pressure below $10^{-3}$ mmHg (0.1333 pascal) to produce a highly concentrated heat source; used in outer space. { i'lek,trän ,bēm 'weld·iŋ }

**electron-bombardment-induced conductivity** [ELECTR] In a multimode display-storage tube, a process using an electron gun to erase the image on the cathode-ray tube interface. { i'lek,trän bäm¦bärd·mənt in,düst kän·dək'tiv·əd·ē }

**electron bunching** *See* bunching. { i'lek,trän 'bənch·iŋ }

**electron capture** [ATOM PHYS] The process in which an atom or ion passing through a material medium either loses or gains one or more orbital electrons. [NUC PHYS] A radioactive transformation of nuclide in which a bound electron merges with its nucleus. Also known as electron attachment. { i'lek,trän 'kap·chər }

**electron-capture detector** [ANALY CHEM] Extremely sensitive gas chromatography detector that is a modification of the argon ionization detector, with conditions adjusted to favor the formation of negative ions. { i'lek,trän ,kap·chər di'tek·tər }

**electron charge** [PHYS] The charge carried by an electron, equal to about $-1.602 \times 10^{-19}$ coulomb, or $-4.803 \times 10^{-10}$ statcoulomb. { i'lek,trän ,chärj }

**electron cloud** [ATOM PHYS] Picture of an electron state in which the charge is thought of as being smeared out, with the resulting charge density distribution corresponding to the probability distribution function associated with the Schrödinger wave function. { i'lek,trän ,klaủd }

**electron collector** *See* collector. { i'lek,trän kə,lek·tər }

**electron compound** [MET] Alloy of two metals in which a progressive change in composition is accompanied by a progression of phases, differing in crystal structure. Also known as Hume-Rothery compound; intermetallic compound. { i'lek,trän ,käm,paủnd }

**electron conduction** [ELEC] Conduction of electricity resulting from motion of electrons, rather than from ions in a gas or solution, or holes in a solid. [THERMO] The transport of energy in highly ionized matter primarily by electrons of relatively high temperature moving in one direction and electrons of lower temperature moving in the other. { i'lek,trän kən,dək·shən }

**electron configuration** [ATOM PHYS] The orbital and spin arrangement of an atom's electrons, specifying the quantum numbers of the atom's electrons in a given state. { i'lek,trän kən,fig·yə'rā·shən }

**electron-coupled oscillator** [ELECTR] An oscillator employing a multigrid tube in which the cathode and two grids operate as an oscillator; the anode-circuit load is coupled to the oscillator through the electron stream. Abbreviated eco. Also known as Dow oscillator. { i'lek,trän ,kəp·əld 'äs·ə,lād·ər }

**electron coupler** [ELECTR] A microwave amplifier tube in which electron bunching is produced by an electron beam projected parallel to a magnetic field and, at the same time, subjected to a transverse electric field produced by a signal generator. Also known as Cuccia coupler. { i'lek,trän ,kəp·lər }

**electron coupling** [ELECTR] A method of coupling two circuits inside an electron tube, used principally with multigrid tubes; the electron stream passing between electrodes in one circuit transfers energy to electrodes in the other circuit. Also known as electronic coupling. { i'lek,trän ,kəp·liŋ }

**electron cyclotron resonance** [PHYS] Resonance absorption of energy from a radio-frequency or microwave-frequency electromagnetic field by electrons in a uniform magnetic field when the frequency of the electromagnetic field equals the cyclotron frequency of the electrons. { i¦lek,trän ¦sī·klə,trän 'rez·ə·nəns }

**electron cyclotron resonance reactor** [ENG] A plasma reactor in which resonant coupling of microwave energy into an electron gas at electron cyclotron resonance accelerates electrons, which in turn ionize and excite the neutral gas, resulting in a low-pressure, almost collisionless plasma. { i¦lek,trän ¦sī·klə,trän 'rez·ə·nəns rē,ak·tər }

**electron cyclotron resonance source** [ELECTR] A source of multiply charged heavy ions that uses microwave power to heat electrons to energies of tens of kilovolts in two magnetic mirror confinement chambers in series; ions formed in the first chamber drift into the second chamber, where they become highly charged. Abbreviated ECR source. { i'lek,trän 'sī·klə,trän 'rez·ən·əns ,sȯrs }

**electron cyclotron wave** [PL PHYS] A wave in a plasma which propagates parallel to the magnetic field produced by currents outside the plasma at frequencies less than that of the electron cyclotron resonance, and which is circularly polarized, rotating in the same sense as electrons in the plasma; responsible for whistlers. Also known as whistler wave. { i'lek,trän 'sī·klə,trän ,wāv }

**electron density** [PHYS] **1.** The number of electrons in a unit volume. **2.** When quantum-mechanical effects are significant, the total probability of finding an electron in a unit volume. { i'lek,trän 'den·səd·ē }

**electron device** [ELECTR] A device in which conduction is principally by electrons moving through a vacuum, gas, or semiconductor, as in a crystal diode, electron tube, transistor, or selenium rectifier. { i'lek,trän di'vīs }

**electron diffraction** [PHYS] The phenomenon associated with the interference processes which occur when electrons are scattered by atoms in crystals to form diffraction patterns. { i'lek,trän di'frak·shən }

**electron diffraction analysis** [PHYS] Examination of solid surfaces by observing the diffraction of a stream of electrons by the surface. { i'lek,trän di'frak·shən ə,nal·ə·səs }

**electron diffraction camera** [OPTICS] A camera used to obtain a photographic record of the position and intensity of the diffracted beams produced when a specimen is irradiated by a beam of electrons. { i'lek,trän di'frak·shən ,kam·rə }

**electron diffractograph** [PHYS] A device, allied to the electron microscope, in which a beam of electrons strikes the sample, showing crystal pattern and other physical attributes on the resulting diffraction pattern; used for chemical analysis, atomic structure determination, and so on. { i'lek,trän di'frak·tə,graf }

**electron dipole moment** *See* electron magnetic moment. { i'lek,trän 'dī,pōl ,mō·mənt }

**electron discharge machining** [MET] A process by which materials that conduct electricity can be removed from a metal by an electric spark; used to form holes of varied shapes in materials of poor machinability. Abbreviated EDM. Also known as electrical discharge machining; electric spark machining; electroerosive machining; electrospark machining. { i'lek,trän 'dis,chärj mə,shēn·iŋ }

**electron distribution** [PHYS] A function which gives the

ber of electrons per unit volume of phase space. { i'lek,trän ə'byü·shən }

**on distribution curve** [PHYS CHEM] A curve indicating lectron distribution among the different available energy s of a solid substance. { i'lek,trän dis·trə'byü·shən ,kərv }

**on donor** [PHYS CHEM] **1.** An atom or part of a molecule h supplies both electrons of a duplet forming a covalent . **2.** *See* nucleophile. [SOLID STATE] *See* donor. k,trän ,dō·nər }

**on-dot formula** *See* Lewis structure. { i¦lek,trän ¦dät nyə·lə }

**on efficiency** [ELECTR] The power which an electron m delivers to the circuit of an oscillator or amplifier at a n frequency, divided by the direct power supplied to the m. Also known as electronic efficiency. { i'lek,trän h·ən·sē }

**onegative** [ELEC] **1.** Carrying a negative electric ge. **2.** Capable of acting as the negative electrode in an ic cell. [PHYS CHEM] Pertaining to an atom or group of s that has a relatively great tendency to attract electrons to f. { i¦lek·trō'neg·əd·iv }

**onegative potential** [PHYS CHEM] Potential of an elec- expressed as negative with respect to the hydrogen elec- . { i¦lek·trō'neg·əd·iv pə'ten·chəl }

**on emission** [ELECTR] The liberation of electrons from ectrode into the surrounding space, usually under the influ- of heat, light, or a high electric field. { i'lek·trän i'mish·

**on emitter** [ELECTR] The electrode from which elec- are emitted. { i'lek,trän i'mid·ər }

**on energy level** [ATOM PHYS] A quantum-mechanical ept for energy levels of electrons about the nucleus; electron gies are functions of each particular atomic species. k,trän 'en·ər·jē ,lev·əl }

**on energy loss spectroscopy** [SPECT] A technique udying atoms, molecules, or solids in which a substance is barded with monochromatic electrons, and the energies of ered electrons are measured to determine the distribution ergy loss. Abbreviated EELS. { i'lek,trän 'en·ər·jē ,lòs träs·kə·pē }

**oneutrality principle** [PHYS CHEM] The principle that electrolytic solution the concentrations of all the ionic es are such that the solution as a whole is neutral. { i¦lek- 'tral·əd·ē ,prin·sə·pəl }

**on exchanger** *See* redox polymer. { i'lek,trän iks,chān·

**on flow** [ELEC] A current produced by the movement e electrons toward a positive terminal; the direction of ron flow is opposite to that of current. { i'lek,trän ,flō }

**on gas** [PHYS] A concentration of electrons whose be- r, is, in first approximation, not governed by forces. k,trän ,gas }

**on gun** [ELECTR] An electrode structure that produces ay control, focus, deflect, and converge one or more elec- beams in an electron tube. { i'lek,trän ,gən }

**on-gun density multiplication** [ELECTR] Ratio of the ge current density at any specified aperture through which ectron stream passes to the average current density at the de surface. { i'lek,trän ,gən 'den·səd·ē ,məl·tə·plə'kā·

**on hole** *See* hole. { i'lek,trän ¦hōl }

**on-hole droplets** [SOLID STATE] A form of electronic ation observed in germanium and silicon at sufficiently low enic temperatures; it is associated with a liquid-gas phase ition of the charge carriers, and consists of regions of con- g electron-hole Fermi liquid coexisting with regions of ting exciton gas. { i'lek,trän ¦hōl 'dräp·ləts }

**on-hole recombination** [SOLID STATE] The process in h an electron, which has been excited from the valence to the conduction band of a semiconductor, falls back into pty state in the valence band, which is known as a hole. k,trän 'hōl rē,käm·bə'nā·shən }

**onic** [ELECTR] Pertaining to electron devices or to cir- or systems utilizing electron devices, including electron , magnetic amplifiers, transistors, and other devices that do ork of electron tubes. { i,lek'trän·ik }

**onic absorption spectrum** [SPECT] Spectrum result- om absorption of electromagnetic radiation by atoms, ions, and molecules due to excitations of their electrons. { i,lek'trän·ik əb'sórp·shən ,spek·trəm }

**electronically agile radar** [ENG] An airborne radar that uses a phased-array antenna which changes radar beam shapes and beam positions at electronic speeds. { i,lek'trän·ik·lē ,a·jəl 'rā,där }

**electronic alternating-current voltmeter** [ELECTR] A volt- meter consisting of a direct-current milliammeter calibrated in volts and connected to an amplifier-rectifier circuit. { i,lek'trän· ik ¦al·tər,nād·iŋ ¦kə·rənt 'vōlt,mēd·ər }

**electronic altimeter** *See* radio altimeter. { i,lek'trän·ik al'tim· əd·ər }

**electronic angular momentum** [ATOM PHYS] The total an- gular momentum associated with the orbital motion of the spins of all the electrons of an atom. { i,lek'trän·ik 'aŋ·gyə·lər mə'ment·əm }

**electronic attitude directional indicator** [NAV] A multico- lor cathode-ray-tube display of attitude information (roll and pitch) showing the aircraft's position in relation to the instru- ment landing system or a very high-frequency omnirange sta- tion. Abbreviated EADI. { i,lek'trän·ik 'ad·ə,tüd də'rek·shən· əl 'in·də,kād·ər }

**electronic azimuth marker** [ELECTR] On an airborne radar plan position indicator (PPI) a bright rotatable radial line used for bearing determination. Also known as azimuth marker. { i,lek'trän·ik 'az·ə·məth ,märk·ər }

**electronic band spectrum** [SPECT] Bands of spectral lines associated with a change of electronic state of a molecule; each band corresponds to certain vibrational energies in the initial and final states and consists of numerous rotational lines. { i,lek'trän·ik 'band ,spek·trəm }

**electronic bearing cursor** [ELECTR] Of a marine radar set, the bright rotatable radial line on the plan position indicator used for bearing determination. Also known as electronic bearing marker. { i,lek'trän·ik 'ber·iŋ ,kər·sər }

**electronic bearing marker** *See* electronic bearing cursor. { i,lek'trän·ik 'ber·iŋ ,märk·ər }

**electronic calculating punch** [COMPUT SCI] A card-handling machine that reads a punched card, performs a number of se- quential operations, and punches the result on the card. { i,lek'trän·ik 'kal·kyə,lād·iŋ ,pənch }

**electronic calculator** [ELECTR] A calculator in which inte- grated circuits perform calculations and show results on a digital display; the displays usually use either seven-segment light- emitting diodes or liquid crystals. { i,lek'trän·ik 'kal·kyə,lād· ər }

**electronic camouflage** [ELECTR] Use of electronic means, or exploitation of electronic characteristics to reduce, submerge, or eliminate the radar echoing properties of a target. { i,lek'trän·ik 'kam·ə,fläzh }

**electronic cash register** [ENG] A system for automatically checking out goods from retail food stores, consisting of a device that scans packages and reads symbols imprinted on the label, and a computer that converts the symbol information to tell a cash register the price of the item; the computer can also keep records of sales and inventories. Abbreviated ECR. { i,lek'trän·ik 'kash ,rej·ə·stər }

**electronic chart** *See* digital chart. { i¦lek¦trän·ik 'chärt }

**electronic chart reader** [COMPUT SCI] A device which scans curves by a graphical recorder on a continuous paper form and converts them into digital form. { i,lek'trän·ik 'chärt ,rēd·ər }

**electronic circuit** [ELECTR] An electric circuit in which the equilibrium of electrons in some of the components (such as electron tubes, transistors, or magnetic amplifiers) is upset by means other than an applied voltage. { i,lek'trän·ik 'sər·kət }

**electronic clock** [HOROL] A clock that uses a ferrite rod and coil to pick up the electromagnetic field of 60-hertz power line wiring in a house; this 60-hertz voltage is amplified by a tran- sistor amplifier and used to control a transistor oscillator that drives a tiny permanent-magnet synchronous clock motor; two mercury cells provide power for the transistors. { i,lek'trän·ik 'kläk }

**electronic codebook mode** *See* block encryption. { i,lek'trän· ik 'kōd,bùk ,mōd }

**electronic commutator** [ELECTR] An electron-tube or tran- sistor circuit that switches one circuit connection rapidly and successively to many other circuits, without the wear and noise of mechanical switches. { i,lek'trän·ik 'käm·yə,tād·ər }

**electronic component** [ELECTR] A component which is able

**ELECTRON GUN**

electron beam · deflecting electrodes · deflecting system · focusing grid · focusing system · accelerating grid · control grid · cathode · heater · emission system

Simplified electron gun employing electrostatic focus and deflection.

**electrostatic stress** [ELEC] An electrostatic field acting on an insulator, which produces polarization in the insulator and causes electrical breakdown if raised beyond a certain intensity. { i'lek·trə,stad·ik 'stres }

**electrostatic tape camera** [OPTICS] A camera in which images are stored electrostatically on a plastic tape; designed for use in satellites, where the stored image is not damaged by Van Allen or other radiation. { i'lek·trə,stad·ik 'tāp ,kam·rə }

**electrostatic transducer** [ENG ACOUS] A transducer consisting of a fixed electrode and a movable electrode, charged electrostatically in opposite polarity; motion of the movable electrode changes the capacitance between the electrodes and thereby makes the applied voltage change in proportion to the amplitude of the electrode's motion. Also known as condenser transducer. { i'lek·trə,stad·ik tranz'dü·sər }

**electrostatic tweeter** [ENG ACOUS] A tweeter loudspeaker in which a flat metal diaphragm is driven directly by a varying high voltage applied between the diaphragm and a fixed metal electrode. { i'lek·trə,stad·ik 'twēd·ər }

**electrostatic units** [ELEC] A centimeter-gram-second system of electric and magnetic units in which the unit of charge is that charge which exerts a force of 1 dyne on another unit charge when separated from it by a distance of 1 centimeter in vacuum; other units are derived from this definition by assigning unit coefficients in equations relating electric and magnetic quantities. Abbreviated esu. { i'lek·trə,stad·ik 'yü·nəts }

**electrostatic valence rule** [PHYS CHEM] The postulate that in a stable ionic structure the valence of each anion, with changed sign, equals the sum of the strengths of its electrostatic bonds to the adjacent cations. { i'lek·trə,stad·ik 'vā·ləns ,rül }

**electrostatic voltmeter** [ENG] A voltmeter in which the voltage to be measured is applied between fixed and movable metal vanes; the resulting electrostatic force deflects the movable vane against the tension of a spring. { i'lek·trə,stad·ik 'vōlt,mēd·ər }

**electrostatic wattmeter** [ENG] An adaptation of a quadrant electrometer for power measurements in which two quadrants are charged by the voltage drop across a noninductive shunt resistance through which the load current passes, and the line voltage is applied between one of the quadrants and a moving vane. { i'lek·trə,stad·ik 'wät,mēd·ər }

ELECTROSTATIC WATTMETER

Electrostatic wattmeter circuit diagram showing two quadrants *a* and *b*.

**electrostatic wave** [PL PHYS] Wave motion of a plasma whose restoring forces are primarily electrostatic. { i'lek·trə,stad·ik 'wāv }

**electrostatography** [GRAPHICS] A generic term covering all processes involving the forming and use of electrostatic charged patterns for recording and reproducing images; the field is divided into electrophotography and electrography. Also known as electrostatic copying. { i¦lek·trō·stə'täg·rə·fē }

**electrostethophone** [MED] A stethoscope consisting of a microphone and audio amplifier feeding headphones, used for detection and study of sounds arising within the body. { i¦lek·trō'steth·ə,fōn }

**electrostriction** [MECH] A form of elastic deformation of a dielectric induced by an electric field, associated with those components of strain which are independent of reversal of field direction, in contrast to the piezoelectric effect. Also known as electrostrictive strain. { i¦lek·trō'strik·shən }

**electrostriction transducer** [ENG ACOUS] A transducer which depends on the production of an elastic strain in certain symmetric crystals when an electric field is applied, or, conversely, which produces a voltage when the crystal is deformed. Also known as ceramic transducer. { i¦lek·trō'strik·shən tranz'dü·sər }

**electrostrictive strain** *See* electrostriction. { i¦lek·trō'strik·tiv 'strān }

**electrosurgery** [MED] The use of electricity to perform surgical procedures, as the use of electricity to simultaneously cut tissue and arrest bleeding. { i¦lek·trō'sərj·ə·rē }

**electrosynthesis** [CHEM] A reaction in which synthesis occurs as the result of an electric current. { i¦lek·trō'sin·thə·səs }

**electrotaxis** [BIOL] Movement of an organism in response to stimulation by electric charges. { i¦lek·trō'tak·səs }

**electrotherapy** [MED] The therapeutic use of electricity. { i¦lek·trō'ther·ə·pē }

**electrothermal** [PHYS] **1.** Pertaining to both heat and electricity. **2.** In particular, pertaining to conversion of electrical energy into heat energy. { i¦lek·trō'thər·məl }

**electrothermal ammeter** *See* thermoammeter. { i¦lek·trō'thər·məl 'a,med·ər }

**electrothermal energy conversion** [ENG] The direct conversion of electric energy into heat energy, as in an electric heater. { i¦lek·trō'thər·məl 'en·ər·jē kən,vər·zhən }

**electrothermal process** [ENG] Any process which uses an electric current to generate heat, utilizing resistance, arcs, or induction; used to achieve temperatures higher than can be obtained by combustion methods. { i¦lek·trō'thər·məl 'präs·əs }

**electrothermal propulsion** [AERO ENG] Propulsion of spacecraft by using an electric arc or other electric heater to bring hydrogen gas or other propellant to the high temperature required for maximum thrust; an arc-jet engine is an example. { i¦lek·trō'thər·məl prə'pəl·shən }

**electrothermal recording** [ELECTR] Type of electrochemical recording, used in facsimile equipment, wherein the chemical change is produced principally by signal-controlled thermal action. { i¦lek·trō'thər·məl ri'kȯrd·iŋ }

**electrothermal voltmeter** [ENG] An electrothermal ammeter employing a series resistor as a multiplier, thus measuring voltage instead of current. { i¦lek·trō'thər·məl 'vōlt,mēd·ər }

**electrotinning** [MET] Electroplating an object with tin. { i¦lek·trō'tin·iŋ }

**electrotonus** [PHYSIO] The change of condition in a nerve or a muscle during the passage of a current of electricity. { i,lek'trät·ən·əs }

**electrotropism** [BIOL] Orientation response of a sessile organism to stimulation by electric charges. { i,lek'trä·trə,piz·əm }

**electrotype** [GRAPHICS] A duplicate printing surface prepared by making a mold of the type page or halftone plate, then suspending this mold in a bath of copper sulfate and sulfuric acid where, by electrolytic action, a thin shell of copper is deposited on it, and finally pouring molten type metal into this shell to strengthen it for use on the press. { i'lek·trə,tīp }

**electrotyping** [GRAPHICS] The process of making an electrotype. { i'lek·trə,tīp·iŋ }

**electrovalence** [PHYS CHEM] The valence of an atom that has formed an ionic bond. { i¦lek·trō'vā·ləns }

**electrovalent bond** *See* ionic bond. { i¦lek·trō¦vā·lənt 'bänd }

**electroviscous effect** [FL MECH] Change in a liquid's viscosity induced by a strong electrostatic field. { i¦lek·trō'vis·kəs i'fekt }

**electroweak interaction** [PARTIC PHYS] The unification of the electromagnetic and weak interactions described by the Weinberg-Salam theory. { i'lek·trō,wēk ,in·tər'ak·shən }

**electrowinning** [MET] Extracting metal from solutions by electrochemical processes. { i¦lek·trō'win·iŋ }

**electrum** [MET] A naturally occurring alloy of gold and silver. { i'lek·trəm }

**Elektra** [ASTRON] An asteroid with a diameter of about 14[illegible] miles (235 kilometers), mean distance from the sun of 3.1[illegible] astronomical units, and C-type surface composition. { i'lek·trə }

**Elektrion process** [CHEM ENG] A process of condensation and polymerization in which a mixture of a relatively light mineral oil and a fatty oil is subjected to an electric discharge in an atmosphere of hydrogen; the product is a very viscous oil used for blending with lighter lubricating oils. { i'lek·trē,än ,präs·əs }

**element** [CHEM] A substance made up of atoms with the same atomic number; common examples are hydrogen, gold, and iron. Also known as chemical element. [COMPUT SCI] A circuit or device performing some specific elementary data-processing function. [ELEC] **1.** A part of an electron tube, semiconductor device, or antenna array that contributes directly to the electrical performance. **2.** *See* component. [ELECTROMAG] Radiator, active or parasitic, that is a part of an antenna. [IND ENG] A brief, relatively homogeneous part of a work cycle that can be described and identified. [MATH] **1.** In an array such as a matrix or determinant, a quantity identified by the intersection of a given row or column. **2.** In network topology, an edge. **3.** The generatrix of a ruled surface at any one fixed position. { 'el·ə·mənt }

**element 104** [CHEM] The first element beyond the actinide series, and the twelfth transuranium element; the longest-lived isotope identified has a half-life of 65 seconds and mass number 261. { 'el·ə·mənt ,wən ,ō 'fȯr }

**element 105** [CHEM] An artificial element whose isotope [of] mass number 260 was discovered by bombarding californium

**semianthracite** [GEOL] Coal which is between bituminous coal and anthracite in metamorphic rank, and which has a fixed-carbon content of 86–92%. { ,sem·ē'an·thrə,sīt }

**semiarid climate** *See* steppe climate. { ¦sem·ē'ar·əd 'klī·mət }

**semiautomatic** [ORD] Pertaining to a firearm or gun that utilizes a part of the force of an exploding cartridge to extract the empty case and to chamber the next round, but requires a separate pull on the trigger to fire each round; examples are the semiautomatic rifle and the semiautomatic pistol. { ¦sem·ē,ȯd·ə'mad·ik }

**semiautomatic flight inspection** [NAV] Airborne equipment that systematically records significant parameters as an aircraft flies along a previously determined route, in order to check the performance of ground-based navigation aids. Abbreviated SAFI. { ¦sem·ē,ȯd·ə'mad·ik 'flīt in,spek·shən }

**semiautomatic ground environment** *See* SAGE. { ¦sem·ē,ȯd·ə'mad·ik 'graủnd in,vī·rən·mənt }

**semiautomatic keying circuits** [COMMUN] Mechanization providing torn tape switching systems in teleprinter links; incoming and outgoing messages are converted to tapes and manually inserted into a teletypewriter distributor that mechanically keys the circuit automatically. { ¦sem·ē,ȯd·ə'mad·ik 'kē·iŋ ,sər·kəts }

**semiautomatic supply** [ORD] System by which certain specified items of supplies needed by units, activities, or forces are shipped by the agencies responsible for supply on the basis of periodic reports of the status of stocks on hand and en route to the using agency; all other supplies are furnished on the basis of requisitions initiated by the using agency. { ¦sem·ē,ȯd·ə'mad·ik sə'plī·}

**semiautomatic tape relay** [COMMUN] Method of communication whereby messages are received and retransmitted in teletypewriter tape form involving manual intervention in transfer of the tape from receiving reperforator to automatic transmitter. { ¦sem·ē,ȯd·ə'mad·ik 'tāp 'rē,lā }

**semiautomatic telephone system** [COMMUN] Telephone system that limits automatic dialing to only those subscribers who are served by the same exchange as the calling subscriber. { ¦sem·ē,ȯd·ə'mad·ik 'tel·ə,fōn ,sis·təm }

**semiautomatic transmission** [MECH ENG] An automobile transmission that assists the driver to shift from one gear to another. { ¦sem·ē,ȯd·ə'mad·ik tranz'mish·ən }

**semiautomatic welding** [MET] An arc-welding method in which the electrode, a long length of small-diameter bare wire, usually in coil form, is positioned and advanced by the operator from a hand-held welding gun which feeds the electrode through the nozzle. { ¦sem·ē,ȯd·ə'mad·ik 'weld·iŋ }

**semiaxis** [MATH] A line segment that forms half of the axis of a geometric figure (such as an ellipse), having one end point at the center of symmetry of the figure. { ¦sem·ē'ak·səs }

**semibatch chemical reactor** [CHEM ENG] A reactor in which a constant liquid volume is maintained without any overflow, and with the continuous addition of one reactant, usually a gas. { 'sem·i,bach 'kem·ə·kəl rē'ak·tər }

**semibituminous coal** [GEOL] Coal that is harder and more brittle than bituminous coal, has a high fuel ratio, contains 10–20% volatile matter, and burns without smoke; ranks between bituminous and semianthracite coals. { ¦sem·i·bə'tü·mə·nəs 'kōl }

**semibolson** [GEOL] A wide desert basin or valley whose central playa is absent or poorly developed, and which is drained by an intermittent stream that flows through canyons at each end and reaches a surface outlet. { ¦sem·i'bōls·ən }

**semibright coal** [GEOL] A type of banded coal defined microscopically as consisting of between 80 and 61% bright ingredients such as vitrain, clarain, and fusain, with clarodurain and durain composing the remainder. { 'sem·i,brīt 'kōl }

**semicarbazide** [ORG CHEM] $H_2N—NHCONH_2$ A reagent used to produce semicarbazones by reaction with aldehydes or ketones. { ¦sem·i'kär·bə,zīd }

**semicarbazide hydrochloride** [ORG CHEM] $CH_5ON_3·HCl$ Colorless prisms, soluble in water, decomposing at 175°C; used as an analytical reagent for aldehydes and ketones, and to recover constituents of essential oils. { ¦sem·i 'kär·bə,zīd ,hī·drə'klȯr,īd }

**semicarbazone** [ORG CHEM] $R_2C:N_2HCONH_2$ A condensation product of an aldehyde or ketone with semicarbazide. { ,sem·i'kär·bə,zōn }

**semichemical pulp** [MATER] Wood which has been pulped by the process of semichemical pulping. { ¦sem·i'ke… 'pəlp }

**semichemical pulping** [CHEM ENG] A method of prod… wood-fiber products in which the wood chips are merely … ened by chemical treatment (neutral sodium sulfite so… while the remainder of the pulping action is supplied by … attrition mill or by some similar mechanical device for se… ing the fibers. { ¦sem·i'kem·ə·kəl 'pəlp·iŋ }

**semicircular canal** [ANAT] Any of three loop-shaped tu… structures of the vertebrate labyrinth; they are arranged in … different spatial planes at right angles to each other, and fun… in the maintenance of body equilibrium. { ¦sem·i'sər·ky… kə'nal }

**semicircular deviation** [NAV] A deviation of a ma… compass which changes sign east or west approximately … 180° change of heading. { ¦sem·i'sər·kyə·lər ,dē·vē'ā·sh… }

**semiclosed-cycle gas turbine** [MECH ENG] A heat en… in which a portion of the expanded gas is recirculated. { … i,klōzd,sī·kəl 'gas ,tər·bən }

**semicoma** [MED] A mildly or partially comatose st… which the patient can be roused and responds to strong st… with some purposeful movements. { ¦sem·i'kō·mə }

**semicompreg** [MATER] Resin-impregnated wood … pressed to a density not exceeding 1.25. { ¦sem·i'käm,pr… }

**semiconducting compound** [SOLID STATE] A comp… which is a semiconductor, such as copper oxide, mercury … telluride, zinc sulfide, cadmium selenide, and magnesi… dide. { ¦sem·i·kən¦dək·tiŋ 'käm,paủnd }

**semiconducting crystal** [SOLID STATE] A crystal of a … conductor, such as silicon, germanium, or gray tin. { … kən¦dək·tiŋ ¦krist·əl }

**semiconductive loading tube** [ENG] A loading tub… blasthole explosives which dissipates static electric ch… prevent premature blasts. { ¦sem·i·kən¦dək·tiv 'lōd·iŋ ,t… }

**semiconductor** [SOLID STATE] A solid crystalline … whose electrical conductivity is intermediate between th… conductor and an insulator, ranging from about $10^5$ m… $10^{-7}$ mho per meter, and is usually strongly temper… dependent. { ¦sem·i·kən¦dək·tər }

**semiconductor detector** [NUCLEO] A particle de… which detects ionization produced by energetic charged … cles in the depletion layer of a reverse-biased *pn* juncti… semiconductor, usually a very pure single crystal of sili… germanium. { ¦sem·i·kən¦dək·tər di'tek·tər }

**semiconductor device** [ELECTR] Electronic device in … the characteristic distinguishing electronic conductio… place within a semiconductor. { ¦sem·i·kən¦dək·tər di,v… }

**semiconductor diode** [ELECTR] Also known as cry… ode; crystal rectifier; diode. **1.** A two-electrode semico… device that utilizes the rectifying properties of a *pn* junc… a point contact. **2.** More generally, any two-terminal ele… device that utilizes the properties of the semiconducto… which it is constructed. { ¦sem·i·kən¦dək·tər 'dī,ōd }

**semiconductor-diode parametric amplifier** [… Parametric amplifier using one or more varactors. { … kən¦dək·tər ¦dī,ōd ¦par·ə¦me·trik 'am·plə,fī·ər }

**semiconductor disk** [COMPUT SCI] A large semico… memory that imitates a disk drive in that the operating … can read and write to it as though it were an ordinary d… at a much faster rate. Also known as nonrotating disk. { … i·kən,dək·tər ,disk }

**semiconductor doping** *See* doping. { ¦sem·i·kən¦dək·t… iŋ }

**semiconductor heterostructure** [ELECTR] A struc… two different semiconductors in junction contact havin… electrical or electrooptical characteristics not achievabl… ther conductor separately; used in certain types of … solar cells. { ¦sem·i·kən¦dək·tər 'hed·ə·rō,strək·chər }

**semiconductor intrinsic properties** [SOLID STATE] … erties of a semiconductor that are characteristic of … crystal. { ¦sem·i·kən¦dək·tər in'trin·sik 'präp·ərd·ēz }

**semiconductor junction** [ELECTR] Region of tra… tween semiconducting regions of different electrical p… usually between *p*-type and *n*-type material. { ¦sem·i… tər ,jəŋk·shən }

**semiconductor laser** [OPTICS] A laser in which … emission of coherent light occurs at a *pn* junction wh… and holes are driven into the junction by carrier inje… tron-beam excitation, impact ionization, optical …

# TAB N

# ELECTRONIC PACKAGING, MICROELECTRONICS, AND INTERCONNECTION DICTIONARY

CHARLES A. HARPER
MARTIN B. MILLER

N1

**Library of Congress Cataloging-in-Publication Data**

Harper, Charles A.
Electronic packaging, microelectronics, and interconnection dictionary / Charles A. Harper, Martin B. Miller.
p. cm. — (Electronic packaging and interconnection series)
Includes index.
ISBN 0-07-026688-3
1. Electronic packaging—Dictionaries. 2. Microelectronic packaging—Dictionaries. 3. Electronic apparatus and appliances—Design and construction—Dictionaries. I. Miller, Martin B. (Martin Boniface). II. Title. III. Series.
TK7804.H34 1993
621.381′046′3—dc20

92-40712
CIP

Copyright © 1993 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0 DOC/DOC 9 9 8 7 6 5 4 3

ISBN 0-07-026688-3

*The sponsoring editor for this book was Daniel A. Gonneau, the editing supervisor was Kimberly A. Goff, and the production supervisor was Donald F. Schmidt.*

*Printed and bound by R. R. Donnelley & Sons Company.*

It has been
aging, micro
The reason
sionals from
terials, as w
facturing, a
are quite di
neer to und
for a mater
croelectroni
acronyms a
uation, toda
terdepender
systems den
tions to achi
This was
This diction
range of ele
subject area
anyone in th
cess the ter
nary include
symbols, and
a constant p
dictionary ir
has ever bee
serve its rea
this magnit
bols, we wo
garding add

N2

**Capillary** A hollow tube, used as the bonding tool, through which the bonding wire is fed. Pressure from the capillary tool is applied to the wire during the bonding cycle to form the bond. *Also called bonding tool or capillary tool.*

**Capillary Tool** *See Capillary.*

**Captive Device** A multipart usually screw-type fastener that retains the loosened components, without separation, when removed from the assembly.

**Carbon-Carbon Composite** Carbon or graphite fibers that are given structural form by weaving, braiding, or other textile technique and then made dense by adding a carbonaceous matrix. The composites are used for ultra-high-temperature applications. *See also Organic Composites.*

**Carbon Fiber** Fiber produced by the pyrolysis of an organic precursor fiber, such as rayon, polyacrylonitrile (PAN), or pitch, in an inert atmosphere.

**Carbon Tracking** A phenomenon wherein a high voltage causes a breakdown on the surface of a dielectric or insulating material and forms a carbonized path.

**Card** A printed circuit panel that provides the interconnection and power distribution to the electronics on the panel and also provides the interconnection capability to the next-level package. *See also Daughter Card.*

**Card Cage** A container, equipped with guide rails, that provides compact packaging of printed wiring boards. Card cages are available in various sizes and capable of holding varying numbers of cards. They are equipped with heat sink devices and connectors.

**Card Edge Connector** *See Edge Board Connector.*

**Card Guide** A metal or nonmetal guide that provides easier insertion and extraction of a printed wiring board into or from a connector.

**Card Insertion Connector** *See Edge Board Connector.*

**Card on Board** A packaging design in which several printed circuit cards are electrically and mechanically connected to printed circuit boards at 90° angles.

**Card Rack** *See Card Cage.*

**Card Slot** The lengthwise opening in a printed circuit edge connector that receives the printed circuit board.

**Carrier** A compartmentalized holder used for storing, transporting, hauling, and testing electronic devices to protect them from physical damage. *See also Waffle Pack.*

**Case** The bottom portion of a device package, usually a flat pack. It contains one or more cavities and all exit terminals, leads, and pins. The case contributes to the hermetic and environmental protection of

the electroni
the same 1
device form

**Cast** To em
assembly in
molds or she
ization takes
pressure. *S*

**Castellation**
crown-shap
for making
patterns, s
ceramic lea
Fluting alon
carrier or s
*to as deten*
When me
provide ele
assembly b
operation.
either semic
half-slot sh

**Catalyst** A
speeds up
that does
part of the
are normall
ties. *See a*
*er, Inhibito*

**Catalytic Cu**
that chang
cal reactio
the reactio

**Cathode** (1)
an electrop
charged ic
leave the
posit on th
(i.e., the c
*troplating.*
which the

N3

# TAB O

O1

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

ISBN 0-87779-711-0

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

56QW02

of theology devoted to the defense of the divine origin and authority of Christianity

**apo·lo·gia** \ˌa-pə-ˈlō-j(ē-)ə\ *n* [LL] (1784) : a defense esp. of one's opinions, position, or actions ⟨the finest ~ or explanation of what drives a man to devote his life to pure mathematics —*Brit. Book News*⟩ ***syn*** see APOLOGY

**apol·o·gise** *Brit var of* APOLOGIZE

**apol·o·gist** \ə-ˈpä-lə-jist\ *n* (1640) : one who speaks or writes in defense of someone or something

**apol·o·gize** \-ˌjīz\ *vi* **-gized; -giz·ing** (1597) : to make an apology — **apol·o·giz·er** *n*

**ap·o·logue** \ˈa-pə-ˌlȯg, -ˌläg\ *n* [F, fr. L *apologus*, fr. Gk *apologos*, fr. *apo-* + *logos* speech, narrative] (ca. 1555) : an allegorical narrative usu. intended to convey a moral

**apol·o·gy** \ə-ˈpä-lə-jē\ *n, pl* **-gies** [MF or LL; MF *apologie*, fr. LL *apologia*, fr. Gk, fr. *apo-* + *logos* speech — more at LEGEND] (1533) **1 a** : a formal justification : DEFENSE **b** : EXCUSE 2a **2** : an admission of error or discourtesy accompanied by an expression of regret **3** : a poor substitute : MAKESHIFT

***syn*** APOLOGY, APOLOGIA, EXCUSE, PLEA, PRETEXT, ALIBI mean matter offered in explanation or defense. APOLOGY usu. applies to an expression of regret for a mistake or wrong with implied admission of guilt or fault and with or without reference to palliating circumstances ⟨said by way of *apology* that he would have met them if he could⟩. APOLOGIA implies not admission of guilt or regret but a desire to make clear the grounds for some course, belief, or position ⟨his speech was an *apologia* for his foreign policy⟩. EXCUSE implies an intent to avoid or remove blame or censure ⟨used illness as an *excuse* for missing the meeting⟩. PLEA stresses argument or appeal for understanding or sympathy or mercy ⟨her usual *plea* that she was nearsighted⟩. PRETEXT suggests subterfuge and the offering of false reasons or motives in excuse or explanation ⟨used any *pretext* to get out of work⟩. ALIBI implies a desire to shift blame or evade punishment and imputes mere plausibility to the explanation ⟨his *alibi* failed to stand scrutiny⟩.

**apo·lune** \ˈa-pə-ˌlün\ *n* [*apo-* + L *luna* moon — more at LUNAR] (ca. 1968) : the point in the path of a body orbiting the moon that is farthest from the center of the moon — compare PERILUNE

**apo·mict** \ˈa-pə-ˌmikt\ *n* [prob. back-formation fr. ISV *apomictic*, fr. *apo-* + Gk *mignynai* to mix — more at MIX] (ca. 1938) : one produced or reproducing by apomixis — **apo·mic·tic** \ˌa-pə-ˈmik-tik\ *adj* — **apo·mic·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**apo·mix·is** \ˌa-pə-ˈmik-səs\ *n, pl* **-mix·es** \-ˌsēz\ [NL, fr. *apo-* + Gk *mixis* act of mixing, fr. *mignynai*] (1913) : reproduction (as apogamy or parthenogenesis) involving specialized generative tissues but not dependent on fertilization

**apo·mor·phine** \ˌa-pə-ˈmȯr-ˌfēn\ *n* [ISV] (1888) : a crystalline morphine derivative $C_{17}H_{17}NO_2$ that is a dopamine agonist and is administered as the hydrochloride for its powerful emetic action

**apo·neu·ro·sis** \ˌa-pə-nu̇-ˈrō-səs, -nyu̇-\ *n* [NL, fr. Gk *aponeurōsis*, fr. *aponeurousthai* to pass into a tendon, fr. *apo-* + *neuron* sinew — more at NERVE] (1676) : a broad flat sheet of dense fibrous collagenous connective tissue that covers, invests, and forms the terminations and attachments of various muscles — **apo·neu·rot·ic** \-ˈrä-tik\ *adj*

**ap·o·phthegm** \ˈa-pə-ˌthem\ *var of* APOTHEGM

**apo·phyl·lite** \ˌa-pə-ˈfi-ˌlīt, ə-ˈpä-fə-ˌlīt\ *n* [F, fr. *apo-* + Gk *phyllon* leaf — more at BLADE] (1810) : a mineral composed of a hydrous potassium calcium silicate that is related to the zeolites and is usu. found in transparent square prisms or white or grayish masses

**apoph·y·sis** \ə-ˈpä-fə-səs\ *n, pl* **-y·ses** \-ˌsēz\ [NL, fr. Gk, fr. *apo-* + *phyein* to bring forth — more at BE] (1646) : an expanded or projecting part esp. of an organism — **apoph·y·se·al** \-ˌpä-fə-ˈsē-əl\ *adj*

**ap·o·plec·tic** \ˌa-pə-ˈplek-tik\ *adj* [F or LL; F *apoplectique*, fr. LL *apoplecticus*, fr. Gk *apoplēktikos*, fr. *apoplēssein*] (1611) **1** : of, relating to, or causing stroke **2** : affected with, inclined to, or showing symptoms of stroke **3** : of a kind to cause or apparently cause stroke ⟨an ~ rage⟩; *also* : greatly agitated — **ap·o·plec·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**ap·o·plexy** \ˈa-pə-ˌplek-sē\ *n* [ME *apoplexie*, fr. MF & LL; MF, fr. LL *apoplexia*, fr. Gk *apoplēxia*, fr. *apoplēssein* to cripple by a stroke, fr. *apo-* + *plēssein* to strike — more at PLAINT] (15c) : STROKE 5

**ap·o·pto·sis** \ˌa-pəp-ˈtō-səs, -pə-ˈtō-\ *n, pl* **-pto·ses** \-ˌsēz\ [NL, fr. Gk *apoptōsis* a falling off, fr. *apopiptein* to fall off, fr. *apo-* + *piptein* to fall — more at FEATHER] (1972) : a genetically determined destruction of cells from within due to activation of a stimulus or removal of a suppressing agent or stimulus that is postulated to exist to explain the orderly elimination of superfluous cells — called also *programmed cell death* — **ap·o·pto·tic** \-ˈtä-tik\ *adj*

**aport** \ə-ˈpȯrt, -ˈpȯrt\ *adv* (1627) : on or toward the left side of a ship ⟨put the helm hard ~⟩

**apo·se·mat·ic** \ˌa-pə-si-ˈma-tik\ *adj* (1890) : being conspicuous and serving to warn ⟨~ coloration⟩ — **apo·se·mat·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**ap·o·si·o·pe·sis** \ˌa-pə-ˌsī-ə-ˈpē-səs\ *n, pl* **-pe·ses** \-ˌsēz\ [LL, fr. Gk *aposiōpēsis*, fr. *aposiōpan* to be fully silent, fr. *apo-* + *siōpan* to be silent, fr. *siōpē* silence] (1578) : the leaving of a thought incomplete usu. by a sudden breaking off (as in "his behavior was—but I blush to mention that") — **ap·o·si·o·pet·ic** \-ˈpe-tik\ *adj*

**apos·po·ry** \ˈa-pə-ˌspōr-ē, -ˌspȯr-; ə-ˈpäs-pə-rē\ *n* (1884) : production of gametophytes directly from diploid cells of the sporophytes without spore formation (as in certain ferns and mosses) — **apos·po·rous** \ˈa-pə-ˌspōr-əs, -ˌspȯr-; ə-ˈpäs-pə-rəs\ *adj*

**apos·ta·sy** \ə-ˈpäs-tə-sē\ *n, pl* **-sies** [ME *apostasie*, fr. LL *apostasia*, fr. Gk, lit., revolt, fr. *aphistasthai* to revolt, fr. *apo-* + *histasthai* to stand — more at STAND] (14c) **1** : renunciation of a religious faith **2** : abandonment of a previous loyalty : DEFECTION

**apos·tate** \ə-ˈpäs-ˌtāt, -tət\ *n* (14c) : one who commits apostasy — **apostate** *adj*

**apos·ta·tise** *Brit var of* APOSTATIZE

**apos·ta·tize** \ə-ˈpäs-tə-ˌtīz\ *vi* **-tized; -tiz·ing** (1611) : to commit apostasy

**a pos·te·ri·o·ri** \ˌä-(ˌ)pō-ˌstir-ē-ˈōr-ē, -ˌster-; ˌā-(ˌ)pä-ˌstir-ē-ˈōr-ˌī, -(ˌ)pō-, -ˈōr-ē; -ˈȯr-\ *adj* [L, lit., from the latter] (1588) **1** : INDUCTIVE **2** : relating to or derived by reasoning from observed facts — compare A PRIORI — **a posteriori** *adv*

**apos·tle** \ə-ˈpä-səl\ *n* [ME, fr. OF & OE; OF *apostle* & OE *apostol*, both fr. LL *apostolus*, fr. Gk *apostolos*, fr. *apostellein* to send away, fr. *apo-* + *stellein* to send] (bef. 12c) **1** : one sent on a mission: as **a** : one of an authoritative New Testament group sent out to preach the gospel and made up esp. of Christ's 12 original disciples and Paul **b** : the first prominent Christian missionary to a region or group **2 a** : a person who initiates a great moral reform or who first advocates an important belief or system **b** : an ardent supporter : ADHERENT **3** : the highest ecclesiastical official in some church organizations **4** : one of a Mormon administrative council of 12 men — **apos·tle·ship** \-ˌship\ *n*

**Apostles' Creed** *n* (ca. 1658) : a Christian statement of belief ascribed to the Twelve Apostles and used esp. in public worship

**apos·to·late** \ə-ˈpäs-tə-ˌlāt, -lət\ *n* [LL *apostolatus*, fr. *apostolus*] (14c) **1** : the office or mission of an apostle **2** : an association of persons dedicated to the propagation of a religion or a doctrine

**ap·os·tol·ic** \ˌa-pə-ˈstä-lik\ *adj* (13c) **1 a** : of or relating to an apostle **b** : of, relating to, or conforming to the teachings of the New Testament apostles **2 a** : of or relating to a succession of spiritual authority from the apostles held (as by Roman Catholics, Anglicans, and Eastern Orthodox) to be perpetuated by successive ordinations of bishops and to be necessary for valid sacraments and orders **b** : PAPAL — **apos·to·lic·i·ty** \ə-ˌpäs-tə-ˈli-sə-tē\ *n*

**apostolic delegate** *n* (ca. 1907) : an ecclesiastical representative of the Holy See to the Catholic hierarchy of another country

**Apostolic Father** *n* (1828) : a church father of the first or second century A.D.

[1]**apos·tro·phe** \ə-ˈpäs-trə-(ˌ)fē\ *n* [L, fr. Gk *apostrophē*, lit., act of turning away, fr. *apostrephein* to turn away, fr. *apo-* + *strephein* to turn] (1533) : the addressing of a usu. absent person or a usu. personified thing rhetorically ⟨Carlyle's "O Liberty, what things are done in thy name!" is an example of ~⟩ — **ap·os·troph·ic** \ˌa-pə-ˈsträ-fik\ *adj*

[2]**apostrophe** *n* [MF & LL; MF, fr. LL *apostrophus*, fr. Gk *apostrophos*, fr. *apostrophos* turned away, fr. *apostrephein*] (1727) : a mark ' used to indicate the omission of letters or figures, the possessive case, or the plural of letters or figures — **apostrophic** *adj*

**apos·tro·phise** *Brit var of* APOSTROPHIZE

**apos·tro·phize** \ə-ˈpäs-trə-ˌfīz\ *vb* **-phized; -phiz·ing** *vt* (1718) : to address by or in apostrophe ~ *vi* : to make use of apostrophe

**apothecaries' measure** *n* (ca. 1900) : a system of liquid units of measure used chiefly by pharmacists

**apothecaries' weight** *n* (1765) : a system of weights used chiefly by pharmacists — see WEIGHT table

**apoth·e·cary** \ə-ˈpä-thə-ˌker-ē\ *n, pl* **-car·ies** [ME *apothecarie*, fr. ML *apothecarius*, fr. LL, shopkeeper, fr. L *apotheca* storehouse, fr. Gk *apothēkē*, fr. *apotithenai* to put away, fr. *apo-* + *tithenai* to put — more at DO] (14c) **1** : one who prepares and sells drugs or compounds for medicinal purposes **2** : PHARMACY

**apo·the·ci·um** \ˌa-pə-ˈthē-shē-əm, -sē-\ *n, pl* **-cia** \-shē-ə, -sē-\ [NL, fr. L *apotheca*] (1830) : a spore-bearing structure in many lichens and fungi consisting of a discoid or cupped body bearing asci on the exposed flat or concave surface — **apo·the·cial** \-sh(ē-)əl, -sē-əl\ *adj*

**ap·o·thegm** \ˈa-pə-ˌthem\ *n* [Gk *apophthegmat-*, *apophthegma*, fr. *apophthengesthai* to speak out, fr. *apo-* + *phthengesthai* to utter] (ca. 1587) : a short, pithy, and instructive saying or formulation : APHORISM — **ap·o·theg·mat·ic** \ˌa-pə-theg-ˈma-tik\ *adj*

**ap·o·them** \ˈa-pə-ˌthem\ *n* [ISV *apo-* + *-them* (fr. Gk *thema* something laid down, theme)] (ca. 1856) : the perpendicular from the center of a regular polygon to one of the sides

**apo·the·o·sis** \ə-ˌpä-thē-ˈō-səs, ˌa-pə-ˈthē-ə-səs\ *n, pl* **-o·ses** \-ˌsēz\ [LL, fr. Gk *apotheōsis*, fr. *apotheoun* to deify, fr. *apo-* + *theos* god] (ca. 1580) **1** : elevation to divine status : DEIFICATION **2** : the perfect example : QUINTESSENCE ⟨this is the literary ~ of the shaggy dog story — Thomas Sutcliffe⟩ — **apo·the·o·size** \ˌa-pə-ˈthē-ə-ˌsīz, ə-ˈpä-thē-ə-\ *vt*

**apo·tro·pa·ic** \ˌa-pə-trō-ˈpā-ik\ *adj* [Gk *apotropaios*, fr. *apotrepein* to avert, fr. *apo-* + *trepein* to turn] (1883) : designed to avert evil ⟨an ~ ritual⟩ — **apo·tro·pa·i·cal·ly** \-ˈpā-ə-k(ə-)lē\ *adv*

**Ap·pa·la·chian** \ˌa-pə-ˈlā-ch(ē-)ən, -ˈla-, -sh(ē-)ən\ *n* (1888) : a white native or resident of the Appalachian mountain area

**Appalachian dulcimer** *n* (1962) : DULCIMER 2

**ap·pall** *also* **ap·pal** \ə-ˈpȯl\ *vb* **ap·palled; ap·pall·ing** [ME, fr. MF *apalir*, fr. OF, fr. *a-* (fr. L *ad-*) + *palir* to grow pale, fr. L *pallescere*, incho. of *pallēre* to be pale — more at FALLOW] *vi* (14c) *obs* : WEAKEN, FAIL ~ *vt* : to overcome with consternation, shock, or dismay ***syn*** see DISMAY

**ap·pall·ing** *adj* (1817) : inspiring horror, dismay, or disgust ⟨living under ~ conditions⟩ — **ap·pall·ing·ly** *adv*

**Ap·pa·loo·sa** \ˌa-pə-ˈlü-sə\ *n* [origin unknown] (1947) : any of a breed of rugged saddle horses developed in western No. America and usu. having a white or solid-colored coat with small spots

Appaloosa

**ap·pa·nage** \ˈa-pə-nij\ *n* [F *apanage*, fr. OF, fr. *apaner* to provide for a younger offspring, fr. ML *appanare*, fr. L *ad-* + *panis* bread — more at FOOD] (1602) **1 a** : a grant (as of land or revenue) made by a sovereign or a legislative body to a dependent member of the royal family or a principal vassal **b** : a property or privilege appropriated to or by a person as something due **2** : a rightful endowment or adjunct

**ap·pa·rat** \ˈa-pə-ˌrat, ˌä-pə-ˈrät\ *n* [Russ] (1941) : APPARATUS 2

**ap·pa·rat·chik** \ˌä-pə-ˈrä(t)-chik\ *n, pl* **-chiks** *also* **-chi·ki** \-chi-kē\ [Russ, fr. *apparat*] (1941) **1** : a member of a Communist apparat **2** : an official blindly devoted to superiors or to the organization

**ap·pa·ra·tus** \ˌa-pə-ˈra-təs, -ˈrā-\ *n, pl* **-tus·es** *or* **-tus** [L, fr. *apparare* to prepare, fr. *ad-* + *parare* to prepare — more at PARE] (ca. 1628) **1 a**

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

O3

: a set of materials or equipment designed for a particular use **b** : a group of anatomical or cytological parts functioning together ⟨mitotic ~⟩ **c** : an instrument or appliance designed for a specific operation **2** : the functional processes by means of which a systematized activity is carried out: as **a** : the machinery of government **b** : the organization of a political party or an underground movement

**¹ap·par·el** \ə-ˈpar-əl\ *vt* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** [ME *apparaillen*, fr. MF *apareillier* to prepare, fr. (assumed) VL *appariculare*, fr. L *apparare*] (14c) **1** : to put clothes on : DRESS **2** : ADORN, EMBELLISH

**²apparel** *n* (14c) **1** : the equipment (as sails and rigging) of a ship **2** : personal attire : CLOTHING **3** : something that clothes or adorns ⟨the bright ~ of spring⟩

**ap·par·ent** \ə-ˈpar-ənt, -ˈper-\ *adj* [ME, fr. MF *aparent*, fr. L *apparent-, apparens*, prp. of *apparēre* to appear] (14c) **1** : open to view : VISIBLE **2** : clear or manifest to the understanding **3** : appearing as actual to the eye or mind **4** : having an indefeasible right to succeed to a title or estate **5** : manifest to the senses or mind as real or true on the basis of evidence that may or may not be factually valid ⟨the air of spontaneity is perhaps more ~ than real —J. R. Sutherland⟩ — **ap·par·ent·ness** \-ˈpar-ənt-nəs, -ˈper-\ *n*

***syn*** APPARENT, ILLUSORY, SEEMING, OSTENSIBLE mean not actually being what appearance indicates. APPARENT suggests appearance to unaided senses that is not or may not be borne out by more rigorous examination or greater knowledge ⟨the *apparent* cause of the accident⟩. ILLUSORY implies a false impression based on deceptive resemblance or faulty observation, or influenced by emotions that prevent a clear view ⟨an *illusory* sense of security⟩. SEEMING implies a character in the thing observed that gives it the appearance, sometimes through intent, of something else ⟨the *seeming* simplicity of the story⟩. OSTENSIBLE suggests a discrepancy between an openly declared or naturally implied aim or reason and the true one ⟨the *ostensible* reason for their visit⟩. ***syn*** see in addition EVIDENT

**ap·par·ent·ly** \-lē\ *adv* (1566) : it seems apparent ⟨the window had ~ been forced open⟩ ⟨~, we're supposed to wait here⟩

**apparent magnitude** *n* (1875) : the luminosity of a celestial body (as a star) as observed from the earth — compare ABSOLUTE MAGNITUDE

**apparent time** *n* (1694) : the time of day indicated by the hour angle of the sun or by a sundial

**ap·pa·ri·tion** \ˌa-pə-ˈri-shən\ *n* [ME *apparicioun*, fr. LL *apparition-, apparitio* appearance, fr. L *apparēre*] (15c) **1 a** : an unusual or unexpected sight : PHENOMENON **b** : a ghostly figure **2** : the act of becoming visible : APPEARANCE — **ap·pa·ri·tion·al** \-ˈrish-nəl, -ˈri-shə-nᵊl\ *adj*

**ap·par·i·tor** \ə-ˈpar-ə-tər\ *n* [L, fr. *apparēre*] (15c) : an official formerly sent to carry out the orders of a magistrate, judge, or court

**¹ap·peal** \ə-ˈpē(ə)l\ *n* (13c) **1** : a legal proceeding by which a case is brought before a higher court for review of the decision of a lower court **2** : a criminal accusation **3 a** : an application (as to a recognized authority) for corroboration, vindication, or decision **b** : an earnest plea : ENTREATY **4** : the power of arousing a sympathetic response : ATTRACTION ⟨movies had a great ~ for him⟩

**²appeal** *vb* [ME *appelen* to accuse, appeal, fr. MF *apeler*, fr. L *appellare*, fr. *appellere* to drive to, fr. *ad-* + *pellere* to drive — more at FELT] *vt* (14c) **1** : to charge with a crime : ACCUSE **2** : to take proceedings to have (a lower court's decision) reviewed in a higher court ~ *vi* **1** : to take a lower court's decision to a higher court for review **2** : to call upon another for corroboration, vindication, or decision **3** : to make an earnest request **4** : to arouse a sympathetic response — **ap·peal·abil·i·ty** \-ˌpē-lə-ˈbi-lə-tē\ *n* — **ap·peal·able** \-ˈpē-lə-bəl\ *adj* — **ap·peal·er** *n*

**ap·peal·ing** \ə-ˈpē-liŋ\ *adj* (1813) **1** : marked by earnest entreaty : IMPLORING **2** : having appeal : PLEASING — **ap·peal·ing·ly** \-liŋ-lē\ *adv*

**ap·pear** \ə-ˈpir\ *vi* [ME *appeeren*, fr. OF *aparoir*, fr. L *apparēre*, fr. *ad-* + *parēre* to show oneself] (13c) **1 a** : to be or come in sight ⟨the sun ~s on the horizon⟩ **b** : to show up ⟨~s promptly at eight each day⟩ **2** : to come formally before an authoritative body ⟨must ~ in court today⟩ **3** : to have an outward aspect : SEEM ⟨~s happy enough⟩ **4** : to become evident or manifest ⟨there ~s to be evidence to the contrary⟩ **5** : to come into public view ⟨first ~ed on a television variety show⟩ ⟨the book ~ed in print a few years ago⟩ **6** : to come into existence ⟨hominids ~ed late in the evolutionary chain⟩

**ap·pear·ance** \ə-ˈpir-ən(t)s\ *n* (14c) **1 a** : external show : SEMBLANCE ⟨although hostile, he preserved an ~ of neutrality⟩ **b** : outward aspect : LOOK ⟨had a fierce ~⟩ **c** *pl* : outward indication ⟨trying to keep up ~s⟩ **2 a** : a sense impression or aspect of a thing ⟨the blue of distant hills is only an ~⟩ **b** : the world of sensible phenomena **3 a** : the act, action, or process of appearing **b** : the presentation of oneself in court as a party to an action often through the representation of an attorney **4 a** : something that appears : PHENOMENON **b** : an instance of appearing : OCCURRENCE

**ap·pease** \ə-ˈpēz\ *vt* **ap·peased; ap·peas·ing** [ME *appesen*, fr. MF *apaisier*, fr. *a-* (fr. L *ad-*) + *pais* peace — more at PEACE] (14c) **1** : to bring to a state of peace or quiet : CALM **2** : to cause to subside : ALLAY ⟨*appeased* my hunger⟩ **3** : PACIFY, CONCILIATE; *esp* : to buy off (an aggressor) by concessions usu. at the sacrifice of principles ***syn*** see PACIFY — **ap·peas·able** \-ˈpē-zə-bəl\ *adj* — **ap·pease·ment** \-ˈpēz-mənt\ *n* — **ap·peas·er** *n*

**¹ap·pel·lant** \ə-ˈpe-lənt\ *adj* (14c) : of or relating to an appeal : APPELLATE

**²appellant** *n* (15c) : one that appeals; *specif* : one that appeals from a judicial decision or decree

**ap·pel·late** \ə-ˈpe-lət\ *adj* [L *appellatus*, pp. of *appellare*] (1768) : of, relating to, or recognizing appeals; *specif* : having the power to review the judgment of another tribunal ⟨an ~ court⟩

**ap·pel·la·tion** \ˌa-pə-ˈlā-shən\ *n* (15c) **1** : an identifying name or title : DESIGNATION **2** *archaic* : the act of calling by a name **3** : a geographical name (as of a region, village or vineyard) under which a winegrower is authorized to identify and market wine

**ap·pel·la·tive** \ə-ˈpe-lə-tiv\ *adj* (15c) **1** : of or relating to a common noun **2** : of, relating to, or inclined to the giving of names — **ap·pel·la·tive** *n* — **ap·pel·la·tive·ly** *adv*

**ap·pel·lee** \ˌa-pə-ˈlē\ *n* (1531) : one against whom an appeal is taken

**ap·pend** \ə-ˈpend\ *vt* [ME, fr. MF *appendre*, fr. LL *appendere*, fr. L, to weigh, fr. *ad-* + *pendere* to weigh — more at PENDANT] (14c) **1** : ATTACH, AFFIX **2** : to add as a supplement or appendix (as in a book)

**ap·pend·age** \ə-ˈpen-dij\ *n* (1649) **1** : an adjunct to something larger or more important : APPURTENANCE **2** : a subordinate or derivative body part; *esp* : a limb or analogous part (as a seta) **3** : a dependent or subordinate person

**ap·pen·dant** \ə-ˈpen-dənt\ *adj* (15c) **1** : belonging as a right by prescription — used of annexed land in English law **2** : associated as an attendant circumstance **3** : attached as an appendage ⟨a seal ~ to a document⟩ — **appendant** *n*

**ap·pen·dec·to·my** \ˌa-pən-ˈdek-tə-mē, ˌa-ˌpen-\ *n, pl* **-mies** [L *appendic-, appendix* + E *-ectomy*] (ca. 1895) : surgical removal of the vermiform appendix

**ap·pen·di·cec·to·my** \ə-ˌpen-də-ˈsek-tə-mē\ *n, pl* **-mies** (1894) *Brit* : APPENDECTOMY

**ap·pen·di·ci·tis** \ə-ˌpen-də-ˈsī-təs\ *n* [NL] (1886) : inflammation of the vermiform appendix

**ap·pen·dic·u·lar** \ˌa-pən-ˈdi-kyə-lər\ *adj* (1651) : of or relating to an appendage and esp. a limb ⟨the ~ skeleton⟩

**ap·pen·dix** \ə-ˈpen-diks\ *n, pl* **-dix·es** *or* **-di·ces** \-də-ˌsēz\ [L *appendic-, appendix*, fr. *appendere*] (1542) **1 a** : APPENDAGE **b** : supplementary material usu. attached at the end of a piece of writing **2** : a bodily outgrowth or process; *specif* : VERMIFORM APPENDIX

**ap·per·ceive** \ˌa-pər-ˈsēv\ *vt* **-ceived; -ceiv·ing** [F *apercevoir*] (1876) : to have apperception of

**ap·per·cep·tion** \-ˈsep-shən\ *n* [F *aperception*, fr. *apercevoir*, fr. MF *aperceivre*, fr. *a-* (fr. L *ad-*) + *perceivre* to perceive] (1753) **1** : introspective self-consciousness **2** : mental perception; *esp* : the process of understanding something perceived in terms of previous experience — **ap·per·cep·tive** \-ˈsep-tiv\ *adj*

**ap·per·tain** \ˌa-pər-ˈtān\ *vi* [ME *apperteinen*, fr. MF *apartenir*, fr. LL *appertinēre*, fr. L *ad-* + *pertinēre* to belong — more at PERTAIN] (14c) : to belong or be connected as a rightful part or attribute : PERTAIN

**ap·pe·tence** \ˈa-pə-tən(t)s\ *n* (1610) : APPETENCY

**ap·pe·ten·cy** \-tən(t)-sē\ *n, pl* **-cies** [L *appetentia*, fr. *appetent-, appetens*, prp. of *appetere*] (1631) : a fixed and strong desire : APPETITE — **ap·pe·tent** \-tənt\ *adj*

**ap·pe·tis·er, ap·pe·tis·ing** *Brit var of* APPETIZER, APPETIZING

**ap·pe·tite** \ˈa-pə-ˌtīt\ *n* [ME *apetit*, fr. MF, fr. L *appetitus*, fr. *appetere* to strive after, fr. *ad-* + *petere* to go to — more at FEATHER] (14c) **1** : any of the instinctive desires necessary to keep up organic life; *esp* : the desire to eat **2 a** : an inherent craving ⟨an insatiable ~ for work⟩ **b** : TASTE, PREFERENCE ⟨the cultural ~s of the time —J. D. Hart⟩ — **ap·pe·ti·tive** \-ˌtī-tiv\ *adj*

**ap·pe·tiz·er** \ˈa-pə-ˌtī-zər\ *n* (1859) : a food or drink that stimulates the appetite and is usu. served before a meal

**ap·pe·tiz·ing** \-ˌtī-ziŋ\ *adj* (1653) : appealing to the appetite esp. in appearance or aroma; *also* : appealing to one's taste ⟨an ~ display of merchandise⟩ ***syn*** see PALATABLE — **ap·pe·tiz·ing·ly** \-ziŋ-lē\ *adv*

**ap·plaud** \ə-ˈplȯd\ *vb* [ME, fr. MF or L; MF *applaudir*, fr. L *applaudere*, fr. *ad-* + *plaudere* to applaud] *vi* (15c) : to express approval esp. by clapping the hands ~ *vt* **1** : to express approval of : PRAISE ⟨~ her efforts to lose weight⟩ **2** : to show approval of esp. by clapping the hands — **ap·plaud·able** \-ˈplȯ-də-bəl\ *adj* — **ap·plaud·ably** \-blē\ *adv* — **ap·plaud·er** *n*

**ap·plause** \ə-ˈplȯz\ *n* [ML *applausus*, fr. L, beating of wings, fr. *applaudere*] (15c) **1** : marked commendation : ACCLAIM ⟨the kind of ~ every really creative writer wants —Robert Tallant⟩ **2** : approval publicly expressed (as by clapping the hands)

**ap·ple** \ˈa-pəl\ *n, often attrib* [ME *appel*, fr. OE *æppel*; akin to OHG *apful* apple, OIr *ubull*, OCS *ablŭko*] (bef. 12c) **1** : the fleshy usu. rounded and red, yellow, or green edible pome fruit of a tree (genus *Malus*) of the rose family; *also* : an apple tree **2** : a fruit or other vegetable production suggestive of an apple — compare OAK APPLE — **apple of one's eye** : one that is highly cherished ⟨his daughter is the *apple of his eye*⟩

**apple butter** *n* (ca. 1774) : a thick brown spread made by cooking apples with sugar and spices usu. in cider

**ap·ple·cart** \-ˌkärt\ *n* (1788) : a plan, system, situation, or undertaking that may be disrupted or terminated ⟨upset the ~⟩

**ap·ple–cheeked** \ˈa-pəl-ˌchēkt\ *adj* (1864) : having cheeks the color of red apples

**ap·ple·jack** \-ˌjak\ *n* (1816) : brandy distilled from hard cider; *also* : an alcoholic beverage traditionally made by freezing hard cider and siphoning off the concentrated liquor

**ap·ple–knock·er** \-ˌnä-kər\ *n* (1919) : RUSTIC

**apple maggot** *n* (1867) : a dipteran fly (*Rhagoletis pomonella*) whose larva burrows in and feeds esp. on apples

**ap·ple–pie** \ˈa-pəl-ˈpī\ *adj* (1780) **1** : EXCELLENT, PERFECT ⟨~ order⟩ **2** : of, relating to, or characterized by traditionally American values (as honesty or simplicity) ⟨is the epitome of ~ wholesomeness⟩

**ap·ple–pol·ish** \ˈa-pəl-ˌpä-lish\ *vb* [fr. the traditional practice of schoolchildren bringing a shiny apple as a gift to their teacher] *vi* (1935) : to attempt to ingratiate oneself : TOADY ~ *vt* : to curry favor with (as by flattery) — **ap·ple–pol·ish·er** *n*

**ap·ple·sauce** \-ˌsȯs\ *n* (1739) **1** : a relish or dessert made of apples stewed to a pulp and sweetened **2** *slang* : BUNKUM, NONSENSE

**apple scab** *n* (ca. 1899) : a disease of apple trees caused by a fungus (*Venturia inaequalis*) producing dark blotches or lesions on the leaves, fruit, and sometimes the young twigs

**ap·pli·ance** \ə-ˈplī-ən(t)s\ *n* (1561) **1** : an act of applying **2 a** : a piece of equipment for adapting a tool or machine to a special purpose : ATTACHMENT **b** : an instrument or device designed for a particular use; *specif* : a household or office device (as a stove, fan, or refrigerator) operated by gas or electric current **c** *Brit* : FIRE ENGINE **3** *obs* : COMPLIANCE ***syn*** see IMPLEMENT

**ap·pli·ca·ble** \ˈa-pli-kə-bəl *also* ə-ˈpli-kə-\ *adj* (1660) : capable of or suitable for being applied : APPROPRIATE ⟨statutes ~ to the case⟩ ***syn*** see RELEVANT — **ap·pli·ca·bil·i·ty** \ˌa-pli-kə-ˈbi-lə-tē *also* ə-ˌpli-kə-\ *n*

**ap·pli·cant** \ˈa-pli-kənt\ *n* (ca. 1782) : one who applies ⟨a job ~⟩

**ap·pli·ca·tion** \ˌa-plə-ˈkā-shən\ *n* [ME *applicacioun*, fr. L *application-, applicatio* inclination, fr. *applicare*] (15c) **1** : an act of applying: **a** (1) : an act of putting to use ⟨~ of new techniques⟩ (2) : a use to

co- • coat 219

co·di·rect
co·di·rec·tion
co·di·rec·tor
co·dis·cov·er
co·dis·cov·er·er
co·drive
co·driv·er
co·ed·it
co·ed·i·tor
co·eter·nal
co·ex·ec·u·tor
co·fa·vor·ite
co·fea·ture
co·fi·nance
co·found
co·found·er
co·head
co·heir
co·heir·ess
co·hold·er
co·host
co·host·ess
co·in·vent
co·in·ven·tor
co·in·ves·ti·ga·tor
co·in·ves·tor
co·join
co·lead
co·lead·er
co·man·age
co·man·age·ment
co·man·ag·er
co·mem·ber
co·nom·i·nee
co–oc·cur
co–oc·cur·rence
co–oc·cur·rent
co–of·fi·cial
co–or·ga·niz·er
co–own
co–own·er
co–own·er·ship
co·part·ner
co·part·ner·ship
co·pre·sent
co·pres·i·dent
co·prince
co·prin·ci·pal
co·pris·on·er
co·pro·cess·ing
co·pro·duce
co·pro·duc·er
co·pro·duc·tion
co·pro·mot·er
co·pro·pri·etor
co·pros·per·i·ty
co·pub·lish
co·pub·lish·er
co·re·cip·i·ent
co·re·search·er
co·res·i·dent
co·res·i·den·tial
co·rul·er
co·script
co·spon·sor
co·spon·sor·ship
co·star
co·sur·fac·tant
co·ten·ant
co·trans·duce
co·trans·duc·tion
co·trans·fer
co·trans·port
co·trust·ee
co·win·ner
co·work·er
co·write

**co·ac·er·vate** \kō-'a-sər-,vāt\ *n* [L *coacervatus*, pp. of *coacervare* to heap up, fr. *co-* + *acervus* heap] (1929) : an aggregate of colloidal droplets held together by electrostatic attractive forces — **co·acer·vate** \,kō-ə-'sər-vət\ *adj* — **co·ac·er·va·tion** \(,)kō-,a-sər-'vā-shən\ *n*

**¹coach** \'kōch\ *n*, *often attrib* [ME *coche*, fr. MF, fr. G *Kutsche*, fr. Hung *kocsi* (*szekér*), lit., wagon from *Kocs*, Hungary] (1556) **1 a :** a large usu. closed four-wheeled horse-drawn carriage having doors in the sides and an elevated seat in front for the driver **b :** a railroad passenger car intended primarily for day travel **c :** BUS 1a **d :** TRAILER 3b **e :** a two-door enclosed automobile **f :** a class of passenger air transportation at a lower fare than first class **2** [fr. the concept that the tutor conveys the student through his examinations] **a :** a private tutor **b :** one who instructs or trains a performer or a team of performers; *specif* : one who instructs players in the fundamentals of a competitive sport and directs team strategy ⟨football ~⟩

**²coach** *vi* (1630) **1 :** to go in a coach **2 :** to instruct, direct, or prompt as a coach ~ *vt* **1 :** to train intensively (as by instruction and demonstration) ⟨~ pupils⟩ **2 :** to act as coach of ⟨~ tennis⟩ ⟨~ a team⟩ — **coach·able** \'kō-chə-bəl\ *adj* — **coach·er** *n*

**coach dog** *n* (1840) : DALMATIAN

**coach·man** \'kōch-mən\ *n* (1579) : a man who drives a coach or carriage

**coach·work** \-,wərk\ *n* (1906) : an automobile body : BODYWORK

**co·ac·tion** \-'ak-shən\ *n* (1625) **1 :** joint action **2 :** the interaction between individuals or kinds (as species) in an ecological community

**co·adapt·ed** \,kō-ə-'dap-təd\ *adj* (1836) : mutually adapted esp. by natural selection ⟨~ gene complexes⟩ — **co·ad·ap·ta·tion** \,kō-,a-,dap-'tā-shən, -dəp-\ *n*

**co·ad·ju·tor** \,kō-ə-'jü-tər, kō-'a-jə-tər\ *n* [ME *coadjutour*, fr. MF *coadjuteur*, fr. LL *coadjutor*, fr. L *co-* + *adjutor* helper, fr. *adjuvare* to help — more at AID] (15c) **1 :** one who works together with another : ASSISTANT **2 :** a bishop assisting a diocesan bishop and often having the right of succession — **coadjutor** *adj*

**co·ad·ju·trix** \,kō-ə-'jü-triks, kō-'a-jə-(,)triks\ *n*, *pl* **co·ad·ju·tri·ces** \,kō-ə-'jü-trə-,sēz, (,)kō-,a-jə-'trī-(,)sēz\ [NL, fem. of *coadjutor*] (1646) : a female coadjutor

**co·ag·u·lant** \kō-'a-gyə-lənt\ *n* (1770) : something that produces coagulation

**co·ag·u·lase** \kō-'a-gyə-,lās, -,lāz\ *n* (1914) : any of several enzymes that cause coagulation (as of blood)

**¹co·ag·u·late** \-lət, -,lāt\ *adj* (14c) *archaic* : being clotted or congealed

**²co·ag·u·late** \kō-'a-gyə-,lāt\ *vb* **-lat·ed; -lat·ing** [L *coagulatus*, pp. of *coagulare* to curdle, fr. *coagulum* curdling agent, fr. *cogere* to drive together — more at COGENT] *vt* (15c) **1 :** to cause to become viscous or thickened into a coherent mass : CURDLE, CLOT **2 :** to gather together or form into a mass or group ~ *vi* : to become coagulated — **co·ag·u·la·bil·i·ty** \kō-,a-gyə-lə-'bi-lə-tē\ *n* — **co·ag·u·la·ble** \-'a-gyə-lə-bəl\ *adj* — **co·ag·u·la·tion** \-'lā-shən\ *n*

**co·ag·u·lum** \kō-'a-gyə-ləm\ *n*, *pl* **-u·la** \-lə\ *or* **-ulums** [L] (1658) : a coagulated mass or substance : CLOT

**¹coal** \'kōl\ *n*, *often attrib* [ME *col*, fr. OE; akin to OHG & ON *kol* burning ember, MIr *gúal* coal] (bef. 12c) **1 :** a piece of glowing carbon or charred wood : EMBER **2 :** CHARCOAL 1 **3 a :** a black or brownish black solid combustible substance formed by the partial decomposition of vegetable matter without free access of air and under the influence of moisture and often increased pressure and temperature that is widely used as a natural fuel **b** *pl*, *Brit* : pieces or a quantity of the fuel broken up for burning

**²coal** *vt* (1602) **1 :** to burn to charcoal : CHAR **2 :** to supply with coal ~ *vi* : to take in coal

**co·a·lesce** \,kō-ə-'les\ *vb* **co·a·lesced; co·a·lesc·ing** [L *coalescere*, fr. *co-* + *alescere* to grow — more at OLD] *vi* (ca. 1656) **1 :** to grow together **2 a :** to unite into a whole : FUSE ⟨separate townships have coalesced into a single, sprawling colony —Donald Gould⟩ **b :** to unite for a common end : join forces ⟨people with different points of view ~ into opposing factions —I. L. Horowitz⟩ **3 :** to arise from the combination of distinct elements ⟨an organized and a popular resistance immediately *coalesced* —C. C. Menges⟩ ~ *vt* : to cause to unite ⟨sometimes a book ~*s* a public into a mass market —Walter Meade⟩ *syn* see MIX — **co·a·les·cence** \-'le-sᵊn(t)s\ *n* — **co·a·les·cent** \-sᵊnt\ *adj*

**coal·field** \'kōl-,fēld\ *n* (1813) : a region rich in coal deposits

**coal·fish** \-,fish\ *n* (1603) : any of several blackish or dark-backed fishes (as a pollack, cobia, or sablefish)

**coal gas** *n* (1809) : gas made from coal: as **a :** the mixture of gases thrown off by burning coal **b :** gas made by carbonizing bituminous coal in retorts and used for heating and lighting

**coal·hole** \'kōl-,hōl\ *n* (ca. 1662) **1** *Brit* : a compartment for storing coal **2 :** a hole for coal (as an opening in a sidewalk leading to a coal bin)

**coal·i·fi·ca·tion** \,kō-lə-fə-'kā-shən\ *n* (1911) : a process in which vegetable matter becomes converted into coal of increasingly higher rank with anthracite as the final product — **coal·i·fy** \'kō-lə-,fī\ *vt*

**co·a·li·tion** \,kō-ə-'li-shən\ *n* [F, fr. L *coalescere*] (1612) **1 a :** the act of coalescing : UNION **b :** a body formed by the coalescing of orig. distinct elements : COMBINATION **2 :** a temporary alliance of distinct parties, persons, or states for joint action — **co·a·li·tion·ist** \-'li-sh(ə-)nist\ *n*

**coal measures** *n pl* (1832) : beds of coal with the associated rocks

**coal oil** *n* (1858) **1 :** petroleum or a refined oil prepared from it **2 :** KEROSENE

**coal seam** *n* (1849) : a bed of coal usu. thick enough to be profitably mined

**coal tar** *n* (1785) : tar obtained by distillation of bituminous coal and used esp. in making dyes and drugs

**coam·ing** \'kō-miŋ\ *n* [prob. irreg. fr. *comb*] (1611) : a raised frame (as around a hatchway in the deck of a ship) to keep out water

**co·apt** \kō-'apt\ *vt* [LL *coaptare*, fr. L *co-* + *aptus* fastened, fit — more at APT] (1570) : to fit together and make fast — **co·ap·ta·tion** \(,)kō-,ap-'tā-shən\ *n*

**co·arc·ta·tion** \(,)kō-,ärk-'tā-shən\ *n* (1545) : a stricture or narrowing esp. of a canal or vessel (as the aorta)

**coarse** \'kōrs, 'kȯrs\ *adj* **coars·er; coars·est** [ME *cors*, perh. fr. *course*, n.] (14c) **1 :** of ordinary or inferior quality or value : COMMON **2 a (1) :** composed of relatively large parts or particles ⟨~ sand⟩ **(2) :** loose or rough in texture ⟨~ cloth⟩ **b :** adjusted or designed for heavy, fast, or less delicate work ⟨a ~ saw with large teeth⟩ **c :** not precise or detailed with respect to adjustment or discrimination **3 :** crude or unrefined in taste, manners, or language **4 :** harsh, raucous, or rough in tone **5** *chiefly Brit* : of or relating to coarse fish ⟨~ fishing⟩ — **coarse·ly** *adv* — **coarse·ness** *n*

*syn* COARSE, VULGAR, GROSS, OBSCENE, RIBALD mean offensive to good taste or morals. COARSE implies roughness, rudeness, or crudeness of spirit, behavior, or language ⟨found the *coarse* humor of coworkers offensive⟩. VULGAR often implies boorishness or ill-breeding ⟨a loud *vulgar* belch⟩. GROSS implies extreme coarseness and insensitiveness ⟨*gross* eating habits⟩. OBSCENE applies to anything strongly repulsive to the sense of decency and propriety esp. in sexual matters ⟨*obscene* language not allowed on the air⟩. RIBALD applies to what is amusingly or picturesquely vulgar or irreverent or mildly indecent ⟨entertained the campers with *ribald* folk songs⟩.

**coarse fish** *n* (1886) **1** *chiefly Brit* : a freshwater fish other than a salmonid **2 :** ROUGH FISH

**coarse–grained** \'kōrs-,grānd, 'kȯrs-\ *adj* (ca. 1774) **1 :** having a coarse grain **2 :** CRUDE

**coars·en** \'kōr-sᵊn, 'kȯr-\ *vb* **coars·ened; coars·en·ing** *vt* (1805) : to make coarse ~ *vi* : to become coarse

**¹coast** \'kōst\ *n* [ME *cost*, fr. MF *coste*, fr. L *costa* rib, side; akin to OCS *kosti* bone] (14c) **1 :** the land near a shore : SEASHORE **2** *obs* : BORDER, FRONTIER **3 a :** a hill or slope suited to coasting **b :** a slide down a slope (as on a sled) **4** *often cap* : the Pacific coast of the U.S. **5 :** the immediate area of view — used in the phrase *the coast is clear* — **coast·al** \'kōs-tᵊl\ *adj* — **coast·wise** \'kōst-,wīz\ *adv or adj* — **from coast to coast :** across an entire nation or continent

**²coast** *vt* (14c) **1** *obs* : to move along or past the side of : SKIRT **2 :** to sail along the shore of ~ *vi* **1 a** *archaic* : to travel on land along a coast or along or past the side of something **b :** to sail along the shore **2 a :** to slide, run, or glide downhill by the force of gravity **b :** to move along without or as if without further application of propulsive power (as by momentum or gravity) **c :** to proceed easily without special application of effort or concern ⟨~*ed* through school⟩

**coast·er** \'kōs-tər\ *n* (1574) **1 :** one that coasts: as **a :** a person engaged in coastal traffic or commerce **b :** a ship sailing along a coast or engaged in trade between ports of the same country **2 :** a resident of a seacoast **3 a :** a tray or decanter stand usu. of silver and sometimes on wheels **b :** a shallow container or a plate or mat to protect a surface **4 a :** a small vehicle (as a sled or wagon) used in coasting **b :** ROLLER COASTER

**coaster brake** *n* (1899) : a brake in the hub of the rear wheel of a bicycle operated by reverse pressure on the pedals

**coaster wagon** *n* (1911) : a child's toy wagon often used for coasting

**coast guard** *n* (1833) **1 :** a military or naval force employed in guarding a coast or responsible for the safety, order, and operation of maritime traffic in neighboring waters **2** *usu* **coast-guard** *chiefly Brit* : COASTGUARDSMAN

**coast·guards·man** \'kōs(t)-,gärdz-mən\ *or* **coast·guard·man** \-,gärd-mən\ *n* (ca. 1891) : a member of a coast guard

**coast·land** \-,land\ *n* (1852) : land bordering the sea

**coast·line** \-,līn\ *n* (ca. 1859) **1 :** a line that forms the boundary between the land and the ocean or a lake **2 :** the outline of a coast

**coast redwood** *n* (ca. 1897) : REDWOOD 3a

**coast–to–coast** \'kōs-tə-'kōst\ *adj* (1911) : extending or airing across an entire nation or continent

**coast·ward** \'kōs-twərd\ *or* **coast·wards** \-twərdz\ *adv* (1853) : toward the coast — **coastward** *adj*

**¹coat** \'kōt\ *n*, *often attrib* [ME *cote*, fr. MF, of Gmc origin; akin to OHG *kozza* coarse wool mantle] (14c) **1 a :** an outer garment worn on the upper body and varying in length and style according to fashion and use **b :** something resembling a coat **2 :** the external growth on an animal **3 :** a layer of one substance covering another ⟨a ~ of paint⟩ — **coat·ed** \'kō-təd\ *adj* — **coat·less** *adj*

**²coat** *vt* (14c) **1 :** to cover with a coat **2 :** to cover or spread with a finishing, protecting, or enclosing layer — **coat·er** *n*

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

O5

folding together to protect writing on its waxed surfaces **2 :** a picture or series of pictures (as an altarpiece) painted or carved on two hinged tablets **3 :** a work made up of two matching parts

diptych 2

**di·quat** \'dī-ˌkwät\ *n* [*di-* + *quaternary*] (1960) **:** a powerful nonpersistent herbicide $C_{12}H_{12}Br_2N_2$ that has been used to control water weeds (as the water hyacinth)

**dir·dum** \'dir-dəm, 'dər-\ *n* [ME (northern dial.) *durdan, durdum* uproar, fr. Celt; akin to W *dwrdd* noise, clamor, MIr *dordán* humming, droning] (ca. 1693) *Scot* **:** BLAME

**dire** \'dīr\ *adj* **dir·er; dir·est** [L *dirus;* akin to Gk *deinos* terrifying, Skt *dveṣṭi* he hates] (1567) **1 a :** exciting horror ⟨~ suffering⟩ **b :** DISMAL, OPPRESSIVE ⟨~ days⟩ **2 :** warning of disaster ⟨a ~ forecast⟩ **3 a :** desperately urgent ⟨~ need⟩ **b :** EXTREME ⟨~ poverty⟩ — **dire·ly** *adv* — **dire·ness** *n*

**¹di·rect** \də-'rekt, dī-\ *vb* [ME, fr. L *directus* straight, fr. pp. of *dirigere* to direct — more at DRESS] *vt* (14c) **1 a** *obs* **:** to write (a letter) to a person **b :** to mark with the name and address of the intended recipient **c :** to impart orally **d :** to adapt in expression so as to have particular applicability ⟨a lawyer who ~s his appeals to intelligence⟩ **2 a :** to regulate the activities or course of **b :** to carry out the organizing, energizing, and supervising of **c :** to dominate and determine the course of **d :** to train and lead performances of **3 :** to cause to turn, move, or point undeviatingly or to follow a straight course ⟨X rays are ~*ed* through the body⟩ **4 :** to point, extend, or project in a specified line or course **5 :** to request or enjoin with authority **6 :** to show or point out the way for ~ *vi* **1 :** to point out, prescribe, or determine a course or procedure **2 :** to act as director ***syn*** see COMMAND, CONDUCT

**²direct** *adj* [ME, fr. L *directus*] (15c) **1** *of a celestial body* **:** moving in the general planetary direction from west to east **:** not retrograde **2 a :** stemming immediately from a source ⟨~ result⟩ **b :** being or passing in a straight line of descent from parent to offspring **:** LINEAL ⟨~ ancestor⟩ **c :** having no compromising or impairing element ⟨~ insult⟩ **3 a :** proceeding from one point to another in time or space without deviation or interruption **:** STRAIGHT **b :** proceeding by the shortest way ⟨the ~ route⟩ **4 :** NATURAL, STRAIGHTFORWARD ⟨~ manner⟩ **5 a :** marked by absence of an intervening agency, instrumentality, or influence **b :** effected by the action of the people or the electorate and not by representatives ⟨~ democracy⟩ **c :** consisting of or reproducing the exact words of a speaker or writer **6 :** characterized by close logical, causal, or consequential relationship ⟨~ evidence⟩ **7 :** capable of dyeing without the aid of a mordant

**³direct** *adv* (14c) **:** in a direct way: as **a :** from point to point without deviation **:** by the shortest way ⟨flew ~ to Miami⟩ **b :** from the source without interruption or diversion ⟨the writer must take his material ~ from life —Douglas Stewart⟩ **c :** without an intervening agency or step ⟨buy ~ from the manufacturer⟩

**direct action** *n* (1912) **:** action that seeks to achieve an end directly and by the most immediately effective means (as boycott or strike)

**direct current** *n* (ca. 1889) **:** an electric current flowing in one direction only and substantially constant in value — abbr. *DC*

**di·rect·ed** *adj* (1891) **1 :** subject to supervision or regulation ⟨a ~ reading program for students⟩ **2 :** having a positive or negative sense ⟨~ line segment⟩ — **di·rect·ed·ness** *n*

**direct examination** *n* (ca. 1859) **:** the first examination of a witness by the party calling the witness — compare CROSS-EXAMINATION

**di·rec·tion** \də-'rek-shən, dī-\ *n* (15c) **1 :** guidance or supervision of action or conduct **:** MANAGEMENT **2** *archaic* **:** SUPERSCRIPTION **3 a :** an explicit instruction **:** ORDER **b :** assistance in pointing out the proper route — usu. used in pl. ⟨asked for ~s to the beach⟩ **4 :** the line or course on which something is moving or is aimed to move or along which something is pointing or facing **5** *archaic* **:** DIRECTORATE 1 **6 a :** a channel or direct course of thought or action **b :** TENDENCY, TREND **c :** a guiding, governing, or motivating purpose **7 a :** the art and technique of directing an orchestra, band, or a show (as for stage or screen) **b :** a word, phrase, or sign indicating the appropriate tempo, mood, or intensity of a passage or movement in music — **di·rec·tion·less** \-ləs\ *adj* — **di·rec·tion·less·ness** \-nəs\ *n*

**di·rec·tion·al** \-shnəl, -shə-nᵊl\ *adj* (1881) **1 :** of, relating to, or indicating direction in space: **a :** suitable for detecting the direction from which radio signals come or for sending out radio signals in one direction only **b :** operating most effectively in a particular direction **2 :** relating to direction or guidance esp. of thought or effort — **di·rec·tion·al·i·ty** \-ˌrek-shə-'na-lə-tē\ *n*

**direction angle** *n* (ca. 1909) **:** an angle made by a given line with an axis of reference; *specif* **:** such an angle made by a straight line with the three axes of a rectangular Cartesian coordinate system — usu. used in pl.

**direction cosine** *n* (ca. 1889) **:** any of the cosines of the three angles between a directed line in space and the positive direction of the axes of a rectangular Cartesian coordinate system — usu. used in pl.

**direction finder** *n* (1913) **:** a radio receiving device for determining the direction of incoming radio waves that typically consists of a coil antenna rotating freely on a vertical axis

**¹di·rec·tive** \də-'rek-tiv, dī-\ *adj* (15c) **1 :** serving or intended to guide, govern, or influence **2 :** serving to point direction; *specif* **:** DIRECTIONAL 1b **3 :** of or relating to psychotherapy or counseling in which the counselor introduces information, content, or attitudes not previously expressed by the client

**²directive** *n* (1902) **:** something that serves to direct, guide, and usu. impel toward an action or goal; *esp* **:** an authoritative instrument issued by a high-level body or official

**di·rec·tiv·i·ty** \də-ˌrek-'ti-və-tē, (ˌ)dī-\ *n* (1928) **:** the property of being directional

**direct lighting** *n* (1928) **:** lighting in which the greater part of the light goes directly from the source to the area lit

**¹di·rect·ly** \də-'rek(t)-lē, dī-, *in sense 2 esp* də-'rek-lē *or* 'drek-lē\ *adv* (15c) **1 a :** in a direct manner ⟨~ relevant⟩ ⟨the road runs ~ east and west⟩ **b :** in immediate physical contact **c :** in the manner of direct variation **2 a :** without delay **:** IMMEDIATELY **b :** in a little while **:** SHORTLY

**²di·rect·ly** \də-'rek(t)-lē, di-; 'drek-lē\ *conj* (1795) *chiefly Brit* **:** immediately after **:** AS SOON AS ⟨~ I received it I rang up the shipping company —F. W. Crofts⟩

**directly proportional** *n* (1796) **:** related by direct variation — compare INVERSELY PROPORTIONAL

**direct mail** *n* (ca. 1923) **:** printed matter (as circulars) prepared for soliciting business or contributions and mailed directly to individuals

**di·rect·ness** \də-'rek(t)-nəs, dī-\ *n* (1598) **1 :** the character of being accurate in course or aim **2 :** strict pertinence **:** STRAIGHTFORWARDNESS ⟨her ~ was disarming —Robin Cook⟩

**direct object** *n* (1879) **:** a word or phrase denoting the goal or the result of the action of a verb

**Di·rec·toire** \dē-(ˌ)rek-'twär, -'rek-ˌ\ *adj* [F, fr. *Directoire,* the group of five officials who governed France from 1795–99, fr. *directeur* director] (1878) **:** of, relating to, or imitative of the style of clothing, furniture, or decoration prevalent in France during the period of the Directory

**di·rec·tor** \də-'rek-tər, dī-\ *n* (15c) **:** one that directs: as **a :** the head of an organized group or administrative unit (as a bureau or school) **b :** one of a group of persons entrusted with the overall direction of a corporate enterprise **c :** one that supervises the production of a show (as for stage or screen) usu. with responsibility for action, lighting, music, and rehearsals **d :** CONDUCTOR c — **di·rec·tor·ship** \-ˌship\ *n*

**di·rec·tor·ate** \də-'rek-t(ə-)rət, dī-\ *n* (1837) **1 :** the office of director **2 a :** a board of directors (as of a corporation) **b :** membership on a board of directors **3 :** an executive staff (as of a department)

**di·rec·to·ri·al** \də-ˌrek-'tōr-ē-əl, (ˌ)dī-, -'tór-\ *adj* (1770) **1 :** serving to direct **2 :** of or relating to a director or to theatrical or motion-picture direction **3 :** of, relating to, or administered by a directory

**director's chair** *n* [fr. its use by motion-picture directors on the set] (1953) **:** a lightweight folding armchair with a back and seat usu. of cotton duck

director's chair

**¹di·rec·to·ry** \də-'rek-t(ə-)rē, dī-\ *adj* (15c) **:** serving to direct; *specif* **:** providing advisory but not compulsory guidance

**²directory** *n, pl* **-ries** [ME *directorie* guide, fr. ML *directorium,* fr. neut. of LL *directorius* directorial, fr. L *dirigere*] (1543) **1 a :** a book or collection of directions, rules, or ordinances **b :** an alphabetical or classified list (as of names and addresses) **2 :** a body of directors

**direct primary** *n* (1900) **:** a primary in which nominations of candidates for office are made by direct vote

**direct product** *n* (ca. 1925) **:** CARTESIAN PRODUCT; *esp* **:** a group that is the Cartesian product of two other groups

**di·rec·tress** \də-'rek-trəs, dī-\ *n* (1580) **:** a woman who is a director

**di·rec·trice** \də-ˌrek-'trēs\ *n* [F, fr. ML *directric-, directrix*] (1631) **:** DIRECTRESS

**di·rec·trix** \-'rek-triks\ *n, pl* **-trix·es** \-trik-səz\ *also* **-tri·ces** \-trə-ˌsēz\ [ML, fem. of LL *director,* fr. L *dirigere*] (1622) **1** *archaic* **:** DIRECTRESS **2 :** a fixed curve with which a generatrix maintains a given relationship in generating a geometric figure; *specif* **:** a straight line the distance to which from any point of a conic section is in fixed ratio to the distance from the same point to a focus

**direct sum** *n* (ca. 1928) **:** CARTESIAN PRODUCT — compare DIRECT PRODUCT

**direct tax** *n* (1801) **:** a tax exacted directly from the taxpayer

**direct variation** *n* (1949) **1 :** mathematical relationship between two variables that can be expressed by an equation in which one variable is equal to a constant times the other **2 :** an equation or function expressing direct variation — compare INVERSE VARIATION

**dire·ful** \'dīr-fəl\ *adj* (1583) **1 :** DREADFUL **2 :** OMINOUS — **dire·ful·ly** \-fə-lē\ *adv*

**dire wolf** *n* (1925) **:** a large extinct lupine mammal (*Canis dirus*) known from Pleistocene deposits of No. America

**dirge** \'dərj\ *n* [ME *dirige,* the Office of the Dead, fr. the first word of a LL antiphon, fr. L, imper. of *dirigere* to direct — more at DRESS] (13c) **1 :** a song or hymn of grief or lamentation; *esp* **:** one intended to accompany funeral or memorial rites **2 :** a slow, solemn, and mournful piece of music **3 :** something (as a poem) that has the qualities of a dirge — **dirge·like** \-ˌlīk\ *adj*

**dir·ham** \'dir-həm\ *n* [Ar, fr. L *drachma* drachma] (1788) **1** — see MONEY table **2** — see *dinar, riyal* at MONEY table

**¹di·ri·gi·ble** \'dir-ə-jə-bəl, də-'ri-jə-\ *adj* [L *dirigere*] (1581) **:** capable of being steered

**²dirigible** *n* [*dirigible (balloon)*] (1885) **:** AIRSHIP

**di·ri·gisme** \di-ri-'zhi-zᵊm, dē-rē-zhēs-mᵊ\ *n* [F, fr. *diriger* to direct (fr. L *dirigere*) + *-isme* -ism] (1947) **:** economic planning and control by the state — **di·ri·giste** \di-ri-'zhēst, dē-rē-\ *adj*

**¹dirk** \'dərk\ *n* [Sc *durk*] (1557) **:** a long straight-bladed dagger

**²dirk** *vt* (1599) **:** to stab with a dirk

**dirl** \'dir(-ə)l, 'dərl\ *vi* [perh. alter. of *thirl*] (1715) *Scot* **:** TREMBLE, QUIVER

**dirndl** \'dərn-dᵊl\ *n* [short for G *Dirndlkleid,* fr. G dial. *Dirndl* girl + G *Kleid* dress] (1937) **1 :** a dress style with tight bodice, short sleeves, low neck, and gathered skirt **2 :** a full skirt with a tight waistband

**dirt** \'dərt\ *n* [ME *drit,* fr. ON; akin to OE *drītan* to defecate] (13c) **1 a :** EXCREMENT **b :** a filthy or soiling substance (as mud, dust, or grime) **c** *archaic* **:** something worthless **d :** a contemptible person **2 :** loose or packed soil or sand **:** EARTH **3 a :** an abject or filthy state **:** SQUALOR **b :** CORRUPTION, CHICANERY **c :** licentiousness of language or theme **d :** scandalous or malicious gossip **e :** embarrassing or incriminating information

**dirt·bag** \'dərt-ˌbag\ *n* (ca. 1967) *slang* **:** a dirty, unkempt, or contemptible person

**dirt bike** *n* (1970) **:** a usu. lightweight motorcycle designed for operation on unpaved surfaces

O6

**expense • exploitative** 409

*expense of* ⟨develop a boy's physique at the ~ of his intelligence —Bertrand Russell⟩

²**expense** *vt* **ex·pensed; ex·pens·ing** (ca. 1909) **1 :** to charge with expenses **2 a :** to charge to an expense account **b :** to write off as an expense

**expense account** *n* (1872) **:** an account of expenses reimbursable to an employee; *also* **:** the right of charging expenses to such an account

**ex·pen·sive** \ik-ˈspen(t)-siv\ *adj* (1634) **1 :** involving high cost or sacrifice ⟨an ~ hobby⟩ **2 a :** commanding a high price and esp. one that is not based on intrinsic worth or is beyond a prospective buyer's means **b :** characterized by high prices ⟨~ shops⟩ — **ex·pen·sive·ly** *adv* — **ex·pen·sive·ness** *n*

¹**ex·pe·ri·ence** \ik-ˈspir-ē-ən(t)s\ *n* [ME, fr. MF, fr. L *experientia* act of trying, fr. *experient-, experiens*, prp. of *experiri* to try, fr. *ex-* + *-periri* (akin to *periculum* attempt) — more at FEAR] (14c) **1 a :** direct observation of or participation in events as a basis of knowledge **b :** the fact or state of having been affected by or gained knowledge through direct observation or participation **2 a :** practical knowledge, skill, or practice derived from direct observation of or participation in events or in a particular activity **b :** the length of such participation ⟨has 10 years ~ in the job⟩ **3 a :** the conscious events that make up an individual life **b :** the events that make up the conscious past of a community or nation or mankind generally **4 :** something personally encountered, undergone, or lived through **5 :** the act or process of directly perceiving events or reality

²**experience** *vt* **-enced; -enc·ing** (1580) **1 :** to learn by experience ⟨I have *experienced* that a landscape and the sky unfold the deepest beauty —Nathaniel Hawthorne⟩ **2 :** to have experience of **:** UNDERGO ⟨*experienced* severe hardships as a child⟩

**ex·pe·ri·enced** \-ən(t)st\ *adj* (1576) **:** made skillful or wise through experience **:** PRACTICED ⟨an ~ driver⟩

**ex·pe·ri·en·tial** \ik-ˌspir-ē-ˈen(t)-shəl\ *adj* (1816) **:** relating to, derived from, or providing experience **:** EMPIRICAL ⟨~ knowledge⟩ ⟨~ lessons⟩ — **ex·pe·ri·en·tial·ly** \-ˈen(t)-sh(ə-)lē\ *adv*

¹**ex·per·i·ment** \ik-ˈsper-ə-mənt *also* -ˈspir-\ *n* [ME, fr. MF, fr. L *experimentum*, fr. *experiri*] (14c) **1 a :** TEST, TRIAL ⟨make another ~ of his suspicion —Shak.⟩ **b :** a tentative procedure or policy **c :** an operation carried out under controlled conditions in order to discover an unknown effect or law, to test or establish a hypothesis, or to illustrate a known law **2** *obs* **:** EXPERIENCE **3 :** the process of testing **:** EXPERIMENTATION

²**ex·per·i·ment** \-ˌment\ *vi* (1787) **:** to carry out experiments **:** try out a new procedure, idea, or activity — **ex·per·i·men·ta·tion** \ik-ˌsper-ə-mən-ˈtā-shən, -ˌmen- *also* -ˌspir-\ *n* — **ex·per·i·ment·er** \-ˈsper-ə-ˌmen-tər *also* -ˈspir-\ *n*

**ex·per·i·men·tal** \ik-ˌsper-ə-ˈmen-tᵊl *also* -ˌspir-\ *adj* (15c) **1 :** of, relating to, or based on experience or experiment **2 a :** serving the ends of or used as a means of experimentation ⟨an ~ school⟩ **b :** relating to or having the characteristics of experiment **:** TENTATIVE ⟨still in the ~ stage⟩ — **ex·per·i·men·tal·ly** \-tᵊl-ē\ *adv*

**ex·per·i·men·tal·ism** \-tᵊl-ˌi-zəm\ *n* (ca. 1834) **:** reliance on or advocacy of experimental or empirical principles and procedures; *specif* **:** INSTRUMENTALISM

**ex·per·i·men·tal·ist** \-tᵊl-əst\ *n* (1762) **:** one who experiments; *specif* **:** a person conducting scientific experiments

**experiment station** *n* (1874) **:** an establishment for scientific research (as in agriculture) where experiments are carried out, studies of practical application are made, and information is disseminated

¹**ex·pert** \ˈek-ˌspərt, ik-ˈ\ *adj* [ME, fr. MF & L; MF, fr. L *expertus*, fr. pp. of *experiri*] (14c) **1** *obs* **:** EXPERIENCED **2 :** having, involving, or displaying special skill or knowledge derived from training or experience ***syn*** see PROFICIENT — **ex·pert·ly** *adv* — **ex·pert·ness** *n*

²**ex·pert** \ˈek-ˌspərt\ *n* [F, fr. *expert*, adj.] (1535) **:** one with the special skill or knowledge representing mastery of a particular subject

³**ex·pert** \ˈek-ˌspərt\ *vi* (ca. 1889) **:** to serve as an expert

**ex·per·tise** \ˌek-(ˌ)spər-ˈtēz, -ˈtēs\ *n* [F, fr. MF, expertness, fr. *expert*] (1868) **1 :** expert opinion or commentary **2 :** the skill of an expert

**ex·pert·ism** \ˈek-ˌspər-ˌti-zəm\ *n* (1886) **:** EXPERTISE 2

**ex·pert·ize** \ˈek-spər-ˌtīz\ *vb* **-ized; -iz·ing** *vi* (1889) **:** to give a professional opinion usu. after careful study ~ *vt* **:** to examine and give expert judgment on

**expert system** *n* (1977) **:** computer software that attempts to mimic the reasoning of a human specialist

**ex·pi·ate** \ˈek-spē-ˌāt\ *vb* **-at·ed; -at·ing** [L *expiatus*, pp. of *expiare* to atone for, fr. *ex-* + *piare* to atone for, appease, fr. *pius* faithful, pious] *vt* (1594) **1** *obs* **:** to put an end to **2 a :** to extinguish the guilt incurred by **b :** to make amends for ⟨permission to ~ their offences by their assiduous labours —Francis Bacon⟩ ~ *vi* **:** to make expiation — **ex·pi·a·ble** \ˈek-spē-ə-bəl\ *adj* — **ex·pi·a·tor** \-spē-ˌā-tər\ *n*

**ex·pi·a·tion** \ˌek-spē-ˈā-shən\ *n* (15c) **1 :** the act of making atonement **2 :** the means by which atonement is made

**ex·pi·a·to·ry** \ˈek-spē-ə-ˌtōr-ē, -ˌtȯr-\ *adj* (15c) **:** serving to expiate

**ex·pi·ra·tion** \ˌek-spə-ˈrā-shən\ *n* (1526) **1 a :** the last emission of breath **:** DEATH **b** (1) **:** the act or process of releasing air from the lungs through the nose or mouth (2) **:** the escape of carbon dioxide from the body protoplasm (as through the blood and lungs or by diffusion) **2 :** the fact of coming to an end or the point at which something ends **:** TERMINATION

**ex·pi·ra·to·ry** \ik-ˈspī-rə-ˌtōr-ē, ek-ˈ, -ˌtȯr-; ˈek-sp(ə-)rə-\ *adj* (ca. 1847) **:** of, relating to, or employed in the expiration of air from the lungs

**ex·pire** \ik-ˈspīr, *oftenest for vi 3 and vt 2* ek-\ *vb* **ex·pired; ex·pir·ing** [ME, fr. MF or L; MF *expirer*, fr. L *exspirare*, fr. *ex-* + *spirare* to breathe] *vi* (14c) **1 :** to breathe one's last breath **:** DIE **2 :** to come to an end **3 :** to emit the breath ~ *vt* **1** *obs* **:** CONCLUDE **2 :** to breathe out from or as if from the lungs **3** *archaic* **:** EMIT

**ex·pi·ry** \ik-ˈspīr-ē, ˈek-spə-rē\ *n, pl* **-ries** (1752) **:** EXPIRATION: as **a :** exhalation of breath **b :** DEATH **c :** TERMINATION; *esp* **:** the termination of a time or period fixed by law, contract, or agreement

**ex·plain** \ik-ˈsplān\ *vb* [ME *explanen*, fr. L *explanare*, lit., to make level, fr. *ex-* + *planus* level, flat — more at FLOOR] *vt* (15c) **1 a :** to make known **b :** to make plain or understandable ⟨footnotes that ~ the terms⟩ **2 :** to give the reason for or cause of **3 :** to show the logical development or relationships of ~ *vi* **:** to make something plain or understandable — **ex·plain·able** \-ˈsplā-nə-bəl\ *adj* — **ex·plain·er** *n*

— **explain oneself :** to clarify one's statements or the reasons for one's conduct

***syn*** EXPLAIN, EXPOUND, EXPLICATE, ELUCIDATE, INTERPRET mean to make something clear or understandable. EXPLAIN implies a making plain or intelligible what is not immediately obvious or entirely known ⟨*explain* the rules⟩. EXPOUND implies a careful often elaborate explanation ⟨*expounding* a scientific theory⟩. EXPLICATE adds the idea of a developed or detailed analysis ⟨*explicate* a poem⟩. ELUCIDATE stresses the throwing of light upon as by offering details or motives previously unclear or only implicit ⟨*elucidate* an obscure passage⟩. INTERPRET adds to EXPLAIN the need for imagination or sympathy or special knowledge in dealing with something ⟨*interpreting* a work of art⟩.

**explain away** *vt* (1704) **1 :** to get rid of by or as if by explanation **2 :** to minimize the significance of by or as if by explanation

**ex·pla·na·tion** \ˌek-splə-ˈnā-shən\ *n* (14c) **1 :** the act or process of explaining **2 :** something that explains ⟨gave no ~⟩

**ex·plan·a·tive** \ik-ˈspla-nə-tiv\ *adj* (ca. 1616) **:** EXPLANATORY — **ex·plan·a·tive·ly** *adv*

**ex·plan·a·to·ry** \ik-ˈspla-nə-ˌtōr-ē, -ˌtȯr-\ *adj* (1618) **:** serving to explain ⟨~ notes⟩ — **ex·plan·a·to·ri·ly** \-ˌspla-nə-ˈtōr-ə-lē, -ˈtȯr-\ *adv*

¹**ex·plant** \(ˌ)ek-ˈsplant\ *vt* [*ex-* + *-plant* (as in *implant*)] (1915) **:** to remove (living tissue) esp. to a medium for tissue culture — **ex·plan·ta·tion** \ˌek-ˌsplan-ˈtā-shən\ *n*

²**ex·plant** \ˈek-ˌsplant\ *n* (1917) **:** living tissue removed from an organism and placed in a medium for tissue culture

¹**ex·ple·tive** \ˈek-splə-tiv\ *n* (1612) **1 a :** a syllable, word, or phrase inserted to fill a vacancy (as in a sentence or a metrical line) without adding to the sense; *esp* **:** a word (as *it* in "make it clear which you prefer") that occupies the position of the subject or object of a verb in normal English word order and anticipates a subsequent word or phrase that supplies the needed meaningful content **b :** an exclamatory word or phrase; *esp* **:** one that is obscene or profane **2 :** one that serves to fill out or as a filling

²**expletive** *adj* [LL *expletivus*, fr. L *expletus*, pp. of *explēre* to fill out, fr. *ex-* + *plēre* to fill — more at FULL] (1666) **1 :** serving to fill up ⟨~ phrases⟩ **2 :** marked by the use of expletives

**ex·ple·to·ry** \ˈek-splə-ˌtōr-ē, -ˌtȯr-\ *adj* (1672) **:** EXPLETIVE

**ex·pli·ca·ble** \ek-ˈspli-kə-bəl, ˈek-(ˌ)splik-\ *adj* (1556) **:** capable of being explained — **ex·pli·ca·bly** \-blē\ *adv*

**ex·pli·cate** \ˈek-splə-ˌkāt\ *vt* **-cat·ed; -cat·ing** [L *explicatus*, pp. of *explicare*, lit., to unfold, fr. *ex-* + *plicare* to fold — more at PLY] (1531) **1 :** to give a detailed explanation of **2 :** to develop the implications of **:** analyze logically ***syn*** see EXPLAIN — **ex·pli·ca·tion** \ˌek-splə-ˈkā-shən\ *n* — **ex·pli·ca·tor** \ˈek-splə-ˌkā-tər\ *n*

**ex·pli·ca·tion de texte** \ek-splē-kä-syōⁿ-də-tekst\ *n, pl* **explications de texte** *same*\ [F, lit., explanation of text] (1935) **:** a method of literary criticism involving a detailed analysis of a work

**ex·pli·ca·tive** \ek-ˈspli-kə-tiv, ˈek-splə-ˌkāt-\ *adj* (1649) **:** serving to explicate; *specif* **:** serving to explain logically what is contained in the subject ⟨an ~ proposition⟩ — **ex·pli·ca·tive·ly** *adv*

**ex·pli·ca·to·ry** \ek-ˈspli-kə-ˌtōr-ē, ˈek-(ˌ)spli-, -ˌtȯr-\ *adj* (1625) **:** EXPLICATIVE

**ex·plic·it** \ik-ˈspli-sət\ *adj* [F or ML; F *explicite*, fr. ML *explicitus*, fr. L, pp. of *explicare*] (ca. 1609) **1 a :** fully revealed or expressed without vagueness, implication, or ambiguity **:** leaving no question as to meaning or intent ⟨~ instructions⟩ **b :** open in the depiction of nudity or sexuality ⟨~ books and films⟩ **2 :** fully developed or formulated ⟨an ~ plan⟩ ⟨an ~ notion of our objective⟩ **3 :** unambiguous in expression ⟨was very ~ on how we are to behave⟩ **4** *of a mathematical function* **:** defined by an expression containing only independent variables — compare IMPLICIT 1c — **ex·plic·it·ly** *adv* — **ex·plic·it·ness** *n*

***syn*** EXPLICIT, DEFINITE, EXPRESS, SPECIFIC mean perfectly clear in meaning. EXPLICIT implies such verbal plainness and distinctness that there is no need for inference and no room for difficulty in understanding ⟨*explicit* instructions⟩. DEFINITE stresses precise, clear statement or arrangement that leaves no doubt or indecision ⟨the law is *definite* in such cases⟩. EXPRESS implies both explicitness and direct and positive utterance ⟨her *express* wishes⟩. SPECIFIC applies to what is precisely and fully treated in detail or particular ⟨two *specific* criticisms⟩.

**ex·plode** \ik-ˈsplōd\ *vb* **ex·plod·ed; ex·plod·ing** [L *explodere* to drive off the stage by clapping, fr. *ex-* + *plaudere* to clap] *vt* (ca. 1611) **1** *archaic* **:** to drive from the stage by noisy disapproval **2 :** to bring into disrepute or discredit ⟨~ a theory⟩ **3 :** to cause to explode or burst noisily ⟨~ a bomb⟩ ~ *vi* **1 :** to burst forth with sudden violence or noise from internal energy: as **a :** to undergo a rapid chemical or nuclear reaction with the production of noise, heat, and violent expansion of gases ⟨dynamite ~*s*⟩ **b :** to burst violently as a result of pressure from within **2 a :** to give forth a sudden strong and noisy outburst of emotion ⟨*exploded* in anger⟩ **b :** to move with sudden speed and force ⟨*exploded* from the starting gate⟩ **3 :** to increase rapidly ⟨the population of the city *exploded*⟩ — **ex·plod·er** *n*

**ex·plod·ed** *adj* (1944) **:** showing the parts separated but in correct relationship to each other ⟨an ~ view of a carburetor⟩

¹**ex·ploit** \ˈek-ˌsplȯit, ik-ˈ\ *n* [ME, outcome, success, fr. MF, fr. L *explicitum*, neut. of *explicitus*, pp.] (ca. 1538) **:** DEED, ACT; *esp* **:** a notable or heroic act ***syn*** see FEAT

²**ex·ploit** \ik-ˈsplȯit, ˈek-ˌ\ *vt* (1838) **1 :** to make productive use of **:** UTILIZE ⟨~*ing* your talents⟩ ⟨~ your opponent's weakness⟩ **2 :** to make use of meanly or unjustly for one's own advantage ⟨~*ing* migrant farm workers⟩ — **ex·ploit·able** \-ˈsplȯi-tə-bəl\ *adj* — **ex·ploit·er** *n*

**ex·ploi·ta·tion** \ˌek-ˌsplȯi-ˈtā-shən\ *n* (1803) **:** an act or instance of exploiting ⟨~ of natural resources⟩ ⟨~ of immigrant laborers⟩ ⟨clever ~ of the system⟩

**ex·ploit·ative** \ik-ˈsplȯi-tə-tiv, ˈek-ˌsplȯi-\ *adj* (1885) **:** exploiting or tending to exploit; *esp* **:** unfairly or cynically using another person or

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ fo \y\ yet \zh\ vision \ȧ, ḵ, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciatic

07

lamellar • landed 653

**la·mel·lar** \lə-ˈme-lər\ *adj* (1794) **1** : composed of or arranged in lamellae **2** : LAMELLIFORM

**la·mel·late** \lə-ˈme-lət, ˈla-mə-ˌlāt\ *adj* (1826) **1** : composed of or furnished with lamellae **2** : LAMELLIFORM — **la·mel·late·ly** *adv*

**la·mel·li·branch** \lə-ˈme-lə-ˌbraŋk\ *n, pl* **-branchs** [NL *Lamellibranchia*, fr. *lamell-* + L *branchia* gill] (1855) : any of a class (Lamellibranchia) of bivalve mollusks (as clams, oysters, and mussels) that have the body bilaterally symmetrical, compressed, and enclosed within the mantle and that build up a shell whose right and left parts are connected by a hinge over the animal's back — **lamellibranch** *adj*

**la·mel·li·corn** \lə-ˈme-lə-ˌkȯrn\ *adj* [ultim. fr. NL *lamella* + L *cornu* horn — more at HORN] (ca. 1842) : of, relating to, or belonging to a superfamily (Scarabaeoidea syn. Lamellicornia) of beetles (as a scarab or stag beetle) characterized by 5-jointed tarsi and club-tipped antennae often angled like an elbow — **lamellicorn** *n*

**la·mel·li·form** \-ˌfȯrm\ *adj* (1819) : having the form of a thin plate

**¹la·ment** \lə-ˈment\ *vb* [ME *lementen*, fr. MF & L; MF *lamenter*, fr. L *lamentari*, fr. *lamentum*, n., lament] *vi* (15c) : to mourn aloud : WAIL ~ *vt* **1** : to express sorrow, mourning, or regret for often demonstratively : MOURN **2** : to regret strongly *syn* see DEPLORE

**²lament** *n* (1591) **1** : a crying out in grief : WAILING **2** : DIRGE, ELEGY **3** : COMPLAINT

**la·men·ta·ble** \ˈla-mən-tə-bəl, ÷lə-ˈmen-\ *adj* (15c) **1** : that is to be regretted or lamented : DEPLORABLE **2** : expressing grief : MOURNFUL — **la·men·ta·ble·ness** *n* — **la·men·ta·bly** \-blē\ *adv*

**lam·en·ta·tion** \ˌla-mən-ˈtā-shən\ *n* (14c) : an act or instance of lamenting

**Lam·en·ta·tions** \-shənz\ *n pl but sing in constr* : a poetic book on the fall of Jerusalem in canonical Jewish and Christian Scripture — see BIBLE table

**la·ment·ed** \lə-ˈmen-təd\ *adj* (1611) : mourned for — **la·ment·ed·ly** *adv*

**la·mia** \ˈlā-mē-ə\ *n* [ME, fr. L, fr. Gk, devouring monster; akin to Gk *lamyros* gluttonous] (14c) : a female demon : VAMPIRE

**lamin-** *comb form* : lamina ⟨laminar⟩

**lam·i·na** \ˈla-mə-nə\ *n, pl* **-nae** \-ˌnē, -ˌnī\ *or* **-nas** [L] (ca. 1656) **1** : a thin plate or scale : LAYER **2** : the expanded part of a foliage leaf **3** : one of the narrow thin parallel plates of soft vascular sensitive tissue that cover the flesh within the wall of a hoof

**lam·i·nal** \ˈla-mə-nᵊl\ *adj* (1825) **1** : LAMINAR **2** : produced with the blade of the tongue (as \sh\, \zh\, \ch\, \j\, or \y\) — compare APICAL

**lamina pro·pria** \-ˈprō-prē-ə\ *n, pl* **laminae pro·pri·ae** \-prē-ˌē, -ˌī\ [NL, lit., proper lamina] (1937) : a highly vascular layer of connective tissue under the basement membrane lining a layer of epithelium

**lam·i·nar** \ˈla-mə-nər\ *adj* (1811) : arranged in, consisting of, or resembling laminae

**laminar flow** *n* (1935) : streamline flow in a fluid near a solid boundary — compare TURBULENT FLOW

**lam·i·nar·ia** \ˌla-mə-ˈner-ē-ə, -ˈnar-\ *n* [NL, fr. L *lamina*] (1848) : any of a genus (*Laminaria*) of large chiefly perennial kelps with an unbranched cylindrical or flattened stipe and a smooth or convoluted blade; *broadly* : any of various related kelps (order Laminariales) — **lam·i·nar·i·an** \-ē-ən\ *adj or n*

**lam·i·nar·in** \ˌlam-ə-ˈner-ən, -ˈnar-\ *n* [ISV *laminar-* (fr. NL *Laminaria*) + ¹-*in*] (ca. 1931) : a polysaccharide that is found in various brown algae and yields only glucose on hydrolysis

**¹lam·i·nate** \ˈla-mə-ˌnāt\ *vb* **-nat·ed**; **-nat·ing** *vt* (1665) **1** : to roll or compress into a thin plate **2** : to separate into laminae **3 a** : to make (as a windshield) by uniting superposed layers of one or more materials **b** : to unite (layers of material) by an adhesive or other means ~ *vi* : to divide into laminae — **lam·i·na·tor** \-ˌnā-tər\ *n*

**²lam·i·nate** \-nət, -ˌnāt\ *adj* (1668) **1** : consisting of laminae **2** : bearing or covered with laminae

**³lam·i·nate** \-nət, -ˌnāt\ *n* (1939) : a product made by laminating

**lam·i·nat·ed** \-ˌnā-təd\ *adj* (1665) **1** : LAMINATE 1 **2 a** : composed of layers of firmly united material **b** : made by bonding or impregnating superposed layers (as of paper, wood, or fabric) with resin and compressing under heat

**lam·i·na·tion** \ˌla-mə-ˈnā-shən\ *n* (ca. 1676) **1** : the process of laminating **2** : the state of being laminated **3** : a laminated structure **4** : LAMINA

**lam·i·ni·tis** \ˌla-mə-ˈnī-təs\ *n* [NL] (1843) : inflammation of the laminae esp. in the hoof of a horse — called also *founder*

**Lam·mas** \ˈla-məs\ *n* [ME *Lammasse*, fr. OE *hlāfmæsse*, fr. *hlāf* loaf, bread + *mæsse* mass; fr. the fact that formerly loaves from the first ripe grain were consecrated on this day] (bef. 12c) **1** : August 1 orig. celebrated in England as a harvest festival — called also *Lammas Day* **2** : the time of the year around Lammas Day

**Lam·mas·tide** \-ˌtīd\ *n* (14c) : LAMMAS 2

**lam·mer·gei·er** *or* **lam·mer·gey·er** \ˈla-mər-ˌgī(-ə)r\ *n* [G *Lämmergeier*, fr. *Lämmer* lambs + *Geier* vulture] (1817) : a large Old World vulture (*Gypaetus barbatus*) that occurs in mountain regions and in flight resembles a huge falcon

**lamp** \ˈlamp\ *n* [ME, fr. OF *lampe*, fr. L *lampas*, fr. Gk, fr. *lampein* to shine; akin to Hitt *lap-* to burn] (13c) **1 a** : any of various devices for producing light or sometimes heat: as (1) : a vessel with a wick for burning an inflammable liquid (as oil) to produce light (2) : a glass bulb or tube that emits light produced by electricity (as an incandescent lamp or fluorescent lamp) **b** : a decorative appliance housing a lamp that is usu. covered by a shade **2** : a celestial body **3** : a source of intellectual or spiritual illumination **4** : EYE 1a — usu. used in pl.

**lamp·black** \-ˌblak\ *n* (1598) : a finely powdered black soot deposited in incomplete combustion of carbonaceous materials and used chiefly as a pigment (as in paints, enamels, and printing inks)

**lamp·brush chromosome** \ˈlamp-ˌbrəsh-\ *n* (1911) : a greatly enlarged diplotene chromosome that has apparently filamentous granular loops extending from the chromomeres and is characteristic of some animal oocytes

**lamp·light** \ˈlamp-ˌlīt\ *n* (14c) : the light of a lamp

**lamp·light·er** \-ˌlī-tər\ *n* (1750) : one that lights a lamp

**¹lam·poon** \lam-ˈpün\ *n* [F *lampon*] (1645) : SATIRE 1; *specif* : a harsh satire usu. directed against an individual

**²lampoon** *vt* (ca. 1657) : to make the subject of a lampoon : RIDICULE — **lam·poon·er** *n* — **lam·poon·ery** \-ˈpü-nə-rē, -ˈpün-rē\ *n*

**lamp·post** \ˈlam(p)-ˌpōst\ *n* (1790) : a post supporting a usu. outdoor lamp or lantern

**lam·prey** \ˈlam-prē, -ˌprā\ *n, pl* **lampreys** [ME, fr. OF *lampreie*, fr. ML *lampreda*] (14c) : any of a family (Petromyzontidae) of eel-shaped freshwater or anadromous jawless fishes that include those cyclostomes having well-developed eyes and a large disk-shaped suctorial mouth armed with horny teeth — called also *lamprey eel*

**lamp·shell** \ˈlamp-ˌshel\ *n* [fr. the resemblance of the shell and its protruding peduncle to an ancient oil lamp with the wick protruding] (1854) : BRACHIOPOD

**lam·ster** \ˈlam(p)-stər\ *also* **lam·is·ter** \ˈla-mə-stər\ *n* [²*lam* + *-ster*] (1904) : a fugitive esp. from the law

**LAN** \ˈlan, ˌel-(ˌ)ā-ˈen\ *n* (1982) : LOCAL AREA NETWORK

**la·nai** \lə-ˈnī, lä-\ *n* [Hawaiian *lānai*] (1823) : PORCH, VERANDA

**Lan·ca·shire** \ˈlaŋ-kə-ˌshir, -shər\ *n* [*Lancashire*, England] (1896) : a moist crumbly white English cheese that is used esp. in cooking

**Lan·cas·tri·an** \lan-ˈkas-trē-ən, laŋ-\ *adj* [John of Gaunt, duke of *Lancaster*] (1612) : of or relating to the English royal house that ruled from 1399 to 1461

**¹lance** \ˈlan(t)s\ *n* [ME, fr. OF, fr. L *lancea*] (14c) **1** : a steel-tipped spear carried by mounted knights or light cavalry **2** : any of various sharp objects suggestive of a lance: as **a** : LANCET **b** : a spear used for killing whales or fish **3** : LANCER 1b

**²lance** *vb* **lanced**; **lanc·ing** [ME *launcen*, fr. MF *lancer*, fr. LL *lanceare*, fr. L *lancea*] *vt* (14c) **1 a** : to pierce with or as if with a lance **b** : to open with or as if with a lancet ⟨~ a boil⟩ **2** : to throw forward : HURL ~ *vi* : to move forward quickly

**lance corporal** *n* [*lance* (as in obs. *lancepesade* lance corporal, fr. MF *lancepessade*)] (1786) : an enlisted man in the marine corps ranking above a private first class and below a corporal

**lance·let** \ˈlan(t)-slət\ *n* (ca. 1836) : any of a subphylum (Cephalochordata) of small translucent marine primitive chordate animals that are fishlike in appearance and usu. live partially buried on the ocean floor — called also *amphioxus*

**Lan·ce·lot** \ˈlan(t)-sə-ˌlät, ˈlän(t)-, -s(ə-)lət\ *n* : a knight of the Round Table and lover of Queen Guinevere

**lan·ce·o·late** \ˈlan(t)-sē-ə-ˌlāt\ *adj* [LL *lanceolatus*, fr. L *lanceola*, dim. of *lancea*] (ca. 1760) : shaped like a lance head; *specif* : tapering to a point at the apex and sometimes at the base ⟨~ leaves⟩ ⟨~ prisms⟩ — see LEAF illustration

**lanc·er** \ˈlan(t)-sər\ *n* (1590) **1 a** : one who carries a lance **b** : a member of a military unit formerly composed of light cavalry armed with lances **2** *pl but sing in constr* **a** : a set of five quadrilles each in a different meter **b** : the music for such dances

**lan·cet** \ˈlan(t)-sət\ *n* (15c) **1** : a sharp-pointed and commonly 2-edged surgical instrument used to make small incisions **2 a** : LANCET WINDOW **b** : LANCET ARCH

**lancet arch** *n* (ca. 1823) : an acutely pointed arch — see ARCH illustration

**lan·cet·ed** \ˈlan(t)-sə-təd\ *adj* (1855) : having a lancet arch or lancet windows

**lancet window** *n* (1781) : a high narrow window with an acutely pointed head and without tracery

**lance·wood** \ˈlan(t)s-ˌwu̇d\ *n* (1697) : a tough elastic wood used esp. for shafts, fishing rods, and bows; *also* : a tree (esp. *Oxandra lanceolata*) yielding this wood

**lan·ci·nat·ing** \ˈlan(t)-sə-ˌnā-tiŋ\ *adj* [*lancinate* to pierce, fr. L *lancinatus*, pp. of *lancinare*; akin to L *lacerare* to rend — more at LACERATE] (1762) : characterized by piercing or stabbing sensations ⟨~ pain⟩

**¹land** \ˈland\ *n, often attrib* [ME, fr. OE; akin to OHG *lant* land, MIr *lann*] (bef. 12c) **1 a** : the solid part of the surface of the earth; *also* : a corresponding part of a celestial body (as the moon) **b** : ground or soil of a specified situation, nature, or quality ⟨dry ~⟩ **c** : the surface of the earth and all its natural resources **2** : a portion of the earth's solid surface distinguishable by boundaries or ownership ⟨bought ~ in the country⟩: as **a** : COUNTRY ⟨campaigned across the ~⟩ **b** : a rural area characterized by farming or ranching; *also* : farming or ranching as a way of life ⟨wanted to move back to the ~⟩ **3** : REALM, DOMAIN ⟨in the ~ of dreams⟩ — sometimes used in combination ⟨television-*land*⟩ **4** : the people of a country ⟨the ~ rose in rebellion⟩ **5** : an area of a partly machined surface that is left without machining — **land·less** \ˈland-ləs\ *adj* — **land·less·ness** \-nəs\ *n*

**²land** *vt* (13c) **1** : to set or put on shore from a ship : DISEMBARK **2 a** : to set down after conveying **b** : to cause to reach or come to rest in a particular place ⟨never ~*ed* a punch⟩ **c** : to bring to a specified condition ⟨his carelessness ~*ed* him in trouble⟩ **d** : to bring (as an airplane) to a landing **3 a** : to catch and bring in (as a fish) **b** : GAIN, SECURE ⟨~ a job⟩ ~ *vi* **1 a** : to go ashore from a ship : DISEMBARK **b** *of a ship or boat* : to touch at a place on shore **2 a** : to come to the end of a course or to a stage in a journey : ARRIVE ⟨took the wrong subway and ~*ed* on the other side of town⟩ **b** : to come to be in a condition or situation ⟨~*ed* in jail⟩ **c** : to strike or meet a surface (as after a fall) ⟨~*ed* on my head⟩ **d** : to alight on a surface

**lan·dau** \ˈlan-ˌdau̇, -ˌdȯ\ *n* [*Landau*, Bavaria, Germany] (1743) : a four-wheel carriage with a top divided into two sections that can be let down, thrown back, or removed and with a raised seat outside for the driver

landau

**lan·dau·let** \ˌlan-dᵊl-ˈet\ *n* (1794) : a small landau

**land bank** *n* (1696) : a bank that provides financing for land development and for farm mortgages

**land·ed** \ˈlan-dəd\ *adj* (15c) **1** : having an estate in land ⟨~ proprietors⟩ **2** : consisting in or derived from land or real estate ⟨~ wealth⟩

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̟, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation

O8

recognition, that has no nomenclatural status, and that consequently can be used as though never previously proposed

[1]**nom·i·nal** \ˈnä-mə-nᵊl, ˈnäm-nəl\ *adj* [ME *nominalle*, fr. ML *nominalis*, fr. L, of a name, fr. *nomin-*, *nomen* name — more at NAME] (15c) **1 :** of, relating to, or being a noun or a word or expression taking a noun construction **2 a :** of, relating to, or constituting a name **b :** bearing the name of a person **3 a :** existing or being something in name or form only ⟨~ head of his party⟩ **b :** of, being, or relating to a designated or theoretical size that may vary from the actual : APPROXIMATE **c :** TRIFLING, INSIGNIFICANT **4** *of a rate of interest* **a :** equal to the annual rate of simple interest that would obtain if interest were not compounded when in fact it is compounded and paid for periods of less than a year **b :** equal to the percentage by which a repaid loan exceeds the principal borrowed with no adjustment made for inflation **5 :** being according to plan : SATISFACTORY ⟨everything was ~ during the spacecraft launch⟩ — **nom·i·nal·ly** *adv*

[2]**nominal** *n* (1904) **:** a word or word group functioning as a noun

**nom·i·nal·ism** \ˈnä-mə-nᵊl-ˌi-zəm, ˈnäm-nə-ˌli-zəm\ *n* (1844) **1 :** a theory that there are no universal essences in reality and that the mind can frame no single concept or image corresponding to any universal or general term **2 :** the theory that only individuals and no abstract entities (as essences, classes, or propositions) exist — compare ESSENTIALISM, REALISM — **nom·i·nal·ist** \-ist, -list\ *n* — **nominalist** *or* **nom·i·nal·is·tic** \ˌnä-mə-nᵊl-ˈis-tik, ˌnäm-nə-ˈlis-\ *adj*

**nominal value** *n* (ca. 1901) **:** PAR 1b

**nominal wages** *n pl* (1898) **:** wages measured in money as distinct from actual purchasing power

**nom·i·nate** \ˈnä-mə-ˌnāt\ *vt* **-nat·ed; -nat·ing** [L *nominatus*, pp. of *nominare*, fr. *nomin-*, *nomen* name — more at NAME] (1545) **1 :** DESIGNATE, NAME **2 a :** to appoint or propose for appointment to an office or place **b :** to propose as a candidate for election to office **c :** to propose for an honor ⟨~ her for player of the year⟩ **3 :** to enter (a horse) in a race — **nom·i·na·tor** \-ˌnā-tər\ *n*

**nom·i·na·tion** \ˌnä-mə-ˈnā-shən\ *n* (15c) **1 :** the act, process, or an instance of nominating **2 :** the state of being nominated

**nom·i·na·tive** \ˈnäm-nə-tiv, ˈnä-mə-; *2 & 3 are also* ˈnä-mə-ˌnā-\ *adj* [ME *nominatyf*, fr. MF or L; MF *nominatif*, fr. L (*casus*) *nominativus* nominative case, fr. *nominare*; fr. the traditional use of the nominative form in naming a noun] (14c) **1 a :** marking typically the subject of a verb esp. in languages that have relatively full inflection ⟨~ case⟩ **b :** of or relating to the nominative case ⟨a ~ ending⟩ **2 :** nominated or appointed by nomination **3 :** bearing a person's name — **nominative** *n*

**nom·i·nee** \ˌnä-mə-ˈnē\ *n* [*nominate*] (1688) **:** a person who has been nominated

**no·mo·gram** \ˈnä-mə-ˌgram, ˈnō-\ *n* [Gk *nomos* law + ISV *-gram* — more at NIMBLE] (1908) **:** a graphic representation that consists of several lines marked off to scale and arranged in such a way that by using a straightedge to connect known values on two lines an unknown value can be read at the point of intersection with another line

**no·mo·graph** \-ˌgraf\ *n* (ca. 1909) **:** NOMOGRAM — **no·mo·graph·ic** \ˌnä-mə-ˈgra-fik, ˌnō-\ *adj* — **no·mog·ra·phy** \nō-ˈmä-grə-fē\ *n*

**no·mo·log·i·cal** \ˌnä-mə-ˈlä-ji-kəl, ˌnō-\ *adj* [*nomology* science of physical and logical laws, fr. Gk *nomos* + E *-logy*] (1845) **:** relating to or expressing basic physical laws or rules of reasoning ⟨~ universals⟩

**no·mo·thet·ic** \-ˈthe-tik\ *adj* [Gk *nomothetikos* of legislation, fr. *nomothetēs* lawgiver, fr. *nomos* law + *-thetēs* one who establishes, fr. *tithenai* to put — more at DO] (1658) **:** relating to, involving, or dealing with abstract, general, or universal statements or laws

**-nomy** *n comb form* [ME *-nomie*, fr. OF, fr. L *-nomia*, fr. Gk, fr. *nomos*] **:** system of laws governing or sum of knowledge regarding a (specified) field ⟨*agronomy*⟩

**non-** \(ˈ)nän *also* ˌnən *or* ˈnən *before* ˈ*-stressed syllable*, ˌnän *also* ˌnən *before* ˌ*-stressed or unstressed syllable; the variant with* ə *is also to be understood at pronounced entries, though not shown*\ *prefix* [ME, fr. MF, fr. L *non* not, fr. OL *noenum*, fr. *ne-* not + *oinom*, neut. of *oinos* one — more at NO, ONE] **1 :** not : other than : reverse of : absence of **2 :** of little or no consequence : unimportant : worthless ⟨*non*issues⟩ ⟨*non*system⟩ **3 :** lacking the usual esp. positive characteristics of the thing specified ⟨*non*celebration⟩ ⟨*non*art⟩

**non·abra·sive**
**non·ab·sorb·able**
**non·ab·sor·bent**
**non·ab·sorp·tive**
**non·ab·stract**
**non·ac·a·dem·ic**
**non·ac·cep·tance**
**non·ac·count·able**
**non·ac·cred·it·ed**
**non·ac·cru·al**
**non·achieve·ment**
**non·ac·id**
**non·acid·ic**
**non·ac·quis·i·tive**
**non·act·ing**
**non·ac·tion**
**non·ac·ti·vat·ed**
**non·ac·tor**
**non·adap·tive**
**non·ad·dict**
**non·ad·dic·tive**
**non·ad·he·sive**
**non·adi·a·bat·ic**
**non·ad·ja·cent**
**non·ad·mir·er**
**non·ad·mis·sion**
**non·aes·thet·ic**
**non·af·fil·i·at·ed**
**non·af·flu·ent**
**non–Af·ri·can**
**non·ag·gres·sion**
**non·ag·gres·sive**
**non·ag·ri·cul·tur·al**
**non·al·co·hol·ic**
**non·al·ler·gen·ic**
**non·al·ler·gic**
**non·al·pha·bet·ic**
**non·alu·mi·num**
**non·am·big·u·ous**
**non–Amer·i·can**
**non·an·a·lyt·ic**
**non·an·a·tom·ic**
**non·an·i·mal**
**non·an·swer**
**non·an·tag·o·nis·tic**
**non·an·thro·po·log·i·cal**
**non·an·thro·pol·o·gist**
**non·an·ti·bi·ot·ic**
**non·an·ti·gen·ic**
**non·ap·pear·ance**
**non·aquat·ic**
**non·aque·ous**
**non·ar·a·ble**
**non·ar·bi·trar·i·ness**
**non·ar·bi·trary**
**non·ar·chi·tect**
**non·ar·chi·tec·ture**
**non·ar·gu·ment**
**non·aris·to·crat·ic**
**non·ar·o·mat·ic**
**non·art**
**non·art·ist**
**non·ar·tis·tic**
**non·as·cet·ic**
**non·as·pi·rin**
**non·as·ser·tive**
**non·as·so·ci·at·ed**
**non·as·tro·nom·i·cal**
**non·ath·lete**
**non·ath·let·ic**
**non·atom·ic**
**non·at·tached**
**non·at·tach·ment**
**non·at·ten·dance**
**non·at·tend·er**
**non·au·di·to·ry**
**non·au·thor**
**non·au·thor·i·tar·i·an**
**non·au·to·mat·ed**
**non·au·to·mat·ic**
**non·au·to·mo·tive**
**non·au·ton·o·mous**
**non·avail·abil·i·ty**
**non·bac·te·ri·al**
**non·bar·bi·tu·rate**
**non·ba·sic**
**non·bear·ing**
**non·be·hav·ior·al**
**non·be·ing**
**non·be·lief**
**non·be·liev·er**
**non·bel·lig·er·en·cy**
**non·bel·lig·er·ent**
**non·bet·ting**
**non·bib·lio·graph·ic**
**non·bi·na·ry**
**non·bind·ing**
**non·bio·de·grad·able**
**non·bio·graph·i·cal**
**non·bi·o·log·i·cal**
**non·bi·o·log·i·cal·ly**
**non·bi·ol·o·gist**
**non·bit·ing**
**non·black**
**non·body**
**non·bond·ed**
**non·bot·a·nist**
**non·brand**
**non·break·able**
**non·breath·ing**
**non·breed·er**
**non·breed·ing**
**non·broad·cast**
**non·build·ing**
**non·burn·able**
**non·buy·ing**
**non·cab·i·net**
**non·cak·ing**
**non·call·able**
**non·cam·pus**
**non·can·cel·able**
**non·can·cer·ous**
**non·can·on·i·cal**
**non·cap·i·tal**
**non·cap·i·tal·ist**
**non·car·cin·o·gen**
**non·car·ci·no·gen·ic**
**non·car·di·ac**
**non·ca·reer**
**non·car·ri·er**
**non·cash**
**non·ca·su·al**
**non–Cath·o·lic**
**non·caus·al**
**non·cel·e·bra·tion**
**non·ce·leb·ri·ty**
**non·cel·lu·lar**
**non·cel·lu·los·ic**
**non–Celt·ic**
**non·cen·tral**
**non·cer·tif·i·cat·ed**
**non·cer·ti·fied**
**non·char·ac·ter**
**non·char·is·mat·ic**
**non·chau·vin·ist**
**non·chem·i·cal**
**non–Chris·tian**
**non·chro·no·log·i·cal**
**non·church**
**non·church·go·er**
**non·cir·cu·lar**
**non·cir·cu·lat·ing**
**non·cit·i·zen**
**non·clan·des·tine**
**non·class**
**non·clas·si·cal**
**non·clas·si·fied**
**non·class·room**
**non·cler·i·cal**
**non·cling**
**non·clin·i·cal**
**non·clog·ging**
**non·co·er·cive**
**non·cog·ni·tive**
**non·co·her·ent**
**non·co·in·ci·dence**
**non·co·i·tal**
**non·cok·ing**
**non·co·la**
**non·col·lec·tor**
**non·col·lege**
**non·col·le·giate**
**non·col·lin·ear**
**non·col·or**
**non·col·ored**
**non·col·or·fast**
**non·com·bat**
**non·com·bat·ive**
**non·com·bus·ti·ble**
**non·com·mer·cial**
**non·com·mit·ment**
**non·com·mit·ted**
**non·com·mu·ni·cat·ing**
**non·com·mu·ni·ca·tion**
**non·com·mu·ni·ca·tive**
**non·com·mu·nist**
**non·com·mu·ni·ty**
**non·com·mu·ta·tive**
**non·com·mu·ta·tiv·i·ty**
**non·com·pa·ra·bil·i·ty**
**non·com·pa·ra·ble**
**non·com·pat·i·ble**
**non·com·pe·ti·tion**
**non·com·pet·i·tive**
**non·com·pet·i·tor**
**non·com·ple·men·ta·ry**
**non·com·plex**
**non·com·pli·ance**
**non·com·pli·cat·ed**
**non·com·ply·ing**
**non·com·pos·er**
**non·com·pound**
**non·com·pre·hen·sion**
**non·com·press·ible**
**non·com·put·er**
**non·com·put·er·ized**
**non·con·cep·tu·al**
**non·con·cern**
**non·con·clu·sion**
**non·con·cur·rent**
**non·con·dens·able**
**non·con·di·tioned**
**non·con·duct·ing**
**non·con·duc·tion**
**non·con·duc·tive**
**non·con·fer·ence**
**non·con·fi·dence**
**non·con·fi·den·tial**
**non·con·flict·ing**
**non·con·fron·ta·tion**
**non·con·fron·ta·tion·al**
**non·con·gru·ent**
**non·con·ju·gat·ed**
**non·con·nec·tion**
**non·con·scious**
**non·con·sec·u·tive**
**non·con·sen·su·al**
**non·con·ser·va·tion**
**non·con·ser·va·tive**
**non·con·sol·i·dat·ed**
**non·con·stant**
**non·con·sti·tu·tion·al**
**non·con·struc·tion**
**non·con·struc·tive**
**non·con·sum·er**
**non·con·sum·ing**
**non·con·sump·tion**
**non·con·sump·tive**
**non·con·tact**
**non·con·ta·gious**
**non·con·tem·po·rary**
**non·con·tig·u·ous**
**non·con·tin·gent**
**non·con·tin·u·ous**
**non·con·tract**
**non·con·trac·tu·al**
**non·con·tra·dic·tion**
**non·con·tra·dic·to·ry**
**non·con·trib·u·to·ry**
**non·con·trol·la·ble**
**non·con·trolled**
**non·con·trol·ling**
**non·con·tro·ver·sial**
**non·con·ven·tion·al**
**non·con·vert·ible**
**non·co·pla·nar**
**non·cor·po·rate**
**non·cor·re·la·tion**
**non·cor·rod·ible**
**non·cor·rod·ing**
**non·cor·ro·sive**
**non·coun·try**
**non·coun·ty**
**non·cov·er·age**
**non·cre·a·tive**
**non·cre·a·tiv·i·ty**
**non·cre·den·tialed**
**non·crime**
**non·crim·i·nal**
**non·cri·sis**
**non·crit·i·cal**
**non·crush·able**
**non·crys·tal·line**
**non·cu·li·nary**
**non·cul·ti·vat·ed**
**non·cul·ti·va·tion**
**non·cul·tur·al**
**non·cu·mu·la·tive**
**non·cur·rent**
**non·cus·tom·er**
**non·cy·clic**
**non·cy·cli·cal**
**non·dance**
**non·danc·er**
**non–Dar·win·i·an**
**non·de·cep·tive**
**non·de·ci·sion**
**non·de·creas·ing**
**non·de·duc·tive**
**non·de·fer·ra·ble**
**non·de·form·ing**
**non·de·gen·er·ate**
**non·de·grad·able**
**non·de·gree**
**non·del·e·gate**
**non·de·lib·er·ate**
**non·de·lin·quent**
**non·de·liv·ery**
**non·de·mand·ing**
**non·dem·o·crat·ic**
**non·de·nom·i·na·tion·al**
**non·de·nom·i·na·tion·al·ism**
**non·de·part·men·tal**
**non·de·pen·dent**
**non·de·plet·able**
**non·de·plet·ing**
**non·de·po·si·tion**
**non·de·pressed**
**non·de·riv·a·tive**
**non·de·scrip·tive**
**non·de·sert**
**non·de·tach·able**
**non·de·ter·min·ist**
**non·de·vel·op·ment**
**non·de·vi·ant**
**non·di·a·bet·ic**
**non·di·a·lyz·able**
**non·di·dac·tic**
**non·dif·fus·ible**
**non·di·men·sion·al**
**non·dip·lo·mat·ic**
**non·di·rect·ed**
**non·di·rec·tion·al**
**non·dis·abled**
**non·dis·clo·sure**
**non·dis·count**
**non·dis·cre·tion·ary**
**non·dis·crim·i·na·tion**
**non·dis·crim·i·na·to·ry**
**non·dis·cur·sive**
**non·dis·per·sive**
**non·dis·rup·tive**
**non·di·ver·si·fied**
**non·doc·tor**
**non·doc·tri·naire**
**non·doc·u·men·ta·ry**
**non·dog·mat·ic**
**non·dol·lar**
**non·do·mes·tic**
**non·dom·i·nant**
**non·dra·mat·ic**
**non·driv·er**
**non·drug**
**non·du·ra·ble**
**non·earn·ing**
**non·ec·cle·si·as·ti·cal**
**non·econ·o·mist**
**non·ed·i·ble**
**non·ed·i·to·ri·al**
**non·ed·u·ca·tion**
**non·ed·u·ca·tion·al**
**non·ef·fec·tive**
**non·elas·tic**
**non·elect·ed**
**non·elec·tion**
**non·elec·tive**
**non·elec·tric**
**non·elec·tri·cal**
**non·elec·tron·ic**
**non·el·e·men·ta·ry**
**non·elite**
**non·emer·gen·cy**
**non·emo·tion·al**
**non·em·phat·ic**
**non·em·pir·i·cal**
**non·em·ploy·ee**
**non·em·ploy·ment**
**non·emp·ty**
**non·en·cap·su·lat·ed**
**non·end·ing**
**non·en·er·gy**
**non·en·force·abil·i·ty**
**non·en·force·ment**
**non·en·gage·ment**
**non·en·gi·neer·ing**
**non·en·ter·tain·ment**
**non·en·zy·mat·ic**
**non·en·zy·mic**
**non·equi·lib·ri·um**
**non·equiv·a·lence**
**non·equiv·a·lent**
**non·erot·ic**
**non·es·tab·lished**
**non·es·tab·lish·ment**
**non·es·ter·i·fied**
**non·eth·i·cal**
**non·eth·nic**
**non–Eu·ro·pe·an**
**non·eval·u·a·tive**
**non·ev·i·dence**
**non·ex·clu·sive**
**non·ex·ec·u·tive**
**non·ex·empt**
**non·ex·is·ten·tial**
**non·ex·ot·ic**
**non·ex·pend·able**
**non·ex·per·i·men·tal**
**non·ex·pert**
**non·ex·plan·a·to·ry**
**non·ex·ploi·ta·tion**
**non·ex·ploit·a·tive**
**non·ex·ploit·ive**
**non·ex·plo·sive**
**non·ex·posed**
**non·ex·tant**
**non·fact**
**non·fac·tor**
**non·fac·tu·al**
**non·fac·ul·ty**
**non·fad·ing**
**non·fa·mil·ial**

# TAB P

# Dictionary of Composite Materials Technology

Stuart Lee

P1

**Dictionary of Composite Materials Technology**
a TECHNOMIC publication

*Published in the Western Hemisphere by*
Technomic Publishing Company, Inc.
851 New Holland Avenue
Box 3535
Lancaster, Pennsylvania 17604 U.S.A.

*Distributed in the Rest of the World by*
Technomic Publishing AG

Copyright ©1989 by Technomic Publishing Company, Inc.
All rights reserved

No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

Main entry under title:
Dictionary of Composite Materials Technology

A Technomic Publishing Company book
Bibliography: p.

Library of Congress Card No. 89-50813
ISBN No. 87762-600-6

**Midplane** The middle surface of a laminate which is usually the $z = 0$ plane.

**Midplane Symmetric** A laminate whose orientation is a mirror image about its midplane.

**MIG** Abbreviation for *metal-inert gas fusion welding*.

**Migration** The transfer of a constituent of a plastic compound to another contacting substance, e.g., a plasticizer.

**Mil** A unit of length equal to 0.001 inch, often used for specifying diameters of fibers and wires.

**Mildew** Superficial growth produced by fungi on various surfaces. Can form on plastics which are exposed to moisture resulting in discoloration and decomposition of the surface.

**Mildewcide** Chemical agent which destroys, retards or prevents the growth of mildew.

**Mildew (Fungus) Resistance** The ability of a material to resist fungus growth that can cause discoloration and ultimate decomposition of a coating's binding medium. *See also* MILDEW.

**Milled Fibers** Continuous glass strands hammer-milled into small modules of filamentized glass. Useful as anticrazing reinforcing fillers for adhesives.

**Milled Glass** *See* MILLED FIBERS.

**Miller Indices** A system for the identification of planes and directions in any crystal system by means of integer sets.

**Milli- (m)** The SI-approved prefix for a multiplication factor to replace $10^{-3}$.

**Milliliter** One thousandth of a liter.

**Millimicron** A unit of length previously used to describe the wavelength of electromagnetic radiation, equal to $10^{-9}$ meters. It has been replaced by the term nanometer.

**Milling** (1) The mechanical treatment of metal powder or mixtures as in a ball mill to alter shape or size of particles or coat them. (2) A machining process for removal of material.

**Millipoise** One thousandth part of a poise (measure of viscosity) or 1/10 of a centipoise.

**Mindlin Plate Theory** A nonclassical plate theory formulated by the author.

**Mineral** Any naturally occurring, homogeneous inorganic substance having a definite chemical composition and characteristic crystalline structure, color and hardness.

**Mineral Acids** Strong inorganic acids, such as nitric, sulfuric and hydrochloric.

**Mineral Fiber** Generic term for all nonmetallic inorganic natural and synthetic fibers.

**Mineral Spirits** A refined petroleum distillate (150–200°C) having a low aromatic hydrocarbon content, with volatility, flash point, and other properties making it suitable as a thinner and solvent. Also known as *petroleum spirits*.

**Mineral Wool** An aggregate of fine filaments produced by blowing air or steam through molten blast-furnace slag (slag wool), through molten rock (rock wool) or through molten glass (glass wool).

**Minute Value** The voltage which a unit thickness of insulator will withstand for one minute without breakdown.

**MIR** Abbreviation for MULTIPLE INTERNAL REFLECTION.

**Mispick** In woven fabrics, a pick not properly interlaced which causes a break in the weave pattern. Also known as WRONG PICK.

**Misses** *See* HOLIDAYS.

**Mixed Laminates** Many reported versions exist. One type of laminate has all unidirectional woven roving (UDWR) reinforced polyester resins on one side and all CSM reinforced layers on the other. Another example contains a layer of rigid PVC or polypropylene on one side with all CSM reinforced polyester resins on the other.

**Mixed-Mode Fracture** A mixture of two types of fracture failure modes such as shown in modes 1 and 2 in the figure shown below.



*Lap Joint Fracture Modes*

**Mixers** Devices used to intimately intermingle two or more materials to a defined state of uniformity.

**Mixing** Means of thorough intermingling of two or more materials.

**Mixing Time** The length of time to mix a batch of materials.

**Mixture** A combination of two or more substances intermingled with no constant percentage composition, in which each component retains its essential original properties.

**MKS System** A previous system of units derived from the meter, kilogram and second. Now superceded by the SI units, which are based on the later MKSA system. *A* refers to ampere.

**MMCs** Abbreviation for METAL MATRIX COMPOSITES.

**MMWK** Abbreviation for MULTI-AXIAL MULTI-LAYER warp knit.

**Mn** Chemical symbol for the element manganese.

**Mo** Chemical symbol for molybdenum.

**Mobility** The property of a material which allows it to flow when a shearing force larger than the yield value has been applied. It is the analogue of fluidity and is calculated from the slope of the straight-line portion of the flow curve. The coefficient of mobility is the reciprocal of the coefficient of plastic viscosity.

**Mobile Structures** Braided structures formed using 2-D or 3-D braids without axial yarns that readily bend to conform to varied shapes. Biaxial braided tubes are the simplest such structure with the ability to change cross-sectional shape and dimensions and even be folded back on themselves.

**Mobius' Law** A rule defining the number of members required for a statistically determinate structure.

**MOCA** A tradename for *methylene-bis-ortho-chloraniline*, which was widely used as a curing agent prior to alleged findings that it is a carcinogen.

**Mock Unidirectional** A weave similar to nonwoven, unidi-