United States Patent: ~~5,817,207~~ 6,514,367

( 1   of   1 )

United States Patent
~~5,817,207~~
6,514,367

Leighton

~~October 6, 1998~~
February 4, 2003

~~Radio frequency identification card and hot~~Hot lamination process for the manufacture of a combination ~~manufacture of radio frequency identification cards~~ contact/contactless smart card

Abstract
A plastic smart card, such as a card having a radio frequency ~~identification card, including at~~

~~least one~~ identification (RFID) proximity function, including at least one electronic element embedded therein and a physical contact card function and the hot lamination process for the manufacture of ~~radio frequency identification cards and other plastic cards including a micro-chip embedded therein. The process results in a card having an overall thickness in the range of 0.028 inches to 0.032 inches with a surface suitable for receiving dye sublimation~~ this dual function smart card and other plastic cards including a micro-chip embedded therein. The process results in a card having a preferred overall ~~printing--the variation in card~~ thickness ~~across the surface is less than~~ in the range of 0.028 inches to 0.032 inches with a surface ~~0.0005 inches. A card manufactured in accordance with the present~~ suitable for receiving dye sublimation printing--the variation in card thickness across the surface should not exceed 0.0005 inches. A card manufactured in accordance with the present invention also complies with all industry standards and specifications.    Also, the hot lamination ~~process of the present invention results in an aesthetically pleasing card. The invention also relates to a plastic card formed in accordance with the hot lamination~~ process of the present invention results in an aesthetically pleasing card. The invention also relates to a plastic card formed in accordance with the hot lamination process of the present invention.

Inventors:

Leighton; Keith R.   (2817 Fulmer Rd., Lorain, OH 44053)

Appl. No.:

~~727789~~
368846
Filed:

~~October 7, 1996~~
August 5, 1999


Current U.S. Class:
156/~~298~~153 ; 156/~~312~~154; 156/277
Intern'l Class:
~~B32B 031/20~~
G06K 019/077
Field of Search:

156/~~300,312,311,298~~277,153,555,154


References Cited   [Referenced By]

U.S. Patent Documents
3994225 Nov., 1976 Sitzberger.

4450024 May., 1984 Haghiri-Tehrani et al. ~~156/108.~~

4701236 Oct., 1987 Vieilledent.

4792843 Dec., 1988 Haghiri-Tehrani et al.

4795898 Jan., 1989 Bernstein et al.

4841134 Jun., 1989 Hida et al.

4931853 Jun., 1990 Ohuchi et al.

4980802 Dec., 1990 Champagne et al.

5067008 Nov., 1991 Yanaka et al. ~~357/81.~~

5097117 Mar., 1992 Champagne et al.

5173840 Dec., 1992 Kodai et al.

5208450 May., 1993 Uenishi et al.

5250341 Oct., 1993 Kobayashi et al.

5268699 Dec., 1993 Laute et al.

5272596 Dec., 1993 Honore et al.

5396650 Mar., 1995 Terauchi ~~455/38.~~.

5412192 May., 1995 Hoss.

5438750 Aug., 1995 Venambre.

5448110 Sep., 1995 Tuttle et al.

5519201 May., 1996 Templeton, Jr. et al. 235/492.

5567362 Oct., 1996 Grun.

5719746 Feb., 1998 Ohbuchi et al.

5774339 Jun., 1998 Ohbuchi et al.

5809633 Sep., 1998 Mundigl et al.

5817207 Oct., 1998 Leighton 156/298.

6036099 Mar., 2000 Leighton 235/488.

6248199 Jun., 2001 Smulson.

Foreign Patent Documents

 2225283 May., 1990 GB.

 2279610 Jan., 1995 GB.

 2294899 May., 1996 GB.

 6-176214 Jun., 1994 JP.


   Primary Examiner:     ~~Lorin; Francis J.~~Aftergut; Jeff H.

   Attorney, Agent or Firm:   ~~Oldham~~Hahn, Loeser & ~~Oldham Co., L.P.A.~~Parks, LLP


 Parent Case Text

 This application is a continuation of application 08/918,582, filed Aug.
     19, 1997, now U.S. Pat. No. 6,036,099, which claimed the benefit of
     provisional application Ser. No. 60/024,255, filed Aug. 21, 1996; a
     continuation-in-part of application Ser. No. 08/727,789 filed Oct. 7,
     1996, now U.S. Pat. No. 5,817,207, which claimed the benefit of
     provisional application Ser. No. 60/005,685, filed on Oct. 17, 1995.

  Claims

  What is claimed is:
  1. A process for incorporating at least one electronic element in the
     manufacture of a plastic card, comprising the steps of:
  (a) providing first and second plastic core sheets~~;~~:
  (b) positioning said at least one electronic element in the absence of a
      non-electronic carrier directly between said first and second plastic core
      sheets to form a core, said plastic core sheets defining a pair of inner
      and outer surfaces of said core;
  (c) positioning said core in a laminator apparatus, and subjecting said
      core to a heat and pressure cycle, said heat and pressure cycle comprising
      the steps of:
  (i) heating said core for a first period of time;
  (ii) applying a first pressure to said core for a second period of time
       such that said at least one electronic element is encapsulated by said
       core;
  (iii) cooling said core while applying a second pressure to said core, the
  ~~(d) coating~~
      second pressure being at least ~~one~~10% greater than the first pressure; and
  (d) milling a region of said ~~outer surfaces of said~~ core ~~with a layer~~
      ~~of ink; and~~
  ~~(e) applying a layer of overlaminate film~~ to a controlled depth so as to form a
      cavity which exposes at least one ~~of said outer~~
      ~~surfaces of said core.~~contact pad of said at least one
      electronic element.
  2. The process for incorporating at least one electronic element in the
     manufacture of a plastic card as recited in claim 1, wherein said
     laminator apparatus has first and second laminating plates, at least one
     of said first and second laminating plates having a matte finish for
     creating a textured surface on at least one of said outer surfaces of said

```
       core.
   3. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 2, wherein each of said
      first and second laminating plates has a matte finish for creating said
      textured surface on both of said outer surfaces of said core.
   4. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said first
      and second plastic core sheets are made from a material selected from the
      group consisting of polyvinyl chloride, polyester, and
      acrylonitrile-butadiene-styrene, each of said sheets having a thickness in
      the range of 0.007 to 0.024 inch.
   5. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 4, wherein said first
      and second plastic core sheets have a thickness of approximately 0.0125
      inch.
   6. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said second
      pressure isranges from about 10% to about 40% greater than said first
      pressure.
   7. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 6, wherein said second
      pressure is at least approximately 25% greater than said first pressure.
   7. A process as recited in claim 1 having a further step following step(c),
      said step comprising: positioning a layer of overlaminate film on at least
      one of said surfaces of said core, positioning said overlaminate film and
      said core in a laminator apparatus and laminating said layer of
      overlaminate film to said core in said laminator to thereby form a sheet
      of plastic card stock.
   8. The process for incorporating at least one electronic element in theof claim
7, further comprising the step of coating said at
      least one surface of said core with a layer of ink prior to positioning
      said overlaminate film on said at least one surface of said core.
   9. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said core is
      heated in step (c)(i) to a temperature in the range of 275.degree. F. to
      400.degree. F. and said first period of time is at least five (5) minutes.
   9.10. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said first
      pressure is approximately 1000450 p.s.i. and said second period of time is
at
      least 10 minutes.
   10. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said step (d)
      is carried out utilizing a printing press. 11. The process for
incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said step (d)a
coating
      step is carried out on at least one surface of said core utilizing a
coating technique selected form the group
      consisting of silk screen printing, offset printing, letterpress printing,
      screen printing, roller coating, spray printing, and litho-printing.
      printing press.
   12. The process for incorporating at least one electronic element in the
      manufacture of a plastic card as recited in claim 1, wherein said step (e)a
coating
```

```
            of applying a layer of overlaminate film comprises the further steps of:
       (a) positioning an overlaminate filmstep is carried out on at least one ink
       coated surface of said core utilizing a
            coating technique selected from the group consisting of silk screen
            printing, offset printing, letterpress printing, screen printing, roller
            coating, spray printing, and litho-printing.
       13. The process for incorporating at least one electronic element in the
            manufacture of a plastic card as recited in claim 1, having a further step
            after said step (c) comprising:
        (a) positioning an overlaminate film on said at least one surface of said
            core;
        (b) subjecting said core to a second heat and pressure cycle comprising the
       steps
            of:
        (i) heating said core to a temperature between approximately 175.degree. F.
            to 300.degree. F. for approximately 10 to 25 minutes;
        (ii) applying approximately 1000 p.s.i. pressure to said core; and
        (iii) cooling said core to a temperature in the range of approximately
            40.degree. F. to 65.degree. F. for approximately 10 to 25 minutes.
        13. The process for incorporating at least one electronic element in the
            manufacture of a plastic card as recited in claim 1, wherein said at least
            one
       14. The process of claim 13, further comprising the step of coating said at
            least one surface of said core with a layer of ink prior to positioning
            said overlaminate film on said at least one surface of said core.
       15. A process as recited in claim 1 comprising the further step of
            inserting a second electronic element is a micro-chip and an associated
       wire antenna.into said cavity, the second
            electronic element being in electrical communication with the at least one
            electronic element.
       14.16. The process for incorporating at least one electronic element in the
            manufacture of a plastic card as recited in claim 1, wherein said at least
            one electronic element is a micro-chip and an associated circuit board
            antenna. or an associated wire antenna.
       15.17. The process for incorporating at least one electronic element in the
            manufacture of a plastic card as recited in claim 1, wherein said at least
            one electronic element is a read/write integrated chip and an associated
            antenna.
       16. A hot lamination process for the manufacture of plastic cards,18. The
       process according to claim 1, wherein the pressure on said core in
            step (c)(i) is less than 10 p.s.i.
       19. The process according to claim 1, wherein said core is heated in step
            (c)(ii).
       20. A process for incorporating at least one electronic element in the
            manufacture of a plastic card, comprising the steps of:
        (a) providing first and second plastic core sheets;
        (b) positioning said at least one electronic element in the absence of a
            non-electronic carrier directly between said first and second plastic core
            sheets to form a layeredcore, said plastic core sheets defining a pair of
       inner
            and outer surfaces of said core;
        (c) positioning said core in a laminator apparatus, and subjecting said
            core to a heat and pressure cycle, said heat and pressure cycle comprising
            the steps of:
        (i) heating said core in said laminator, in the presence of a minimalfor a
       first period of time;
            ram pressure, to a temperature which causes controlled flow of said
```

 (ii) applying a first pressure to said core for a second period of time
     such that said at least one electronic element is encapsulated by said
     ~~plastic which makes up said first and second plastic core sheets;~~core:
 (~~ii~~)iii) cooling said core while applying a second pressure ~~uniformly across
said core for~~to said core, the
     ~~encapsulating said at least one electronic element within said controlled
     flow plastic;~~
 ~~(iii) subsequently cooling said core in conjunction with the concurrent~~

     second pressure being at least 10% greater than the first pressure.
 21. The process according to claims 20, further comprising:
 forming a cavity in said core.
 22. The process according to claim 21, wherein the step of forming a cavity
     in said core comprises:
 after step (c), milling a region of said core to a controlled depth so as
     ~~application of a third pressure uniformly across said core, said core
     including and upper and lower surfaces;~~
 ~~(d) printing on at least one of said upper and lower surfaces of said core
     such that a layer of ink is applied to at least a portion of said at least
     one upper and lower surface of said core.~~
 ~~17. The method as recited in claim 16 wherein said first and second core
     layers are devoid of any appreciable cutouts.~~to form a cavity which exposes
at least one contact pad of said at least
     one electronic element.
 23. The process according to claim 22, further comprising:
 inserting a second electronic element into said cavity, the second
     electronic element being in electrical communication with the at least one
     electronic element.

 Description

 ~~This application claims the benefit of the following: U.S. Provisional
     Application No.: 60/005,685 filing date Oct. 17, 1995.~~ FIELD OF THE
INVENTION
 The present invention relates generally to plastic cards and the
     manufacture thereof by a hot lamination process, and more particularly to
~~radio frequency
     identification (RFID)~~smart cards and the manufacture of ~~RFID cards~~these
such that they conform to
     ~~to~~ industry size and performance standards and conventions and that have a
     superior outer surface as compared to known ~~RFID~~smart cards such that the
card
     may receive dye    sublimation printing or the like~~-~~. Even more
specifically,
     the preferred embodiments of the present invention relate to dual function
     cards containing imbedded electronic elements as well as an exposed
     electronic contact surface.
 BACKGROUND OF THE INVENTION
 As the use of plastic cards for credit cards, automated teller machine
     (ATM) cards, identification cards, and like continues to become more
     widespread, the problems associated with the use of such cards
     correspondingly increase. Credit card fraud and identification card fraud
     are becoming larger problems everyday, and this fraud has introduced
     uncertainties into our systems of commerce and our security systems. Using
     easily available technology, criminals are able to manufacture
     credit/debit cards, ATM cards, identification cards, and the like having
     another's account code, identification code, or other personal information

embedded in the magnetic stripe thereof. Thus, for example, criminals may steal hundreds or thousands of legitimate credit card account numbers and manufacture many additional cards bearing the stolen information. These fraudulent cards are then usable by the criminals to purchase goods and to receive cash with the legitimate card holder and the card issuer left holding the bill.

Likewise, so called debit cards are becoming increasingly popular. These cards have stored thereon a certain amount of value for which the card owner has previously paid. For example, a subway rider may purchase a card good for ~~50~~X fares, with one fare being deducted <u>from the card each time the</u> ~~from the card each time the~~ owner rides the subway. Criminals have also been able to manipulate the data stored on these cards to defraud the merchants and others.

The ease in which criminals have been able to manufacture and or manipulate known cards results from the existence of the easily altered magnetic stripe storage medium used by known cards. These magnetic stripes are easily programmed and reprogrammed using commonly available technology. Thus, there has been found a need in the plastic card industry to provide a more secure plastic card that is very difficult or impossible to fraudulently manipulate. ~~The most likely solution to the above-noted~~ <u>The likely successor to magnetic stripe cards is known as a memory or smart</u> ~~problems associated with known plastic cards is the RFID card and other cards including computer chips embedded therein rather than, or in~~ <u>card. A smart card can generally be described as a card having an integrated circuit with memory that is capable of making decisions. The category of smart cards can be further divided into subcategories based on the type of memory or type of communication with an associated card reader. Types of smart cards include contact cards (cards requiring physical touch between the terminal reader and the surface of the card) and contactless cards (cards which interact with the terminal reader using an electromagnetic coupling). Contactless cards may also be referred to as "proximity" cards. This technology may serve as a substitute for or be provided as an</u> addition to~~, a~~ <u>the</u> magnetic stripe <u>on a card</u>. <u>One specific type of smart card is a dual function contact/contactless microprocessor chip plastic card commonly referred to in the industry as a dual function card. This card utilizes a single microprocessor to control both physical contact and proximity features of the card.</u>

While these ~~RFID~~<u>smart</u> cards ~~and like~~ have been found to ~~be~~<u>have infinitely more capability than magnetic stripe cards as well as being more</u> successful in preventing or limiting fraud, they are more difficult and expensive to manufacture relative to ordinary magnetic stripe cards. One of the biggest obstacles to the wide spread manufacture and use of ~~RFID~~<u>smart</u> cards has been the inability of card manufacturers to manufacturer ~~an RFID~~<u>a smart</u> card that meets all industry standards and specifications, such as those set by the International Standards Organization (ISO), that are sufficiently aesthetically pleasing (wherein the embedded electronics are hidden from view), and that have a sufficiently regular or flat surface such that one or both surfaces of the card may be printed on using the very popular and widespread dye sublimation technology. ~~Known~~

Limitations to known plastic cards with embedded computer chips and ~~like embedded therein~~electronics are that they a) are too thick to work in connection with existing card reading machinery (ATM machines, telephones), ~~and like) and~~b) have a surface that is too irregular to properly and consistently receive dye sublimation ~~printing. Furthermore~~ printing, c) utilize manufacturing processes making the cards cost prohibitive. Moreover, prior attempts to manufacture a sufficiently thin plastic card including a computer chip embedded therein have resulted ~~in a~~ in a card with inferior aesthetic qualities such as the ability to see the embedded computer chip through the plastic. Furthermore, due to the presence of both internal and surface electronics within the card, the manufacture of a dual function card presents its own unique set of obstacles and problems, different from the manufacture of cards with fully embedded electronics.

SUMMARY OF THE INVENTION

The present invention is therefore directed to a ~~plastic card having at~~hot lamination method for the manufacture of a plastic card having at least one electronic element ~~embedded therein and to a hot lamination method for the manufacture of plastic cards including at least one~~ embedded therein as well as at least one electronic element with an ~~electronic element therein~~exposed contact surface and to such plastic cards. The card has an overall ~~thickness in the range~~ thickness in the range of 0.028 inches to 0.032 inches and comprises a ~~plastic core having at~~ plastic core having at least one electronic element embedded therein with ~~at least one of the~~ at least one of the upper and lower surfaces of the core comprising a ~~coating printed or~~ coating printed or otherwise applied thereon. ~~An overlaminate film is preferably provided~~A portion of the card's ~~over the coated surface of the core and the resulting card has a variation in thickness across the surfaces thereof of no greater than approximately 0.0005 inches. The hot lamination method of the present invention~~ outer surface exposes a contact surface electronic element operatively connected to the card's internal electronics. An overlaminate film is preferably provided over the coated surface of the core and the resulting card has a variation in thickness across the surfaces thereof of no greater than approximately 0.0005 inches.

The hot lamination method of the present invention comprises the steps of providing upper (first) and lower (second) plastic core sheets, positioning at least one electronic element between the first and second core sheets to thus form a core, and placing the core in a laminator and closing the laminator ~~without applying~~with minimal or no laminator ram pressure applied to ~~the core.~~ the core. A heat cycle is applied to the core sheets in the laminator ~~thus~~to ~~liquefying or partially liquefying~~cause complete or partial flow of the plastic sheets. The laminator ram ~~pressure~~ pressure is then increased in combination with the heat. A cooling cycle ~~is then~~ is then applied to the core in the laminator, preferably with an ~~associated~~ associated increase in ram pressure, and the core is removed from the ~~laminator. At~~

~~least one surface of the core is then printed on using a printing press or laminator.~~
In the preferred embodiment, the laminated core next undergoes a controlled depth milling operation to expose one or more contact pads which comprise part of the internal, embedded electronic element.
In alternative embodiments, one of the plastic sheets contained a pre-formed window which is positioned over the contact pads, prior to lamination. A spacer, integral to the corresponding platen or separate therefrom, is utilized to prevent or limit the flow of plastic into the window region so as not to coat the contact pads with plastic during the card manufacturing process.
At least one surface of the core is then printed on using a printing press or similar printing apparatus, a sheet of overlaminate film is placed on ~~at~~ at least one side of the core, and the core is ~~then~~once again placed in a laminator. A heat cycle is applied to the core with its overlaminate film, and a cooling cycle is thereafter applied, resulting in a sheet of plastic card stock from which one or more cards may be cut. ~~The invention is also~~
Contact surface elements are installed into the window region of a plastic card and in operable contact with contact pads.
The invention is also directed to a card manufactured in accordance with ~~the above process which~~ the above process which results in a plastic card having a thickness in ~~the range of approximately~~ the range of approximately 0.028 inches to 0.032 inches with a surface ~~smoothness of at least~~ smoothness of at least approximately 0.0005 inches as is required by ~~ISO~~ International Standards Organization (ISO) and American National Standards Institute (ANSI) standards.
The present invention provides numerous advantages over known plastic cards and known plastic card manufacturing processes, ~~including~~and includes the formation ~~of~~ of a plastic card with electronic elements such as a computer chip ~~embedded~~ embedded therein with a pleasing aesthetic appearance, ~~with a sufficiently smooth~~having a sufficiently smooth and regular surface such that the card may receive dye ~~sublimation~~ sublimation printing, and ~~with~~possessing sufficient durability and characteristics to comply with all industry specifications and standards.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a ~~top plan~~perspective view of a plastic card in accordance with the ~~present~~ present invention;
FIG. 2 is a ~~side elevational~~perspective view of the card shown in FIG. ~~1;~~1, illustrating the
~~FIGS. 3A-3C are top plan views of various electronic elements that may be~~ embedded ~~in a card in accordance with the present invention;~~and exposed electronics incorporated into the card;
FIG. ~~4 is an exploded, schematic view of an electronic element position~~2A is a side elevational view of the card core illustrating various ~~between two plastic core sheets to form a core;~~electronic elements that may be embedded in a card in accordance with the
present invention;
FIG. ~~5 is a top plan view of a plurality of electronic elements positioned on a sheet of plastic core stock such that they may be covered by a~~

~~similar sheet of core stock;~~3A is a cross sectional view of the card illustrated in FIG. 2, taken through section line 3A--3A.

 FIG. ~~6~~3B is a ~~schematic cross~~ cross sectional view of ~~one or more electronic~~the card illustrated in FIG. 2, taken ~~elements positioned between sheets of plastic core stock;~~
~~FIG. 7 schematically illustrates a book comprising the core, as it is~~ through section line 3B--3B.

 FIG. 4 is a perspective view of a plurality of electronic elements positioned ~~in a laminator apparatus;~~on a sheet of plastic core stock and covered by a second sheet
~~FIG. 8 schematically illustrates the core as it is being printed on after removal from the laminator using a printing press or similar printing apparatus;~~
 of plastic core stock.
 FIG. 5 is a schematic cross sectional view illustrating a book comprising the core, containing electronics, as positioned in a laminator;

 FIG. ~~9~~5A is ~~a~~an enlarged cross-sectional view ~~schematically illustrating the application~~of the portion encircled in
~~of an overlaminate film to at least one side of the core;~~
~~FIG. 10 schematically illustrates the core with overlaminate film, as it is~~ FIG. 5 for an alternative embodiment, utilizing a spacer, for producing a card according to the present invention;
 FIG. 6 schematically illustrates the process of printing on the core;
 FIG. 7 is a schematic cross sectional view illustrating the core with overlaminate film, as placed in a laminator ~~for final processing to form a sheet of card stock.~~;
 FIG. 8 is an exploded view of a plastic card produced by the process of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

 The present invention relates to a plastic card including at least one electronic element embedded therein. The present invention also relates to a hot lamination process for the manufacture of plastic cards, and more particularly to a hot lamination process for the manufacturer of plastic cards that include an electronic element, such as a computer chip or other electronic element embedded therein. The electronic element may perform a wide variety of functions and take a wide variety of forms. Such cards, without regard to the particular electronic element embedded therein, will hereinafter be referred to as ~~radio frequency identification (RFID) cards.~~smart cards. The present invention also ~~The present invention also~~ relates to a card formed in accordance with the invention.
 In its preferred embodiment and as illustrated in FIGS. 1 and 2, the present invention relates to the manufacture of a dual function card, a particular type of smart card which utilizes a dual function contact/contactless microprocessor chip, as described previously herein. However, it will be appreciated by those skilled in the art, that the method of hot lamination described herein could easily be applied to other identity card or smart card applications.

 Referring now to ~~FIG~~FIGS. 1, 2, and 2A there can be seen a plastic ~~RFID~~ card 10 manufactured in accordance with the present invention and including an electronic element ~~20~~, generally 20, embedded therein. Card 10 includes an ~~upper surface~~ upper surface 12 and a lower surface 14. Electronic element 20 may take a ~~wide variety~~ wide variety of forms (microprocessor chip, circuit board, transponder,

etc.) and perform a wide variety of functions. As shown in ~~FIG. 3A-3C~~FIGS. 2, 2A, ~~respectively, electronic element 20, 20', 20" may be provided by a~~ and 3A, electronic element 20 may comprise a read/write micro-chip 22 ~~including a wire antenna 24 connected thereto, a micro-chip 22' and~~including a ~~circuit board~~wire antenna 24~~', a read/write micro-chip 22" and a~~ connected thereto, any other suitable ~~wire coil antenna 24", or any other suitable~~ electronic element. These electronic elements 20, ~~20', 20"~~22 and 24 and their insertion into plastic cards is not new, however, the present invention provides a new hot lamination process for manufacturing plastic cards 10 ~~process for manufacturing plastic cards 10~~ with these electronic elements embedded therein such that the cards 10 are ~~20, 20', 20" embedded therein such that the cards 10 are~~ of a superior quality, meet all ISO and other industry specifications and

~~quality, such that the cards 10 meet all ISO and other industry specifications and standards, in such that at least one of the upper~~ standards, and ~~lower surfaces 12, 14 of card 10 is~~ are sufficiently smooth and ~~is otherwise~~ otherwise is capable of receiving dye sublimation printing. ~~Specifically, a card in~~ Electronic elements such as these described are available from manufacturers such as Motorola and Philips Electronics. Upper surface 12 contains a window or cavity 16 formed therein and intended ~~accordance with the present invention has a thickness of approximately in the range of 0.028 inches to 0.032 inches with a surface smoothness of 0.0005 inches. As shown in FIGS. 4-10 one or more cards 10 in accordance with the present invention may be manufactured by positioning an electronic element 20 between first and second sheets of card stock 30, 32 to form a core 33. Preferably is shown in FIG. 5 10, a plurality of cards are manufactured simultaneously, in thus, a plurality of electronic elements 20 are positioned between the first and second sheets of plastic core stock 30, 32 (only the second sheet 32 begin shown in FIG. 5 for clarity). When a plurality of electronic elements 20 are positioned between first and~~to expose one or more contact pads 26 operatively connected to antenna 24. Upon formation of card 10 in accordance with the preferred embodiment, a microprocessor chip 22 is inserted into window 16 and in electrical connection with contact pads 26. This microprocessor chip may function as a "proximity" or radio frequency identification (RFID) card in conjunction with antenna 24 when electromagnetically used with a compatible terminal reader. Microprocessor chip 22 is also capable of function as a contact card, requiring physical contact between a compatible terminal reader and the surface of chip 22. It should be appreciated that the contact function of the card may be accomplished by any contact sensor whether integral to or physically separate from chip 22 and that window 16 may be formed anywhere on surfaces 12 and/or 14 as will accomplish the purposes of the invention. Specifically, a card in accordance with the present invention has a thickness of approximately in the range of 0.028 inches to 0.032 inches with a surface smoothness of 0.0005 inches. In order to meet the ISO standards for such cards, these tolerances apply to the surface of the microprocessor chip 22 surface as well as to the surface of plastic portion of card 10. It is to be appreciated that cards having a thickness

~~greater than 0.032 inches can easily be manufactured in accordance with the teachings herein while meeting all of the other criteria of the present invention. However, the foreseen product demand is for cards meeting the aforementioned standards.~~

As shown in FIG. 4, one or more cards 10 in accordance with the present invention may be manufactured by positioning an electronic element 20, including contact points 26, between first and second sheets of card stock 30, 32 to form a core 33. Preferably as shown, a plurality of cards are manufactured simultaneously, and accordingly a plurality of electronic elements 20 are positioned between the first and second sheets of plastic core stock 30, 32. When a plurality of electronic elements 20 are positioned between first and second sheets plastic core stock 30, 32, electronic elements 20 are properly positioned relative to one another such that a plurality cards may be cut from the resulting card stock.

Plastic core sheets 30, 32 may be provided by a wide variety of plastics, the preferred being polyvinyl chloride (PVC) having a thickness in the range of 0.007 inches to 0.024 inches and preferably having a thickness of approximately 0.0125 inches each. Those skilled in the art will recognize that the thickness of the plastic core sheets will depend ~~somewhat~~ upon the thickness of the one or more electronic elements that are to be embedded therebetween if ISO standards are intended to be met. Other suitable plastics that may be utilized include polyester, acrylonitrile-butadiene-styrene (ABS), and any other suitable plastic.

Subsequent to placing one or more electronic elements 20 between the first and second sheets 30, 32 of plastic core stock to form a core 33, this core 33 is placed in a laminator apparatus 40 of the type well known in the art of plastic card manufacturing. As is shown in FIG. ~~7,~~5, laminator 40 includes upper and lower platens 42,44 for applying ram pressure to an article positioned therebetween. In addition to the ability to apply ram pressure, laminator 40 is preferably of the type having controlled platens 42,44 that may provide both heat and chill cycles and preferably includes cycle timer to regulate cycle time. Core 33 is positioned between first and second laminating plates 50, 52, one of which is preferably matte finished to provide laminated core 33 with at least one textured outer surface. First and second laminating pads 60, 62 are positioned outside of the laminating plates 50, 52, and first and second steel plates 70, 72 are likewise positioned outside of pads of 60, 62 and the entire assembly forms a book ~~35~~37 for being positioned in laminator 40 between platens 42, 44.

Once book ~~35~~37 is positioned in laminator 40 as shown in FIG. ~~7,~~5, the first lamination cycle is initiated by closing laminator platens 42, 44, preferably applying little or no ram pressure to book ~~35. A laminator heat~~37. This is preferably done using hydraulic pressure, and a pressure not to exceed about 10 pounds per square inch is believed sufficient for most applications.

A laminator heat cycle is initiated, bringing the temperature of platens 42,44 up to a range of 275.degree. F. to 400.degree. F., and most preferably up to a range of 300.degree. F. to 370.degree. F. for a period ~~of~~ of ranging between 1 to 20 minutes, but preferably greater than 5 minutes, and most preferably in the range of 7 to 10 minutes~~.~~ for PVC material. It must be understood that the temperatures recited herein are by means of

     example. The use of thermoplastic material other than PVC or the presence
     of pigments in the core material may require modification of the heat
     cycle temperature.
 Once the heat    cycle has been applied to ~~the~~ book ~~35~~37 as is set forth above, the ~~ram~~
     ram pressure of laminator 40 is increased to facilitate the flow of the
     plastic core sheets 30, 32 so that the one or more electronic elements 20
     ~~are~~become encapsulated ~~there by~~thereby, and so that sheets 30, 32 form a uniform core
     33 ~~(seen most clearly in FIGS. 8-10)~~ with upper and lower surfaces 34,35. The ram pressure translates into
     an effective pressure on core 33 in the range of 200 to 450 psi and
     preferably in the range of 250 to 350 psi. As can be expected temperature
     and pressure are inversely related to one another. In other words a
     lamination cycle at a higher temperature will require less pressure to be
     applied to core 33, and conversely a lower temperature heat cycle will
     require increased ram pressure. Damage to the electronic components can
     result from excessive ram pressure on the core while insufficient ram
     pressure will likely cause an inadequate flow of the plastic resulting in
     air pockets or an irregular card surface.
 As mentioned, the use of matte finished laminator plates 50,52 provides
     surfaces ~~34,35~~34, 37 with a slightly roughened or textured quality which will
     facilitate the application of a coating thereto as is discussed below. The
     ram pressure applied during the heat cycle and the length of the heat
     cycle may vary, depending especially upon the size of sheets 30, 32. For
     example, the cycle time may be in the range of 10-15 minutes. In one
     example, at a temperature of approximately 320 degrees Fahrenheit, a ram
     pressure of 940.135 pounds per square inch (p.s.i.), producing a pressure
     of about 275 psi at the core 33 surface, was    applied for 10-15 minutes to
     form a uniform core 33, using sheets 30,32 of    a size in the range of 12
     inches by 24 inches to 24 inches by 36 inches.
 Subsequent to the above heat cycle, laminator 40 applies a chill cycle to
     book 35 during which time the ram pressure of the laminator 40 is
     increased, preferably by approximately 10-40% and most preferably about
     25% until the platens 42,44 have ~~cooled to~~ cooled so as to return the core material
     to a solid state. In the preferred method the platens 42, 44 are cooled to
     approximately 40.degree. F. to 65.degree. F. for approximately    10-15
     minutes. Core 33 may then be removed from laminator 40 for    additional
     processing.
 Subsequent to the removal of core 33 from laminator 40, and as illustrated
     in FIG. ~~8,~~6, core 33 is coated on at least one of ~~it's~~its upper and lower
     surfaces 34, 35 with a layer of printing ink 36. This may be accomplished
     using a wide variety of printing techniques such as offset printing,
     letterpress printing, screen printing, roller coating, spray printing,
     litho-printing, and other suitable printing techniques. As shown in FIG.
     ~~8,~~6, core 33 is fed in the direction indicated with arrow A through a
     printing press, a lithographic printer, or a similar apparatus 80. This
     printing step is performed to coat at least one surface 34, 35 of core 33
     with a layer of aesthetically pleasing ink 36. This layer of ink 36 can
     also serve to cosmetically ~~hides~~hide the one or more electronic elements 20 ~~that are~~
     that are embedded within core 33, and ~~prevents~~prevent these one or more electronic
     elements 20 from showing through the relatively thin core 33. In this

manner, the one or more electronic elements 20 encapsulated in core 33 are completely hidden from view without requiring the plastic used in the manufacture core 33 to be excessively thick~~.~~ (exceeding ISO standards for cards of this type).

Referring now to ~~FIGS~~FIG. ~~9-10,~~7, the final preferred, but optional processing of ~~core 33, which now~~

core 33, which now comprises a layer of ink 36 or the like on at least ~~one surface 34,35 thereof, is schematically illustrated. A layer of overlaminate film such~~one ~~as clear~~surface 34, 35 thereof, is schematically illustrated. An overlaminate ~~film 38,39 is positioned on at least one ink coated surface 34,35 of core 33, and preferably core 33~~layer such as clear overlaminate film 38 is positioned ~~between two~~on at least one ink coated surface 34, 35 of core 33, and preferably core 33 is positioned between two similar sheets of overlaminate film 38,39 as shown.

Overlaminate film is very thin, for example in the range of 0.0015" thick.

A book 135 is then constructed for insertion into laminator 40 as is ~~schematically illustrated FIG. 10. Book 135 comprising core 33, including at least one~~ schematically illustrated in FIG. 7. Book 135 comprising core 33, including at least one layer of ink 36 and at least one layer of overlaminate film 38, 39 is positioned between laminating plates which are preferably highly polished plates such as mirror finished stainless steel plates ~~90,~~91, 92. Book 135 also comprises first and second laminating pads 60, 62 and first and second steel plates 70, 72 as is discussed above in relation to FIG. 7.

When book 135 is positioned between upper and lower platens ~~42,44~~42, 44 of laminator 40 as shown in FIG. ~~10,~~7, the laminator is closed and a heat cycle in the range of 175.degree. F. to 300.degree. F., and most preferably in the range of 180.degree. F. to 275.degree. F., is applied to book 135 for a period of 10 to 25 minutes ~~with~~to produce a ~~ram~~ pressure on book 135 of between 200 to 450 psi, preferably 250-350 psi, with a ram pressure that varies depending upon sheet size or the ram size of the laminator 40, but which ~~is~~ is typically approximately 1000 p.s.i. with an 18 inch diameter ram. This step causes the overlaminate layer 38 to flow in order to produce a uniform protective layer over the printing.

The laminator 40 is then caused to execute a chill cycle, preferably with a corresponding increase in ram pressure. For example, the chill temperature may be in the range of 40.degree. F. to 65.degree. F. and last for a period of 10 to 25 minutes. ~~A ram pressure increase of approximately 25%~~However, any combination of temperature and

~~over the pressure used for the~~ time which permits the re-solidification of the overlaminate layer 38 may be used. A ram pressure increase of approximately 10 to 40% over the pressure used for the heat cycle has been found to ~~be most preferable.~~

~~Subsequent to the above described second lamination cycle as illustrated in~~

~~FIG. 10, a sheet of plastic card stock is provided which comprises at least core 33 with at least one surface 34,35 thereof covered by a layer of ink 36, and with at least one surface 34,35 thereof covered by a layer~~<ins>be preferable, with a pressure increase of approximately 25% being most desirable. It is important to note that the use of pressure, or more significantly temperature, in the second lamination cycle should only affect the</ins> ~~of~~ overlaminate ~~film 38, 39. Preferably plastic card stock manufactured in~~<ins>layer 38 and should not cause softening or re-flow of plastic</ins> ~~accordance with the present invention comprises core 33 covered on both surfaces 34,35 with a layer of ink 36 which is positioned between layers of overlaminate film 38,39,~~ <ins>all of which has been laminated together as</ins> ~~described. One or more cards 10 then may be cut from the resulting plastic card stock and card 10 will have a thickness in the range of 0.028 inches to 0.032 inches with variation in overall thickness across the surfaces 12, 14 thereof being no greater than approximately 0.0005 inches. The one~~ <ins>core 33. In lieu, of this preferred overlamination process, it is to be understood that colorfast inks may not require an overlaminate layer or that alternative overlaminates such as those applied by spray, silk screening or roll on may be used.
Subsequent to the above described second lamination cycle, a sheet of plastic card stock is provided which comprises at least core 33 with at least one surface 34, 35 thereof covered by a layer of ink 36, and with at least one surface 34,35 thereof covered by a layer of overlaminate film</ins> ~~or~~<ins>38, 39.
Preferably plastic card stock manufactured in accordance with the present invention comprises core 33 covered on both surfaces 34, 35 with a layer of ink 36 which is positioned between layers of overlaminate film 38, 39,</ins> all of which has been laminated together <ins>as described and as shown in FIG. 8. One or more cards 10 then may be cut from the resulting plastic card stock and card 10 will have a thickness in the range of 0.028 inches to 0.032 inches with variation in overall thickness across the surfaces 12, 14 thereof being no greater than approximately 0.0005 inches. The one or</ins> more cards 10 can thus be said to have a<ins> glossy</ins> surface smoothness of approximately 0.0005 inches or better. Thus, a card 10 manufactured in accordance with the present invention includes at least one surface ~~12,14~~<ins>12, 14</ins> at preferably both surfaces 12,14 that are sufficiently smooth<ins>, glossy</ins> and regular   to receive dye sublimation printing~~.~~<ins>.</ins>
<ins>In the preferred embodiment, each card 10 undergoes a controlled-depth milling operation to form a window or cavity 16 and to expose one or more of the contact pads 26 connected to the antenna 24. Thereafter, a microprocessor chip 22 having a contact surface is inserted into the cavity and in electronic contact with contact pads 26. Chip 22 may be attached to contact pads 26 by known means such as conductive adhesives (including those cured by UV or sonic energy) or low temperature solder. The overall thickness of the card including the area occupied by chip 22 meets ISO standards and is capable of operation in compatible physical readers.
In an alternative embodiment, a cavity or window 16 is formed in the first or second sheet of plastic core stock, prior to the first lamination step. The core stock is positioned over the electronic element, generally 20, to expose one or more contact pads 26. This may also be done using electronic elements wherein microprocessor chip 22 is already attached to contact pads 26 and/or antenna 24 in which case the cavity is positioned over and around chip 22. As shown in FIG. 5a, a spacer 90 is inserted into cavity 16 and over contact pads 26 or chip 22. The spacer 90 may be integral to</ins>

>        one of the matte laminating plates 50, 52 or separate therefrom and made
>        of any suitable non-stick material such as Teflon.RTM.. Spacer 90 is
>        utilized to prevent or limit the flow of plastic into cavity 16 during the
>        lamination process so as not to cover contact pads 26 or chip 22 with
>        plastic. When spacer 90 is non-integral with matte laminating plate 50 or
>        52 it may be removed or cut-away after either the lamination or
>        overlamination process to expose cavity 16 and allow microchip 22 to be
>        inserted therein and retained by such means as are known in the art,
>        including solder or adhesives. In this embodiment where the chip is
>        installed prior to lamination, when viewed in cross-section the outer
>        surface of chip 22 is below the upper surface 34 or core sheet 35 prior to
>        lamination, thus core sheets will accept the majority of applied pressure
>        from the laminator. Spacer 90 provides further protection. As the core
>        material softens, the plastic will flow around spacer 90 and chip 22 and
>        the distance between the outer surface of chip 22 and the upper surface of
>        core sheet 35 will decrease.

 Those skilled in the art will recognize that the foregoing description has
      set forth the preferred embodiment of the invention in particular detail
      and it must be understood that numerous modifications, substitutions, and
      changes may be undertaken without departing from the true spirit and scope
      of the present invention as defined by the ensuing claims. *For example, it
      should be understood that the methods as described can be performed with
      or without the printing or coating steps and still fall within the scope
      of the invention.*

 * * * * *

Document comparison done by DeltaView on Tuesday, April 13, 2004 00:55:05

| Input: | |
|---|---|
| Document 1 | file://C:/Doc/Oberthur/5817207.txt |
| Document 2 | file://C:/Doc/Oberthur/6514367.txt |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 471 |
| Deletions | 256 |
| Moved from | 12 |
| Moved to | 12 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 751 |