

**60/024255**

| | | ISSUE CLASSIFICATION | |
|---|---|---|---|
| | Subclass | | |
| | Class | | |

PROVISIONAL APPLICATION NUMBER

**60/024255**

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|

**APPLICANTS**

**CONTINUING DATA**
VERIFIED

**FOREIGN/PCT APPLICATIONS**
VERIFIED

FOREIGN FILING LICENSE GRANTED

***** SMALL ENTITY *****

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☐ no ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged    Examiner's Initials | | | OH | 13 | | | $75.00 | 6014-PRV |

**ADDRESS**
STEVEN M. HAAS
CONRAD O. BLOMME
TWIN OAKS ESTATE
1125 WEST MARKET STREET
AKRON OH 44313-7188

**TITLE**
HOT LAMINATION METHOD TO MANUFACTURE THE COMBINATION
CONTACT/CONTACTLESS SMART CARD MEETING THE STANDARDS OF INTERNATIONAL
STANDARDS ORGANIZATION (ISO) AND CAPABLE OF RECEIVING DYE SUBLIMATION
PRINTING

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

Form PTO-1825
(Rev. 5/95)

(FACE)

1

**PATENT APPLICATION**

60024255

## CONTENTS

APPROVED FOR LICENSE

SEP 1 00634

INITIALS _____

**60/024255**

Date
Entered
or
Counted

Date
Received
or
Mailed

1. Application _____ papers.
2. _Request for access_     5/29/03
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)

2

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 10 | 9-13-96 |
| EXAMINER | 451 | 9-14-96 |
| TYPIST | 528 | 9/16/96 |
| VERIFIER | 508 | 9-17-96 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT | | |
| DRAFTING | | |

(LEFT INSIDE)



(RIGHT OUTSIDE)

**60/024255**

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

070 DF 09/04/96 60024255                1 214              75.00 CK

PTO-1556
(5/87)

| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 60/024,255 PROVISIONAL | 08/21/96 | | |

**APPLICANT**

KEITH R. LEIGHTON, LORAIN, OH.


**CONTINUING DATA**********************
VERIFIED

_____


**FOREIGN/PCT APPLICATIONS************
VERIFIED

_____


FOREIGN FILING LICENSE GRANTED 09/16/96      ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| OH | 13 | | | $75.00 | 6014-PRV |

**ADDRESS**

STEVEN M HAAS
OLDHAM & OLDHAM
TWIN OAKS ESTATE
1225 WEST MARKET STREET
AKRON OH 44313-7188

**TITLE**

HOT LAMINATION METHOD TO MANUFACTURE THE COMBINATION CONTACT/CONTACTLESS SMART CARD MEETING THE STANDARDS OF INTERNATIONAL STANDARDS ORGANIZATION (ISO) AND CAPABLE OF RECEIVING DYE SUBLIMATION PRINTING

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____          Certifying Officer _____

6

**60/024255**

Docket No: 6014-PRV

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:     Keith R. Leighton

For:    **CONTACT AND CONTACTLESS PLASTIC CARD**

Box Provisional Patent Application
Commissioner of Patents and Trademarks
Washington, D.C. 20231

### COVER SHEET FOR FILING PROVISIONAL APPLICATION
### (37 CFR §1.51(2)(i))

1.    The accompanying application is a provisional application. (37 CFR §1.51(a)(2)(i)(A)).

2.    The name(s) of the inventor(s) is/are (37 CFR §1.51 (A)(2)(i)(B):

     1.    Keith                    R.                    Leighton
           (Given Name)          (M.I.)                (Family (Last) Name)

3.    Address of the inventor, as numbered above (37 CFR §1.51(a)(2)(i)(C):

     1.    2817 Fulmer Road
           Lorain, OH 44053    OH

---

### CERTIFICATE OF MAILING (37 CFR 1.10)

I hereby certify that this paper is being deposited with the United States Postal Service on this date August 21, 1996 in an envelope as "Express Mail Post Office to Address" Mailing No.: EM274895148US   addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Jody Englehart

4.      The title of the invention is (37 CFR §1.51(a)(2)(i)(D)):

**CONTACT AND CONTACTLESS PLASTIC CARD**

5.      The name, registration, and telephone number of the attorney (if applicable) is (37 CFR §1.51(a)(2)(i)(E)):

Name of attorney: Steven M. Haas

Reg. No. 37,841                                  Tel. (330) 864-5550

6.      The docket number used to identify this application is (37 CFR §1.51(a)(2)(i)(F)):

Docket No.: 6014-PRV

7.      The correspondence address for this application is (37 CFR §1.51(a)(2)(i)(G)):

   1225 West Market Street

   Akron, Ohio 44313                                          *for a more complete address*

8.      Statement as to whether invention was made by an agency of the U.S. Government or under contract with an agency of the U.S. Government:

    ■     No.

    ❑     Yes.

            The name of the U.S. Government agency and the Government contract number are:

            _____

9.      Identification of documents accompanying this cover sheet:

    A.     Documents required by 37 CFR §§ (a)(2)(ii)-(iii):

           ■     Specification:                         No. of pages 14

           ■     Drawings:                               No. of pages 13

B.    Additional documents:

    ❏    Claims:                               No. of pages _____

    ❏    Power of Attorney

    ■    Small entity statement

    ❏    Assignment

    ☑    Title Page                       No. of pages  1

10.    Fee

The filing fee for this provisional application, as set in 27 CFR §1.16 (k), is $150.00, for other than a small entity, and $75.00 for a small entity.

    ■    Applicant is a small entity.

11.    Small entity statement

    ■    The verified statement(s) that this is a filing by a small entity under 37 CFR §§ 1.9 and 1.27 is(are) attached.

12.    Fee payment being made a this time

    ❏    Not enclosed.

        No filing fee is to be paid at this time
        (This and the surcharge required by 37 CFR
        §1.16(l) can be paid subsequently).

    ■    Enclosed.

    **Total fee Enclosed**             $  75.00

13.    Method of fee payment

    ■    Check in the amount of $  75.00 .

    ❏    Charge Account No. 14-0450 in the amount of $ _____.

A duplicate of this Cover Sheet is attached.

    ■    Please charge account number 15-0450 for any fee deficiency.

_Steven M. Haas_
Signature of Attorney

OLDHAM & OLDHAM CO., L.P.A.
Twin Oaks Estate
1225 West Market Street
Akron, Ohio  44313-7188
(330) 864-5550

Steven M. Haas
Typed or Printed Name of Attorney

Date: 08/21/96

10

# 60/024255

**Attorney's Docket No.** _6014-PRV_ _____ ,                    *PATENT*

☒ Applicant  Leighton                     ☐ Patentee _____

☐ Application No.                          ☐ Patent No. _____

☒ Filed on  08/21/96                       ☐ Issued on _____

Title: _CONTACT AND CONTACTLESS PLASTIC CARD_ _____

## VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS
### (37 CFR 1.9(f) and 1.27(b))—INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as an independent inventor, as defined in 37 CFR 1.9(c), for purposes of paying reduced fees to the United States Patent and Trademark Office under Sections 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office, with regard to the invention described in

☒ the specification filed herewith, with title as listed above.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed or licensed, and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c), if that person had made the invention, or to any concern that would not qualify as a small business concern under 37 CFR 1.9(d), or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☒ No such person, concern, or organization exists.

☐ Each such person, concern or organization is listed below. *

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME _____

ADDRESS _____

_____

☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

FULL NAME _____

ADDRESS _____

_____

☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

FULL NAME _____

ADDRESS _____

_____

☐ INDIVIDUAL     ☐ SMALL BUSINESS CONCERN     ☐ NONPROFIT ORGANIZATION

Small Entity—Independent Inventor [7-1]—page 1 of 2)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

Keith R. Leighton
**Name of inventor**

**Signature of Inventor**                                    Date  8-21-96

_____
Name of inventor

_____                    Date _____
**Signature of Inventor**

_____
Name of inventor

_____                    Date _____
**Signature of Inventor**

**Small Entity—Independent Inventor [7-1]—page 2 of 2**

60/024255

HOT LAMINATION METHOD TO MANUFACTURE
THE COMBINATION CONTACT/CONTACTLESS
SMART CARD MEETING THE STANDARDS OF
INTERNATIONAL STANDARDS ORGANIZATION
(ISO) AND CAPABLE OF RECEIVING DYE
SUBLIMATION PRINTING

ABSTRACT

This invention is a unique Hot Lamination Method to make/
manufacture a combination contact/contactless microprocessor
chip plastic card to meet the standards of the International
Standards Organization and the American National Standards
Institute format, which is a thin card (.028"-.032") with a
smooth glossy surface (.0005") on both sides of the card to
receive dye sublimation printing.    The invention is not the
surface and internal electronics contained in the card ( the
combination contact/contactless microprocessor chip, radio
antenna and two connector pads), but is the Hot Lamination
Method used to meet the ISO and ANSI standards and still be
able to embed within the plastic card a radio antenna and
two contact pads at a position to receive the inserted com-
bination contact/contactless microprocessor chip, for the
purpose of identifying the individual user and to stop crime
due to fraud and counterfeiting.  Polyvinyl chloride, or other
substrates, can be used in this Hot Lamination Method.

14

## PURPOSE OF INVENTION

The purpose of this invention is to give the plastic card industry a Hot Lamination Method to manufacture a plastic smart card containing the world's first dual semiconductor technology using both contact and contactless devices interfaced on a single chip on a plastic card thin enough to meet ISO standards of .018" - .032" thick, and having a glossy flat surface of ,0005" that can receive dye sublimation printing.

The card has the capability to minimize the counterfeiting and fraud, thus saving the banking industry and tax payers billions of dollars annually.

The card will have the capabilities of being used throughout the world in all Automatic Teller Machines (ATM), Point of Sale Terminals (POS), electric telephone systems and the internet banking computer systems.

*13*    *75—21" 60/024255*

## BACKGROUND OF THE INVENTION

Researchers in the plastic card industry have been trying for many years to devise a method to stop the fraud and counterfeiting which as amounted to the loss of billions of dollars annually to the banking industry and eventually to the taxpayers. They could not produce a plastic card that capsulized both a silicone computer chip and a wire or circuit board antenna thin (.028" – .032" thick) and smooth enough (.0005" surface flatness) to meet International Standards Organization (ISO) format and to receive dye sublimation printing.

In 1995 I invented a Hot Lamination Method of capsulizing both a silicone computer chip and a wire or circuit board antenna into a plastic card .028" – .032" thick with a flat glossy surface of .0005" to receive dye sblimation printing meeting ISO standards.

This card has the approval of the plastic card industry.

The plastic card industry is now developing the world's first dual semiconductor technology using both contact and contactless devices interfaced on a single chip on a plastic card.

My invention of a Hot Lamination Method to make a plastic card is needed for this dual semiconductor technology using both contact/contactless and the devices interfaced on a single chip on a plastic card because the demand is for a thin smooth card meeting ISO standards.

The Hot Lamination Method used for the manufacture of the smart card using the contact/contactless chip is different that the Hot Lamination Method used in the manufacture of the RFID capsulized in the card.

Because the technology is different in the combination contact/contactless integrated circuit chip, the Hot Lamination Method is also different, because the smart card has both internal and surface electronics.

SUMMARY OF THE INVENTION

The main object of the invention of a Hot Lamination Method of making the combination contact/contactless microprocessor chip plastic card is to meet the standards of the International Standards Organization and the American National Standards Institute format, which is a thin card (.028"-.032") with a smooth glossy surface (.0005") on both sides of the card to receive dye sublimation printing. The invention is not the surface and internal electronics of the card (the combination contact/contactless microprocessor chip, radio antenna and two connector pads) but is the Hot Lamination Method used to achieve the thinness (.028"-.032") and the smooth glossy surface (.0005") which meets ISO and ANSI standards.

The combination contact/contactless microprocessor chip plastic card, that meets ISO and ANSI standards, is needed in trans- actions to be made using all of the electronic equipment already implemented throughout the world, such as Automatic Teller Machines (ATM), Electronic Point of Sale Machines (POS), electronic telephone systems and unlocking the internet banking computer systems. Also, to unlock and lock all kinds of doors (includ- ing personal and government security doors) and to lock and un- lock all kinds of ignitions of vehicles and electronic equipment. Also, it is needed for mass transit identification and many other kinds of personal identification such as financial transactions, telephone cards, passports, student identification, bus passes, airline tickets, driver's license, government security passes, prisioner identification, etc.

17

DESCRIPTION OF INVENTION

This invention is a unique Hot Lamination Method to make/ manufacture a combination contact/contactless microprocessor chip plastic card to meet the standards of the International Standards Organization and the American National Standards Institute format, which is a thin card (.028"-.023") with a smooth glossy surface (.0005") on both sides of the card to receive dye sublimation printing.

The invention is not the surface and internal electronics (combination contact/contactless microprocessor chip, radio antenna and two connector pads) but is the Hot Lamination Method used to meet ISO and ANSI standards and to embed and capsulize within the card the radio antenna and two connector pads at the right position to receive the combination contact/contactless microprocessor chip. The purpose of the card is to identify the individual user and to stop fraud and counterfeiting.

The card is made of poly vinyl chloride, or other plastic substrates, and can receive dye sublimation printing because of its smooth glossy surface flatness of .0005". Dye sublimation printing is a method of printing on the surface of individual plastic cards (one card at a time) using a computer printer and a video camera. To go through this computer, the card must meet ISO and AnSI standards.

The combination contact/contactless microprocessor chip, the radio antenna and two connector pads are referred to as surface and internal electronics in the card. When activated by a computerized transmitter, the electronics on this card are capable of receiving a radio message and then rebroadcasting tht message back to a computerized transmitter. Therefore, this card is called a radio frequency identification device (RFID). The radio frequency identification device technology is not new, but my Hot Laminat on Method of making a thin smooth plastic card containing the radio frequency device is new.

18

DESCRIPTION OF INVENTION  (Continued)

The card not only can be activated by radio frequency, but also can be used as a contact electronic device that is activated by contacting a computer, such as inserting it into an Automatic Teller Machine (ATM) or a Point of Sale terminal (POS).

DESCRIPTION OF PRIOR ART

United States Patent No. 5,268,699

Dated:        December 7, 1993

Title:        Data Communication Receiver Utilizing a Loop

              Antenna Having a Hinged Connection

Inventor:     Peter K. Laute and T. Eaton

Abstract:     A substantially card shaped data communication re-

              ceiver (100) for receiving radio frequency (RF)

              signals comprises receiver circuitry for recover-

              ing information included in the RF signals, an

              insulative frame (210), a first conductive panel

              (215) disposed over a first side of the frame

              (210), and a second conductive panel (220) dis-

              posed over a second side of the frame (210) such

              that the receiver circuitry is enclosed within the

              space defind by the frame (210) and the first and

              second panels (215,220). The first and second

              panels (215,220) have coupling members formed

              thereon for electrically coupling the first panel

              (215) to the second (220). The data communication

              receiver (100) further comprises a first conductor

              (510) for elctrically coupling the first panel (215)

              and the receiver circuitry and a second conductor

              (505) for electrically coupling the second panel

              (220) to the receiver circuitry such that the

              first and second panels (215,220) function as an RF

              antenna when disposed over the first and second

              sides, respectively, of the frame (210).

The above prior art is very different from my invention of a Hot
Laminated Method to make a unique plastic identification card
which is .028"-.032" thick, with a smooth glossy surface
flatness of .0005" capable of receiving dye sublimation printing
on both sides, having a combination contact/contactless micro-
processor chip and a wire antenna with contact pads capsulized
for the main purpose of identifying the individual user and to
stop counterfeiting and fraud.

DESCRIPTION OF PRIOR ART

United States Patent No. 5,268,699 (Continued)

The differences in the above prior art from my invention:

1. The above prior art is made of plastic and metal which is held together with screws. My card is made with four sheets of plastic only, molded together by my Hot Lamination Method capsulizing a Radio Frequency Indentification Device (RFID).

2. The above prior art is not used for financial transactions. It is not a credit card or financial card. My Hot Lamination Method can produce a plastic RF identification card that can used for financial transactions because it meets the International Standards Organizaiton format and fits into the Automatic Teller Machines (ATM) and Point of Sale Machines (POS).

3. The above prior art is not tamper proof because it can be disassembled for repair. It is not a financial credit card; it is a communication receiver shaped like an identification card to receive radio frequency messages. My invention produces a plastic identification card that can be used to stop counterfeiting and fraud because of its tamper proof construction; it cannot be disassembled.

DESCRIPTION OF PRIOR ART

United States Patent No. 5,412,192

Dated:      May 2, 1995

Title:      Radio Frequency Activated Charge Card

Inventor:   Robert J. Haas

Abstract:   Radio frequency activated charge card
            a system for changing the activation status of a
            selected data card such as a charge card by
            broadcasting an appropriate RF signal.  An
            antenna embedded in the card detects and
            decodes the signal, and operates a transducer
            which changes the card appearance, alters
            magnetic stripe information, or alters the
            information contained within the card.

The above prior art is very different from my invention of a Hot
Laminated Method to make a unique plastic identification smart
card which is .028"-032" thick, with a smooth glossy surface
flatness of .0005" having a combination contact/contactless
microprocessor chip, a radio antenna and two connector pads
capsulized for the main purpose of identifying the individual user
and to stop counterfeiting and fraud.

The differences in the above prior art from my invention:

1.  It is too thick and does not meet the International and
    American National Standards Institute format for a
    thickness of .028"-032" and a smooth glossy surface of
    .0005".

2.  It has a heat sensing device that will blow a fuse at a
    certain temperature and, therefore, would not stand the
    heat of a laminator.  My card withstands the heat of the
    laminator up to 370 F.

3.  It has a battery imnlanted in it that would not stand the
    heat or pressure of the laminator.  My card does not need
    a battery.

22

DESCRIPTION OF THE PRIOR ART (Continued)

4.  It has a photocell which cannot withstand the heat or
    pressures of the laminator.  My card does not need a
    photocell.

5.  It has a liquid crystal display that would be destroyed
    by the heat and pressure of the laminator.  My card
    does not need a liquid crystal display.

6.  It is manufactured by a cold lamination process which
    does not give a smooth enough surface to receive dye
    sublimation printing and, therefore, would not fit in
    the computer printers.  My card is made with a unique
    Hot Lamination Method which gives a smooth glossy
    surface of .0005" and will fit into computer printers.

7.  It cannot pass the International Standards Organization
    stress test for flexing and bending without destroying
    the internal electronics, which  are battery, fuses,
    crystal display and photocell.  My card passes the ISO
    stress test for flexing and bending without destroying
    the internal electronics which are the combination
    contact/contactless microprocessor, radio antenna and
    two connector pads.

8.  It cannot be competitive in the manufacturing price
    range because it has too many electronics for a charge
    card.   My card can be competitive in the manufacturing
    price range.

DESCRIPTION OF DRAWINGS

FIGURE 1    Shows a completed assembly of a plastic card (14),
front, side and end views, containing a contact/contactless
read write computer chip.

FIGURE 2    Shows a hidden view of a wire loop antenna (1) and
illustrates a cavity exposing contact pads (2) and
a contact/contactless computer chip (3) to be installed
at the final stage of manufacturing.

FIGURE 3    Shows a hidden view of a wire loop antenna (1) and a
cutaway end and side view of the wire loop antenna (1)
and contact pads (2).

FIGURE 4    Shows a hidden view of wire loop antenna (1) and a cut
out cavity exposing contact pads (2). End and side
view shows an illustration of a wire loop antenna (1),
exposed two contact pads (2), a layer of two vinyl
core sheets (4), a printed surface (5) and overlaminate
film (6).

FIGURE 5    Shows an exploded view of the assembly of the plastic
card, less the litho printing. Following is a des-
cription of FIGURE 5, starting from top to bottom:
*  Contact and contactless chip (3)
*  Overlaminate film with a thickness of .0016" (6)
*  Core sheet with a thickness of .0135" (4)
*  Wire loop antenna (1) and two contact pads (2)
*  Vinyl core sheet with a thickness of .0135" (4)
*  Overlaminate film with a thickness of .0016" (6)

FIGURE 6    Shows a multiple application of wire loop antenna (1)
and contact pads (2) affixed to the bottom vinyl core
sheet (4).

FIGURE 7    Shows the bottom vinyl core sheet (4) overlaid with a
top vinyl core sheet (4), making it then ready to be
placed together by the heat and pressure of the laminator.

DESCRIPTION OF DRAWINGS (Continued)

FIGURE 8     Shows a book made up of two vinyl core sheets (4)
             containing a wire loop antenna (1) and two contact
             pads (2) layered between the two vinyl core sheets (4).
             The vinyl core sheets (4) are placed between two
             matte laminating plates (7).  The laminating plates (7)
             are placed between two laminating pads (8).  The
             laminating pads are then placed between two metal
             trays (9).  The book of 9, 8, 7, 4, 1, 2, 4, 7, 8, 9
             is then placed in the laminator - ready to start
             cycle one.

             To begin cycle one, the laminator is closed by
             hydraulic pressure, not to exceed ten pounds PSI.
             When it reaches 10 PSI, the heat cycle starts and
             it brings the temperature throughout the book to
             300 degrees to 370 degrees fahrenheit for a period up
             to one to ten minutes.  This ends cycle one.

             Cycle two begins with an increased ram pressure (adding pounds
             per square inch).  This pressure is determined by the
             size of the sheet.  This causes the liquidified vinyl
             sheets (4) to flow around the wire antenna (1) and
             contact pads (2) - thus capsulating the wire and making
             top and bottom sheet (4) into one core sheet.
             This ends cycle two.

             Cycle three begins with a cooling of the laminator and
             vinyl core sheets (4) containing wire loop antenna (1)
             and contact pads (2).  This cooling is brought to a
             temperature range between 45 degrees fahrenheit to 60
             degrees fahrenheit for approximately twelve minutes.
             This ends the cycle three cooling.   At the end of
             this cycle, the laminator is opened up and the book
             disassembled to remove vinyl sheet (4), containing wire
             loop antenna (1) and contact pads (2).  This vinyl
             sheet has a printable matte surface on the sheet and is

DESCRIPTION OF DRAWINGS (Continued)

FIGURE 9     Shows a printing device (11).  This device can be
a litho printing or screen printing application.
THis printing (5) is applied to the core sheet (4).
After printing is complete, the sheet is then ready
for a second lamination process, as illustrated in
FIGURE 10.

FIGURE 10    Shows a book containing vinyl sheets (4) with wire
loop antenna  (1) and contact pads (2) layered inside
with printing (5) over the surface of the sheets.  This
printing is overlaid with a vinyl overlaminate film (6),
top and bottom.  These sheets are placed on glossy
laminating plates (12).  The plates (12) are placed
between laminating pads (8).  The laminating pads (8)
are placed between laminating trays (9).  This book
of 9, 8, 12, 6, 5, 4, 1, 2, 4, 5, 6, 12, 8, 9 is then
placed into the laminator (10).  The sheets are then
laminated under the pressure and heat cycles of a
normal laminating cycle, at a heat range of approxi-
mately 250 degrees fahrenheit for a total heat cycle
of fifteen minutes.  Each cycle remains under the same
ram pressure of the laminator (10).

After the heat cycle is complete, the chill cycle begins
and lasts for a period of twelve to fifteen minutes at
a temperature between 45 degrees fahrenheit to 60 degrees
fahrenheit.  When this cycle is finished, the laminator(10)
will open.  The book is then removed from the laminator (10)
and is disassembled.  Then the sheet of cards (14) is re-
moved from the glossy laminating plates (12) - giving a
yield of cards (14) with a thickness of .028" to .034".

FIGURE 11    Shows that the cards (14) are then individualized by
cutting them out of the sheet, as illustrated in
FIGURE 11.

DESCRIPTION OF DRA... .GS (Continued)

FIGURE  12  Shows the milling of the card (14), as illustrated
in FIGURE 12.  This milling process forms a cavity
in the card (14), exposing the contact pads (2).
The chip (3) is then inserted into the cavity of
the card (14) making contact with the contact
pads (2).

THIS COMPLETES THE MANUFACTURING PROCESS, ILLUSTRATED

IN FIGURE 12.

60/024255

# FIGURE 1





60/024255

# FIGURE 2



60/024255

# FIGURE 3



60/024255

# FIGURE 4



60/024255

# FIGURE 5



60/024255

FIGURE 6



60/024255

FIGURE 7



60/024255

FIGURE 8



60/024255

# FIGURE 9



60/024255

# FIGURE 10



60/024255

FIGURE 11



60/024255

# FIGURE 12



60/024255

Embedded, or laminated, in the
card is a radio antenna and
two contact pads at a position
to receive the inserted
contact/contactless micro
processor chip.



CONTACT/CONTACTLESS CHIP

ANTENNA

PLASTIC CARD

CONTACT PADS

Witness: Lori Honaker                    6-17-96
                                          Date
2Witness: Mary Ann Novak

Sworn before me this 17th day of June, 1996              Date

INVENTOR    Keith R. Lighton            6-17-96

40

PTO/SB/68 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

|  | In re Application of |  |
|---|---|---|
| RECEIVED<br><br>MAY 2 9 2003<br><br>File Information Unit | Application Number<br>60/024255 | Filed<br>8-21-76 |
|  | Art Unit | Examiner |

Paper No. _2_

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐ I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

☐ (A) referred to in:

United States Patent Application Publication No. _____, page _____, line_____,

United States Patent Number____6519367_____, column _____, line _____, or

an International Application which was filed on or after November 29, 2000 and which

designates the United States, WIPO Pub. No. _____, page _____, line_ _____.

☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

1.14(e)(2)(i), i.e., Application No._____, paper No. _____, page _____, line _____.

2. ☐ I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

| _____ | 5-25-03 |
|---|---|
| Signature | Date |
| HENRY DUNN | FOR PTO USE ONLY |
| Typed or printed name | Approved by: _____<br>(initials)<br>Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Form PTO-1730
(REV. 2-94)

**PACE DATA ENTRY CODING SHEET**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

| 1ST EXAMINER | |
| --- | --- |
| 2ND EXAMINER | DATE 9-14-96 |

**60/024255**

APPLICATION NUMBER

| TOTAL CLAIMS | INDEPENDENT CLAIMS | SMALL ENTITY? | TYPE APPL | FILING DATE | | | FILING FEE | FOREIGN LICENSE | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | MONTH | DAY | YEAR | | | | | | |
| | | 1 | 4 | 08 | 21 | 96 | 715 | Y | 0 | | | 1/3 |

ATTORNEY DOCKET NUMBER
6001141-PRV1

**CONTINUITY DATA**

CONT STATUS CODE

| PARENT APPLICATION SERIAL NUMBER | PCT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE |
| --- | --- | --- | --- |
| | P O T / | | MONTH DAY YEAR |
| | P O T / | | |
| | P O T / | | |
| | P O T / | | |
| | P O T / | | |

FOREIGN PRIORITY CLAIMED

COUNTRY CODE

**PCT/FOREIGN APPLICATION DATA**

PCT/FOREIGN APPLICATION SERIAL NUMBER

| FOREIGN FILING DATE |
| --- |
| MONTH DAY YEAR |

42