AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

Leighton Technologies LLC

v.

Oberthur Card Systems, S.A.

**APPEARANCE**

Case Number: ECF Case 04-02496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oberthur Card Systems, S.A.

I certify that I am admitted to practice in this court.

November 12, 2004
Date

*[signature]*

Frank M. Gasparo   FG-2958
Print Name   Bar Number

805 Third Avenue
Address

New York   New York   10022
City   State   Zip Code

(212) 891-3942   (212) 759-9133
Phone Number   Fax Number