```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, )<br><br>    Plaintiff and Counterclaim Defendant, )<br><br>v. )<br><br>OBERTHUR CARD SYSTEMS, S.A., )<br><br>    Defendant and Counterclaim Plaintiff. ) | 04 Civ. 02496 (CM)(LMS)<br><br>**CONSENTED EX PARTE ORDER** |

Defendant Oberthur Card Systems, S.A. ("Oberthur") respectfully requests this court to strike from the record Docket #25, BRIEF *In Support Of Its Claim Construction*, Document filed by Oberthur Card Systems, S.A. (Kaplan, Jacob) (Entered: 11/05/2004), and to instead substitute Docket #27 for Docket #25 under this same heading. This will correct an inadvertent error in the brief. Neil Cohen, counsel for Plaintiff Leighton Technologies LLC, stipulated to this substitution during a telephone discussion with counsel for Oberthur on November 9, 2004.

Dated: New York, New York
November 9, 2004

                                              BAKER & McKENZIE LLP

                                              By: *James Jacobs / jmk*
                                                   James David Jacobs (JJ-7351)
                                                 Attorneys for Oberthur Card Systems, S.A.
                                                 805 Third Avenue
                                                 New York, New York 10022
                                                 (212) 751-5700

SO ORDERED
*Hon. Colleen McMahon*
11-10-04

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```