UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**LEIGHTON TECHNOLOGIES LLC,**

    Plaintiff and Counterclaim Defendant,

v.

**OBERTHUR CARD SYSTEMS, S.A.,**

    Defendant and Counterclaim Plaintiff.

04 Civ. 02496 (CM)(LMS)

**EX PARTE ORDER (Proposed)**

WHEREAS Plaintiff Leighton Technologies LLC filed a BRIEF *in Support of Its Claim Construction* on November 5, 2004 (Docket entry # 23) and on November 10, 2004, filed a substitute brief described on the court's docket as BRIEF *(Substitute) of Leighton Technologies LLC in Support of Its Claim Construction* (Docket entry #28), and

WHEREAS Plaintiff discovered that each of the aforementioned filings of the Brief contained inadvertent errors resulting in mislabeling of citations, and on November 11, 2004, Plaintiff filed a brief entitled BRIEF *(Substitute) of Plaintiff in Support of Its Claim Construction* (Docket entry #29) correcting the errors which did not change the substance of Plaintiff's brief, and

WHEREAS Plaintiff's counsel has conferred with counsel for Defendant Oberthur Card Systems, S.A., and obtained his consent to file the corrected substitute brief (Docket entry # 29)

NYA 699435.1

and to strike previously filed briefs (Docket entries #s 23 and 28); it is

ORDERED that the docket clerk substitute Docket entry # 29 for Docket entries #23 and #28, both of which shall be stricken.

Dated: New York, New York
November 12, 2004

By: Patrick L. Parker (PP-5892)

Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000
Attorneys for Leighton Technologies LLC

SO ORDERED

Hon. Colleen McMahon

11-15-04

NYA 699435.1