IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>OBERTHUR CARD SYSTEMS, S.A., )<br>)<br>Defendant and Counterclaim Plaintiff. )<br>) | 04 Civ. 02496 (CM)(LMS)<br><br>Hon. Colleen McMahon |

# DECLARATION OF NEIL G. COHEN IN SUPPORT OF

# PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MARKMAN BRIEF

NYA 701690.1

## DECLARATION OF NEIL G. COHEN

I, Neil G. Cohen, declare as follows:

1.  I am an attorney admitted to practice before this Court in the above-referenced litigation. I have personal knowledge of the following, and if called to testify under oath in these proceedings, I would competently testify thereto.

2.  Attached as *Exhibit Q* is a true and correct copy of excerpts from *Webster's Collegiate Dictionary*, 10th ed., © 1999; principal © 1993.

3.  Attached as *Exhibit R* is a true and correct copy of excerpts from *Dictionary of Scientific and Technical Terms* (Sybil P. Parker ed., McGraw Hill 5th ed 1994).

4.  Attached as *Exhibit S* is a true and correct copy of United States Provisional Application No. 60/005,685.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of November 2004, at Suffern, New York

/s/ Neil G. Cohen
Neil G. Cohen

NYA 701690.1