

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

ISBN 0-87779-711-0

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

56QW02

**170    capriole ● caramelise**

**cap·ri·ole** \'ka-prē-ˌōl\ n [MF or OIt: MF capriole, fr. OIt capriola, fr. capriolo roebuck, fr. L capreolus goat, roebuck, fr. capr-, caper he-goat; akin to OE hæfer goat, Gk kapros wild boar] (1594)  1 : a playful leap : CAPER  2 of a trained horse : a vertical leap with a backward kick of the hind legs at the height of the leap — **capriole** vi

**ca·pri pants** \kə-'prē-\ n pl, often cap C [Capri, Italy] (ca. 1956)  1 : close-fitting women's pants that end above the ankle — called also capris

**cap·rock** \'kap-ˌräk\ n (1867): CAP 2e

**ca·pro·ic acid** \kə-ˌprō-ik-\ n [ISV, fr. L capr-, caper] (ca. 1847) : a liquid fatty acid $C_6H_{12}O_2$ that is found as a glyceryl ester in fats and oils or made synthetically and used in pharmaceuticals and flavors

**ca·pro·lac·tam** \ˌka-prō-'lak-ˌtam\ n [caprotic acid + lactone + amide] (1944) : a white crystalline cyclic amide $C_6H_{11}NO$ used esp. in making one type of nylon

**ca·pryl·ic acid** \kə-'pril-ik-\ n [ISV capryl, a radical contained in it] (1845) : a fatty acid $C_8H_{16}O_2$ of rancid odor occurring in fats and oils and used in perfumes

**cap·sa·i·cin** \kap-'sā-ə-sən\ n [irreg. fr. NL Capsicum] (ca. 1890) : a colorless irritant phenolic amide $C_{18}H_{27}NO_3$ that is found in various capsicums and that gives hot peppers their hotness

**Cap·si·an** \'kap-sē-ən\ adj [F capsien, fr. L Capsa Gafsa, Tunisia] (1915) : of or relating to a Paleolithic culture of northern Africa and southern Europe

**cap·si·cum** \'kap-si-kəm\ n [NL, perh. fr. L capsa] (1688)  1 : any of a genus (Capsicum) of tropical herbs and shrubs of the nightshade family widely cultivated for their many-seeded usu. fleshy-walled berries — called also pepper  2 : the dried ripe fruit of some capsicums (as C. frutescens) used as a gastric and intestinal stimulant

**cap·sid** \'kap-səd\ n [F capside, fr. L capsa case + F -ide ²-id] (1960) : the outer protein shell of a virus particle

**cap·size** \'kap-ˌsiz, kap-'\ vb **cap·sized; cap·siz·ing** [perh. fr. Sp capuzar or Catal cabussar to thrust (the head) underwater] vt (1788)  1 : to cause to overturn (~ a canoe) ~ vi  1 : to become upset or overturned : TURN OVER (the canoe capsized)

**cap sleeve** n (1926) : a very short sleeve (as on a dress) that hangs over the edge of the shoulder without extending along the underside of the arm

**cap·stan** \'kap-stan, -ˌstan\ n [ME, prob. fr. MF cabestant] (14c)  1 : a machine for moving or raising heavy weights that consists of a vertical drum which can be rotated and around which cable is turned  2 : a rotating shaft that drives tape at a constant speed in a recorder

**cap·stone** \'kap-ˌstōn\ n [¹cap] (14c)  1 : a coping stone : COPING  2 : the high point : crowning achievement

**cap·su·lar** \'kap-sə-lər\ adj (ca. 1730)  1 : of, relating to, or resembling a capsule  2 : CAPSULATED

**cap·su·lat·ed** \-ˌlā-təd\ adj (1668) : enclosed in a capsule

**¹cap·sule** \'kap-səl, -(ˌ)sül also -syü(ə)l\ n [F, fr. L capsula, dim. of capsa box — more at CASE] (ca. 1693)  1 a : a membrane or sac enclosing a body part  b : either of two layers of white matter in the cerebrum  2 a : a closed receptacle containing spores or seeds: as  a : a dry dehiscent usu. many-seeded fruit composed of two or more carpels  b : the spore case of a moss  3 : a shell usu. of gelatin for packaging something (as a drug or vitamins) also : a small medicinal or nutritional preparation for oral use consisting of the shell and its contents  4 : an often polysaccharide envelope surrounding a microorganism  5 : an extremely brief condensation : OUTLINE, SURVEY  6 a : a compact often sealed and detachable container or compartment  b : a small pressurized compartment or vehicle (as for space flight or emergency escape)

**²capsule** vt (1938)  1 : to equip with or enclose in a capsule  2 : to condense into or devise in a compact form

**³capsule** adj (1938)  1 : extremely brief  2 : small and very compact

**cap·su·lize** \'kap-sə-ˌliz\ vt -lized; -iz·ing (1945): CAPSULE

**¹cap·tain** \'kap-tən also 'kap-'m\ n [ME capitaine, fr. MF capitain, fr. LL capitaneus, adj. & n., chief, fr. L capit-, caput head — more at HEAD] (14c)  1 a  (1) : a military leader : the commander of a unit or a body of troops  (2) : a subordinate officer commanding under a sovereign or general  (3) : a commissioned officer in the army, air force, or marine corps ranking above a first lieutenant and below a major  b : a naval officer who is master or commander of a ship; esp : a commissioned officer in the navy ranking above a commander and below a commodore and in the coast guard ranking above a commander and below a rear admiral  c : a senior pilot who commands the crew of an airplane  d : an officer in a police department or fire department in charge of a unit (as a precinct or company) and usu. ranking above a lieutenant and below a chief  2: one who leads or supervises: as  a : a leader of a sports team or side  b : HEADWAITER  c : a person in charge of hotel bellhops — called also bell captain  3 : a person of importance or influence in a field (~s of industry) — **cap·tain·cy** \-ton-sē\ n — **cap·tain·ship** \-ˌship\ n

**²captain** vt (1598) : to be captain of : LEAD (~ed the football team)

**captain's chair** n (1946) : an armchair with a saddle seat and a low curved back with vertical spindles

**captain's mast** n (1941): MAST 3

**cap·tan** \'kap-ˌtan\ n [short for mercaptan] (1952) : a fungicide used on agricultural crops

**¹cap·tion** \'kap-shən\ n [ME caption, fr. L caption-, captio act of taking, fr. capere to take — more at HEAVE] (1670)  1 : the part of a legal document that shows where, when, and by what authority it was taken, found, or executed  2 a : the heading esp. of an article or document  : TITLE  b : the explanatory comment or designation accompanying a pictorial illustration  c : a motion-picture subtitle — **caption·less** \-los\ adj

**²caption** vt (ca. 1901) : to furnish with a caption

**cap·tious** \'kap-shəs\ adj [ME capcious, fr. MF or L; MF captieux, fr. L captiosus, fr. capti[ō]] (14c)  1 : marked by an often ill-natured inclination to stress faults and raise objections  2 : calculated to confuse, entrap, or entangle in argument  syn see CRITICAL — **cap·tious·ly** adv — **cap·tious·ness** n

**cap·ti·vate** \'kap-tə-ˌvāt\ vt -vat·ed; -vat·ing (ca. 1555)  1 archaic : SEIZE, CAPTURE  2 : to influence and dominate by some special charm, art, or trait and with an irresistible appeal  syn see ATTRACT — **cap·ti·va·tion** \ˌkap-tə-'vā-shən\ n — **cap·ti·va·tor** \'kap-tə-ˌvā-tər\ n

**¹cap·tive** \'kap-tiv\ adj [ME, fr. L captivus, fr. captus, pp. of capere] (14c)  1 a : taken and held as or as if a prisoner of war  b : kept within bounds : CONFINED  2 : held under control of another but having the appearance of independence; esp : owned or controlled by another concern and operated for its needs rather than for an open market (a ~ mine)  3 : being such involuntarily because of a situation that makes free choice or departure difficult (the airline passengers were a ~ audience) — **captive** n

**²captive** n (14c)  1 : the state of being captive (some birds thrive in ~)  2 obs : a group of captives

**cap·to·pril** \'kap-tə-ˌpril\ n [mercaptan + -o- + proline + -il, alter. of -yl] (1980) : an antihypertensive drug $C_9H_{15}NO_3S$ that is an ACE inhibitor

**cap·tor** \'kap-tər, -ˌtȯr\ n [LL, fr. L capere] (ca. 1688) : one that has captured a person or thing

**¹cap·ture** \'kap-chər, -shər\ n [MF, fr. L captura, fr. captus] (ca. 1542)  1 : an act or instance of capturing: as  a : an act of catching, winning, or gaining control by force, stratagem, or guile  b : a move in a board game (as chess or checkers) that gains an opponent's piece  c : the absorption by an atom, nucleus, or particle of a subatomic particle that often results in subsequent emission of radiation or in fission  d : the act of recording in a permanent file (data ~)  2 : one that has been taken (as a prize ship)

**²capture** vt **cap·tured; cap·tur·ing** \'kap-chə-riŋ, 'kap-shriŋ\ (1795)  1 a : to take captive; also : to gain control of esp. by force (~ a city)  1 a : to take captive; also : to gain control of esp. by force (~ a city)  b : to gain or win esp. through effort (captured 60% of the vote)  2 : to emphasize, represent, or preserve (as a scene, mood, or quality) in a more or less permanent form (at any such moment as a photograph might —— C. E. Montague)  3 : to captivate and hold the interest of  4 : to take according to the rules of a game  5 : to bring about the capture of (a subatomic particle)  6 : to record in a permanent file (as in a computer)  syn see CATCH

**capture the flag** n (ca. 1925) : a game in which players on each of two teams seek to capture the other team's flag and return it to their side without being captured and imprisoned

**ca·puche** \kə-'püch, -'püsh\ n [MF, fr. It cappuccio, fr. cappa cloak, fr. LL] (ca. 1600) : HOOD; esp : the cowl of a Capuchin friar

**Ca·pu·chin** \'ka-py-shən, -pə-, esp for 3 also kə-'pyü-, -'pü-\ n [MF, fr. OIt cappuccino, fr. cappuccio; fr. his cowl] (1589)  1 cap : a member of the Order of Friars Minor Capuchin forming since 1529 an austere branch of the first order of St. Francis of Assisi engaged in missionary work and preaching  2 : a hooded cloak for women  3 : any of a genus (Cebus) of So. American monkeys; esp : one (C. capucinus) with the hair on its crown resembling a monk's cowl

**Cap·u·let** \'ka-pyə-lət\ n : the family of Juliet in Shakespeare's Romeo and Juliet

**cap·y·bara** \ˌka-pi-'bär-ə, -'bär-\ n [Pg capibara, fr. Tupi] (1774) : a tailless largely aquatic So. American rodent (Hydrochaerus hydrochaeris) often exceeding four feet (1.2 meters) in length

**car** \'kär, dial also 'kȯr, 'kyär\ n [ME carre, fr. AF, fr. L carra pl. of carrum, alter. of carrus, of Celt origin; akin to OIr & MW carr vehicle; akin to L currere to run] (14c)  1 : a vehicle moving on wheels: as  a archaic : CARRIAGE, CHARIOT  b : a vehicle designed to move on rails (as of a railroad) : AUTOMOBILE  2 : the passenger compartment of an elevator  3 : the part of an airship or balloon that carries the passengers and cargo

**ca·ra·bao** \ˌkär-ə-'baü, ˌkär-\ n, pl -bao or -baos [PhilSp, fr. Bisayan of Samar and Leyte karabáw] (1900): WATER BUFFALO

**ca·ra·bid** \'kar-ə-bəd, kə-'ra-bəd\ n [ultim. fr. Gk karabos horned beetle] (1880): GROUND BEETLE

**car·a·bi·neer or car·a·bi·nier** \ˌkar-ə-bə-'nir\ n [F carabinier, fr. carabine carbine] (1672) : a cavalry soldier armed with a carbine

**car·a·bi·ner** \ˌkar-ə-'bē-nər\ n [G Karabiner, short for Karabinerhaken, lit., carabineer's hook] (1920) : an oblong metal ring with one spring-hinged side that is used esp. in mountain climbing as a connector and to hold a freely running rope



carabiner

**ca·ra·bi·ne·ro** \ˌkar-ə-bə-'ner-(ˌ)ō, ˌkär-\ n, pl -ros [Sp, fr. carabina carbine, fr. F carabine] (1845)  1 : a member of a Spanish national police force serving esp. as frontier guards  2 : a customs or coast guard officer in the Philippines

**ca·ra·bi·nie·re** \ˌkar-ə-ban-'yer-(ˌ)ā, ˌkär-\ n, pl -nie·ri \-'yer-ē\ [It, fr. F carabinier] (1847) : a member of the Italian national police force

**car·a·cal** \'kar-ə-ˌkal\ n [F, fr. Turk karakulak, fr. kara black + kulak ear] (1760) : a long-legged reddish brown nocturnal cat (Felis caracal syn. Lynx caracal) of savannas in Africa and parts of Asia that has long pointed ears with a tuft of black hairs at the tip

**ca·ra·ca·ra** \ˌkar-ə-'kär-ə, -ə-kə-'rä\ n [Sp caracara & Pg caracará, fr. Tupi caracará] (1838) : any of various large long-legged mostly So. American hawks classified with the falcons

**car·a·cole** \'kar-ə-ˌkōl\ n [F, fr. Sp caracol snail, spiral stair, caracole] (1614) : a half turn to right or left executed by a mounted horse — **caracole** vb

**car·a·cul** \'kar-ə-kəl\ n [alter. of karakul] (1894) : the pelt of a karakul lamb after the curl begins to loosen

**ca·rafe** \kə-'raf, -'räf, -'räf\ n [F, fr. It caraffa, fr. Ar gharráfah] (1786) : a bottle with a flaring lip used to hold beverages and esp. wine

**car·am·bo·la** \ˌkar-əm-'bō-lə\ n [Pg, fr. Marathi karambal, fr. Skt karmaphala] (1598)  1 : a five-angled green to yellow tropical fruit of star-shaped cross section — called also starfruit  2 : a tropical tree (Averrhoa carambola) of the wood-sorrel family widely cultivated for caramboloas

**car·a·mel** \'kär-məl; 'kar-ə-məl, -ˌmel\ n [F, fr. Sp caramelo, fr. Pg, icicle, caramel, fr. LL calamellus small reed — more at SHAWM] (1725)  1 : an amorphous brittle brown and somewhat bitter substance obtained by heating sugar and used as a coloring and flavoring agent  2 : a firm chewy usu. caramel-flavored candy

**car·a·mel·ise** Brit var of CARAMELIZE

Q3

¹car·pet·bag \-ˌbag\ n (1830) : a traveler's bag made of carpet and widely used in the U.S. in the 19th century

²carpetbag or car·pet·bag·ging \-ˌba-giŋ\ adj (1870) : of, relating to, or characteristic of carpetbaggers ⟨a ~ government⟩

car·pet·bag·ger \-ˌba-gər\ n [fr. their carrying all their belongings in carpetbags] (1868) 1 : a Northerner in the South after the American Civil War usu. seeking private gain under the reconstruction governments 2 : OUTSIDER; esp : a nonresident or new resident who meddles in politics — car·pet·bag·gery \-ˌba-g(ə-)rē\ n

carpetbag steak n (1958) : a thick piece of steak in which a pocket is cut and stuffed (as with oysters)

carpet beetle n (1889) : any of several small dermestid beetles (genera Anthrenus and Attagenus) whose larvae are destructive esp. to woolen goods

carpet bombing n (1944) : the dropping of large numbers of bombs so as to cause uniform devastation over a given area — carpet bomb vb

car·pet·ing \ˈkär-pə-tiŋ\ n (1758) : material for carpets; also : CARPETS

car·pet·weed \ˈkär-pət-ˌwēd\ n (1784) : a No. American mat-forming weed (Mollugo verticillata of the family Aizoaceae, the carpetweed family)

-car·pic adj comb form [prob. fr. NL -carpicus, fr. Gk karpos fruit] : -CARPOUS (monocarpic)

carp·ing \ˈkär-piŋ\ adj (1581) : marked by or inclined to querulous and often perverse criticism syn see CRITICAL — carp·ing·ly \-piŋ-lē\ adv

car·po·go·ni·um \ˌkär-pə-ˈgō-nē-əm\ n, pl -nia \-nē-ə\ [NL] (1882) : the flask-shaped egg-bearing portion of the female reproductive branch in some thallophytes (as red algae) — car·po·go·ni·al \-nē-əl\ adj

car·pool n \ˈkär-ˌpü(ə)l\ vi (1962) : to participate in a car pool — car·pool·er n

car pool n (1942) : an arrangement in which a group of people commute together by car; also : the group entering into such an arrangement

car·po·phore \ˈkär-pə-ˌfōr, -ˌfȯr\ n [prob. fr. NL carpophorum, fr. carp- + -phorum -phore] (ca. 1859) 1 : the stalk of a fungal fruiting body; also : the entire fruiting body 2 : a slender prolongation of a floral axis from which the carpels are suspended

car·port \ˈkär-ˌpōrt, -ˌpȯrt\ n (1939) : an open-sided automobile shelter by the side of a building

car·bo·spore \ˈkär-bə-ˌspȯr, -ˌspōr\ n (1881) : a diploid spore of a red alga

-carpous adj comb form [NL -carpus, fr. Gk -karpos, fr. karpos fruit — more at HARVEST] : having (such) fruit or (so many) fruits ⟨syncarpous⟩ — -carpy n comb form

carpus \ˈkär-pəs\ n, pl car·pi \-ˌpī, -(ˌ)pē\ [NL, fr. Gk karpos — more at WHARF] (1679) 1 : WRIST 1 2 : the bones of the wrist

carr \ˈkär(r)\ n [ME ker, of Scand origin; akin to ON kjarr underbrush] (14c) chiefly Brit : ¹FEN

carrack \ˈkar-ək, -ik\ n [ME carrake, fr. MF caraque, fr. OSp carraca, fr. Ar qaraqir, pl. of qurqur merchant ship] (14c) : a beamy sailing ship esp. of the 15th and 16th centuries

car·ra·geen also car·ra·gheen \ˈkar-ə-ˌgēn\ n [Carragheen, near Waterford, Ireland] (1829) 1 : IRISH MOSS 2 2 : CARRAGEENAN

car·ra·gee·nan or car·ra·gee·nin \ˌkar-ə-ˈgē-nən\ n [carrageen + -²-an or ¹-in] (ca. 1889) : a colloid extracted from various red algae and esp. Irish moss and used esp. as a stabilizing or thickening agent

car·re·four \ˌkar-ə-ˈfür\ n [MF, fr. LL quadrifurcum, neut. of quadrifurcus having four forks, fr. L quadri- + furca fork] (15c) 1 : CROSSROADS 2 : SQUARE, PLAZA ⟨the farmers . . . preferred the open ~ for their transactions —Thomas Hardy⟩

car·rel \ˈkar-əl\ n [alter. of ME caroll, fr. ML carola, perh. fr. carola round dance, something circular, fr. LL choraula choral song — more at CAROL] (1593) : a table thin is often partitioned or enclosed and is used for individual study esp. in a library

car·riage \ˈkar-ij\ n [ME cariage, fr. ONF, fr. carier to transport in a vehicle — more at CARRY] (14c) 1 : the act of carrying 2 a archaic : DEPORTMENT b : manner of bearing the body : POSTURE 3 archaic : MANAGEMENT 4 chiefly Brit : the price or expense of carrying 5 obs : BURDEN, LOAD 6 a : a wheeled vehicle; esp : a horse-drawn vehicle designed for private use and comfort b Brit : a railway passenger coach 7 : a wheeled support carrying a burden 8 obs : IMPORT, SENSE 9 obs : a hanger for a sword 10 : a movable part of a machine for supporting some other movable object or part ⟨a typewriter ~⟩ syn see BEARING

carriage trade n (ca. 1909) : trade from well-to-do or upper-class people; also : well-to-do people

car·riage·way \ˈkar-ij-ˌwā\ n (1800) Brit : a road used by vehicular traffic : HIGHWAY

car·rick bend \ˈkar-ik-\ n [prob. fr. obs. E carrick carrack, fr. ME carrake, carryk] (1819) : a knot used to join the ends of two large ropes — see KNOT illustration

car·ri·er \ˈkar-ē-ər\ n (14c) 1 : one that carries : BEARER, MESSENGER 2 a : an individual or organization engaged in transporting passengers or goods for hire b : a transportation line carrying mail between post offices c : a postal employee who delivers or collects mail d : one that delivers newspapers e : an entity (as a hole or an electron) capable of carrying an electric charge 3 a : an agency for carrying b : a device or machine that carries : CONVEYER 4 : AIRCRAFT CARRIER 5 a : a bearer and transmitter of a causative agent of an infectious disease; esp : one who carries the causative agent of a disease (as typhoid fever) systemically but is immune to it b : an individual tas one heterozygous for a recessive) having a specified gene that is not expressed or only weakly expressed in its phenotype 6 a : a usu. inactive substance : VEHICLE ⟨a ~ for a drug or an insecticide⟩ b : a substance (as a catalyst) by whose agency some element or group is transferred from one compound to another 7 a : an electromagnetic wave or alternating current whose modulations are used as signals in radio, telephonic, or telegraphic transmission b : a telecommunication company 8 : an organization acting as an insurer

carrier pigeon n (1647) 1 : a pigeon used to carry messages; esp : HOMING PIGEON 2 : any of a breed of long-bodied show pigeons

car·ri·on \ˈkar-ē-ən\ n [ME caroine, fr. AF, fr. (assumed) VL caronia, irreg. fr. L carn-, caro flesh — more at CARNAL] (14c) : dead and putrefying flesh; also : flesh unfit for food

carrion crow n (1528) : a uniformly black crow (Corvus corone corone) occurring in much of western Europe

car·ron·ade \ˌkar-ə-ˈnād\ n [Carron, Scotland] (1779) : a short-barreled gun of the late 18th and 19th centuries that fired large shot at short range and was used esp. on warships

car·rot \ˈkar-ət\ n [MF carotte, fr. L carota, fr. Gk karōton] (1533) 1 : a biennial herb (Daucus carota of the family Umbelliferae, the carrot family) with a usu. orange spindle-shaped edible root; also : its root 2 : a reward or advantage offered esp. as an inducement

car·rot-and-stick \ˌkar-ət-ᵊn-ˈstik\ adj [fr. the traditional alternatives of driving a donkey on by either holding out a carrot or whipping it with a stick] (1951) : characterized by the use of both reward and punishment to induce proper behavior ⟨~ foreign policy⟩

car·rot·top \ˈkar-ət-ˌtäp\ n (ca. 1902) : REDHEAD 1 — car·rot·topped \-ˌtäpt\ adj

car·roty \ˈkar-ə-tē\ adj (1696) : resembling carrots in color ⟨~ hair⟩

car·rou·sel var of CAROUSEL

¹car·ry \ˈkar-ē, ˈker-\ vb car·ried; car·ry·ing [ME carien, fr. ONF carier to transport in a vehicle, fr. car vehicle, fr. L carrus — more at CAR] vt (14c) 1 : to move while supporting : TRANSPORT ⟨her legs refused to ~ her further —Ellen Glasgow⟩ 2 : to convey by direct communication ⟨~ tales about a friend⟩ 3 chiefly dial : CONDUCT, ESCORT 4 : to influence by mental or emotional appeal : SWAY 5 : to get possession or control of : CAPTURE ⟨carried off the prize⟩ 6 : to transfer from one place (as a column) to another ⟨~ a number in adding⟩ 7 : to contain and direct the course of ⟨the drain carries sewage⟩ 8 a : to wear or have on one's person b : to bear upon or within one ⟨is ~ing an unborn child⟩ 9 a : to have or bear esp. as a mark, attribute, or property ⟨~ a scar⟩ b : IMPLY, INVOLVE ⟨the crime carried a heavy penalty⟩ 10 : to hold or comport (as one's person) in a specified manner 11 : to sustain the weight or burden of ⟨pillars ~ an arch⟩ 12 : to bear as a crop 13 : to sing with reasonable correctness of pitch ⟨~ a tune⟩ 14 a : to keep in stock for sale b : to provide sustenance for ⟨land ~ing 10 head of cattle⟩ c : to have or maintain on a list or record ⟨~ a person on a payroll⟩ 15 : to be chiefly or solely responsible for the success, effectiveness, or continuation of ⟨a player capable of ~ing a team⟩ ⟨her performance carried the play⟩ 16 : to prolong in space, time, or degree ⟨~ a principle too far⟩ 17 a : to gain victory for; esp : to secure the adoption or passage of b : to win a majority of votes in ⟨as a legislative body or a state⟩ 18 : to present for public consumption ⟨newspapers ~ weather reports⟩ ⟨channel 9 will ~ the game⟩ 19 a : to bear the charges of holding or having (as stocks or merchandise) from one time to another b : to keep on one's books as a debtor ⟨a merchant carries a customer⟩ 20 : to hold to and follow after (as a scent) 21 : to hoist and maintain (a sail) in use 22 : to pass over (as a hazard) at a single stroke in golf ⟨~ a bunker⟩ 23 : to propel and control (a puck or ball) along a playing surface ~ vi 1 : to act as a bearer 2 : to reach or penetrate to a distance ⟨voices ~ well⟩ ⟨fly balls don't ~ well in cold air⟩ 3 : to convey itself to a reader or audience 4 : to undergo or admit of carriage in a specified way 4 of a hunting dog : to keep and follow the scent 5 : to win adoption ⟨the motion carried by a vote of 71–25⟩ — carry a torch or carry the torch 1 : CRUSADE 2 : to be in love esp. without reciprocation : cherish a longing or devotion ⟨still carrying a torch for a former lover⟩ — carry the ball 1 : to perform or assume the chief role : bear the major portion of work or responsibility — carry the day 1 : WIN, PREVAIL

²carry n, pl car·ries (1858) 1 : carrying power; esp : the range of a gun or projectile or of a struck or thrown ball 2 : PORTAGE b : the act or method of carrying (fireman's ~) c : the act of rushing with the ball in football (averaged four yards per ~) 3 : the position assumed by a color-bearer with the flag or guidon held in position for marching 4 : a quantity that is transferred in addition from one number place to the adjacent one of higher place value

car·ry·all \ˈkar-ē-ˌȯl, ˈker-\ n (1714) 1 [by folk etymology fr. F carriole, fr. OProv carriola, ultim. fr. L carrus car] a : a light covered carriage for four or more persons b : a passenger automobile used as a small bus 2 [carry + -all]: a capacious bag or carrying case

carry away vt (1570) 1 : to arouse to a high and often excessive degree of emotion or enthusiasm 2 : CARRY OFF 1

car·ry·back \ˈkar-ē-ˌbak, ˈker-\ n (1942) : a loss sustained or a portion of a credit not used in a given period that may be deducted from taxable income of a prior period

car·ry-cot \ˈ-ˌkät\ n (1943) Brit : a portable bed for an infant

car·ry·for·ward \ˌkar-ē-ˈfȯr-wərd, ˈker-, -ˌfȯr-, Southern also -ˈfär-, -ˌfär-\ n (1898) : CARRYOVER

carrying capacity n (1921) : the population (as of deer) that an area will support without undergoing deterioration

carrying charge n (1914) 1 : expense incident to ownership or use of property 2 : a charge added to the price of merchandise sold on the installment plan

car·ry·ing-on \ˌkar-ē-iŋ-ˈȯn, ˌker-, -ˈän\ n, pl carryings-on (1663) : foolish, excited, or improper behavior; also : an instance of such behavior

carry off vt (ca. 1680) 1 : to cause the death of ⟨the plague carried off thousands⟩ 2 : to perform or manage successfully : BRING OFF ⟨tried to look suave but couldn't carry it off⟩

car·ry-on \ˈkar-ē-ˌȯn, ˈker-, -ˌän\ n (1890) 1 Brit : CARRYING-ON 2 : a piece of luggage suitable for being carried aboard an airplane by a passenger

²carry-on adj (1967) : carried or suitable for being carried aboard ⟨~ baggage⟩

carry on vt (1644) 1 : to continue doing, pursuing, or operating ⟨carry on the business⟩ ~ vi 1 : to behave or speak in a

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot \y\ yet  \zh\ vision  \ä, ḵ, ⁿ, œ, œ, ü, ᵫ, ᴴ\ see Guide to Pronunciation

Q4

**con·cu·bi·nage** \kän-ˈkyü-bə-nij, kən-\ *n* (14c)  **1** : cohabitation of persons not legally married  **2** : the state of being a concubine

**con·cu·bine** \ˈkäŋ-kyu̇-ˌbīn, ˈkän-\ *n* [ME, fr. MF, fr. L *concubina*, fr. *com-* + *cubare* to lie] (14c)  **a** : a woman who has a recognized social status in a household below that of a wife  **b** : MISTRESS 4a

**con·cu·pis·cence** \kän-ˈkyü-pə-sən(t)s, kən-\ *n* [ME, fr. MF, fr. LL *concupiscentia*, fr. L *concupiscens-, concupiscens*, prp. of *concupiscere* to desire ardently, fr. *com-* + *cupere* to desire] (14c) : strong desire; *esp* : sexual desire — **con·cu·pis·cent** \-sənt,-ǝd\

**con·cu·pis·ci·ble** \-ˈkyü-pə-sə-bəl\ *adj* [ME, fr. MF or LL; MF, fr. LL *concupiscibilis*, fr. L *concupiscere*] (14c) : LUSTFUL, DESIROUS

**con·cur** \kən-ˈkər, kän-\ *vi* **con·curred; con·cur·ring** [ME *concurren*, fr. L *concurrere*, fr. *com-* + *currere* to run — more at CAR] (15c)  **1** : to act together to a common end or single effect  **2** **a** : APPROVE 〈~ in a statement〉  **b** : to express agreement 〈~ with an opinion〉  **3** *obs* : to come together : MEET  **4** : to happen together : COINCIDE  *syn* see AGREE

**con·cur·rence** \-ˈkər-ən(t)s, -ˈkə-rən(t)s\ *n* (15c)  **1 a** : the simultaneous occurrence of events or circumstances  **b** : the meeting of concurrent lines in a point  **2 a** : agreement or union in action : COOPERATION  **b** (1) : agreement in opinion or design  (2) : CONSENT  **3 c** : a coincidence of equal powers in law

**con·cur·ren·cy** \-ən(t)-sē, -rən(t)-se\ *n* (1597) : CONCURRENCE

**con·cur·rent** \-ˈkər-ənt, -ˈkə-rənt\ *adj* [ME, fr. MF & L; MF, fr. L *concurrent-, concurrens*, prp. of *concurrere*] (14c)  **1** : operating or occurring at the same time  **2 a** : running parallel  **b** : CONVERGENT; *specif* : meeting or intersecting in a point  **3** : acting in conjunction  **4** : exercised over the same matter or area by two different authorities 〈~ jurisdiction〉 — **concurrent** *n* — **con·cur·rent·ly** *adv*

**concurrent resolution** *n* (1802) : a resolution passed by both houses of a legislative body that lacks the force of law

**con·cuss** \kən-ˈkəs\ *vt* [L *concussus*, pp.] (1597) : to affect with or as if with concussion

**con·cus·sion** \kən-ˈkə-shən\ *n* [ME *concussioun*, fr. MF or L; MF *concussion*, fr. L *concussion-, concussio*, fr. *concutere* to shake violently, fr. *com-* + *quatere* to shake] (14c)  **1 a** : a stunning, damaging, or shattering effect from a hard blow; *esp* : a jarring injury of the brain resulting in disturbance of cerebral function  **b** : a hard blow or collision  **2** : AGITATION, SHAKING — **con·cus·sive** \-ˈkə-siv\ *adj*

**con·demn** \kən-ˈdem\ *vt* [ME, fr. MF *condemner*, fr. L *condemnare*, fr. *com-* + *damnare* to condemn — more at DAMN] (14c)  **1** : to declare to be reprehensible, wrong, or evil usu. after weighing evidence and without reservation  **2 a** : to pronounce guilty : CONVICT  **b** : SENTENCE, DOOM  **3** : to adjudge unfit for use or consumption  **4** : to declare convertible to public use under the right of eminent domain  *syn* see CRITICIZE — **con·dem·na·ble** \-ˈdem-nə-bəl, -ˈde-mə-\ *adj* — **con·dem·na·to·ry** \-ˈdem-nə-ˌtȯr-ē, -ˈde-mə-, -ˌtȯr-\ *adj* — **con·demn·er** \-ˈde-mər\ *n* — **con·dem·nor** \kän-də-ˈmȯr, -ˈde-mər; kän-ˈde-mər, ˌkän-\ *n*

**con·dem·na·tion** \ˌkän-ˌdem-ˈnā-shən, -dəm-\ *n* (14c)  **1** : CENSURE, BLAME  **2** : the act of judicially condemning  **3** : the state of being condemned  **4** : a reason for condemning

**con·den·sate** \ˈkän-dən-ˌsāt, -ˌden-; kən-ˈden-\ *n* (1889) : a product of condensation; *esp* : a liquid obtained by condensation of a gas or vapor 〈steam ~〉

**con·den·sa·tion** \ˌkän-ˌden-ˈsā-shən, -dən-\ *n* (1603)  **1** : the act or process of condensing: as **a** : a chemical reaction involving union between molecules often with elimination of a simple molecule (as water) to form a new more complex compound of often greater molecular weight  **b** : the conversion of a substance (as water) from the vapor state to a denser liquid or solid state usu. initiated by a reduction in temperature of the vapor  **c** : compression of a written or spoken work into more concise form  **2** : the quality or state of being condensed  **3** : a product of condensing — **con·den·sa·tion·al** \-ˈshnəl, -shə-nᵊl\ *adj*

**con·dense** \kən-ˈden(t)s\ *vb* **con·densed; con·dens·ing** [ME, fr. MF *condenser*, fr. L *condensare*, fr. *com-* + *densare* to make dense, fr. *densus* dense] *vt* (15c)  **1** : to make denser or more compact; *esp* : to subject to condensation  ~ *vi* : to undergo condensation  *syn* see CONTRACT — **con·dens·able** *also* **con·dens·ible** \-ˈden(t)-sə-bəl\ *adj*

**condensed milk** *n* (1863) : evaporated milk with sugar added

**con·dens·er** \kən-ˈden(t)-sər\ *n* (1686)  **1** : one that condenses: as **a** : a lens or mirror used to concentrate light on an object  **b** : an apparatus in which gas or vapor is condensed  **2** : CAPACITOR

**con·de·scend** \ˌkän-di-ˈsend\ *vi* [ME, fr. MF *condescendre*, fr. LL *descendere*, fr. L *com-* + *descendere* to descend] (14c)  **1 a** : to descend to a less formal or dignified level : UNBEND  **b** : to waive the privileges of rank  **2** : to assume an air of superiority

**con·de·scen·dence** \-ˈsen-dən(t)s\ *n* (1638) : CONDESCENSION

**condescending** *adj* (1707) : showing or characterized by condescension : PATRONIZING — **con·de·scend·ing·ly** \-ˈsen-diŋ-lē\ *adv*

**con·de·scen·sion** \ˌkän-di-ˈsen(t)-shən\ *n* [LL *condescension-, condescensio*, fr. *condescendere*] (1647)  **1** : voluntary descent from one's rank or dignity in relations with an inferior  **2** : patronizing attitude or behavior

**con·dign** \kən-ˈdīn, ˈkän-ˌ\ *adj* [ME *condigne*, fr. MF, fr. L *condignus* very worthy, fr. *com-* + *dignus* worthy — more at DECENT] (15c) : DESERVED, APPROPRIATE 〈~ punishment〉 — **con·dign·ly** *adv*

**con·di·ment** \ˈkän-də-mənt\ *n* [ME, fr. MF, fr. L *condimentum*, fr. *condire* to season] (15c) : something used to enhance the flavor of food; *esp* : a pungent seasoning — **con·di·men·tal** \ˌkän-də-ˈmen-tᵊl\ *adj*

**¹con·di·tion** \kən-ˈdi-shən\ *n* [ME, fr. MF, fr. L *condicion-, condicio* terms of agreement, condition, fr. *condicere* to agree, fr. *com-* + *dicere* to say. determine — more at DICTION] (14c)  **1 a** : a premise upon which the fulfillment of an agreement depends : STIPULATION  **b** *obs* : COVENANT  **c** : a provision making the effect of a legal instrument contingent upon an uncertain event; *also* : the event itself  **2** : something essential to the appearance or occurrence of something else : PREREQUISITE 〈as a : an environmental requirement 〈available oxygen is an essential ~ for animal life〉  **b** : the subordinate clause of a conditional sentence  **3 a** : a restricting or modifying factor : QUALIFICATION  **b** : an unsatisfactory academic grade that may be raised by doing additional work  **4 a** : a state of being  **b** : social status

: RANK  **c** : a usu. defective state of health 〈a serious heart ~〉  **d** : a state of physical fitness or readiness for use 〈the car was in good ~〉 〈exercising to get into ~〉  **e** *pl* : attendant circumstances  **5 a** *obs* : temper of mind  *bobs* : TRAIT  **c** *pl, archaic* : MANNERS, WAYS

**²condition** *vb* **con·di·tioned; con·di·tion·ing** \-ˈdi-sh(ə-)niŋ\ *vt* (15c) *archaic* **1** : to make stipulations  ~ *vt*  **1** : to agree by stipulating  **2** : to make conditional  **3 a** : to put into a proper state for work or use  **b** : AIR-CONDITION  **4 : to give a grade of condition to**  **5** : to adapt, modify, or mold so as to conform to an environing culture  **b** : to modify so that an act or response previously associated with one stimulus becomes associated with another — **con·di·tion·able** \-sh(ə-)nə-bəl\ *adj* — **con·di·tion·er** \-sh(ə-)nər\ *n*

**³con·di·tion·al** \kən-ˈdish-nəl, -ˈdi-shə-nᵊl\ *adj* (14c)  **1** : subject to, implying, or dependent upon a condition 〈a ~ promise〉  **2** : expressing, containing, or implying a supposition 〈the ~ clause *if he speaks*〉  **3 a** : true only for certain values of the variables or symbols involved 〈~ equations〉  **b** : stating the case when one or more random variables are fixed or one or more events are known 〈~ frequency distribution〉  **4 a** : CONDITIONED 2 〈~ reflex〉 〈~ response〉  **b** : established by conditioning as the stimulus eliciting a conditional response — **con·di·tion·al·i·ty** \-ˌdi-sh(ə-)na-lə-tē\ *n* — **con·di·tion·al·ly** \-ˈdish-nə-lē, -ˈdi-shə-nᵊl-ē\ *adv*

**²conditional** *n* (1828)  **1** : a conditional word, clause, verb form, or morpheme  **2** : IMPLICATION 2b

**conditional probability** *n* (1961) : the probability that a given event will occur if it is certain that another event has taken place or will take place

**conditioned** *adj* (1537)  **1** : brought or put into a specified state  **2** : determined or established by conditioning

**con·do** \ˈkän-(ˌ)dō\ *n* (1964) : CONDOMINIUM 3

**con·dole** \kən-ˈdōl\ *vb* **con·doled; con·dol·ing** [LL *condolēre*, fr. L *com-* + *dolēre* to feel pain] *vi* (1590)  **1** : GRIEVE  **2** : to express sympathetic sorrow 〈~ with a friend〉 — **con·dol·a·to·ry** \-ˈdō-lə-ˌtȯr-ē, -ˌtȯr-\ *adj*

**con·do·lence** \kən-ˈdō-lən(t)s *also* ˈkän-də-\ *n* (1603)  **1** : sympathy with another in sorrow  **2** : an expression of sympathy  *syn* see PITY

**con·dom** \ˈkän-dəm, ˈkən-; *dial* -drəm\ *n* [origin unknown] (ca. 1706)  **:** a sheath commonly of rubber worn over the penis (as to prevent conception or venereal infection during coitus); *also* : a similar device inserted into the vagina

**con·do·min·i·um** \ˌkän-də-ˈmi-nē-əm\ *n, pl* **-ums** [NL, fr. L *com-* + *dominium* domain] (ca. 1714)  **1 a** : joint dominion; *esp* : joint sovereignty by two or more nations  **b** : a government operating under joint rule  **2** : a politically dependent territory under condominium  **3 a** : individual ownership of a unit in a multiunit structure (as an apartment building) or on land owned in common (as a town house complex); *also* : a unit so owned  **b** : a building containing condominiums

**con·do·na·tion** \ˌkän-dō-ˈnā-shən\ *n* (1625)  **1** : implied pardon of an offense by treating the offender as if it had not been committed

**con·done** \kən-ˈdōn\ *vt* **con·doned; con·don·ing** [L *condonare* to absolve, fr. *com-* + *donare* to give — more at DONATION] (1857)  **:** to pardon or overlook voluntarily; *esp* : to treat as if trivial, harmless, or of no importance 〈~ corruption in politics〉  *syn* see EXCUSE — **con·don·able** \-ˈdō-nə-bəl\ *adj* — **con·don·er** *n*

**con·dor** \ˈkän-dər, -ˌdȯr\ *n* [Sp *cóndor*, fr. Quechua *kuntur*] (1604)  **1 a** : a very large American vulture (*Vultur gryphus*) of the high Andes having the head and neck bare and the plumage dull black with a downy white neck ruff and white patches on the wings  **b** : CALIFORNIA CONDOR  **2** *pl* **condors** *or* **con·do·res** \kən-ˈdȯr-ˌās, -ˈdȯr-\ : a coin (as the centesimo of Chile) bearing the picture of a condor

**con·dot·tie·re** \ˌkän-də-ˈtyer-ē, ˌkän-ˌdä-tē-ˈer-ē, *n, pl* **-tie·ri** \-ē\ [It, fr. *condotta* troop of mercenaries, fr. fem. of *condotto*, pp. of *condurre* to conduct, hire, fr. L *conducere*] (1794)  **1** : a leader of a band of mercenaries common in Europe between the 14th and 16th centuries; *also* : a member of such a band  **2** : a mercenary soldier

**con·duce** \kən-ˈdüs, -ˈdyüs\ *vi* **con·duced; con·duc·ing** [ME, fr. L *conducere* to conduct, conduce, fr. *com-* + *ducere* to lead] *archaic* **:** to lead or tend to a particular end usu. desirable result : CONTRIBUTE

**con·du·cive** \-ˈdü-siv, -ˈdyü-\ *adj* (1646) : tending to promote or assist 〈an atmosphere ~ to education〉 — **con·du·cive·ness** *n*

**¹con·duct** \ˈkän-(ˌ)dəkt\ *n* [ME, alter. of conduit, fr. MF. *conduit*, fr. ML *conductus*, fr. L. *conductus*, pp. of *conducere*] (14c)  **1** *obs* : ESCORT, GUIDE  **2** : the act, manner, or process of carrying on : MANAGEMENT  **3** : a mode or standard of personal behavior esp. as based on moral principles

**²con·duct** \kən-ˈdəkt *also* ˈkän-ˌdəkt\ *vt* (15c)  **1** : to bring by or as if by leading : GUIDE 〈~ tourists through a museum〉  **2 a** : to lead from a position of command 〈~ a siege〉 〈~ a class〉  **b** : to direct or take part in the operation or management of 〈~ an experiment〉 〈~ a business〉 〈~ an investigation〉  **c** : to direct the performance of 〈~ an orchestra〉 〈~ an opera〉  **3 a** : to convey in a channel  **b** : to act as a medium for conveying or transmitting  **4** : to cause (oneself) to act or behave in a particular and esp. in a controlled manner  ~ *vi*  **1** *of a road or passage* : to show the way : LEAD  **2 a** : to act as leader or director  **b** : to have the quality of transmitting light, heat, sound, or electricity — **con·duct·ibil·i·ty** \-ˌdək-tə-ˈbi-lə-tē\ *n* — **con·duct·ible** \-ˈdək-tə-bəl\ *adj*

*syn* CONDUCT, MANAGE, CONTROL, DIRECT mean to use one's powers to lead, guide, or dominate. CONDUCT implies taking responsibility for the acts and achievements of a group 〈*conducted* negotiations〉. MANAGE implies direct handling and manipulating or maneuvering toward a desired result 〈*manages* a meat market〉. CONTROL implies a regulating or restraining in order to keep within bounds or on a course 〈*controlling* his appetite〉. DIRECT implies constant guiding and regulating so as to achieve smooth operation 〈*directs* the store's day-to-day business〉. *syn* see in addition BEHAVE

**con·duc·tance** \kən-ˈdək-tən(t)s\ *n* (1885)  **1** : conducting power  **2** : the readiness with which a conductor transmits an electric current expressed as the reciprocal of electrical resistance

**con·duc·tion** \kən-ˈdək-shən\ *n* (1537)  **1** : the act of conducting or conveying  **2 a** : transmission through or by means of a conductor; *also* : the transfer of heat through matter by communication of kinetic energy from particle to particle with no net displacement of the parti-

**244    congruently ● connected**

*congruens,* prp. of *congruere* (15c) 1 : CONGRUOUS 2 : superposable so as to be coincident throughout 3 : having the difference divisible by a given modulus ⟨12 is ~ to 2 (modulo 5) since 12 − 2 = 2 × 5⟩ — **con-gru-ent-ly** *adv*

**con-gru-i-ty** \kən-'grü-ə-tē, kän-\ *n, pl* **-ties** (14c) 1 : the quality or state of being congruent or congruous 2 : a point of agreement

**con-gru-ous** \'kän-grü-əs\ *adj* [L *congruus,* fr. *congruere* to come together, agree] (1599) 1 a : being in agreement, harmony, or correspondence b : conforming to the circumstances or requirements of a situation : APPROPRIATE ⟨a ~ room to work in —G. B. Shaw⟩ 2 : marked or enhanced by harmonious agreement among constituent elements ⟨a ~ theme⟩ — **con-gru-ous-ly** *adv* — **con-gru-ous-ness** *n*

**¹con-ic** \'kä-nik\ *adj* (1570) 1 : of or relating to a cone 2 : CONICAL — **con-i-cal-ly** \kō-'ni-sə-lē\ *adv*

**²conic** *n* (1879) : CONIC SECTION

**con-i-cal** \'kä-ni-kəl\ *adj* (1570) : resembling a cone esp. in shape — **con-i-cal-ly** \-k(ə-)lē\ *adv*

**conic section** *n* (1664) 1 : a plane curve, line, pair of intersecting lines, or point that is the intersection of or bounds the intersection of a plane and a cone with two nappes 2 : a curve generated by a point which always moves so that the ratio of its distance from a fixed point to its distance from a fixed line is constant



conic section 1: 1 straight lines, 2 circle, 3 ellipse, 4 parabola, 5 hyperbola

**co-nid-i-o-phore** \kə-'ni-dē-ə-,fōr, -fȯr\ *n* [NL *conidium* + ISV *-phora*] (1874) : a structure that bears conidia: *specif* : a specialized hyphal branch of some fungi that produces conidia usu. by the successive cutting off of parts of the sporophore through the growth of septa

**co-nid-i-um** \kə-'ni-dē-əm\ *n, pl* **-ia** \-dē-ə\ [NL, fr. Gk *konis* dust — more at INCINERATE] (1856) : an asexual spore produced on a conidiophore — **co-nid-i-al** \-dē-əl\ *adj*

**co-ni-fer** \'kä-nə-fər *also* 'kō-\ *n* [ultim. fr. L *conifer* cone-bearing, fr. *conus* cone + *-fer*] (1841) : any of an order (Coniferales) of mostly evergreen trees and shrubs including forms (as pines) with true cones and others (as yews) with an arillate fruit — **co-nif-er-ous** \kō-'ni-f(ə-)rəs, kə-\ *adj*

**co-ni-ine** \'kō-nē-,ēn\ *n* [G *Koniin,* fr. L *conium* hemlock, fr. Gk *koneion*] (1831) : a poisonous alkaloid $C_8H_{17}N$ found in poison hemlock (*Conium maculatum*)

**con-jec-tur-al** \kən-'jek-chə-rəl, -'jek-shrəl\ *adj* (1553) 1 : of the nature of or involving or based on conjecture 2 : given to conjectures — **con-jec-tur-al-ly** *adv*

**¹con-jec-ture** \kən-'jek-chər\ *n* [ME, fr. MF or L, MF, fr. L *conjectura,* fr. *conjectus,* pp. of *conicere,* lit., to throw together, fr. *com-* + *jacere* to throw — more at JET] (14c) 1 *obs* a : interpretation of omens b : SUPPOSITION 2 a : inference from defective or presumptive evidence b : a conclusion deduced by surmise or guesswork c : a proposition (as in mathematics) before it has been proved or disproved

**²conjecture** *vb* **-tured;** **-tur-ing** \-'jek-chə-riŋ, -'jek-shriŋ\ *vt* (15c) 1 : to arrive at by conjecture 2 : to make conjectures as to ~ *vi* : to form conjectures — **con-jec-tur-er** \-'jek-chər-ər\ *n*

**con-join** \kən-'jȯin, kän-\ *vb* [ME, fr. MF *conjoindre,* fr. L *conjungere,* fr. *com-* + *jungere* to join — more at YOKE] (14c) 1 : to join together (as separate entities) for a common purpose ~ *vi* : to join together for a common purpose

**con-joined** \-'jȯind\ *adj* (1570) : being, coming, or brought together so as to meet, touch, or overlap ⟨~ heads on a coin⟩

**con-joint** \-'jȯint\ *adj* [ME, fr. MF, fr. pp. of *conjoindre*] (1725) 1 : UNITED, CONJOINED 2 : related to, made up of, or carried on by two or more people : ASSOCIATED : JOINT — **con-joint-ly** *adv*

**con-ju-gal** \'kän-ji-gəl *also* kən-'jü-\ *adj* [MF or L, MF, fr. L *conjugalis,* fr. *conjug-, conjunx* husband, wife, fr. *conjungere* to join, unite, fr. *com-* + *jungere* to join — more at YOKE] (1545) : of or relating to the married state or to married persons and their relations : CONNUBIAL — **con-ju-gal-i-ty** \,kän-ji-'ga-lə-tē, -jü-\ *n* — **con-ju-gal-ly** \'kän-ji-gə-lē *also* kən-'jü-\ *adv*

**conjugal rights** *n pl* (ca. 1891) : the sexual rights or privileges implied by and involved in the marriage relationship : the right of sexual intercourse between husband and wife

**con-ju-gant** \'kän-ji-gənt\ *n* (1910) : either of a pair of conjugating gametes or organisms

**¹con-ju-gate** \'kän-ji-gət, -jə-gāt\ *adj* [ME *conjugat,* fr. L *conjugatus,* pp. of *conjugare* to unite, fr. *com-* + *jugare* to join, fr. *jugum* yoke — more at YOKE] (15c) 1 a : joined together esp. in pairs : COUPLED b : acting or operating as if joined 2 a : having features in common but opposite or inverse in some particular b : relating to or being conjugate complex numbers ⟨complex roots occurring in ~ pairs⟩ 3 *of an acid or base* : related by the difference of a proton ⟨the acid NH₄⁺ and the base NH₃ are ~ to each other⟩ 4 : having the same derivation and therefore usu. some likeness in meaning ⟨~ words⟩ 5 *of two leaves of a book* : forming a single piece — **con-ju-gate-ly** *adv* — **con-ju-gate-ness** *n*

**²con-ju-gate** \-jə-gāt\ *vb* **-gat-ed;** **-gat-ing** *vt* (1530) 1 : to give in prescribed order the various inflectional forms of ~ used esp. of a verb 2 : to join together ~ *vi* 1 : to become joined together 2 a : to pair and fuse in conjugation b : to pair in synapsis

**³con-ju-gate** \*same as ¹*\ *n* (ca. 1586) 1 : something conjugate : a product of conjugating 2 : CONJUGATE COMPLEX NUMBER 3 : an element of a mathematical group that is equal to a given element of the group multiplied on the right by another element and on the left by the inverse of the latter element

**conjugate complex number** *n* (ca. 1909) : one of two complex numbers differing only in the sign of the imaginary part

**con-ju-gat-ed** \-,gā-təd\ *adj* (1882) 1 : formed by the union of two compounds or united with another compound ⟨~ bile acids⟩ 2 : relating to or containing a system of two double bonds separated by a single bond ⟨~ fatty acids⟩

**conjugated protein** *n* (ca. 1909) : a compound of a protein with a nonprotein (hemoglobin is a *conjugated protein*) — compare SIMPLE PROTEIN

**con-ju-ga-tion** \,kän-jə-'gā-shən\ *n* (15c) 1 a : a schematic arrangement of the inflectional forms of a verb b : verb inflection c : a class of verbs having the same type of inflectional forms of a verb d : a set of the simple or derivative inflectional forms of a verb esp. in Sanskrit or the Semitic languages (the causative ~) 2 : the act of conjugating : the state of being conjugated 3 a : fusion of usu. similar gametes with ultimate union of their nuclei that among lower thallophytes replaces the typical fertilization of higher forms b : temporary cytoplasmic union with exchange of nuclear material that is the usual sexual process in ciliated protozoans c : the one-way transfer of DNA between bacteria in cellular contact — **con-ju-ga-tion-al** \-shnəl, -shə-nˀl\ *adj* — **con-ju-ga-tion-al-ly** *adv*

**¹con-junct** \kən-'jəŋkt, kän-; 'kän-,\ *adj* [ME, fr. L *conjunctus,* pp. of *conjungere*] (15c) 1 : UNITED, JOINED 2 : JOINT 3 : relating to melodic progression by intervals of no more than a major second — compare DISJUNCT

**²con-junct** \'kän-jəŋ(k)t\ *n* (1667) 1 : something joined or associated with another; *specif* : one of the components of a conjunction 2 : an adverb or adverbial (as *so, in addition, however, secondly*) that indicates the speaker's or writer's assessment of the connection between linguistic units (as clauses)

**con-junc-tion** \kən-'jəŋ(k)-shən\ *n* (14c) 1 : the act or an instance of conjoining : the state of being conjoined : COMBINATION 2 : occurrence together in time or space : CONCURRENCE 3 a : the apparent meeting or passing of two or more celestial bodies in the same degree of the zodiac b : a configuration in which two celestial bodies have their least apparent separation 4 : an uninflected linguistic form that joins together sentences, clauses, phrases, or words 5 : a complex sentence in logic true if and only if each of its components is true — **con-junc-tion-al** \-shnəl, -shə-nˀl\ *adj* — **con-junc-tion-al-ly** *adv*

**con-junc-ti-va** \,kän-,jəŋk(ˀ)-'tī-və, kən-\ *n, pl* **-vas** *or* **-vae** \-(,)vē\ [NL, fr. LL, fem. of *conjunctivus* conjoining, fr. L *conjunctus*] (14c) : the mucous membrane that lines the inner surface of the eyelids and is continued over the forepart of the eyeball — see EYE illustration — **con-junc-ti-val** \-'tī-vəl\ *adj*

**¹con-junc-tive** \kən-'jəŋ(k)-tiv\ *adj* (1581) 1 : CONNECTIVE 2 : CONJUNCT, CONJOINED 3 : being or functioning like a conjunction 4 : COPULATIVE 1a — **conjunctive** *n* — **con-junc-tive-ly** *adv*

**con-junc-ti-vi-tis** \kən-,jəŋ(k)-ti-'vī-təs\ *n* (1835) : inflammation of the conjunctiva

**con-junc-ture** \kən-'jəŋ(k)-chər\ *n* (1605) 1 : CONJUNCTION, UNION 2 : a combination of circumstances or events usu. producing a crisis : JUNCTURE

**con-ju-ra-tion** \,kän-jù-'rā-shən, ,kən-\ *n* (14c) 1 : the act or process of conjuring : INCANTATION 2 : an expression or trick used in conjuring 3 : a solemn appeal : ADJURATION

**¹con-jure** \*vt 2 & vi senses* 'kän-jər *also* 'kən-; *vt 1* kən-'jùr\ *vb* **con-jured;** **con-jur-ing** \'kän-jə-riŋ, 'kən-jə-, -jə-; 'kən-ja-; kən-'jùr-iŋ\ [ME, fr. OF *conjurer,* fr. L *conjurare* to swear together, fr. *com-* + *jurare* to swear — more at JURY] *vt* (13c) 1 : to charge or entreat earnestly or solemnly 2 a : to summon by or as if by invocation or incantation b (1) : to affect or effect by or as if by magic (2) : IMAGINE, CONTRIVE — often used with *up* ⟨we ~ up our own metaphors for our own needs —R. J. Kaufmann⟩ (3) : to bring to mind ⟨words that ~ pleasant images⟩ ~ *vi* 1 : to summon a devil or spirit by invocation or incantation b : to practice magical arts 2 : to use conjurer's tricks : JUGGLE

**con-jur-er** *or* **con-ju-ror** \'kän-jər-ər, 'kən-\ *n* (14c) 1 : one that practices magic arts : WIZARD 2 : one that performs feats of sleight of hand and illusion : MAGICIAN, JUGGLER

**¹conk** \'käŋk, 'kȯŋk\ *n* [*alter. of conch* (head)] (1821) 1 : hit esp. on the head : KNOCK OUT

**²conk** *n* [prob. alter. of *conch*] (1851) : the visible fruiting body of a bracket fungus; *also* : decay caused by such a fungus — **conky** \'käŋ-kē, 'kȯŋ-\ *adj*

**³conk** *vi* [prob. imit.] (1918) 1 : BREAK DOWN; *esp* : STALL — usu. used with *out* (the motor suddenly ~*ed* out) 2 a : FAINT b : to go to sleep — usu. used with *off* or *out* (~*ed* out for a while after lunch) c : DIE (I caught pneumonia. I almost ~*ed* —Truman Capote)

**⁴conk** *vt* [prob. by shortening & alter. fr. *congolene* preparation used for straightening hair] (1950) : to straighten out (hair) usu. by the use of chemicals

**²conk** *n* (1965) : a hairstyle in which the hair is straightened out and flattened down or lightly waved — called also *process*

**conk-er** \'käŋ-kər\ *n* [*conch* + ²*-er,* fr. the original use of a snail shell on a string in the game] (ca. 1886) 1 : a horse chestnut esp. when used in conkers 2 *pl* : a game in which each player swings a horse chestnut on a string to try to break one held by the opponent

**con mo-to** \kän-'mō-(,)tō, kōn-\ *adv* [It] (ca. 1854) : with movement : in a spirited manner — used as a direction in music

**¹conn** \'kän\ *vt* [*alter. of* ME *condien* to conduct, fr. MF *conduire,* fr. *conducere* — more at CONDUCE] (1626) : to conduct or direct the steering of (as a ship)

**²conn** *n* (1825) : the control exercised by one who conns a ship

**con-nate** \'kä-,nāt, kä-'\ *adj* [LL *connatus,* pp. of *connasci* to be born together, fr. L *com-* + *nasci* to be born — more at NATION] (1641) 1 : AKIN, CONGENIAL 2 : INNATE, INBORN 3 : congenitally or firmly united (~ leaves) 4 : born or originated together 5 : entrapped in sediments at the time of their deposition (~ water) — **con-nate-ly** *adv* — **con-nate-ness** *n*

**con-nat-u-ral** \kä-'nach-rəl, kə-, -'na-chə-\ *adj* [ML *connaturalis,* fr. L *com-* + *naturalis* natural] (1592) 1 : connected by nature : INBORN 2 : of the same nature — **con-nat-u-ral-i-ty** \-,na-chə-'ra-lə-tē\ *n* — **con-nat-u-ral-ly** \-'nach-rə-lē, -'na-chə-\ *adv*

**con-nect** \kə-'nekt\ *vb* [ME, fr. L *conectere, connectere,* fr. *com-* + *nectere* to bind] *vt* (15c) 1 : to become joined (the two rooms ~ by a hallway) (ideas that ~ logically to form a theory) 2 : to make a successful hit, shot, or throw (~*ed* for a home run) (~*ed* on 60 percent of his shots —N.Y. *Times*) 3 : to have or establish a rapport (tried to ~ with the younger generation) ~ *vt* 1 : to join or fasten together esp. by something intervening 2 : to place or establish in relationship by something intervening — **con-nect-able** *also* **con-nect-ible** \-'nek-tə-bəl\ *adj* — *syn see* JOIN — **con-nec-tor** *also* **con-nect-er** \-'nek-tər\ *n*

**connected** *adj* (1712) 1 : joined or linked together 2 : having parts or elements logically linked together (presented a thoroughly ~ view of the problem) 3 : related by blood or marriage 4 : having

factors, actions, or propositions are inconsistent or contrary to one another

**con·tra·dic·tious** \-shəs\ *adj* (1604)  **1** : CONTRADICTORY, OPPOSITE **2** : given to or marked by contradiction : CONTRARY

¹**con·tra·dic·to·ry** \ˌkän-trə-ˈdik-t(ə-)rē\ *n, pl* **-ries** (14c) : a proposition so related to another that if either of the two is true the other is false and if either is false the other must be true

²**contradictory** *adj* (1534) : **1** : involving, causing, or constituting a contradiction  **syn** see OPPOSITE — **con·tra·dic·to·ri·ly** \-t(ə-)rə-lē\ *adv* — **con·tra·dic·to·ri·ness** \-t(ə-)rē-nəs\ *n*

**con·tra·dis·tinc·tion** \ˌkän-trə-dis-ˈtiŋ(k)-shən\ *n* (1647) : distinction by means of contrast (painting in ~ to sculpture) — **con·tra·dis·tinc·tive** \-ˈtiŋ(k)-tiv\ *adj* — **con·tra·dis·tinc·tive·ly** *adv*

**con·tra·dis·tin·guish** \-ˈtiŋ-gwish\ *vt* (1622) : to distinguish by contrasting qualities

**con·trail** \ˈkän-ˌtrāl\ *n* [*condensation trail*] (1943) : streaks of condensed water vapor created in the air by an airplane or rocket at high altitudes

**con·tra·in·di·cate** \ˌkän-trə-ˈin-də-ˌkāt\ *vt* (1666) : to make (a treatment or procedure) inadvisable — **con·tra·in·di·ca·tion** \-ˌin-də-ˈkā-shən\ *n* (1623) : something (as a symptom or condition) that makes a particular treatment or procedure inadvisable

**con·tra·lat·er·al** \-ˈla-t(ə-)rəl\ *adj* [ISV] (1882) : occurring on or acting in conjunction with a part on the opposite side of the body

**con·tral·to** \kən-ˈtral-(ˌ)tō\ *n, pl* **-tos** [It, fr. *contra-* + *alto*] (1730)  **1 a** : a singing voice having a range between tenor and mezzo-soprano **b** : a person having this voice  **2** : the part sung by a contralto

**con·tra·oc·tave** \ˈkän-trə-ˌäk-tiv, -ˌtäv\ *n* (ca. 1891) : the musical octave that begins on the third C below middle C — see PITCH illustration

**con·tra·po·si·tion** \ˌ-pə-ˈzi-shən\ *n* [LL *contrapositio, contrapositio,* fr. L *contrapositus*, pp. of *contraponere* to place — more at POSITION] (1551) : the relationship between two propositions when the subject and predicate of one are respectively the negation of the predicate and the negation of the subject of the other

**con·tra·pos·i·tive** \-ˈpä-zə-tiv, -ˈpäz-tiv\ *n* (1870) : a proposition resulting from an operation of immediate inference in which the terms of a given proposition are permuted and negated ("all not-*P* is not-*S*" is the ~ of "all *S* is *P*")

**con·trap·tion** \kən-ˈtrap-shən\ *n* [perh. blend of *contrivance, trap,* and *invention*] (ca. 1825) : DEVICE, GADGET

**con·tra·pun·tal** \ˌkän-trə-ˈpən-ᵊtᵊl\ *adj* [It *contrappunto* counterpoint, fr. ML *contrapunctus* — more at COUNTERPOINT] (1845)  **1** : POLYPHONIC **2** : of, relating to, or marked by counterpoint — **con·tra·pun·tal·ly** \-ᵊtᵊl-ē\ *adv*

**con·tra·pun·tist** \-ˈpən-tist\ *n* (1776) : one who writes counterpoint

**con·trar·i·an** \kən-ˈtrer-ē-ən, kän-\ *n* (1657) : a person who takes a contrary position or attitude; *specif* : an investor who buys shares of stock when most others are selling and sells when others are buying — **contrarian** *adj*

**con·tra·ri·e·ty** \ˌkän-trə-ˈrī-ə-tē\ *n, pl* **-eties** [ME *contrariete,* fr. MF *contrarieté,* fr. LL *contrarietat-, contrarietas,* fr. L *contrarius* contrary] (14c)  **1** : the quality or state of being contrary  **2** : something contrary

**con·trar·i·ous** \kən-ˈtrer-ē-əs, kän-\ *adj* (13c) : PERVERSE, ANTAGONISTIC

**con·tra·ri·wise** \ˈkän-ˌtrer-ē-ˌwīz, kən-ˈ\ *adv* (14c)  **1** : on the contrary **2** : VICE VERSA  **3** : in a contrary manner

¹**con·tra·ry** \ˈkän-ˌtrer-ē\ *n, pl* **-trar·ies** (13c)  **1** : a fact or condition incompatible with another : OPPOSITE — usu. used with *the*  **2** : one of a pair of opposites  **3 a** : a proposition so related to another that though both may be false they cannot both be true — compare SUBCONTRARY  **b** : either of two terms (as *good* and *evil*) that cannot both be affirmed of the same subject — **by contraries** *obs* : in a manner opposite to what is logical or expected — **on the contrary** : just the opposite — **to the contrary**  **1** : on the contrary  **2** : NOTWITHSTANDING

²**con·tra·ry** \(ˈ)kän-ˌtrer-ē, 4 *often* kən-ˈtrer-ē\ *adj* [ME *contrarie,* fr. MF *contraire,* fr. L *contrarius,* fr. *contra* opposite] (14c)  **1** : being so different as to be at opposite extremes : OPPOSITE (come to the ~ conclusion) (went off in ~ directions): *also* : being opposite to or in conflict with each other (~ viewpoints)  **2** : being not in conformity with what is usual or expected (actions ~ to company policy) (~ evidence)  **3** : UNFAVORABLE — used of wind or weather  **4** : temperamentally unwilling to accept control or advice — **con·trar·i·ly** \-ˌtrer-ə-lē, -ˈtrer-\ *adv* — **con·trar·i·ness** \-ˌtrer-ē-nəs, -ˈtrer-\ *n*

**syn** CONTRARY, PERVERSE, RESTIVE, BALKY, WAYWARD mean inclined to resist authority or control. CONTRARY implies a temperamental unwillingness to accept orders or advice (a *contrary* child). PERVERSE may imply wrongheaded, determined, or cranky opposition to what is reasonable or normal (a *perverse,* intractable critic). RESTIVE suggests unwillingness or inability to submit to discipline or follow orders (tired soldiers growing *restive*). BALKY suggests a refusing to proceed in a desired direction or course of action (a *balky* witness). WAYWARD suggests strong-willed capriciousness and irregularity in behavior (a school for *wayward* youths). syn see in addition OPPOSITE

³**contrary** \*same as* ²\ *adv* (15c) : CONTRARIWISE, OPPOSITELY

**con·trary to** *prep* (14c) : in conflict with : DESPITE (*contrary to* orders, he set out alone)

¹**con·trast** \kən-ˈtrast, ˈkän-,\ *vb* [F *contraster,* fr. MF, to oppose, resist, alter, of *contortare,* fr. (assumed) VL *contrastare,* fr. L *contra-* + *stare* to stand — more at STAND] *vt* (1695) : to set off in contrast : compare or appraise in respect to differences (~ European and American manners) — often used with *to* or *with* (~ing her with other women — Victoria Sackville-West) ~ *vi* : to form a contrast  **syn** see COMPARE — **con·trast·able** \-ˈtras-tə-bəl, ˌtras-\ *adj*

²**con·trast** \ˈkän-ˌtrast\ *n* (1711)  **1 a** : juxtaposition of dissimilar elements (as color, tone, or emotion) in a work of art  **b** : degree of difference between the lightest and darkest parts of a picture  **2 a** : the difference or degree of difference between things having similar or comparable natures (the ~ between the two forms of government) **b** : comparison of similar objects to set off their dissimilar qualities : the state of being so compared (the enforced simplicity in this diary . . . is

in ~ to the intensity of his former life —*Times Lit. Supp.*)  **3** : a person or thing that exhibits differences when compared with another

**con·tras·tive** \kən-ˈtras-tiv, ˈkän-,\ *adj* (1841) : forming or consisting of contrast — **con·tras·tive·ly** *adv*

**con·trasty** \ˈkän-ˌtras-tē\ *adj* (1891) : having or producing in photography great contrast between highlights and shadows

**con·tra·vene** \ˌkän-trə-ˈvēn\ *vt* **-vened; -ven·ing** [MF *or* LL; MF *contravenir,* fr. LL *contravenire,* fr. L *contra-* + *venire* to come — more at COME] (1567)  **1** : to go or act contrary to : VIOLATE (~ a law)  **2** : to oppose in argument : CONTRADICT (~ a proposition)  **syn** see DENY — **con·tra·ven·er** *n*

**con·tra·ven·tion** \ˌkän-trə-ˈven(t)-shən\ *n* [MF, fr. LL *contravenire*] (1579) : the act of contravening : VIOLATION

**con·tre·danse** \ˈkän-trə-ˌdan(t)s, kōⁿ-trə-ˈdäⁿs\ *or* **con·tra dance** \ˈkän-trə-ˌdan(t)s\ *n* [F *contredanse,* by folk etymology fr. E *country dance*] (1803)  **1** : a folk dance in which couples face each other in two lines or in a square  **2** : a piece of music for a contredanse

**con·tre·temps** \ˈkän-trə-ˌtäⁿ, kōⁿ-trə-ˈtäⁿ\ *n, pl* **con·tre·temps** \-(ˌ)täⁿ(z)\ [F, fr. *contre-* counter- + *temps* time, fr. L *tempus*] (1769) : an inopportune or embarrassing occurrence or situation

**con·trib·ute** \kən-ˈtri-byət, -(ˌ)byüt *also* & *esp before -ed or -ing* -ˈtri-bət; *chiefly Brit also* ˈkän-trə-ˌbyüt\ *vb* **-ut·ed; -ut·ing** [L *contributus,* pp. of *contribuere,* fr. *com-* + *tribuere* to grant — more at TRIBUTE] *vt* (1530)  **1** : to give or supply in common with others  **2** : to supply (as an article) for a publication ~ *vi*  **1 a** : to give a part to a common fund or store  **b** : to play a significant part in bringing about an end or result  **2** : to submit articles to a publication — **con·trib·u·tor** \-byə-tər, -bə-, -ˌbyü-\ *n*

**con·tri·bu·tion** \ˌkän-trə-ˈbyü-shən\ *n* (14c)  **1** : a payment (as a levy or tax) imposed by military, civil, or ecclesiastical authorities usu. for a special or extraordinary purpose  **2** : the act of contributing; *also* : the thing contributed — **con·trib·u·tive** \kən-ˈtri-byə-tiv\ *adj* — **con·trib·u·tive·ly** *adv*

**con·trib·u·to·ry** \kən-ˈtri-byə-ˌtōr-ē, -ˌtȯr-\ *adj* (15c)  **1 a** : subject to a levy of supplies, money, or men  **b** : contributing to a common fund or enterprise  **2** : of, relating to, or forming a contribution

**con·trite** \ˈkän-ˌtrīt, kən-ˈ\ *adj* [ME *contrit,* fr. MF, fr. ML *contritus,* fr. L, pp. of *conterere* to grind, bruise, fr. *com-* + *terere* to rub — more at THROW] (14c)  **1** : grieving and penitent for sin or shortcoming  **2** : proceeding from contrition (~ sighs) — **con·trite·ly** *adv* — **con·trite·ness** *n*

**con·tri·tion** \kən-ˈtri-shən\ *n* (14c) : the state of being contrite : REPENTANCE  **syn** see PENITENCE

**con·tri·vance** \kən-ˈtrī-vən(t)s\ *n* (ca. 1628)  **1 a** : a thing contrived; *esp* : a mechanical device  **b** : an artificial arrangement or development  **2** : the act or faculty of contriving : the state of being contrived

**con·trive** \kən-ˈtrīv\ *vb* **con·trived; con·triv·ing** [ME *controven, contreven,* fr. MF *controver,* fr. ML *contropare* to compare, fr. L *com-* + (assumed) VL *tropare* to compose, find — more at TROUBADOUR] *vt* (14c)  **1 a** : DEVISE, PLAN (~ ways of handling the situation)  **b** : to form or create in an artistic or ingenious manner (*contrived* household utensils from stone)  **2** : to bring about by stratagem or with difficulty : MANAGE ~ *vi* : to make schemes — **con·triv·er** *n*

**con·trived** *adj* (15c) : ARTIFICIAL, LABORED

¹**con·trol** \kən-ˈtrōl\ *vt* **con·trolled; con·trol·ling** [ME *controllen,* fr. MF *contreroller,* fr. *contrerolle* copy of an account, audit, fr. ML *contrarotulus,* fr. L *contra-* + ML *rotulus* roll — more at ROLL] (15c)  **1 a** *archaic* : to check, test, or verify by evidence or experiments  **b** : to incorporate suitable controls in (a *controlled* experiment)  **2 a** : to exercise restraining or directing influence over : REGULATE  **b** : to have power over : RULE  **c** : to reduce the incidence or severity of esp. to innocuous levels (~ an insect population) (~ a disease)  **syn** see CONDUCT — **con·trol·la·bil·i·ty** \-ˌtrō-lə-ˈbi-lə-tē\ *n* — **con·trol·la·ble** \-ˈtrō-lə-bəl\ *adj* — **con·trol·la·bly** \-blē\ *adv*

²**control** *n, often attrib* (1590)  **1 a** : an act or instance of controlling; *also* : power or authority to guide or manage  **b** : skill in the use of a tool, instrument, technique, or artistic medium  **c** : the regulation of economic activity esp. by government directive — usu. used in pl. (price ~s)  **2** : RESTRAINT, RESERVE  **3** : one that controls: as  **a** (1) : an experiment in which the subjects are treated as in a parallel experiment except for omission of the procedure or agent under test and which is used as a standard of comparison in judging experimental effects — called also *control experiment*  (2) : one (as an organism, culture, or group) that is part of a control  **b** : a device or mechanism used to regulate or guide the operation of a machine, apparatus, or system  **c** : an organization that directs a spaceflight (mission ~)  **d** : a personality or spirit believed to actuate the utterances or performances of a spiritualist medium  **syn** see POWER

**con·trol·la·bil·i·ty** *see* ¹CONTROL

**con·trol·ler** \kən-ˈtrō-lər, ˈkän-,\ *n* [ME *contreroller,* fr. MF *contreroleur,* fr. *contrerolle*] (15c)  **1 a** : COMPTROLLER  **b** : COMPTROLLER **2 c** : the chief accounting officer of a business enterprise or an institution (as a college)  **2 a** : one that controls or has power or authority to control (air traffic ~)  **b** : CONTROL 3b — **con·trol·ler·ship** \-ˌship\ *n*

**controlling interest** *n* (ca. 1924) : sufficient stock ownership in a corporation to exert control over policy

**control surface** *n* (1917) : a movable airfoil designed to change the attitude of an aircraft

**con·tro·ver·sial** \ˌkän-trə-ˈvər-shəl, -ˈvər-sē-əl\ *adj* (1583)  **1** : of, relating to, or arousing controversy  **2** : given to controversy : DISPUTATIOUS — **con·tro·ver·sial·ism** \-shə-ˌli-zəm, -sē-ə-,\ *n* — **con·tro·ver·sial·ist** \-list\ *n* — **con·tro·ver·sial·ly** *adv*

**con·tro·ver·sy** \ˈkän-trə-ˌvər-sē, *Brit also* kən-ˈträ-vər-sē\ *n, pl* **-sies** [ME *controversie,* fr. L *controversia,* fr. *controversus* disputable, lit., turned against, fr. *contro-* (akin to *contra-*) + *versus,* pp. of *vertere* to turn — more at WORTH] (14c)  **1** : a discussion marked esp. by the expression of opposing views : DISPUTE  **2** : QUARREL, STRIFE

**con·tro·vert** \ˈkän-trə-ˌvərt, ˌkän-trə-ˈ\ *vt* [prob. *controversy*] *vt* (1609)  **1** : to dispute or oppose by reasoning (~ a point in a discussion) ~ *vi* : to engage in controversy — **con·tro·vert·er** \-ˌvər-tər, -ˈvər-\ *n* — **con·tro·vert·ible** \-ˌvər-tə-bəl, -ˈvər-\ *adj* — **con·tro·vert·ibly** *adv*

**con·tu·ma·cious** \ˌkän-t(ü-)ˈmā-shəs, -tyü-ᵊ, -chə-ᵊ\ *adj* (ca. 1600) : stubbornly disobedient : REBELLIOUS — **con·tu·ma·cious·ly** *adv*

**el·ver** \'el-vər\ *n* [alter. of *eelfare* (migration of eels) (ca. 1640) : a young eel

**elves** *pl of* ELF

**el·vish** \'el-vish\ *adj* (13c)   **1** : of or relating to elves   **2** : MISCHIEVOUS

**Ely·sian** \i-'li-zhən\ *adj, often cap* (1579)   **1** : of or relating to Elysium   **2** : BLISSFUL, DELIGHTFUL

**elysian fields** *n pl, often cap E* (1579) : ELYSIUM

**Ely·si·um** \i-'li-zhe-əm, -'re-\ *n, pl* **-si·ums** *or* **-sia** \-zhē-ə, -'re-\ [L, fr. Gk *Elysion*]   **1** : the abode of the blessed after death in classical mythology   **2** : PARADISE 2

**ely·tron** \'e-lə-ˌträn\ *n, pl* **-tra** \-trə\ [NL, fr. Gk. sheath, wing cover, fr. *eilyein* to roll, wrap — more at VOLUBLE] (1774) : one of the anterior wings in beetles and some other insects that serve to protect the posterior pair of functional wings

**em** \'em\ *n* (13c)   **1** : the letter *m*   **2** : the width of a piece of type about as wide as it is tall used as a unit of measure of typeset matter

**em-** — see EN-

**¹em** \ˈem; *often* p,b,f, *or* v *often* 'm\ *pron* [ME *hem*, fr. OE *him*, *hem*, dat. pl. of *hē* *he*] (bef. 12c) : THEM

**ema·ci·ate** \i-'mā-shē-ˌāt\ *vb* **-at·ed; -at·ing** [L *emaciatus*, pp. of *emaciare*, fr. *e-* + *macies* leanness, fr. *macer* lean — more at MEAGER] *vt* (1646)   **1** : to waste away physically  ∼ *vi*   **1** : to cause to lose flesh so as to become very thin   **2** : to make feeble — **ema·ci·a·tion** \-ˌmā-s(h)ē-'ā-shən\ *n*

**E–mail** \'ē-ˌmāl\ *n* (1982) : ELECTRONIC MAIL *also* : a message sent by electronic mail — **e–mail** *vb* — **e–mail·er** \-ˌmā-lər\ *n*

**emalangeni** *pl of* LILANGENI

**em·a·nate** \'e-mə-ˌnāt\ *vb* **-nat·ed; -nat·ing** [L *emanatus*, pp. of *emanare*, fr. *e-* + *manare* to flow] *vi* (1756)   **1** : to come out from a source  ∼ *vt* : EMIT   **syn** see SPRING

**em·a·na·tion** \ˌe-mə-'nā-shən\ *n* (1570)   **1 a** : the action of emanating   **b** : the origination of the world by a series of hierarchically descending radiations from the Godhead through intermediate stages to matter   **2 a** : something that emanates or is produced by emanation : EFFLUENCE   **b** : an isotope of radon produced by radioactive disintegration (radium ∼) — **em·a·na·tive** \'e-mə-ˌnā-tiv\ *adj*

**eman·ci·pate** \i-'man(t)-sə-ˌpāt\ *vt* **-pat·ed; -pat·ing** [L *emancipatus*, pp. of *emancipare*, fr. *e-* + *mancipare* to transfer ownership of, fr. *mancip-, manceps* contractor, fr. *manus* hand + *capere* to take — more at MANUAL, HEAVY] (1613)   **1** : to free from restraint, control, or the power of another: *esp* : to free from bondage   **2** : to release from paternal care and responsibility and make sui juris   **3** : to free from any controlling influence (as traditional mores or beliefs)   **syn** see FREE — **eman·ci·pa·tor** \-ˌpā-tər\ *n*

**eman·ci·pa·tion** \i-ˌman(t)-sə-'pā-shən\ *n* (1631) : the act or process of emancipating — **eman·ci·pa·tion·ist** \-sh(ə-)nist\ *n*

**emar·gin·ate** \(ˌ)ē-'mär-jə-nət, -ˌnāt\ *adj* [L *emarginatus*, pp. of *emarginare* to deprive of a margin, fr. *e-* + *margin-, margo* margin] (1794) : having the margin notched — **emar·gin·a·tion** \ˌē-ˌmär-jə-'nā-shən\ *n*

**emas·cu·late** \i-'mas-kyə-ˌlāt\ *vt* **-lat·ed; -lat·ing** [L *emasculatus*, pp. of *emasculare*, fr. *e-* + *masculus* male — more at MALE] (1607)   **1** : to deprive of strength, vigor, or spirit : WEAKEN   **2** : to deprive of virility or procreative power : CASTRATE   **3** : to remove the androecium of (a flower) in the process of artificial cross-pollination   **syn** see UNNERVE — **emas·cu·late** \-lət\ *adj* — **emas·cu·la·tion** \ˌmas-kyə-'lā-shən\ *n* — **emas·cu·la·tor** \'mas-kyə-ˌlā-tər\ *n*

**em·balm** \im-'bä(l)m, *NewEng also* -'bäm\ *vt* [ME *embaumen*, fr. MF *embaumer*, fr. OF *embasmer*, fr. *en-* + *basme* balm — more at BALM] (14c)   **1** : to treat (a dead body) so as to protect from decay   **2** : to fill with sweet odors : PERFUME   **3** : to protect from decay or oblivion : PRESERVE   **4** : to fix in a static condition — **em·balm·er** *n* — **em·balm·ment** \-'bäm-\ *n*

**em·bank** \im-'baŋk\ *vt* (1576) : to enclose or confine by an embankment

**em·bank·ment** \-mənt\ *n* (1786)   **1** : a raised structure to hold back water or to carry a roadway   **2** : the action of embanking

**em·bar·ca·de·ro** \(ˌ)em-ˌbär-kə-'der-(ˌ)ō\ *n, pl* **-ros** [Sp, fr. *embarcado*, pp. of *embarcar* to embark, fr. *en-* (fr. L *in-*) + *barca* bark, fr. LL] (1846) *West* : a landing place esp. on an inland waterway

**¹em·bar·go** \im-'bär-(ˌ)gō\ *n, pl* **-goes** [Sp, fr. *embargar* to bar, fr. (assumed) VL *imbarricare*, fr. L *in-* + (assumed) VL *barra* bar] (1593)   **1** : an order of a government prohibiting the departure of commercial ships from its ports   **2** : a legal prohibition on commerce ⟨an ∼ on arms shipments⟩   **3** : STOPPAGE, IMPEDIMENT, *esp* : PROHIBITION ⟨I lay no ∼ on anybody's words —Jane Austen⟩   **4** : an order by a common carrier or public regulatory agency prohibiting or restricting freight transportation

**²embargo** *vt* **-goed; -go·ing** (1755) : to place an embargo on

**em·bark** \im-'bärk\ *vb* [MF *embarquer*, fr. OProv *embarcar*, fr. *en-* (fr. L *in-*) + *barca* bark] *vi* (1533)   **1** : to go on board a vehicle for transportation   **2** : to make a start ⟨∼*ed* on a new career⟩  ∼ *vt*   **1** : to cause to go on board (as a boat or airplane)   **2** : to engage, enlist, or invest in an enterprise — **em·bar·ka·tion** \ˌem-ˌbär-'kā-shən, -bər-\ *n* — **em·bark·ment** \im-'bärk-mənt\ *n*

**em·bar·rass** \im-'bar-əs\ *vt* [F *embarrasser*, fr. Sp *embarazar*, fr. Pg *embaraçar*, fr. *em-* (fr. L *in-*) + *baraço* noose] (1672)   **1 a** : to place in doubt, perplexity, or difficulties   **b** : to involve in financial difficulties   **c** : to cause to experience a state of self-conscious distress ⟨bawdy stories ∼*ed* him⟩   **2 a** : to hamper the movement of   **b** : HINDER, IMPEDE   **3** : to make intricate : COMPLICATE   **4** : to impair the activity (of a bodily function) or the function of (a bodily part) ⟨digestion ∼*ed* by overeating⟩ — **em·bar·rass·able** \-ə-sə-bəl\ *adj*

**syn** EMBARRASS, DISCOMFIT, ABASH, DISCONCERT, RATTLE mean to distress by confusing or confounding. EMBARRASS implies some influence that impedes thought, speech, or action ⟨*embarrassed* to admit that she liked the movie⟩. DISCOMFIT implies a hampering or frustrating accompanied by confusion ⟨hecklers *discomfited* the speaker⟩. ABASH presupposes some initial self-confidence that receives a sudden check, producing shyness, shame, or a feeling of inferiority ⟨*abashed* by her swift and cutting retort⟩. DISCONCERT implies an upsetting of equanimity or assurance producing uncertainty or hesitancy ⟨*disconcerted* by finding so many in attendance⟩. RATTLE implies an agitation that impairs thought and judgment ⟨*rattled* by all the television cameras⟩.

**em·bar·rassed·ly** \-əst-lē, -ə-səd-lē\ *adv* (1883) : with embarrassment

**em·bar·rass·ing·ly** \-ə-siŋ-lē\ *adv* (ca. 1864) : to an embarrassing degree : so as to cause embarrassment

**em·bar·rass·ment** \im-'bar-ə-smənt\ *n* (1729)   **1 a** : something that embarrasses : IMPEDIMENT   **b** : an excessive quantity from which to select — used esp. in the phrase *embarrassment of riches*   **2** : the state of being embarrassed: as   **a** : confusion or disturbance of mind   **b** : difficulty arising from the want of money to pay debts   **c** : difficulty in functioning as a result of disease ⟨cardiac ∼⟩

**em·bas·sage** \'em-bə-sij\, *n* (1526)   **1** : the message or commission entrusted to an ambassador   **2** *archaic* : EMBASSY

**em·bas·sy** \'em-bə-sē\, *n, pl* **-sies** [MF *ambasse*, ultim. of Gmc origin; akin to OHG *ambaht* service] (1534)   **1** : a body of diplomatic representatives; *specif* : one headed by an ambassador   **2 a** : the function or position of an ambassador   **b** : a mission abroad undertaken officially esp. by an ambassador   **3** : EMBASSAGE 1   **4** : the official residence and offices of an ambassador

**em·bat·tle** \im-'ba-t⁾l\ *vt* **em·bat·tled; em·bat·tling** \-'bat-liŋ, -t⁾l-iŋ\ [ME *embatailen*, fr. MF *embatailler*, fr. *en-* + *bataille* to battle] (14c)   **1** : to arrange in order of battle : prepare for battle   **2** : FORTIFY

**em·bat·tled** *adj* (15c)   **1 a** : ready to fight : prepared to give battle ⟨here once the ∼ farmers stood —R. W. Emerson⟩   **b** : engaged in battle, conflict, or controversy ⟨an ∼ official accused of extortion⟩   **2 a** : being a site of battle, conflict, or controversy ⟨the ∼ capital⟩   **b** : characterized by conflict or controversy ⟨an ∼ ratings system⟩

**em·bat·tle·ment** \-'ba-t⁾l-mənt\ *n* (15c)   **1** : BATTLEMENT   **2** : the state of being embattled

**em·bay** \im-'bā\ *vt* (1582) : to trap or catch in or as if in a bay ⟨an ∼*ed* sailing ship⟩

**em·bay·ment** \-'bā-mənt\ *n* (1815)   **1** : formation of a bay   **2** : a bay or a conformation resembling a bay

**Em·den** \'em-dən\ *n* [*Emden*, Germany] (1903) : a breed of large white domestic geese with an orange bill and deep orange shanks and toes

**em·bed** \im-'bed\ *vb* **em·bed·ded; em·bed·ding** *vt* (ca. 1794)   **1 a** : to enclose closely in or as if in a matrix ⟨fossils *embedded* in stone⟩   **b** : to make something an integral part of ⟨the prejudices *embedded* in our language⟩   **c** : to prepare (a microscopy specimen) for sectioning by infiltrating with and enclosing in a supporting substance   **2** : to surround closely ⟨a sweet pulp ∼ the plum seed⟩  ∼ *vi* : to become embedded — **em·bed·ment** \-'bed-mənt\ *n*

**em·bed·ded** \im-'be-dəd\ *adj* (1961) : occurring as a grammatical constituent (as a verb phrase or clause) within a like constituent — **em·bed·ding** \-diŋ\ *n*

**em·bel·lish** \im-'be-lish\ *vt* [ME, fr. MF *embeliss-*, stem of *embelir*, fr. *en-* + *bel* beautiful — more at BEAUTY] (14c)   **1** : to make beautiful with ornamentation : DECORATE   **2** : to heighten the attractiveness of by adding ornamental details : ENHANCE ⟨∼*ed* our account of the trip⟩   **syn** see ADORN — **em·bel·lish·er** *n*

**em·bel·lish·ment** \-lish-mənt\ *n* (1591)   **1** : the act or process of embellishing   **2** : something serving to embellish : ORNAMENT 5

**em·ber** \'em-bər\ *n* [ME *eymere*, fr. ON *eimyrja*; akin to OE *ǣmerge* ashes, L *urere* to burn] (14c)   **1** : a glowing fragment (as of coal) from a fire: *esp* : one smoldering in ashes   **2** *pl* : the smoldering remains of a fire   **3** *pl* : slowly dying or fading emotions, memories, ideas, or responses still capable of being revived

**ember day** \'em-bər-\, *n* [ME, fr. OE *ymbrendæg*, fr. *ymbrene* circuit, anniversary + *dæg* day] (bef. 12c) : a Wednesday, Friday, or Saturday following the first Sunday in Lent, Whitsunday, September 14, or December 13 set apart for fasting and prayer in Western churches

**em·be·zzle** \im-'be-zəl\, *vt* **em·be·zzled; em·be·zzling** \-(ə-)liŋ\ [ME *embesilen*, fr. AF *embesiller*, fr. MF *en-* + *besiller* to destroy] (15c)   : to appropriate (as property entrusted to one's care) fraudulently to one's own use — **em·be·zzle·ment** \-zəl-mənt\ *n* — **em·be·zzler** \-z(ə-)lər\ *n*

**em·bit·ter** \im-'bi-tər\ *vt* (15c)   **1** : to excite bitter feelings in   **2** : to make bitter — **em·bit·ter·ment** \-mənt\ *n*

**em·blaze** \im-'blāz\ *vt* (1633)   **1** : to illuminate esp. by a blaze   **2** : to set ablaze

**²emblaze** *vt* **em·blazed; em·blaz·ing** [*en-* + *blaze* (to blazon)] (1593)   **1** *archaic* : EMBLAZON 1   **2** : to adorn sumptuously ⟨with gems and golden luster rich *emblazed* —John Milton⟩

**em·bla·zon** \im-'blā-z⁾n\ *vt* **em·bla·zoned; em·bla·zon·ing** \-'blāz-niŋ, -'blā-z⁾n-iŋ\ (1589)   **1 a** : to inscribe or adorn with or as if with heraldic bearings or devices   **b** : to inscribe (as heraldic bearings) on a surface   **2** : CELEBRATE, EXTOL ⟨have his ... deeds ∼*ed* by a poet —Thomas Nash⟩ — **em·bla·zon·er** \-'blāz-nər, -z⁾n-ər\ *n* — **em·bla·zon·ment** \-'blā-z⁾n-mənt\ *n*

**em·bla·zon·ry** \-z⁾n-rē\ *n* (1667)   **1** : emblazoned figures : brilliant decoration   **2** : the act or art of emblazoning

**¹em·blem** \'em-bləm\ *n* [ME, fr. L *emblema* inlaid work, fr. Gk *emblēmat-, emblēma*, fr. *emballein* to insert, fr. *en-* + *ballein* to throw — more at DEVIL] (15c)   **1** : a picture with a motto or set of verses intended as a moral lesson   **2** : an object or the figure of an object symbolizing and suggesting another object or an idea   **3 a** : a symbolic object used as a heraldic device   **b** : a device, symbol, or figure adopted and used as an identifying mark

**²emblem** *vt* (1584) : EMBLEMATIZE

**em·blem·at·ic** \ˌem-blə-'ma-tik\ *also* **em·blem·at·i·cal** \-ti-kəl\ *adj* (1645) : of, relating to, or constituting an emblem : SYMBOLIC, REPRESENTATIVE — **em·blem·at·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**em·blem·a·tize** \em-'ble-mə-ˌtīz\, *vt* **-tized; -tiz·ing** (1615) : to represent by or as if by an emblem : SYMBOLIZE

**em·ble·ments** \'em-blə-mən(t)s\ *n pl* [ME *emblayment*, fr. MF *emblaement*, fr. *emblaer* to sow with grain, fr. *en-* + *blé* grain, of Gmc origin; akin to OE *blǣd* fruit, growth, leaf — more at BLADE] (15c) : crops from annual cultivation legally belonging to the tenant

**em·bodi·ment** \im-'bä-di-mənt\ *n* (1828)   **1** : one that embodies something ⟨the ∼ of all our hopes⟩   **2** : the act of embodying : the state of being embodied

**em·body** \im-'bä-dē\ *vt* **em·bod·ied; em·body·ing** (ca. 1548)   **1** : to give a body to (a spirit) : INCARNATE   **2 a** : to deprive of spirituality   **b** : to make concrete and perceptible   **3** : to cause to become a body or part of a body : INCORPORATE   **4** : to represent in human or animal

²**-en** *vb suffix* [ME *-nen,* fr. OE *-nian;* akin to OHG *-inōn -en*] **1 a** : cause to be ⟨*sharpen*⟩  **b** : cause to have ⟨*lengthen*⟩  **2 a** : come to be ⟨*steepen*⟩  **b** : come to have ⟨*frighten*⟩

**en·a·ble** \i-'nā-bəl\ *vt* **en·abled; en·abling** \-b(ə-)liŋ\ (15c)  **1 a** : to provide with the means or opportunity ⟨training that ~s people to earn a living⟩  **b** : to make possible, practical, or easy  **c** : to cause to operate  **d** : to give legal power, capacity, or sanction to ⟨a law *enabling* admission of a state⟩

**en·a·bler** \i-'nā-blər, -b'l-ər\ *n* (1615) : one that enables another to achieve an end; *esp* : one who enables another to persist in self-destructive behavior (as substance abuse) by providing excuses or by helping that individual avoid the consequences of such behavior

**en·act** \i-'nakt\ *vt* (15c)  **1** : to establish by legal and authoritative act; *specif* : to make (as a bill) into law  **2** : ACT OUT ⟨~ a role⟩ — **en·ac·tor** \-'nak-tər\ *n*

**en·act·ment** \-'nak(t)-mənt\ *n* (1817)  **1** : the act of enacting : the state of being enacted  **2** : something (as a law) that has been enacted

**¹enam·el** \i-'na-məl\ *vt* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** \-mə-liŋ, -'na-ma-\ [ME, fr. MF *enamailler,* fr. *en-* + *esmail* enamel, of Gmc origin; akin to OHG *smelzan* to melt — more at SMELT] (14c)  **1** : to cover, inlay, or decorate with enamel  **2** : to beautify with a colorful surface  **3** : to form a glossy surface on (as paper, leather, or cloth) — **enam·el·er** *n* — **enam·el·ist** \-mə-list\ *n*

**²enamel** *n* (15c)  **1** : a usu. opaque vitreous composition applied by fusion to the surface of metal, glass, or pottery  **2** : a surface or outer covering that resembles enamel  **3 a** : something that is enamel in nature : ENAMELWARE  **4** : a cosmetic intended to give a smooth or glossy appearance  **5** : a hard calcareous substance that forms a thin layer capping the teeth — see TOOTH illustration  **6** : a paint that flows out to a smooth coat when applied and that dries with a glossy appearance — **enam·el·ware** \i-'na-məl-,war, -,werl\ *n* (1903) : metalware (as kitchen utensils) coated with enamel

**en·amine** \'e-nə-,mēn, 'ē-\ *n* (1942) : an amine containing the double bond linkage C=C—N

**en·am·or** \i-'na-mər\ *vt* **-ored; -or·ing** \-mə-riŋ, -'nam-riŋ\ [ME *enamouren,* fr. MF *enamourer,* fr. *en-* + *amour* love — more at AMOUR] (14c)  **1** : to inflame with love — usu. used in the passive with *of*  **2** : FASCINATE 2b — usu. used in the passive with *of* or *with*

**en·am·our** *chiefly Brit var of* ENAMOR

**en·an·tio·mer** \i-'nan-tē-ə-mər\ *n* [Gk *enantios* + E *-mer*] (ca. 1929) : either of a pair of chemical compounds whose molecular structures have a mirror-image relationship to each other — **en·an·tio·mer·ic** \-,nan-tē-ə-'mer-ik\ *adj*

**en·an·tio·morph** \i-'nan-tē-ə-,mórf\ *n* [Gk *enantios* opposite (fr. *enanti* facing, fr. *en* in + *anti* against) + ISV *-morph -morph*] (1885) : ENANTIOMER; *also* : either of a pair of crystals (as of quartz) that are structural mirror images — **en·an·tio·mor·phic** \-,nan-tē-ə-'mor-fik\ *adj* — **en·an·tio·mor·phism** \-'mór-,fi-zəm\ *n* — **en·an·tio·mor·phous** \-'mór-fəs\ *adj*

**en·a·tion** \i-'nā-shən\ *n* [L *enatus,* pp. of *enasci* to rise out of, fr. *e-* + *nasci* to be born — more at NATION] (ca. 1842) : an outgrowth from the surface of an organ (a plant virus forming ~s on leaves)

**en banc** \ä⁰-'bäⁿk\ *adv or adj* [F, on the bench] (1863) : in full court : with full judiciary authority

**en bloc** \ä⁰-'bläk\ *adv or adj* [F] (1861) : as a whole : in a mass

**en bro·chette** \,äⁿ-brō-'shet\ *adj* [F] (ca. 1909) : of food : cooked or served on a skewer ⟨shrimp *en brochette*⟩

**en·cae·nia** \en-'sē-nyə\ *n pl but sing in constr, often cap* [NL, fr. L, dedication festival, fr. Gk *enkainia,* fr. *en* + *kainos* new — more at RECENT] (1691) : an annual university ceremony (as at Oxford) of commemoration with recital of poems and essays and conferring of degrees

**en·cage** \in-'kāj, en-\ *vt* (1593) : CAGE 1

**en·camp** \in-'kamp, en-\ *vb* (1568)  **1** : to place or establish in a camp ~ *vi* : to set up or occupy a camp

**en·camp·ment** \-mənt\ *n* (1598)  **1 a** : the place where a group (as a body of troops) is encamped  **b** : the individuals that make up an encampment  **2** : the act of encamping : the state of being encamped

**en·cap·su·late** \in-'kap-sə-,lāt, en-\ *vb* **-lat·ed; -lat·ing** *vt* (1876)  **1** : to enclose in or as if in a capsule (a pilot *encapsulated* in the cockpit)  **2** : EPITOMIZE, SUMMARIZE ⟨~ an era in an aphorism⟩ ~ *vi* : to become encapsulated — **en·cap·su·la·tion** \-,kap-sə-'lā-shən\ *n*

**en·cap·su·lat·ed** *adj* (1894)  **1** : surrounded by a gelatinous or membranous envelope ⟨~ water bacteria⟩  **2** : CONDENSED

**en·cap·sule** \in-'kap-səl, -,(s)ül. en-\ *vt* **-suled; -sul·ing** (1877) : EN-CAPSULATE

**en·case** \in-'kās, en-\ *vt* (1633) : to enclose in or as if in a case

**en·case·ment** \in-'kā-smant. en-\ *n* (1741) : the act or process of encasing : the state of being encased; *also* : CASE COVERING

**en·cash** \in-'kash, en-\ *vt* (1861) *Brit* : CASH — **en·cash·able** \-'ka-sha-bəl\ *adj, chiefly Brit* — **en·cash·ment** \-mənt\ *n, chiefly Brit*

**en·caus·tic** \in-'kó-stik\ *n* [*encaustic,* adj., fr. L *encausticus,* fr. Gk *enkaustikos,* fr. *enkaiein* to burn in, fr. *en-* + *kaiein* to burn] (1601)  **1** : a paint made from pigment mixed with melted beeswax and resin and after application fixed by heat  **2** : the method involving the use of encaustic; *also* : a work produced by this method — **encaustic** *adj*

**-ence** \an(t)s, ᵊn(t)s\ *n suffix* [ME, fr. OF, fr. L *-entia,* fr. *-ent-, -ens,* prp. ending + *-ia -y*]  **1** : action or process ⟨*emergence*⟩ : instance of an action or process ⟨*reference*⟩  **2** : quality or state ⟨*despondence*⟩

**¹en·ceinte** \äⁿ(n)-'sant\ *adj* [MF, perh. fr. (assumed) VL *incenta,* alter. of L *incient-, inciens* being with young, modif. of Gk *enkyos* pregnant, fr. *en-* + *kyein* to be pregnant — more at CYME] (1599) : PREGNANT 1

**²enceinte** *n* [F, fr. OF, enclosing wall, fr. *enceindre* to surround, fr. L *incingere* to gird, fr. *in-* + *cingere* to gird — more at CINCTURE] (ca. 1708) : a line of fortification enclosing a castle or town; *also* : the area so enclosed

**encephal-** *or* **encephalo-** *comb form* [F *encéphal-,* fr. Gk *enkephal-,* fr. *enkephalos,* fr. *en-* + *kephalē* head — more at CEPHALIC] : brain ⟨*encephalitis*⟩ ⟨*encephalogram*⟩⟨*encephalo*)ocarditis)

**en·ceph·a·li·tis** \in-,se-fə-'lī-təs\ *n, pl* **-lit·i·des** \-'li-tə-,dēz\ (1843)  **1** : inflammation of the brain — **en·ceph·a·lit·ic** \-'li-tik\ *adj*

**en·ceph·a·li·to·gen·ic** \in-,se-fə-,li-tō-'je-nik\ *adj* (1952) : tending to cause encephalitis ⟨an ~ virus⟩ — **en·ceph·a·li·to·gen** \-'li-tə-jən, -,jen\ *n*

**en·ceph·a·lo·gram** \in-'se-fə-lə-,gram\ *n* (1928) : an X-ray picture of the brain made by encephalography

**en·ceph·a·lo·graph** \-,graf\ *n* (1928)  **1** : ENCEPHALOGRAM  **2** : ELECTROENCEPHALOGRAPH

**en·ceph·a·log·ra·phy** \in-,se-fə-'lä-gra-fē\ *n* (1922) : roentgenography of the brain after the cerebrospinal fluid has been replaced by a gas (as air)

**en·ceph·a·lo·my·eli·tis** \in-,se-fə-lō-,mī-ə-'lī-təs\ *n, pl* **-elit·i·des** \-ə-'li-tə-,dēz\ [NL] (1908) : concurrent inflammation of the brain and spinal cord; *specif* : any of several virus diseases of horses

**en·ceph·a·lo·myo·car·di·tis** \-,mī-ə-kär-'dī-təs\ *n* [NL] (1947) : an acute febrile virus disease characterized by degeneration and inflammation of skeletal and cardiac muscles and lesions of the central nervous system

**en·ceph·a·lon** \in-'se-fə-,län, -lən\ *n, pl* **-la** \-lə\ [NL, fr. Gk *enkephalos*] (1741) : the vertebrate brain

**en·ceph·a·lop·a·thy** \in-,se-fə-'lä-pə-thē\ *n* (1866) : a disease of the brain; *esp* : one involving alterations of brain structure — **en·ceph·a·lo·path·ic** \-,lə-'pa-thik\ *adj*

**en·chain** \in-'chān\ *vt* [ME *encheynen,* fr. MF *enchainer,* fr. OF, fr. *en-* + *chaine* chain] (14c) : to bind or hold with or as if with chains — **en·chain·ment** \-mənt\ *n*

**en·chant** \in-'chant, en-\ *vt* [ME, fr. MF *enchanter,* fr. L *incantare,* fr. *in-* + *cantare* to sing — more at CHANT] (14c)  **1** : to influence by or as if by charms and incantation : BEWITCH  **2** : to attract and move deeply : rouse to ecstatic admiration ⟨the scene ~*ed* her to the point of tears —Elinor Wylie⟩  *syn* see ATTRACT

**en·chant·er** *n* (13c) : one that enchants; *esp* : SORCERER

**en·chant·ing** *adj* (1606) : CHARMING — **en·chant·ing·ly** \-'chan-tiŋ-lē\ *adv*

**en·chant·ment** \in-'chant-mənt, en-\ *n* (13c)  **1 a** : the act or art of enchanting  **b** : the quality or state of being enchanted  **2** : something that enchants

**en·chant·ress** \in-'chan-trəs, en-\ *n* (14c)  **1** : a woman who practices magic : SORCERESS  **2** : a fascinating woman

**en·chase** \in-'chās\ *vt* [ME, to emboss, fr. MF *enchasser* to enshrine, set, fr. *en-* + *chasse* reliquary, fr. L *capsa* case — more at CASE] (15c)  **1** : ORNAMENT-as  **a** : to cut or carve in relief  **b** : INLAY  **2** : SET 17b

**en·chi·la·da** \,en-chə-'lä-də\ *n* [AmerSp, fr. fem. of *enchilado,* pp. of *enchilar* to season with chili, fr. Sp *en-* fen- + *chile* chili] (1887)  **1** : a rolled filled tortilla covered with chili sauce and usu. baked  **2** : SCHMEAR, BALL OF WAX ⟨the whole ~⟩

**en·chi·rid·i·on** \,en-,kī-'ri-dē-ən, -,ki-\ *n, pl* **-rid·ia** \-dē-ə\ [LL, fr. Gk *encheiridion,* fr. *en* in + *cheir* hand — more at IN. CHIR-] (15c) : HANDBOOK, MANUAL

**-en·chy·ma** \ɘŋ-kə-mə\ *n comb form, pl* **en·chy·ma·ta** \en-'ki-mə-tə, -ki-mə-\ *or* **enchymas** [NL, fr. *parenchyma*] : cellular tissue ⟨*collenchyma*⟩

**en·ci·pher** \in-'sī-fər, en-\ *vt* (1577) : to convert (a message) into cipher — **en·ci·pher·er** \-fər-ər\ *n* — **en·ci·pher·ment** \-fər-mənt\ *n*

**en·cir·cle** \in-'sər-kal, en-\ *vt* [ME *enserclen*] (15c)  **1** : to form a circle around  **2** : to pass completely around — **en·cir·cle·ment** \-mənt\ *n*

**en clair** \äⁿ-'kler\ *adv or adj* [F, in clear] (ca. 1897) : in plain language ⟨a message sent *en clair*⟩

**en·clasp** \in-'klasp, en-\ *vt* (1596) : to seize and hold : EMBRACE

**en·clave** \'en-,klāv; -'klä-,kläv, -'äⁿ-\ *n* [F, fr. MF, fr. *enclaver* to enclose, fr. (assumed) VL *inclavare* to lock up, fr. L *in-* + *clavis* key — more at CLAVICLE] (1868) : a distinct territorial, cultural, or social unit enclosed within or as if within foreign territory ⟨ethnic ~s⟩

**en·clit·ic** \en-'kli-tik\ *n* [LL *encliticus,* fr. Gk *enklitikos,* fr. *enklinesthai* to lean on, fr. *en-* + *klinein* to lean — more at LEAN] (ca. 1663) : a clitic that is associated with a preceding word — **enclitic** *adj*

**en·close** \in-'klōz, en-\ *vt* [ME, prob. fr. *enclos* enclosed, fr. MF, pp. of *enclore* to enclose, fr. (assumed) VL *includere,* alter. of L *includere* — more at INCLUDE] (14c)  **1 a** (1) : to close in : SURROUND ⟨~ a porch with glass⟩  (2) : to fence off (common land) for individual use  **b** : to hold in : CONFINE  **2** : to include along with something else in a parcel or envelope ⟨a check is *enclosed* herewith⟩

**en·clo·sure** \in-'klō-zhər, en-\ *n* (15c)  **1** : the act or action of enclosing : the quality or state of being enclosed  **2** : something that encloses  **3** : something enclosed ⟨a letter with two ~s⟩

**en·code** \in-'kōd, en-\ *vt* (ca. 1919)  **1** : to convert (as a body of information) from one system of communication into another; *esp* : to convert (a message) into code  **2** : to specify the genetic code for -- **en·cod·er** *n*

**en·co·mi·ast** \en-'kō-mē-,ast, -mē-əst\ *n* [Gk *enkōmiastēs,* fr. *enkōmiazein* to praise, fr. *enkōmion*] (1610) : one that praises : EULOGIST — **en·co·mi·as·tic** \-,kō-mē-'as-tik\ *adj*

**en·co·mi·um** \en-'kō-mē-əm\ *n, pl* **-mi·ums** *or* **-mia** \-mē-ə\ [L, fr. Gk *enkōmion,* fr. *en* in + *kōmos* revel, celebration] (1589) : glowing and warmly enthusiastic praise; *also* : an expression of this

*syn* ENCOMIUM, EULOGY, PANEGYRIC, TRIBUTE, CITATION mean a formal expression of praise. ENCOMIUM implies enthusiasm and warmth in praising a person or a thing. EULOGY applies to a prepared speech or writing extolling the virtues and services of a person. PANEGYRIC suggests an elaborate often poetic compliment. TRIBUTE implies deeply felt praise conveyed either through words or through a significant act. CITATION applies to the formal praise accompanying the mention of a person in a military dispatch or in awarding an honorary degree.

**en·com·pass** \in-'kəm-pəs, en- *also* -'käm-\ *vt* [ME] (14c)  **1 a** : to form a circle about : ENCLOSE  **b** obs : to go completely around  **2 a** : ENVELOP  **b** : INCLUDE ⟨a plan that ~s a number of aims⟩  **3** : BRING ABOUT, ACCOMPLISH ⟨~ a task⟩ — **en·com·pass·ment** \-mənt\ *n*

**en·core** \'äⁿ-,kór, -,kór *also* 'än-\ *n* [F, still, again] (1712) : a demand for repetition or reappearance made by an audience; *also* : a reappearance or additional performance in response to such a demand

**²encore** *vt or encored; en·cor·ing* (1748) : to request an encore of or by

**¹en·coun·ter** \in-'kaun-tər, en-\ *vb* **en·coun·tered; en·coun·ter·ing** \-'kaun-t(ə-)riŋ\ [ME *encountren,* fr. MF *encontrer,* fr. ML *incontrare,* fr. LL *incontra* toward, fr. L *in-* + *contra* against — more at COUNTER] *vt* (14c)  **1 a** : to meet as an adversary or enemy  **b** : to engage in conflict with  **2** : to come upon face-to-face  **3** : to come upon esp. unexpectedly ~ *vi* : to meet esp. by chance

**²encounter** *n* (14c)  **1 a** : a meeting esp. between hostile factions or persons  **b** : a sudden often violent clash : COMBAT  **2 a** : a chance

**1196    synchronisation ● synod**

and esp. psychic events (as similar thoughts in widely separated persons or a mental image of an unexpected event before it happens) that seem related but are not explained by conventional mechanisms of causality — used esp. in the psychology of C. G. Jung

**syn·chro·ni·sa·tion, syn·chro·nise** *Brit var of* SYNCHRONIZATION, SYNCHRONIZE

**syn·chro·nism** \'siŋ-krəˌ-ni-zəm, 'sin-\ *n* (1588) **1 :** the quality or state of being synchronous **:** SIMULTANEOUSNESS **2 :** chronological arrangement of historical events and personages so as to indicate coincidence or coexistence; *also* **:** a table showing such concurrences — **syn·chro·nis·tic** \siŋ-krə-'nis-tik, sin-\ *adj*

**syn·chro·ni·za·tion** \siŋ-krə-nə-'zā-shən, sin-\ *n* (1828) **1 :** the act or result of synchronizing **2 :** the state of being synchronous

**syn·chro·nize** \'siŋ-krə-ˌnīz, 'sin-\ *vb* **-nized; -niz·ing** *vi* (ca. 1624) **:** to happen at the same time — *vt* **1 :** to represent or arrange (events) to indicate coincidence or coexistence **2 :** to make synchronous in operation **3 :** to make (motion picture sound) exactly simultaneous with the action — **syn·chro·niz·er** *n*

**synchronized swimming** *n* (1950) **:** swimming in which the movements of one or more swimmers are synchronized with a musical accompaniment so as to form changing patterns

**syn·chro·nous** \'siŋ-krə-ˌbəs, 'sin-\ *adj* [LL *synchronos*, fr. Gk, fr. *syn-* + *chronos* time] (1669) **1 :** happening, existing, or arising at precisely the same time **2 :** recurring or operating at exactly the same periods **3 :** involving or indicating synchronism **4 :** a **:** having the same period; *also* **:** having the same period and phase **b :** GEOSTATIONARY **5 :** of, used in, or being digital communication (as between computers) in which a common timing signal is established that dictates when individual bits can be transmitted, in which characters are not individually delimited, and which allows for very high rates of data transfer *also see* CONTEMPORARY — **syn·chro·nous·ly** *adv* — **syn·chro·nous·ness** *n*

**synchronous motor** *n* (1897) **:** an electric motor having a speed strictly proportional to the frequency of the operating current

**syn·chro·ny** \'siŋ-krə-nē, 'sin-\ *n, pl* **-nies** (1848) **:** synchronistic occurrence, arrangement, or treatment

**syn·chro·scope** \-ˌskōp\ *n* (1907) **:** any of several devices for showing whether two associated machines or moving parts are operating in synchronism with each other

**syn·chro·tron** \'siŋ-krə-ˌträn, 'sin-\ *n* (1945) **1 :** an apparatus for imparting very high speeds to charged particles by means of a combination of a high-frequency electric field and a low-frequency magnetic field **2 :** SYNCHROTRON RADIATION

**synchrotron radiation** *n* [fr. its having been first observed in a synchrotron] (1956) **:** radiation emitted by high-energy charged relativistic particles (as electrons) when they are accelerated by a magnetic field (as in a nebula)

**syn·cli·nal** \(ˌ)sin-'klī-n²l\ *adj* [Gk *syn-* + *klinein* to lean — more at LEAN] (1833) **1 :** inclined down from opposite directions so as to meet **2 :** having or relating to a folded rock structure in which the sides dip toward a common line or plane

**syn·cline** \'sin-ˌklīn\ *n* [back-formation fr. *synclinal*] (1873) **:** a trough of stratified rock in which the beds dip toward each other from either side — compare ANTICLINE



cross section of strata showing syncline

**syn·co·pate** \'siŋ-kə-ˌpāt, 'sin-\ *vt* **-pat·ed; -pat·ing** (1605) **1 :** to shorten or produce by syncope (*~ suppose* to *s'pose*) **b :** to cut short **:** CLIP, ABBREVIATE **2 :** to modify or affect (musical rhythm) by syncopation — **syn·co·pa·tor** \-ˌpā-tər\ *n*

**syncopated** *adj* (1665) **1 :** cut short **:** ABBREVIATED **2 :** marked by or exhibiting syncopation (*~ rhythm*)

**syn·co·pa·tion** \ˌsiŋ-kə-'pā-shən, ˌsin-\ *n* (1597) **1 :** a temporary displacement of the regular metrical accent in music caused typically by stressing the weak beat **2 :** a syncopated rhythm, passage, or dance step — **syn·co·pa·tive** \'siŋ-kə-ˌpā-tiv, 'sin-\ *adj*

**syn·co·pe** \'siŋ-kə-(ˌ)pē, 'sin-\ *n* [LL, fr. Gk *synkopē*, lit., cutting short, fr. *synkoptein* to cut short, fr. *syn-* + *koptein* to cut — more at CAPON] (ca. 1550) **1 :** loss of consciousness resulting from insufficient blood flow to the brain **:** FAINT **2 :** the loss of one or more sounds or letters in the interior of a word (as in *fo'c'sle* for *forecastle*) — **syn·co·pal** \-kə-pəl\ *adj*

**syn·cret·ic** \sin-'kre-tik, siŋ-\ *adj* (1840) **:** characterized or brought about by syncretism **:** SYNCRETISTIC

**syn·cre·tise** *Brit var of* SYNCRETIZE

**syn·cre·tism** \'siŋ-krə-ˌti-zəm, 'sin-\ *n* [NL *syncretismus*, fr. Gk *synkrētismos* federation of Cretan cities, fr. *syn-* + *Krēt-, Krēs* Cretan] (1618) **1 :** the combination of different forms of belief or practice **2 :** the fusion of two or more orig. different inflectional forms — **syn·cret·ist** \-tist\ *n or adj* — **syn·cre·tis·tic** \ˌsiŋ-krə-'tis-tik, ˌsin-\ *adj*

**syn·cre·tize** \'siŋ-krə-ˌtīz, 'sin-\ *vt* **-tized; -tiz·ing** (ca. 1891) **:** to attempt to unite and harmonize esp. without critical examination or logical unity

**syn·cy·tium** \sin-'si-sh(ē-)əm\ *n, pl* **-tia** \-sh(ē-)ə\ [NL, fr. *syn-* + *cyt-*] (1877) **1 :** a multinucleate mass of protoplasm (as in the plasmodium of a slime mold) resulting from fusion of cells **2 :** COENOCYTE **1** — **syn·cy·tial** \-'si-sh(ē-)əl\ *adj*

**syn·dac·ty·lism** \sin-'dak-tə-ˌli-zəm\ *n* (1889) **:** SYNDACTYLY

**syn·dac·ty·ly** \-lē\ *n* [NL *syndactylia*, fr. *syn-* + Gk *daktylos* finger] (1864) **:** a union of two or more digits that is normal in some animals (as various marsupials) and occurs as a human hereditary disorder marked by webbing of two or more fingers or toes

**syn·des·mo·sis** \ˌsin-ˌdez-'mō-səs, -dəs-\ *n, pl* **-mo·ses** \-ˌsēz\ [NL, fr. Gk *syndesmos* fastening, ligament, fr. *syndein*] (1726) **:** an articulation in which the contiguous surfaces of the bones are rough and are bound together by a ligament

**syn·det·ic** \sin-'de-tik\ *adj* [Gk *syndetikos*, fr. *syndein* to bind together — more at ASYNDETON] (1621) **:** CONNECTIVE, CONNECTING (*~ pronoun*); *also* **:** marked by a conjunctive (*~ relative clause*) — **syn·det·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·dic** \'sin-dik\ *n* [F, fr. LL *syndicus* representative of a corporation, fr. Gk *syndikos* assistant at law, advocate, representative of a state, fr. *syn-* + *dikē* judgment, case at law — more at DICTION] (1601) **1 :** a municipal magistrate in some countries **2 :** an agent of a university or corporation

**syn·di·cal** \-di-kəl\ *adj* (1864) **1 :** of or relating to a syndic or to a committee that assumes the powers of a syndic **2 :** of or relating to syndicalism

**syn·di·cal·ism** \'sin-di-kə-ˌli-zəm\ *n* [F *syndicalisme*, fr. *chambre syndicale* trade union] (1907) **1 :** a revolutionary doctrine by which workers seize control of the economy and the government by direct means (as a general strike) **2 :** a system of economic organization in which industries are owned and managed by the workers **3 :** a theory of government based on functional rather than territorial representation — **syn·di·cal·ist** \-list\ *adj or n*

**syn·di·cate** \'sin-di-kət\ *n* [F *syndicat*, fr. *syndic*] (1624) **1 :** a **:** a council or body of syndics **b :** the office or jurisdiction of a syndic **2 :** an association of persons officially authorized to undertake a duty or negotiate business **3 :** a **:** a group of persons or concerns who combine to carry out a particular transaction **b :** CARTEL **2** **c :** a loose association of racketeers in control of organized crime **4 :** a business concern that sells materials for publication in a number of newspapers or periodicals simultaneously **5 :** a group of newspapers under one management

**²syn·di·cate** \'sin-də-ˌkāt\ *vb* **-cat·ed; -cat·ing** *vt* (1882) **1 :** to subject to or manage as a syndicate **2** a **:** to sell (as a cartoon) to a syndicate or for publication in many newspapers or periodicals at once **b :** to sell (as a series of television programs) directly to local stations *~ vi* **:** to unite to form a syndicate — **syn·di·ca·tion** \ˌsin-də-'kā-shən\ *n* — **syn·di·ca·tor** \'sin-də-ˌkā-tər\ *n*

**syn·drome** \'sin-ˌdrōm *also* -drəm\ *n* [NL, fr. Gk *syndromē* combination, syndrome, fr. *syn-* + *dramein* to run — more at DROMEDARY] (1541) **1 :** a group of signs and symptoms that occur together and characterize a particular abnormality **2 :** a set of concurrent things (as emotions or actions) that usu. form an identifiable pattern

**¹syne** \'sin\ *adv* [ME (northern), prob. fr. ON *sithan*; akin to OE *siththan* since — more at SINCE] (14c) *chiefly Scot* **:** since then **:** AGO

**²syne** *conj or prep* (14c) *Scot* **:** SINCE

**syn·ec·do·che** \sə-'nek-də-(ˌ)kē\ *n* [L, fr. Gk *synekdochē*, fr. *syn-* + *ekdochē* sense, interpretation, fr. *ekdechesthai* to receive, understand, fr. *ex* from + *dechesthai* to receive; akin to Gk *dokein* to seem good — more at EK- DECENT] (15c) **:** a figure of speech by which a part is put for the whole (as *fifty sail* for *fifty ships*), the whole for a part (as *society* for *high society*), the species for the genus (as *cutthroat* for *assassin*), the genus for the species (as *a creature* for *a man*), or the name of the material for the thing made (as *boards* for *stage*) — **syn·ec·doch·ic** \ˌsi-ˌnek-'dä-kik\ *adj* — **syn·ec·doch·i·cal** \-'dä-ki-kəl\ *adj* — **syn·ec·doch·i·cal·ly** \-ki-k(ə-)lē\ *adv*

**syn·ecol·o·gy** \ˌsi-ni-'kä-lə-jē, ˌsi-ne-\ *n* [G *Synökologie*, fr. *syn- syn-* + *Ökologie* ecology] (1910) **:** a branch of ecology that deals with the structure, development, and distribution of ecological communities — **syn·eco·log·i·cal** \ˌsi-ˌnē-kə-'lä-ji-kəl, ˌsi-ˌne-\ *adj*

**syn·er·e·sis** \sə-'ner-ə-səs, 'nir-, esp for 2 ˌsi-nə-'rē-\ *n* [LL *synaeresis*, fr. Gk *synairesis*, fr. *synairein* to contract, fr. *syn-* + *hairein* to take] (ca. 1577) **1 :** SYNIZESIS **2 :** the separation of liquid from a gel caused by contraction

**syn·er·get·ic** \ˌsi-nər-'je-tik\ *adj* [Gk *synergētikos*, fr. *synergein* to work with, cooperate, fr. *synergos* working together, fr. *syn-* + *ergon* work — more at WORK] (ca. 1836) **:** SYNERGIC

**syn·er·gic** \sə-'nar-jik\ *adj* (ca. 1859) **:** working together **:** COOPERATING — **syn·er·gi·cal·ly** \-ji-k(ə-)lē\ *adv*

**syn·er·gid** \sə-'nar-jəd, 'si-nər-\ *n* [NL *synergida*, fr. Gk *synergos* working together] (1898) **:** one of two small cells lying near the micropyle of the embryo sac of an angiosperm

**syn·er·gism** \'si-nar-ˌji-zəm\ *n* [NL *synergismus*, fr. Gk *synergos*] (1910) **:** interaction of discrete agencies (as industrial firms), agents (as drugs), or conditions such that the total effect is greater than the sum of the individual effects

**syn·er·gist** \-jist\ *n* (1876) **:** something (as a chemical or a muscle) that enhances the effectiveness of an active agent; *broadly* **:** either member of a synergistic pair

**syn·er·gis·tic** \ˌsi-nər-'jis-tik\ *adj* (ca. 1847) **1 :** having the capacity to act in synergism (*~ drugs*) **2 :** of, relating to, or resembling synergism (a *~ reaction*) — **syn·er·gis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·er·gy** \'si-nər-jē\ *n* [NL *synergia*, fr. Gk *synergos* working together] (1660) **:** SYNERGISM; *broadly* **:** combined action or operation

**syn·e·sis** \'si-nə-səs\ *n* [NL, fr. Gk, understanding, sense, fr. *synienai* to bring together, understand, fr. *syn-* + *hienai* to send — more at JET] (ca. 1891) **:** a grammatical construction in which agreement or reference is according to sense rather than strict syntax (as *anyone* and *them* in "if anyone calls, tell them I am out")

**syn·es·the·sia** \ˌsi-nəs-'thē-zh(ē-)ə\ *n* [NL, fr. *syn-* + *-esthesia* (as in *anesthesia*)] (ca. 1891) **:** a concomitant sensation; *esp* **:** a subjective sensation or image of a sense (as of color) other than the one (as of sound) being stimulated — **syn·es·thet·ic** \-'the-tik\ *adj*

**syn·fuel** \'sin-ˌfyü(-ə)l\ *n* [*synthetic* + *fuel*] (1976) **:** a liquid or gaseous fuel derived esp. from a fossil fuel that is a solid (as coal) or part of a solid (as tar sand or oil shale)

**syn·gamy** \'sin-gə-mē\ *n* [ISV] (1904) **:** sexual reproduction by union of gametes

**syn·gas** \'sin-gas\ *n* (1975) **:** SYNTHESIS GAS

**syn·ge·ne·ic** \ˌsin-jə-'nē-ik\ *adj* [*syn-* + *-geneic* (as in *isogeneic*)] (1961) **:** genetically identical or similar esp. with respect to antigens or immunological reactions (*~ tumor cells*) (grafts between *~ mice*) — compare ALLOGENEIC, XENOGENEIC

**syn·i·ze·sis** \ˌsi-nə-'zē-səs\ *n* [LL, fr. Gk *synizēsis*, fr. *synizein* to sit down together, collapse, blend, fr. *syn-* + *hizein* to sit down; akin to L *sidere* to sit down — more at SUBSIDE] (1846) **:** contraction of two syllables into one by uniting in pronunciation two adjacent vowels

**syn·kary·on** \sin-'kar-ē-ˌän, -ən\ *n* [NL, fr. Gk *syn-* + *karyon* nut — more at CAREEN] (1905) **:** a cell nucleus formed by the fusion of two preexisting nuclei

**syn·od** \'si-nəd *also* -ˌäd\ *n* [ME *sinod*, fr. LL *synodus*, fr. LGk *synodos*, fr. Gk, meeting, assembly, fr. *syn-* + *hodos* way, journey] (14c) **1 :** an

carry or convey by or as if by a whiff : BLOW   **b** : to expel or puff out in a whiff : EXHALE   **c** : SMOKE 3   **2** : FAN 8
**whif-fet** \'hwi-fət, 'wi-\ *n* [prob. alter. of *whippet*] (1839) : a small, young, or unimportant person
**whif-fle** \'hwi-fəl, 'wi-\ *vb* **whif-fled; whif-fling** \-f(ə-)liŋ\ [prob. freq. of *whiff*] *vi* (1568)   **1** *a of the wind* : to blow unsteadily or in gusts   **b** : VACILLATE   **2** : to emit or produce a light whistling or puffing sound   **~** *vt* : to blow, disperse, emit, or expel with or as if with a whiff
**whif-fler** \'hwi-flər, 'wi-\ *n* [alter. of earlier *wifler*, fr. obs. *wifle* battles-ax] (1539) *Brit* : one that clears the way for a procession
**2whiffler** \'hwi-f(ə-)lər, 'wi-\ *n* [*whiffle*] (1607)   **1** : a person who frequently changes opinions or course   **2** : a person who uses shifts and evasions in argument
**whif-fle-tree** \'hwi-fəl-(,)trē, 'wi-\ *n* [alter. of *whippletree*] (ca. 1806) : the pivoted swinging bar to which the traces of a harness are fastened and by which a vehicle or implement is drawn



*¹ whiffletree*

**Whig** \'hwig, 'wig\ *n* [short for *Whig-gamore*, member of a Scottish group that marched to Edinburgh in 1648 to oppose the court party] (ca. 1680)   **1** : a member or supporter of a major British political group of the late 17th through early 19th centuries seeking to limit the royal authority and increase parliamentary power — compare TORY 2   **2** : an American favoring independence from Great Britain during the American Revolution   **3** : a member or supporter of an American political party formed about 1834 in opposition to the Jacksonian Democrats, associated chiefly with manufacturing, commercial, and financial interests, and succeeded about 1854 by the Republican party — **Whig** *adj* — **Whig-gism** \'hwi-,gi-zəm\ *n*
**Whig-gery** \'hwi-gə-rē, 'wi-\ *n* (1714) : the principles or practices of Whigs
**Whig-gish** \'hwi-gish, 'wi-\ *adj* (1684)   **1** : characteristic of Whigs or Whiggery   **2** : of, relating to, or characterized by a view which holds that history follows a path of inevitable progression and improvement and which judges the past in light of the present
**whig-ma-lee-rie** \,hwig-mə-'lir-ē, ,wig-\ *n* [origin unknown] (1730)   **1** *chiefly Scot* : WHIM   **2** *chiefly Scot* : an odd or fanciful contrivance : GIMCRACK
**¹while** \'hwi(ə)l, 'wi(ə)l\ *n* [ME, fr. OE *hwil*; akin to OHG *hwila* time, L *quies* rest, quiet] (bef. 12c)   **1** : a period of time esp. when short and marked by the occurrence of an action or a condition : TIME ⟨stay here for a ~⟩   **2** : the time and effort used ⟨as in the performance of an action⟩ : TROUBLE ⟨worth your ~⟩
**²while** *conj* (12c)   **1** *a* : during the time that ⟨take a nap — I'm out⟩   **b** : as long as ⟨~ there's life there's hope⟩   **2** *a* : when on the other hand ⟨whereas ⟨easy for an expert, ~ it is dangerous for a novice⟩   **b** : in spite of the fact that : ALTHOUGH ⟨~ respected, he is not liked⟩   **3** : similarly and at the same time that ⟨~ the book will be welcomed by scholars, it will make an immediate appeal to the general reader — *Brit. Book News*⟩
**³while** *prep* (15c) *dial Brit* : UNTIL
**⁴while** *vt* **whiled; whil-ing** (1635) : to cause to pass esp. without boredom or in a pleasant manner — usu. used with *away* ⟨~ away the time⟩
**²whiles** \'hwi(ə)lz, 'wi(ə)lz\ *conj* [ME, fr. *while* + *-s*, adv. suffix — more at WHENCE] (13c) *archaic* : WHILE
**²whiles** *adv* (15c) *chiefly Scot* : SOMETIMES
**whi-lom** \'hwi-ləm, 'wi-\ *adv* [ME, lit., at times, fr. OE *hwīlum*, dat. pl. of *hwīl* time, while] (13c) *archaic* : FORMERLY
**²whilom** *adj* (1837) : FORMER
**whilst** \'hwi(ə)lst, 'wi(ə)lst\ *conj* [ME *whilest*, alter. of *whiles*] (14c) *chiefly Brit* : WHILE
**whim** \'hwim, 'wim\ *n* [short for *whim-wham*] (1697)   **1** : a capricious or eccentric and often sudden idea or turn of the mind : FANCY   **2** : a large capstan that is made with one or more radiating arms to which a horse may be yoked and that is used in mines for raising ore or water — *syn* see CAPRICE
**whim-brel** \'hwim-brəl, 'wim-\ *n* [origin unknown] (ca. 1531) : a small curlew (*Numenius phaeopus*) chiefly of the northern regions of No. America and Eurasia; *broadly* : any small curlew
**¹whim-per** \'hwim-pər, 'wim-\ *vi* **whim-pered; whim-per-ing** \-p(ə-)riŋ\ [imit.] (1513)   **1** : to make a low whining plaintive or broken sound   **2** : to complain or protest with or as if with a whimper
**²whimper** *n* (ca. 1700)   **1** : a whimpering cry or sound   **2** : a petulant complaint or protest
**whim-si-cal** \'hwim-zi-kəl, 'wim-\ *adj* [*whimsy*] (1653)   **1** : full of, resulting from, or exhibiting whims   **2** *a* : resulting from or characterized by whim or caprice esp : lightly fanciful   **b** : subject to erratic behavior or unpredictable change — **whim-si-cal-i-ty** \,hwim-zə-'ka-lə-tē, ,wim-\ *n* — **whim-si-cal-ly** \'hwim-zi-k(ə-)lē, 'wim-\ *adv* — **whim-si-cal-ness** \-kəl-nəs\ *n*
**whim-sy** *also* **whim-sey** \'hwim-zē, 'wim-\ *n, pl* **whimsies** *also* **whimseys** [irreg. fr. *whim-wham*] (1605)   **1** : WHIM, CAPRICE   **2** : the humorous or state of being whimsical or fanciful ⟨the designer's new line showed a touch of ~⟩   **3** : a fanciful or fantastic device, object, or creation esp. in writing or art
**whim-wham** \'hwim-,hwam, 'wim-,wam\ *n* [origin unknown] (1500)   **1** : a whimsical object or device esp. of ornament or dress   **2** : FANCY, WHIM   **3** *pl* : JITTERS
**whin** \'hwin, 'win\ *n* [ME *whynne*, of Scand origin; akin to Norw *kvein* bent grass] (15c) : GORSE
**whin-chat** \'hwin-,chat, 'win-\ *n* [*whin*] (1678) : a small brown and buff European singing bird (*Saxicola rubetra*) of grassy meadows
**¹whine** \'hwin, 'win\ *vb* **whined; whin-ing** [ME, fr. OE *hwīnan* to whiz; akin to ON *hvīna* to whiz] *vi* (13c)   **1** *a* : to utter a high-pitched plaintive or distressed cry   **b** : to make a sound similar to such a cry ⟨the wind *whined* in the chimney⟩   **2** : to complain with or as if with a whine   **3** : to move or proceed with the sound of a whine ⟨the bullet *whined* . . . across the ice — Berton Roueché⟩   **~** *vt* : to utter or express with or as if with a whine — **whin-er** *n* — **whin-ing-ly** \'hwi-niŋ-lē, 'wi-\ *adv*

**²whine** *n* (1633)   **1** *a* : a prolonged high-pitched cry usu. expressive of distress or pain   **b** : a sound resembling such a cry   **2** : a complaint uttered with or as if with a whine — **whiny** *or* **whin-ey** \'hwi-nē, 'wi-\ *adj*
**whing-ding** \'hwiŋ-,diŋ, 'wiŋ-\ *n* [by alter.] (ca. 1945) : WINGDING
**whinge** \'hwinj, 'winj\ *vi* **whinged; whing-ing** *or* **whinge-ing** [fr. (assumed) ME, fr. OE *hwinsian*; akin to OHG *winsōn* to moan] (12c) *Brit* : to complain fretfully : WHINE
**¹whin-ny** \'hwi-nē, 'wi-\ *vb* **whin-nied; whin-ny-ing** [prob. imit.] *vi* (1530) : to neigh esp. in a low or gentle way   **~** *vt* : to utter with or as if with a whinny
**²whinny** *n, pl* **whinnies** (ca. 1823)   **1** : the neigh of a horse esp. when low or gentle   **2** : a sound resembling a neigh
**whin-stone** \'hwin-,stōn, 'win-\ *n* (ca. 1500) : any of various other dark resistant rocks (as chert)
**¹whip** \'hwip, 'wip\ *vb* **whipped; whip-ping** [ME *wippen, whippen*; akin to MD *wippen* to move up and down, sway, OE *wīpan* to wipe] *vt* (14c)   **1** : to take, pull, snatch, jerk, or otherwise move very quickly and forcefully ⟨*whipped* out his gun — Green Peyton⟩   **2** *a* (1) : to strike with a slender lithe implement (as a lash or rod) esp. as a punishment   (2) : SPANK   **b** : to drive or urge on by or as if by using a whip   **c** : to strike as a lash does ⟨rain *whipped* the pavement⟩   **3** *a* : to bind or wrap (as a rope or fishing rod) with cord for protection and strength   **b** : to wind or wrap around something   **4** : to belabor with stinging words : ABUSE   **5** : to seam or hem with shallow overcasting stitches   **6** : to overcome decisively : DEFEAT   **7** : to stir up : INCITE — usu. used with *up* ⟨trying to ~ up a new emotion — Ellen Glasgow⟩   **8** : to produce in a hurry — usu. used with *up* ⟨a sketch . . . an artist might ~ up —N.Y. Times⟩   **9** : to fish (water) with rod, line, and artificial lure   **10** *a* : to beat (as eggs or cream) into a froth with a utensil (as a whisk or fork)   **11** : to gather together or hold together for united action in the manner of a party whip   **~** *vi*   **1** : to proceed nimbly or quickly ⟨*whipping* through the supper dishes — C. B. Davis⟩   **2** : to thrash about flexibly in the manner of a whiplash ⟨a flag . . . *whipping* out from its staff — H. A. Calahan⟩ — **whipper** *n* — **whip into shape** : to bring forcefully to a desired state or condition
**²whip** *n* (14c)   **1** : an instrument consisting usu. of a handle and lash forming a flexible rod that is used for whipping   **2** : a stroke or cut with or as if with a whip   **3** *a* : a dessert made by whipping a portion of the ingredients (prune ~)   **b** : a kitchen utensil made of braided or coiled wire or perforated metal with a handle and used in whipping   **4** : one that handles a whip as   **a** : a driver of horses : COACHMAN   **b** : WHIPPER-IN   **5** *a* : a member of a legislative body appointed by a political party to enforce party discipline and to secure the attendance of party members at important sessions   **b** *often cap* : a notice of forthcoming business sent weekly to each member of a political party in the British House of Commons   **6** : a whipping or thrashing motion   **7** : the quality of resembling a whip esp. in being flexible   **8** : a flexible vertical rod radio antenna — called also *whip antenna* — **whip-like** \'hwip-,līk, 'wip-\ *adj*
**whip-cord** \'hwip-,kórd, 'wip-\ *n* (fr. its use in making whips) (14c)   **1** : a thin tough cord made of braided or twisted hemp or catgut   **2** : a cloth that is made of hard-twisted yarns and has fine diagonal cords or ribs
**whip hand** *n* (1680)   **1** : positive control : ADVANTAGE   **2** : the hand holding the whip in driving
**whip in** *vt* (1742)   **1** : to collect or keep together (members of a political party) for legislative action   **2** : to keep (hounds in a pack) from scattering by use of a whip
**whip-lash** \'hwip-,lash, 'wip-\ *n* (ca. 1580)   **1** : the lash of a whip   **2** : something resembling a blow from a whip : the ~ of fear —R. S. Banay⟩   **3** : WHIPLASH INJURY
**whiplash injury** *n* (ca. 1953) : injury resulting from a sudden sharp whipping movement of the neck and head (as of a person in a vehicle that is struck head-on or from the rear by another vehicle)
**whip-per-in** \,hwi-pər-'in, ,wi-\ *n, pl* **whip-pers-in** \-pərz-\ (1739)   **1** : a huntsman's assistant who whips in the hounds   **2** : WHIP 5a
**whip-per-snap-per** \'hwi-pər-,sna-pər, 'wi-\ *n* [alter. of *snippersnapper*] (1700) : a diminutive, insignificant, or presumptuous person
**whip-pet** \'hwi-pət, 'wi-\ *n* [prob. fr. *¹whip*] (1610) : any of a breed of small swift slender dogs that are widely used for racing
**whip-ping** *n* (1540)   **1** : the act of one that whips: as   **a** : a severe beating or chastisement   **b** : a stitching with small overcasting stitches   **2** : material used to whip or bind
**whipping boy** *n* (1647)   **1** : a boy formerly educated with a prince and punished in his stead   **2** : SCAPEGOAT 2
**whipping cream** *n* (1921) : a cream suitable for whipping by law contains not less than 30 percent butterfat
**whipping post** *n* (1600) : a post to which offenders are tied to be legally whipped
**whip-ple-tree** \'hwi-pəl-(,)trē, 'wi-\ *n* [perh. irreg. fr. *whip* + *tree*] (1733) : WHIFFLETREE
**whip-poor-will** \'hwi-pər-,wil, ,hwi-pər-'wil, ,wi-\ *n* (1709) : a nocturnal nightjar (*Caprimulgus vociferus*) of eastern No. America with a loud repeated call suggestive of its name
**whip-py** \'hwi-pē, 'wi-\ *adj* **whip-pi-er; -est** (1867)   **1** : unusually resilient : SPRINGY ⟨a ~ fishing rod⟩   **2** : of, relating to, or resembling a whip
**whip-round** \'hwip-,raùnd, 'wip-\ *n* (1887) *chiefly Brit* : a collection of money made usu. for a benevolent purpose ⟨had a ~ to help the couple pay for a Paris honeymoon —*The People*⟩

*whippoorwill*

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \aù\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \ù\ foot  \y\ yet  \zh\ vision  \à, k, ⁿ, œ, ᴔ, ᵫ, ᴟ, ᴚ\ *see* Guide to Pronunciation