# McGraw-Hill Dictionary of Scientific and Technical Terms

## Fifth Edition

Sybil P. Parker
Editor in Chief

McGraw-Hill, Inc.
New York   San Francisco   Washington, D.C.
Auckland   Bogotá   Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore   Sydney   Tokyo   Toronto

On the cover: Photomicrograph of crystals of vitamin $B_1$.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fifth Edition**
Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    9 9 8 7 6 5 4 3

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
    Sybil P. Parker, editor in chief.—5th ed.
        p.    cm.
    ISBN 0-07-042333-4
        1. Science—Dictionaries.    2. Technology—Dictionaries.
    I. Parker, Sybil P.
    Q123.M34    1993
    503—dc20                                           93-34772
                                                          CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

flow into the sluices; when the reservoir is empty, ... and the operation is repeated. { 'fläp ˌgāt }

... [ ... TR ] A defect in television reception in which ... move vertically up or down the screen, caused ... synchronization between the vertical and horizontal ... { 'fläp ˌō·vər }

... [COMPUT SCI] A flexible plastic disk coated with ... and used for data entry to a computer; a slot in ... envelope or housing, which remains stationary ... rotates, exposes the track positions for the magnetic head of the drive unit. Also known as diskette.

... SCI] A unit of computer speed, equal to one ... arithmetic operation per second. { fläps }

... [MATH] A second-order linear differential ... coefficients are periodic single-valued functions ... variable $x$, has a solution of the form $e^{\mu x} P(x)$ ... constant and $P(x)$ a periodic function. { flō'kā

... Plants. 2. The plant life characterizing a specific region or environment. { 'flōr·ə }

... A flower stalk. { ˌflȯr·əl 'ak·səs }

... ] A diagram of a flower in cross section ... and arrangement of floral parts. { ˌflȯr·əl

... oil. { 'flär·əns ˌȯil }

... CeAl$_3$(PO$_4$)$_2$(OH)$_6$ Pale-yellow mineral ... phosphate of cerium and aluminum.

... thium-147. { flō'ren·chəm }

... of a chemical compound made by the ... { 'flȯr·ēz }

... chloride. { 'flȯr·ēz 'märd·əs }

... individual flower that is part of a compact ... as the head of a composite plant or ...

... A unit for the standardization of penicillin.

... A type of branched hexaster spicule.

... A segment of horticulture concerned with ... marketing, and retail sale of cut flowers ... as home gardening and flower arrange-

... GR] A fast current that sets through ... point north of Grand Bahama Island, ... Current to form the Gulf Stream.

... A class of red algae, division Rho- ... pit connections between cells.

... swimming freely, used principally of orna-

... A plant hormone that stimulates buds to

... Feeding on flowers. { flō'riv·ə·rəs }

... ] A technique used to make Spanish ... participation of a film-forming yeast ... the wine in partially filled oak barrels; ... characteristic sherry flavor. { ˌflȯr ˌpräs·

... which grow in a small, confined habitat, ... {ˌflȯr·yə·lə }

... A flowerlike structure around the mouth ...

... ] A suborder of rotifers in the order ... malleoramate mastax. { ˌfläs·kyə·lar

... ] A family of sessile rotifers in the ... { ˌfläs·kyə·lə·rī·ə ˌdē }

... Composed of florets. 2. Of a floret.

... { ˌfläs·kyə·ləs }

... spinning or flowing metal over a ... cylindrical, conical, and curvilinear

... solid slag floating on the surface of a

**floss hole** [MET] A small door or opening of the bottom of a smokestack or flue for removal of ash. { 'fläs ˌhōl }
**flotation** [ENG] A process used to separate particulate solids by causing one group of particles to float; utilizes differences in surface chemical properties of the particles, some of which are entirely wetted by water, others are not; the process is primarily applied to treatment of minerals but can be applied to chemical and biological materials; in mining engineering it is referred to as froth flotation. { flō'tā·shən }
**flotation agent** [CHEM] A chemical which alters the surface tension of water or which makes it froth easily. { flō'tā·shən ˌā·jənt }
**flotation analysis** [PHYS] Technique to measure liquid density in which a float of known density is adjusted with weights to match that of the liquid. { flō'tā·shən ə ˌnal·ə·səs }
**flotation cell** [MIN ENG] The device in which froth flotation of ores is performed. [PETRO ENG] A large tank for separating oil from contaminated water by rapidly bubbling gas through the water to scavenge the oil droplets. { flō'tā·shən ˌsel }
**flotation collar** [ENG] A buoyant bag carried by a spacecraft and designed so that it inflates and surrounds part of the outer surface if the spacecraft lands in the sea. { flō'tā·shən ˌkäl·ər }
**flotsam** [ENG] Floating articles, particularly those that are thrown overboard to lighten a vessel in distress. { 'flät·səm }
**flounder** [VERT ZOO] Any of a number of flatfishes in the families Pleuronectidae and Bothidae of the order Pleuronectiformes. { 'flaun·dər }
**flour** [FOOD ENG] A powdery meal obtained by milling wheat and other cereal grains or dry food products such as potato or banana. { flaù·ər }
**flour gold** [MET] The finest-size gold dust, much of which will float on water. { 'flaù·ər ˌgōld }
**flour mill** [FOOD ENG] A machine or factory that processes cereal grains such as wheat and rye into flour. { 'flaù·ər ˌmil }
**flow** [COMPUT SCI] The sequence in which events take place or operations are carried out. [ENG] A forward movement in a continuous stream or sequence of fluids or discrete objects or materials, as in a continuous chemical process or solids-conveying or production-line operations. [FL MECH] The forward continuous movement of a fluid, such as gases, vapors, or liquids, through closed or open channels or conduits. [GEOL] Any rock deformation that is not instantly recoverable without permanent loss of cohesion. Also known as flowage; rock flowage. [PHYS] The movement of electric charges, gases, liquids, or other materials or quantities. { flō }
**flowability** [FL MECH] Capability of a liquid or loose particulate solid to move by flow. { ˌflō·ə'bil·əd·ē }
**flowage** [GEOL] *See* flow. [HYD] Flooding of water onto adjacent land. { 'flō·ij }
**flowage line** [GEOL] A contour line at the edge of a body of water, such as a reservoir, representing a given water level. { 'flō·ij ˌlīn }
**flow analysis** [IND ENG] A detailed study of all aspects of the progressive travel by personnel or material from place to place during a particular operation or from one operation to another. { 'flō ə ˌnal·ə·səs }
**flow banding** [GEOL] An igneous rock structure resulting from flowing of magmas or lavas and characterized by alternation of mineralogically unlike layers. { 'flō ˌband·iŋ }
**flow bean** [PETRO ENG] A plug containing a small hole placed in the flow line at the well head which serves to maintain oil flow at a proper rate. { 'flō ˌbēn }
**flow birefringence** [PHYS CHEM] Orientation of long, thin asymmetric molecules in the direction of flow of a solution forced to flow through a capillary tube. { ˌflō ˌbī·rə'frin·jəns }
**flow bog** [ECOL] A peat bog with a surface level that fluctuates in accordance with rain and tides. { 'flō ˌbäg }
**flow brazing** [MET] A brazing process in which coalescence is produced by the heat of molten filler metal that is poured over a joint. { 'flō ˌbrāz·iŋ }
**flow breccia** [GEOL] A breccia formed with the movement of lava flow while the flow is still in motion. { 'flō ˌbrech·ə }
**flow brightening** [MET] In a soldering process, the melting of a chemical or mechanical metallic coating on the base metal to be soldered. { 'flō ˌbrīt·ən·iŋ }
**flow brush** [ENG] A hollow tool for the continuous application of a broad coat of an adhesive. { 'flō ˌbrəsh }
**flow cast** [PETR] One of a group of bedding plane structures formed in graywacke. { 'flō ˌkast }



**FLORAL DIAGRAM**

Graphic diagram of a cross section of a flower.



**FLOSCULARIACEA**

Sessile rotifers of the Flosculariacea. (a) *Floscularia mutabilis*. (b) *Pedalia mira*. (c) *Conchiloides* species. (d) *Lacinularia socialis*.