UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LEIGHTON TECHNOLOGIES LLC,                          :

                Plaintiff,            :

      - against -                                       :    04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.                        :    <u>Electronically filed</u>

               Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION FOR
<u>ADMISSION PRO HAC VICE</u>**

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Patrick L. Parker sworn to on December 15, 2004, together with the attachment submitted therewith, Plaintiff Leighton Technologies LLC ("Plaintiff), by its undersigned counsel, moves this Court for an order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York admitting Robert A. Gutkin, Esq., to the bar of this Court <u>pro</u> <u>hac</u> <u>vice</u> in order to represent Plaintiff in the above-captioned case.

Dated: New York, New York
       December 15, 2004

                                                              __s_____
                                                             Patrick L. Parker (PP-5892)
                                                             CLIFFORD CHANCE US LLP
                                                             31 West 52nd Street
                                                              New York, New York 10019
                                                               (212) 878-8000

                                                              *Attorney for Plaintiff Leighton*
                                                              *Technologies LLC*

TO:  James David Jacobs
        Baker & McKenzie
        805 Third Avenue
        New York, New York 10022