UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LEIGHTON TECHNOLOGIES LLC,           :

                Plaintiff,          :

            - against -                      :     04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.          :

                Defendant.          :
------------------------------------x

### AFFIDAVIT OF PATRICK L. PARKER IN SUPPORT OF MOTION FOR ADMISSION OF ROBERT A. GUTKIN PRO HAC VICE

STATE OF NEW YORK    )
                        ) SS.:
COUNTY OF NEW YORK  )

PATRICK L. PARKER, being first duly sworn, deposes and says:

1. I am of counsel to the firm of Clifford Chance US LLP. I respectfully submit this Affidavit in support of Plaintiff Leighton Technologies LLC ("Plaintiff") motion pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York for an order granting Robert A. Gutkin admission to the bar of the United States District Court for the Southern District of New York pro hac vice in order to appear in the above-captioned case on behalf of Plaintiff.

2. I am a member in good standing of the bar of this Court.

3. Robert A. Gutkin is a member in good standing of the bar of the District of Columbia. He is admitted to practice in the following court of the United States: The District Court for the District of Columbia (admitted April 1996). A Certificate of Good Standing issued by the Court of Appeals for the District of Columbia is attached hereto.

NYA 704728.1

WHEREFORE, it is respectfully requested that Robert A. Gutkin be admitted to practice before this Court pro hac vice on behalf of Plaintiff pursuant to the Proposed Order annexed hereto.

Dated: New York, New York
December 15, 2004

                                              Patrick L. Parker (PP-5892)

Sworn to before me this
15th day of December, 2004

_____
Notary Public

VITOLD J. de STRONIE
Notary Public, State of New York
No. 01DE4517529
Qualified in New York County
Commission Expires July 31, 2006

NYA 704728.1