UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LEIGHTON TECHNOLOGIES LLC,                :

                Plaintiff,          :

            - against -              :          04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.          :

                Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon consideration of Plaintiff's Motion for the Admission of Robert A. Gutkin to appear <u>pro</u> <u>hac</u> <u>vice</u> as counsel for Plaintiff Leighton Technologies LLC in this action, the Court finds that the motion has merit and should be granted. Therefore, it is

ORDERED that the motion for Robert A. Gutkin to appear <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned action as counsel for Plaintiff Leighton Technologies LLC is hereby granted.

Dated: White Plains, New York, this _____ day of _____ 2004.

                                                                            _____
                                                                            Hon. Colleen McMahon
                                                                            United States District Judge

NYA 704738.1