UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LEIGHTON TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| - against - | : | 04 CV 2496 (CM)(LMS) |
| OBERTHUR CARD SYSTEMS, S.A. | : | <u>Electronically filed</u> |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR <u>ADMISSION PRO HAC VICE</u>

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Patrick L. Parker sworn to on December 15, 2004, together with the attachment submitted therewith, Plaintiff Leighton Technologies LLC ("Plaintiff), by its undersigned counsel, moves this Court for an order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York admitting Blair M. Jacobs, Esq., to the bar of this Court <u>pro</u> <u>hac</u> <u>vice</u> in order to represent Plaintiff in the above-captioned case.

Dated: New York, New York
       December 15, 2004

 

                                                                                                                   /s/
                                                                 Patrick L. Parker (PP-5892)
                                                                 CLIFFORD CHANCE US LLP
                                                                 31 West 52nd Street
                                                                 New York, New York 10019
                                                                (212) 878-8000

                                                                *Attorney for Plaintiff Leighton*
                                                                *Technologies LLC*

TO:   James David Jacobs
           Baker & McKenzie
           805 Third Avenue
           New York, New York 10022

NYA 704683.1