

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
LEIGHTON TECHNOLOGIES LLC,           :

                Plaintiff,           :

            - against -             :        04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.          :

                Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION FOR
## ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed Affidavit of Patrick L. Parker sworn to on December 15, 2004, together with the attachment submitted therewith, Plaintiff Leighton Technologies LLC ("Plaintiff), by its undersigned counsel, moves this Court for an order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York admitting Robert A. Gutkin, Esq., to the bar of this Court pro hac vice in order to represent Plaintiff in the above-captioned case.

Dated: New York, New York
       December 15, 2004

                                                      Patrick L. Parker (PP-5892)
                                                      CLIFFORD CHANCE US LLP
                                                        31 West 52nd Street
                                                        New York, New York 10019
                                                         (212) 878-8000

                                                         *Attorney for Plaintiff Leighton*
                                                         *Technologies LLC*

TO: James David Jacobs
      Baker & McKenzie
      805 Third Avenue
      New York, New York 10022

NYA 704721.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
LEIGHTON TECHNOLOGIES LLC,             :

                Plaintiff,              :

           - against -               :        04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.            :

                Defendant.              :

------------------------------x

**AFFIDAVIT OF PATRICK L. PARKER IN SUPPORT OF
MOTION FOR ADMISSION OF ROBERT A. GUTKIN
<u>PRO HAC VICE</u>**

STATE OF NEW YORK    )
                    ) SS.:
COUNTY OF NEW YORK  )

      PATRICK L. PARKER, being first duly sworn, deposes and says:

1.     I am of counsel to the firm of Clifford Chance US LLP. I respectfully submit this Affidavit in support of Plaintiff Leighton Technologies LLC ("Plaintiff") motion pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York for an order granting Robert A. Gutkin admission to the bar of the United States District Court for the Southern District of New York <u>pro hac vice</u> in order to appear in the above-captioned case on behalf of Plaintiff.

2.     I am a member in good standing of the bar of this Court.

3.     Robert A. Gutkin is a member in good standing of the bar of the District of Columbia. He is admitted to practice in the following court of the United States: The District Court for the District of Columbia (admitted April 1996). A Certificate of Good Standing issued by the Court of Appeals for the District of Columbia is attached hereto.

WHEREFORE, it is respectfully requested that Robert A. Gutkin be admitted to practice before this Court pro hac vice on behalf of Plaintiff pursuant to the Proposed Order annexed hereto.

Dated: New York, New York
December 15, 2004

Patrick L. Parker (PP-5892)

Sworn to before me this
15th day of December, 2004

_____
Notary Public

VITOLD J. de STRONIE
Notary Public, State of New York
No. 01DE4517529
Qualified in New York County
Commission Expires July 31, 2006

NYA 704728.1



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT A. GUTKIN

was on the 1ST day of APRIL, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 13, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk