UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEIGHTON TECHNOLOGIES LLC,                    :

                Plaintiff,                    :

        - against -                    :        04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.                    :

               Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR
## ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed Affidavit of Patrick L. Parker

sworn to on December 15, 2004, together with the attachment submitted therewith, Plaintiff

Leighton Technologies LLC ("Plaintiff), by its undersigned counsel, moves this Court for an

order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court

for the Southern District of New York admitting Blair M. Jacobs, Esq., to the bar of this Court

pro hac vice in order to represent Plaintiff in the above-captioned case.

Dated: New York, New York
       December 15, 2004

                                      Patrick L. Parker (PP-5892)
                                      CLIFFORD CHANCE US LLP
                                      31 West 52nd Street
                                      New York, New York 10019
                                      (212) 878-8000

                                      *Attorney for Plaintiff Leighton*
                                      *Technologies LLC*

TO: James David Jacobs
     Baker & McKenzie
     805 Third Avenue
     New York, New York 10022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

NYA 704683.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEIGHTON TECHNOLOGIES LLC,                    :

                        Plaintiff,                    :

           - against -                    :              04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.                    :

                    Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF PATRICK L. PARKER IN SUPPORT OF
### MOTION FOR ADMISSION OF BLAIR M. JACOBS
### PRO HAC VICE

STATE OF NEW YORK    )
                       )    SS.:
COUNTY OF NEW YORK  )

PATRICK L. PARKER, being first duly sworn, deposes and says:

1.      I am of counsel to the firm of Clifford Chance US LLP. I respectfully submit this Affidavit in support of Plaintiff Leighton Technologies LLC ("Plaintiff") motion pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York for an order granting Blair M. Jacobs admission to the bar of the United States District Court for the Southern District of New York pro hac vice in order to appear in the above-captioned case on behalf of Plaintiff.

2.      I am a member in good standing of the bar of this Court.

3.      Blair M. Jacobs is a member in good standing of the bar of the District of Columbia. He is admitted to practice in the following court of the United States: The District Court for the District of Columbia (admitted February 2001). A Certificate of Good Standing issued by the Court of Appeals for the District of Columbia is attached hereto.

WHEREFORE, it is respectfully requested that Blair M. Jacobs be admitted to practice before this Court pro hac vice on behalf of Plaintiff pursuant to the Proposed Order annexed hereto.

Dated: New York, New York
       December 15, 2004

                                                    Patrick L. Parker (PP-5892)


Sworn to before me this
15th day of December, 2004

Notary Public

VITOLD J. de STRONIE
Notary Public, State of New York
No. 01DE4517529
Qualified in New York County
Commission Expires July 31, 2006



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

BLAIR M. JACOBS

---

was on the  9TH  day of  FEBRUARY, 2001

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
December 13, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk