MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LEIGHTON TECHNOLOGIES LLC,          :

      Plaintiff, :

   - against -    :  04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A. :

      Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR
## ADMISSION PRO HAC VICE

  PLEASE TAKE NOTICE that upon the annexed Affidavit of Patrick L. Parker sworn to on December 15, 2004, together with the attachment submitted therewith, Plaintiff Leighton Technologies LLC ("Plaintiff"), by its undersigned counsel, moves this Court for an order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York admitting Robert A. Gutkin, Esq., to the bar of this Court pro hac vice in order to represent Plaintiff in the above-captioned case.

Dated: New York, New York
   December 15, 2004

                   Patrick L. Parker (PP-5892)
                   CLIFFORD CHANCE US LLP
                   31 West 52nd Street
                   New York, New York 10019
                   (212) 878-8000

                   *Attorney for Plaintiff Leighton Technologies LLC*

TO: James David Jacobs
   Baker & McKenzie
   805 Third Avenue
   New York, New York 10022

NYA 704721.1