UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
LEIGHTON TECHNOLOGIES LLC,         :

                  Plaintiff,   :

        - against -              :      04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.        :

                  Defendant.   :
---------------------------------x

## AMENDMENT TO STIPULATED PROTECTIVE ORDER

Whereas, the law firm of Sutherland Asbill & Brennan LLP (the "Sutherland Firm") has been retained by plaintiff LEIGHTON TECHNOLOGIES LLC ("Leighton") to serve as trial counsel.

Whereas, the Sutherland Firm has entered its appearance in this action on behalf of Leighton, and reviewed and agreed to be bound by the terms of the Protective Order entered in this matter on August 20, 2004 (the "Protective Order").

The parties hereby stipulate and agree, and jointly move this Court to amend the Protective Order, so as to provide the Sutherland Firm with access to all Confidential and Trial Counsel Eyes Only information accessible to other trial counsel in this matter.

STIPULATED AND AGREED TO BY:

Date: January 7, 2005

By: _____
Robert A. Gutkin
Blair M. Jacobs
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

*Attorneys for Plaintiff Leighton Technologies LLC*

WO 346398.1

Date: January 10, 2005                     By: /s/ Patrick L. Parker
                                               Patrick L. Parker
                                               Clifford Chance US LLP
                                               31 West 52nd Street
                                               New York, New York 10019
                                               Telephone: (212) 878-8000
                                               Facsimile:  (212) 878-8375

                                               *Attorneys for Plaintiff Leighton
                                               Technologies LLC*

Date: Jan 12, 2005                         By: /s/ James David Jacobs
                                               James David Jacobs
                                               Baker & McKenzie LLP
                                               805 Third Avenue
                                               New York, New York 10022
                                               Telephone: (212) 891-3951
                                               Facsimile:  (212) 310-1651

                                               *Attorneys for Defendant Oberthur
                                               Card Systems, S.A.*


IT IS HEREBY ORDERED that the Protective Order be amended as provided above.

This ___ day of Jan., 2005

/s/ Lisa Margaret Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WO 346398.1