*McMahon, J*

RECEIVED JAN 13 2005 CHAMBERS OF COLLEEN McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> OBERTHUR CARD SYSTEMS, S.A., <br><br> Defendant and Counterclaim Plaintiff. | 04 Civ. 02496 (CM)(LMS) <br><br> Hon. Colleen McMahon |

## CONSENT TO SUBSTITUTION OF COUNSEL AND ORDER

The undersigned hereby consent and agree that SUTHERLAND ASBILL & BRENNAN LLP, by Blair M. Jacobs, Esq. and Robert A. Gutkin, Esq., be substituted in place of the law firm of CLIFFORD CHANCE US LLP, by Patrick L. Parker, Esq. and Valeria Calafiore, Esq., as counsel of record for Plaintiff/Counterclaim Defendant Leighton Technologies LLC.

Dated: January 10, 2005
    Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By: _____
    Robert A. Gutkin, (*pro hac vice*)
    Blair M. Jacobs (*pro hac vice*)

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NYA 707887.1

Dated: January _11_, 2005  
      New York, New York

CLIFFORD CHANCE US LLP

By: _____  
Patrick L. Parker (PP-5892)  
Valeria Calafiore (VC-2216)

31 West 52nd Street  
New York, NY 10019-6131  
Telephone: (212) 878-8000  
Facsimile: (212) 878-8375

SO ORDERED:

_____  
The Honorable Colleen McMahon

1-13-05

2

NYA 707887.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>OBERTHUR CARD SYSTEMS, S.A.,<br><br>    Defendant and Counterclaim Plaintiff. | 04 Civ. 02496 (CM)(LMS)<br><br>Hon. Colleen McMahon |

## AFFIDAVIT OF ROBERT A. GUTKIN IN SUPPORT OF THE APPLICATION FOR AN ORDER PERMITTING THE SUBSTITUTION OF COUNSEL

DISTRICT OF COLUMBIA )

ROBERT A. GUTKIN, being first duly sworn, deposes and says:

1. I am duly admitted *pro hac vice* to practice before this Court. I make this affidavit in support of the application of Plaintiff/Counterclaim Defendant Leighton Technologies LLC ("Plaintiff") for an order permitting the substitution of myself Blair M. Jacobs, Esq., also duly admitted *pro hac vice* to practice before this Court, in place of Clifford Chance US LLP as counsel of record for Plaintiff.

2. I have discussed this proposed substitution with Plaintiff and understand that Plaintiff desires to have me represent it in this matter.

3. I fully anticipate that no delay will ensue as a result of this substitution of counsel.

NYA 707888.1

WHEREFORE, it is respectfully requested that Blair M. Jacobs and I be substituted as counsel of record.

Dated: ~~New York, New York~~ Washington, DC
January 6, 2005

Robert A. Gutkin (*pro hac vice*)

Sworn to before me this
\_\_ day of January 2005

Merial Be Coroning
Notary Public
District of Columbia
My Commission Expires May 14, 200\_

Notary Public
Marie B. Copening

NYA 707888.1