**Sutherland**
**Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

ROBERT A GUTKIN
DIRECT LINE: 202.383.0751
Internet: robert.gutkin@sablaw.com

1275 Pennsylvania Avenue. NW
Washington. DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

RECEIVED JAN 24 2005 CHAMBERS OF COLLEEN McMAHON

FILED U.S. DISTRICT COURT JAN 25 2005 S.D. OF N.Y. W.P.

MEMO ENDORSED

January 24, 2005

<u>Via Facsimile (914) 390-4152</u>

The Honorable Colleen McMahon
United States District Court
300 Quarropas Street, Room 533
White Plains, New York 10601-41

What I said was that I could decide this on papers. The parties wanted to make presentation. So it's your call.

Re: Leighton Technologies, LLC v. Oberthur Card Systems, S.A., Case No. 04 Civ. 02496 (CM)

Dear Judge McMahon:

A Markman hearing is currently scheduled for February 8, 2005 in the above-referenced matter. During the most recent scheduling conference, the Court indicated that in view of the subject matter and the comprehensive briefing, the Court would not need a lengthy presentation. We will be able to more efficiently streamline the presentation if the Court can provide further guidance as to the starting time, length of time available on February 8, and, if possible, which terms the Court believes should be addressed.

Thank you.

Respectfully,

Robert A. Gutkin

cc: Neil Cohen, Esq. (By Facsimile)
James Jacobs, Esq. (By Facsimile)
Blair Jacobs, Esq.

MICROFILM JAN 26 2005 WP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Copies mailed / handed / faxed to counsel 1/25/05

WO 361332.1

Atlanta • Austin • Houston • New York • Tallahassee • Washington, DC