# **EXHIBIT B**



# OUR US LOCATIONS

Oberthur Card Systems of America has production sites all over the country from Virginia to California including a state-of-the-art 106,000 square foot facility near Los Angeles for the manufacturing & personalization of both magnetic stripe and smart cards.

## Oberthur Card Systems US Facilities





© Copyright 2005 Oberthur Card Systems Corporation. All rights reserved.

Terms of Use　　Privacy Statement

Groupe FCO                                                                                  The Group

# The organization chart of the François-Charles Oberthur Group, high security printer

