```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Leighton Technologies LLC,

                Plaintiff(s),                04 Civ. 2496 (CM)(LMS)

   -against-

Oberthur Card Systems, S.A.,               CALENDAR NOTICE

                Defendant(s).
------------------------------------------------------X

    Please take notice that the above captioned matter has been scheduled for:

✓ Pre-trial Conference     ___ Conference     ___ Oral argument
___ Settlement conference   ___ Plea Hearing          (Bankruptcy Appeal)
___ Rule (16) conference    ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial            ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, May 6, 2005 at 2:15 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: April 22, 2005
       White Plains, New York

                                          So Ordered

                                          _____
                                          Colleen McMahon, U.S.D.J

Copies mailed / handed / faxed to counsel 4/22/05