UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIEGHTON TECHNOLOGIES LLC,                  :

                        Plaintiff,    :

       -against-                                   :         04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.                 :

                        Defendant.   :

------------------------------------------------------------x

## NOTICE OF MOTION FOR
## ADMISSION PRO HAC VICE

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Neil G. Cohen sworn to on April 26, 2005, together with the attachment submitted therewith, Plaintiff Leighton Technologies LLC ("Plaintiff"), by its undersigned counsel, moves this Court for an order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York admitting Christina A. Ondrick, Esq. to the bar of this Court pro hac vice in order to represent Plaintiff in the above-captioned case.

Dated: Suffern, New York
       April 26, 2005

                                                  _____
                                                  Neil G. Cohen, Esq.
                                                  General Patent Corp. International
                                                  75 Montebello Road
                                                  Suffern, New York 10901-3740
                                                  Tel.: (845) 368-2264

                                                  *Attorney for Plaintiff Leighton*
                                                  *Technologies LLC*

TO:   James David Jacobs
        Baker & McKenzie
        805 Third Avenue
        New York, New York 10022

WO 382160.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIEGHTON TECHNOLOGIES LLC,                :

                    Plaintiff,            :

   -against-                          :         04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.         :

                    Defendant.          :

------------------------------------------------------------x

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF LEIGHTON TECHNOLOGIES LLC's MOTION TO ADMIT CHRISTINA A. ONDRICK PRO HAC VICE

### THE FACTS

The Court is respectfully referred the affidavit of Neil G. Cohen in support of the attached motion.

### Point I

### THE APPLICANT HAS MET THE REQUIREMENTS OF THE LOCAL CIVIL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND THEREFORE THE MOTION SHOULD BE GRANTED.

Local Civil Rule 1.3, ADMISSION TO THE BAR; (c) provides:

> A member in good standing of the bar of any state or of any United States District Court may be permitted to argue or try a particular case in whole or in part as counsel or advocate, upon motion and upon filing with the Clerk of the District Court a certificate of the court for each of the states in which the applicant is a member of the bar, which has been issued within thirty (30) days and states that the applicant is a member in good standing of the bar of that state court. Only an attorney who has been so admitted or who is a member of the bar of this court may enter appearances for parties, sign stipulations or receive payments upon judgments, decrees or orders.

### Conclusion

The motion for admission pro hac vice should be granted.

WO 382135.1

Dated: Suffern, New York
April 26, 2005

/s/ Neil G. Cohen
Neil G. Cohen (NC-0648)
General Patent Corp. International
75 Montebello Road
Suffern, New York 10901-3740
Tel.: (845) 368-2264
Fax: (845) 818-3945

*Attorney for Plaintiff Leighton Technologies LLC, Counterclaim Defendant*

TO:   James David Jacobs
      Baker & McKenzie
      805 Third Avenue
      New York, New York 10022

WO 382135.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion for Admission of Christina A. Ondrick pro hac vice, the Affidavit of Neil G. Cohen [and attachment thereto) in support thereof, the Memorandum of Law in support thereof, and the Proposed Order Granting Admission pro hac vice was caused to be served this 20th day of April, 2005 by first class mail and facsimile the following counsel of record:

>James David Jacobs
>Baker & McKenzie
>805 Third Avenue
>New York, New York 10022

Counsel for Defendant Oberthur Card Systems, S.A.

_____
Blair M. Jacobs, Esq.

WO 382135.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LIEGHTON TECHNOLOGIES LLC,              :

                 Plaintiff,              :

    -against-                                                    :         04 CV 2496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.             :

                 Defendant.              :

----------------------------------------------------------x

## AFFIDAVIT OF NEIL G. COHEN, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF CHRISTINA A. ONDRICK PRO HAC VICE

STATE OF NEW YORK      )
                                         )    SS.:
COUNTY OF NEW YORK  )

NEIL G. COHEN, being first duly sworn, deposes and says:

1.    I am counsel to General Patent Corporation International. I respectfully submit this Affidavit in support of Plaintiff Leighton Technologies LLC's ("Plaintiff") motion pursuant to Local Civil Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York for an order granting Christina A. Ondrick admission to the bar of the United States District Court for the Southern District of New York pro hac vice in order to appear in the above-captioned case on behalf of Plaintiff.

2.    I am a member in good standing of the bar of this Court.

3.    Christina A. Ondrick is a member in good standing of the bar of the State of Virginia. She is admitted to practice in the following courts of the United States: The Supreme Court of Virginia (admitted October 2000) and United States District Court for the Eastern District of Virginia (admitted May 2002).

WO 382181.1

A Certificate of Good Standing issued by the Court of Virginia is attached hereto.

WHEREFORE, it is respectfully requested that Christina A. Ondrick be admitted to practice before this Court pro hac vice on behalf of Plaintiff pursuant to the Proposed Order annexed hereto.

Dated: Suffern, New York
April 26, 2005

                                           /s/ Neil G. Cohen
                                           Neil G. Cohen (NC-0648)

Sworn to before me this
26-th day of April, 2005

/s/ Kathlene P. Ingham
Notary Public

KATHLENE P. INGHAM
Notary Public, State of New York
No. 01IN5057122
Qualified in Rockland County
Commission Expires 4/30/06

WO 382181.1

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

CHRISTINA ANN ONDRICK

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, CHRISTINA ANN ONDRICK is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 19th day of April
A.D. 2005

By: _____
*Deputy Clerk*