AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Leighton Technologies LLC
v.
Oberthur Card Systems, S.A.

Case Number: ECF Case 04-02496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oberthur Card Systems, S.A.

I certify that I am admitted to practice in this court.

May 10, 2005
Date

*Susan Knox* (signature)

Susan R. Knox — SK-4110
Print Name — Bar Number

805 Third Avenue
Address

New York — New York — 10022
City — State — Zip Code

(212) 891-3946 — (212) 759-9133
Phone Number — Fax Number