

**BAKER & McKENZIE**

Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

RECEIVED
SEP 20 2005
HON LISA MARGARET SMITH
U.S.M.J.

U.S. DISTRICT COURT
FILED
W.P.
SEP 19 2005
S.D. OF N.Y.

September 19, 2005

James D. Jacobs
Tel: +1 212 891 3951
Fax: +1 212 310 1651
James.D.Jacobs@bakernet.com

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 428
White Plains, NY 10601-4150

Via Federal Express

**MEMO ENDORSED**

RE:    *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*, No. 04 Civ 2496
(CM)(LMS)

Dear Judge Smith:

The parties in the above referenced litigation jointly move that the date by which

they may object to the inclusion of certain keywords in the keyword list used to extract

potentially responsive documents, as specified in paragraph 10 of the Scheduling Order,

dated September 7, 2005, be extended from September 19, 2005 until September 21, 2005.

The parties need the additional two days to complete their good faith negotiations to reach

agreement. In all other respects the Scheduling Order will remain unchanged.

Yours very truly,

James D. Jacobs

cc:    Robert Gutkin, Esq.

NYCDMS/446855.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

*So Ordered*

*US/MJ 9/20/05*

*Lisa Margaret Smith*

*Motion granted.*

*Deemed letter motion.*

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.