IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OBERTHUR CARD SYSTEMS, S.A., ) <br> ) <br> Defendant. ) <br> ) | Case No. 04-cv-02496 <br> (CM)(LMS) <br><br> PLAINTIFF LEIGHTON <br> TECHNOLOGIES LLC'S <br> NOTICE OF MOTION FOR LEAVE TO <br> FILE A FIRST AMENDED COMPLAINT |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure notice is hereby given that Plaintiff and Counterclaim Defendant Leighton Technologies LLC moves this Court for an order granting leave to amend the Complaint to add Oberthur Card Systems Corporation and Oberthur Card Systems, Inc. as Defendants to this action and to add allegations of contributory infringement.

Dated: September 22, 2005

                                                        SUTHERLAND ASBILL & BRENNAN LLP

                                                        /s/ Robert A. Gutkin
                                         By: Robert A. Gutkin, Esq. (Pro hac vice)
                                         Blair M. Jacobs, Esq. (Pro hac vice)
                                         Christina A. Ondrick, Esq. (Pro hac vice)
                                         1275 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20004-2415
                                         Tel: 202-383-0100
                                         Fax: 202-637-3593

                                         *Attorneys for Plaintiff*
                                         LEIGHTON TECHNOLOGIES LLC

WO 426700.1