IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OBERTHUR CARD SYSTEMS, S.A., )<br>)<br>Defendant. )<br>) | Case No. 04-cv-02496<br>(CM)(LMS)<br><br>[PROPOSED] ORDER |

Upon consideration of Plaintiff and Counterclaim Defendant Leighton Technologies LLC's Motion for Leave to File A First Amended Complaint, and good cause being shown, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Leave to File A First Amended Complaint is GRANTED; and

2. The attached First Amended Complaint shall be deemed filed, as of the date of this Order.

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

WO 426700.1