## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the following pleadings:

1. NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,

2. MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,

3. MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, and

4. PROPOSED ORDER

have been made on counsel for OBERTHUR CARD SYSTEMS, S.A. by sending a copy of this document by overnight mail, facsimile and email on September 22, 2005 to the following:

> James David Jacobs (JJ-7351)
> Frank M. Gasparo (FG-2958)
> Susan R. Knox (SK-4110)
> 805 Third Avenue
> New York, New York 10022

Dated: September 22, 2005

                                                         /s/ Robert A. Gutkin
                                                         Robert A. Gutkin

WO 426700.1