**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

LEIGHTON TECHNOLOGIES LLC,

Plaintiff,

v.

OBERTHUR CARD SYSTEMS, S.A.,

Defendant.
_____

)
)
)   **Case No. 04-cv-02496**
)          **(CM)(LMS)**
)
)   **PLAINTIFF LEIGHTON**
)   **TECHNOLOGIES LLC'S**
)   **AMENDED CERTIFICATE**
)   **OF SERVICE**
)
)

WO 428476.1

## AMENDED CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the following pleadings:

1.    NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,

2.    MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,

3.    MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, and

4.    PROPOSED ORDER

were made on counsel for OBERTHUR CARD SYSTEMS, S.A. by sending a copy of this

document by overnight mail and facsimile on September 22, 2005 to the following:

James David Jacobs (JJ-7351)
Frank M. Gasparo (FG-2958)
Susan R. Knox (SK-4110)
805 Third Avenue
New York, New York 10022

IT IS HEREBY FURTHER CERTIFIED that the service of the AMENDED

CERTIFICATE OF SERVICE was made on counsel for OBERTHUR CARD SYSTEMS, S.A.

by sending a copy of this document by overnight mail on September 23, 2005 to the following:

James David Jacobs (JJ-7351)
Frank M. Gasparo (FG-2958)
Susan R. Knox (SK-4110)
805 Third Avenue
New York, New York 10022

Dated: September 23, 2005

    /s/ Robert A. Gutkin
Robert A. Gutkin

WO 428476.1