# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

LEIGHTON TECHNOLOGIES LLC,

Plaintiff,

V.

OBERTHUR CARD SYSTEMS, S.A.,
OBERTHUR CARD SYSTEMS CORP.,
OBERTHUR CARD SYSTEMS, INC.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-02496 (CM)(LMS)

TO: (Name and address of defendant)

Oberthur Card Systems Corp.
c/o James David Jacobs, Esq., Frank M. Gasparo, Esq., Susan R. Knox, Esq.
Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Gutkin, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004-2415
Tel: (202) 383-0751
Fax: (202) 637-3593
Attorneys for Leighton Technologies LLC

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. M. McMahon_

CLERK                                                    DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SUTHERLAND ASBILL & BRENNAN LLP - 1533

LEIGHTON TECHNOLOGIES LLC

Plaintiff(s)

Index #: 04-CV-02496(CM)(LMS)

- against -

Date Filed:

OBERTHUR CARD SYSTEMS, S.A., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARLO JEAN-FRANCOIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 5, 2005 at 04:05 PM at

C/O JAMES DAVID JACOBS, ESQ., FRANK M. GASPARO, ESQ., SUSAN R. KNOX, ESQ.
BAKER & MCKENZIE LLP
805 THIRD AVENUE, 29TH FLOOR
NEW YORK, NY10022

deponent served the within true copy of the SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT on OBERTHUR CARD SYSTEMS CORP., the defendant/respondent therein named,

CORPORATION   by delivering thereat a true copy of each to MR. CECIL DABYDEEN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 40 | 5'10 | 160 |

Sworn to me on: October 6, 2005

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Stuart J. Forman
Notary Public State of New York
No 31-4828240
Qualified in New York County
Commission Expires June 30, 2007

CARLO JEAN-FRANCOIS
License #: 911217
Docket #: 364887