# Baker & McKenzie

Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

## MEMO ENDORSED

October 17, 2005

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 428
White Plains, NY 10601-4150

James D. Jacobs
Tel: +1 212 891 3951
Fax: +1 212 310 1651
James.D.Jacobs@bakernet.com

Via Facsimile

[Stamp: U.S. DISTRICT COURT FILED W.P. OCT 17 2005 S.D. OF N.Y.]

RE: *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*,
No. 04 Civ. 02496 (CM)(LMS)

Dear Judge Smith:

We represent defendants in the above-referenced case. The parties are working in good faith to agree upon a procedure and timeline for the production of electronic documents. Because of the great volume of documents involved – we understand from our vendor that a search using the keywords agreed upon by the parties has already yielded almost 300,000 responsive documents, and the search is not yet complete – we have been working to achieve a protocol for the production that is manageable for both sides.

Production of electronic documents will not be complete by the current production deadline, which is today, October 17, 2005. Indeed, late last week plaintiff's counsel explicitly requested that defendants halt all work on production for a few days to see if an agreement can be reached as to how electronic discovery would proceed. The parties hope to agree within the coming days upon a production schedule, and will then seek the Court's approval of that schedule. If we are unable to reach an agreement, the parties will seek the Court's assistance.

The parties respectfully request that the date for Oberthur's production of electronic documents be adjourned until the parties inform you of the results of their negotiations.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

[Handwritten endorsement in left margin:] Denied letter motion. Motion granted, except that a schedule will be set at the next conferring c/w the info SO ORDERED ent of that date [signature] 10/17/05 by the parties.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**BAKER & McKENZIE**

Yours very truly,

James David Jacobs

cc:   Robert Gutkin, Esq.

Hon. Lisa Margaret Smith
October 17, 2005
NYCDMS/912276.1