James David Jacobs (JJ-7351)
Frank M. Gasparo (FG-2958)
Todd S. Sharinn (TS-0581)
Robert Busby
**BAKER & McKENZIE LLP**
805 Third Avenue
New York, New York 10022
(212) 751-5700
Attorneys for Defendant Oberthur Card Systems, S.A.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **LEIGHTON TECHNOLOGIES LLC,** | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | 04 Civ. 02496 (CM)(LMS) |
| v. | ) | |
| | ) | Notice of Motion |
| **OBERTHUR CARD SYSTEMS, S.A.,** | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |
| | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that Defendant Oberthur Card Systems, S.A. ("Oberthur") will move this Court, at the United States Courthouse, 300 Quarropas Street, Room 533 White Plains, New York, 10601-4150, at a date and time to be determined by the Court, before the Honorable Colleen McMahon, for summary judgment of patent invalidity. This motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Order of July 16, 2004, in this action.

This Motion is supported by Oberthur's Memorandum of Law dated October 18, 2005, the Declaration of Todd S. Sharinn dated October 18, 2005, the Declaration of Barry R. Mosteller dated October 17, 2005, the Declaration of Richard Smith dated October 14, 2005, and

the Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 dated October 18, 2005,

submitted herewith.

Dated:    New York, New York
          October 18, 2005

                                        **BAKER & McKENZIE LLP**

                                        _____/S/_____
                                        **By: James David Jacobs (JJ-7351)**
                                        **Attorneys for Oberthur Card Systems, S.A.**
                                        **805 Third Avenue**
                                        **New York, New York 10022**
                                        **(212) 751-5700**

**Of Counsel:**
**Frank M. Gasparo**
**Todd S. Sharinn**
**Robert Busby**