James David Jacobs (JJ-7351)
Frank M. Gasparo (FG-2958)
Todd S. Sharinn (TS-0581)
Robert Busby
**BAKER & McKENZIE LLP**
805 Third Avenue
New York, New York 10022
(212) 751-5700
Attorneys for Defendant Oberthur Card Systems, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>vs. )<br>)<br>OBERTHUR CARD SYSTEMS, S.A., )<br>)<br>Defendant and Counterclaim Plaintiff. ) | 04 Civ. 02496 (CM)(LMS)<br><br>**DECLARATION OF<br>TODD S. SHARINN** |

-----------------------------------------------------------

Todd S. Sharinn declares as follows:

I am member of the Bar of this Court and of the law firm Baker & McKenzie LLP, attorneys for the Defendant and Counterclaim Plaintiff, Oberthur Card Systems, S.A. ("Oberthur"). In support of Oberthur's Motion for Summary Judgment, I am submitting true and correct copies of the following documents, attached as Exhibits hereto:

1. U.S. Patent No. 5,817,207 (the "'207 Patent").

2. U.S. Patent No. 6,036,099 (the "'099 Patent").

3. U.S. Patent No. 6,214,155 (the "'155 Patent").

4. U.S. Patent No. 6,514,367 (the "'367 Patent").

5. Decision Construing Disputed Claim Terms (the "Markman Decision").

6. Japanese Patent H6-176214 ("JP '214") (English language version translated and produced by Plaintiff as documents Bates numbered G02005 – G02007).

7. Copy of the United States Patent and Trademark Office's (the "USPTO") file wrapper of U.S. Patent No. 6,514,367.

8. Excerpt from transcript of October 9, 2005, Deposition of Keith R. Leighton in the above captioned matter, pages 46-47.

9. Excerpt from transcript of October 9, 2005, Deposition of Keith R. Leighton in the above captioned matter, pages 69-70.

10. 1987 Oakwood Series 6 Brochure ("OS6B").

11. 1987 Oakwood Sales Brochure ("OSB").

12. 1991 Oakwood Series 6 Instruction Manual ("OIM").

13. U.S. Patent No. 5,519,201 (the "'201 patent").

14. U.S. Patent No. 4,450,024 (the "'024 patent").

15. U.S. Patent No. 4,897,533 (the "'533 patent").

16. U.S. Patent No. 4,841,134 (the "'134 patent").

17. U.S. Patent No. 5,809,633 (the "'633 patent").

18. UK 2,279,610 (the "UK '610 patent").

19. UK 2,294,899 (the "UK '899 patent").

20. UK 2,225,283 (the "UK '283 patent").

21. Copy of the USPTO's file wrapper of U.S. Patent No. 6,214,155.

22. Copy of the USPTO's file wrapper of U.S. Patent No. 6,036,099.

23. Copy of the USPTO's file wrapper of U.S. Patent No. 5,817,207.

24. Japanese Patent H6-176214 ("JP '214") (Japanese language version produced by Plaintiff as documents Bates numbered G01267 – G01269)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2005.

Todd S. Sharinn