*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC,   )
   Plaintiff-Counterclaim   )
   Defendant,   )Case No.
   -vs-   )04Civ
Oberthur Card Systems, S.A.,)2496(CM)
   Defendant-Counterclaim   )
   Plaintiff.   )

- - - o0o - - -

Deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant-Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Sunday, the 9th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

**Tackla & Associates**
Court Reporting & Videotaping
Tackla & Associates
1010 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

```
 1                APPEARANCES:
 2        On behalf of the Plaintiff-
 3        Counterclaim Defendant:
 4        Sutherland, Asbill & Brennan, LLP,
 5        by:
 6        Robert A. Gutkin, Esq.
 7
 8
 9        On behalf of the Defendant-
10        Counterclaim Plaintiff:
11        Baker & McKenzie, by:
12        James David Jacobs
13        Frank M. Gasparo, Esq.
14
15   ALSO PRESENT:
16   Jean-Claude Huot
17
18               - - - oOo - - -
19
20
21
22
23
24
25
```

1   We're dealing with different stresses that
2   we would be making in these cards, different
3   purposes, and back then we had cards that
4   were 10/thousandths to 30/thousandths to 40/
5   thousandths in thickness.  I mean, these are
6   all relative.  You have to test and -- to
7   come up with different pressures and
8   temperatures to achieve your goals.
9   Q   I appreciate all of that, Mr. Leighton,
10  but, unfortunately, I need an answer to this
11  question, and I'm going to have to ask it
12  again, so bear with me, and let's try once
13  more.  And, I'm going to try to read back
14  exactly what I asked, and maybe make it a
15  little bit more literate.
16       Is it fair to say, Mr. Leighton, that
17  before 1990 you made a plastic laminated
18  card in which the pressure during the
19  cooling was at least ten percent greater
20  than the pressure during the heating?
21       MR. GUTKIN:    Vague and ambiguous.
22  Asked and answered.  Calls for speculation.
23       THE WITNESS:    Well, in order to move
24  on, I -- I'm going to say yes to that
25  question, but it does not pertain to making

```
 1   a radio frequency card.
 2   BY MR. JACOBS:
 3   Q    Okay.  Now, Mr. Leighton, having
 4   established that before 1990 you made a
 5   plastic laminated card in which the pressure
 6   was at least ten percent greater during the
 7   cooling than it was during the heating, I'm
 8   going to ask you the following question:
 9   Was it common practice before 1990 in making
10   plastic laminated cards to use a pressure
11   during the cooling that was at least ten
12   percent greater than during the heating?
13          MR. GUTKIN:    Vague and ambiguous.
14   Calls for speculation.  You can answer.
15          THE WITNESS:   It depends on what I'm
16   trying to laminate.
17   BY MR. JACOBS:
18   Q    Well, that's not the question.
19   A    You're familiar with the -- the -- the
20   legal terms, but you're not familiar with
21   the manufacturing processes that you do
22   every day.
23   Q    Right on.  Right on.
24   A    Boy, I mean, trying to put the two
25   together, this is -- this gets difficult,
```