*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC,  )
   Plaintiff-Counterclaim  )
   Defendant,             )Case No.
   -vs-                   )04Civ
Oberthur Card Systems, S.A.,)2496(CM)
   Defendant-Counterclaim  )
   Plaintiff.              )

- - - o0o - - -

Deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant-Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Sunday, the 9th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

**Tackla & Associates**
Court Reporting & Videotaping
Tackla & Associates
1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

```
 1                APPEARANCES:
 2         On behalf of the Plaintiff-
 3         Counterclaim Defendant:
 4         Sutherland, Asbill & Brennan, LLP,
 5         by:
 6         Robert A. Gutkin, Esq.
 7
 8
 9         On behalf of the Defendant-
10         Counterclaim Plaintiff:
11         Baker & McKenzie, by:
12         James David Jacobs
13         Frank M. Gasparo, Esq.
14
15     ALSO PRESENT:
16     Jean-Claude Huot
17
18                - - - oOo - - -
19
20
21
22
23
24
25
```

```
 1   the pressure during the cooling while making
 2   plastic laminated cards to be at least ten
 3   percent greater than the pressure during the
 4   heating?
 5         MR. GUTKIN:   Vague and ambiguous.
 6   BY MR. JACOBS:
 7   Q   Is that correct?
 8   A   I thought we've already gone through
 9   this.
10   Q   It's a slightly different question.  I'm
11   just trying to understand, Mr. Leighton,
12   what 2B did, and -- and I've gotten a number
13   of different answers, and I'm just trying to
14   pin down what the correct one is.
15   A   You keep asking if I ever increased
16   pressure.
17   Q   Yes.
18   A   Yes, I've -- I have increased pressure
19   to facilitate the product that I was making.
20   Q   And the reason why you increased the
21   pressure was to make a smooth surface; is
22   that correct?
23   A   A smooth surface, and to prevent warping
24   of the product.
25   Q   And you increased the pressure to, I
```

```
 1   think you said before, to insure there
 2   wouldn't be voids?
 3   A    Correct.
 4   Q    What -- what's -- what's a void in a
 5   card?
 6   A    It would be a portion of the card that
 7   would not have equal surface pressure under
 8   it.  Let's say, if you had a build-up of ink
 9   where you have maybe four or five layers of
10   silk screen printing -- I don't know whether
11   you're familiar with silk screen printing.
12   You go to your shopping malls, and you'll
13   find someone doing T-shirts --
14   Q    Uh-huh.
15   A    -- where the ink is very thick, and you
16   can feel the thickness of it.  Well, if you
17   have many layers of that ink, and you
18   laminate a card that has rigid vinyl
19   underneath it, you have a layer, so you're
20   going to have loops and valleys.  A void is
21   where the pressure's on the outside edges of
22   that, and you have a low spot, you're going
23   to have a sink in -- in the card, and it
24   will not be smooth and glossy and pretty
25   like your -- your ATM cards that you have in
```