(12) **UK Patent Application** (19) **GB** (11) **2 225 283** (13) **A**

(43) Date of A publication 30.05.1990

(21) Application No 8823576.7

(22) Date of filing 07.10.1988

(71) Applicant
**The De La Rue Company Plc**

**(Incorporated in the United Kingdom)**

**De La Rue House, 3/5 Burlington Gardens, London, W1A 1DL, United Kingdom**

(72) Inventors
**Charles Edward Chatwin**
**Harry James Charles Etherington**
**Roger Keith Newman**

(74) Agent and/or Address for Service
**Gill Jennings & Every**
**53-64 Chancery Lane, London, WC2A 1HN, United Kingdom**

(51) INT CL⁴
**B42D 15/02 15/10, G06K 19/06 19/077**

(52) UK CL (Edition J)
**B6A AC91 AK**

(56) Documents cited
**EP 0268830 A**

(58) Field of search
**UK CL (Edition J) B6A AK**
**INT CL⁴ B42D**
**Online database : WPI**

(54) **Laminated IC card**

(57) A laminated, integrated circuit (IC) card comprises a number of plastics layers (1-7) laminated together and supporting an IC element (8). Some of the plastics layers (1-7) exhibit a grain structure and at least two of the layers (2, 3); (5, 6) are oriented with their grain directions transverse to each other.

*Fig.1.*



At least one drawing originally filed was informal and the print reproduced here is taken from a later filed formal copy.

The claims were filed later than the filing date within the period prescribed by Rule 25(1) of the Patents Rules 1982.

GB 2 225 283 A

*Fig.1.*



*Fig.2.*





## Fig.3.





*Fig.4.*

2225283

1

30/2748/01

LAMINATED IC CARD

The invention relates to a laminated integrated circuit (IC) card comprising a number of plastics layers
5   laminated together and supporting an IC element.    Such a card is hereinafter referred to as of the kind described.

Cards of the kind described are being used in a wide variety of fields, for example as credit and charge cards as well as identification cards and the like.    These
10   cards include an IC element, typically a single chip microprocessor, which in most cases is mounted to a carrier element to form an IC carrier assembly.    This assembly is then laminated into the plastics layers. One of the problems with these cards is that during use
15   they undergo significant flexure which can cause some of the layers to crack and possibly also damage the IC element.

According to the present invention, we provide a laminated IC card of the kind described in which at least
20   some of the plastics layers exhibit a grain structure, and wherein at least two of these layers are oriented with their grain directions transverse to each other.

Typical IC cards have a generally rectangular form and it has been found that the resistance to flexure and
25   hence the likelihood of cracking varies between the short and long dimensions of the card.    We have found that this can be improved upon by taking account of the inherent grain structure of certain plastics layers. Thus by orienting at least two of the layers with their
30   grain directions transverse, the susceptibility to cracking is reduced.

The grain structure originates from the method of manufacture of the layers in which the layers may be rolled and calendered causing some degree of molecular
35   alignment within the plastics materials.

2

Preferably, the grain directions of the two layers are arranged orthogonally to each other.

In one example, a majority of the plastics layers which exhibit a grain structure are arranged with their
5    grain directions substantially parallel with a minority of the plastics layers exhibiting a grain structure having their grain directions transverse to the one direction.

Since the stiffness of a layer increases with the
10   third power of the thickness, it is preferable if one of the said two layers is chosen from the thickest layers. Typically, the thickest layers are those which normally carry printed information.

Typically, the plastics layers comprise PVC although
15   other types of plastics such as PVCA could be used.

In a further improvement, the card may further comprise at least one stress reduction member positioned in alignment with the IC element and having a grain direction oriented substantially parallel to the grain
20   direction of at least one of the plastics layers. The use of a stress reduction member is described in more detail in our copending European Patent Application entitled "Integrated Circuit Card" (Agents Ref:30/2470/02) filed on even date and in the preferred
25   example this member is in the form of a star-shaped, metal member.

In one construction, the grain directions of alternate plastics layers alternate between one of two transverse directions.

30   An example of an integrated circuit card in accordance with the present invention will now be described with reference to the accompanying drawings, in which:-

Figure 1 is an exploded view of the card;
35   Figure 2 is a perspective view of the IC module;

3

Figure 3 is a plan of the conductor pattern provided on the carrier element of the IC module; and,

Figure 4 is an enlarged cross-section through part of the card.

5    The integrated circuit card comprises a laminate, as shown in Figures 1 and 4, having a number of plastics layers 1-7. The plastics layers 1-7 typically comprise PVC, PVCA or similar materials. The thickness of these layers is set out in Table 1 below.

10    TABLE 1

| Layer Number | Pre-lamination Thickness (μm) |
|---|---|
| (1) | 60 |
| (2) | 150 |
| (3) | 120 |
| (4) | 120 |
| (5) | 250 |
| (6) | 150 |
| (7) | 60 |

20    After lamination, the total thickness of the card will reduce to about 780μm.

Each layer has a grain due to the method of manufacture in which the sheets are rolled and calendered
25    causing some alignment of the molecular structure. Consequently, each layer is "stiffer" across the grain than along the grain. The grain direction of each layer is indicated in Figure 1 by arrows 1' - 7' respectively and it will be seen that the grain direction
30    of layers 2 and 6 is transverse to that of the remaining layers. These layers 2,6 are typically opaque and carry printing on their outwardly facing surfaces. Due to their thickness relative to the other layers and their positions towards the outside of the card there is a
35    significant risk of cracking of these two layers when the

4

card is bent in its short dimension, if the grain of these layers were in the long dimension. The reason for changing the grain direction in these layers is that this leads to a card in which there is a much lower risk of
5   cracking of the printed layers. Also, a generally similar degree of resistance to flexure in all directions is achieved. These improvements lead to a longer lifetime. If all the laminae were to be laid with the grain in the same direction, then the result would be a
10  "stiff" card in the axis across the grain. This is undesirable since, from a bending/torsion viewpoint, it is preferred that the card is equally flexible in all directions relative to the "stress reduction" members of the IC Module (to be described).

15      In the case of plastics layers 1-7 formed by rolling and/or calendering, the "grain" is considered to extend in the long direction of the forming process, ie. the direction of movement of the plastics through the forming apparatus. Typically, this is the predominant direction
20  of shrinkage when the plastics is subjected to heat.

        Embedded within the card is an IC module 10 (Figure 2) consisting of a chip 11 defining a single chip microprocessor such as the Hitachi 65901 mounted to a chip carrier 12 formed by a layer of copper 12A on a
25  polyimide layer 12B such as Kapton to define a carrier assembly. The chip carrier 12 is received in an aperture 8 of the layer 4. As will be explained in more detail below, a pair of star shaped stress reduction members 15, 16 are embedded in apertures 14, 9
30  respectively of the layers 3, 5 in alignment with the chip 11.

        As will be explained in more detail below, contacts on the chip 11 are coupled via conductors of the copper layer 12A on the chip carrier 12 with contact members 21
35

5

which protrude through the layers 1-3 to allow physical contact with a card reader.

In the finished card, the layers 1, 7 are transparent to allow the printing on layers 2, 6 to be read by the user.

The module shown in Figure 2 is constructed as a separate unit which is then laminated with the layers 1-7. The chip carrier 12 is cut from a Kapton (polyimide) substrate 12B (thickness 75μm) on which is provided the layer 12A of copper foil (thickness 35μm) adhered by an epoxy to the Kapton layer 12B. The copper is etched to provide a conductor pattern shown in more detail in Figure 3. In addition the Kapton is punched to provide an aperture 22 in which the chip 11 is received.

It will be seen in Figure 3 that the conductor pattern defines eight contact pads 23A-23H to which the contact members 21 are individually bonded. In addition, the conductor pattern has an outer ground plane 24 extending around the pattern. It should be noted that the contact pads 23A-23H are substantially symmetrically arranged about a line of symmetry 25.

The contact pad 23A is connected with a functional contact 26 of the chip 11; the contact pad 23B is connected to a functional contact 27 of the chip; the contact pad 23C is connected to a functional contact 28 of the chip, and the contact pad 23G is connected to a functional contact 29 of the chip 11. Two functional contacts 30 are connected to the ground plane 24 as is the contact pad 23E. Contact pads 23D, 23F and 23H are isolated.

In addition, a number of non-functional contacts 31 of the chip 11 are connected to respective, short conductors 32 of the conductor pattern such that the arrangement of the conductor pattern adjacent to the chip

6

11 is substantially symmetrical about the line of symmetry 25.     In addition, an isolated conductor 34 is provided to complete the symmetrical arrangement.

      In this case, it will be seen that the conductor
5   pattern is bonded to ten contacts of the chip 11 on the left hand side of Figure 3 and nine contacts on the right hand side.     This small difference in the number of bonded contact positions is acceptable and the term "substantially   symmetrical"   should   be   interpreted
10  accordingly.     This substantially symmetrical arrangement of contacts connected to conductors allows the chip 11 to be securely supported in the aperture 22 of the carrier 12 and reduces the risk of undue twisting of the chip 11 within the aperture 22, whilst allowing some freedom of
15  movement of the chip relative to the chip carrier 12. This freedom of movement is necessary to prevent damage to the chip and its connections during manufacture of the IC module 10, during lamination of the IC card, during subsequent use of the IC card.     Undue twisting of the
20  chip 11, in the aperture 22, relative to the chip carrier 12   could   result   in   excessive   stresses   at   the   IC connections.

      The remainder of the conductor pattern is also substantially symmetrical about the line of symmetry 25.
25  In this connection, it should be noted for example that although the contact pad 23F is not connected to the chip 11, a conductor line 35 extends from the contact pad 23F to a position adjacent the chip 11 in a similar way to a conductor line 36 which extends from the contact pad 23B
30  to the contact 27.     This assists in overcoming the natural tendancy of the copper layer 12A to distort, which   can   otherwise   weaken   the   bonds   between   the conductors and chip contacts before lamination, during lamination, and to some extent after lamination.

35

7

In addition, the copper pattern 12A is split at 33A, 33B, 33C to reduce its rigidity, so that the chip carrier 12 will more readily flex when card flexure occurs. The copper pattern is split at 33A along the line of symmetry 5 25, copper is etched away from a section 33B orthogonal to and communicating with the section 33A, copper is also etched away from a section 33C.

The corners 37 of the carrier 12 are rounded to help to reduce stress concentrations in the card layers at the 10 corners of the carrier.

In constructing the module, the first step is to form the conductor pattern described above. The next step is to bond the contact members 21 to the contact pads 23A-23H.

15 Following this step, the IC chip 11 is located in the aperture 22 and the chip contacts are bonded to the inner ends of the conductors which overlie the aperture 22, as shown in Figure 3 and as previously described. The method chosen is Tape Automated Bonding (TAB). TAB 20 is preferred to wire bonding since (relative to wire bonding) it provides higher bond strength, greater reliability, improved mechanical construction, and a thinner package.

TAB requires that the IC chip 11 should have its 25 contacts "bumped" to a specified height and consistency to allow for the inner lead bonding of the chip to the carrier. The bumping normally comprises the deposition of gold onto the aluminium contacts of the chip.

After the bonding operation, a resin (polyurethane) 30 coating 50 (Figure 4) is applied to the surface of the IC chip 11 and the inner lead bonds so as to provide for mechanical and optical protection for the chip contact/conductor bonds prior to lamination. This coating 50 is known as the "glob top".

35

8

The two star shaped members 15, 16 are then bonded to the chip carrier 12.    These members 15,16 are metal and are consequently stiffer than the plastics layers 1-7. The members 15, 16 locally stiffen the card body

5   around the chip 11, they provide a strengthening reinforcement to protect the contact/conductor bonds. The members 15, 16 are stress reduction members reducing the mechanical stresses to which the contact/conductor bonds are subject during card lamination and during card

10  use.    To avoid abrupt changes in the card stress conditions, introduced by the members, at the boundaries of the members with the card laminae a "star" shape is adopted as shown in Figure 2.    The star profile provides a gradual increase in stiffness from the outer boundary

15  of legs 40 of the star to a central section 41 indicated by a dotted line.

It should be noted that the "stiffness" of a circular plate varies inversely as the square of the diameter and directly as the cube of the thickness.

20      The members 15, 16 are mounted above and below the chip 11 and it is considered advantageous not to bond the members to the laminate in order to allow relative movement between the members and the laminate during flexing and twisting of the card.

25      The members 15, 16 are affixed to the chip carrier 12 via respective flexible double-sided adhesive tapes 51, 52 although other forms of flexible bonding could be used.    However, it is important that the method used to bond the upper member 15 to the chip carrier 12 is

30  electrically insulating since the upper member 15 contacts the conductor pattern.

In this example the upper member 15 is made of hard-rolled brass and has a thickness of about 50µm. The lower member 16 is made of hard-rolled brass with a

35  thickness of about 150µm.    The thicker lower member 16

9

enables an air pocket to be provided around the chip 11
by providing a machined recess 53 (Figure 4) to
accommodate that portion of the chip 11 which protrudes
below the chip carrier 12.

5      In other examples, other metals such as stainless
steel or coppernickel alloy could be used.  In addition
the upper member 15 could be in a different metal such as
stainless steel to the lower member 16 such as brass.
Furthermore, the lower member 16 could be formed similar
10   to the upper member 15 with a thickness of about 50μm and
without a recess.  In this case the resulting space
would be filled with a suitable material such as a double
sided adhesive tape, which will allow a cavity to be
formed to accommodate that portion of the chip 11 that
15   protrudes below the chip carrier 12 and, furthermore
which will allow a flexible bonding to the lower member
16 and to the chip carrier 12.

        It has been found that it is not necessary to cut an
aperture in the double-sided adhesive tape 51 used to
20   attach the upper member 15 to accommodate the glob-top 50
since the tape is sufficiently flexible to allow the
glob-top to be impressed into it (during card
lamination).

        It should be noted that in the case of the members
25   15, 16 both being of the same thickness of about 50μm
then the typical thickness of each double-sided tape is
85μm for the upper member and 200 μm for the lower member
16.  It should be noted that in the case of the upper
member 15 having a thickness of about 50μm and the lower
30   member 16 having a thickness of about 150μm then the
typical thickness of each double-sided tape is 85μm for
both members 15, 16.

        It will be noted that each member 15, 16 has an odd
number of legs 40 (in this example 7) so as to avoid an
35   "axis of stress" being set up in the card laminae and

10

extending through the star centre.  This also allows the
legs 40 of the upper member 15 to fit conveniently with
the contact members 21.

In this example, the diameter of the central section
5  41 of the upper member 15 is made to correspond to the
diagonal dimension of the chip 11, for example 9mm and
the outer boundary (defined by the tips of the legs 40)
is 13mm to suit the width of the chip carrier 12 and the
contact  arrangement.   For  the  lower  member  16,  the
10  central section is made to correspond to the width of the
chip carrier 12 and has a diameter of about 15mm and the
outer boundary is made to suit the card boundaries with a
diameter of about 21mms..   Preferably, the two members
15, 16 are positioned so that the legs 40 do not align,
15  in order to avoid possible stress concentrations.

In most examples, each member 15, 16 will have a
constant thickness but in some cases, some tapering could
be provided from the inner annulus towards the legs.

The completed module 10 (Figure 2) is then assembled
20  with the PVC card layers 1-7 within which it is to be
laminated.   The module is located in a punched aperture
8 in the layer 4 which is shaped to conform to the chip
carrier 12.    The layer 5 has a punched star-shaped
aperture 9 conforming to the lower member 16 while the
25  layer 3 has a punched aperture 14 having a star-shape
conforming to the upper stress reduction member 15 and a
set of eight punched apertures 21' through which the
contact members 21 protrude.   In addition, the layers
1, 2 have sets of eight punched apertures, one set of
30  which is shown at 13 through which the contact members 21
extend so as to finish substantially flush with the outer
surface of the layer 1.

It will be noted that the orientation of the chip
carrier 12 is transverse to the long axis of the layers

35

11

1-7.    This orientation is best, from the point of view
of card bending/torsion.

     The assembled pre-laminate including the module is
then laminated using conventional lamination machinery
5 (heated presses).    The normal (plastic identification
card) lamination technique is to place the lamina
build-up into a pre-heated press and immediately apply
full pressure (compressing the lamina sheets together).
In an alternative method, the applied pressure is
10 gradually increased.    For example, the press may be
pre-heated to 140°C and then pressure applied in steps.
Finally, the laminate is cooled for about 10 minutes with
the pressure maintained at its highest value.

     It is important that during the lamination process
15 the chip 11 and the contact/conductor bonds are not
subjected to undue compressive stresses due to bending.
The silicon material has a compressive breaking stress of
15000 lb per square inch but the tensile breaking stress
is only 3000 lb per square inch.

20     The members 15, 16 provide the major resistance to
undesirable tensile stresses within the chip 11 and the
contact/conductor bonds but in addition use is made of
the "pocketing" of the chip in an air filled cavity as
defined by the machined recess 53 in the lower member 16.
25 This is because the surrounding gas (air) is readily
compressible and will therefore transport the compression
forces during laminating uniformly to the chip without
subjecting the chip 11 to undesirable tensile stresses
due to bending.

30     The preferred stress reduction members 15, 16 are
made from metals, such as hard-rolled stainless steel and
brass which exhibit a grain.    This causes the members to
take up a natural curvature, due to the hard rolling
method, which is "memorised" even when the member is
35 flattened.    To optimise performance, therefore, it is

12

preferred if this grain extends across the card, that is
parallel with the short dimension of the card, while the
natural bow or curvature of both members 15, 16 is
outwardly of the card.    The grain direction of the
5   members 15, 16 is indicated in Figure 2 by arrows 54.

10

15

20

25

30

35

13

## CLAIMS

1.   A laminated, integrated circuit (IC) card comprising
a number of plastics layers laminated together and
supporting an IC element, in which at least some of the
5   plastics layers exhibit a grain structure, and wherein at
least two of these layers are oriented with their grain
directions transverse to each other.

2.   A card according to claim 1, wherein the grain
directions of the two layers are arranged orthogonally to
10   each other.

3.   A card according to claim 1 or claim 2, wherein
a majority of the plastics layers which exhibit a grain
structure are arranged with their grain directions
substantially parallel with a minority of the plastics
15   layers exhibiting a grain structure having their grain
directions transverse to the one direction.

4.   A card according to any of the preceding claims,
wherein the plastics layers comprise PVC.

5.   A card according to any of the preceding claims,
20   further comprising at least one stress reduction member
positioned in alignment with the IC element and having a
grain direction oriented substantially parallel to the
grain direction of at least one of the plastics layers.

6.   A card according to claim 5, wherein the or each
25   stress reduction member comprises a star-shaped, metal
member.

7.   A card according to any of the preceding claims,
wherein the grain directions of alternate plastics layers
alternate between one of two transverse directions.

30   8.   A laminated, integrated circuit card substantially
as hereinbefore described with reference to the
accompanying drawings.

35

Published 1990 at The Patent Office, State House, 66 71 High Holborn, London WC1R 4TP. Further copies may be obtained from The Patent Office.
Sales Branch, St Mary Cray, Orpington, Kent BR5 3RD. Printed by Multiplex techniques ltd, St Mary Cray, Kent, Con. 1/87