

## EXTENSION OF TIME

**V.**   Applicant believes that no extension of term is required. However, this conditional petition is being made to provide for the possibility that applicant has inadvertently overlooked the need for a petition and fee for extension of time.

## TOTAL FEE DUE

**VI.**   The total fee due is:

| | |
|---|---|
| Completion fees | $65.00 |
| Extension fee | None |

Total Fee Due $65.00

## PAYMENT OF FEES

**VII.**   Enclosed is a check in the amount of $65.00.

A duplicate of this request is attached.

Please charge Account No. 15-0450 for any fees that may be due by this paper.

___12/3/98___
Date

Reg. No.: 33813
Tel. No.: (330) 864-5550

Customer No.: 021324

**SIGNATURE OF PRACTITIONER**

Mark A. Watkins
Oldham & Oldham Co., L.P.A.
1225 W. Market St.
Akron, OH  44313
USA

(Completion of Filing Requirements—Nonprovisional Application—page 2 of 2)

Practitioner's Docket No. 6014-1-CON                                    *PATENT*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:    Leighton, Keith R.

**Serial No.:**    09/158,290                    **Group No.:**    1752

**Filed:**    09/22/1998                         **Examiner:**    NOT ASSIGNED

**For:**    RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**


### CERTIFICATE OF MAILING UNDER 37 C.F.R. 1.8(a)

I hereby certify that the attached correspondence comprising:

Combined Declaration and Power of Attorney
Copy of Notice to File Missing Parts of Application
Transmittal
Check in the Amount of $65.00

is being deposited with the United States Postal Service, with sufficient postage, as first class mail in an envelope addressed to:

> Assistant Commissioner for Patents
> Washington, D.C. 20231

on _12/2/58_

> Mark A. Watkins

**Signature of person mailing paper**

(Certificate of Mailing under 37 CFR § 1.8(a))

OCS_C_045781



**UNITED STA、 ₋S DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

09/153,290                                                                 A-A

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/153,290 | 09/22/98 | LEIGHTON      K | 6014-1-CON |

┌ 21924
OLDHAM & OLDHAM  CO          IM22/0611          ┐
TWIN OAKS ESTATE
1225 W MARKET STREET
AKRON OH 44313

| EXAMINER |
|---|
| AHMAD, N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1772 | 4 |

DATE MAILED: 06/11/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

OCS_C_045782

| *Office Action Summary* | Application No. 09/158,290 | Applicant(s) Leighton |
|---|---|---|
| | Examiner Nasser Ahmad | Group Art Unit 1772 |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___ *one* ___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-22* _____

    Of the above, claim(s) _____ is/are pending in the application.

☐ Claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☒ Claims *1-22* _____ is/are objected to.

_____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner. ☐ is ☐ approved ☐ disapproved.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____.

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

Application/Control Number: 09/158,290                                    Page 2

Art Unit: 1772

1.

      Restriction to one of the following inventions is required under 35 U.S.C. 121:

    I.     Claims 1-19, drawn to a hot lamination process, classified in class 156, subclass

        247.

    II.    Claims 20-22, drawn to a plastic card, classified in class 428, subclass 68.

2.

      The inventions are distinct, each from the other because:

3.

      Inventions group I and group II are related as process of making and product made.  The

inventions are distinct if either or both of the following can be shown: (1) that the process as

claimed can be used to make other and materially different product or (2) that the product as

claimed can be made by another and materially different process (MPEP § 806.05(f)).  In the

instant case, the product as claimed can be made by a materially different process such as

forming the core by molding plastic around the electronic element in a mold or providing a

coating on a core surface that is distinct from printing or molding the core and forming the

laminated card without requiring the cutting step.

4.

      Because these inventions are distinct for the reasons given above and have acquired a

separate status in the art as shown by their different classification, restriction for examination

purposes as indicated is proper.

OCS_C_045784

Application/Control Number: 09/158,290                                    Page 3

Art Unit: 1772

5.

Applicant is advised that the reply to this requirement to be complete must include an

election of the invention to be examined even though the requirement be traversed (37

CFR 1.143).

6.

A telephone call was made to Mr. Mark A. Watkins on May 28, 1999 to request an oral

election to the above restriction requirement, but did not result in an election being made.

7.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Nasser Ahmad whose telephone number is (703) 308-4424. The

examiner can normally be reached on Monday-Thursday from 8:30 AM to 6:00 PM. The

examiner can also be reached on alternate Friday.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Ellis Robinson, can be reached on (703) 308-2364. The fax phone number for the

organization where this application or proceeding is assigned is (703) 305-0599.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-0661.

N. Ahmad:jp

June 9, 1999

NASSER AHMAD
PRIMARY EXAMINER
GROUP 1300 1700



GAV 1752 #5
6/99

UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Leighton, Keith R.          Examiner:

Serial No:    09/158,290                 Art Unit:    1752

Filed:        September 22, 1998          Date:       February 22, 1999

For:   RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCES FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

Commissioner of Patents and Trademarks
Washington, D.C. 20231

**RECEIVED**

**MAR 0 3 1999**

**GROUP 1700**

## INFORMATION DISCLOSURE STATEMENT
### Under 37 CFR § 1.97

This Information Disclosure Statement is believed to be filed prior to the first Patent Office action on the merits filed and is therefore thought to be timely.  37 CFR §1.97(b).

The filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made (37 CFR §1.56(g)), an admission that the information cited is, or is considered to be, material to patentability or that no other material information exists.

The filing of this Information Disclosure Statement shall not be construed as an admission against interest in any manner.  Notice of January 9, 1992, 1135 O.G. 13, at 25.

This Information Disclosure Statement is made to comply with the duty of candor imposed on all individuals associated with the filing or prosecution of this application, as defined by 37 CFR §1.56(c).

A list of the patents and other cited references cited by the applicant are enclosed on Form PTO-1449 (2 pages) which is attached and made a part hereof.  Copies of the references are enclosed herein.  The relevance of each cited reference is thought to have been sufficiently discussed in the application and, therefore, has not been recited herein, with the following exception.  This Information Disclosure Statement is based on

information contained in the undersigned attorney file as of the date of this statement and is inclusive of the best information known to the undersigned at that date.

The Examiner is kindly requested to consider the Information Disclosure Statement in addition to any references identified by the Examiner as a result of his independent search and examination.

Respectfully submitted,

OLDHAM & OLDHAM CO., LPA

Mark A. Watkins, Esq.
Registration 33,813

MAW/jdd/srm

Twin Oaks Estate
1225 West Market Street
Akron, OH 44313-7188
(330) 864-5550

Attorney Docket:6014-1-CON

| TRANSMITTAL OF INFORMATION DISCLOSURE STATEMENT (Under 37 CFR 1.97(b) or 1.97(c)) | | Docket No. 6014-1-CON |
|---|---|---|

In Re Application Of: **LEIGHTON, KEITH R.**

FEB 2 6 1999

| Serial No. 09/158,290 | Filing Date SEPTEMBER 22, 1998 | Examiner | Group Art Unit 1752 |
|---|---|---|---|

Title:

**RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS**

**RECEIVED**

Address to:
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

**MAR 0 3 1999**
**GROUP 1700**

### 37 CFR 1.97(b)

1. ☒   The Information Disclosure Statement submitted herewith is being filed within three months of the filing of a national application; within three months of the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; or before the mailing date of a first Office Action on the merits, whichever event occurs last.

### 37 CFR 1.97(c)

2. ☐   The Information Disclosure Statement submitted herewith is being filed after three months of the filing of a national application, or the date of entry of the national stage as set forth in 37 CFR 1.491 in an international application; or after the mailing date of a first Office Action on the merits, whichever occurred last but before the mailing date of either:

   1.   a Final Action under 37 CFR 1.113, or

   2.   a Notice of Allowance under 37 CFR 1.311,

   whichever occurs first.

Also submitted herewith is:

☐   a certification as specified in 37 CFR 1.97(e);

**OR**

☐   the fee set forth in 37 CFR 1.17(p) for submission of an Information Disclosure Statement under 37 CFR 1.97(c).

Copyright 1996 Legalsoft

P10A/REV01

*(stamp: OIPE JC64 FEB 26 1999 PATENT & TRADEMARK OFFICE)*

PATENT

Practitioner's Docket No. 6014-1-CON

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: LEIGHTON, KEITH R.

Application No.: 09/158,290

Filed: 09/22/1998

For: RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

Group No.: 1752

Examiner:

Assistant Commissioner for Patents
Washington, D.C. 20231

*(stamp: RECEIVED MAR 03 1999 GROUP 1700)*

### EXPRESS MAIL CERTIFICATE

"Express Mail" label number EL122137900US

Date of Deposit 02/26/1999

I hereby state that the following *attached* paper or fee

Information Disclosure Statement, PTO-A820 (substitute Pto-1449) and References

is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10, on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

MARK A. WATKINS

_____

Signature of person mailing paper or fee

(Express Mail Certificate)

| | | | ATTY DOCKET NO. 6014-1 N | | SERIAL NO. 09/158,290 |
|---|---|---|---|---|---|

**INFORMATION DISCLOSURE CITATION**
(Use several sheets if necessary)

LEIGHTON, KEITH

FILING September 22, 1998

GROUP ~~1732~~ 1733

*(stamp: FEB 2 6 1999)*

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| FJL | AA | 4,450,024 | 5/22/84 | HAGHIRI-TEHRANI ET AL. | 156 | 108 | |
| FJL | AB | 5,067,008 | 11/19/91 | YANAKA ET AL. | 257 | 703 | |
| FJL | AC | 5,396,650 | 3/7/95 | TERAUCHI | 455 | 38.2 | |
| FJL | AD | 5,208,450 | 5/4/93 | UENISHI ET AL. | 235 | 492 | |
| FJL | AE | 4,980,802 | 12/25/90 | CHAMPAGNE ET AL. | 361 | 764 | |
| FJL | AF | 5,097,117 | 3/17/92 | CHAMPAGNE ET AL. | 235 | 488 | |
| FJL | AG | 5,438,750 | 8/8/95 | VENAMBRE | 29 | 829 | |
| FJL | AH | 5,567,362 | 10/22/96 | GRUN | 264 | G 1.31 | |
| FJL | AI | 4,795,898 | 1/3/89 | ~~BERSTEIN ET AL.~~ Bernstein etal | 235 | 487 | |
| FJL | AJ | 4,701,236 | 10/20/87 | VIEILLEDENT | 156 | 252 | |
| FJL | AK | 4,792,843 | 12/20/88 | HAGHIRI-TEHRANI ET AL. | 257 | 679 | |

*(handwritten stamp overlay: RECEIVED 03 1999 GROUP 1700)*

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| EXAMINER | DATE CONSIDERED 13 Aug 99 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

OCS_C_045790

| | ATTY DOCKET NO. 6014-1...N | SERIAL NO. 09/158,290 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | ...EIGHTON, KEITH ...ING September 22, 1998 | GROUP ~~1732~~ 1733 |

*(stamp: OIPE FEB 26 1999 PATENT & TRADEMARK)*

U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| FJL | AL | 5,173,840 | 12/22/92 | KODAI ET AL. | 361 | 737 | |
| FJL | AM | 5,272,596 | 12/21/93 | HONORE ET AL. | 361 | 633 | |
| FJL | AN | 5,412,192 | 5/2/95 | HOSS | 235 | 380 | |
| FJL | AO | 5,268,699 | 12/7/93 | LAUTE ET AL. | 343 | 702 | |
| ~~FJL~~ | ~~AP~~ | ~~5,067,008~~ | ~~11/19/91~~ | ~~YANAKA ET AL.~~ | ~~257~~ | ~~R 703~~ VED DUP | |
| FJL | AQ | 5,809,633 | 9/22/98 | MUNDIGL± ET AL. | 29 | 600 3 1999 | |
| FJL | AR | 4,841,134 | 6/20/89 | HIDA ET AL. | 235 | 3l 488 P1700 | |
| FJL | AS | 3,994,225 | 11/30/76 | SITZBERGER | 101 | 485 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER DOCUMENTS   *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| EXAMINER *(signature)* | DATE CONSIDERED 13 Aug 99 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*OIPE JC19*
*JUL 0 2 1999*
*PATENT & TRADEMARK OFFICE*

Please type a plus sign (+) inside this box → ☐+☐

PTO/SB/21 (8-98)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a
valid OMB control number.

| TRANSMITTAL FORM (to be used for all correspondence after initial filing) | Application Number | 09/158,290 |
|---|---|---|
| | Filing Date | September 22, 1998 |
| | First Named Inventor | Keith R. Leighton |
| | Group Art Unit | 1772 |
| | Examiner Name | Ahmad, N. |
| Total Number of Pages in This Submission    2 | Attorney Docket Number | 6014-1-CON |

### ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Assignment Papers (for an Application) | ☐ After Allowance Communication to Group |
| ☐ Fee Attached | ☐ Drawing(s) | ☐ Appeal Communication to Board of Appeals and Interferences |
| ☒ Amendment / Response | ☐ Licensing-related Papers | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ After Final | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition | ☐ Proprietary Information |
| ☐ Affidavits/declaration(s) | ☐ Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ Extension of Time Request | ☐ Power of Attorney, Revocation Change of Correspondence Address | ☒ Additional Enclosure(s) (please *identify below*): |
| ☐ Express Abandonment Request | ☐ Terminal Disclaimer | RETURN CARD |
| ☐ Information Disclosure Statement | ☐ Small Entity Statement | |
| ☐ Certified Copy of Priority Document(s) | ☐ Request for Refund | |
| ☐ Response to Missing Parts/ Incomplete Application | Remarks | |
| ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53 | | |

RECEIVED
JUL 7 1999
GROUP 1700

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Mark A. Watkins |
|---|---|
| Signature | *Mark A. Watkins* |
| Date | June 30, 1999 |

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: 06/30/1999

| Typed or printed name | Mark A. Watkins |
|---|---|
| Signature | *Mark A. Watkins*    Date    June 30, 1999 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OCS_C_045792



#6
CQueei
7/2/99

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Application of: | **Leighton** | Examiner: | **Ahmad, N.** ✓ |
| Serial Number: | **09/158,290** ✓ | Art Unit: | **1772** ✓ |
| Filing Date: | **September 22, 1998** ✓ | Date: | **June 30, 1999** |

For:  *Process for the Manufacture of Radio Frequency Identification Cards*

Commissioner of Patents and Trademarks
Washington, D.C.  20231

### RESPONSE

Dear Sir:

In response to the restriction requirement in the Office Action dated June 11, 1999.

### REMARKS

The Examiner has made a restriction requirement as to either of claims 1-19 or claims 20-22.  Applicant hereby elect claims 1-19 drawn to a hot lamination process.

Respectfully submitted,

OLDHAM & OLDHAM CO., L.P.A.

By: _Mark A. Watkins_
Mark A. Watkins
Reg. No.33,813

Twin Oaks Estate
1225 West Market Street
Akron, Ohio 44313-7188
(330) 864-5550

Attorney Docket No. 5894-12

RECEIVED
JUL  7 1999
GROUP 1700

F:\WP51\START\AMEND\6000\6014-1.CON

1

OCS_C_045793



**UNITED S...TES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/158,290 | 09/22/98 | LEIGHTON | K | 6014-1-CON |

021324
OLDHAM & OLDHAM  CO        IM22/0927
TWIN OAKS ESTATE
1225 W MARKET STREET
AKRON OH 44313

| EXAMINER |
|---|
| LORIN,F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1733 | |

DATE MAILED:

09/27/99

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No. 09/158,290 | Applicant(s) Leighton | |
|---|---|---|---|
| | Examiner Francis J. Lorin | Group Art Unit ·1733 | |

☒ Responsive to communication(s) filed on *Jul 2, 1999* _____ .

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ 3 _____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-22* _____ is/are pending in the application.

    Of the above, claim(s) *20-22* _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1-19* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). __*5*__

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)

Office Action Summary

Part of Paper No. __7__

Application/Control Number: 09/158,290

Page 2

Art Unit: 1733

## *Claim Rejections - 35 USC § 103*

1.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

2.    Claims 1-19 are rejected under 35 U.S.C. 103(a) as being unpatentable over Leighton

(U.S. Patent No. 5,817,207).

See the abstract.

3.    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Francis J. Lorin whose telephone number is (703) 308-2061.

Any inquiry of a general nature can be directed to the Group receptionist at (703) 308-

0651.

The FAX number for any official papers (i.e., papers that will be entered as part of the file

wrapper) for Group Art Unit 1733 is (703) 305-3601.

Any unofficial papers (e.g., proposed amendments) can be submitted by FAX using 305-

7115.

FRANCIS J. LORIN
PRIMARY EXAMINER
ART UNIT 1733

OCS_C_045796



#8/APM 3-31-00

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Keith Leighton | Examiner: | Lorin, F. |
| Serial No. | 09/158,290 | Art Unit: | 1733 |
| Filed: | September 22, 1998 | Date: | March 24, 2000 |

Title: RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION
PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY
IDENTIFICATION CARDS

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### AMENDMENT

Dear Sir:

In response to the Office Action dated September 27, 1999, please amend the above-
identified application as follows:

### In the Specification:

At page 1, line 1, please add the following: --This application is a continuation of
serial no. 08/727,789, now U.S. Patent No. 5,817,207.--

$A'$

### In the claims:

Please delete the following claims: 6, 9, 10, 13, 14 and 19.

Please amend the following claims:

$A2$

1.(Amended)  A [hot lamination] process for incorporating at least one electronic element in
the manufacture of a plastic card, [said process] comprising the steps of:

03/29/2000 NSHIFERA 00000009 09158290

01 FC:217                                    435.00 OP

$12$

OCS_C_045797

(a) providing first and second plastic core sheets;

(b) positioning said at least one electronic element in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a [layered] core, said plastic core sheets defining a pair of inner and outer surfaces of said core;

(c) positioning said core in a laminator apparatus, and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of:

(i) heating said core [in said laminator,] for a first period of time;

(ii) [thereafter] applying [ram] a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated [in] by said core[,];

(iii) [and thereafter] cooling said core [in conjunction with laminator ram] while applying a second pressure [being applied] to said core [, said core including an upper and lower surfaces].

(d) [printing on at least one of said upper and lower surfaces of said core such that a layer of ink is applied to said at least one upper and lower surface of said core;

(e) positioning said core in a laminator apparatus with a layer of overlaminate film on at least one of said upper and lower surfaces of said core and laminating said] applying a layer of overlaminate film to at least one of said outer surfaces of said core [in said laminator to thereby form a sheet of plastic card stock; and,

(f) cutting at least one card from said sheet of plastic card stock].



2. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said [step (c) of positioning said core in a] laminator apparatus [is carried out by positioning said core between] has first and second laminating plates, at least one of said first and second laminating plates having a matte finish [to provide at least one of said upper and lower core surfaces with a corresponding] for creating a textured surface on at least one of said outer surfaces of said core.

3. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 2, wherein each of said first and second

3

laminating plates [includes] has a matte finish [to provide both of said upper and lower surfaces of said core with a correspondingly] for creating said textured surface on both of said outer surfaces of said core.

4. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said first and second plastic core

sheets are made from a material selected from the group consisting of polyvinyl chloride, polyester, and acrylonitrile-butadiene-styrene, [wherein] each of said sheets [has] having a thickness in the range of 0.007 [inches] to 0.024 [inches] inch.

5. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 4, wherein said first and second plastic core sheets have a thickness of approximately 0.0125 inch [inches].

6 7. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [6] 1, wherein [said step (c5) is carried out with a ram] said second pressure [that] is greater than [the ram] said first pressure [utilized in step (c4)].

7 8. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 7, wherein [the laminator] said second pressure [utilized in step (c5)] is at least approximately 25% greater than [the ram] said first pressure [utilized in step (c4)].

8 11. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [6] 1, wherein said [step (c3) is carried out by heating said] core is heated in step (c)(i) to a temperature in the range of [300] 275°F to [370] 400°F and said first period of time is [for] at least five (5) [5 to 10] minutes.

4

**9**
12. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [11] 1, wherein said [step (c4) is carried out by increasing said laminator ram] first pressure [to a pressure] is approximately [in the range of 700 p.s.i. to] 1000 p.s.i. and said second period of time is [for] at least 10 minutes.

**10**
13. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said step [(e) is carried out by positioning said core between first and second sheets of overlaminate film such that a layer of overlaminate film is laminated to both said upper and lower surfaces of said core] (d) of applying a layer of overlaminate film comprises the further steps of:

    (a) positioning an overlaminate film on at least one surface of said core;

    (b) subjecting said core to a second heat and pressure cycle comprising the steps of:

        (i) heating said core to a temperature between approximately $175^0F$ to $300^0F$ for approximately 10 to 25 minutes;

        (ii) applying approximately 1000 p.s.i. pressure to said core; and

        (iii) cooling said core to a temperature in the range of approximately $40^0F$ to $65^0F$ for approximately 10 to 25 minutes.

**11**
16. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated wire antenna.

**12**
17. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated circuit board antenna.

**13**
18. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic



5

element is a read/write integrated chip and an associated antenna.

Kindly add the following new claims:

16 22. A hot lamination process for the manufacture of plastic cards, said process comprising the steps of:

(a) providing first and second plastic core sheets;

(b) positioning at least one electronic element in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a layered core;

(c) positioning said core in a laminator apparatus, and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of:

(i) heating said core in said laminator , in the presence of a minimal first ram pressure, to a temperature which causes controlled flow of said plastic which makes up said first and second plastic core sheets;

(ii) applying a second pressure uniformly across said core for encapsulating said at least one electronic element within said controlled flow plastic;

(iii) subsequently cooling said core in conjunction with the concurrent application of a third pressure uniformly across said core, said core including and upper and lower surfaces.

16 24. The method as recited in claim 22 wherein said first and second core layers are devoid of any appreciable cutouts.



OCS_C_045801

6

## REMARKS

### Rejections under 35 U.S.C. 103(a)

The Examiner has rejected each of the pending claims, 1-19, under 35 U.S.C. 103(a) as being unpatentable over U.S. Pat. No. 5,817,207 (the '207 patent) to Leighton. This rejection is respectfully traversed.

Applicant initially notes that the present invention is a continuation of the '207 patent. Applicant further notes that 1) the applicant is the same inventive entity in both the present application and in the '207 patent, and that 2) the present application was filed September 22, 1998, prior to the October 6, 1998 issue date of the '207 patent. Applicant submits that as the present application was copending with the application 08/727,789 for the '207 patent, the '207 patent cannot be prior art against the present application. Applicant therefore respectfully requests that the Examiner withdraw the 103(a) rejection of claims 1-19 over the '207 patent.

### Amendments to the Claims

Applicants have amended the claims to more fully define what the application regards as his invention. As stated previously herein, the '207 patent cannot be prior art against the present application, the Examiner's 103(a) rejection is improper, so the amendments to the claims are not offered to overcome the 103(a) rejections.

Applicant have amended the claims to delete reference to a printing or coating step in the process, as indicated in amended claim 1. Applicant notes that the application of ink or otherwise coating a surface is not an essential element of the invention, and as such clarifies the non-essential nature of printing by deleting reference to it in all claims. The specification teaches broadly, at page 3, lines 16-21, that " The present invention provides numerous advantages over known plastic cards and known plastic card manufacturing processes, including the formation of a plastic card with electronic elements such as a computer chip embedded therein with a pleasing aesthetic appearance, with a sufficiently smooth and regular surface such that the card may receive dye sublimation printing, and with sufficient durability and

7

characteristics to comply with all industry specifications and standards." It is clearly within the scope of the invention, then, to provide a process not including a printing step, as the invention is clearly workable without such step, indicated by the language that a card produced by the process *may* but need not necessarily be printed.

It is believed that this application as amended is in condition for allowance. Such action is respectfully requested.

Respectfully submitted,
OLDHAM & OLDHAM CO., LPA

Mark A. Watkins, Esq.
Registration No. 33, 813

Twin Oaks Estate
1225 West Market Street
Akron, Ohio 44313-7188
(330)864-5550

Attorney Docket No. 6014-1-CON

OCS_C_045803

Practitioner's Docket No. 6014-1-CON

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Leighton, Keith
Application No.: 09/158,290                    Group No.: 1733
Filed: 09/22/1998                              Examiner: Lorin, F.

For: RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

### AMENDMENT TRANSMITTAL

1.    Transmitted herewith is an amendment for this application.

### STATUS

2.    Applicant is a small entity. A statement was already filed.

### EXTENSION OF TERM

3.    The proceedings herein are for a patent application and the provisions of 37 C.F.R. 1.136 apply. Applicant petitions for an extension of time under 37 C.F.R. 1.136 (fees: 37 C.F.R. 1.17(a)(1)-(4)) for three months:

---

### CERTIFICATE OF MAILING/TRANSMISSION (37 C.F.R. 1.8(a))

I hereby certify that, on the date shown below, this correspondence is being:

|  MAILING  |  FACSIMILE  |
|---|---|
| ☒ deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231. | ☐ transmitted by facsimile to the Patent and Trademark Office. |

Date: 24 March 2000

Signature

Mark A. Watkins

(Amendment Transmittal--page 1 of 2)

OCS_C_045804

Fee:    $435.00

## FEE FOR CLAIMS

4.    The fee for claims (37 C.F.R. 1.16(b)-(d)) has been calculated as shown below:

|  | (Col.1) Claims Remaining After Amendment |  | (Col. 2) Highest No. Previously Paid For | (Col. 3) Present Extra | Rate | Addit. Fee |
|---|---|---|---|---|---|---|
|  |  |  |  | SMALL ENTITY |  |  |
| Total | 18 | Minus | 22 | = 0 | x $9 = | $0 |
| Indep. | 3 | Minus | 3 | = 0 | x $39 = | $0 |
| First Presentation of Multiple Dependent Claim |  |  |  | + $130 = | $0 |
|  |  |  |  | Total Addit. Fee | $0 |

\*    If the entry in Col. 1 is less than the entry in Col. 2, write "O" in Col. 3,
\*\*    If the "Highest No. Previously Paid For" IN THIS SPACE (Column 2, Row 1) is less than 20, enter "20".
\*\*\*    If the "Highest No. Previously Paid For" IN THIS SPACE (Column 2, Row 2) is less than 3, enter "3".
    The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1 of a prior amendment or the number of claims originally filed.

No additional fee for claims is required.

## FEE PAYMENT

5.    Attached is a check in the sum of $435.00.

## FEE DEFICIENCY

6.    If any additional extension and/or fee is required, charge Account No. 15-0450.

Mark A. Watkins
Oldham & Oldham Co., L.P.A.
Twin Oaks Estate
1225 West Market Street
Akron, OH  44313-7188
USA

OCS_C_045805



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/158,290 | 09/22/98 | LEIGHTON | K | 6014-1-CON |

021324
OLDHAM & OLDHAM   CO           IM62/0605
TWIN OAKS ESTATE
1225 W MARKET STREET
AKRON OH 44313

| EXAMINER | |
|---|---|
| LORIN,F | |
| ART UNIT | PAPER NUMBER |
| 1775 | 9 |
| DATE MAILED: | |
| | 06/05/00 |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

U.S. G.P.O. 1999 460-803

OCS_C_045806

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 09/158,290 | LEIGHTON, KEITH R. |
| | Examiner | Art Unit |
| | Francis J Lorin | 1775 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

1. ☒ This communication is responsive to *amendment filed*.

2. ☒ The allowed claim(s) is/are *1-20,23 and 24*.

3. ☒ The drawings filed on 1/12/10 are acceptable.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
    a) ☐ All   b) ☐ Some*   c) ☐ None   of the CERTIFIED copies of the priority documents have been
      1. ☐ received.
      2. ☐ received in Application No. (Series Code / Serial Number). _____ .
      3. ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

5. ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR REPLY to comply with the requirements noted below is set to EXPIRE **THREE MONTHS FROM THE "DATE MAILED"** of this Office Action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be available under the provisions of 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS
    (a) ☐ because the originally filed drawings were declared by applicant to be informal.
    (b) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No. _____ .
    (c) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.
    (d) ☐ including changes required by the attached Examiner's Amendment / Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

| | |
|---|---|
| 1☐ Notice of References Cited (PTO-892) | 2☐ Notice of Informal Patent Application (PTO-152) |
| 3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4☐ Interview Summary (PTO-413), Paper No._____ . |
| 5☐ Information Disclosure Statements (PTO-1449), Paper No. _____ . | 6☒ Examiner's Amendment/Comment |
| 7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8☒ Examiner's Statement of Reasons for Allowance |
| | 9☐ Other |

OCS_C_045807

Application/Control Number: 09/158,290                                          Page 2
Art Unit: 1775

1.      The following is an examiner's statement of reasons for allowance: None of the prior art

of record teach the method as claimed particularly the application of the separate heating and

two or three pressure steps as applied to the encapsulation of electronic devices. The closest

prior art is applicant's prior patent 5,817,207. The pending claims patentably distinguish over

this reference in the absence of an ink-applying step.

2.      Claims 21-22 directed to a non-elected invention have been canceled.

        Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the

issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons

for Allowance."

        Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Francis J Lorin whose telephone number is (703) 308-2061. The

examiner can normally be reached on M-F 8:30-6 except alternating (2nd) Mondays off.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Deborah  Jones can be reached on (703) 308-3822. The fax phone numbers for the

organization where this application or proceeding is assigned are (703) 305-5436 for regular

communications and (703) 305-7115 for After Final communications.

        Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-0661.

                                                    Francis J Lorin
                                                    Primary Examiner
                                                    Art Unit 1775

***
June 5, 2000



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

```
021324                      IM62/0605
OLDHAM & OLDHAM CO
TWIN OAKS ESTATE
1225 W MARKET STREET
AKRON OH 44313
```

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/158,290 | 09/22/98 | 016 | LORIN, F | 1775 | 06/05/00 |

| First Named Applicant | LEIGHTON | | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|---|

**TITLE OF INVENTION** RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1   8014-1-CON | 156-298.000 | N40 | UTILITY | YES | $605.00 | 09/05/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. _PROSECUTION ON THE MERITS IS CLOSED._**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**_IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due._**

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

OCS_C_045809

## PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with ~~~~~~ licable fees, to:

Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

*SEP 1 1 2000*

B 9/

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

```
021324                        IM62/0605
OLDHAM & OLDHAM  CO
TWIN OAKS ESTATE
1225 W MARKET STREET
AKRON OH 44313
```

### Certificate of Mailing

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Mark A. Watkins        (Depositor's name)

_____ (Signature)

September 5, 2000        (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/158,290 | 09/22/98 | 016 | LORIN, F | 1775 | 06/05/00 |
| First Named Applicant | LEIGHTON, | | 35 USC 154(b) term ext. = | 0 Days. | |

TITLE OF INVENTION RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 6014-1-CON | 156-298.000 | N40 | UTILITY | YES | $605.00 | 09/05/00 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Oldham &

2  Oldham Co., L.P.A.

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
**PLEASE NOTE:** Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent):
☐ individual   ☐ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies _____ 10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER __15-0450__
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies _____ 10

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____   (Date) 9/5/00

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033        Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SEP-05-00 TUE 04:40 PM   OLDHAM & OLDHAM CO. LPA     FAX NO. 330 864 7986          P. 02

*#101 Amdt*
*Q(N.F.)*
*Q Queen*
*9/8/00*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| **Applicant:** | Leighton, Keith | **Examiner:** | Lorin, F. |
| **Serial No.:** | 09/158,290 | **Art Unit:** | 1733 |
| **Filed:** | September 22, 1998 | **Date:** | September 5, 2000 |

*OFFICIAL*

*FAX RECEIVED*

*SEP 5 2000*

*GROUP 1700*

**Title:** RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## AMENDMENT UNDER 37 C.F.R. 1.312

Dear Sir:

This amendment is made pursuant to 37 C.F.R. 1.312, and is only to correct errors in the recitation of allowed claims appearing in the Notice of Allowability and the Notice of Allowance both dated June 5, 2000.

**In the Claims:**

Please delete claims 6, 9, 10, 13, 14, and 19 without prejudice or bias.

### REMARKS

This amendment is made after Applicant's receipt of the Notice of Allowance for this application but prior to payment of the issue fee. Claims 6, 9, 10, 13, 14, and 19 were deleted by amendment dated March 24, 2000. However, the Notices of Allowability (PTO-37) and Allowance (PTOL-85) issued on June 5, 2000 do not reflect the deletion of these claims. Correction prior to issuance of the patent is respectfully requested.

SEP-05-00 TUE 04:40 PM   OLDHAM & OLDHAM CO. LPA      FAX NO. 330 864 7986         P. 03

2

These changes in no way alter the scope of the disclosure or the claims in the application.

Applicant respectfully requests reconsideration of the application in light of this amendment.

Respectfully submitted,
OLDHAM & OLDHAM CO., LPA

Mark A. Watkins, Esq.
Registration No. 33,813

Twin Oaks Estate
1225 West Market Street
Akron, Ohio 44313-7188
(330)864-5550

Attorney Docket No. 6014-1-CON

OCS_C_045812

SEP-05-00 TUE 04:40 PM   ᴄᴧDHAM & OLDHAM CO. LPA    FAX NO. 330 864 7986    P. 01

Practitioner's Docket No.  6014-1-CON

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:   Leighton

Application No.:      09/158,290                          Group No.: 1733

Filed:                22 September 1998                   Examiner:  Lorin, F.

For:       RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION
PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

**OFFICIAL**

**FAX RECEIVED**

**SEP 5  2000**

**GROUP 1700**

Commissioner of Patents and Trademarks
Washington D.C. 20231

### TRANSMITTAL

Transmitted herewith:

1)  Amendment Under 37 C.F.R. 1.312

## PLEASE FORWARD DIRECTLY TO EXAMINER Francis Lorin.

### PLEASE CONFIRM RECEIPT.

---

### CERTIFICATION 37 CFR 1.8a and 1.10

I hereby certify that, on the date below, this correspondence is being facsimile transmitted to Marlon
Fletcher at (703) 305-5436 at the U.S. Patent and Trademark Office.

Date:   September 5, 2000

*Teri L. Naehring*
Teri L. Naehring

OCS_C_045813



**UNITED STA.    DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/158,290 | 09/22/98 | LEIGHTON            K | 6014-1-CON |

```
┌ 021324                    IM71/0202      ┐
  OLDHAM & OLDHAM  CO
  TWIN OAKS ESTATE
  1225 W MARKET STREET
  AKRON OH 44313            ┘
```

| EXAMINER |
|---|
| LORIN,F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1775 | |

DATE MAILED:    02/02/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

OCS_C_045814

| *Response to Rule 312 Communication* | Application No. | Applicant(s) |
|---|---|---|
| | 09/158,290 | LEIGHTON, KEITH R. |
| | Examiner | Art Unit | |
| | Francis J Lorin | 1775 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

1. ☐ The petition filed on _____ under 37 CFR 1.312(b) is granted. The paper has been forwarded to the examiner for consideration on the merits.

2. ☐ The petition filed on _____ under 37 CFR 1.312(b) is dismissed.

    a) ☐ The requisite petition fee of $_____ has not been received.

    b) ☐ Other :

                                                  _____

                                        Director
                                        Technology Center

3. ☒ The amendment filed on <u>05 September 2000</u> under 37 CFR 1.312 has been considered, and has been:

    a) ☐ entered.

    b) ☐ entered as directed to matters of form not affecting the scope of the invention.

    c) ☒ disapproved. See explanation below.

    d) ☐ entered in part. See explanation below.

*The claims have already been canceled in paper No. 8, filed 3/27/00. A Supplemental Notice of Allowability showing the correct allowed claims, is included herewith.*

Francis J Lorin
Primary Examiner
Art Unit: 1775

OCS_C_045815

| *Supplemental* Notice of Allowability ∧ | Application No. 09/158,290 | Applicant(s) LEIGHTON, KEITH R. |
|---|---|---|
| | Examiner Francis J Lorin | Art Unit 1775 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *9/5/00*.

2. ☒ The allowed claim(s) is/are *1-5, 7-8, 11-12, 15-18, 20, 23-24*.

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
      1) ☐ hereto or  2) ☐ to Paper No. ____.
   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No._____ .
5 ☐ Information Disclosure Statements (PTO-1449), Paper No. ____.
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

Francis J Lorin
Primary Examiner
Art Unit: 1775

OCS_C_045816

09/158290

6214155

| 'ROVED | O.G. FIG. | *10* |
|---|---|---|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | *186* | *298* |



FIG.— 1



FIG.— 2



FIG.— 3A



FIG.— 3B



FIG.— 3C

0915B290 .092298

OCS_C_045817

| PPROVED<br>BY<br>DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |
| | | |

CA/158260



FIG.-4

FIG.-5



FIG.-6

FIG.-7



CR/158290



FIG.-8



FIG.-9



FIG.-10

OCS_C_045819

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1997

| Application or Docket Number |
|---|
| |

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE ☒ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 22 minus 20 = | * 2 | x$11= | 22 | OR | x$22= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | * | x41= | | OR | x82= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| | | | TOTAL | 417 | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 19 | Minus | ** 22 | = | x$11= | | OR | x$22= | |
| Independent | * 3 | Minus | *** 3 | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."

OCS_C_045820