

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/918,582 | 08/19/97 | LEIGHTON | K    60142 |

7541/1104

MARK A WATKINS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

| EXAMINER |
|---|
| SHERR, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2876 | 10 1/2 |

DATE MAILED:    11/04/99

## Response to Rule 312
## Communication

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted. The paper has been
forwarded to the examiner for consideration on the merits.

_____

_____
Director,
Patent Examining Group _____

☑ The amendment filed on ___8-9-99___ under 37 CFR 1.312 has been considered, and has been:

  ☑ entered.

  ☐ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

  ☐ disapproved. See explanation below.

  ☐ entered in part. See explanation below.

FORM PTOL-271 (REV. 1-96)

#11/D
لسا

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Keith Leighton          Examiner:    Sherr, D.

Serial No.    08/918,582            Art Unit:    2876

Filed:        8/19/97              Date:        June 15, 1999

Title:    HOT LAMINATION PROCESS FOR THE MANUFACTURE COMBINATION
         CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING
         THEREFROM

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### THIRD AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. 312(a)

Dear Sir:

The following third amendment is offered for entry after receipt of the Notice of
Allowance mailed April 12, 1999, and before payment of the issue fee.  A first amendment
under 37 C.F.R. 312 was mailed May 14, 1999; a second amendment under 37 C.F.R. 312
was mailed May 20, 1999.


**In the Specification:**

At page 6, line 7, please delete the words "Figs. 2a" and insert therefore --Fig. 2A--; at
page 6, line 7, please delete the word "plan" and insert therefore --elevational--.

At page 6, line 9, please change "Fig. 3" to --Fig. 3A--.

At page 6, line 10, please change "3a-3a" to --3A-3A--.

At page 6, line 11, please change "Fig. 3a" to --Fig. 3B--.

At page 6, line 12, please change "3b-3b" to --3B-3B--.

At page 6, line 17, please change "5a" to --5A--; also at line 17, before the words "cross-
sectional" insert the words --an enlarged--; also at line 17, before the words "an alternative
embodiment" insert the words --of the portion encircled in Fig. 5 for--.

At page 7, line 17, change "2a" to --2A--.

1

OCS_C_045715

At page 7, line 21, change "2a" to --2A--; change "3, and 3a" to --3A--.

At page 13, line 4, change "90" to --91--.

At page 13, line 8, change "Fig. 10" to --Fig. 7--.

## Remarks

Applicant has made the proposed amendments to the specification after preparation of the final formal drawings. Applicant has found several errors such as duplicate numbering that required the changes indicated. None of the changes indicated represent new matter, but only clarify what the applicant regards as his invention.

## Conclusion

Applicant earnestly requests that the Examiner enter the proposed amendment after allowance inasmuch as the proposed changes do not impact the patentability of the invention, but merely corrects an inconsistency in the labeling of the drawings.

Respectfully submitted,

OLDHAM & OLDHAM CO., L.P.A.

Date: June 15, 1999

Mark A. Watkins
Registration 33,813

MAW/JDD/srm

Twin Oaks Estate
1225 West Market Street
Akron, OH 44313-7188
(330) 864-5550

Attorney Docket: 6014-2

2

OCS_C_045716

2862
618/9
93

Practitioner's Docket No. 6014-2                                           *PATENT*

OIPE    JC33
JUN 1 7 1999
PATENT & TRADEMARK OFFICE

B

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Leighton, Keith R.
Application No.: 08/918,582
Filed:  8/19/1997                         Group No.: 2876
                                          Examiner: Sherr, D.
For: Hot Lamination Process for the Manufacture Combination Contact/Contactless Smart Card and
Product Resulting Therefrom

                                          Batch No. R59

**U.S. Patent and Trademark Office**
**Office of Publications**
**Query and Correspondence Branch**
**Crystal Plaza 2 Room-6C30**
**Washington, D.C. 20231**

### LETTER ACCOMPANYING AMENDMENT AFTER ALLOWANCE
### (37 C.F.R. § 1.312)

1.    Please make the amendments shown in the attached papers in this application in the specification and
drawings.                                              RECEIVED
                                                       Publishing Division

2.    Type of amendment:                               JUN 2 3 1999

      Correction of formal matters

      As shown in the remarks of the attached paper, these (1) are needed for proper disclosure or protection
      of the invention and (2) require no substantial amount of additional work on the part of the PTO.

3.    The issue fee has not been paid.

4.    Additional fees:

Please charge Account 15-0450 for any additional fees that may be required by the filing of this paper.

                                    _____
                                    **SIGNATURE OF PRACTITIONER**

Reg. No.:  33,813                   Mark A. Watkins
Tel. No.:  (330) 864-5550           Oldham & Oldham Co., L.P.A.
                                    1225 W. Market St.
Customer No.:  021324               Akron, OH  44313 USA

                                    Plus 4 Attached Pages

                    (Letter Accompanying Amendment after Allowance (37 C.F.R. § 1.312)

*PART of*
*# 11/b*
PATENT

Practitioner's Docket No. 60142

[Stamp: OIPE JUN 1 7 1999 PATENT & TRADEMARK OFFICE]

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Leighton, Keith R.
Application No.: 08/918,582                    Group No.: 2876
Filed: 08/19/1997                               Examiner: Sherr, D.
For: Hot Lamination Process for the Manufacture Combination Contact/Contactless Smart Card and Product Resulting Therefrom

Assistant Commissioner for Patents
Washington, D.C. 20231

### CERTIFICATE OF MAILING UNDER 37 C.F.R. 1.8(a)

I hereby certify that the attached correspondence comprising:

THIRD AMENDMENT AFTER ALLOWANCE
    4 PAGES OF DRAWINGS

RETURN CARD

is being deposited with the United States Postal Service, with sufficient postage, as first class mail in an envelope addressed to:

Assistant Commissioner for Patents
Washington, D.C. 20231

on Jun. 15, 1999.

MARK A. WATKINS

Signature of person mailing paper

(Certificate of Mailing under 37 CFR § 1.8(a)

OCS_C_045718



FIG. - 1

FIG. - 2

OCS_C_045719



FIG.-2A

FIG.-3A

FIG.-3B

FIG.-4

OCS_C_045720



FIG.-5

FIG.-5A



FIG.-6

OCS_C_045721



FIG.-7



FIG.-8

OCS_C_045722



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/918,582 | 08/19/97 | LEIGHTON | K    60142 |

7541/1104

MARK A WATKINS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

| EXAMINER |
|---|
| SHERR, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2876 | 12 |

**DATE MAILED:**    11/04/99

## Response to Rule 312
## Communication

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

_____

_____
Director,
Patent Examining Group _____

☑ The amendment filed on ____6-17-99____ under 37 CFR 1.312 has been considered, and has been:

☑ entered.

☐ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

☐ disapproved.  See explanation below.

☐ entered in part.  See explanation below.

FORM PTOL-271 (REV. 1-96)

OCS_C_045723

2862/68, 99

B #13
02-17-00

OIPE
JUN 2 2 1999
PATENT & TRADEMARK OFFICE

RECEIVED
JUN 2 9 1999
Publishing Division
02

Please type a plus sign (+) inside this box → [ + ]

PTO/SB/21 (6-98)
Approved for use through 09/30/2000. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM
(to be used for all correspondence after initial filing)

| | |
|---|---|
| Application Number | 08/918,582 |
| Filing Date | August 19, 1997 |
| First Named Inventor | Keith R. Leighton |
| Group Art Unit | 2876 |
| Examiner Name | Sherr, D. |
| Total Number of Pages in This Submission  5 | Attorney Docket Number  6014-2 |

## ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| [ ] Fee Transmittal Form | [ ] Assignment Papers (for an Application) | [ ] After Allowance Communication to Group |
| [ ] Fee Attached | [X] Drawing(s) | [ ] Appeal Communication to Board of Appeals and Interferences |
| [ ] Amendment / Response | [ ] Licensing-related Papers | [ ] Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| [ ] After Final | [ ] Petition Routing Slip (PTO/SB/69) and Accompanying Petition | [ ] Proprietary Information |
| [ ] Affidavits/declaration(s) | [ ] Petition to Convert to a Provisional Application | [ ] Status Letter |
| [ ] Extension of Time Request | [ ] Power of Attorney, Revocation Change of Correspondence Address | [X] Additional Enclosure(s) (please *identify below*): |
| [ ] Express Abandonment Request | [ ] Terminal Disclaimer | RETURN CARD |
| [ ] Information Disclosure Statement | [ ] Small Entity Statement | |
| [ ] Certified Copy of Priority Document(s) | [ ] Request for Refund | |
| [ ] Response to Missing Parts/ Incomplete Application | Remarks | |
| [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53 | 4 PAGES OF FORMAL DRAWINGS AFTER THE NOTICE OF ALLOWANCE BEFORE PAYMENT OF THE BASE ISSUE FEE | |

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm or Individual name | Mark A. Watkins |
| Signature | *[signature]* |
| Date | June 17, 1999 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on this date: 06/18/1999

| Typed or printed name | Mark A. Watkins | | |
|---|---|---|---|
| Signature | *[signature]* | Date | June 17, 1999 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be send to the Chief Information Officer Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

**6036099**



FIG.- 1

FIG.- 2

OCS_C_045725



FIG.-2A

FIG.-3A

FIG.-3B

FIG.-4

OCS_C_045726



FIG.-5

FIG.-5A



FIG.-6

OCS_C_045727



FIG.-7



FIG.-8

OCS_C_045728

**PART B—ISSUE FEE TRANSMITTAL**

APR 15 1999

Complete and mail this form, together ... ...ble fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

JUL 1 2 1999

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

MARK A WATKINS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

MM51/0412

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Mark A. Watkins _____ (Depositor's name)
_____ (Signature)
July 8, 1999 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/918,582 | 08/19/97 | 018 | SHERR, D | 2876 | 04/12/99 |

First Named Applicant  LEIGHTON,     35 USC 154(b) term ext. =    0 Days.

TITLE OF INVENTION  HOT LAMINATION PROCESS FOR THE MANUFACTURE OF A COMBINATION CONTACT/CONTACTLESS SMART CARD AND PRODUCT RESULTING THEREFROM (AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2    60142 | 235-488.000 | R59 | UTILITY | YES | $605.00 | 07/12/99 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Oldham & Oldham
2 Co., L.P.A.
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.
(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ Individual   ☐ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies    10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER   15-0450
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____   (Date) July 8, 1999

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

RECEIVED
Publishing Division
JUL 1 3 1999

**TRANSMIT THIS FORM WITH FEE**

OCS_C_045729



*GP 2876*
*#14*
*8/6/01*

**Practitioner's Docket No. 6014-2-CON**                                          PATENT *aww*

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                          Leighton, Keith R.

Application No.: 08/918,582          Group No.: 2876
Filed: August 19, 1997                  Examiner: SHERR, D.
For: Hot Lamination Process for the Manufacture of a Combination Contact/Contactless Smart Card and Product Resulting Therefrom

**Assistant Commissioner for Patents**
**Washington D.C. 20231**

### NOTIFICATION OF FILING OF CONTINUING, DIVISIONAL
### OR CONTINUED PROSECUTION APPLICATION

Notification is hereby being made of the filing of a continuation application for this case concurrently herewith.

**SIGNATURE OF PRACTITIONER**

Reg. No. 33,813                                    Mark A. Watkins
Tel. No.: (330) 864-5550                       Oldham & Oldham
                                                           1225 W. Market St.
Customer No.: 021324                         Akron, OH  44313 USA

---

**CERTIFICATION UNDER 37 C.F.R. 1.8(a) and 1.10\***
*(When using Express Mail, the Express Mail label number is mandatory;*
*Express Mail certification is optional.)*

I hereby certify that, on the date shown below, this correspondence is being:

**MAILING**

■    deposited with the United States Postal Service in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

        **37 C.F.R. 1.8(a)**

■ with sufficient postage as first class mail.                    Date: *Aug 5, 1999*

**Signature**

  Mark A. Watkins
*(type or print name of person certifying)*

(Notification of Filing of Continuing, Divisional or Continued Prosecution Application)

OCS_C_045730



Practitioner's Docket No. 6014-2                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**In re application of:**    Leighton

**Patent No.:**    6,036,099

**Issued:**    March 14, 2000

**For:**    Hot Lamination Process for the Manufacture of a Combination Contact/Contactless Smart Card and Product Resulting Therefrom

**Assistant Commissioner for Patents**
**Washington D.C. 20231**

**CERTIFICATE**
**APR 0 2 2002**
**OF CORRECTION**

## TRANSMITTAL

Transmitted herewith:

1) Request for Certificate of Correction of Patent for Applicant's Mistake

2) Two (2) Certificates of Correction

3) A check in the amount of $100.00

4) ACKNOWLEDGEMENT OF RECEIPT/RETURN CARD

Please charge Account No. 15-0450 for any deficient fees due for the filing of this paper.

Respectfully submitted,

Michael H. Minns
Reg. No. 31,985

---

### CERTIFICATE OF MAILING

I hereby certify that this paper is being deposited with the United States Postal Service on the date shown below in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

March 15, 2002
Date

Michael H. Minns

OCS_C_045731



Practitioner's Docket No. 6014-2                                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent Number:      6,036,099
Issued:             March 14, 2000
Name of Patentee:   Keith R. Leighton
Title of Invention: HOT LAMINATION PROCESS FOR THE MANUFACTURE OF A
                    COMBINATION CONTACT/CONTACTLESS SMART CARD AND PRODUCT
                    RESULTING THEREFROM

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**
    ATTENTION:    **Decision and Certificate of Correction**
                  **Branch of the Patent Issue Division**

## REQUEST FOR CERTIFICATE OF CORRECTION OF PATENT
## FOR APPLICANT'S MISTAKE (37 C.F.R. section 1.323)

1.   It is noted that an error appears in this patent of a clerical nature or character, as more fully described below. It occurred in good faith. Correction thereof does not involve such changes in the patent as would constitute new matter or would require re-examination. A certificate of correction is requested.

    Applicant is correcting two inadvertently omitted cross-references to copending provisional patent applications as permitted by MPEP 1471. The present application met the requirements of 37 CFR §1.78(a)(3) when it was filed. The provisional application, serial no. 60/005,685, was filed October 17, 1995 which claims the benefit of provisional application, serial no. 60/024,255, which was filed August 21, 1996.

2.   Attached hereto, in duplicate, is Form PTO-1050, with at least one copy being suitable for printing.

3.   The exact page and line number where the error occurs in the application file are:

in column 1, line 7, after 1996, add --, which claimed the benefit of provisional application serial no. 60/005,685, filed on October 17, 1995. This application claims the benefit of provisional application serial no. 60/024,255, filed August 21, 1996--

4.   Please send the Certificate to:          Michael H. Minns
                                               Hahn Loeser & Parks LLP
                                               Twin Oaks Estate
                                               1225 West Market Street
                                               Akron, OH 44313

5.   Please pay the fee of $100.00, as required by 37 C.F.R. section 1.20(a), as follows:

        Enclosed is a check for $100.00.

    Date: *March 15, 2002*                    *[signature]*
                                              Signature of Practitioner

    Reg. No.: 31,985                          Michael H. Minns
    Tel. No.: 330-864-5550                    Hahn Loeser & Parks LLP
    Customer No.: 021324                      Twin Oaks Estate
                                              1225 West Market Street
03/27/2002 HYUONG2 00000021 6036099           Akron, OH 44313
01 FC:145                    100.00 OP

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,036,099                                    Page 1 of 1
DATED         : March 14, 2000
INVENTOR(S)   : Keith R. Leighton

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1,
Line 7, replace "Oct. 7, 1996" with -- Oct. 7, 1996, which claimed the benefit of provisional application serial no 60/005,685, filed on October 17, 1995, filed on October 17, 1995. This application claims the benefit of provisional application serial no. 60/024,255, filed August 21, 1996 --.

Signed and Sealed this

Twenty-fourth Day of September, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer

PTO/SB/44  (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO   : 6,036,099

DATED        : March 14, 2000

INVENTOR(S) : Keith R. Leighton

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 1, line 7
replace "Oct. 7, 1996"

with --Oct. 7, 1996, which claimed the benefit of provisional application serial no. 60/005,685, filed on October 17, 1995, filed on October 17, 1995. This application claims the benefit of

provisional application serial no. 60/024,255, filed August 21, 1996--.

MAILING ADDRESS OF SENDER:
Michael H. Minns
Hahn Loeser & Parks LLP
Twin Oaks Estate
1225 West Market Street
Akron, OH 44313

PATENT NO. 6,036,099

No. of additional copies

⇨ 1

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OCS_C_045734

PTO/SB/44  (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO      : 6,036,099

DATED          : March 14, 2000

INVENTOR(S)    : Keith R. Leighton

It is certified that error appears in the above-identified patent and that said Letters Patent
is hereby corrected as shown below:

Col. 1, line 7
  replace "Oct. 7, 1996"

  with --Oct. 7, 1996, which claimed the benefit of provisional application serial no. 60/005,685,
filed on October 17, 1995, filed on October 17, 1995.  This application claims the benefit of

provisional application serial no. 60/024,255, filed August 21, 1996--.

MAILING ADDRESS OF SENDER:
Michael H. Minns
Hahn Loeser & Parks LLP
Twin Oaks Estate
1225 West Market Street
Akron, OH 44313

PATENT NO. 6,036,099

No. of additional copies

⇨ 1

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the
amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231.
DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

OCS_C_045735

## NOTICE RE: CERTIFICATES OF CORRECTION

DATE     : *8/2/02*                                           Paper No.: *16*

TO       : Supervisor, Art Unit *2876*

SUBJECT : Certificate of Correction Request in Patent No.: *6,036,099*

A response to the following question is requested with respect to the accompanying request for a certificate of correction.

With respect to the change(s) requested, correcting Office and/or Applicant's errors, should the patent read as shown in the certificate of correction? No new matter should be introduced, nor should the scope or meaning of the claims be changed.

*Should 1050 be granted on the provisional*

*PLEASE COMPLETE THIS FORM AND*
*RETURN WITH FILE, WITHIN 7 DAYS,*                            *Mary L. App*
*TO CERTIFICATES OF CORRECTION BRANCH - PK 3-915/922*
*PALM LOCATION 7580 - TEL. N0. 305-8309*

*THANK YOU FOR YOUR ASSISTANCE!*

Note your decision by placing a check mark in the appropriate box below, indicating whether all changes requested in the Request for Certificate of Correction should be applied. Please specify which changes should not be applied and indicate the reason(s) for denial, in the "Comments" section below.

☒ YES      ☐ NO

☒ Comments: *All changes requested in the request for certificate of correction should be applied.*

_____                 *2876*
Supervisor                                  Art Unit

PTOL-306 (REV. 2/02)                        U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

OCS_C_045736

PTO/SB/44   (02-01)
Approved for use through 01/31/2004. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO    : 6,036,099

DATED        : March 14, 2000

INVENTOR(S)  : Keith R. Leighton

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 1, line 7
replace "Oct. 7, 1996"

with --Oct. 7, 1996, which claimed the benefit of provisional application serial no. 60/005,685, filed on October 17, 1995, filed on October 17, 1995.  This application claims the benefit of

provisional application serial no. 60/024,255, filed August 21, 1996--.

MAILING ADDRESS OF SENDER:
Michael H. Minns
Hahn Loeser & Parks LLP
Twin Oaks Estate
1225 West Market Street
Akron, OH 44313

PATENT NO.  6,036,099

No. of additional copies

⇨ 1

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comment on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

# PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1996

| Application or Docket Number |
|---|
| 918582 |

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | FEE | | RATE | FEE |
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | 24 | minus 20 = * 4 | x$11= | 44 | OR | x$22= | |
| INDEPENDENT CLAIMS | 3 | minus 3 = * | x40= | | OR | x80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 429 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| **AMENDMENT A** | Total | * 19 | Minus | ** 24 | = | x$11= | | OR | x$22= | |
| | Independent | * 2 | Minus | *** 3 | = | x40= | | OR | x80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| **AMENDMENT B** | Total | * 24 | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * 3 | Minus | *** | = | x40= | | OR | x80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| **AMENDMENT C** | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x40= | | OR | x80= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

OCS_C_045738

Form PTO 1130
(REV 2/94)

**PACE DATA ENTRY CODING SHEET**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

69350 U.S. PTO
08/918582
08/19/97

| 1ST EXAMINER | | DATE |
|---|---|---|
| 2ND EXAMINER | | DATE |

**CONT CODE**   **STATUS CODE**

**APPLICATION NUMBER**

**TOTAL CLAIMS**   **INDEPENDENT CLAIMS**   **SMALL ENTITY?**   **TYPE APPL**   **FILING DATE** MONTH DAY YEAR   **FILING FEE**   **FOREIGN LICENSE**   **SPECIAL HANDLING**

**GROUP ART UNIT**   **CLASS**   **SHEETS OF DRAWING**

**ATTORNEY DOCKET NUMBER**

**FOREIGN PRIORITY CLAIMED**   **COUNTRY CODE**   **PARENT APPLICATION SERIAL NUMBER**

**CONTINUITY DATA**

P C T /
P C T /
P C T /
P C T /
P C T /

**PCT APPLICATION SERIAL NUMBER**   **PARENT PATENT NUMBER**   **PARENT FILING DATE** MONTH DAY YEAR

**PCT/FOREIGN APPLICATION DATA**

**PCT/FOREIGN APPLICATION SERIAL NUMBER**   **FOREIGN FILING DATE** MONTH DAY YEAR

OCS_C_045739