Express Mail Label No.

| Docket No. |
|---|
| 6014-1 |

# Declaration and Power of Attorney For Patent Application

## English Language Declaration

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

**Radio Frequency Identification Card and Hot Lamination Process for the Manufacture of Radio Frequency Identification Cards**

the specification of which

(check one)

☒ is attached hereto.

☐ was filed on _____ as United States Application No. or PCT International

Application Number _____

and was amended on _____

(if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d) or Section 365(b) of any foreign application(s) for patent or inventor's certificate, or Section 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below, by checking the box, any foreign application for patent or inventor's certificate or PCT International application having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)

Priority Not Claimed

| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ |

OCS_C_045572

I hereby claim the benefit under 35 U.S.C. Section 119(e) of any United States provisional application(s) listed below:

| 60/005,685 | 10/17/95 |
|---|---|
| (Application Serial No.) | (Filing Date) |

|  |  |
|---|---|
| (Application Serial No.) | (Filing Date) |

|  |  |
|---|---|
| (Application Serial No.) | (Filing Date) |

I hereby claim the benefit under 35 U. S. C. Section 120 of any United States application(s), or Section 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of 35 U.S.C. Section 112. I acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, C. F. R., Section 1.56 which became available between the filing date of the prior application and the national or PCT International filing date of this application:

| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |
| (Application Serial No.) | (Filing Date) | (Status) (patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

OCS_C_045573



POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.  *(list name and registration number)*

Steven M. Haas , Reg. No. 37,841
Scott M. Oldham, Reg. No. 32,712
Mark A. Watkins, Reg. No. 33,813
Stephen L. Grant, Reg.  No. 33,390
Craig E. Miller, Reg. No. 33,427
Louis F. Kreek, Reg. No. 17,241



Send Correspondence to: Steven M. Haas
                        Oldham & Oldham Co., L.P.A.
                        1225 West Market Street
                        Akron, OH 44313-7188

Direct Telephone Calls to:  *(name and telephone number)*
Steven M. Haas  (330) 864-5550

*1 - 00*

| Full name of sole or first inventor | |
|---|---|
| Keith R. Leighton | |
| Sole or first inventor's signature | Date |
| *Keith R. Leighton* | October 5, 1996 |
| Residence | |
| Lorain, Ohio   *OH* | |
| Citizenship | |
| U.S.A. | |
| Post Office Address | |
| 2817 Fulmer Road, Lorain, Ohio  44053 | |
| | |

| Full name of second inventor, if any | |
|---|---|
| | |
| Second inventor's signature | Date |
| | |
| Residence | |
| | |
| Citizenship | |
| | |
| Post Office Address | |
| | |

OCS_C_045574

| VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) AND 1.27 (b)) - INDEPENDENT INVENTOR | Docket No. 6014-1 |
|---|---|

| Serial No. | Filing Date | Patent No. | Issue Date |
|---|---|---|---|
| | | | |

*[MAIL ROOM OCT 2 3 PAT & TRADEMARK stamp]*

Applicant/ LEIGHTON, Keith R.
Patentee

Invention:  **Radio Frequency Identification Card and Hot Lamination Process for the Manufacture of Radio Frequency Identification Cards**

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled above and described in:

☒ the specification to be filed herewith.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☒ No such person, concern or organization exists.

☐ Each such person, concern or organization is listed below.

*NOTE:  Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities (37 CFR 1.27)

FULL NAME _____
ADDRESS _____
☐ Individual   ☐ Small Business Concern   ☐ Nonprofit Organization

FULL NAME _____
ADDRESS _____
☐ Individual   ☐ Small Business Concern   ☐ Nonprofit Organization

FULL NAME _____
ADDRESS _____
☐ Individual   ☐ Small Business Concern   ☐ Nonprofit Organization

FULL NAME _____
ADDRESS _____
☐ Individual   ☐ Small Business Concern   ☐ Nonprofit Organization

OCS_C_045575

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF INVENTOR   **Keith R. Leighton,**
SIGNATURE OF INVENTOR   _Keith R. Leighton_          DATE:   **October 5, 1996**

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

NAME OF INVENTOR   _____
SIGNATURE OF INVENTOR   _____          DATE:   _____

OCS_C_045576

PRINT OF DRAWINGS
AS ORIGINALLY FILED







Fig. 1



Fig. 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/727789



Fig. 3A



Fig 3B



Fig 3C

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/727789



Fig 4



Fig 5

OCS_C_045579

PRINT OF DRAWINGS
AS ORIGINALLY FILED





Fig 6



Fig 7





Fig 8



Fig 9

COPY



42

70
60
90
38
33
39
92
62
72

135

44

40

Fig 10

OCS_C_045582

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Keith Leighton | Examiner: | |
| Serial No: | 08/727,789 | Art Unit: | 1315 |
| Filed: | 10/07/96 | Date: | August 11, 1997 |

For:  RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

Commissioner of Patents and Trademarks
Washington, D. C. 20231

<u>TRANSMITTAL</u>

Transmitted herewith:

1)  Information Disclosure Statement
2)  PTO Form 1149 and cited references
3)  Acknowledgement of Receipt/Return Card


OLDHAM & OLDHAM CO., L.P.A.


By _____
Mark A. Watkins, Esq.
Reg. No.: 33,813


CERTIFICATE OF MAILING (37 CFR 1.10)

I hereby certify that this paper is being deposited with the United States Postal Service on this date August 11, 1997 in an envelope as "Express Mail Post Office to Address" Mailing No. EM449841381US addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231.


_____
Mark A. Watkins, Esq.

OCS_C_045583

OIPE
65955
AUG 1 1 1997
PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Keith Leighton              Examiner:

Serial No:     08/727,789                  Art Unit:      1315

Filed:         10/07/96                    Date:   August 11, 1997

For:    RADIO FREQUENCY IDENTIFICATION CARD AND HOT
        LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO
        FREQUENCY IDENTIFICATION CARDS

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### INFORMATION DISCLOSURE STATEMENT

This Information Disclosure Statement is believed to be filed prior to a first Patent Office Action on the merits and is therefore thought timely.

The filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made (37 CFR §1.56(g)), an admission that the information cited is, or is considered to be, material to patentability or that no other material information exists.

The filing of this Information Disclosure Statement shall not be construed as an admission against interest in any manner.  Notice of January 9, 1992, 1135 O.G. 13, at 25.

This Information Disclosure Statement is made to comply with the duty of candor imposed on all individuals associated with the filing or prosecution of this application, as defined by 37 CFR §1.56(c).

A list of the patents and other cited references cited by the applicant are enclosed on one sheet of Form PTO-1449 which is attached and made a part hereof.  Copies of the references have been enclosed.  The relevance of each cited reference is thought to have been sufficiently discussed in the prosecution of the parent applications and, therefore, has

OCS_C_045584

not been recited herein. Should the Examiner desire copies of the references, Applicant's Attorney would readily supply the same.

This Information Disclosure Statement is based on information contained in the undersigned attorney file as of the date of this statement and is inclusive of the best information known to the undersigned at that date.

The Examiner is kindly requested to consider the Information Disclosure Statement in addition to any references identified by the Examiner as a result of his independent search and examination.

Respectfully submitted,

OLDHAM & OLDHAM CO., LPA

Mark A. Watkins
Registration 33,813

MAW/clj

Twin Oaks Estate
1225 West Market Street
Akron, OH 44313-7188
(330) 864-5550

Attorney Docket: 6014-1

OCS_C_045585

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

65955

AUG 11 1997

| | | Docket Number (Optional) 601~-_ | | Application Number 08/727,789 |
|---|---|---|---|---|
| | | Applicant(s) **Keith Leighton** | | |
| | | Filing Date 10/07/96 | | Group Art Unit ~~1315~~ /733 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| FJL | A | 5,208,760 | 5/4/93 | Uenishi et al. | | | |
| | B | 4,980,802 | 12/25/90 | Champagne et al. | | | |
| | C | 5,097,117 | 3/17/92 | Champagne et al. | | | |
| | D | 5,438,750 | 8/8/95 | Venambre | | | |
| | E | 5,567,362 | 10/22/96 | Grun | | | |
| | F | 4,795,898 | 1/3/89 | Bernstein et al. | | | |
| | G | 4,701,236 | 10/20/87 | Vieilledent | | | |
| | H | 4,792,843 | 12/20/88 | Haghiri-Tehrani et al. | | | |
| | I | 5,173,840 | 12/22/92 | Kodai et al. | | | |
| | J | 5,412,192 | 5/2/95 | Hoss | | | |
| FJL | K | 5,268,699 | 12/7/93 | Laute et al. | | | |

## FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | Translation NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS   *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| EXAMINER | DATE CONSIDERED 9 Apr, 98 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/727,789 | 10/07/96 | LEIGHTON | K | 6014-1 |

```
                                13M1/0908
   ┌                                          ┐
     STEVEN M HAAS
     OLDHAM & OLDHAM CO
     1225 WEST MARKET STREET
     AKRON OH 44313-7188
   └                                          ┘
```

| EXAMINER |
|---|
| LORIN, F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1301 | |

DATE MAILED:   09/08/97

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

OCS_C_045587

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | 08/727,789 | Leighton | |
| | Examiner | Group Art Unit | |
| | Francis J. Lorin | 1301 | |

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____*3*_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

    ☒ Claim(s) *1-22* _____ is/are pending in the application.

       Of the above, claim(s) *20-22* _____ is/are withdrawn from consideration.

    ☐ Claim(s) _____ is/are allowed.

    ☒ Claim(s) *1-19* _____ is/are rejected.

    ☐ Claim(s) _____ is/are objected to.

    ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

    ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

    ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

    ☐ The proposed drawing correction, filed on _____ is  ☐approved  ☐disapproved.

    ☐ The specification is objected to by the Examiner.

    ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

    ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

       ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

         ☐ received.

         ☐ received in Application No. (Series Code/Serial Number) _____ .

         ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

       *Certified copies not received: _____ .

    ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

    ☒ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Interview Summary, PTO-413

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

*--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---*

OCS_C_045588

Serial Number: 08/727,789                                               Page 2

Art Unit: 1301

## DETAILED ACTION

### *Election/Restriction*

1.       Restriction to one of the following inventions is required under 35 U.S.C. 121:

     I.        Claims 1-19, drawn to a method, classified in class 156, subclass 250.

     II.       Claims 20-22, drawn to an article, classified in class 428, subclass 68.

2.       The inventions are distinct, each from the other because of the following reasons:
Inventions I and II are related as process of making and product made.  The inventions are
distinct if either or both of the following can be shown: (1) that the process as claimed can be
used to make other and materially different product or (2) that the product as claimed can be
made by another and materially different process (MPEP § 806.05(f)).  In the instant case the
article can be made by molding rather than laminating.

3.       Because these inventions are distinct for the reasons given above and have acquired a
separate status in the art as shown by their different classification, restriction for examination
purposes as indicated is proper.

4.       During a telephone conversation with Mr. Mark Watkins (with examiner William Watkins)
on July 30, 1997, a provisional election was made without traverse to prosecute the invention of
Group I, claims 1-19.  Affirmation of this election must be made by applicant in responding to
this Office action.  Claims 20-22 are withdrawn from further consideration by the examiner, 37
CFR 1.142(b), as being drawn to a non-elected invention.

Serial Number: 08/727,789                                                                    Page 3

Art Unit: 1301

### *Claim Rejections - 35 USC § 103*

5.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

6.     Claims 9-21 are rejected under 35 U.S.C. 103(a) as being unpatentable over Haghiri-

Tehrani et al (U.S. Patent No. 4,450,024).

As to sole pending independent claim 1, the reference teaches a lamination process for

making an electronic card, see the abstract.  Although the reference does not specify the

application of a printing layer in the manner recited in the claim, absent any evidence to the

contrary, it would have been obvious to one of ordinary skill in the art to apply any layer to those

already present in the card during lamination, the application of a printed layer being considered

exemplary.

As to the dependent claims regarding the various sequential pressures and other process

parameters, these are considered within the purview of one of ordinary skill in the art and would

depend upon the type of material being laminated.  As to the recitations in the dependent claims

regarding various types of materials, these are considered within the purview of one of ordinary

skill in the art.

Serial Number: 08/727,789                                                    Page 4

Art Unit: 1301


7.     The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.  Both Yanaka et al (U.S. Patent No. 5,067,008) and Terauchi (U.S. Patent No3.

5,396,650) teach methods for making IC cards.


8.     Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Francis J. Lorin whose telephone number is (703) 308-2061.

       Any inquiry of a general nature can be directed to the Group receptionist at (703) 308-

0651.

       The FAX number for Group art unit 1301 is (703) 305-7115.


                              FRANCIS J. LORIN
                              PATENT EXAMINER
                              ART UNIT 1301

Francis J. Lorin
September 2, 1997

| **Notice of References Cited** | | Application No. 08/727,789 | Applicant(s) Leighton | | |
|---|---|---|---|---|---|
| | | Examiner Francis J. Lorin | Group Art Unit 1301 1733 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 4,450,024 | 5/1984 | Haghiri-Tehrani et al | 156 | 108 |
| | B | 5,067,008 | 11/1991 | Yanaka et al | 357 | 81 |
| | C | 5,396,650 | 3/1995 | Terauchi | 455 | 38.2 |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)   **Notice of References Cited**   Part of Paper No. __2__

OCS_C_045592

| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)**<br>**(Small Entity)** | Docket No.<br>6014-1 |
|---|---|

In Re Application Of:   Keith Leighton

#3 *U. Day*
*2/7/98*

| Serial No.<br>08/727,789 | Filing Date<br>10/07/96 | Examiner<br>Lorin, F. | Group Art Unit<br>1301 |
|---|---|---|---|

Invention:   **RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS**

TO THE ASSISTANT COMMISSIONER FOR PATENTS:

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a response to the Office Action of _____09/08/97_____ above-identified application.
                 *Date*

The requested extension is as follows (check time period desired):

   ☒ One month   ☐ Two months   ☐ Three months   ☐ Four months   ☐ Five months

   from:     **12/08/97**      until:     **01/08/98**
              *Date*                    *Date*

A verified statement of small entity status as a small entity under 37 CFR 1.27:

   ☐ is enclosed.
   ☒ has already been filed in this application.

The fee for the extension of time is     **$55**     and is to be paid as follows:

   ☒ A check in the amount of the fee is enclosed.
   ☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. 15-0450
       A duplicate copy of this sheet is enclosed.
   ☒ If an additional extension of time is required, please consider this a petition therefor and charge any additional fees which may be required to Deposit Account No.     15-0450     A duplicate copy of this sheet is enclosed.

01/20/1998 DTHOMAS 00000051 08727789
01 FC:215

Dated:  **January 8, 1998**

                     *Signature*

**Mark A. Watkins, Reg. No. 33,813**
**Oldham & Oldham Co., LPA**
**1225 West Market Street**
**Akron, Ohio 44313-7188**

cc:

I certify that this document and fee is being deposited on January 8, 1998     with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

          *Signature of Person Mailing Correspondence*

**Cherrie L. Jacofsky**
*Typed or Printed Name of Person Mailing Correspondence*

Copyright 1994-97 LegalStar                               P12SMALL/REV05

OCS_C_045593

*1/78/150 d*                                                    Gau 1301 Ø

| AMENDMENT TRANSMITTAL LETTER (Small Entity) | Docket No. |
|---|---|
| Applicant(s):  Keith Leighton | 6014-1 |

| Serial No. 08/727,789 | JAN 12 1998 | Filing Date 10/07/96 | Examiner Lorin, F. | Group Art Unit 1301 |
|---|---|---|---|---|

Invention:  **RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS**

### TO THE ASSISTANT COMMISSIONER FOR PATENTS:

Transmitted herewith is an amendment in the above-identified application.

☒ Small Entity status of this application has been established under 37 CFR 1.27 by a verified statement previously submitted.

☐ A verified statement to establish Small Entity status under 37 FR 1.27 is enclosed.

The fee has been calculated and is transmitted as shown below.

| CLAIMS AS AMENDED | | | | | |
|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST # PREV. PAID FOR | NUMBER EXTRA CLAIMS PRESENT | RATE | ADDITIONAL FEE |
| TOTAL CLAIMS | 22 - | 22 = | 0 x | $11.00 | $0.00 |
| INDEP. CLAIMS | 3 - | 3 = | 0 x | $41.00 | $0.00 |
| Multiple Dependent Claims (check if applicable)  ☐ | | | | | $0.00 |
| TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | | | | $0.00 |

☐ No additional fee is required for amendment.

☐ Please charge Deposit Account No.                    in the amount of
A duplicate copy of this sheet is enclosed.

☐ A check in the amount of                to cover the filing fee is enclosed.

☒ The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No.
A duplicate copy of this sheet is enclosed.

  ☒ Any additional filing fees required under 37 C.F.R. 1.16.

  ☐ Any patent application processing fees under 37 CFR 1.17.

_____                    Dated:  **January 8, 1998**
*Signature*

**Mark A. Watkins, Reg. No. 33,813**
**Oldham & Oldham Co., LPA**
**1225 West Market Street**
**Akron, Ohio 44313-7188**

| I certify that this document and fee is being deposited on  1-8-78  with the U.S. Postal Service as first class mail under 37 C.F.R. 1.8 and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231. |
|---|
| _____ *Signature of Person Mailing Correspondence* |
| Mark A. Watkins *Typed or Printed Name of Person Mailing Correspondence* |

cc:

P11SMALL/REV06

OCS_C_045594



#4/a
V. Day
2/7/98

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant:    Keith Leighton          Examiner:    Lorin, F.

Serial No.    08/727,789            Art Unit:    1301

Filed:        10/07/96              Date:        January 8, 1998

Title:    RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION
         PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY
         IDENTIFICATION CARDS

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## AMENDMENT

Dear Sir:

In response to the Patent and Trademark Office Action dated September 8, 1997, please amend the above-identified application as follows:

In the claims:

Please delete the following claims: 6, 9, 10, and 19.

Please amend the following claims:

1.(Amended)   A [hot lamination] process for incorporating at least one electronic element in the manufacture of a plastic card, [said process] comprising the steps of:

(a) providing first and second plastic core sheets;



(b) positioning said at least one electronic element in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a [layered] core, said plastic core sheets defining a pair of inner and outer surfaces of said core;

(c) positioning said core in a laminator apparatus, and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of:

(i) heating said core [in said laminator,] for a first period of time;

2

(ii) [thereafter] applying [ram] a first pressure to said core for a second period of time such that said at least one electronic element is encapsulated [in] by said core[,];

(iii) [and thereafter] cooling said core [in conjunction with laminator ram] while applying a second pressure [being applied] to said core [, said core including an upper and lower surfaces].

(d) [printing on] coating at least one of said [upper and lower] outer surfaces of said core [such that] with a layer of ink [is applied to said at least one upper and lower surface of said core]; and

(e) [positioning said core in a laminator apparatus with a layer of overlaminate film on at least one of said upper and lower surfaces of said core and laminating said] applying a layer of overlaminate film to at least one of said outer surfaces of said core [in said laminator to thereby form a sheet of plastic card stock; and,

(f) cutting at least one card from said sheet of plastic card stock].



2. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said [step (c) of positioning said core in a] laminator apparatus [is carried out by positioning said core between] has first and second laminating plates, at least one of said first and second laminating plates having a matte finish [to provide at least one of said upper and lower core surfaces with a corresponding] for creating a textured surface on at least one of said outer surfaces of said core.

3. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 2, wherein each of said first and second laminating plates [includes] has a matte finish [to provide both of said upper and lower surfaces of said core with a correspondingly] for creating said textured surface on both of said outer surfaces of said core.

4. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said first and second plastic core

3

sheets are made from a material selected from the group consisting of polyvinyl chloride, polyester, and acrylonitrile-butadiene-styrene, [wherein] each of said sheets [has] having a thickness in the range of 0.007 [inches] to 0.024 [inches] inch.

5. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 4, wherein said first and second plastic core sheets have a thickness of approximately 0.0125 inch [inches].

6
7. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein [said step (c5) is carried out with a ram] said second pressure [that] is greater than [the ram] said first pressure [utilized in step (c4)].

7
8. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 7, wherein [the laminator] said second pressure [utilized in step (c5)] is at least approximately 25% greater than [the ram] said first pressure [utilized in step (c4)].

8
11. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [6] 1, wherein said [step (c3) is carried out by heating said] core is heated in step (c)(i) to a temperature in the range of [300] 275⁰F to [370] 400⁰F and said first period of time is [for] at least five (5) [5 to 10] minutes.

9
12. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim [11] 1, wherein said [step (c4) is carried out by increasing said laminator ram] first pressure [to a pressure] is approximately [in the range of 700 p.s.i. to] 1000 p.s.i. and said second period of time is [for] at least 10 minutes.

10
13. (Amended) [A hot lamination] The process for incorporating at least one electronic element in the manufacture of a plastic card as recited in claim 1, wherein said step (d) is carried out

4

utilizing a printing press.

*11*
~~14.~~ (Amended) [A hot lamination] The process <u>for incorporating at least one electronic element</u> <u>in the manufacture of a plastic card</u> as recited in claim 1, wherein said step (d) is carried out utilizing a coating technique [techniques] selected form the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing, and litho-printing.

*12*
~~15.~~ (Amended) [A hot lamination] The process <u>for incorporating at least one electronic element</u> <u>in the manufacture of a plastic card</u> as recited in claim 1, wherein said step (e) [is carried out by positioning said core between first and second sheets of overlaminate film such that a layer of overlaminate film is laminated to both said upper and lower surfaces of said core] <u>of applying a</u> <u>layer of overlaminate film comprises the further steps of:</u>



    (a) <u>positioning an overlaminate film on at least one ink coated surface of said core;</u>
    (b) <u>subjecting said core to a second heat and pressure cycle comprising the steps of:</u>
        (i) <u>heating said core to a temperature between approximately 175$^0$F to 300$^0$F for</u>
<u>approximately 10 to 25 minutes;</u>
        (ii) <u>applying approximately 1000 p.s.i. pressure to said core; and</u>
        (iii) <u>cooling said core to a temperature in the range of approximately 40$^0$F to 65$^0$F</u>
<u>for approximately 10 to 25 minutes.</u>

*13*
~~16.~~ (Amended) [A hot lamination] <u>The process</u> <u>for incorporating at least one electronic element</u> <u>in the manufacture of a plastic card</u> as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated wire antenna.

*14*
~~17.~~ (Amended) [A hot lamination] The process <u>for incorporating at least one electronic element</u> <u>in the manufacture of a plastic card</u> as recited in claim 1, wherein said at least one electronic element is a micro-chip and an associated circuit board antenna.

*15*
~~18.~~ (Amended) [A hot lamination] The process <u>for incorporating at least one electronic element</u>

OCS_C_045598

5

in the manufacture of a plastic card as recited in claim 1, wherein said at least one electronic element is a read/write integrated chip and an associated antenna.

Kindly add the following new claims:



16
23. A hot lamination process for the manufacture of plastic cards, said process comprising the steps of:

(a) providing first and second plastic core sheets;

(b) positioning at least one electronic element in the absence of a non-electronic carrier directly between said first and second plastic core sheets to form a layered core;

(c) positioning said core in a laminator apparatus, and subjecting said core to a heat and pressure cycle, said heat and pressure cycle comprising the steps of:

(i) heating said core in said laminator , in the presence of a minimal first ram pressure, to a temperature which causes controlled flow of said plastic which makes up said first and second plastic core sheets;

(ii) applying a second pressure uniformly across said core for encapsulating said at least one electronic element within said controlled flow plastic;

(iii) subsequently cooling said core in conjunction with the concurrent application of a third pressure uniformly across said core, said core including and upper and lower surfaces;

(d) printing on at least one of said upper and lower surfaces of said core such that a layer of ink is applied to at least a portion of said at least one upper and lower surface of said core.

17
24. The method as recited in claim 16 wherein said first and second core layers are devoid of any appreciable cutouts.

## REMARKS

The Examiner has rejected each of the pending claims, 1-19, under 35 U.S.C. 103(a) as being unpatentable over U.S. Pat. No. 4,450,024 ("the '024 patent) to Haghiri-Tehrani. This rejection is respectfully traversed.

From the Examiner's rejection, it is apparent that the Examiner claims to have found each

OCS_C_045599

6

of the elements of applicant's claimed invention anticipated by the '024 patent with the exception of the printing step, which the Examiner finds obvious under section 103(a). Applicant maintains that the '024 patent does not teach the process of the present application even in the absence of the printing step.

The '024 patent claims a lamination process for making an electronic card which protects the electronic element of the card by first placing it in a recess formed within a card layer so as to avoid damage to the electronic element from localized pressure applied in the lamination process. The patent then requires that a "buffer zone" be present within the recess. Even the broadest of claims of the '024 patent require a recess and a buffer zone, for and protecting the electronic element. These are required by the '024 invention in order to enable the card assembly to be subjected to a full laminating pressure.

No such protective elements are desired or necessary to the invention of the present application. Further, the invention taught by the '024 patent requires that the electronic element also be placed in a protective carrier disk (6), which is subsequently located within the recess.

The controlled use of a heat and pressure cycle of the present invention eliminates the requirement of both a protective carrier disk for the electronic element and/or a recess or other buffer zone formed in one or more of the card layers for carrying and protecting the electronic element. The process of the present invention allows the electronics-containing core to be subjected to the full laminating pressure without use of a recess in a card layer. Unlike anything shown in the prior art, the electronic unit is placed directly between two (2) plastic sheets. Admittedly, the '024 patent does make reference to card forming processes which vary pressure with temperature. *'024 Patent, col.6, ln. 30-46.* However, there is nothing in the '024 patent which suggests the heat and pressure cycle of the present invention. The '024 patent merely discusses the variation of pressure with temperature, it does not suggest a sequence of steps or the duration of steps which might be used to encapsulate an electronic element by a plastic card. The '024 patent does not discuss a cooling step, nor does it propose a solution to the relative pressures to be applied in the steps of the cycle.

The Examiner correctly notes that it is well within the purview of one of ordinary skill in the art to vary temperature with the type of material being laminated. However, the present invention involves more than controlling pressure as a function of temperature; the present

7

invention claims a coordinated heat and pressure cycle which uses multiple temperatures, pressures and time periods for a single material. The dependent claims include limitations on the ratio of pressures to be applied at various stages of the process as well as specific temperature ranges and time periods for each step. Claim 15 includes a further heat and pressure cycle to be used in the overlamination step, a step which doesn't involve protecting the electronic element.

The amendments made to the claims have not been made to avoid the 103(a) rejection. It is believed that the claims as originally submitted are unobvious over the '024 patent. The amendments were made to clarify claim language and to insure consistent language throughout both the specification and the claims.

It is believed that this application as amended is in condition for allowance. Such action is respectfully requested.

Respectfully submitted,
OLDHAM & OLDHAM CO., LPA

Mark A. Watkins, Esq.
Registration No. 33, 813

Twin Oaks Estate
1225 West Market Street
Akron, Ohio 44313-7188
(330)864-5550

Attorney Docket No. 6014-1

| ***Notice of Allowability*** | Application No.<br>**08/727,789** | Applicant(s)<br>**Leighton** |
|---|---|---|
| | Examiner<br>**Francis J. Lorin** | Group Art Unit<br>**1733** |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment filed 1/12/98*                            .

☒ The allowed claim(s) is/are *1-5, 7, 8, 11-18, 23, and 24*                            .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

*(handwritten: B, K-13-98, FJL)*

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☒ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**
  ☐ Notice of References Cited, PTO-892
  ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ____*1*____
  ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
  ☐ Notice of Informal Patent Application, PTO-152
  ☐ Interview Summary, PTO-413
  ☒ Examiner's Amendment/Comment
  ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
  ☐ Examiner's Statement of Reasons for Allowance

OCS_C_045602

Serial Number: 08/727,789                                                    Page 2

Art Unit: 1733

1.      An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

2.      The application has been amended as follows:

Claims 20-22 have been canceled without prejudice as being directed to a non-elected invention.

3.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Francis J. Lorin whose telephone number is (703) 308-2061.

        Any inquiry of a general nature can be directed to the Group receptionist at (703) 308-

0651.

        The FAX number for any official papers (i.e., papers that will be entered as part of the file

wrapper) for Group Art Unit 1733 is (703) 305-3601.

        Any unofficial papers (e.g., proposed amendments) can be submitted by FAX using 305-

7115.

                              FRANCIS J. LORIN
                              PRIMARY EXAMINER
                              ART UNIT 1733

Francis J. Lorin
April 13, 1998



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  Box ISSUE FEE
ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

IM61/0414

STEVEN M HAAS
OLDHAM & OLDHAM CO
1225 WEST MARKET STREET
AKRON OH 44313-7188

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/727,789 | 10/07/96 | 017 | LORIN, F | 1733 | 04/14/98 |

| First Named Applicant | LEIGHTON, | KEITH R. |
|---|---|---|

TITLE OF INVENTION
RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1  6014-1 | 156-298.000 | C91 | UTILITY | YES | $660.00 | 07/14/98 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
_**PROSECUTION ON THE MERITS IS CLOSED.**_

**THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>**

### HOW TO RESPOND TO THIS NOTICE:

I.  Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as yes, verify your
current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
FEE DUE shown and notify the Patent and
Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number.
Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance**
**fees when due.**

OCS_C_045604

**PART B—ISSUE FEE TRANSMITTAL**

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addresses entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing, below.**

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

**2. INVENTOR(S) ADDRESS CHANGE** (Complete only if there is a change)

INVENTOR'S NAME

Street Address

City, State and Zip Code

CO-INVENTOR'S NAME

Street Address

City, State and Zip Code

☐ Check if additional changes are enclosed

**1. CORRESPONDENCE ADDRESS**

STEVEN M HAAS
[illegible]
[illegible] MARKET STREET
AKRON OH 44313-7188

JUL 06 1998

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/727,789 | 10/07/96 | 017 | LORIN, F | 1733 | 04/14/98 |

First Named Applicant  LEIGHTON,  KEITH R.

TITLE OF INVENTION  RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY IDENTIFICATION CARDS.

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 6014-1 | 156-298.000 | C91 | UTILITY | YES | $660.00 | 07/14/98 |

3. Correspondence address change (Complete only if there is a change)

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1  Oldham &

2  Oldham Co., L.P.A.

3 _____

**5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT** (print or type)

(1) NAME OF ASSIGNEE:

(2) ADDRESS: (CITY & STATE OR COUNTRY)

A. ☐ This application is NOT assigned.

☐ Assignment previously submitted to the Patent and Trademark Office.

☐ Assignment is being submitted under separate cover. Assignment should be directed to Box ASSIGNMENTS.

**PLEASE NOTE:** Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee    ☒ Advance Order - # of Copies  10

6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER  15-0450
(ENCLOSE A COPY OF THIS FORM)
☐ Issue Fee    ☐ Advance Order - # of Copies _____
☐ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  Mark A. Watkins  (Date) 7-2-98
Mark A. Watkins, Esq.

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Certificate of Mailing**

Note: If this certificate of mailing is used, it can be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:
Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

on:  July 2, 1998  (Date)

Teri L. Naehring  (Name of person making deposit)

Teri L. Naehring  (Signature)

July 2, 1998  (Date)

07/13/1998 ASEAFORT 00000001 08727789

01 FC:142    660.00 OP
02 FC:561     30.00 OP

OCS_C_045605

PATENT                          *I'7N/ (*                    DOCKET NO: 6014-1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In the application of: | Keith Leighton | **Date:** | July 1, 1998 |
|---|---|---|---|
| **Serial No.:** | 08/727,789 | **Group No.:** | 1733 |
| **Filed:** | 10/07/96 | **Examiner:** | Lorin, F. |

**For:**  RADIO FREQUENCY IDENTIFICATION CARD AND HOT LAMINATION
PROCESS FOR THE MANUFACTURE OF RADIO FREQUENCY
IDENTIFICATION CARDS

**Commissioner of Patents & Trademarks**
**Washington, D.C. 20231**
        **ATTENTION:  Official Draftsman**

TRANSMITTAL OF FORMAL DRAWING(S) IN RESPONSE TO NOTICE OF ALLOWANCE

Attached please find the formal drawings for this application.

Reg. No.: 33,813

_____
Signature of Attorney

Tel. No.: (330) 864-5550

Mark A. Watkins_____
(type or print name of signer)

 1225 West Market Street_____
P. O. Address

 Akron, OH 44313-7188_____

Note:    "Identifying indicia, if provided, should include the application number or the title of the invention, inventor's name, docket number (in any), and the name and telephone number of a person to call if the Office is unable to match the drawings to the proper application.  This information should be placed on the back of each sheet of drawing a minimum distance of 1.5 cm (⅝inch) down from the top of the page." 37 CFR §1.84(c).

**CERTIFICATE OF MAILING (37 CFR 1.8)**
I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as First Class Mail in an envelope addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Mark A. Watkins_____
(type or print name of person signing)

Date: June 18, 1998

_____
(Signature of person mailing paper)

*5817209*
*10/6*

**DOCKET NO.: ABTT-0133/B920431**                                   **PATENT**

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

**Vladimir M. Segal**

Serial No.:    08/754,984                        Group Art Unit: **1733**

Filed:    **November 22, 1996**                  Examiner: **F. Lorin**

For:    **ADHESIVE BONDING SYSTEM FOR BONDING LAMINAE TO FORM A
        LAMINATE**

> I, ANTHONY J. ROSSI, Registration No. 24,053 certify that this correspondence is being deposited with the U.S.
> Postal Service as First Class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington,
> D.C. 2023].
>
> On July 30, 1998
>
> *[signature]*
>
> ANTHONY J. ROSSI Registration No. 24,053

Assistant Commissioner                               **RECEIVED**
  for Patents                                        Publishing Division
**BOX ISSUE FEE**
Washington, D.C. 20231                               AUG - 3 1998

Dear Sir:                                            **11**

### COMMUNICATION

Applicant became aware of the attached reference less than three (3) months ago, after the

issue fee had been paid.  This reference resulted from a Supplementary European Search Report dated

June 18, 1998.  Applicant respectfully requests that this reference be placed in the file of the above-

identified application.

Respectfully submitted,

*[signature]*

ANTHONY J. ROSSI
Registration No. 24,053

Date:  7-30-98

WOODCOCK WASHBURN KURTZ
  MACKIEWICZ & NORRIS LLP
One Liberty Place - 46th Floor
Philadelphia, PA 19103
(215) 568-3100

215-568 3439

OCS_C_045607



FIG.-1

FIG.-2

FIG.-3A

FIG.-3B

FIG.-3C

OCS_C_045608





FIG. - 4

FIG. - 5



FIG. - 6

FIG. - 7

OCS_C_045609





FIG.-8



FIG.-9



FIG.-10

OCS_C_045610

PTO UTILITY GRANT

Paper Number _____

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

Attest *Mary H. Green*

The United States of America

Form PTO-1584 (Rev. 2/97)

FPI-LOM

OCS_C_045611

*11*

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1996

Application or Docket Number: *727789*

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 385.00 | OR | | 770.00 |
| TOTAL CLAIMS | *22* minus 20 = | * *2* | x$11= | 22 | OR | x$22= | |
| INDEPENDENT CLAIMS | *2* minus 3 = | * | x40= | | OR | x80= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | *407* | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

#### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | SMALL ENTITY ADDITIONAL FEE | OR | RATE | OTHER THAN SMALL ENTITY ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * *20* | Minus | ** *22* | = — | x$11= | | OR | x$22= | |
| Independent | * *3* | Minus | *** *3* | ✓ | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

#### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | SMALL ENTITY ADDITIONAL FEE | OR | RATE | OTHER THAN SMALL ENTITY ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

#### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | SMALL ENTITY ADDITIONAL FEE | OR | RATE | OTHER THAN SMALL ENTITY ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x40= | | OR | x80= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

OCS_C_045612

Form PTO 1130
(REV 2/94)

## PACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

| 1ST EXAMINER | DATE |
|---|---|
| 2ND EXAMINER | _Irby_ |
| | DATE 12-18-96 |

APPLICATION NUMBER: 08/727789

| TOTAL CLAIMS | INDEPENDENT CLAIMS | TYPE APPL | SMALL ENTITY? | FILING DATE MONTH/DAY/YEAR | FILING FEE | FOREIGN LICENSE | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 2 | 2 | 1 | 1 | 10 17 96 | 407 | Y | 0 | 1 3 1 5 | 4 2 8 | 6 |

**CONTINUITY DATA**

| CONT STATUS CODE | PARENT APPLICATION SERIAL NUMBER | PCT APPLICATION SERIAL NUMBER | ATTORNEY DOCKET NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE MONTH/DAY/YEAR |
|---|---|---|---|---|---|
| 08 | 2 600 5685 | P C T / / / | 6014-1 | | 10 17 95 |

FOREIGN PRIORITY CLAIMED

COUNTRY CODE

**PCT/FOREIGN APPLICATION DATA**

PCT/FOREIGN APPLICATION SERIAL NUMBER

FOREIGN FILING DATE MONTH/DAY/YEAR

OCS_C_045613