| (19)日本国特許庁(JP) | (12) 公 開 特 許 公 報 (A) | (11)特許出願公開番号 |
| --- | --- | --- |
| | | 特開平6-176214 |
| | | (43)公開日　平成6年(1994)6月24日 |

| (51)Int.Cl.⁵ | 識別記号 | 庁内整理番号 | FI | 技術表示箇所 |
| --- | --- | --- | --- | --- |
| G 0 6 K 19/07 | | | | |
| B 4 2 D 15/10 | 5 2 1 | 9111-2C | | |
| G 0 6 K 19/077 | | | | |
| | | 8623-5L | G 0 6 K 19/00 | H |
| | | 8623-5L | | K |

審査請求　未請求　請求項の数1(全 3 頁)

| (21)出願番号 | 特願平4-330574 | (71)出願人 | 000006172 |
| --- | --- | --- | --- |
| | | | 三菱樹脂株式会社 |
| | | | 東京都千代田区丸の内2丁目5番2号 |
| (22)出願日 | 平成4年(1992)12月10日 | (72)発明者 | 秦　正則 |
| | | | 神奈川県平塚市真土2480番地　三菱樹脂株式会社平塚工場内 |
| | | (72)発明者 | 永松　啓至 |
| | | | 神奈川県平塚市真土2480番地　三菱樹脂株式会社平塚工場内 |
| | | (74)代理人 | 弁理士　近藤　久美 |

(54)【発明の名称】　薄型非接触ICカード

(57)【要約】
【目的】　ICモジュールと、ICモジュールに接続され外部装置と非接触で信号の受発信を行う受発信用コイルを内蔵した非接触ICカードであって、厚みを薄くして薄型のカード状とすることにより、携帯性を向上させると共に、曲げ、衝撃に対する強度を向上させた薄型非接触ICカードカードを提供する。
【構成】　薄型ICモジュールおよび薄型受発信用コイルを重ね合わせることなく平面配置すると共に、薄型ICモジュールおよび薄型受発信用コイルの両面にプラスチック製フィルムを介在させ、さらに両面からプラスチック製表面材で挟持して、加熱圧着して固着一体化した薄型非接触ICカード。
【効果】　厚みを薄くして薄型のカード状とすることにより、携帯性を向上させると共に、曲げ、衝撃に対し強度を向上させ、薄型ICモジュールおよび薄型受発信用コイルを外部から確実に遮蔽して、外部から水が侵入して薄型ICモジュールおよび薄型受発信用コイルが破損するのを防止することができる。



(2) 特開平6-176214

## 1

【特許請求の範囲】
【請求項1】薄型ICモジュールと、該薄型ICモジュールに接続され外部装置と非接触で信号の受発信を行う薄型受発信用コイルを内蔵した薄型非接触ICカードであって、前記薄型ICモジュールおよび薄型受発信用コイルを重ね合わせることなく平面配置すると共に、薄型ICモジュールおよび薄型受発信用コイルの両面にプラスチック製フィルムを介在させ、さらに両面からプラスチック製表面材で挟持して、加熱圧着して固着一体化したことを特徴とする非接触ICカード。
【発明の詳細な説明】
【0001】
【産業上の利用分野】本発明は、ICモジュールと、ICモジュールに接続され外部装置と非接触で信号の受発信を行う受発信用コイルを内蔵した非接触ICカードに関し、とくに厚みを薄くして薄型のカード状とすることにより、携帯性を向上させると共に、曲げ、衝撃に対する強度を向上させた薄型非接触ICカードに関する。
【0002】
【従来の技術】従来、ICモジュールと該ICモジュールに接続され外部装置と非接触で信号の受発信を行う受発信用コイルを内蔵した非接触ICカードとしては、図4に斜視図で示すように、ICモジュールXと受発信用コイルYとを、プラスチック製の箱体Z1と蓋体Z2とからなる匡体Z内に収納し、箱体Z1と蓋体Z2とを接着したもの、あるいはICモジュールXと受発信用コイルYとを金型内に配置し、プラスチックを射出成形して一体化するものが知られている。
【0003】
【発明が解決しようとする課題】上記従来の非接触ICカードでは、プラスチック製の箱体Z1と蓋体Z2とからなる匡体Z内に収納し、箱体Z1と蓋体Z2とを接着するものにおいては、箱体Z1と蓋体Z2との接着が十分でないと、接着箇所から水が内部に侵入し、ICモジュールXと受発信用コイルYが破損するおそれがあり、また、厚みも約10mmと厚いものであった。また、ICモジュールXと受発信用コイルYとを金型内に配置し、プラスチックを射出成形して一体化するものにあっては、金型内にICモジュールXと受発信用コイルYとを配置するのに手間がかかるばかりか、射出成形により、平板状で、厚みが薄いものを成形すると、反りが生じ、外観上好ましいものが得られない等の問題点があった。
【0004】
【課題を解決するための手段】本発明は、上記課題を解決するものであって、その要旨は、薄型ICモジュールと、該薄型ICモジュールに接続され外部装置と非接触で信号の受発信を行う薄型受発信用コイルを内蔵した薄型非接触ICカードであって、前記薄型ICモジュールおよび薄型受発信用コイルを重ね合わせることなく平面

## 2

配置すると共に、薄型ICモジュールおよび薄型受発信用コイルの両面にプラスチック製フィルムを介在させ、さらに両面からプラスチック製表面材で挟持して、加熱圧着して固着一体化することにより、厚みを薄くして薄型のカード状とすることにより、携帯性を向上させると共に、曲げ、衝撃に対し強度を向上させ、薄型ICモジュールおよび薄型受発信用コイルを外部から確実に遮蔽して、外部から水が侵入して薄型ICモジュールおよび薄型受発信用コイルが破損するのを防止した薄型非接触ICカードである。
【0005】
【実施例】以下、本発明の実施例を図面に基づき具体的に説明する。図1は本発明の薄型非接触ICカードを示す平面図、図2は本発明の薄型非接触ICカードの要部を示す断面図、図3は本発明の薄型非接触ICカードを製造する状態を示す側断面図である。
【0006】図1に平面図で示すように、薄型非接触ICカード10の外径寸法は、横寸法が約86mm、縦寸法が約54mmであり、厚みは約1mmである。薄型非接触ICカード10には、ICメモリ（図示略）と整流回路等（図示略）を内蔵した薄型ICモジュール11と、該薄型ICモジュール11に接続された薄型受発信用コイル12を内蔵している。13はエンボス領域であって、薄型ICモジュール11が内蔵された位置と薄型受発信用コイル12が内蔵された位置を避けて形成してある。このように、エンボス領域13を、薄型ICモジュール11が内蔵された位置と薄型受発信用コイル12が内蔵された位置を避けて形成すると、エンボス領域13にエンボス加工をしても、薄型ICモジュール11および薄型受発信用コイル12に影響が少ないので、好適である。図2に断面図で示すように、薄型ICモジュール11の厚みT1は、約0.3mmとしてある。薄型受発信用コイル12は、厚さT2が約0.4mmの平板状フェライトコア12aに、直径が約0.1mmの銅線12bを巻き付け、その厚さT3は約0.5mmとしてある。薄型受発信用コイル12は、外部装置と電磁結合または電磁誘導により、薄型ICモジュール11に記憶される情報を外部装置と非接触で受発信する。薄型ICモジュール11に設けられた整流回路により、薄型受発信用コイル12に励起された交流電流を整流して薄型ICモジュール11の電源とされる。このため、電池を別途内蔵する必要はない。
【0007】14、14は厚みが約0.1mmのポリ塩化ビニル樹脂製等のプラスチック製フィルムであって、薄型ICモジュール11および薄型受発信用コイル12の両面から、これら薄型ICモジュール11および薄型受発信用コイル12を狭持するようにして介在させてあると共に、厚みが約0.3mmのポリ塩化ビニル樹脂製等のプラスチック製フィルム14、14の両面からポリ塩化ビニル樹脂製等のプラスチック製表面材15、15

P649

G01268

(3) 特開平6-176214

3

で挟持して、加熱圧着して固着一体化し、厚みが約1mmとしてある。
【0008】本発明の薄型非接触ICカード10を製造するには、図3に側断面図で示すように、薄型ICモジュール11と薄型受発信用コイル12とが重ね合わないようにして配置し、薄型ICモジュール11および薄型受発信用コイル12の両面に厚みが約0.1mmのポリ塩化ビニル樹脂製等のプラスチック製フィルム14、14を介在させ、さらに両面から厚みが約0.3mmのポリ塩化ビニル樹脂製等のプラスチック製表面材15、15で挟持した後、両面から熱板20、20で加熱圧着して固着一体化すれば良い。
【0009】
【発明の効果】以上の通り、本発明によれば、薄型ICモジュールおよび薄型受発信用コイルを重ね合わせることなく平面配置すると共に、薄型ICモジュールおよび薄型受発信用コイルの両面にプラスチック製フィルムを介在させ、さらに両面からプラスチック製表面材で挟持して、加熱圧着して固着一体化することにより、厚みを薄くして薄型のカード状とすることにより、携帯性を向

4

上させると共に、曲げ、衝撃に対し強度を向上させ、薄型ICモジュールおよび薄型受発信用コイルを外部から確実に遮蔽して、外部から水が侵入して薄型ICモジュールおよび薄型受発信用コイルが破損するのを防止することができるなどの利点がある。
【図面の簡単な説明】
【図1】本発明の薄型非接触ICカードを示す平面図
【図2】本発明の薄型非接触ICカードの要部を示す断面図
【図3】本発明の薄型非接触ICカードを製造する状態を示す側断面図
【図4】従来の非接触ICカードを示す斜視図
【符号の説明】
10　薄型非接触ICカード
11　薄型ICモジュール
12　薄型受発信用コイル
13　エンボス領域
14　プラスチック製フィルム
15　プラスチック製表面材

【図1】



【図2】



【図3】



【図4】



P650

G01269