AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies LLC

v.

Oberthur Card Systems, S.A.

APPEARANCE

Case Number: ECF Case 04-02496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oberthur Card Systems, S.A.

I certify that I am admitted to practice in this court.

October 19, 2005
Date

Signature

Todd S. Sharinn | TS-0581
Print Name | Bar Number

805 Third Avenue
Address

New York | New York | 10022
City | State | Zip Code

(212) 891-3790 | (212) 759-9133
Phone Number | Fax Number