AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

LEIGHTON TECHNOLOGIES LLC,

Plaintiff,

## SUMMONS IN A CIVIL CASE

### V.

CASE NUMBER:   04-CV-02496 (CM)(LMS)

OBERTHUR CARD SYSTEMS, S.A.,
OBERTHUR CARD SYSTEMS OF AMERICA
CORPORATION,

Defendants.

TO: (Name and address of defendant)

Oberthur Card Systems of America Corporation
c/o James David Jacobs, Esq., Frank M. Gasparo, Esq., Susan R. Knox, Esq.
Baker & McKenzie LLP
805 Third Avenue
New York, New York  10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Gutkin, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC  20004-2415
Tel:  (202) 383-0751
Fax:  (202) 637-3593
Attorneys for Leighton Technologies LLC

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_J. M. McMahon_

CLERK

DATE   10/26/2005

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SUTHERLAND ASBILL &
BRENNAN LLP - 1533

---

LEIGHTON TECHNOLOGIES LLC

                                                        Plaintiff(s)

- against -

OBERTHUR CARD SYSTEMS, S.A. ET ANO

                                                        Defendant(s)

Index #: 04 IV 02495(CM)(LMS)

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARLO JEAN-FRANCOIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE
AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 27, 2005 at 09:40 AM at

C/O JAMES DAVID JACOBS, ESQ. , FRANK M GASPARO ESQ, SUSAN R KNOX, ESQ,
BAKER & MCKENZIE LLP
805 THIRD AVENUE
NEW YORK, NY10022

deponent served the within true copy of the SUMMONS & COMPLAINT on OBERTHUR CARD SYSTEMS OF AMERICA
CORPORATION, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. SUSAN R KNOX, ESQ. personally, deponent knew said
corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said
defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 37 | 5'9 | 270 |

Sworn to me on:  October 28, 2005

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18,
2009

Stuart J. Forman
Notary Public State of New York
No 31-4828240
Qualified in New York County
Commission Expires June 30, 2007

**CARLO JEAN-FRANCOIS**
License #: 911217
Docket #: 368917