

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**Baker & McKenzie LLP**
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

MICROFILM
NOV 08 2005
USDC SD NY WP

James David Jacobs
Tel: +1 212 891 3951
James.D.Jacobs@bakernet.com

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

November 3, 2005

BY FACSIMILE

The Honorable Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street, Room 428
White Plains, New York 10601-4150

Re: *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*,
Case No. 04 Civ. 02496 (CM) (LMS)

**MEMO ENDORSED**

Dear Judge McMahon:

The parties jointly submit this letter to move the Court for an Order enlarging the time for Leighton Technologies LLC ("Leighton") to file its opposition to Oberthur Card Systems, S.A.'s ("Oberthur") Motion for Summary Judgment of Invalidity. The parties further seek an order setting Oberthur's reply date. Unfortunately, the parties were not able to schedule the discovery discussed below, which involves international depositions, prior to today despite their mutual cooperation and efforts, and thus were not able to write the Court sooner.

Oberthur filed its Motion on October 18, 2005 and, therefore, Leighton's opposition is currently due on November 4, 2005. Leighton has requested discovery before it responds to the motion. Among this discovery are inspection of Oberthur's electronic documents and the depositions of the two declarants who supported Oberthur's motion. The parties have worked to expedite a limited period of discovery to address these issues and Oberthur does not oppose Leighton's request for such discovery and additional time.

Copies mailed / handed / faxed to counsel _11/8/05_

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

The parties therefore respectfully request that the Court enter an order establishing an opposition date of December 2, 2005 for Leighton's opposition papers and December 23, 2005 for Oberthur's reply.

Respectfully submitted,

Blair M. Jacobs, Esq.
Sutherland Asbill & Brennan LLP
Counsel for Plaintiff

James David Jacobs, Esq.
Baker & McKenzie LLP
Counsel for Defendants