

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEIGHTON TECHNOLOGIES LLC,

        Plaintiff and Counterclaim Defendant,   Index No. 04 CV 2496

 -against-   AFFIDAVIT OF SERVICE

OBERTHUR CARD SYSTEMS, S.A.,

        Defendant and Counterclaim Plaintiff.
-------------------------------------------------------------------X
STATE OF NEW YORK   )
          S.S.:
COUNTY OF ROCKLAND   )

    DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 18th day of November, 2005, at approximately 11:25 AM, deponent served a true copy of the SUMMONS, ANSWER TO SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS upon PAUL J. LERNER at Montebello Park, 75 Montebello Road, Suite 105, Suffern, new York 10901, by personally delivering and leaving the same with PAUL J. LERNER at that address. At the time of service, deponent asked PAUL J. LERNER whether HE is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    PAUL J. LERNER is a white male, approximately 52 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 190 pounds with balding gray hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
21st day of November, 2005

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com