**Sutherland**
**Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

BLAIR M. JACOBS
DIRECT LINE: 202.383.0773
Internet: blair.jacobs@sablaw.com

RECEIVED
NOV 29 2005
CHAMBERS OF
COLLEEN McMAHON

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

November 29, 2005

BY FACSIMILE

The Honorable Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street, Room 428
White Plains, New York 10601-4150

Re: *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*,
Case No. 04 Civ. 02496 (CM) (LMS)

Dear Judge McMahon:

**MEMO ENDORSED**

Plaintiff Leighton Technologies LLC submits this letter to move the Court for an Order enlarging the time for Leighton Technologies LLC ("Leighton") to file its opposition to Oberthur Card Systems, S.A.'s ("Oberthur") Motion for Summary Judgment of Invalidity by three days and to enlarge Oberthur's response period by a like amount. Oberthur does not object to the enlargement. The Court previously granted a request to enlarge these deadlines so that Leighton could gather discovery on issues raised by Oberthur's Summary Judgment Motion.

Several depositions in this case noticed by Oberthur are scheduled to occur in the next few days and require significant travel. As a result, Leighton will need additional time to prepare and submit its opposition papers.

Leighton therefore respectfully request that the Court enter an order extending the deadline for Leighton's opposition papers to December 7, 2005 and the deadline for Oberthur's reply papers to December 29, 2005.

WO 446753.1
Atlanta ■ Austin ■ Houston ■ New York ■ Tallahassee ■ Washington, DC

The Honorable Colleen McMahon
November 29, 2005
Page 2

Respectfully submitted,

Blair M. Jacobs, Esq.
Sutherland Asbill & Brennan LLP
Counsel for Plaintiff

James D. Jacobs, Esq. /by CAO with permission/
Baker & McKenzie LLP
Counsel for Defendants

WO 446753 1