

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEIGHTON TECHNOLOGIES LLC,

    Plaintiff,

    -against-

OBERTHUR CARD SYSTEMS, S.A.,

    Defendant.
-------------------------------------------------------X

Case No. 04 CIV 02496 (CM) (LMS)

AFFIDAVIT OF SERVICE

STATE OF OHIO      )
     S.S.:
COUNTY OF CUYAHOGA  )

    THOMAS HUTTER, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

    That on the 25th day of November, 2005, at approximately the time of 10:15 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND ANSWER TO SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS upon KEITH LEIGHTON at 214 Mariners Circle, Apartment G, Sheffield Lake, OH, by personally delivering and leaving the same with KEITH LEIGHTON at that address. At the time of service, deponent asked KEITH LEIGHTON if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    KEITH LEIGHTON is a White male, approximately 50 years of age, stands approximately 6-0 feet 0 inches tall, weighs approximately 175 pounds with White hair.

THOMAS HUTTER

Sworn to before me this
25 day of November, 2005

NOTARY PUBLIC

**JACKIE PIETCH**
**MY COMM EXP 6/2006**

D.L.S., Inc.
401 Broadway
Ste 510
NY NY 10013
212-925-1220
www.dlsny.com