**Sutherland**
**Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

CHRISTINA A. ONDRICK
DIRECT LINE: 202.383.0819
Internet: christina.ondrick@sablaw.com

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*MEMO ENDORSED*

November 30, 2005

BY FEDERAL EXPRESS

The Honorable Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street, Room 428
White Plains, New York 10601-4150

Re: *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*,
Case No. 04 Civ. 02496 (CM) (LMS)

Dear Magistrate Judge Smith:

Counterclaim Defendants (Leighton Technologies LLC, General Patent Corporation International, General Patent Corporation, IP Holdings LLC, Alexander I. Poltorak, Paul J. Lerner, and Keith Leighton) seek to enlarge the amount of time to respond to Oberthur Card Systems, S.A.'s and Oberthur Card Systems of America Corporation's (collectively "Oberthur") counterclaims. The Counterclaim Defendants were served with the counterclaims on different dates and, therefore, the respective responses are due on different dates. Additional time is need in order to work through representation issues relating to the Counterclaim Defendants. The Counterclaim Defendants seek an extension until December 19, 2005. Oberthur does not object to the enlargement.

The Counterclaim Defendants therefore respectfully request that the Court enter an order extending the deadline for the Counterclaim Defendants to respond to Oberthur's counterclaims until December 19, 2005.

---

Atlanta  ■  Austin  ■  Houston  ■  New York  ■  Tallahassee  ■  Washington, DC

[Handwritten margin note: Application granted, so ordered, until 12/19/05 [signature]]

The Honorable Lisa Margaret Smith
November 30, 2005
Page 2

                                        Respectfully submitted,

                                        Christina A. Ondrick, Esq.
                                        Sutherland Asbill & Brennan LLP
                                        Counsel for Plaintiff

                                        James D. Jacobs /by CAO with permission
                                        James D. Jacobs, Esq.
                                        Baker & McKenzie LLP
                                        Counsel for Defendants