Robert A. Gutkin, Esq. (Pro hac vice)
Blair M. Jacobs, Esq. (Pro hac vice)
Christina A. Ondrick (Pro hac vice)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004-2415
Tel: 202-383-0100
Fax: 202-637-3593

Attorneys for Plaintiff
LEIGHTON TECHNOLOGIES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OBERTHUR CARD SYSTEMS, S.A., and<br>OBERTHUR CARD SYSTEMS OF AMERICA CORP.<br><br>    Defendants. | 04 Civ. 02496 (CM) (LMS)<br><br>**DECLARATION OF<br>CHRISTINA A. ONDRICK** |

Christina A. Ondrick declares as follows:

    I am a member of the Bar of Virginia and of the law firm Sutherland Asbill & Brennan LLP, attorneys for the Plaintiff and Counterclaim Defendant, Leighton Technologies LLC ("Leighton"). I have been admitted to practice in the U.S. District Court for the Eastern District of Virginia, the Supreme Court of Virginia, the U.S. Court of Appeals for the Federal Circuit, and I have been admitted *pro hac vice* to practice in this Court. In support of Leighton's Memorandum in Opposition to Motion for Summary Judgment of Patent Invalidity, I am submitting true and correct copies of the following documents, attached as Exhibits hereto:

WO 448711.1

1. Excerpt from the transcript of the November 22, 2005 Deposition of Barry Mosteller ("Mosteller Depo.") in the above-captioned matter, pages 77-78.

2. U.S. Patent No. 5,804,026 ("the '026 patent").

3. Excerpts from the ASCII version of the transcript of the December 1, 2005 Deposition of William Sanko ("Sanko Depo.") in the above-captioned matter, pages 85-86.

4. Excerpts from the ASCII version of the transcript of the December 1, 2005 Deposition of William Sanko in the above-captioned matter, pages 88-91.

5. Excerpts from the transcript of the November 17, 2005 Deposition of Yann Limelette ("Limelette Depo.) in the above-captioned matter, pages 72-77, 100-101, 123-125 and 170-171.

6. Excerpts from the transcript of the November 16, 2005 Deposition of Richard Smith ("Smith Depo.") in the above-captioned matter, pages 59-61.

7. Excerpt from the transcript of the November 22, 2005 Deposition of Barry Mosteller in the above-captioned matter, pages 35-36.

8. Excerpts from the transcript of the November 16, 2005 Deposition of Richard Smith in the above-captioned matter, pages 41 and 45.

9. Excerpt from the transcript of the November 22, 2005 Deposition of Barry Mosteller in the above-captioned matter, pages 93-94.

10. Excerpts from the transcript of the November 16, 2005 Deposition of Richard Smith in the above-captioned matter, pages 82-83 and 88-90.

11. Excerpt from the transcript of the November 22, 2005 Deposition of Barry Mosteller in the above-captioned matter, pages 53-54.

12. Excerpts from the transcript of the November 16, 2005 Deposition of Richard Smith in the above-captioned matter, pages 100-107.

WO 448711.1

13.   January/February 2005 article from International Card Manufacturers Association (ICMA) website entitled "A Look at Plastic Card Lamination" by Jan Cerajewski, Burkle GmbH and Richard Crowe, Burkle North America.

14.   2005 article from ICMA website entitled "Conatctless Payments Come to the USA" by Jay Wargo, Muhlbauer.

15.   October 28, 2003 PR Newswire entitled "U.S. Signs on with Smart Cards."

16.   Oberthur Annual Report 2004-2005.

17.   November 15, 2005 Oberthur Press Release.

18.   Excerpts from the ASCII version of the transcript of the December 1, 2005 Deposition of William Sanko in the above-captioned matter, pages 1, 12, 18, 40, 42, 85-86 and 88-91.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2005.

/s/Christina A. Ondrick
Christina A. Ondrick

WO 448711.1