```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------x
 5   LEIGHTON TECHNOLOGIES LLC,
 6                         Plaintiff,
 7                                     Civil Action No.
               -against-               04 CV 2496
 8                                     (CM)(LMS)
     OBERTHUR CARD SYSTEMS, S.A.,
 9
                           Defendant.
10
     ------------------------------------x
11
                         November 22, 2005
12                       12:30 p.m.
13
14         Deposition of BARRY MOSTELLER, taken by
15   Plaintiff, pursuant to notice, at the offices of
16   Sutherland Asbill & Brennan, 1114 Avenue of the
17   Americas, New York, New York, before Tracy
18   Eckhoff, a Shorthand Reporter and Notary Public
19   within and for the State of New York.
20
21
22
23
24
25
```



LEGALINK®
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

```
 1                    BARRY MOSTELLER
 2        A.    In what time frame?
 3        Q.    Tell me when you believe you first
 4   qualified as one of ordinary skill in this art.
 5              MR. GASPARO:  Objection.
 6        A.    It's not an easy question for me to
 7   answer.  Honestly, I don't know if I could give
 8   you a specific date.
 9        Q.    But you have provided a fairly
10   specific definition here of your view of the
11   qualifications of one of ordinary skill in the
12   art.  How did you come up with this definition?
13              MR. GASPARO:  Objection.
14        A.    It was my opinion that if you had four
15   years of skill in lamination, you would have
16   experienced a broad range of materials and
17   issues.  Of course, you would never see
18   everything.  You never will, but you would have
19   experienced a broad enough range of issues and
20   happenings that you would achieve that level.
21        Q.    When was --
22        A.    Some people would achieve that level.
23        Q.    When was the first time that you can
24   recall -- and I know you said you're not good
25   with years -- that you were involved in either
```

1        BARRY MOSTELLER

2   supervising or working on the manufacture of a

3   contactless card?

4        MR. GASPARO:  Objection.

5        Q.   You can estimate.  I know it was

6   probably a while ago.

7        MR. GASPARO:  The objection stands.

8        A.   Contactless card?

9        Q.   Yes.

10       A.   I believe it was 2002.

11       Q.   Had you had any type of dealings with

12  the lamination of chips into plastic cards prior

13  to 2002?

14       MR. GASPARO:  Objection.

15       A.   No.

16       Q.   Would you feel comfortable rendering

17  your view on things that occurred before 2002

18  that related to the manufacture of contactless

19  cards?

20       MR. GASPARO:  Objection.

21       A.   I would be happy to render my view of

22  the lamination cycle and how it relates to

23  putting different items into layers in cards.  I

24  have not specifically done a chip prior to 2002.

25       Q.   Let me direct your attention to