2067 William Sanko1.txt

1

```
1                    DPONENT
2   being first duly sworn, as hereinafter
3   certified, was examined and testified as
4   follows:
5                    - - - - -
6               CROSS-EXAMINATION
7   BY 6789:
8   Q    Can you please state your name.
9   A    It's Bill Sanko, William John Sanko.
10  Q    Can you please state your address and
11  telephone number.
12  A    The address is 6590 Jamelia Court,
13  Fairview, Pennsylvania.  Phone number is
14  814-474-1517.
15  Q    Mr. Sanko, I will be asking you a series of
16  questions today.  After I'm done, Mr. Gutkin
17  will likely then ask you some more questions.
18  If you do not understand a question, please tell
19  us --
20  A    Okay.
21  Q    -- and we will either clarify the question
22  or repeat it for you.
23  A    All right.
24  Q    Is that acceptable?
25  A    Yes.
```

TACKLA & ASSOCIATES

2

```
1   Q    Great.  Mr. Gutkin may object to a question
2   I ask, I may object to a question that
```
Page 1

2067 William Sanko1.txt

5   Q    -- facility at Motorola or Indala?

6   A    No.

7   Q    What are the names of the people at

8   Motorola that you've had contact with over the

9   years?

10  A    You know, I was just trying to think of

11  that because I did talk to a guy from Motorola

12  and I did talk to a guy from Indala.  I don't

13  remember the names.

14  Q    Is there any document that you could look

15  at that could refresh your recollection?

16  A    Yes.

17  Q    Do you have that document with you today?

18  A    No, I don't.  I probably have it on my

19  address in my address book on my computer, and

20  I'd be glad to get that for you.  I might even

21  have it in the file.  I did talk to a guy from

22  Motorola more times than Indala, but I'd have

23  both of those names and I would have files -- I

24  believe that that would be the press pad files

25  that would have their names in there.

TACKLA & ASSOCIATES

85

1   Q    When was the last time you had contact with

2   someone at Motorola or Indala?

3   A    Oh, boy.  Motorola was a long time ago and

4   I'm going to say maybe five, six, seven years;

5   and Indala, three, four years.

6   Q    Three, four years ago?

7   A    Yes.  I quoted them a laminator, Indala,

8   and they didn't purchase it, they purchased a

Page 75

2067 William Sanko1.txt

```
 9   competitor's laminator.

10   Q    What year did you quote that laminator?

11   A    Oh, it's a good three, four years ago.

12   Q    Okay.

13   A    Oh, I'm wrong.  It wasn't Indala, it was

14   HID Corporation.  So I'm wrong.

15   Q    Okay.  We're going to switch gears again.

16           Prior to 1995, are you aware of any

17   laminators that were used to laminate plastic

18   cards having a hard object between plastic

19   sheets?

20   A    I don't recall when chip cards came along.

21   I don't know.  See, the date I'm not sure of.  I

22   can't honestly tell you.  I mean, somewhere

23   along the line I became aware of the fact that

24   they were putting chips in cards, but when that

25   was, I don't know.  I've never done it.
```

TACKLA & ASSOCIATES

86

```
 1   Q    When you say chip in cards, do you mean a

 2   chip between two sheets of plastic?

 3   A    Yeah.

 4   Q    Okay.

 5   A    Well, chip between.  They were never

 6   imbedded, they were always placed in a drilled

 7   or milled pocket, that's the way they decided to

 8   do it.  I've never seen them imbedded like Keith

 9   does it.

10           You know, I've been in I don't know

11   how many plants, I've been in almost everyone's
```

Page 76

2067 william Sanko1.txt

12  plant and talked to them about processes, I've

13  never seen that imbedding process done.  I'm

14  confident it was never done prior to Keith doing

15  it, but that's my own opinion, I'm going on

16  record as saying that.

17  Q    So in your experience, gosh, since 1977

18  with Sanko Sales, the plastic cards that you've

19  come across over the years have been simply

20  sheets --

21  A    Of plastic.

22  Q    -- of plastic, one stacked on top of the

23  other and laminated?

24  A    Yes.

25  Q    Okay.

TACKLA & ASSOCIATES

87

1   A    I can't -- I can't even say that ever one

2   of my laminators was used to make chip cards.  I

3   don't personally know that.  I mean, I've never

4   even had anybody say that we intend to use it

5   for this purpose, strictly plastic cards.

6   Q    Could the laminators you designed in the

7   '80s have been used to laminate --

8   A    I don't know.

9        1234:            Object.

10  Q    -- a chip between two plastics sheets?

11       1234:            Object.

12  A    I honestly don't know.

13       1234:            Object to form.

14  A    Maybe.  I don't know.

15       1234:            If I object, let me