Case 1:04-cv-02496-CM    Document 98-8    Filed 12/07/2005    Page 1 of 3

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK                    COPY
 4   ------------------------------------x
 5   LEIGHTON TECHNOLOGIES LLC,
 6                           Plaintiff,
 7                                        Civil Action No.
             -against-                    04 CV 2496
 8                                        (CM)(LMS)
     OBERTHUR CARD SYSTEMS, S.A.,
 9
                             Defendant.
10
     ------------------------------------x
11
                                   November 22, 2005
12                                 12:30 p.m.
13
14        Deposition of BARRY MOSTELLER, taken by
15   Plaintiff, pursuant to notice, at the offices of
16   Sutherland Asbill & Brennan, 1114 Avenue of the
17   Americas, New York, New York, before Tracy
18   Eckhoff, a Shorthand Reporter and Notary Public
19   within and for the State of New York.
20
21
22
23
24
25
```

A **WORD**WAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
 1                BARRY MOSTELLER
 2   straight.
 3         Do you agree that there would be
 4   overpressure problems if you attempted to make a
 5   contactless card with a non-weight compensated
 6   lamination machine?
 7         MR. GASPARO:  Objection.
 8     A.   Repeat the question again.
 9     Q.   Sure.  Sure.
10         Would you agree that there would be
11   overpressure problems if you tried to manufacture
12   contactless cards with a non-weight compensated
13   lamination machine?
14     A.   In some --
15         MR. GASPARO:  Objection.
16     A.   In some instances.
17     Q.   And one of the things that you would
18   encounter is that you would damage the chip
19   during the process, correct?
20         MR. GASPARO:  Objection.
21     A.   Not necessarily.
22     Q.   Overpressure would not cause any
23   damage to the chip in the lamination process of a
24   contactless card?
25         MR. GASPARO:  Objection.
```

```
 1                    BARRY MOSTELLER
 2        A.    In my opinion, it depends on specific
 3   circumstances other than just the fact that you
 4   do or don't have zero compensation.
 5        Q.    Did you -- before you obtained this
 6   weight compensated lamination machine this year,
 7   did you run into the problem of chips being
 8   damaged during the lamination process of
 9   contactless cards?
10              MR. GASPARO:  Objection.
11        A.    I've seen chips damaged in both a
12   standard laminator and a zero compensation
13   lamination process.
14        Q.    Would you characterize the number of
15   chips you've seen damaged in the compensator or
16   in the zero weight compensator?
17              MR. GASPARO:  Objection.
18        Q.    On a percentage basis.
19        A.    In a specific -- in a specific
20   instance, with a specific construction, with a
21   specific module, I have witnessed a 1 to
22   2 percent higher scrap on a non-zero compensation
23   laminator.  By the same token, I have witnessed
24   without having a significant difference.
25        Q.    Would you agree that you would
```