```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------x
 5    LEIGHTON TECHNOLOGIES LLC,
 6                            Plaintiff,
 7                                          Civil Action No.
                -against-                   04 CV 2496
 8                                          (CM)(LMS)
      OBERTHUR CARD SYSTEMS, S.A.,
 9
                            Defendant.
10
      ------------------------------------x
11
                                   November 22, 2005
12                                 12:30 p.m.
13
14         Deposition of BARRY MOSTELLER, taken by
15    Plaintiff, pursuant to notice, at the offices of
16    Sutherland Asbill & Brennan, 1114 Avenue of the
17    Americas, New York, New York, before Tracy
18    Eckhoff, a Shorthand Reporter and Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```

COPY

LEGALINK®
A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

1          BARRY MOSTELLER

2  documents that describes expressly how to

3  increase the pressure during the cooling cycle;

4  is that right?

5          MR. GASPARO:  The objection stands.

6      A.   No, I disagree.

7      Q.   Can you point out where in either 1103

8  or 1104 that is described?

9      A.   In the chart in 1104, in my mind, it

10 clearly shows that as you are cooling during the

11 cooling cycle, you need to increase the pressure

12 to almost double what the pressure was in the

13 heating cycle.  From this diagram, it is showing

14 me, while it doesn't define the units, it is

15 showing that somewhere around five units of

16 pressure is the plateau in the hot press, and

17 then when you begin to cool, you're taking the

18 pressure up to somewhere around nine units.

19     Q.   So are you saying that it's just basic

20 knowledge as to how you would increase the

21 pressure during the cooling cycle, of one skilled

22 in the art of someone who had been in the

23 industry?

24          MR. GASPARO:  Objection.

25     A.   What I'm saying is we have a rule of

```
 1                    BARRY MOSTELLER
 2   thumb that I was taught from the very beginning
 3   when I started that your cooling pressures are
 4   usually double what your hot pressure is.
 5       Q.   So this is just basic knowledge then?
 6            MR. GASPARO:  Objection.
 7       A.   In my opinion, yes.
 8            I don't mean to stop right now, but
 9   somewhere soon -- I shouldn't have drank that.
10       Q.   How about this?  I have two minutes
11   left, because we all have to get out of here.
12   Just a few follow-up questions.  Two minutes to
13   go.
14       A.   Okay.
15       Q.   Just some confirmatory things.  In
16   preparing to sign your declaration -- let me walk
17   through a couple of things -- did you review any
18   of the Leighton patents?
19            MR. GASPARO:  Objection.
20       A.   Repeat the question.
21       Q.   In preparing your declaration --
22       A.   Yes.
23       Q.   -- did you review any of the Leighton
24   patents?
25            MR. GASPARO:  Objection.
```