```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------x
 5    LEIGHTON TECHNOLOGIES LLC,
 6                         Plaintiff,
 7                                       Civil Action No.
              -against-                  04 CV 2496
 8                                       (CM)(LMS)
      OBERTHUR CARD SYSTEMS, S.A.,
 9
                             Defendant.
10
      ------------------------------------x
11
                             November 22, 2005
12                           12:30 p.m.
13
14        Deposition of BARRY MOSTELLER, taken by
15    Plaintiff, pursuant to notice, at the offices of
16    Sutherland Asbill & Brennan, 1114 Avenue of the
17    Americas, New York, New York, before Tracy
18    Eckhoff, a Shorthand Reporter and Notary Public
19    within and for the State of New York.
20
21
22
23
24
25
```



LEGALINK — A WORDWAVE COMPANY
LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170
tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171
www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
 1                BARRY MOSTELLER
 2        Q.    You also mention in your declaration
 3   that the inductive coils are on a plastic
 4   substrate.  What is your understanding of a
 5   plastic substrate?
 6        A.    A substrate is a base material.  A
 7   plastic is a flexible material.
 8        Q.    Do you believe that the plastic
 9   substrate has some protective affect on the coils
10   during the lamination process?
11              MR. GASPARO:  Objection.
12        A.    No.
13        Q.    Why not?
14              MR. GASPARO:  Objection.
15        A.    The pressure would be transferred by
16   the layers.
17        Q.    And each one of the layers would have
18   some protective affect on the coils during the
19   lamination process, right?
20              MR. GASPARO:  Objection.
21        A.    No.
22        Q.    Were you aware that Mr. Smith, the
23   founder of Oakwood, was deposed in this case last
24   week?
25        A.    No.  I don't believe, no.
```

```
 1                    BARRY MOSTELLER
 2        Q.    And if Mr. Smith testified as founder
 3   of Oakwood that each of the layers shown here on
 4   this card provided some type of protective affect
 5   during the lamination process, would you have
 6   reason to disagree with his testimony?
 7              MR. GASPARO:   Objection.
 8        A.    I would have a difference of opinion,
 9   which I'd like to discuss with him.
10        Q.    At a future time.
11              The plastic substrate, does it provide
12   any buffer, in your opinion, from pressure during
13   the lamination process?
14              MR. GASPARO:   Objection.
15        A.    No more so than any layer in a card.
16        Q.    So it would provide some buffer, but
17   no additional buffer than any layer in the card;
18   is that right?
19              MR. GASPARO:   Objection.
20        A.    My opinion is depending on the
21   lamination cycle it may not be offering any
22   buffer.
23        Q.    But in other circumstances, it could
24   offer some buffer?
25              MR. GASPARO:   Objection.
```