1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

LEIGHTON TECHNOLOGIES LLC,          )
5                                   )
               Plaintiff,           )
6                                   )
       vs                           )  Case No.
7                                   )  04-cv-02496 (CM)(LMS)
OBERTHUR CARD SYSTEMS, S.A.,        )
8  OBERTHUR CARD SYSTEMS OF         )
AMERICA CORPORATION,                )
9                                   )
               Defendants.          )
10  _____)

11

12                                    ORIGINAL

13

14

15

16              Deposition of Richard Smith

17                      taken on

18            Wednesday, November 16, 2005

19

20

21

22

23

24  Reported by:  Emma P.J. White

25

**E U R O P E A N   C O U R T   R E P O R T I N G**
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    Wednesday, November 16, 2005; London, England

2                         - - -

3

4                       EXAMINATION

5

6    BY MR. JAMES JACOBS:

7        Q.   Sort of like in reverse order, the Midland

8    card which is going to be marked Exhibit 1008, do you

9    understand, sir, what a contactless card is?

10       A.   I do.

11       Q.   Is the Midland Exhibit 1008 a contactless

12   card?

13       A.   It is.

14       Q.   Was that card, the one we are looking at,

15   Exhibit 1008, made before 1994?

16       A.   It was.

17       Q.   Looking at Exhibit D, and the page with

18   the Borer card drawing, and I refer you to the same

19   phraseology that Mr. Jacobs read to you earlier:

20               "Oakwood technicians are skilled in

21           the use of PVC polyester and epoxy

22           substrates, and have packaged most

23           sophisticated micro chips within the

24           core structure of a card".

25           Do you see that?

**E U R O P E A N   C O U R T   R E P O R T I N G**
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    **A.**   I do.

2    **Q.**   What was your purpose for putting that

3    sentence in here?

4    **A.**   This was to indicate that we were

5    experienced in packaging RFID, or contactless cards.

6    **Q.**   It was your intent when you wrote this to

7    explain to people who would read your Exhibit D that

8    you could put a microchip into a plastic laminated

9    card?  Is that correct?

10         **MR. BLAIR JACOBS:**  Objection to form, leading.

11         **MR. JAMES JACOBS:**  Let me rephrase the

12    question.

13    BY MR. JAMES JACOBS:

14    **Q.**   Was it your purpose in putting in the sentence

15    that we just read into Exhibit D, to indicate to

16    people who would read Exhibit D that you could put a

17    microchip into a plastic laminated card?

18         **MR. BLAIR JACOBS:**  Objection to form, leading.

19         You can answer.

20         **THE WITNESS:**  I will answer it this way; to

21    place any form of indication in a brochure regarding

22    the packaging of such cards would be limited to very,

23    very few people within the industry.  Therefore,

24    a few well-chosen words would have much meaning to

25    the experts within the industry.  This brochure was

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    not sent to retail or public distribution, but to

2    people within the knowledge and the understanding of

3    the industry.

4    BY MR. JAMES JACOBS:

5        Q.   And what was your belief that a person in

6    the industry would take away from this sentence?

7            MR. BLAIR JACOBS:   Calls for speculation.

8            MR. JAMES JACOBS:   No, I asked him what his

9    belief was that a person would take away from this.

10           MR. BLAIR JACOBS:   Lacks foundation, calls

11   for speculation.   Objection.

12           MR. JAMES JACOBS:   All right, I will take it.

13           Did you have a belief as -- strike that.

14                       (RECORD READ)

15   BY MR. JAMES JACOBS:

16       Q.   What was your belief, if any, that a person in

17   the industry would take away from this sentence?

18       A.   The important words within that sentence

19   are the terms, "Core structure". If we reflect,

20   there are two types of microchip card, principally.

21   The surface contact chip, which is machined and

22   fitted after lamination, and the contactless

23   microchip card which has the operating medium

24   inserted within the core structure, and therefore,

25   the term, "Core structure", would indicate a card of

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    the contactless variety.

2         MR. JAMES JACOBS:  Would you read back the

3    question, and then I'll ask if the witness has

4    anything to add to it.

5              (RECORD READ)

6    BY MR. JAMES JACOBS:

7         Q.  Do you want to add anything to that?

8         A.  I could add to that, that they would take

9    away from the sentence that we had the ability to

10   produce contactless cards.

11        Q.  Do you recall Mr. Jacobs asked you some

12   questions about whether, in the Borer card, and that

13   was Exhibit 1007, the coils had terminals?  Do you

14   recall that question?

15        A.  I do.

16        Q.  From your point of view as a manufacturer

17   of machines to make plastic laminated cards, and

18   also as a person experienced in making plastic

19   laminated cards, does it make any difference whether

20   the embedded elements in a plastic laminated card

21   have terminals or not?

22        A.  No, it doesn't make any difference because

23   I take the Borer card and a contactless card neither

24   to have contact elements.

25        Q.  Again referring to the Borer card Exhibit

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    1007, I notice the outer -- the layer which you have

2    identified as layer F, being the printed layer, has

3    printing on the layer as shown in its unlaminated

4    state.  Is that correct?

5        A.   That's correct.

6        Q.   Was it the practice to put printing on a layer

7    prior to lamination?

8        A.   Yes.  That is always the method of production

9    of laminated cards.

10       Q.   Again referring to Exhibit 1007 and the

11   physical Borer card, and also referring to Exhibit

12   D, the page with the Borer drawing, the drawing of

13   the Borer card, the inductive coils sit on a plastic

14   substrate; correct?

15       A.   That's correct.

16       Q.   And that plastic substrate is inserted into a

17   cut-out in what we have termed Layer 4, correct?

18       A.   That's correct.

19       Q.   Do you recall your testimony as saying

20   that in your view Layer 5 was a core sheet?

21       A.   I will answer the question by saying the

22   diagram as shown in Exhibit D is an indicative

23   diagram of a typical card assembly.  There is no

24   strict relevance of the number of layers of material.

25   It could vary, depending on the application.

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    Therefore, 5 can be a core layer or can be a

2    transparent layer.

3        Q.   Okay, but as specifically shown here it is

4    a core layer?

5        A.   Indeed.

6        Q.   Does that core layer directly contact the

7    coils themselves?

8            MR. BLAIR JACOBS:   Object to form, leading.

9    Lacks foundation.

10           MR. JAMES JACOBS:   You say it is leading?

11           MR. BLAIR JACOBS:   Well, you are suggesting

12   to him that it does, and that is usually what the

13   objection, "Leading", means, but secondly, you are

14   using words from the patent that have been defined by

15   the court and that is why I objected with, "Lacks

16   foundation", because without showing him what that

17   word means, you know, it makes the question

18   meaningless, so that is why --

19           MR. JAMES JACOBS:   So, all the questions you

20   asked on that, Mr. Jacobs, are meaningless?

21           MR. BLAIR JACOBS:   With regard to directly or

22   with regard to elements in the patent?

23           MR. JAMES JACOBS:   No.  You used the word,

24   "Core", which was also --

25           MR. BLAIR JACOBS:   If you recall, Mr. Jacobs,

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

```
1   if you recall I had him define core sheet and then
2   after he had defined it I understood what his view was
3   on it.  Then I asked him questions on it.  You have
4   not done that.  That is why I objected as lacking in
5   foundation.
6            MR. JAMES JACOBS:  All right.
7   BY MR. JAMES JACOBS:
8      Q.  Let me ask you the question, sir.  Does the
9   layer number 5 touch the coils?
10     A.  Yes, it would.
11     Q.  Layer number 5 being the bottom layer,
12  sir?
13     A.  That's correct.
14     Q.  Is there not a substrate between the coils
15  and the bottom layer?
16     A.  I need to clarify the question here.  In
17  the instance we have in the exhibit the layer
18  containing the coils would have the coils on the
19  upper surface, and therefore layer 5 would contact
20  the underside of the coil layer.
21     Q.  The coil layer but does not --
22     A.  But not the coils themselves.
23     Q.  In order that the record is clear, let me
24  rephrase the question so that you can answer it.
25  Does the layer number 5, which you have called the,
```

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*

1    "Core", one of the core sheets, contact the coils

2    themselves?

3        A.   They do not.

4        Q.   Between the coils and layer number 5, there is

5    a plastic substrate; correct?

6        A.   That's correct.

7        Q.   Referring to your Exhibit D, sir, again,

8    the drawing of the Borer card, in that drawing does

9    the layer we have termed, "Layer 4", have a cut-out

10   which accepts the plastic substrate bearing the

11   coils?

12       A.   Yes, it does.

13       Q.   I know Mr. Jacobs asked you this question

14   but I can't remember your answer; what is your

15   definition of a core sheet?

16       A.   A core sheet is usually an opaque layer

17   manufactured from PVC material having a higher

18   density than that of the surface transparent layers,

19   and is usually used in this application to contain

20   what we have described earlier as foreign bodies, or

21   embedded materials.

22       MR. JAMES JACOBS:  I don't think I have

23   anything else at this point.

24   ///

25   ///

*E U R O P E A N   C O U R T   R E P O R T I N G*
*23 rue de Paris - 94220 Charenton/Paris - France*
*Tel/Fax: (+331) 43.75.17.98*
*www.EuropeanCourtReporting.com*