# Identity & Security

With its leadership position in the smart card market and its unique expertise in secure printing and personal ID documents, Oberthur Card Systems is the obvious choice for governments looking at deploying highly secure identification systems.

# Identity & Security

*"The Foreign Affairs, International Trade and Co-operation for Development Federal public service is very satisfied with the quality of the passports, which were delivered as per the agreed upon schedule. The technical solution used for the Belgian e-passport brings an extremely high level of security and provides an efficient defense against counterfeiting."*

**Didier Verwaerde,**
Deputy Director, Federal Public Service
**Kingdom of Belgium**

## A promising emerging market

The most striking phenomenon to emerge in the last twelve months has undoubtedly been a worldwide awareness that stronger security is not only essential, but also technically possible on a large scale.
The ramp up of border controls, and the need to secure access to information systems, data and sensitive premises have created new priorities. Administrations, governments and businesses throughout the world are launching programs to introduce secure solutions based on smart card technologies.

With its unique expertise in the field of security and the cutting-edge technologies that have been developed in the past few years, Oberthur Card Systems has taken a strong position in this emerging segment. As volumes become reality, ID markets will become a powerful leverage for growth.

## Prestigious references In the security market

Countries throughout the world have turned to Oberthur Card Systems and its know-how for electronic ID deployments.

Leveraging their know-how within François-Charles Oberthur Group, one of the world leaders in the issuance of traditional passports Oberthur Card Systems and François Charles Oberthur Fiduciaire have developed and introduced the first electronic passport to comply with the International Civil Aviation Organization (ICAO) guidelines.

The most demanding customers, such as the US, French, Chinese, Thai and Singapore Defense Departments, and the Belgian Ministry of the Interior have been performing intensive tests, and the results point indisputably to the credibility of Oberthur Card Systems solutions in terms of security and reliability.

## Unrivaled expertise in ID project management

With its expertise in the highly secure field of banking services and the constantly innovative sector of mobile communications, Oberthur Card Systems delivers products and solutions that comply with international standards and can be tailored to the specific needs of each customer.
The reputation of Oberthur Card Systems in this market owes much to the company's unique experience in security and its major commitment to the development of increasingly sophisticated cryptographic systems.

With its excellent command of all card-related technologies, the Group is able to offer integrated solutions including cards, software, personalization services, on-line and off-line identification... Regardless of the application field – healthcare, drivers licenses, passports, ID cards, access cards, e-business... – Oberthur Card Systems is involved at every stage of the project, from ID document design through final deployment. As a key player in the smart card industry, Oberthur Card Systems is also committed to provide the highest level of service during the difficult and sensitive implementation stage.

High Security ID Card
1. THOMAS
2. Patricia Elisabeth

## Highly secure solutions

Proven international standards and certifications enforcing the most stringent security criteria have been developed to guarantee that the products available on the market are highly reliable in terms of personal data protection.
In July 2004, Oberthur Card Systems was the first manufacturer to be awarded the FIPS 140-2 level 3 certification for its contactless smart card.
The Belgian electronic passport developed in collaboration with François-Charles Oberthur Fiduciaire received the Interpol Award for the world's most secure passport.

Oberthur Card Systems has built up extensive project management experience and is now in a position to offer a wide range of high-quality solutions to meet the security demands of its customers.

In any field of application – health care, driving licenses, passports, ID cards, access cards, e-business... – Oberthur Card Systems is involved at every stage of the project process, from ID document design through final deployment.
A key player in the smart card industry, Oberthur Card Systems is also committed to ensuring the highest level of service quality during the difficult and sensitive implementation stage.



Smart card technology has made a major breakthrough in the transit market, creating major growth opportunities. Throughout the world, city administrations and public transit operators are moving towards programs where smart card-based solutions will replace regular tickets.

Oberthur Card Systems has always been positioned in the high-end segment with an offering that combines security and multi-application capability.