# Corporate Governance

## Board of Directors

| Name | Date of appointment | Term of current mandate | Proposals made at the AGM on June 7, 2005 |
|---|---|---|---|
| Jean Pierre Savare | Mar 18, 1987 | Dec 31, 2006 | |
| Michel Aimé | Mar 18, 1987 | Dec 31, 2004 | AGM 2009 |
| Pierre Barberis | Jun 12, 2002 | Dec 31, 2006 | |
| Thomas Savare | Mar 18, 1987 | Dec 31, 2005 | |
| Emmanuèle Cousineau | Jun 30, 1988 | Dec 21, 2004 | AGM 2011 |
| Marie de Laitre | May 4, 1995 | Dec 31, 2005 | |
| Jacques Lechalupé<br>Independent Director | Mar 25, 2003 | Dec 31, 2004 | AGM 2009 |
| SG Capital Développement<br>Represented by Yves-Claude Abescat | Oct 26, 1999 | Dec 31, 2004 | AGM 2011 |
| Jean Pierre Ferretjans<br>Independent Director | Mar 25, 2003 | Dec 31, 2004 | AGM 2009 |

The Annual General Meeting held on June 7, 2005 will propose to co-opt two new independent directors: Mr Guillaume d'Angerville (former managing director of JP Morgan bank) and Mr Paul Dubrule, co-founder of Accor Group.

Oberthur Card Systems' Board of Directors scheduled 9 meetings between the beginning of the year 2004 and March 8th, 2005. The Board's agenda encompasses various subjects such as the global company's policy approval of the budget, the examination and closing of interim and annual accounts, nomination of Managing Directors and approval of salaries, and, more generally, the approval of any subject related to the company's strategy.

In order to fulfil its mission correctly, the board is assisted by an Audit Committee and a Remuneration & Selection Committee, both if which includes independent auditors, therefore complying with the recommendations issued by the "Rapport Bouton" on Corporate Governance.

## Audit Committee

The mission of the Audit Committee is to help the Board of Directors scrutinize the company's financial reporting processes (calendar, principles and options...), the appointment of independent Auditors, company organization, internal control procedures and the enforcement of the new " LSF Act " financial regulations on Corporate Governance. This committee, composed of Jacques Lechalupé and Thomas Savare, met 8 times between January 1, 2004 and March 8, 2005 and regularly updated the Board of Directors on the work in progress.

## The Remuneration & Selection Committee

The Remuneration & Selection Committee is responsible for making proposals to the Board of Directors regarding remuneration and options granted to Statutory Directors, recommendations regarding the publication of information on the Managing Directors' remuneration and stock options, the definition of an "independent director" and the selection of future Managing Directors or Board Directors. This Committee, composed of Jean-Pierre Ferretjans and Jacques Lechalupé, met several times since January 1, 2004 and presented its main conclusions and recommendations to the Board of Directors on January 24, 2005.

## Oberthur Card Systems shareholding as of April 30, 2005



**3.4%**
Potential free float (Financial Partners, Employees, Treasury shares)

**34.9%**
Free float

**55.6%**
François-Charles Oberthur Fiduciaire

**6.1%**
Savare Family

Total number of shares: **74,684,301**



© 2005 Oberthur Card Systems. All rights reserved. All trademarks and service marks referred to herein, whether registered or not in specific countries, are the property of their respective owners. GIGAntIC & ID-One are trademarks of Oberthur Card Systems.

**Editor:** Stéphanie Cau | **Design:** Andrew Forrester | **Photo credits:** Oberthur Card Systems image bank; Blend Images; Digital Vision; Medio Images; joSon (Getty Images); Nevada Wier (Getty Images); Laurent Monlaü (Rapho)

Printed in France, VI 2005 - Arteprint

**Published by Oberthur Card Systems S.A.**
71-73 rue de Hautes-Pâtures | 92726 Nanterre Cedex | France



The Key to an Open World

Information: **info@oberthurcs.com**

Financial communication: **investor@oberthurcs.com**

**www.oberthurcs.com**