## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing:

1. Plaintiff Leighton Technologies' Memorandum in Opposition to Motion for Summary Judgment of Patent Invalidity with Appendix A – Rebuttal Claim Chart in Support of Leighton's Opposition to Oberthur's Summary Judgment Motion for Invalidity;

2. Plaintiff Leighton Technologies LLC's Response to Defendant Oberthur Card Systems, S.A.'s Statement of Undisputed Material Facts Pursuant to Local Rule 56.1;

3. Declaration of Keith R. Leighton; and

4. Declaration of Christina A. Ondrick and associated exhibits;

have been made on counsel for **OBERTHUR CARD SYSTEMS, S.A.**, and **OBERTHUR CARD SYSTEMS OF AMERICA CORP.**, by sending a copy of this document by overnight mail on December 7, 2005 to the following:

> James David Jacobs (JJ-7351)
> Frank M. Gasparo (FG-2958)
> Todd S. Sharinn (TS-0581)
> 805 Third Avenue
> New York, New York 10022

IT IS HEREBY ALSO CERTIFIED that a courtesy copy of the foregoing document was sent by overnight mail on December 7, 2005 to the following:

> The Honorable Colleen McMahon
> United States District Court for the
> Southern District of New York
> 300 Quarropas Street, Room 428
> White Plains, NY 10601-41

Dated: December 7, 2005

                        /s/Robert A. Gutkin
                        Robert A. Gutkin (pro hac vice)

WO 448455.1