James David Jacobs (JJ-7351)
David Zaslowsky (DZ-5182)
Todd S. Sharinn (TS-0581)
Frank M. Gasparo (FG-2958)
Susan R. Knox (SK-4110)
**BAKER & McKENZIE LLP**
805 Third Avenue
New York, New York 10019
(212) 751-5700
Attorneys for Defendant Oberthur Card Systems, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | 04 Civ. 02496 (CM)(LMS) |
| v. ) | |
| ) | **NOTICE OF ELECTION** |
| OBERTHUR CARD SYSTEMS, S.A., ) | |
| OBERTHUR CARD SYSTEMS OF AMERICA ) | |
| CORPORATION ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |
| ) | |

PLEASE TAKE NOTICE that Defendants and Counterclaim Plaintiffs Oberthur Card Systems, S.A. and Oberthur Card Systems of America Corporation may rely upon advice of counsel, in the form of the attached opinion of George H. Gerstman of Seyfarth Shaw LLP dated September 24, 2004 and the appendix thereto, as a defense to plaintiff Leighton Technologies LLC's allegations of willful infringement.

NYCDMS/978438.1

Dated:   New York, New York
             December 16, 2005

                                      BAKER & McKENZIE LLP

                                      _____s/_____
                                      By: James David Jacobs (JJ-7351)
                                      Attorneys for Oberthur Card Systems, S.A.
                                      805 Third Avenue
                                      New York, New York 10022
                                      (212) 751-5700