## **CERTIFICATE OF SERVICE**

       IT IS HEREBY CERTIFIED that service of the foregoing ANSWER TO AMENDED COUNTERCLAIMS, AFFIRMATIVE DEFENSES and DEMAND FOR JURY TRIAL has been made on counsel for OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORP. by sending a copy of this document by overnight mail on December 19, 2005 to the following:

        James David Jacobs (JJ-7351)
        Frank M. Gasparo (FG-2958)
        Susan R. Knox (SK-4110)
        Todd S. Sharinn (TS-0581)
        805 Third Avenue
        New York, New York 10022

Dated: December 19, 2005

                                               /s/ Robert A. Gutkin
                                             Robert A. Gutkin (pro hac vice)