**BAKER & McKENZIE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Baker & McKenzie LLP
805 Third Avenue
New York, NY 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogotá
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

December 16, 2005

Hon. Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

James D. Jacobs
Tel: +1 212 891 3951
Fax: +1 212 310 1651
James.D.Jacobs@bakernet.com

Via Facsimile

Re: *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*,
No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

We represent the defendants in the above-captioned matter. Defendant Oberthur Card Systems, S.A. ("Oberthur") moved this Court for summary judgment of patent invalidity on October 18, 2005. On December 7, 2005, plaintiff Leighton Technologies LLC ("Leighton") filed its opposition papers. Oberthur's reply papers are currently due on December 29, 2005.

We respectfully request an extension of one week, until January 5, 2005, of the deadline for Oberthur's reply papers. Robert A. Gutkin, counsel for Leighton, has informed us that Leighton consents to this extension.

There have been two previous requests for extensions of deadlines with respect to Oberthur's motion, both of which have been granted. On November 3, 2005, at Leighton's urging, Oberthur joined in Leighton's request that the deadline for the filing of Leighton's opposition papers be moved from the original date of November 4, 2005 to December 2, 2005 and that the Oberthur's reply papers be due on December 23, 2005. On November 29, 2005, Leighton requested, without objection from Oberthur, that the deadline for the opposition papers be extended to December 7, 2005 and the deadline for the reply papers be extended to December 29, 2005.

At the time of the November 29, 2005 request, I did not fully apprehend the conflict between the new due date for Oberthur's reply and the Christmas and Chanukah holidays. Shortly after that request, a serious illness and death in my family required that I totally suspend work from December 8 through December 14, 2005 to travel and tend to family matters. This combination of holidays, family obligations and unanticipated travel has affected our ability to prepare Oberthur's reply papers by the December 29 deadline. For these reasons, we respectfully request that the deadline be extended a week, until January 5, 2005.

Copies mailed / handed / faxed to counsel 12/19/05

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & McKENZIE**

Very truly yours,

James David Jacobs

cc:   Robert Gutkin, Esq. (via Facsimile)

Page 2

Judge McMahon
**Error! No text of specified style in document.**
NYCDMS/978323.1