# Sutherland
# Asbill &
# Brennan LLP

ATTORNEYS AT LAW

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

ROBERT A GUTKIN
DIRECT LINE 202 383 0751
Internet robert.gutkin@sablaw.com

RECEIVED DEC 29 2005 CHAMBERS OF COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MEMO ENDORSED

December 28, 2005

*[handwritten: 1/6/03 No Sur-Reply
7 pages extra allowed
CM]*

VIA FACSIMILE (914) 390-4152

The Honorable Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: *Leighton Technologies, LLC v. Oberthur Card Systems, S.A.*,
Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

We represent the plaintiff Leighton Technologies, LLC in the above action. The purpose of this letter is to briefly respond to the Oberthur parties December 28, 2005 request for an additional 15 pages, a total of 25 pages, for their Reply papers for their Motion for Summary Judgment of Patent Invalidity. The Court provides up to 10 pages for a Reply.

On December 27, 2005, I received a call from Oberthur's counsel asking Leighton to agree to their request for an additional 15 pages for their Reply papers for their Motion for Summary Judgment of Patent Invalidity. <u>At that time, I indicated that Leighton would be willing to support a request for an additional 5 pages. I also indicated that Leighton would be willing to support the request for the additional 15 pages, if Oberthur would agree that Leighton could have the option of filing a short Surreply of 5-7 pages. Oberthur was unwilling to provide Leighton with the chance to file a short Surreply.</u>

To date in this action, the parties have cooperated regarding procedure in both discovery and other filings with the Court. As an example, both sides readily agreed to extensions of time to file the Opposition and also the Reply for the Motion for Summary Judgment. The parties have also been able to work through a number of discovery differences without Court intervention. However, Leighton believes that Oberthur's present request to file Reply papers that are substantially in excess of the page limitation provided by your Honor, could potentially place Leighton at a substantive disadvantage. It was for that reason that Leighton at least wanted the option of filing a short Surreply.

**Copies mailed / handed / faxed to counsel  1/3/06**

WO 454653 1

Judge McMahon
December 28, 2005
Page 2

Leighton filed its 25 page Opposition without seeking to request additional pages. Leighton believed that it was better to present its arguments in a succinct fashion, within the page requirements provided by the Court. While Leighton still is of the same belief, Leighton is also aware that presenting twice as many pages as an opponent can have some advantages. It was for that reason that Leighton at least wanted the option, if Oberthur wanted to file a 25 page Reply, of submitting a few pages in the form of a Surreply.

Leighton's position is that in the spirit of the continuing the cooperation between the parties for this matter, Leighton will support a request to grant Oberthur 5 additional pages for their Reply. However, if Oberthur wants 15 additional pages, Leighton should at least be given the option of filing a short Surreply of 5-7 pages. Thank you.

Respectfully,

Robert Gutkin

cc: James Jacobs, Esq.
Todd Sharinn, Esq.
Frank Gasparo, Esq.
Susan Knox, Esq.
Blair Jacobs, Esq

WO 454653.1