James David Jacobs (JJ-7351)
Frank M. Gasparo (FG-2958)
Todd S. Sharinn (TS-0581)
Robert Busby
**BAKER & McKENZIE LLP**
805 Third Avenue
New York, New York 10022
(212) 751-5700
Attorneys for Defendant Oberthur Card Systems, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

| | | |
|---|---|---|
| LEIGHTON TECHNOLOGIES LLC, | ) | |
| | ) | 04 Civ. 02496 (CM)(LMS) |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | **SUPPLEMENTAL** |
| | ) | **DECLARATION OF** |
| vs. | ) | **TODD S. SHARINN** |
| | ) | |
| OBERTHUR CARD SYSTEMS, S.A., | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

----------------------------------------------------------

Todd S. Sharinn declares as follows:

I am member of the Bar of this Court and of the law firm Baker & McKenzie

LLP, attorneys for the Defendant and Counterclaim Plaintiff, Oberthur Card Systems,

S.A. ("Oberthur").  In further support of Oberthur's Reply Memorandum in Support of

Motion for Summary Judgment, I am submitting true and correct copies of the following

documents, attached as Exhibits hereto:

1.      Excerpt from transcript of February 9, 2005 Markman Hearing, pages 100, 104.

2.      Plaintiff's Brief in Opposition to Defendant's Markman Brief, page 20.

3.      Excerpt from transcript of December 1, 2005, Deposition of William Sanko in the

above captioned matter, pages 62 through 63.

4.      Excerpt from transcript of October 9, 2005, Deposition of Keith R. Leighton in the above captioned matter, page 18.

5.       Excerpt from transcript of October 9, 2005, Deposition of Keith R. Leighton in the above captioned matter, pages 229 through 257.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 5, 2006.


_____/s_____

Todd S. Sharinn