```
529bleih
```
                                                                              1

 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------------------x

 3  LEIGHTON TECHNOLOGIES, LLC,

 4        Plaintiff-Counterclaim Defendant,

 5
              v.                              04 Civ. 2496(CM)
 6
                                              MARKMAN HEARING
 7
    OBERTHUR CARD SYSTEMS, S.A.,
 8
          Defendant-Counterclaim Plaintiff.
 9
    ------------------------------------------x
10
                                              White Plains, N.Y.
11                                            February 9, 2005
                                              10:00 a.m.
12

13  Before:

14              THE HONORABLE COLLEEN McMAHON,

15                                            District Judge

16
                         APPEARANCES
17

18  SUTHERLAND, ASBILL & BRENNAN, LLP
         Attorneys for Plaintiff-Counterclaim Defendant
19  ROBERT A. GUTKIN
    BLAIR M. JACOBS
20  NEIL G. COHEN
    CHRISTINE ONDRICK
21

22  BAKER & McKENZIE
         Attorneys for Defendant-Counterclaim Plaintiff
23  JAMES DAVID JACOBS
    FRANK M. GASPARO
24

25  Also present:  MIREILLE CLAPIER, Oberthur inhouse counsel

529bleih

1           At the very start this morning, your Honor, I
2   explained, or I tried to explain, that Leighton's invention
3   here was built on a lot of prior art, and during the file
4   wrapper, he set forth that his purpose was to protect -- and
5   that's the wrong section -- was to protect the chip.
6           THE COURT:  It was to manufacture the card without
7   having the core, but, nonetheless, not damaging the electronic
8   element.
9           MR. J. JACOBS:  Very well said, your Honor.  Thank
10  you.
11          THE COURT:  Thank you.
12          MR. J. JACOBS:  You can't apply pressure before you
13  heat the core.  Otherwise, you're going to crack the sensitive
14  electronic element.  And I think, as a result of our second
15  point, we made the point of the sensitivity to the electronic
16  element.  It's the microchip, because the antenna is a mere
17  wire, plus not being an electronic element, of course.
18          All these, at least from my viewpoint -- and I hope
19  we've -- if we haven't done it already -- convinced the Court
20  that all these definitions sort of tie together.  These aren't
21  isolated words that we've selected to bring to the Court's
22  attention.  It really goes back to this amendment which now I
23  have on the screen, which describes how Leighton got this
24  patent allowed.  And it was this highly coordinated pressure,
25  heating, cooling cycle.

529bleih

1   flow doesn't occur until it reaches the temperature.  The same
2   thing with Claim 1.
3           The point here is, your Honor, you don't want to put
4   any pressure, or at least no more than a minimal pressure, on
5   the sandwich prior to you reaching a temperature where there's
6   a controlled flow.  So in both (i) in Claim 1 and in Claim 16,
7   it's the heating with no pressure or little pressure until it
8   reaches a temperature where there is a controlled flow.
9           THE COURT:  My question to you is, is the term first
10  pressure, as used in (ii) under Claim 1, in your opinion, the
11  same thing as first ram pressure in Claim 16, (c)(i)?
12          I'll tell you what the right answer is, because your
13  client is nodding his head, and the right answer is always what
14  your client says.
15          MR. J. JACOBS:  I see my client nodding his head, but
16  I didn't understand the question.
17          THE COURT:  The two terms that are highlighted, are
18  they the same thing?
19          MR. J. JACOBS:  No, they're not, your Honor.
20          THE COURT:  Okay.  Why not?
21          MR. J. JACOBS:  Because the first pressure in step
22  (ii) is the pressure which causes the controlled flow.  The
23  second pressure in (ii) causes the controlled flow.
24          THE COURT:  I'm absolutely not following what you're
25  saying.  I'm sorry.  I'm very thick after lunch.