****CONFIDENTIAL DEPOSITION****

- - - - -

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,           )

      Plaintiff-Counterclaim           )

      Defendant,           )

      -vs-           ) Case No.

                 ) 04 Civ 2496(CM)

OBERTHUR CARD SYSTEMS, S.A.,           )

      Defendant-Counterclaim           )

      Plaintiff.           )

- - - - -

Videotaped deposition of WILLIAM SANKO, a witness herein, called by the Defendant-Counterclaim Plaintiff as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Thursday, the 1st day of December, 2005 at 9:02 a.m., at the Clarion Bel-Air Hotel, 2800 West 8th Street, City of Erie, State of Pennsylvania.

2

1    APPEARANCES:

2

3        ON BEHALF OF THE PLAINTIFF-COUNTERCLAIM

4                    DEFENDANT:

5              Robert A. Gutkin, Esq.

6            Sutherland, Asbill & Brennan

7           1275 Pennsylvania Avenue, N.W.

8      Washington, District of Columbia  20004-2415

9                  (202) 383-0100

10

11       ON BEHALF OF THE DEFENDANT-COUNTERCLAIM

12                    PLAINTIFF:

13              Todd S. Sharinn, Esq.

14             Frank M. Gasparo, Esq.

15                Baker & McKenzie

16               805 Third Avenue

17           New York, New York  10022

18                  (212) 751-5700

19

20

21    ALSO PRESENT:

22    George H. Tackla, Videographer

23

24

25

62

1  seen -- I've seen a customer use 75 PSI, lower

2  than that.

3  Q    So the low pressure is the pressure applied

4  during heating?

5  A    Yes.

6  Q    And the high pressure is the high pressure

7  applied during cooling?

8  A    Yes.

9  Q    Great.

10        And is this a record you would have

11  kept in the ordinary course of your business?

12  A    Yes.

13  Q    And that is your handwriting?

14  A    Yes.

15  Q    Great.  All right.

16        We're going to switch gears.

17  A    Okay.

18  Q    Are you familiar with a technique of

19  counterbalancing the platens of a laminator?

20  A    I am.

21  Q    What does it mean to say that the platens

22  of a laminator are counterbalanced?

23  A    Laminators normally have one daylight

24  opening and those platens are stacked one above

25  the other.  It's normal multiple day -- normally

63

1   multiple daylights, so there's a number of

2   platens, maybe one to ten, 15.  Counterbalanced

3   platens to me would mean that as you -- because

4   we're always -- or most always talking about

5   up-acting hydraulic rams, as that ram would

6   raise, the bottom daylight opening and the

7   product in it would experience accumulated

8   higher pressure as that ram went up until you

9   got to the top opening, which would have

10   experienced none of that.

11   Q    Why would someone want to counterbalance

12   platens during lamination?

13          MR. GUTKIN:        Object to form.

14   A    Because they -- obviously they wouldn't

15   want pressure, more pressure, on one daylight

16   opening than any other.

17   Q    I'm sorry.  I don't understand what you

18   mean by they would want pressure, more pressure

19   on one daylight opening than another.

20   A    Oh, they wouldn't want it.  They would not

21   want more pressure.  I mean, that -- that's the

22   only reason that I could see that anybody would

23   want counterbalanced platens.  They -- they

24   wouldn't want to have your bottom openings

25   experience greater pressure than the top