\*\*\*\*\*CONFIDENTIAL DEPOSITION\*\*\*\*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )

   Plaintiff-Counterclaim  )

   Defendant,      )Case No.

   -vs-       )04Civ

Oberthur Card Systems, S.A.,)2496(CM)

   Defendant-Counterclaim  )

   Plaintiff.     )

- - - o0o - - -

Deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant-Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Sunday, the 9th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

\*\*\*\*\*CONFIDENTIAL DEPOSITION\*\*\*\*\*

**Tackla & Associates**
Court Reporting & Videotaping

Tackla & Associates Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

2

```
 1                    APPEARANCES:
 2           On behalf of the Plaintiff-
 3           Counterclaim Defendant:
 4           Sutherland, Asbill & Brennan, LLP,
 5           by:
 6           Robert A. Gutkin, Esq.
 7
 8
 9           On behalf of the Defendant-
10           Counterclaim Plaintiff:
11           Baker & McKenzie, by:
12           James David Jacobs
13           Frank M. Gasparo, Esq.
14
15     ALSO PRESENT:
16     Jean-Claude Huot
17
18                 - - - o0o - - -
19
20
21
22
23
24
25
```

1    Q    Could you tell us what you understand

2    the term, plastic laminated card, means?

3    A    Yes, I can.

4    Q    Would you do that?

5    A    A plastic laminated card would consist

6    of one or more plastic core sheets with --

7    with or without printing on the core,

8    with -- followed by overlaminate sheets

9    making a sandwich, to define it, in a book

10   of laminating plates, and applied with heat

11   and pressure cycles.

12   Q    All right.  When is the first time you

13   used the lamination cycle as we previously

14   defined it to make a plastic laminated card

15   as you just defined it?

16   A    I would say back in 1970.

17   Q    So, the --

18   A    An ordinary plastic card.

19   Q    Right.  So, the lamination cycle which

20   you show in claim 20, subpart single i, ii

21   and iii, is as old as 1970; is that correct?

22   A    No.

23       MR. GUTKIN:    Vague and ambiguous.

24   Calls for a legal conclusion.

25   BY MR. JACOBS: