*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )

   Plaintiff-Counterclaim )

   Defendant,       )Case No.

   -vs-         )04Civ

Oberthur Card Systems, S.A.,)2496(CM)

   Defendant-Counterclaim )

   Plaintiff.     )

        - - - o0o - - -

   Deposition of KEITH R. LEIGHTON, a

witness herein, called by the Defendant-

Counterclaim Plaintiff, as if upon

cross-examination under the statute, and

taken before Luanne Stone, a Notary Public

within and for the State of Ohio, pursuant

to the issuance of notice and subpoena, and

pursuant to the further stipulations of

counsel herein contained, on Sunday, the 9th

day of October, 2005 at 9:00 o'clock A.M.,

at the Renaissance Hotel, the City of

Cleveland, the County of Cuyahoga and the

State of Ohio.

   *****CONFIDENTIAL DEPOSITION*****

**Tackla & Associates**
Court Reporting & Videotaping

Tackla & Associates
1801 E. Ninth Street
1100 Ohio Savings Plaza
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

```
1                    APPEARANCES:
2            On behalf of the Plaintiff-
3            Counterclaim Defendant:
4            Sutherland, Asbill & Brennan, LLP,
5            by:
6            Robert A. Gutkin, Esq.
7
8
9            On behalf of the Defendant-
10           Counterclaim Plaintiff:
11           Baker & McKenzie, by:
12           James David Jacobs
13           Frank M. Gasparo, Esq.
14
15   ALSO PRESENT:
16   Jean-Claude Huot
17
18                    - - - o0o - - -
19
20
21
22
23
24
25
```

1    A    I -- I think I've seen this.

2    Q    You -- you have seen that before?

3    A    I -- I'm not sure of whether I've seen

4    this exact graph.  I will say that this is

5    an Oakwood circuit board press.

6    Q    All right.  What were you thinking of

7    when you said you're not sure that you saw

8    it before?  What are you thinking about that

9    you have seen before?

10   A    I've seen many graphs.

11   Q    Okay.

12   A    Many graphs in my years in this.

13   Q    Well --

14   A    They have different formulas and --

15   Q    Do -- do you see the bottom underneath

16   the graph, the bottom line underneath the

17   graph, it says "PVC"?

18   A    Correct.

19   Q    "PCB cycle curves"?

20   A    Right.

21   Q    Do you have any idea what PCB stands

22   for?

23        MR. GUTKIN:    Calls for speculation.

24        THE WITNESS:  That calls -- yes, that

25   would be speculation because we could be

230

1  dealing with polycarbonate substrates.  We

2  could be dealing with PVC, and you could be

3  dealing with also circuit boards.

4  BY MR. JACOBS:

5  Q    Mr. Leighton, I'm going to ask you once

6  more:  Do you have any understanding what

7  PCB stands for, any understanding at all?

8  A    No, no.

9  Q    Sitting here today, you don't have any

10  understanding what PCB stands for?  I'm

11  asking you again, you have no understanding

12  at all what PCB stands for in the context of

13  what we're looking at?

14  A    No.  I don't have an understanding of

15  what this is speaking of.

16  Q    All right.  Let's look over to the left.

17  It says, "cycle control." Do you see that?

18  A    Yes.

19  Q    The heading, "-PCB"?

20  A    Yes.

21  Q    And then it goes on, "Oakwood PCB

22  presses have inherited the best features of

23  the PVC lamination technology." Do you see

24  that phrase?

25  A    Okay, yes.

```
1    Q    Does that refresh your recollection as
2    to what PCB stands for?
3         MR. GUTKIN:    Calls for speculation.
4         THE WITNESS:   No, it does not.
5    BY MR. JACOBS:
6    Q    You earlier talked about printed circuit
7    board presses; didn't you, Mr. Leighton?
8    A    Yes, I did.
9    Q    You don't think that this is referring
10   to printed circuit board-presses?
11        MR. GUTKIN:    Calls for speculation.
12        THE WITNESS:   It does not identify
13   circuit boards in that description.
14   BY MR. JACOBS:
15   Q    It talks about Oakwood PCB presses.
16   A    Correct.
17   Q    And you're telling me that you don't
18   take away from that, given your experience
19   in lamination, given your experience in
20   presses, that that means a printed circuit
21   board press?
22        MR. GUTKIN:    Calls for speculation.
23        THE WITNESS:   In the plastic card
24   industry, we have many instruments used in
25   production of plastic cards, and I have not
```

1   experience in printed circuit boards.  My

2   experience is in plastic card manufacturing.

3   BY MR. JACOBS:

4   Q   Well, you do recall you earlier

5   testified to having -- walking into Motorola

6   --

7   A   Right.

8   Q   -- and seeing a press that was made for

9   printed circuit boards, correct?

10  A   At the time I looked at it, I thought it

11  was for PVC.  Until I was there working with

12  it did I find out it was not designed for

13  making plastic cards.  It was designed for

14  making circuit boards.

15  Q   Okay.  So, it's your testimony now that

16  you have no understanding that PCB means

17  printed circuit board as used in the context

18  at the bottom of the page that we're looking

19  at in Exhibit 108?

20      MR. GUTKIN:  Calls for speculation.

21      THE WITNESS:  Can you show me the word

22  "printed circuit boards" in that paragraph?

23  BY MR. JACOBS:

24  Q   It's a very simple question,

25  Mr. Leighton.  It's a yes or no.

233

```
1    A    No.
2    Q    You have no understanding --
3    A    I'm saying:  No, I don't have an
4    understanding of the letters, PCB.
5    Q    You have no understanding that the
6    letters, PCB, in the context of this exhibit
7    mean printed circuit board; is that correct?
8         MR. GUTKIN:    Calls for speculation.
9    BY MR. JACOBS:
10   Q    That's a yes or no.
11   A    I'm saying no.
12   Q    Okay.  How about PVC; do you have any
13   understanding of what that means in the
14   context?
15   A    Yes.
16   Q    What does that mean?
17   A    A polyvinyl chloride.
18   Q    All right.  Look -- and do you under --
19   good.  So, let us look at the graphs that
20   are labeled "PVC."
21   A    Correct.
22   Q    You see there's four lines in that
23   graph, right?
24   A    Correct.
25   Q    Two are labeled "PVC," and two are
```

1    labeled with "PCB," correct?

2    A    Correct.

3    Q    Let's put the PCB lines aside, and

4    concentrate solely on the PV -- PVC lines.

5    A    Okay.

6    Q    Do you see, of the PVC lines, one says

7    "PVC press"? Do you see that?

8    A    "PVC press."

9    Q    Right?

10    A    Correct, I see that.

11    Q    Do you have any understanding of what

12    "PVC press." means?

13        MR. GUTKIN:    Calls for speculation.

14        THE WITNESS:    I'm not familiar with

15    this graph that Oakwood has put out here,

16    and we're speaking in Centigrade

17    temperatures which I'm not -- I don't have

18    the correlation in my mind of -- I know that

19    zero Centigrade is 32 degrees Fahrenheit,

20    but I don't have a calculation here of what

21    it would mean.  I do see the curves.

22    BY MR. JACOBS:

23    Q    Sir, do you have any understanding what

24    the phrase in -- in this -- the word

25    "P-r-e-s-s." means in the line that's

1  labeled "PVC press."?

2       MR. GUTKIN:    It calls for

3  speculation.

4       THE WITNESS:    I don't see which line

5  you're speaking of.   I see "PVC

6  temperature."   I see "PVC press." I see the

7  two lines.

8  BY MR. JACOBS:

9  Q    Yes.   I'm asking, do you know what "PVC

10  press." means?

11       MR. GUTKIN:    Calls for speculation.

12       THE WITNESS:    I would have to

13  speculate on that to give you an answer.

14  BY MR. JACOBS:

15  Q    Do you have any understanding of what

16  that means?

17  A    No.

18  Q    Why don't you speculate.

19       MR. GUTKIN:    Calls for speculation,

20  but you've been invited to speculate, so you

21  can answer.

22       THE WITNESS:    Okay.   I would say that

23  "PVC press." is probably a computerized

24  cycle that's been programmed into the

25  laminator to do what Oakwood thinks it would

1    do.

2    BY MR. JACOBS:

3    Q    And that line indicates the pressure

4    that the laminator is exerting upon the

5    plastic sandwich that's in the laminator,

6    correct?

7        MR. GUTKIN:    Calls for speculation.

8    You can answer.

9        THE WITNESS:    I don't see where that

10   says that.

11   BY MR. JACOBS:

12   Q    That's your understanding of what that

13   means; isn't that correct?

14       MR. GUTKIN:    Calls for speculation.

15       THE WITNESS:    It shows to me that that

16   could be a cycle that can be programmed into

17   the laminator.

18   BY MR. JACOBS:

19   Q    Right.

20   A    It does not tell me what it's actually

21   doing, pounds per square inch.  It doesn't

22   tell me the temperatures.  It does not give

23   me a correlation between the two.  It's just

24   a diagram that they put in there to

25   illustrate:  We have different controls for

1  PVC laminating over PCB laminating.

2  BY MR. JACOBS:

3  Q   Mr. Leighton, did you review this

4  document with your attorney?

5        MR. GUTKIN:    I'm going to instruct

6  him not to answer that, because that might

7  be privileged.

8  BY MR. JACOBS:

9  Q   Mr. Leighton, I'm going to ask you once

10  more:  Before seeing this today at this

11  deposition, have you ever seen that graph

12  before?

13  A   Not to my knowledge, of this

14  particular -- I've seen lots of graphs of

15  laminators.   I've seen Burkle graphs.  I've

16  seen a lot of graphs in lamination.

17  Whether I've seen this actual document, I

18  cannot say yes to that.

19  Q   I am not asking you that.  I'm saying,

20  have you -- do you recognize having seen

21  this graph --

22  A   No.

23  Q   -- before being shown it a few minutes

24  ago in this deposition?

25  A    I've seen Oakwood brochures.   Whether

1    it included this graph or not, I'm not 100

2    percent sure of, because I don't have the

3    numbers or the model numbers of the

4    laminator or this graph in reference to a

5    model number.  It does not show that on

6    here.

7    Q    I'll ask you once more.

8    A    I'll have to say no.

9    Q    Okay.  Mr. Leighton, which Oakwood

10   brochures have you seen before today?

11   A    I've seen the actual equipment.

12   Whether I've seen the brochures, I'm not --

13   but I've seen the Oakwood tape laying

14   machine, the Oakwood hologram stamping

15   machine.   I've seen the Oakwood card

16   cutting machine, and the Oakwood laminating

17   machine.  The Oakwood laminating machine

18   that I saw at CSI was not of this design.

19   Q    The one you saw at CSI was a two-stack

20   laminator, correct?

21   A    It was a two-stack laminator, but the

22   platens were enclosed behind metal panels

23   and were not exposed for visual observation,

24   where these are exposed.  You can see the

25   actual daylight openings, but the Oakwood

1  machine that they had at CSI, all of this

2  was covered up.

3  Q    Do you see in -- in this graph, sir,

4  where the line that's labeled -- would you

5  agree that the PVC -- let me withdraw the

6  prior question.

7       Would you agree, sir, that the "PVC

8  press." line represents diagrammatically the

9  pressure that is exerted in the Oakwood

10 press during the lamination cycle?

11      MR. GUTKIN:    Calls for speculation.

12      MR. JACOBS:    You know, Mr. Gutkin,

13 this -- that transcript will be shown to the

14 judge.  There's no speculation.  I'm asking

15 him what his understanding is.

16      MR. GUTKIN:    You're asking him what

17 his understanding is of a document he's

18 never seen before that he didn't prepare.  I

19 am happy to explain my objections to the

20 judge and explain why somebody who hasn't

21 seen a document before, didn't prepare it,

22 doesn't understand what certain

23 abbreviations in the document may or may not

24 stand for.  So, we can go there, and I'm

25 fine with it.

1    MR. JACOBS:    Okay.

2    MR. GUTKIN:    I think there's other

3 ways to get at the information you want to

4 get at, but you can continue along this

5 line, and I'll continue to make the same

6 objections, and objections are based on what

7 I just said.  There's no foundation laid.

8 He hasn't seen the document before.  If you

9 want to ask him if he's ever seen P-r-e-s-s

10 standing for pressure, he can explain that,

11 but he didn't prepare this document.

12    MR. JACOBS:    I'll take your

13 suggestion.

14 BY MR. JACOBS:

15 Q    Have you ever seen P-r-e-s-s standing

16 for pressure?

17 A    P-r-e-s-s.

18 Q    Period, as an abbreviation for the word

19 "pressure."

20 A    I've seen psi, but what you're speaking

21 of, I can't even repeat the words.  It means

22 pounds per square inch.

23 Q    Let's look at the left -- let's look at

24 the Y axis, the axis, the vertical axis to

25 the left of the graph.  Do you understand

1  the word, axis, sir?

2  A    Are you speaking of the drawing, or are

3  you speaking of the graph showing psi of

4  which they have no figures on?

5  Q    That's exactly what I'm speaking of,

6  the -- at the left of the figure --

7  A    Yes.

8  Q    -- there's a vertical axis labeled

9  "pressure psi."

10  A    Right.

11  Q    And on the graph, we have another -- we

12  have a line labeled "PVC press."

13  A    Yes.

14  Q    Do you not have an understanding, sir,

15  that that line labeled "PVC press." is

16  diagrammatically indicating the pressure

17  that's being exerted during that particular

18  lamination cycle that is being drawn on the

19  graph?

20  A    No.

21  Q    You do not have that understanding?

22  A    No.

23  Q    You have no understanding what the line

24  "PVC press." means?

25  A    That could be describing a cycle in

242

1    that -- built into that laminator.  That

2    could be describing the laminator.

3    Q   Well, let's take -- let's take your

4    first one.

5    A   That doesn't say PVC pressure.  It says

6    "PVC press."

7    Q   Okay.

8    A   Which to me, by looking at that, could

9    indicate you can set your controls for PVC

10   pressing.

11   Q   You're talking about pressing your

12   clothes, sir?

13   A   Yes.

14   Q   Okay.

15   A   No, pressing PVC, to build a solid core

16   is what I'm speaking of.

17   Q   Well, do you understand it to be the

18   pressure inside the laminator?

19   A    It could be the closing of the platens

20   and the amount of pounds per square inch,

21   which I see a left-side diagram where it has

22   no figures as to pounds.  There's nothing

23   stating that the bottom is zero and the top

24   of that graph is two tons.  There's nothing

25   indicating any figures on this graph.  You

1  have a temperature graph there.  It says

2  temperature Centigrade.  There's nothing

3  saying zero or going up to 200 degrees

4  Centigrade.  There's nothing of any

5  indication on this graph.

6       I think it's a very poor graph, and to

7  draw any conclusions out of this graph that

8  I have knowledge of the "PCB press" that you

9  say is a -- for pressing circuit boards, I

10 have no knowledge of that.

11 Q   Well, let's look at the axis.  Would you

12 not agree, sir, and you don't have to agree,

13 of course, that the line "pressure psi," as

14 you move from the X axis up towards the top

15 of the page, the pressure increases along

16 that axis?  Do you not agree?

17 A    If they had this in color, and I could

18 define which is pressure and which is

19 temperature, I would consider it, but

20 there's no figures.  I can't draw any

21 conclusion with something that has no

22 figures.

23 Q   So, your answer is, looking at this

24 graph, you do not have an understanding

25 that, as you move along the Y axis from

1    where it meets the X axis, and you move

2    along the Y axis along the line that's

3    labeled "pressure psi," you have no

4    understanding that the pressure increases as

5    you go upwards; is that correct?

6    A    It would look to me that that would be

7    the case, but with no figures, I couldn't

8    swear to that.

9    Q    So, you do have an understanding that

10   the pressure would increase; is that

11   correct?

12   A    I understand what X, Y and Z axis are in

13   C&C controls, yes.

14   Q    Do you --

15   A    As far as the diagrams here, I wouldn't

16   give a hoot about any kind of graph that has

17   no figures of where the pressure in the

18   middle of this graph of the pressure per

19   square inch.  The center of that graph could

20   be zero, and the bottom would be minus, or

21   the top of it could be two tons.  I have no

22   idea what that stands for.

23   Q    Would you not agree, sir --

24   A    I don't agree.

25   Q    -- that the normal interpretation of a

245

1    graph such as this is that, where the Y

2    axis, and I'm talking about the line labeled

3    "pressure psi," meets the X axis generally

4    has a value of zero?  Is that correct?

5    A    Not necessarily.

6    Q    Generally?

7    A    You're seeing -- you're giving

8    generalities.

9    Q    I'm just asking you, generally, that's

10   zero, correct?

11   A    I could take this graph from this graph,

12   and I could start putting in my own figures,

13   and I might be able to come up with

14   something, but the engineers that designed

15   this graph left out the very important

16   information.

17   Q    So, because the engineers did not put

18   numbers, you cannot understand this graph;

19   is that correct?

20   A    I don't know what they're doing.  Are

21   they laminating PVC in this graph, or are

22   they laminating polycarbonate, or are they

23   laminating -- I'm not sure what they're

24   making their circuit boards out of.

25   Q    You have no understanding, sir, that

1    what those graphs that are labeled PVC, that

2    they're laminating PVC; is that correct?

3    A    I can't get the temperatures out of

4    this.

5    Q    But you're thinking maybe the line

6    that's labeled "PVC," they're really

7    laminating polycarbonates; is that correct?

8    A    No, polyvinyl chloride.

9    Q    Okay.  So, there's no question that what

10   we're talking about here is a lamination

11   cycle for polyvinyl chloride, correct?

12        MR. GUTKIN:    Calls for speculation.

13   Vague and ambiguous.

14        THE WITNESS:    I don't know what we're

15   talking about, this type of laminator.  I

16   don't understand what you're trying to get

17   at here.

18   BY MR. JACOBS:

19   Q    So, just to summarize, Mr. Leighton, you

20   have no understanding of what the term, "PVC

21   press.," means; is that correct, as shown on

22   this graph?

23   A    Yes, but the two don't -- in my mind,

24   don't work together.

25   Q    What is the term, then?  If you do have

1    an understanding of what "PVC press." means,

2    what does it mean?

3    A    It would mean, if it's a laminating

4    press, PVC, you're trying to laminate PVC.

5    Q    And what does the word "press." mean?

6    A    Compression.

7    Q    Compression?

8    A    Right.

9    Q    Not pressure?

10   A    It can be either/both, compression or

11   pressure.

12   Q    What's the difference --

13   A    You would measure the compression by

14   pressure.

15   Q    What's the difference between

16   compression and pressure in your --

17   A    You can measure compression by pressure.

18   Q    Do you have any understanding what the

19   line labeled "PVC temp" means?

20   A    Yes.

21   Q    What does that mean?

22   A    I would say temperature.

23   Q    So, do you have an understanding that

24   PVC -- that line that's measured "PVC temp"

25   is indicating the temperature at any time

1    during the lamination cycle?

2         MR. GUTKIN:    Vague and ambiguous.

3         THE WITNESS:    I don't understand this

4    graph in my comprehension.

5    BY MR. JACOBS:

6    Q    What about this graph don't you

7    understand, sir?

8    A    Well, with what I have worked with in

9    the past, I could not have control of my

10   cycles to achieve what I'm trying to

11   achieve.  I don't see anything in this where

12   it would relate that this is built and

13   designed to make contactless smart cards.

14   Q    I'm not asking you that question, sir.

15   The question is:  What don't you understand

16   about this graph?

17   A    The whole thing.

18   Q    And what -- you don't understand

19   anything about it?

20   A    No.  There's no figures on it.

21   Q    If they had figures, would you

22   understand the graph?

23   A    Maybe so.

24   Q    Well, let's get some figures in.  What

25   is the -- in your card, what is the maximum

1    pressure that you use during the cooling?

2    A    It depends on the sheet size.

3    Q    Well, take whatever --

4    A    A sheet -- you know, the --

5    Q    We're talking about pressure on the

6    material itself, the platen pressure, not

7    the ram pressure.  What's the maximum?

8    A    Standard lamination of cards, just a

9    regular card, let's forget whether we're

10   doing contactless or whatever, I would go in

11   at a temperature of 280 to 285 degrees to be

12   able to fuse overlaminate film to PVC, not

13   taking in the course of printed ink on the

14   surface of the PVC.

15   Q    And what would be the maximum pressure

16   that you would use when you're doing

17   ordinary cards, PVC?

18   A    On the surface of the sheet, I would go

19   from between 100 to 185 pounds per square

20   inch.

21   Q    All right.  Let's label --

22   A    Roughly.

23   Q    Let's -- let's label, and you're free to

24   do that on the exhibit that's in front of

25   you.  Looking at the curve that says "PVC

1    press.," let's follow that curve to where

2    it's the highest point, okay, and go over to

3    the left axis, and put on -- on the axis

4    where it says "pressure psi" 180.  Can you

5    do that?

6    A    Okay, yes, I can do that.

7    Q    Do you have a pencil?  Let me hand you a

8    pen.

9    A    No, I don't.  Okay, I'm going to put

10   down "180."  Where would you like me to put

11   the "180"?

12   Q    On the curve.  Well, it would be on the

13   Y axis at a level equal to the highest point

14   on the line marked "PVC press."

15   A    Okay.  That would be at the highest

16   point here on the P -- I'll mark that "180"

17   on the top of that curve.

18   Q    Let me -- may I see what you've --

19   A    Psi.

20   Q    May I take a look at what you did, just

21   to make sure that we both have the same?

22   A    Okay.

23   Q    Thank you, sir.  That's right.  All

24   right.  Now, if you would carry that over to

25   the axis where -- which is marked "pressure

1    psi" and put at the same level "180" so we

2    have a mark on the left axis?

3    A    Okay.  I'll put "180."

4    Q    All right.  Now, assuming, sir, that

5    that line where it says "pressure psi" is

6    linear; that line is not outward or anything

7    else, but assuming it's linear, what would

8    you estimate the pressure psi is for the

9    curve marked "PVC press." during -- when

10   it's at -- during the heating cycle at the

11   point where that curve is horizontal?  Do

12   you understand what I'm saying?

13        MR. GUTKIN:    It's vague and

14   ambiguous.

15        THE WITNESS:    That's -- that's still

16   vague.

17   BY MR. JACOBS:

18   Q    All right.

19   A    Because all you're telling me is what

20   the ram pressure is providing on these

21   platens.  It's not telling me the square

22   inch pressure on the surface of the sheet.

23   This is strictly telling ram pressures of

24   the laminating press, not the core or the

25   polishing plates or the trays that are put

252

1  into the sheets which are smaller than the
2  platens.
3  Q   Where -- where do you get that the
4  pressure here is purely the ram pressure?
5  A   I don't.  The only thing I can see is
6  they have a graph of psi, which stands for
7  pounds per square inch.  That doesn't say
8  ram pressure.  That doesn't say the surface
9  calculated of the square inch per sheet,
10  because you may have two different sheet
11  sizes go into one particular laminator.  You
12  have different size laminating plates to fit
13  the sheet size.  This graph here is the
14  operational function of the rams that you
15  have in the press and the temperatures that
16  might be set, but they don't have a range of
17  temperatures on this graph, and they don't
18  have a fixed psi per square inch of the ram.
19  We don't know in this graph whether we're
20  dealing with a ram that is 18 inches in
21  diameter or 14 inches in diameter.  That I
22  don't have.  So, I could not even come up
23  with figures on this graph.
24  Q   Well, we're coming up with figures
25  together, Mr. Leighton, and I thought -- I

```
1    thought we just came up with the 180 psi.
2    Based upon your testimony, that was the
3    maximum pressure used during the cooling
4    cycle.  That was your number, 180; is that
5    correct?
6    A    No.
7    Q    Where did I get the 180?
8    A    That was my heat pressure.
9    Q    That was your heat pressure, 180?
10   A    Right, minimum that I would -- on the
11   ordinary card, of the surface of the sheet,
12   not the ram pressure, calculated pounds per
13   square inch of the sheet that I'm
14   overlaminating or trying to laminate
15   together.  That has nothing bearing on this
16   graph that they have on this.
17   Q    So, you'd use 180 psi --
18   A    280 psi.
19   Q    280 psi during the heating stage; is
20   that correct?
21   A    Now, wait a minute.  Now, excuse me.
22   Let me back up.  280 degrees Fahrenheit at
23   approximately 180 pounds per square inch.
24   Q    During the heating?
25   A    During the heat cycle, yes.  I -- I
```

1  would come up with those figures.  That will

2  laminate the ordinary plastic card.

3  Q   Without distorting the printing?

4  A   Without even having printing on it.  I

5  stated before I'm talking about fusing PVC

6  together without printing.

7  Q   Well, let's talk about a card that has

8  printing.

9  A   Okay.  Is it a full flood print or are

10  we just --

11  Q   Full flood print.

12  A   Okay.

13  Q   What would be the -- during the heating

14  cycle, what would be the temperature?

15  A   I wouldn't go over 280 in the

16  temperature for fear of distorting the

17  colors or changing the colors in the

18  laminator.

19  Q   And what would the pressure be?

20  A   The pressure would be, normally, around

21  180 pounds per square inch.

22  Q   During the heating?

23  A   Right, and that can even go up.  You can

24  change that, and you can take that up to --

25  up to 500 degrees temperature if you're not

1    worried about distorting the print.

2    Q    I'm worried about distorting the print,

3    but we're talking about pressure now.    I

4    understood you had a 280 for temperature,

5    correct?

6    A    It's possible to laminate at that

7    pressure.

8    Q    And you're now saying during the

9    heating --

10   A    I'm saying -- I'm saying, each time,

11   you're making a formula.  You may, during

12   the day, have four or five jobs that you're

13   laminating.  They're each going to have

14   different pressures and temperature cycles

15   because you test each one of these before

16   you go ahead and laminate your job.   All

17   card manufacturers do that to check out what

18   the color is going to be before they go into

19   full production and mess up a job that

20   they've taken two to three weeks to print.

21   These pressures and temperatures change.

22   This graph is no indication of what they're

23   trying to produce.

24   Q    Mr. Leighton, what I'm asking you

25   about --

1    A    I'm not trying --

2    Q    Is that --

3    A    I'm not trying to run around you or

4    anything like that.

5    Q    No, no.

6    A    I'm just trying to educate you what I've

7    had to experience in my experience.

8    Q    I think we'll go a lot faster here if

9    you just answer the question.  We're now

10   referring to your experience in

11   manufacturing plastic laminated cards which

12   have printing on them, full flood printing,

13   and I'm asking you:  What was the

14   temperature and pressure you used during the

15   heating cycle?  That's a very simple

16   question.  I assume it has a simple answer.

17   A    I can't give you specifics without

18   actually doing testing on the particular

19   subject.

20   Q    Well --

21   A    On that illustration that we had here of

22   the Arthur Blank card, if you have that on

23   that illustration, you'll find one of those

24   colors was a full bleed image on that card.

25   We had some images in there that were typed

1    on that particular card, and we had to be

2    very careful because of the delicate shades

3    on that card not to change their colors,

4    having electronics on them.  There's no set

5    formula on the manufacture of these cards.

6    That's why in my patent, I use broad terms,

7    in the range of, because we have actual

8    different temperatures that you're involved

9    in.  There's no set --

10   Q    Let's look at your patent, Mr. Leighton,

11   and see whether we can find any temperatures

12   to help us out with this.

13        Would you turn -- turn to your Exhibit

14   102 that's in front of you, please?

15   A    What page?

16   Q    It's the description of figure 13.  It

17   says "figure 13 continued" at the top of the

18   page, the last page -- typed page before

19   the --

20   A    That's towards the front or the back?

21   Q    Verified statement, claim of small

22   entity status.

23   A    What are we looking for?  I don't --

24        MR. GUTKIN:    Jim, are you at

25   "Description of Drawings.  Figure 13