## Prior Art Combined With Oakwood Brochures

## U.S. Pat. No. 5,817,207

Reference Key
- 1991 Oakwood Series 6 Instruction Manual ("OIM")
- Lyszczarz, U.S. Patent No. 4,897,533 (" '533 patent")
- Hida et al., U.S. Patent No. 4,841,134 (" '134 patent")

| Claim | Limitation | Prior Art |
|---|---|---|
| 1. | *coating at least one of said outer surfaces of said core with a layer of ink* | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1 ¶ 1) |
| 2. | *at least one of said first and second laminating plates having a matte finish for creating a textured surface on at least one of said outer surfaces of said core* | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 3. | *each of said first and second laminating plates has a matte finish for creating said textured surface on both of said outer surfaces of said core* | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 4. | *each of said sheets having a thickness in the range of 0.007 to 0.024 inch* | '533 patent (Sharinn Ex. 15, col.4, lines 12-21) |
| 5. | *said first and second plastic core sheets have a thickness of approximately 0.0125 inch* | '533 patent (Sharinn Ex. 15, col.4, lines 12-21) |
| 11. | *said step (d) is carried out utilizing a coating technique selected form the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing, and litho-printing* | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1, ¶ 1) |
| 16. | *printing on at least one of said upper and lower surfaces of said core such that a layer of ink is applied to at least a portion of said at least one upper and lower surface of said core* | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1 ¶ 1) |

**Prior Art Combined With Oakwood Brochures**

**U.S. Pat. No. 6,036,099**

Reference Key:
- 1991 Oakwood Series 6 Instruction Manual ("OIM")
- Templeton, Jr. et al., U.S. Patent No. 5,519,201 (" '201 patent")
- Lyszczarz, U.S. Patent No. 4,897,533 (" '533 patent")
- Hida et al., U.S. Pat. No. 4,841,134 (" '134 patent")

| Claim | Limitation | Prior Art |
|---|---|---|
| 1. | *coating at least one of said outer surfaces of said core with a layer of ink* | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1 ¶ 1) |
|  | *milling a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said electronic element.* | '201 patent (Sharinn Ex. 13, col. 2, lines 27-30; col. 7, lines 10-16) |
| 2. | *at least one of said first and second laminating plates having a matte finish for creating a textured surface on at least one of said outer surfaces of said core* | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 3. | *each of said first and second laminating plates has a matte finish for creating said textured surface on both of said outer surfaces of said core* | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 4. | *each of said sheets having a thickness in the range of 0.007 to 0.024 inch* | '533 patent (Sharinn Ex. 15, col.4, lines 12-21) |
| 5. | *said first and second plastic core sheets have a thickness of approximately 0.0125 inch* | '533 patent (Sharinn Ex. 15, col.4, lines 12-21) |
| 12. | *said step (d) is carried out utilizing a coating technique selected form the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing and litho-printing* | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1, ¶ 1) |
| 14. | *inserting an electronic contact element into said cavity.* | '201 patent (Sharinn Ex. 13, col. 7, lines 45-59, and Figs. 2J, 2K and 2L, items 203*b* and 205) |

## Prior Art Combined With Oakwood Brochures

## U.S. Pat. No. 6,214,155

- Lyszczarz, U.S. Patent No. 4,897,533 (" '533 patent")
- Hida et al., U.S. Patent No. 4,841,134 (" '134 patent")

| Claim | Limitation | Prior Art |
|---|---|---|
| 2. | at least one of said first and second laminating plates having a matte finish for creating a textured surface on at least one of said outer surfaces of said core | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 3. | each of said first and second laminating plates has a matte finish for creating said textured surface on both of said outer surfaces of said core | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 4. | each of said sheets having a thickness in the range of 0.007 to 0.024 inch | '533 patent (Sharinn Ex. 15, col. 4, lines 12-21) |
| 5. | said first and second plastic core sheets have a thickness of approximately 0.0125 inch | '533 patent (Sharinn Ex. 15, col. 4, lines 12-21) |

**Prior Art Combined With Oakwood Brochures**

**U.S. Pat. No. 6,514,367**

Reference Key:
- 1991 Oakwood Series 6 Instruction Manual ("OIM")
- Templeton, Jr. et al., U.S. Patent No. 5,519,201 (" '201 patent")
- Lyszczarz, U.S. Patent No. 4,897,533 (" '533 patent")
- Hida et al., U.S. Patent No. 4,841,134 (" '134 patent")

| Claim | Limitation | Prior Art |
|---|---|---|
| 1. | milling a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said at least one electronic device | '201 patent (Sharinn Ex. 13, col. 2, lines 27-30; col. 7, lines 10-16) |
| 2. | at least one of said first and second laminating plates having a matte finish for creating a textured surface on at least one of said outer surfaces of said core | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 3. | each of said first and second laminating plates has a matte finish for creating said textured surface on both of said outer surfaces of said core | '134 patent (Sharinn Ex. 16, col. 12, lines 19-27) |
| 4. | each of said sheets having a thickness in the range of 0.007 to 0.024 inch | '533 patent (Sharinn Ex. 15, col.4, lines 12-21) |
| 5. | said first and second plastic core sheets have a thickness of approximately 0.0125 inch | '533 patent (Sharinn Ex. 15, col.4, lines 12-21) |
| 8. | coating said at least one surface of said core with a layer of ink prior to positioning said overlaminate film on said at least one surface of said core | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1 ¶ 1) |
| 12. | a coating step is carried out on at least one surface of said core utilizing a coating technique selected from the group consisting of silk screen printing, offset printing, letterpress printing, screen printing, roller coating, spray printing, and litho-printing | 1991 Oakwood Instruction Manual (Sharinn Ex. 12 at 1, ¶ 1) |
| 15. | inserting a second electronic element into said cavity, the second electronic element being in electrical communication with the at least one electronic element | '201 patent (Sharinn Ex. 13, col. 7, lines 45-59, and Figs. 2J, 2K and 2L, items 203*b* and 205) |
| 21. | forming a cavity in said core | '201 patent (Sharinn Ex. 13, col. 2, lines 27-30; col. 7, lines 10-16) |

| 22. | *the step of forming a cavity in said core comprises: after step (c), milling a region of said core to a controlled depth so as to form a cavity which exposes at least one contact pad of said at least one electronic element* | '201 patent (Sharinn Ex. 13, col. 2, lines 27-30; col. 7, lines 10-16) |
|---|---|---|
| 23. | *inserting a second electronic element into said cavity, the second electronic element being in electrical communication with the at least one electronic element* | '201 patent (Sharinn Ex. 13, col. 7, lines 45-59, and Figs. 2J, 2K and 2L, items 203*b* and 205) |