

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED JAN 31 2006 CHAMBERS OF COLLEEN McMAHON

**Baker & McKenzie LLP**
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Roma
St Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogotá
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

January 31, 2006

James D. Jacobs
Tel: +1 212 891 3951
Fax: +1 212 310 1651
James.D.Jacobs@bakernet.com

Hon. Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Via Facsimile

Re: *Leighton Technologies LLC v. Oberthur Card Systems, S.A.*,
No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

We represent the defendants Oberthur Card Systems, S.A. ("Oberthur") and Oberthur Card Systems of America Corporation in the above-captioned matter. We write this letter on behalf of the defendants and on behalf of plaintiff Leighton Technologies LLC ("Leighton"), which joins in the request set forth below.

Oberthur has moved this Court for summary judgment of patent invalidity. The motion was fully submitted as of January 5, 2006. Oberthur requested oral argument of the motion. Leighton's counsel has advised us that Leighton also wishes to have oral argument of the motion.

The parties are working together to complete a number of depositions by the fact discovery cutoff of April 6, 2006. To this end, we are scheduling depositions that will take place in the coming weeks in California, Ohio and Washington as well as in England, France, Germany, Italy, Thailand and possibly other locations in the United States and Europe.

In light of the time constraints and the complicated arrangements involved, the parties wish to ensure that the deposition schedule will not conflict with oral argument of the pending motion. The parties therefore jointly respectfully request that the Court advise as to whether they should keep free any dates between today and April 6, 2006 for possible oral argument of the motion.

Very truly yours,

*James David Jacobs/SRK*

James David Jacobs

cc: Robert Gutkin, Esq. (via Facsimile)

*I fear this is not at the top of my list. Go on and do your EBTs.*

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Copies mailed / handed / faxed to counsel 2/1/06