Robert A. Gutkin, Esq. (Pro hac vice)
Blair M. Jacobs, Esq. (Pro hac vice)
Christina A. Ondrick (Pro hac vice)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004-2415
Tel: 202-383-0100
Fax: 202-637-3593

Attorneys for Plaintiff
LEIGHTON TECHNOLOGIES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, | ) 04 Civ. 02496 (CM) (LMS) |
| Plaintiff and Counterclaim Defendant, | ) **NOTICE OF LODGING OF PAGES** |
| | ) **FROM DEPOSITION OF HERBERT** |
| | ) **GRUEN RE: PLAINTIFF LEIGHTON** |
| | ) **TECHNOLOGIES' OPPOSITION TO** |
| | ) **MOTION FOR SUMMARY** |
| | ) **JUDGEMENT** |
| OBERTHUR CARD SYSTEMS, S.A., | ) Hearing Date: April 4, 2006 |
| Defendant and Counterclaim Plaintiff. | ) |

Plaintiff Leighton Technologies hereby lodges the attached pages, Exhibit 1, from the

Deposition Of Herbert Gruen, which was taken on March 13, 2006.  The deposition was taken

subsequent to the filing of papers for the Motion for Summary Judgment, scheduled for hearing

on April 4, 2006.  The pages may be referenced in the course of oral argument.

Dated:  March 29, 2006                    SUTHERLAND ASBILL & BRENNAN, LLP

                                          ___/s/ Robert A. Gutkin_____
                                          By:   Robert A. Gutkin, Esq. (Pro hac vice)
                                                Blair M. Jacobs, Esq. (Pro hac vice)
                                                Christina A. Ondrick (Pro hac vice)
                                                1275 Pennsylvania Avenue, N.W.
                                                Washington, DC  20004-2415
                                                Telephone:  (202) 383-0751
                                                Facsimile:  (202) 637-3593

WO 484567.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of **PLAINTIFF LEIGHTON TECHNOLOGIES LLC'S NOTICE OF LODGING OF PAGES FROM DEPOSITION OF HERBERT GRUEN RE: PLAINTIFF LIEHGOTN TECHNOLOGIES' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** was caused to be served on counsel for **OBERTHUR CARD SYSTEMS, S.A.** and **OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION**, by sending a copy of this document by overnight mail on March 29, 2006 to the following:

> James David Jacobs (JJ-7351)
> Todd S. Sharinn (TS-0581)
> Frank M. Gasparo (FG-2958)
> Susan R. Knox (SK-4110)
> 1114 Avenue of the Americas
> New York, New York 10036

Dated: March 29, 2006

___/s/ Robert A. Gutkin_____
Robert A. Gutkin (Pro hac vice)

WO 484567.1

# Exhibit 1

COPY                                                    1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    ————————————————————————— *
     LEIGHTON TECHNOLOGIES LLC,     *
4                                   *
          Plaintiff and            *
5         Counterclaim Defendant,   *
                                    *
6    vs.                            * 04 Civ. 02496
                                    * (CM) (LMS)
7    OBERTHUR CARD SYSTEMS, S.A.,   *
     AND OBERTHUR CARD SYSTEMS OF   *
8    AMERICA CORPORATION,           *
                                    *
9         Defendants and           *
          Counterclaim Plaintiffs. *
10   ————————————————————————— *

11

12            VIDEOTAPED ORAL DEPOSITION OF HERBERT

13   GRUEN, produced as a witness at the instance of the

14   Defendants, taken in the above-styled cause on the

15   13th day of March, 2006, from 2:44 p.m. to 4:57

16   p.m., before Candice F. Flowers, a Certified

17   Shorthand Reporter, at the offices of Baker &

18   McKenzie LLP, Theatinerstrasse 23, in the City of

19   Munich, Country of Germany, pursuant to the

20   agreements as stated on the record and/or the

21   Federal Rules of Civil Procedure.

22

23          ELLEN GRAUER COURT REPORTING, CO. LLC
                126 East 56th Street, Fifth Floor
24                 New York, New York 10022
                        212-750-6434
25                      REF: 80188

7

GRUEN

1

2  formal education after what we in the United States

3  would term high school.

4      A    After high school, I -- I have a degree in

5  plastics engineering from Germany.  It has been done

6  in '79, and I worked afterwards in the plastics

7  industry, chemistry, for a couple of years and then

8  later joined the card industry.

9      Q    Okay.  Could you -- other than your --

10 from what university or school did you get your

11 degree in plastic engineering?

12     A    It's from the city of W$^n$rzburg.

13     Q    Did you have any other formal training

14 after attending school in the city of W$^n$rzburg?

15     A    No.

16     Q    Starting with your graduation from the

17 city of W$^n$rzburg, could you just give us an overview

18 of your employment history.

19     A    I joined -- after I left high school, I

20 joined the company VKW Staufen.

21           MR. GUTKIN:  Could you spell it?

22           THE WITNESS:  It's printed on here.

23 This company.

24     A    I worked there for ten years in different

25 positions.  This was a plastics manufacturer for

8

1                            GRUEN

2    security and other applications.  And after that, I

3    joined Giesecke & Devrient here in Munich, and I've

4    worked there since.

5         Q    What is your general responsibilities at

6    your present employer?

7         A    I'm a director of our sales support

8    division.

9         Q    And what do you sell?

10        A    Security products.

11        Q    Could you give us, approximately, the

12   years that you were at Staufen?

13        A    Years I were at Staufen?

14        Q    Yes.  What years approximately?

15        A    From when to when?

16        Q    From when to when.

17        A    I joined '79 and I left '89.

18        Q    What were your responsibilities at

19   Staufen?

20        A    I had a number of responsibilities.  I

21   started in technical customer support for a number

22   of years.  Then I was in charge of -- in charge of

23   product management and, later on, technical

24   marketing.

25        Q    During what period were you in technical

9

1                         GRUEN

2    customer sales?

3         A    First three years.  First three years.

4         Q    First three years.

5              And what did you do as a technical

6    customer sales?

7         A    Made presentations at customers, explained

8    product range, solved problems, solved claims, this

9    kind of environment.

10        Q    What -- what kind of sales were you

11   making?

12        A    Sales?  What products?

13        Q    What product, yes.

14        A    Films.

15        Q    Films.  And to what kind of customers were

16   you selling those films?

17        A    Security industry, card manufacturers, and

18   packaging.

19        Q    For how long were you in product

20   management?

21        A    For another three to four years.

22        Q    Were your responsibilities any different

23   as a product management?

24        A    It was -- it was more or less key account

25   management on a -- on a global basis.

58

```
 1                          GRUEN
 2   question.
 3        A    Can you say it in other words?
 4        Q    Sure.
 5             You indicated what a carrier was, and you
 6   said it can have two functions, I believe.  It can
 7   carry the chip and it can protect the chip --
 8        A    Yeah.
 9        Q    -- correct?
10        A    Yeah.
11        Q    Now, are you aware of manufacturers, prior
12   to '94, who were making cards using carriers on
13   their chips?
14        A    Not on the chip.  The chip is on a
15   carrier.
16        Q    Okay.  So with the qualification that the
17   carrier is not on the chip, but the chip is on the
18   carrier, were you aware of manufacturers prior to
19   1994 that were making cards that way?
20        A    Before 1994 there was no --
21             MR. JACOBS:  Objection, form.  You
22   can answer.
23        A    -- there was no fixed technology.  There
24   was a lot of experimental stages.  The manufacturers
25   did not know where they end up, so everything was
```

59

1                          GRUEN
2    being tested and experimented.
3        Q    Now, why wasn't there fixed technology at
4    that point?  Was this a new kind of product?
5        A    It was brand -- brand-new.
6        Q    When you say it was "brand-new," what do
7    you mean?
8        A    The first smart card I was confronted with
9    was in the time around '81 to '83 and at that time.
10   And before, they did not have any -- any chips
11   inside.
12       Q    Now, before '94, would you say it was
13   still a relatively new technology?
14       A    It took quite a long development period
15   until it got accepted by -- by the markets and the
16   customers found their own applications.
17       Q    Now, why did it take a long development
18   period?
19       A    Because it's a huge investment into the
20   entire system.  It's not only the card.  It's also
21   the environmental structure which need to be
22   implemented, like the reader terminals and all this
23   stuff.  So it goes very slowly, specifically at that
24   time, because everybody was very scared to make
25   wrong investments.

67

                              GRUEN

1

2    '87, '88, '89, in this -- in this time frame.

3         Q    And in that time frame, do you know how

4    they made those cards that had the circuitry in

5    them?

6         A    They tried to laminate between layers, and

7    they tried to embed later on by milling pockets

8    into the card and embed the chips inside.

9         Q    Well, let's focus on the laminating by

10   layers.  Do you know if they used a carrier, as

11   we've been talking about it earlier, when they tried

12   to laminate these electronics into layers?

13        A    This I don't know.  This is also the

14   question how they -- how they called it at that

15   time, what they meant.  At least they did not handle

16   the tiny little chip alone; they had to bring it in

17   a transportable form.  And this I would call a

18   carrier.

19        Q    Do you know how long that process of using

20   a carrier continued for?

21        A    Again, here I would estimate until mass

22   production and production costs got very relevant.

23   So it was -- with this carrier, the type of

24   technology was expensive and it was slow.  And when

25   the volumes increased, then they had to find other

68

1                          GRUEN
2    ways.
3         Q     Again, is it fair to say that prior to
4    '94, the technology for putting electronics in these
5    cards was changing?
6                    MR. JACOBS:   Objection.
7         A     It was a process from the early '80s into
8    the '90s, over that quite long time.
9         Q     Has the technology from the early '90s to
10   the present date changed, of putting the electronics
11   in a card?
12        A     It has been --
13                   MR. JACOBS:   Objection.
14        A     -- stabilized over that time.  The speed
15   and the throughput is much better now, but the basic
16   ideas how to handle it is more or less the same
17   what -- what has been standardized in the early
18   '90s.
19        Q     When -- are you familiar with
20   weight-compensated laminating machines?
21        A     Weight-compensate -- never heard that
22   word, no.
23        Q     How about pressure-compensated laminating
24   machines?
25        A     Pressure compensated, never heard that in

95

GRUEN

1

2     A     It depends on the chemical ingredients,

3     then it differs, yes.

4     Q     If you were going to make a smart card,

5     how would you go about selecting the materials to be

6     used, what PVC to use?  What would you want to know?

7               MR. JACOBS:  Objection.  Objection.

8     A     How to -- how to select the product and

9     the supplier?

10              There is only a handful of suppliers in

11    the world for this specialized industry, and I know

12    them all.  So I just would contact a few of them and

13    ask what they have, and the rest is own testing.

14    Q     So it's -- when you say "testing," can you

15    be more specific?  What do you mean?

16    A     The card manufacturers don't disclose

17    their applications and the ingredients of the cards,

18    so they just specify the films, you know, in a rough

19    version, giving the supplier the possibility to

20    deliver.  And the rest has to be done in-house in --

21    in the card industry, which is part of the security

22    environment.

23    Q     By the card manufacturers?

24    A     At the card manufacturers, yes.

25    Q     Would you consider that to be a trade

96

1                          GRUEN

2    secret?

3        A    A trade secret for what?

4        Q    For the card manufacturers.

5             MR. JACOBS:   Objection, form.

6        A    Yes.   At least it's not an open discussion

7    between the card manufacturers, what they use.

8        Q    And has that been true since you've

9    started in the industry?

10       A    It is true as long as you have no signed

11   confidentiality agreements.   As soon as you have

12   done that, then it's open.   Why do you sign that?

13   Just to -- you're going to disclose something to

14   another company.   And if this is necessary, then

15   it's done.

16             MR. JACOBS:   Could you read back the

17   answer and question?

18                        (Off-the-record discussion.)

19                        (Record read.)

20                        (Off-the-record discussion.)

21             MR. GUTKIN:   I'll ask another

22   question if it will --

23             MR. JACOBS:   Yeah, I object to the

24   whole -- I totally lost the stream of what the

25   questions and answers were.   That's why I asked her.

97

                    GRUEN
1
2                    MR. GUTKIN:  Let me put you back in
3       the --
4                    MR. JACOBS:  I object to the last
5       question and answer.
6                    MR. GUTKIN:  I'll put you back in the
7       stream --
8                    MR. JACOBS:  Okay.
9                    MR. GUTKIN:  -- or at least in the
10      river.  How's that?
11          Q    (By Mr. Gutkin) Now, card manufacturers
12      use specific lamination cycles to make smart cards,
13      correct?
14          A    Yeah.
15          Q    And they've used specific -- wait a
16      minute.  I'm speaking slower, if you noticed.
17               They've used specific lamination cycles to
18      make smart cards since you started in the industry,
19      correct?
20          A    Yeah.
21          Q    Now, is it also true, since you've started
22      in the industry, that those specific lamination
23      cycles have been considered trade secrets?
24          A    It is true and it's still up today.
25          Q    And by trade secrets, would it also be

98

1                          GRUEN

2    true that manufacturers would not share those

3    specific lamination cycles with other people?

4         A    In case you sign some contract with them,

5    then they share.

6         Q    But in the absence of a contract, they

7    would not share?

8         A    Nobody shares.

9         Q    And they don't publish those lamination

10   cycles to --

11        A    No.

12        Q    -- the general world?

13        A    No.

14        Q    You went a little faster than I did that

15   time.

16        A    Yeah.

17        Q    And that's still true today?

18        A    That's still true.

19        Q    And it was true when you started in the

20   industry?

21        A    That's correct.  But I signed a lot of

22   contracts, as I told you, because my work was to

23   solve the problems of the customers, so I got

24   information.

25        Q    Now, I just want to focus for a moment on

100

                              GRUEN

1

2        Q     Why?

3        A     Because the environmental temperatures in

4    summer can be higher than the card can -- can bear.

5        Q     And what happens if the temperatures are

6    higher?

7        A     The card distorts.

8        Q     Are you familiar with an organization

9    known as the International Card Manufacturers

10   Association?

11       A     I'm the president of this.

12       Q     So I guess you're very familiar with it.

13       A     Yeah.

14       Q     And is that also known as the ICMA?

15       A     Yes.

16       Q     What's the purpose of the ICMA?

17       A     This is a global marketing platform to

18   support the industry.

19       Q     Does the ICMA put out white papers?

20       A     Not that I'm aware of, no.

21       Q     Does it put out material relating to

22   topics of industry interest?

23       A     It publishes a magazine.  And if some

24   specialist in the industry has a nice topic which

25   sounds good for everyone, then it can be printed