*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )
Plaintiff-Counterclaim )
Defendant, )Case No.
-vs- )04Civ
Oberthur Card Systems, S.A.,)2496(CM)
Defendant-Counterclaim )
Plaintiff. )

- - - o0o - - -

Deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant-Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Sunday, the 9th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

Tackla & Associates
Court Reporting & Videotaping
Tackla & Associates
1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

A Correct.

Q Okay, and now I'm asking you: When is the first time you made a plastic laminated card in which the pressure during the cooling phase was at least ten percent greater than the pressure during the heating phase?

MR. GUTKIN: Vague and ambiguous.

BY MR. JACOBS:

Q You can answer the question.

A I'm not sure what you're trying to get at here.

Q Do you understand the question?

A When was the first time that I made a plastic card where I increased the pressure during the cooling cycle?

Q That's exactly right, by at least ten percent.

A I may have done that back in 1970. I'm not sure. I'm not sure. Like I say, different plastic, depending upon what is printed on the sheets, required different temperatures.

Q Sir, have you ever made a plastic laminated card where you increased the