*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )
   Plaintiff-Counterclaim )
   Defendant,       )Case No.
   -vs-             )04Civ
Oberthur Card Systems, S.A.,)2496(CM)
   Defendant-Counterclaim )
   Plaintiff.       )

- - - oOo - - -

Continued deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant- Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Monday, the 10th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

**Tackla**
**& Associates**
Court Reporting & Videotaping

Tackla & Associates Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

| | |
|---|---|
| 1 | Q: And you also -- and you also have to |
| 2 | run various tests on the pressure; is that |
| 3 | correct? |
| 4 | A: That's correct. |
| 5 | Q: So, you run some tests where the |
| 6 | pressure and the cooling is higher than the |
| 7 | pressure in the heating, correct? |
| 8 | A: Right. |
| 9 | Q: And you run some other tests where |
| 10 | the pressure in the cooling is lower than |
| 11 | the pressure in the heating, correct? |
| 12 | A: That's set up for failure when the |
| 13 | pressure is lower on the cooling. That's a |
| 14 | set-up for failure. I have to have a |
| 15 | starting point. |
| 16 | Q: Uh-huh. |
| 17 | A: With figures that I can calculate to |
| 18 | know where I'm at when I'm starting the |
| 19 | first test, and this is where I would start |
| 20 | at on a first test. |
| 21 | Q: You would start out on the first test |
| 22 | to maintain the same pressure in cooling |
| 23 | that you used in heating; is that correct? |
| 24 | A: I would try it, yes. |
| 25 | Q: Okay. |

TACKLA & ASSOCIATES

A: And nine times out of ten, it's going to be an increase in pressure, because as soon as you have a drop in pressure, the surface that you have on your plastic card will not be uniform. You're -- you'll have a glossy card, but it will look like it's got water laying on the surface of it when it's coming out of the laminator. It will look like puddles in it, or what we call lakes in the industry.

Q: And was that term used -- lakes, was that used back in the 1980's?

A: Yes. As long as I've been in there, as long as I've been making cards, trying to figure out what causes them.

Q: And the way, as long as you were making cards, is to get rid of the lakes is to raise the pressure in the cooling?

A: I've found through my experience that what causes these is a drop in temperature during the cooling cycle.

Q: Uh-huh, and the cure to removing the lakes is to raise the pressure during the cooling cycle?

A: That's correct.

```
 1   Q:      And that was something that you used
 2   during the '80's?
 3   A:      Yes.  I'm not sure whether this was
 4   done at Arthur Blank, or whether this was
 5   done at Plastag, but this is the test
 6   that I've used, because not all plastic card
 7   manufacturers have this 17-inch ram.
 8   Q:      You're referring to Exhibit 122 in
 9   that last comment?
10   A:      That -- that's correct, and it shows
11   to me that this is a single-stack laminator
12   because I'm dealing with one ram size here.
13           MR. JACOBS: Did you notice,
14   Mr. Gutkin?
15           MR. GUTKIN: I'm sorry.
16           MR. JACOBS: That's okay.  Please pay
17   attention while I show you how I'm skipping
18   ahead.
19           MR. GUTKIN: Okay.  He's telling me
20   he could use some cheesecake.  Did you have
21   a question?
22           MR. JACOBS: No, I'm just skipping
23   ahead so far.
24           MR. GUTKIN: Okay.
25   BY MR. JACOBS:
```

TACKLA & ASSOCIATES