ORIGINAL

**Sutherland**
**Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

ROBERT A. GUTKIN
DIRECT LINE: 202.383.0751
E-mail: robert.gutkin@sablaw.com

**MEMO ENDORSED**

April 26, 2006

U.S. DISTRICT COURT
FILED
APR 26 2006
S.D. OF N.Y.

**VIA FACSIMILE**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street, Room 428
White Plains, New York 10601-4150

    Re: *Leighton Tech., LLC v. Oberthur Card Sys., S.A., et al.*
        Case No. 04 Civ. 02496 (CM)

Dear Magistrate Judge Smith:

    Unfortunately I will be on a plane with my partner Mr. Blair Jacobs at 11:00 am Friday, April 28, 2006, when we are currently scheduled for a status conference call on the above matter. If possible, and it is convenient for the Court, we would like to continue the conference for one week, until Friday, May 5, 2006 at 11:00 am.

    Opposing counsel has agreed to this short continuance.

                      Respectfully,

                      Robert Gutkin

cc: James Jacobs, Esq. (Via E-mail)
    Blair M. Jacobs, Esq.

*[Handwritten endorsement:] Deemed letter motion. Motion granted. Conference adjourned to 5/5 at 11 am. SO ORDERED [signature] Lisa Margaret [Smith] USMJ 4/26/06*

WO 492287.1

Atlanta   ■   Austin   ■   Houston   ■   New York   ■   Tallahassee   ■   Washington, DC