UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, ) | Case No. 04-cv-02496 |
| Plaintiff, ) | (CM)(LMS) |
| v. ) | [PROPOSED] |
| OBERTHUR CARD SYSTEMS, S.A., ) | FOURTH AMENDED SCHEDULING ORDER |
| AND OBERTHUR CARD SYSTEMS ) |  |
| OF AMERICA CORPORATION, ) |  |
| Defendants. ) |  |

The parties by their attorneys having stipulated and agreed, and having shown good cause to this Court for modifications to the Rule 16(b) scheduling order,

IT IS HEREBY ORDERED:

1. All fact discovery shall be completed by May 31, 2006.

2. For any issue for which a party carries the burden of proof, that party shall serve its Rule 26(a)(2) expert reports and disclosures on June 28, 2006.

3. Each party shall serve its rebuttal expert reports on July 19, 2006.

4. Expert discovery shall begin July 19, 2006.

5. Expert discovery shall be completed by August 18, 2006.

6. Service of requests to admit shall be completed by August 30, 2006 and responded to by September 20, 2006.

7. The last day to file dispositive motions shall be September 18, 2006.



489634.1

8. A final pre-trial order and all motions in limine are due on October 11, 2006. All exhibits and objections to exhibits, requests to charge, proposed voir dire instructions and proposed verdict forms are also to be filed on that date.

9. Any party seeking damages from any other party must append to the joint pretrial order a one page addendum explaining the factual and legal basis for the claimed damages, explaining how it proposes to prove damages and setting forth a calculation of anticipated damages.

10. Responses to in limine motions are due 5 days after the motions are made.

11. The Court will schedule a final pre-trial conference after the final pre-trial order is filed. Cases can be called for trial at any time after the final pre-trial conference.

12. The parties shall not contact Judge McMahon about discovery disputes, they shall go directly to Magistrate Judge Smith.

13. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. *Counsel should not assume that extensions will be granted as a matter of routine.*

Dated: April 26, 2006
White Plains, New York 10601

Hon. Lisa Margaret Smith
United States Magistrate Judge

489634.1