UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>OBERTHUR CARD SYSTEMS, S.A., AND OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>        Defendants. | Case No. 04-CV-02496<br>(CM)(LMS)<br><br>**SUBSTITUTION OF COUNSEL** |

        IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED that the law firm of Quinn, Emanuel, Urquhart, Oliver & Hedges LLP be substituted as counsel for defendants in the place of the law firm of Baker & McKenzie LLP.

DATED:   New York, New York
              May 10, 2006

| BAKER & MCKENZIE LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|---|---|
| By: _____<br>    James D. Jacobs (JJ-7351) | By: _____<br>    Edward DeFranco (ED-6524)<br>    Kevin Johnson (KJ-8689)<br>    Robert C. Juman (RJ-6350) |
| 1114 Avenue of Americas<br>New York, New York 10036<br>212-626-4100 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>(212) 849-7000 |
| *Outgoing attorneys for the Defendants* | *Incoming attorneys for the Defendants* |

51094/1881122.1