UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>-v.-<br><br>OBERTHUR CARD SYSTEMS, S.A.,<br>AND OBERTHUR CARD SYSTEMS OF<br>AMERICA CORPORATION,<br><br>Defendants. | Case No. 04-cv-02496<br><br>AMENDMENT TO STIPULATED<br>PROTECTIVE ORDER |

Whereas the law firm of Quinn Emanuel Urquhart Oliver & Hedges LLP ("Quinn Emanuel") has been retained by defendants Oberthur Card Systems, S.A., and Oberthur Card Systems of America Corporation (collectively, "OCS") to serve as trial counsel;

Whereas Quinn Emanuel has entered its appearance in this action on behalf of OCS, and reviewed and agreed to be bound by the terms of the Protective Order entered in this matter on August 20, 2004 (the "Protective Order");

The parties hereby stipulate and agree, and jointly move this Court to amend the Protective Order, so as to provide Quinn Emanuel with access to all Confidential and Trial Counsel Eyes Only information accessible to other trial counsel in this matter.

STIPULATED AND AGREED TO BY:

Dated: May 21, 2006

_____
Sutherland Asbill & Brennan, LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004-2415
Tel.: 202-383-0100
Fax: 202-637-3593
Robert A. Gutkin, Esq. (Pro hac vice)
Blair M. Jacobs, Esq. (Pro hac vice)

51094/1887991.1

Dated: May 24, 2006

Christina A. Ondrick, Esq. (Pro hac vice)

_____
Quinn Emanuel Urquhart
  Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: 212-849-7000
Fax: 212-849-7100
Edward DeFranco (ED-6524)
Kevin Johnson (KJ-8689)
Robert Juman (RJ-6350)

IT IS HEREBY ORDERED that the Protective Order be amended as provided above.

This 26 day of May 2006

_____
Hon. Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

51094/1887991.1

2