UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEIGHTON TECHNOLOGIES LLC,

        Plaintiff,

-against-

OBERTHUR CARD SYSTEMS, S.A.,
AND OBERTHUR CARD SYSTEMS OF
AMERICA CORPORATION,

        Defendants.

---

Case No. 04-CV-02496
      (CM)(LMS)

ORDER OF
SUBSTITUTION OF COUNSEL



IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED that the law firm of Quinn, Emanuel, Urquhart, Oliver & Hedges LLP be substituted as counsel for defendants in the place of the law firm of Baker & McKenzie LLP.

DATED:  New York, New York
           May 10, 2006

BAKER & MCKENZIE LLP

By: _____
James D. Jacobs (JJ-7351)

1114 Avenue of Americas
New York, New York 10036
212-626-4100

*Outgoing attorneys for the Defendants*

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By: _____
Edward DeFranco (ED-6524)
Kevin Johnson (KJ-8689)
Robert C. Juman (RJ-6350)

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Incoming attorneys for the Defendants*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

51094/1881122.1