AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           NEW YORK

Leighton Technologies LLC

v.

Oberthur Card Systems, S.A.

**APPEARANCE**

Case Number: ECF Case 04-02496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oberthur Card Systems, S.A.

I certify that I am admitted to practice in this court.

6/14/06
Date

*(signature)*
Signature

Kevin P.B. Johnson                KJ8689
Print Name                        Bar Number

555 Twin Dolphin Drive, Suite 560
Address

Redwood Shores    CA    94065
City              State  Zip Code

(650) 801-5000              (650) 801-5100
Phone Number                Fax Number