AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies LLC

v.

Oberthur Card Systems, S.A.

**APPEARANCE**

Case Number: ECF Case 04-02496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oberthur Card Systems, S.A.
Oberthur Card Systems of America Corporation
Defendants and Counterclaim Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 12, 2006 | *Mark Baker* (signature) |
| Date | Signature |
| | Mark Baker / MB0302 |
| | Print Name / Bar Number |
| | 51 Madison Avenue, 22nd Floor |
| | Address |
| | New York, NY 10010 |
| | City / State / Zip Code |
| | (212) 849-7000 / (212) 849-7100 |
| | Phone Number / Fax Number |