AUG 16 2006

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com

August 15, 2006

**MEMO ENDORSED**



*Handwritten endorsement:* "Conference Sept — Trial won't be until March. Let's schedule it now + not backburner for discovery issues. Please appear for a conference on 9/5/06 at 11:00 A.M."

VIA FACSIMILE

The Honorable Colleen McMahon
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re:   *Leighton Tech., LLC v. Oberthur Card Sys., S.A., et al.*
      Case No. 04 Civ. 02496 (CM)

Dear Judge McMahon:

The parties respectfully submit this joint letter regarding the Court's schedule as it relates to the trial of this case.

The Court previously indicated a desire to conduct trial in late fall, and the parties are continuing to work to meet that schedule (the current Scheduling Order provides for a November 2006 trial date). In the event that the Court's calendar had changed, however, the parties would like to take that into consideration to assist in their planning of the remaining fact and expert discovery. If, on the other hand, the Court is in a position to set a trial date for early November 2006, we would like to confirm this so that we can lock down witness availability and address other logistical concerns. Leighton currently estimates that trial will take approximately 10 trial days, Oberthur estimates that trial will take approximately 15 trial days.

Accordingly, the Parties respectfully inquire whether or not the Court still anticipates that this matter will be tried in November.

Respectfully submitted,

Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Counsel for Defendants

Robert A. Gutkin, w/permission by EJD
Sutherland Asbill & Brennan LLP
Counsel for Plaintiff

cc:   Magistrate Judge Lisa Margaret Smith

quinn emanuel urquhart oliver & hedges, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-601-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336