**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100



WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com

November 27, 2006

**VIA FACSIMILE**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street, Room 428
White Plains, New York 10601-4150



NOV 28 2006

Re:  *Leighton Tech., LLC v. Oberthur Card Sys., S.A., et al.*
     Case No. 04 Civ. 02496 (CM)

Dear Judge Smith:

Pursuant to the Amended Scheduling Order recently submitted by the parties, Oberthur is to file its two Summary Judgment Motions on Tuesday, November 28th. In an effort to minimize the number of supporting documents filed under seal, the parties are currently working together to deal with confidentiality issues. We expect to complete this process tomorrow.

In view of this, Oberthur's counsel has requested, and Leighton's counsel has agreed, that Oberthur's opening briefs be filed on Wednesday, November 29th.

Please let us know if for some reason this is unacceptable to the Court.

Respectfully submitted,

Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Counsel for Defendants

cc: Honorable Judge Colleen McMahon

[Handwritten endorsement in left margin: Counsel's letter motion for an extension granted. SO ORDERED. Lisa Margaret Smith USMJ 11/28/06]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

51094/2004887.1