UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>    Defendants. | 04 Civ. 02496 (CM) (LMS)<br><br>**Judge Colleen McMahon**<br><br>**Magistrate Judge Smith** |
| OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>LEIGHTON TECHNOLOGIES LLC, GENERAL PATENT CORPORATION INTERNATIONAL, GENERAL PATENT CORPORATION, and IP HOLDINGS LLC,<br><br>    Counterclaim Defendants. | |

## WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that Plaintiff Leighton Technologies LLC, 75 Montebello Road, Suffern, New York, hereby requests that Neil Cohen be withdrawn form the docket. Robert Gutkin, Blair Jacobs and Christina Ondrick of Sutherland Asbill & Brennan LLP will remain as lead counsel for plaintiff Leighton Technologies LLC.

Dated: December 14, 2006

WO 674783.1

                GENERAL PATENT CORPORATION INTERNATIONAL

                /s/Neil G. Cohen
                By:  Neil G. Cohen, Esq. (Pro hac vice)
                   Attorneys for Plaintiff
                   LEIGHTON TECHNOLOGIES LLC
                  75 Montebello Road
                 Suffern, NY 10901
                  Tel:  845.368.2264
                  Fax: 845.818.3945

**SO ORDERED:**

_____
Hon. Colleen McMahon
United States District Judge

2

WO 674783.1