UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>Defendants. | Case No: 04 CV 02496 (CM) (LMS)<br><br>[~~PROPOSED~~]<br>SEVENTH AMENDED<br>SCHEDULING ORDER |
| OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>LEIGHTON TECHNOLOGIES LLC, GENERAL PATENT CORPORATION INTERNATIONAL, GENERAL PATENT CORPORATION, and IP HOLDINGS LLC,<br><br>Counterclaim Defendants. | Hon. Coleen McMahon<br><br>Magistrate Judge Lisa M. Smith |

     The parties by their attorneys having stipulated and agreed, and having shown good cause to this Court for modifications to the Rule 16(b) scheduling order,

IT IS HEREBY ORDERED:

1.     All fact discovery has been completed.

2.     Leighton shall serve its final Rule 26(a)(2) expert report(s) and disclosure(s) regarding infringement on November 20, 2006.

WO 676986.1

3.  Oberthur's motions for summary judgment of non-infringement and lack of standing are due on November 28, 2006.

4.  Responsive expert report(s) on infringement are due January 9, 2007.

5.  To the extent new information is raised in the responsive expert reports, rebuttal reports on infringement are due January 30, 2007.

6.  Leighton Technologies' cross motion for summary judgment of infringement and response to Oberthur's summary judgment motions are due January 26, 2007.

7.  Service of requests to admit must be completed by February 26, 2007.

8.  Oberthur's response to Leighton Technologies' cross-motion for summary judgment and reply in support of its summary judgment motions are due February 19, 2007.

9.  Requests to admit must be responded to by March 12, 2007.

10. Leighton Technologies' reply in support of its cross motion for summary judgment is due March 2, 2007.

11. For any other issues (besides infringement) for which a party carries the burden of proof, that party shall serve its Rule 26(a)(2) expert reports and disclosures on March 20, 2007.

12. Responsive expert reports on these other issues are due April 30, 2007.

13. To the extent new information is raised in the responsive expert reports, rebuttal reports on these other issues are due May 14, 2007.

14. Expert depositions will take place between May 21 and June 18, 2007.

15. A final pre-trial order and all motions in limine are due in June 2007 (the exact date to be set by the Court). All exhibits and objections to exhibits, requests to charge, proposed voir dire instructions and proposed verdict forms are also to be filed on that date.

16. Any party seeking damages from any other party must append to the joint pretrial order a one page addendum explaining the factual and legal basis for the claimed damages, explaining how it proposes to prove damages and setting forth a calculation of anticipated damages.

17. Responses to in limine motions are due 5 days after the motions are made.

18. The Court will schedule a final pre-trial conference after the final pre-trial order is filed. Cases can be called for trial at any time after the final pre-trial conference. The Court has calendared this case to be tried starting on September 10, 2007.

19. The parties shall not contact Judge McMahon about discovery disputes, they shall go directly to Magistrate Judge Smith.

20. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. *Counsel should not assume that extensions will be granted as a matter of routine.*

Dated: 1/10/07
White Plains, New York 10601

Hon. Lisa Margaret Smith
United States Magistrate Judge

WO 676986.1