**EXHIBIT 11**

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5    LEIGHTON TECHNOLOGIES,                    :
                                               :
6              Plaintiffs,                     :
                                               :
7          vs.                                 :    No. 04-CV-02496
                                               :
8                                              :
     OBERTHUR CARD SYSTEMS, S.A.,              :
9    OBERTHUR CARD SYSTEMS OF                  :
     AMERICA CORPORATION,                      :
10                                             :
               Defendants.                     :
11

12                    --oOo--

13

14           VIDEOTAPE DEPOSITION OF

15               KEN THOMPSON

16                 VOLUME I

17    _____

18               May 4, 2006

19

20   REPORTED BY:  KENNETH T. BRILL, RPR, CSR 12797

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
           126 East 56th Street, Fifth Floor
24            New York, New York 10022
                  212-750-6434
25                REF: 80728

                              THOMPSON

BY MR. B. JACOBS:

    Q.    You testified a little bit earlier that
there was a conscious decision made to not file
patent applications and to protect smart card
technology as trade --

    A.    Right.

    Q.    -- secret; right?

    A.    Right.

    Q.    So that was something that was different
than a conscious decision that was made in the inter
technology -- interconnection section?

        MR. J. D. JACOBS:  Objection.

        THE WITNESS:  We had discussed it, you
know, should we do some patents on this, and we felt
like, you know, we've heard bits and pieces of
information from -- from people in the industry.

        And we don't see that many things we're
doing which is that novel.  And the way that we're
doing it, we didn't think that someone skilled in
the art could take a product apart and determine how
it was done, or what the parameters were.

        So we knew the other -- we had ISO cards
out there, you know, we had AVC-131s we already had
for sale.  We knew that other people were doing

158

THOMPSON

1
2  cards here and there.  So it just didn't -- it just
3  didn't fit in with what we'd normally think as a,
4  you know, thing -- the thing to do.
5  BY MR. B. JACOBS:
6      Q.    Do you have any licenses that you're aware
7  of that you entered into regarding smart card
8  technology?
9      A.    Smart card technology?
10     Q.    Yes, sir.
11     A.    This is in the 1997, '98, '99 timeframe?
12     Q.    Yes.
13     A.    The headquarters for smart card division
14  was in Chicago, and that's where most of the people
15  were -- were housed.  And I was based out of San
16  Jose.  And there was maybe three or four, five
17  people who were working on the smart card efforts in
18  San Jose.  About four, five people out of, you know,
19  a hundred, were solely focused on that.  There may
20  have been some licenses and software and other
21  things, I don't -- I don't recall.
22     Q.    Okay.  Let's look at a couple of other
23  things.  Under the section captioned Radio Frequency
24  Identification --
25     A.    Mm-hmm.

**EXHIBIT 12**

*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )

   Plaintiff-Counterclaim  )

   Defendant,             )Case No.

   -vs-               )04Civ

Oberthur Card Systems, S.A.,)2496(CM)

   Defendant-Counterclaim  )

   Plaintiff.          )

- - - o0o - - -

Continued deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant- Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Monday, the 10th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

**Tackla & Associates**
Court Reporting & Videotaping

Tackla & Associates
1801 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1   signed because I had told them ahead of time

2   what I would be doing out there, and to get

3   it clear in their mind, they made sketches

4   of what I would be doing.

5   Q:    So, on this first visit, you signed a

6   contract?

7   A:    It was a -- a contract agreement that

8   would be fine-tuned later.  We had

9   discoverables and things that I would be

10  giving to Motorola.  They called it a list

11  of deliverables that I would make up before

12  coming back out the second time.

13  Q:    Was there anything else of substance

14  that you can recall from your first day out

15  at Motorola?

16  A:    The only thing is, they did not put

17  me up in the same motel that they did the

18  first time.  The Fairmount was nice.

19  Q:    The first time you stayed in a nice

20  motel?

21  A:    A beautiful motel.

22  Q:    Okay.  Motorola, do I understand

23  correctly that Motorola showed you their

24  facilities without asking you to sign a

25  disclosure confidentiality agreement?

TACKLA & ASSOCIATES

```
 1   A:      That's correct.

 2   Q:      And you saw a laminating press on

 3   your first visit there?

 4   A:      Just walked past it, didn't study it.

 5   It did look like a Burkle laminator, and

 6   everybody in the world knows that a Burkle

 7   laminator is one of the Cadillacs, so --

 8   Q:      Okay.

 9   A:      At the time I did not know that the

10   Burkle laminator wasn't designed to make

11   plastic cards.  It was designed to make

12   circuit boards.  It was not the right tool.

13           MR. JACOBS: Do you have that first

14   contract?

15   BY MR. JACOBS:

16   Q:      Did you maintain a copy of this, for

17   want of a better word, document that

18   Motorola gave you regarding your obligations

19   to them?

20   A:      The drawing?  I did have that.  I

21   don't recall seeing it in our records here.

22   It was handwritten with a sketch on it.

23   This document here was done after I was

24   working there, even after a couple of days

25   of working there.
```

TACKLA & ASSOCIATES

**EXHIBIT 13**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,    )

　　　　　plaintiff,    )

　　vs.    )    Case No.

　　　　　)    04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A.    )

and OBERTHUR CARD SYSTEMS    )

OF AMERICA CORP.,    )

　　　　　defendants.    )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.

# Tackla
## & Associates
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1    unfair to you, what they were asking you to do

2    in switching to a silver dollar sized electronic

3    element?

4    A    I had to see if I could accomplish that

5    goal.

6    Q    Okay. All right. Let's start with -- I

7    need your help just making sure that we all

8    completely understand the first card that

9    Motorola asked you to work on.

10   A    Um-hum.

11   Q    Okay? The one with the dime-sized antenna.

12           Could you draw for us the layers of

13   the -- you said first that it was -- you made

14   a -- an inlay or a pre-lam?

15   A    Yes. There was an inlay that they had

16   prior to my coming there.

17   Q    What's an inlay? I want to make sure that

18   we're all on the same page.

19   A    An inlay is an antenna and chip affixed

20   together. They solder the chip to the wire loop

21   antenna.

22   Q    And was the antenna and chip on any sort of

23   substrate?

24   A    They provided a substrate that they had, I

25   believe they got that from Colastics, a

1  substrate that was just a PVC sheet where they

2  die cut a circle in the center of this PVC, they

3  inserted -- at the beginning they were using a

4  dime size inlay that they put in a -- looked

5  like silicon, it was flexible soft rubber, and

6  they inserted that in the hole that they had in

7  the plastic.

8  Q    Okay.  And when you say "they" inserted it,

9  did Motorola make the inlay?

10  A    Yes.

11  Q    So they had the chip, they had the antenna,

12  they had the PVC sheet, and they put it all

13  together?

14  A    Right.

15  Q    Okay.  Could you start by drawing that for

16  us on a piece of paper, the Motorola inlay for

17  the dime size chip?

18  A    They had a sheet with a series of holes cut

19  in it.  I believe they were using a format of

20  three rows.  They had, I believe, eight in each

21  row, as I recall.  I'm not 100 percent certain

22  of this.  They were inserting this coil of wire.

23  In the center of it was an IC chip.  This was in

24  like a gel pack that they pressed down into the

25  sheets.  They had a pre-printed overlay sheet

**EXHIBIT 14**

*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )

   Plaintiff-Counterclaim  )

   Defendant,         )Case No.

   -vs-         )04Civ

Oberthur Card Systems, S.A.,)2496(CM)

   Defendant-Counterclaim  )

   Plaintiff.      )

- - - oOo - - -

Continued deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant- Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Monday, the 10th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

**Tackla & Associates**
Court Reporting & Videotaping

Tackla & Associates Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

Q:      "At the meeting, I revealed my idea
which impressed them enough to hire me as a
consultant."

A:      Correct.

Q:      What idea did you tell them at the
meeting?

A:      I told them to scrap their idea that
they had.  Everything that they were doing
was wrong.  They were cutting holes in the
plastic and putting in the radio that had
been encapsulated by a gel and placed in
there to have a different thermal melting
point which was not at the same melting
point as their PVC that they were trying to
laminate, and I told them that I would be
using different -- entirely different
temperatures and plastics than they were
using.  I would be changing the plastics,
and they liked the idea and concept that
they had a new way to attack this plan in
being able to come up with a smooth card.

Q:      Was that the entirety of your idea
that you told them?

A:      Yes.

Q:      Were you more specific as to what

TACKLA & ASSOCIATES

**EXHIBIT 15**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

             plaintiff,     )

     vs.               ) Case No.

                   ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,        )

           defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

       Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.



**Tackla & Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

A     And --

Q     So are you saying that you -- you began to work to improve the process but you never asked what the process parameters they were using at the time were?

A     When I saw what they were doing, I knew prior to going there that when you put a soft gel insert in the PVC of a precut piece of PVC, that when you laminate it you're going to have deficiencies in the card. I knew that prior, from prior experience.

Q     Okay. When did you first learn they were putting an inlay in a gel at Motorola?

A     They showed it to me on the first day that I walked out there.

Q     Okay. And you knew immediately that there were going to be problems if you used a gel of one material and --

A     That's correct.

Q     -- inserted it into a layer of another?

A     You have a foreign body of different plastics and they don't respond to heat and temperatures the same as an ordinary PVC sheet.

Q     Okay. And you knew at least that Motorola had a heating phase and a cooling phase for

**EXHIBIT 16**

*****CONFIDENTIAL DEPOSITION****

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Leighton Technologies, LLC, )

   Plaintiff-Counterclaim  )

   Defendant,         )Case No.

   -vs-            )04Civ

Oberthur Card Systems, S.A.,)2496(CM)

   Defendant-Counterclaim  )

   Plaintiff.        )

- - - o0o - - -

Continued deposition of KEITH R. LEIGHTON, a witness herein, called by the Defendant- Counterclaim Plaintiff, as if upon cross-examination under the statute, and taken before Luanne Stone, a Notary Public within and for the State of Ohio, pursuant to the issuance of notice and subpoena, and pursuant to the further stipulations of counsel herein contained, on Monday, the 10th day of October, 2005 at 9:00 o'clock A.M., at the Renaissance Hotel, the City of Cleveland, the County of Cuyahoga and the State of Ohio.

*****CONFIDENTIAL DEPOSITION*****

**Tackla & Associates**
Court Reporting & Videotaping

Tackla & Associates Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1    and in just a short period of time, an

2    agreement that there would be a $1500 bonus

3    if I completed upon all of the deliverables

4    that were agreed to and being able to

5    complete the 10,000 finished cards --

6    Q:    Okay.

7    A:    -- of which they never kept their

8    agreement, and wouldn't provide me the

9    materials or the equipment to do what I

10   needed to do.

11   Q:    Let's -- let's mark as the next

12   document a handwritten document bearing

13   Bates numbers L 06591 and 6592.

14         (At this time Defendant's Exhibit

15   120 was marked for identification purposes.)

16         MR. GUTKIN: We'll mark this down to

17   confidential.

18   BY MR. JACOBS:

19   Q:    I'm going to hand you Exhibit 120,

20   Mr. Leighton, and ask if this is the

21   document about which you were just

22   testifying.

23   A:    Yes, it is.

24   Q:    Mr. Leighton, why don't we direct our

25   attention to the second page.  Do you

                              TACKLA & ASSOCIATES

1    recognize the handwriting?

2    A:      Yes.  This was Ken Thompson writing

3    on an electronic board on the wall.

4    Q:      Okay.  What are the -- what's the

5    drawing to the left of the page, the top

6    drawing at the left edge of the page?

7    A:      This is a drawing where I explained

8    to Ken Thompson of what I intended to do

9    when I come out.  I told him prior to coming

10   out, prior to giving him a list of

11   equipment, prior to giving him deliverables.

12   Q:      Did you make that drawing?

13   A:      No.  Ken Thompson did this drawing as

14   to my description of what I was telling him

15   of what I was going to do.

16   Q:      Okay.  What does the drawing signify?

17   A:      It shows placing the radios or the

18   antenna on the surface of a plastic core

19   sheet.

20   Q:      Uh-huh.

21   A:      And placing an additional sheet on

22   top.

23   Q:      Where is the additional sheet?  Is

24   that depicted in the --

25   A:      No, it's really not shown, but we

TACKLA & ASSOCIATES

**EXHIBIT 17**

Confidential

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -

LEIGHTON TECHNOLOGIES, LLC,           )      Case No.

      Plaintiff and           )      04 Civ. 02496

      Counterclaim Defendant,  )

 v.                                   )

OBERTHUR CARD SYSTEMS, S.A., AND     )

OBERTHUR CARD SYSTEMS OF             )

AMERICA CORPORATION,                 )

      Defendants and         )

      Counterclaim Plaintiffs )

- - - - - - - - - - - - - - - - - --

CONFIDENTIAL

DEPOSITION OF JEAN-MARC DELBECQ

WEDNESDAY, MARCH 22, 2006

PAGES 151 - 308; VOLUME 2

BY:  CHRISTINE L. JORDAN, CSR NO. 12262

a3505f8b-4bda-4ca4-8025-643532a72575

Confidential

Page 264

1              THE REPORTER:  2021.

2              (Plaintiff's Exhibit No. 2021 was marked for

3              identification.)

4    BY MR. B. JACOBS:

5        Q.   Just ask that you take a few minutes here

6    and -- and reflect back on this 1997 article.  I'm

7    going to ask you a few questions about it.

8              (The witness reviews the document.)

9              THE WITNESS:  Solder presses.  I'm still

10   reading, sorry.

11             MR. B. JACOBS:  That's okay.  I was just

12   getting a number.

13             (The witness reviews the document.)

14             THE WITNESS:  Okay.

15   BY MR. B. JACOBS:

16       Q.   Why don't you start off by explaining what

17   document Exhibit No. 2021 is.

18       A.   So we had -- okay, document 2021 is a paper

19   that appears to have been published in 1997 by Sean Wu,

20   myself, Chao-pin Yeh, Winnie Leung and Karl Wyatt on

21   behalf of Motorola.  And it is a paper that describes a

22   problem or it describes a possible solution to reduce a

23   potential failure mode in an IC package with a thin

24   capacitor in a leadframe.

25             There's a -- on Page 2 there is a schematic

(M) *MOTOROLA*                                        *Technical Developments*

# RELIABLE LEADFRAME DESIGN FOR CONTACTLESS SMART CARD AND PLASTIC PACKAGING

by Sean X. Wu, Jean-Marc Delbecq, Chao-pin Yeh, Winnie Leung and Karl Wyatt

## 1 INTRODUCTION AND BACKGROUND

The radio frequency (RF) personal identification (ID) card and contactless smart card markets have been enjoying a high growth rate in the recent years. One of the issues to develop superior, low cost manufacturing technologies and capabilities is manufacturing yield (quality). Of the yield issues, interconnect (i.e., solder joint, conductive adhesive, etc.) failure or poor card surface (pitting, voiding, warpage, bow, etc.) are the two major concerns observed in the card fabrication. In the existing ID/smart card lamination process developed by Indala, an IC, a chip capacitor, a chip resistor, two leadframes, and a coil are sandwiched between two polyvinyl chloride (PVC) layers (See Figure 1). During this lamination process, pressure forces exerted by the soft PVC flow, e.g. PVC tends to push the two leadframes apart (A and B in Figure 2), resulting in severe stresses in the solder joints. These process-induced stresses can easily cause the solder joint to crack.

## 2 FINITE ELEMENT ANALYSIS AND DISCUSSIONS

To resolve the yield problem, simulation and modeling tools are used to find the root cause(s) and possible solutions. A detailed, comprehensive 3-D finit element analysis has been performed for the existing Indala ID card design. The results of this analysis show that with the existing design, solder stresses can reach a level that causes solder material to fail. One obvious way to reduce the excessive solder stresses is to reduce lamination pressure. However, with a reduced pressure, the surface quality may suffer. In order to reduce solder stress while preserving adequate manufacturability and surface quality, a modified design is proposed. As shown in Figure 3, an additional area (a "step" shape) is added to each leadframe between the capacitor and the IC package to strengthen the leadframe structure. At the same time, three holes are added on the lower portion of leadframe encapsulated by the molding compound, to enhance interface strength between the leadframe and molding compound.

With this new design, the solder joints should experience much lower stresses during the lamination process because of the following three reasons. First, the leadframes themselves have a much higher deformation resistance to the PVC flow (the dimensions were optimized to have the maximum strength). Second, there is much less space for PVC layers to flow between the capacitor and the molding compound, hence both the leadframe and the solder joints will be subjected to a smaller loading. Third, the three holes in the leadframe can enhance the bonding strength between the molding compound and the leadframe. In brief, the yield and reliability of the ID card can be improved significantly with the proposed invention.

## 3 CONCLUSIONS

Finite element method has been used to analyze the solder joint failure in the manufacturing process of ID cards. It was found that the previous design of leadframe can induce large stress in the structure which in turn causes failure. Based on the simulation results, a modified design was recommended to reduce the process-induced stresses.

EXHIBIT __2021__     (PLTF.)
                                DEFT.
WITNESS _DELBECQ_
CONSISTING OF __2__ PAGES
DATE _03/22/2006_
BEHMKE REPORTING & VIDEO SERVICES

 **MOTOROLA** *Technical Developments*



**Fig. 1** Lamination process of the ID card



**Fig. 2** Schematic drawing—the current leadframe design



**Fig. 3** Schematic drawing—the suggested leadframe design

**EXHIBIT 18**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,     )

vs.              )  Case No.

                )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS  )

OF AMERICA CORP.,      )

        defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.

**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    Q    Why are you differentiating between you and

2    them?  They were trying when you got there,

3    right?

4    A    Because they were trying by mechanical

5    means by changing the plumbing prior to my going

6    there and trying to change the dwell times

7    electronically in their circuit boards, in the

8    controls.  I had no control of that.

9    Q    Right.  But I didn't ask you how it was

10   being done, I just said you were trying to do

11   the same thing, you were trying to increase the

12   pressure during the cooling phase, weren't you,

13   generally?

14   A    I could do no more than shut their

15   laminators.  The pump took over the controls.

16   Q    Okay.  But you were trying to increase the

17   pressure during the cooling phase, weren't you,

18   at Motorola?

19   A    All I was trying to do is come out with a

20   product with what I had to work with.

21   Q    Okay.  But you knew at the time when you

22   got there they said this laminator is backwards,

23   it's for circuit boards, right?

24   A    Right.

25   Q    It's got a much smaller ram on the cooling

Tackla & Associates