**EXHIBIT 19M-T**

**19.M.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,     )

    plaintiff,   )

  vs.      ) Case No.

         ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A.  )

and OBERTHUR CARD SYSTEMS    )

OF AMERICA CORP.,            )

    defendants.  )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

666

1   A     And we're going to mark this here,

2   45 seconds transfer.

3   Q     Yeah.  I think I did that up here.

4   A     Okay.

5   Q     Is that okay?

6   A     That's okay.  Yeah.

7   Q     30 to 45 transfer.  Okay.  All right.

8         And this is -- this is the -- okay.

9   How about we do that.

10  A     That works.

11  Q     Okay.  This is the Motorola -- overall

12  Motorola process you used for them?

13  A     As I recall.

14  Q     Okay.  That's the best we can ask.

15  A     15 years ago.

16  Q     Okay.  And this is for the dime size and

17  the silver size --

18  A     Both of them, right.

19  Q     Both of them.  Okay.

20        Now, let's talk about -- and again, to

21  the best of your memory, the pressure component

22  of this, okay?  I'd like to add pressure to this

23  in a different color, and again, a general

24  depiction of when pressure was applied and the

25  magnitude of the pressure --

1   A    Um-hum.

2   Q    -- that was applied.  And I understand you

3   don't remember absolute values.

4   A    No, I don't.

5   Q    And I understand you had some problems with

6   measurements, getting readings on the equipment.

7   A    Correct.

8   Q    Okay?  But I need to know now -- so I'm not

9   surprised later at trial, I need to know now

10  exactly what your best memory is.  Does that

11  make sense?

12  A    That's -- to the best of my memory, I've

13  illustrated it here.

14  Q    Okay.

15  A    To the best of my memory.

16  Q    I appreciate that.

17        So at the time when the platens were

18  first -- when the -- excuse me.  When the books

19  were first put in --

20  A    Correct.

21  Q    -- between the platens of the press --

22  A    Right.

23  Q    The press was closed immediately.

24  A    Correct.

25  Q    And the heat soak time began.

**19.N.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,     )

    vs.            ) Case No.

               ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,         )

        defendants.    )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

    Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1  getting through the heat soak time.

2  Q     What does "emboss the plates" mean?

3  A     Where the chip was, it put a bump in the

4  plate and destroyed the plates.

5  Q     Okay.  And --

6  A     That's stainless steel.

7  Q     Would it impact the chip at all?  Would it

8  damage the chip?

9  A     It cracked the chips.

10  Q     Okay.  And about what percentage did you

11  increase the pressure after the end of the heat

12  soak time, do you remember?

13  A     No, I don't.

14  Q     All right.  Just approximately --

15  A     I can't even give you a beginning on that.

16  Q     Okay.  You don't know if it was --

17  A     I don't know.

18  Q     -- ten percent more?

19  A     Don't know.

20  Q     Ten times more?

21  A     We increased the pressure at different

22  tests, and I don't know -- I don't recall all of

23  those tests.

24  Q     Okay.  How about for the -- you said the

25  best run you had was about 15 cards out of 24

**19.O.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,     )

    vs.          ) Case No.

           ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS  )

OF AMERICA CORP.,       )

        defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.



**Tackla & Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    were successful?

2    A    At the best, yes.

3    Q    At the best.

4    A    Right.

5    Q    Okay.  What -- what's the -- the most you

6    can tell us about the pressure during the

7    heating phase for the process that you developed

8    at Motorola for the most successful run of cards

9    you had?

10   A    You'll have to rephrase that.

11   Q    I want to talk about the most successful

12   run of cards you had, towards the end of your

13   work at Motorola, do you remember that, the 15

14   out of 24 cards?

15   A    Yes.

16   Q    What can you tell us about, what do you

17   remember at all about the pressures in terms of

18   if you remember approximate values or the

19   percentage increase?

20   A    I have no concept of what those pressures

21   were.

22   Q    Okay.

23        MR. TACKLA:        Two minutes of

24   tape.

25   Q    Let's -- let's see if you remember

674

```
 1   anything, and if you don't remember anything at
 2   all --
 3   A    Yeah, I -- at the time -- I mean, I
 4   remember this, at the time I was there I had no
 5   idea what those pressures were actually at.
 6   Q    Okay.  Well, I want to -- I want to see if
 7   you can give us any sort of approximation.  And
 8   if you can't, that's fine.  Like I said, I just
 9   need to know what you may say later on, okay?
10         So for the process that you worked on
11   when you were at Motorola, when the press was
12   first closed, do you remember what pressure the
13   inlays with the chips would experience at the
14   very first step of the process?
15   A    When you tried to calculate pounds per
16   square inch on normal laminating of the PVC
17   sheet size, you have one square inch pressure on
18   the ram that's -- you have to do pi R square of
19   the ram, and then you have to convert that to
20   your sheet size of how many square inches do you
21   have on the sheet size.  Well, when you have a
22   foreign object in there such as the chip, that's
23   maybe a 16th of an inch square of focal point.
24   That pounds per square inch has to be then
25   calculated down to that 16th of an inch square,
```

1    and that pressure is so great that it embosses

2    the stainless steel plates.

3    Q    Okay.

4    A    It is so great, it's like shooting a bullet

5    at it.

6    Q    That's the problem that you talked about

7    earlier?

8    A    That's the problem that we had.

9    Q    Okay.

10        MR. TACKLA:    Off the record.

11   A    It busted all the chips.

12        - - - - -

13        (Interruption in proceedings.)

14        - - - - -

15   BY MR. DeFRANCO:

16   Q    What I'm asking is when you were develop --

17   when you developed this process for Motorola,

18   what's your best estimate of the pounds per

19   square inch that the inlays would experience

20   when the press was first closed?

21   A    I would say the inlays, if you design -- do

22   a multiplication problem here, divide a 16th of

23   an inch into a square inch, I'm not sure what

24   you'd come out with mathematically, but that's

25   how much times greater the pressure was --

**19.P.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,  )

              plaintiff,      )

      vs.                          )  Case No.

                              )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS    )

OF AMERICA CORP.,            )

              defendants.     )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1   and that pressure is so great that it embosses

2   the stainless steel plates.

3   Q    Okay.

4   A    It is so great, it's like shooting a bullet

5   at it.

6   Q    That's the problem that you talked about

7   earlier?

8   A    That's the problem that we had.

9   Q    Okay.

10       MR. TACKLA:        Off the record.

11  A    It busted all the chips.

12       - - - - -

13       (Interruption in proceedings.)

14       - - - - -

15  BY MR. DeFRANCO:

16  Q    What I'm asking is when you were develop --

17  when you developed this process for Motorola,

18  what's your best estimate of the pounds per

19  square inch that the inlays would experience

20  when the press was first closed?

21  A    I would say the inlays, if you design -- do

22  a multiplication problem here, divide a 16th of

23  an inch into a square inch, I'm not sure what

24  you'd come out with mathematically, but that's

25  how much times greater the pressure was --

676

1   Q     Okay.

2   A     -- on those chips over --

3   Q     Let's talk about it just in terms of per

4   square inch --

5   A     Um-hum.

6   Q     -- that the -- that the -- the lamination

7   sandwich would --

8   A     Um-hum.

9   Q     -- experience, okay?  That's the plastic

10  layers --

11  A     Right.

12  Q     -- that are put in.  Okay?

13          Per square inch of that, what's your

14  best estimate of the pounds per square inch that

15  would be experienced by the lamination sandwich

16  at the beginning of the process at Motorola that

17  you developed?

18  A     A good lamination pressure per square inch

19  on common cards is about 180 pounds per square

20  inch on normal PVC.

21  Q     Okay.  And at the time the pressure that a

22  square inch of the lamination sandwich would

23  experience in the Burkle press you were using at

24  Motorola was at least 180 pounds per square

25  inch?

```
 1   A     Right.  On the PVC.

 2   Q     Okay.  PVC is what?

 3   A     Your sheet core stocks.

 4   Q     Right.  That's the core sandwich that --

 5   A     Right.

 6   Q     -- we're talking about, right?

 7   A     Right.

 8   Q     That's the two core sheets and electronic

 9   element, that's what we're talking about?

10   A     Correct.

11   Q     Okay.  And during the heating phase that

12   you used at Motorola, do you remember how

13   significantly you would increase the pressure,

14   whatever the starting point was, at least 180,

15   do you remember how much?  Did you double it,

16   triple it, quadruple it?

17   A     In that press they went by bar pressure,

18   but we don't know what the bar pressure was.

19   Q     Right.

20   A     It's like looking at a thermometer and

21   telling me the temperature without putting the

22   figures on.  You have no idea.

23   Q     Okay.  Well, let's go back a second.  It

24   was at least 180 pounds per square inch in the

25   process used for Motorola.  Do you remember how
```

678

1    much --

2    A    In pressure per square inch.

3    Q    Right.

4    A    I'm trying to roughly calculate it.

5    Q    Right.  Very roughly.  Right.

6    A    Yeah.

7    Q    Okay.  Do you remember how much more than

8    180 pounds?  It wasn't 10,000 pounds?

9    A    No, we didn't -- we didn't exceed that per

10   square inch of surface tension of the PVC.

11   Q    Okay.

12   A    Because we liquefied the plastic, and if

13   you exceeded that, you would melt it all over

14   the floor.

15   Q    Okay.  But this was the -- the 180 pounds

16   was the pressure that was experienced when it

17   was first closed?

18   A    Correct.

19   Q    And then at some point you increased the

20   pressure even more, I thought.

21   A    No, this -- this is the final pressure on

22   heat cycle, 180 pounds, not the first pressure.

23   Q    Okay.  So this -- this is the max of 180

24   pounds, the pressure increase?

25   A    Correct.  Correct.

Tackla & Associates

679

1    Q    And what was the -- okay.  And then what

2    was --

3    A    This is just roughly.

4    Q    I know.  I know.  Very roughly.

5         And then what was the initial pressure

6    compared to the maximum?

7    A    I don't know what the initial pressure, but

8    there was enough pressure to close the

9    laminator.

10   Q    Right.  And it's the weight of all the

11   platens?

12   A    The weight of all the platens and --

13   Q    And some -- and some pressure, it can go up

14   at least to 1,000 pounds, we said, right, the

15   press?

16   A    Correct.

17   Q    Right?

18   A    Right.  On the pump pressure.

19   Q    Okay.  So what --

20   A    It's 1,000 pounds.

21   Q    How would you best approximate the range of

22   pressures that a square inch of the lamination

23   sandwich would see when the -- when the press

24   was first closed?

25   A    I can't answer that.

1   Q    Okay.  If you had to give a range, like one

2   pound to 50 pounds?  I mean, what's -- what's

3   the --

4   A    Minimal, I'd try to hold it to 50 pounds

5   minimal --

6   Q    And maximum?

7   A    -- just to close it.

8   Q    The maximum -- that's 50 pounds per square

9   inch?

10  A    Yeah.  You get -- to even hold you'd have

11  to bring it up that far.

12  Q    "To even hold" meaning what?

13  A    To even hold the pressure you'd have to

14  bring it up that far, otherwise it's going to

15  fluctuate in pressure.

16  Q    Across the --

17  A    Right.

18  Q    -- sandwich?

19  A    Across the sandwich.  Because you're

20  melting the plastic, in the meantime it's going

21  to start to soften.

22  Q    Okay.  So you would see 50 pounds per

23  square inch from the start?

24  A    Right.

25  Q    And at -- and at some point when the heat

Tackla & Associates

1    sync soak time was achieved you would increase
2    the pressure, but not more than 180?
3    A    Correct.  Try to maintain that in normal
4    lamination.
5    Q    Okay.  And the pressure was increased at
6    the end of the heat soak time to somewhere
7    between 50 pounds and 180 pounds per square
8    inch?
9    A    Correct.  Don't -- you know, this is going
10   to be hard for me to try to remember what I'm
11   telling you here right now before -- in a jury
12   trial.
13   Q    Well, we're going to --
14   A    I mean, we're going -- we're pulling
15   figures out and approximate figures and
16   guessing.  I'm doing a guessing game here.
17   Q    I understand that you're doing --
18   A    And to try to guess it again a year from
19   now, that's going to be very difficult.
20   Q    Well, let me -- let me put it to you this
21   way.  We're going to show this to you again a
22   year from now, if necessary.
23   A    Okay.
24   Q    If for some reason your memory changes or
25   you believe that this is incorrect, you'll

Tackla & Associates

**19.Q.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,     )

    vs.           ) Case No.

                 ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,         )

        defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

684

1    Q     All right.   Well, then you move to the cold
2    phase, right?
3    A     Correct.
4    Q     Then the heat is shut off.
5    A     The heat stays on the hot side, the cold
6    side remains cold, and the temperature is
7    dropped by closing the cold side, extracting the
8    heat out of the book.
9    Q     Okay.   And what pressure generally would
10   you apply when you were -- had the success rate
11   of 15 out of 24 for Motorola in the cards with
12   the electronic element, how did the pressure in
13   the cold phase compare to the pressure in the
14   heating phase?
15   A     I don't know what the pressure was on the
16   cold side.   All I can say is I would estimate it
17   to be under the pressure of the hot side.
18   Q     And what do you base that on?
19   A     The size of the ram.
20   Q     Did anybody work with you at Motorola to
21   figure out or to apply the pressures that were
22   being used in the Burkle laminator?  Did you
23   have a technician or operator that would --
24   A     They had an operator, his name was Kiet.
25   I'm not sure of his nationality.   I think it was

Tackla & Associates

1    Vietnamese, at Motorola they have all -- when

2    they put a notice on the board, it's in about

3    six languages so everybody can understand it.

4    Q    Okay.  Now, the rams were of different

5    sizes, correct?

6    A    Correct.

7    Q    And the -- is the amount of pressure that's

8    applied in either side a function of the size of

9    the ram?

10    A    Yes.

11    Q    And how much bigger was the ram on the cold

12    side than the hot side?

13    A    I don't remember that.

14    Q    Was it ten times as big?

15    A    I can't tell you that.

16    Q    Okay.  Even though the rams were of

17    different sizes, meaning that a bigger ram could

18    apply more pressure, right, was it possible in

19    the Burkle laminator to just not apply as much

20    pressure using a larger ram and max out the ram

21    on the cold side?

22    A    You would -- they had a tank containing the

23    hydraulic fluid, a single tank containing your

24    fluid, you have a pump in there that is pumping

25    the pressure to the rams, it's going to fill the

686

1   most -- less resistance first, which would be
2   the large ram, it would flow in there before it
3   will fill up the cold side it's going to be
4   taking all the fluid on the hot side first.  And
5   that was proven by the fact that the hot ram
6   closed first and it was a bigger ram.  There was
7   a dwell time waiting for the cold ram to shut or
8   come up to pressure.
9   Q    Okay.  So are you saying that it was
10  physically impossible, given the size of the
11  rams and the way the hydraulic system worked, to
12  have the pressure on the cooling side be greater
13  than the pressure on the heating side in the
14  Burkle laminator at Motorola?
15  A    I'm not one of physics, but in my own mind
16  it was much less, but it did manage to close and
17  cool down the product, but I'm not sure what the
18  surface pressure was on that cold side.
19  Q    Okay.  And whatever temperature you were
20  able -- I'm sorry.  Whatever temperature and
21  pressure you were able to achieve on the cold
22  side of the Burkle laminator, the highest
23  success rate you got was 15 out of 24?
24  A    I don't believe it had any relationship to
25  the cold side at all.  I think they were

687

1  destroyed immediately as soon as they closed the

2  ram on the hot side.

3  Q    Okay.

4  A    That's my opinion.  I don't -- I can't

5  prove that.

6  Q    Okay.  Well, let's explore that a little

7  bit.

8           You said that the best rate you got

9  was 15 out of 24, right?  At some point before

10  that you got a lower success rate, right?  It

11  got better over time as you worked.

12  A    Yeah.

13  Q    Did these tests, right?

14  A    Um-hum.  I improved the longer I worked

15  there.

16  Q    Right.  What in your mind led to the

17  increased or improved results over time?  What

18  changes in the process did you make that helped

19  to increase the success rate?

20  A    Increase of pressure and changing the

21  thickness of the pre-lams, of being able to go

22  in there with thicker plastic.

23  Q    Okay.  Why did the thicker plastic -- did

24  that help to make sure that the chip wouldn't

25  poke through and damage --

**19.R.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,  )

        plaintiff,  )

   vs.  ) Case No.

               ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS  )

OF AMERICA CORP.,  )

        defendants.  )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1                    - - - - -

2          (Discussion had off the record.)

3                    - - - - -

4   BY MR. DeFRANCO:

5   Q    Okay.  Mr. Leighton, if you could look back

6   at your 207 patent.  Now, if you look at

7   Claim 6, do you see that that claim talks about

8   where the pressure -- the second pressure is

9   greater than the first pressure?  Do you see

10  that?

11  A    Yes.

12  Q    And the second pressure is the cooling

13  pressure; is that right?

14  A    Yes.

15  Q    Okay.  And you said that couldn't -- the

16  Burkle press at Motorola couldn't do that, you

17  couldn't have a second pressure greater than the

18  cooling pressure, right?

19  A    I don't know that.

20  Q    Okay.  You don't know if you could or not?

21  A    I don't know that --

22  Q    Okay.

23  A    -- information.

24  Q    And are you aware, when you were at

25  Motorola, had you experienced any lamination

**19.S.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,     )

    vs.            ) Case No.

               ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,       )

        defendants.    )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.

**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

860

1    calls with Mr. Everett?

2    A    I have not spoken to him on the phone.

3    Q    Okay.

4    A    One time meeting.

5         MR. DeFRANCO:    All right.    Thanks

6    very much.    That's all I have.

7         MR. GUTKIN:    Okay.    I just have

8    a couple questions.

9                   - - - - -

10              DIRECT EXAMINATION

11   BY MR. GUTKIN:

12   Q    Mr. Leighton, do you recall -- I'm holding

13   up Defendant's Exhibit E.   Do you recall

14   discussing that document this morning?

15   A    Yes.

16   Q    How comfortable are you that the pressures

17   that are listed on this document for the heating

18   cycle are accurate of what you did at Motorola?

19   A    This was all speculation.

20   Q    Are you very comfortable, very

21   uncomfortable?

22   A    I could be uncomfortable with it, yes,

23   because I don't know any of the parameters of

24   that laminator.

25   Q    Okay.   Can you take a look at your 207

Tackla & Associates

**19.T.**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,     )

    vs.           ) Case No.

            ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS )

OF AMERICA CORP., )

        defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1          MR. GUTKIN:          I don't have any
2    further questions.
3          MR. DeFRANCO:          Just a couple
4    follow-ups.
5                    - - - - -
6               RECROSS-EXAMINATION
7    BY MR. DeFRANCO:
8    Q    Exhibit E that you were just asked about,
9    Mr. Leighton, I know you don't remember details
10   precisely, but as you sit here, is this your
11   best memory of the work that you did at
12   Motorola?
13   A    Well, you asked me to draw the pressure and
14   time element --
15   Q    Right.
16   A    -- or temperature and time.
17   Q    Right.  We went through -- we went through
18   the process that you had worked on when you were
19   at Motorola; do you remember that?
20   A    That's correct.  But I don't think I would
21   draw a graph --
22   Q    Okay.
23   A    -- of time and temperatures because at
24   Motorola I didn't have control of the pressures
25   because I didn't know a known number.

Tackla & Associates