**EXHIBIT 20**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,      )

            plaintiff,           )

     vs.                         ) Case No.

                                 ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A.      )

and OBERTHUR CARD SYSTEMS        )

OF AMERICA CORP.,                )

            defendants.          )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

        Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    sync soak time was achieved you would increase
2    the pressure, but not more than 180?
3    A    Correct.  Try to maintain that in normal
4    lamination.
5    Q    Okay.  And the pressure was increased at
6    the end of the heat soak time to somewhere
7    between 50 pounds and 180 pounds per square
8    inch?
9    A    Correct.  Don't -- you know, this is going
10   to be hard for me to try to remember what I'm
11   telling you here right now before -- in a jury
12   trial.
13   Q    Well, we're going to --
14   A    I mean, we're going -- we're pulling
15   figures out and approximate figures and
16   guessing.  I'm doing a guessing game here.
17   Q    I understand that you're doing --
18   A    And to try to guess it again a year from
19   now, that's going to be very difficult.
20   Q    Well, let me -- let me put it to you this
21   way.  We're going to show this to you again a
22   year from now, if necessary.
23   A    Okay.
24   Q    If for some reason your memory changes or
25   you believe that this is incorrect, you'll

Tackla & Associates

1  calls with Mr. Everett?

2  A    I have not spoken to him on the phone.

3  Q    Okay.

4  A    One time meeting.

5       MR. DeFRANCO:    All right.  Thanks

6  very much.  That's all I have.

7       MR. GUTKIN:    Okay.  I just have

8  a couple questions.

9                    - - - - -

10               DIRECT EXAMINATION

11  BY MR. GUTKIN:

12  Q    Mr. Leighton, do you recall -- I'm holding

13  up Defendant's Exhibit E.  Do you recall

14  discussing that document this morning?

15  A    Yes.

16  Q    How comfortable are you that the pressures

17  that are listed on this document for the heating

18  cycle are accurate of what you did at Motorola?

19  A    This was all speculation.

20  Q    Are you very comfortable, very

21  uncomfortable?

22  A    I could be uncomfortable with it, yes,

23  because I don't know any of the parameters of

24  that laminator.

25  Q    Okay.  Can you take a look at your 207

**EXHIBIT 21**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,   )

            plaintiff,        )

    vs.                           )   Case No.

                        )   04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A.   )

and OBERTHUR CARD SYSTEMS     )

OF AMERICA CORP.,             )

            defendants.       )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.

**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

```
 1    A    If they used the concept that I was trying
 2    to come up with, yes.
 3    Q    Okay.  A concept of at least a different
 4    design or changes --
 5    A    Laminating at hotter temperatures.
 6    Q    Okay.  Let's -- we're going to turn to the
 7    lamination steps in a second, but again,
 8    Motorola had a card that it made before you got
 9    there which was not successful?
10    A    That's correct.
11    Q    And you helped them to develop a successful
12    card with a dime-sized electronic element?
13    A    I don't know if it was successful or not
14    because I don't know whether I destroyed the
15    electronics.
16    Q    Okay.
17    A    It was successful in the smoothness of the
18    card.
19    Q    Okay.  So they couldn't make a smooth card
20    but you could, with a dime-sized electronic in
21    it?
22    A    That's correct.
23    Q    And by "smooth" what do you mean?
24    A    That would be equal thickness over the
25    surface of the card.
```

**EXHIBIT 22**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

               plaintiff,    )

    vs.               ) Case No.

                     ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,        )

           defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

       Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.

**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1  that card for Motorola; is that right?

2  A    Yes.

3  Q    And you made -- right?  You added some

4  layers.

5  A    Right.

6  Q    You got rid of the recess.

7  A    Right.

8  Q    And you don't know the failure rate for

9  this card in terms of the chips?

10  A    No.  I didn't test it, all I was seeing was

11  I come up with a smooth body of a pre-lam that

12  we could work with --

13  Q    Okay.

14  A    -- and they were happy with.

15  Q    It was smooth, right?

16  A    Right.

17  Q    But if the electronics didn't work, it

18  didn't matter how smooth it was, did it?

19  A    In my thoughts, it didn't matter, didn't

20  matter to them because they scrapped the idea as

21  soon as they saw I had a process where I could

22  make a smooth card.

23  Q    They scrapped what?

24  A    Scrapped making the small dime size coils.

25  Q    They gave up on that?

1  A    They gave up on that and they said now
2  here's the real problem.
3  Q    Okay.  So they moved away --
4  A    We want you to do a big one.
5  Q    They moved away from that totally?
6  A    Right.
7  Q    And you didn't work on the dime-sized coil
8  anymore?
9  A    That's correct.
10 Q    But you did make a completed card, right?
11 You --
12 A    Yes, I did.
13 Q    You made a card --
14 A    I was successful in making a completed
15 card.
16 Q    Okay.  That is you made a laminated card
17 with an electronic element that had all of the
18 completed layers, PVC, over-laminate layers --
19 A    That's correct.
20 Q    -- and all.
21       And it was sufficiently flat that dye
22 sublimation printing could be done on the card?
23 A    Correct.
24 Q    But you don't know whether or not the cards
25 worked?

**EXHIBIT 23**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,   )

    plaintiff,   )

  vs.       )  Case No.

           )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS )

OF AMERICA CORP.,     )

    defendants.  )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

   Continued videotaped deposition of

KEITH LEIGHTON, a witness herein, called by the

defendants as if upon cross-examination, and

taken before David J. Collier, RPR, Notary

Public within and for the State of Ohio,

pursuant to Notice of Deposition and pursuant to

the further stipulations of counsel herein

contained, on Monday, the 23rd day of October,

2006 at 8:02 a.m., at the offices of Tackla &

Associates, 1020 Ohio Savings Plaza, City of

Cleveland, County of Cuyahoga and the State of

Ohio.

# Tackla
## & Associates
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    Q    Okay.

2    A    We tried to maintain that.

3    Q    So you take the sheets out.

4    A    You transfer, another set of books goes in

5    the hot side and the set of books that you have

6    on the hot side goes to the cold side.

7    Q    Okay.  Let's finish --

8    A    And then you close the laminator again, you

9    have a new set on the hot side and you have a

10   set on the cold side, and you try to close at

11   the same time.

12   Q    Got it.  Okay.

13        Let's -- all right.  Let's go back to

14   the -- let's finish with the hot side, okay?

15        You're up to temperature.

16   A    Correct.

17   Q    330 degrees or so, you're ready to go, and

18   when -- for the dime-sized cards that you

19   laminated for Motorola, was the pressure applied

20   immediately when the platens were closed?

21   A    As soon as the cassette of cards comes into

22   the hot side and they're in place, then you shut

23   the laminator --

24   Q    Okay.

25   A    -- activating the heat cycle.  It has to be

1    shut to activate the heat.  Once open, it's not

2    heating.  When you close it, it's heating.

3    Q    Okay.  And how long would it take for the

4    pre-lams, in general terms, to feel the heat

5    once the platens closed?  Was it immediate?

6    A    You close the platens and then you have a

7    heat soak time so that you can equalize the heat

8    through the entire book.

9    Q    How long would it take for the -- for the

10   inlays to feel any heat?

11   A    Oh, 10 to 15 minutes.

12   Q    Before they felt any heat or before they --

13   A    No, before they equalized.

14   Q    Okay.

15   A    It's a heat soak, so you got the --

16   Q    All right.

17   A    -- top of the book --

18   Q    Right.

19   A    -- the same temperature as the bottom of

20   the book.

21   Q    Okay.  So --

22   A    All the way through.

23   Q    So they would feel heat pretty quickly and

24   it would take 15 minutes for it to equalize?

25   A    Correct.

**EXHIBIT 24**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

              plaintiff,   )

    vs.               )  Case No.

                        )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,           )

             defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.

**Tackla & Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1   most -- less resistance first, which would be

2   the large ram, it would flow in there before it

3   will fill up the cold side it's going to be

4   taking all the fluid on the hot side first.  And

5   that was proven by the fact that the hot ram

6   closed first and it was a bigger ram.  There was

7   a dwell time waiting for the cold ram to shut or

8   come up to pressure.

9   Q     Okay.  So are you saying that it was

10  physically impossible, given the size of the

11  rams and the way the hydraulic system worked, to

12  have the pressure on the cooling side be greater

13  than the pressure on the heating side in the

14  Burkle laminator at Motorola?

15  A     I'm not one of physics, but in my own mind

16  it was much less, but it did manage to close and

17  cool down the product, but I'm not sure what the

18  surface pressure was on that cold side.

19  Q     Okay.  And whatever temperature you were

20  able -- I'm sorry.  Whatever temperature and

21  pressure you were able to achieve on the cold

22  side of the Burkle laminator, the highest

23  success rate you got was 15 out of 24?

24  A     I don't believe it had any relationship to

25  the cold side at all.  I think they were

1    destroyed immediately as soon as they closed the

2    ram on the hot side.

3    Q    Okay.

4    A    That's my opinion.  I don't -- I can't

5    prove that.

6    Q    Okay.  Well, let's explore that a little

7    bit.

8              You said that the best rate you got

9    was 15 out of 24, right?  At some point before

10   that you got a lower success rate, right?  It

11   got better over time as you worked.

12   A    Yeah.

13   Q    Did these tests, right?

14   A    Um-hum.  I improved the longer I worked

15   there.

16   Q    Right.  What in your mind led to the

17   increased or improved results over time?  What

18   changes in the process did you make that helped

19   to increase the success rate?

20   A    Increase of pressure and changing the

21   thickness of the pre-lams, of being able to go

22   in there with thicker plastic.

23   Q    Okay.  Why did the thicker plastic -- did

24   that help to make sure that the chip wouldn't

25   poke through and damage --



DEFENDANT'S
EXHIBIT
E
10/03/06
PENGAD 800-631-6989

Cooling

Pressure → contracts to be under pressure Kerty side

Equal Time periods

press close - inlays retain full pressure heating pressure

- zero pressure heatstays on

transfer hot to cold

inch 5 30-45 seconds

330° preset temp

←time of pressure in run

cure 180/sec

450° preset temp

35 min COLD

35 MIN HEAT

50/55 lbs/sq inch

"heat soak time" (about 15 minute)

LAMINATOR TEMP. 330°
HOT SIDE
COLD SIDE 45°

inlays increasing temperature

TIME OF HEAT CYCLE SOAK 10 to 15 MIN. IN A CLOSED
LAMINATOR
INCREASE IN PRESSURE FOR 20 MIN. APPROX
TOTAL HEAT 35 MIN
CHILL CYCLE 35 MIN EQUAL TIME AT 45°

**EXHIBIT 25**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,    )

              plaintiff,       )

    vs.                        )  Case No.

                               )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A.    )

and OBERTHUR CARD SYSTEMS      )

OF AMERICA CORP.,              )

              defendants.      )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.

**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1   remember that?

2   A     Yes.  I was wondering, can he read back

3   through where we left off at?

4   Q     Let me -- let me just pick up.

5   A     I have to get my chain of thought here.

6   Q     Yeah, let me just pick up with it, okay?

7   A     Okay.

8   Q     We were talking about the heat soak time,

9   do you remember that, some period of time --

10  A     Right.

11  Q     -- that it takes?

12  A     Right.

13  Q     And you said 15 minutes or so.

14  A     Right.

15  Q     Okay.  And then there is an additional time

16  once the temperature is equalized across all the

17  inlays of the heating cycle; is that right?

18  A     Right.  That's correct.

19  Q     Okay.  Do -- do the inlays -- in the

20  process you used at Motorola, would the inlays

21  see heat pretty immediately or would it take

22  some amount of time before they would feel any

23  heat?

24  A     Well, to -- for the heat to go through the

25  book entirely from top and bottom, we had to

1    shut the laminator, and this is where the

2    pressure comes in uncontrolled, I'm not sure

3    just how much, and we stay in it for a period of

4    time to soften that plastic to be able to flow

5    the inlays into the plastic.

6    Q    Let me -- let me break that down, okay?

7    Going back to what you said before, the press,

8    the laminators heated --

9    A    Right.

10   Q    -- right, before the --

11   A    Prior to -- right.

12   Q    Prior to inserting the -- what would you

13   call the inlay surrounded by the metal plates

14   that are inserted?

15   A    That's a book.

16   Q    Okay.  Is the entire book inserted?

17   A    Right.

18   Q    And a book has however many inlays

19   surrounded by steel plates?

20   A    That's correct.

21   Q    And felt on the outside?

22   A    Right.

23   Q    Is that the book?

24   A    Top and bottom.  That would be the book.

25   Q    Okay.  And --

**EXHIBIT 26**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

             plaintiff,    )

     vs.              ) Case No.

                      ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,        )

            defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.



**Tackla & Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    Q    All right.  Well, then you move to the cold

2    phase, right?

3    A    Correct.

4    Q    Then the heat is shut off.

5    A    The heat stays on the hot side, the cold

6    side remains cold, and the temperature is

7    dropped by closing the cold side, extracting the

8    heat out of the book.

9    Q    Okay.  And what pressure generally would

10   you apply when you were -- had the success rate

11   of 15 out of 24 for Motorola in the cards with

12   the electronic element, how did the pressure in

13   the cold phase compare to the pressure in the

14   heating phase?

15   A    I don't know what the pressure was on the

16   cold side.  All I can say is I would estimate it

17   to be under the pressure of the hot side.

18   Q    And what do you base that on?

19   A    The size of the ram.

20   Q    Did anybody work with you at Motorola to

21   figure out or to apply the pressures that were

22   being used in the Burkle laminator?  Did you

23   have a technician or operator that would --

24   A    They had an operator, his name was Kiet.

25   I'm not sure of his nationality.  I think it was

Tackla & Associates

**EXHIBIT 27**

Confidential

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| LEIGHTON TECHNOLOGIES, LLC, | ) | Case No. |
| Plaintiff and | ) | 04 Civ. 02496 |
| Counterclaim Defendant, | ) | |
| v. | ) | |
| OBERTHUR CARD SYSTEMS, S.A., AND | ) | |
| OBERTHUR CARD SYSTEMS OF | ) | |
| AMERICA CORPORATION, | ) | |
| Defendants and | ) | |
| Counterclaim Plaintiffs | ) | |

- - - - - - - - - - - - - - - - - --

CONFIDENTIAL

DEPOSITION OF JEAN-MARC DELBECQ

WEDNESDAY, MARCH 22, 2006

PAGES 151 - 308; VOLUME 2

BY:  CHRISTINE L. JORDAN, CSR NO. 12262

a3505f8b-4bda-4ca4-8025-643532a72575

Confidential

Page 232

1  exhibit a three-page document bearing Bates Nos. L06585

2  through 6587.

3          THE REPORTER:  This will be 2020.

4          (Defendants' Exhibit No. 2020 was marked for

5          identification.)

6  BY MR. J. JACOBS:

7      Q.  Do you recognize this document, sir?

8      A.  I do not recognize this document.  I

9  recognize the sort of organization of the document.

10     Q.  And what do you mean by that?

11     A.  These are my notes.

12     Q.  This is your handwriting?

13     A.  Yes.

14     Q.  But you don't recall handwriting it?

15     A.  No.

16     Q.  All right.  Well, let's spend a little bit of

17 time with it, then, since you're the author.  Maybe you

18 can help us understand what it means.

19          Have you had time to review it?

20          (The witness reviews the document.)

21          THE WITNESS:  Hold on just a second.

22          (The witness reviews the document.)

23          THE WITNESS:  Okay.

24 BY MR. J. JACOBS:

25     Q.  Having reviewed it, does it refresh your

a3505f8b-4bda-4ca4-8025-643532a72575

Confidential

Page 242

1    So here's a process.  We also had clear media, and we

2    could see how all the stuff was behaving during

3    lamination.

4              And we were -- we -- we were going to try,

5    and in fact we did, I very specifically recall using

6    glue sticks as the adhesive to hold the coil and the IC

7    in place.  I don't remember the brand of glue sticks,

8    but we did find some glue sticks were better than

9    others.

10        Q.   You wrote -- is it -- is it fair to say

11   that -- well, do you recall testifying just a few

12   minutes ago that you wrote this down, this process

13   down, in lieu of Mr. Leighton?

14        A.   I don't recall ever getting any documentation

15   from Keith Leighton.

16        Q.   All right.  What was the purpose of this

17   documentation?

18        A.   The purpose of this documentation was to

19   document the process that Kiet was going to use while

20   Keith was gone.

21        Q.   Did Kiet in fact use this process when

22   Leighton was gone?

23        A.   I can't say that he did.  I assume that he

24   did.

25        Q.   All right.  As a result of Kiet's using a

a3505f8b-4bda-4ca4-8025-643532a72575

Kiet, Keith, J-m D                                    4/4/95

⇒ Use Smaller Size for M-soft
⇒ Plates ½ Larger than Sheet all arou[nd]

2 mil overlaminate ⇒ Most Over Lams are Tin Based

1). J-m ⇒ Order 1000 sheets Sumitomo from
Silcox (1.45/lb 10 sheets/lb ~~~~~~~~

2). Keith has Samples of Coated and
non-coated coming in 4/6

3). J-m ⇒ Order 1000 Sheets of Whatever
Other over lams Silcox has

7 mil printed   12.625 X 21.25
     logo

PUT M-soft  1). J-m ⇒ Order 24-up M-soft art plus
Louda marks, 200 Sheets
* Reverse Print coil locations ←

2). Keith ⇒ Sent 200 Sheets to be printed
@ caulastics

3). Kiet ⇒ Order 2200 7 mil Arlington
Mills plastic, Tin Based

4). Don't worry about inks for now!

5). Kiet ⇒ Give Pvc data sheets to J-m

20 mil   12.625 X 21.25

1). Kiet ⇒ Order 1000 Sheets Arlington
mills

Polishing Plates ⇒ ½" Larger than Sheet Size

1). Keith ⇒ Order 280 mirror & 280 matte
Plates. Stainless Steel

Press Pads ⇒ ½" Larger than Sheets   16.72

2). Keith ⇒ Order 42 press pads

EXHIBIT  2020              PLTF.
WITNESS  DELBECQ         (DEFT.)
CONSISTING OF  3  PAGES
DATE  3/22/2006
BEHMKE REPORTING & VIDEO SERVICES

Trial Counsel's Eyes Only                    L06585

Steel Trays (plates) ⇒ ½" Larger than Sheets

~~2). Kiet ⇒ order 42 plates from~~
Rogers Source

CASSETTES ⇒ Takes 16 cassettes to keep operating
⇒ We have 4 Cassette in house
⇒ We have 2 " in process

1). Kiet ⇒ Take 2 Cassetts ~~To~~ RMD
tomorrow to enlarge. When
back will take next two.

2). Ken T. ⇒ Order more Cassettes.

3). Keith / Kiet ⇒ Draw up a print
of Cassettes.

Documentation ⇒ Keith out next week!

1). Keith ⇒ Create process/Development
Docs for Kiet to use
next week.

Resources

1). J.m ⇒ Talk to Jorge about person!

Trial Counsel's Eyes Only

# Laminating Process



Lay Down Core

PLACE COIL/IC

Adhesive TBD To hold

Lay up Books

40 minute cycle for Lamination @ 320°F Pressure #3 (just close), 15 minutes, Increase Pressure to 125 bars for 20 minutes, x-fer cold @ 135 bars for 7 minutes

Punch out

Test

\* Make some Clear cards

\* Try Glue Stick

\*

Trial Counsel's Eyes Only

**EXHIBIT 28**

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4

5    LEIGHTON TECHNOLOGIES,          :

6                 Plaintiffs,        :
                                     :
7                 vs.                :    No. 04-CV-02496
                                     :
8                                    :
     OBERTHUR CARD SYSTEMS, S.A.,    :
9    OBERTHUR CARD SYSTEMS OF        :
     AMERICA CORPORATION,            :
10                                   :
                 Defendants.         :
11

12                    --oOo--

13

14             VIDEOTAPE DEPOSITION OF

15                 KEN THOMPSON

16                 VOLUME I

17    _____

18                 May 4, 2006

19

20   REPORTED BY:  KENNETH T. BRILL, RPR, CSR 12797

21

22

23      ELLEN GRAUER COURT REPORTING CO. LLC
          126 East 56th Street, Fifth Floor
24           New York, New York 10022
                  212-750-6434
25               REF: 80728

THOMPSON

Q.   Thank you for noticing that.

A.   So from -- from that information, I would assume that Mr. Leighton had been working with us for approximately one week, half a week, maybe.

Q.   I direct your attention to Page 6586 where it says Documentation.

A.   Yes.

Q.   It says, "Keith out next week."

A.   Yes.

Q.   Do you recall that Keith Leighton left for a week shortly after arriving at Motorola --

A.   Yes.

Q.   -- Indala?

A.   Yes.  I think Keith Leighton may have left one, two or three times.  But he was going to be out next week.  And I do recall, this document was produced mainly to -- to further the work and not lose momentum when Mr. Leighton was out.

     So this was documenting for Kiet and others what -- what things would be done while Mr. Leighton was -- was away.

Q.   I ask you to look at the last page.

A.   Yes.

Q.   Did that -- do you recognize what's on

1                            THOMPSON

2    that page?  That's page Bates number L06587.

3         A.   Yes.

4         Q.   And what is that?

5         A.   That's a description of a lamination

6    process for making laminated RFID cards.

7         Q.   Did that description represent the process

8    as it was at Indala on approximately April 4, 1995?

9         A.   I -- I don't recall.  I do recall this is

10   a basic process flow as far as the details and

11   the -- it's not -- basically it represents a process

12   flow.

13        Q.   I ask you to direct your attention to the

14   second page, Bates number L06586.  Under the

15   statement, Keith out next week, point 1, quote,

16   Keith, arrow, great process/development docs for

17   Kiet to use next week?

18        A.   Yes.

19        Q.   Did Mr. Leighton create the process/

20   development docs for Kiet to use the next week?

21        A.   I do not recall.

22        Q.   The next -- underneath that, it says

23   resources.  Jean-Marc, arrow, quote, talked to Jorge

24   about person, exclamation mark.

25        A.   Mm-hmm.

1                         THOMPSON

2              At about the time Mr. Leighton came to --

3       A.   Yeah.

4       Q.   -- Indala -- let me ask the question --

5   were you running the cold side of the Bⁿrkle press

6   at full -- full pressure?

7       A.   We were squeezing just about every ounce

8   of pressure we could out of the cold side, because

9   we knew that in very short fashion, we're actually

10  going to be increasing the ram size on the cold

11  side.

12             We know we needed the extra higher

13  pressure on the cold side to get a higher pressure

14  on cold than hot lamination, which is what we've

15  been told by industry people is somewhat of an

16  accepted thing we have to do.  In fact, Mr. Leighton

17  also agreed with that, that we had to have higher

18  pressure, much higher pressure on the cold side as

19  well.

20      Q.   All right.

21      A.   I will say that in Exhibit 2,673, on the

22  third page, LO6587, that this laminating process,

23  when I look at it, does not describe the process

24  that we were using.  This describes to me either one

25  of -- one or two things.  It describes a single step

THOMPSON

process for laminating and making a card, because
there is no core lamination, and then final
lamination.  Or it refers to, hey, let's punch --
let's make a core and then punch it out and test
prior to going to the final lamination.

Q.    Right.

A.    So that's -- this seems to be maybe an
experiment variation that either Mr. Leighton wanted
to try, and Jean-Marc Delbecq captured it, or
Jean-Marc Delbecq, Kiet and Mr. Leighton said, hey,
let's try this.  So it's certainly not a -- a viable
card -- finish card process.

Q.    What you're talking about now is that this
is a one-step process -- strike that.

Are you now talking about this being a one
stop process versus the two -- the two lamination
process that you drew before for us on exhibit -- I
don't have the exhibit in front of me.  Can you help
us with that, help me with that?

A.    2,664.  Yes, it appears to be either a
one-step process for -- for making a card, or
describing making a core lamination sheet, which is
then punched out and electrically tested.

Q.    Do you have any reason to believe that the

                              THOMPSON

1

2    cycle parameters set forth are not those that were

3    being used to make a core?

4         A.   No.  They were not.  It doesn't -- it

5    doesn't look to be, from my knowledge, of what has

6    worked in their lamination with this machine.  Those

7    are not parameters that would -- that would work, or

8    would be -- have shown to work.

9              I believe that this was someone's -- an

10   experimentation cycle.  Someone says, I think

11   something like this will work, let's try this.

12   Okay.  Let's document what it is.  And it could be a

13   documentation of what Kiet was supposed to the week

14   when Mr. Leighton was out.

15        Q.   What about the cycle here do you think

16   makes it inoperative?

17        A.   The cycle or parameters in lamination?

18        Q.   Yeah, the lamination parameters, the cycle

19   parameters.

20        A.   The pressure on the cold side is too low,

21   so it's only ten bars higher than the hot side,

22   that's too low.  The temperature is 320 F, which is

23   approximately 145 C, 150 C, I think that's too hot.

24   Pressure number three, just close, I don't

25   understand that.

**EXHIBIT 29**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,    )

    vs.            ) Case No.

                  ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS  )

OF AMERICA CORP.,        )

        defendants.   )

- - - -

(Volume III - pages 522 through 875)

- - - -

Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.

**Tackla & Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1    still in this full sheet.

2    Q     Okay.  And the x-ray was for --

3    A     Test purposes only.  We would x-ray a bad

4    card just to see what happened to that card.

5    Q     I got you.  Okay.

6    A     After they cut discontinuous from the

7    sheet.

8    Q     Okay.  Now, for the cards that you made at

9    Motorola when you heated the core sheets on

10   which one of the sheets had the electronic

11   element glued; do you remember that?

12   A     Yes.  Um-hum.

13   Q     The heating allowed the material, the

14   plastic, to flow and encapsulate the electronic

15   element?

16   A     Correct.

17   Q     And because the material or plastic flowed,

18   the electronic element wouldn't be damaged or

19   broken or crushed during the lamination process

20   when pressure was applied; is that right?

21   A     That was a problem they had, because when

22   it went into the laminator, even though the

23   laminator is hot, the sheets are cold, and the

24   book is cold, it takes a period of time, up to

25   15 minutes, to get that full book heated to the

1  point where the plastic is soft.

2  Q    So how did you overcome that at Motorola?

3  A    I didn't.  That's why we had a large

4  failure rate.

5  Q    Okay.  So you had a failure rate of 15 out

6  of 24, which was unacceptable.

7  A    That's correct.

8  Q    All right.  So you weren't able to fully

9  solve that problem when you were at Motorola.

10 A    That's correct.

11 Q    You had some success.  15 out of 24 is some

12 rate of success.

13 A    Yeah, I had some workable cards that they

14 were happy with at the time.

15 Q    Okay.

16 A    It wasn't a process that would be

17 profitable.

18 Q    Okay.  Any other testing, analysis you did

19 of the results that you got, the cards that you

20 made at Motorola to improve the process?  Do you

21 understand the question?  We talked about --

22 A    No.

23 Q    -- you got 15 out of 24.

24 A    Right.

25 Q    Were there any other tests that you did?

**EXHIBIT 30**

Confidential

Page 151

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -

LEIGHTON TECHNOLOGIES, LLC,      )      Case No.

        Plaintiff and      )      04 Civ. 02496

        Counterclaim Defendant,  )

 v.                        )

OBERTHUR CARD SYSTEMS, S.A., AND  )

OBERTHUR CARD SYSTEMS OF        )

AMERICA CORPORATION,            )

        Defendants and      )

        Counterclaim Plaintiffs )

- - - - - - - - - - - - - - - - --

CONFIDENTIAL

DEPOSITION OF JEAN-MARC DELBECQ

WEDNESDAY, MARCH 22, 2006

PAGES 151 - 308; VOLUME 2

BY:  CHRISTINE L. JORDAN, CSR NO. 12262

a3505f8b-4bda-4ca4-8025-643532a72575

Confidential

1  financial interest in the results in this suit?

2      A.   Do I have any financial interest, no.

3      Q.   You have no financial interest as to whether

4  the patents are held valid or invalid?

5      A.   No.

6      Q.   Are you making any claim to be an inventor of

7  the inventions that are claimed in the patents in suit?

8      A.   I am not making any claim to be the inventor.

9           MR. J. JACOBS:  Let me just check and make

10  sure there's nothing else.

11           (Mr. Jacobs reviewing file.)

12  BY MR. J. JACOBS:

13      Q.   When Mr. Leighton arrived at -- strike that.

14           Did you explain to Mr. Leighton while he was

15  at Indala the processes you had developed?

16      A.   I -- I did, yes.

17           I -- I might have described in my last

18  deposition my first engagement with Mr. Leighton which

19  included going to our lab and seeing what we were

20  doing, meeting with Kiet and Toni.  And there was

21  the -- there was something that we put up on the white

22  board which -- which was based on a discussion between

23  what we -- a discussion of what we wanted Keith

24  Leighton to do for us.  Yeah.

25      Q.   You explained to him the structure of the

a3505f8b-4bda-4ca4-8025-643532a72575