**EXHIBIT 41**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC,  )

        plaintiff,     )

    vs.                       )  Case No.

                              )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,           )

        defendants.     )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    A    Yes.

2    Q    Did the heating step follow the -- I'm

3    sorry.  Did the cooling step follow the heating

4    step?

5    A    Yes.

6    Q    Was it immediate?

7    A    They had a problem with their laminator

8    because they modified their rams and the

9    plumbing from the pump.

10   Q    All right.  Yeah.  You said this at your

11   earlier deposition, it was -- it was a printed

12   circuit board laminator; is that right?

13   A    Right.  That's correct.

14   Q    And it was designed so that the pressure

15   during cooling would be less than during

16   heating, generally?

17   A    We didn't actually know the pressures.

18   Q    Okay.

19   A    Because they have a bar pressure on that

20   laminator that they could only get a pump

21   pressure reading, but on this laminator that

22   Motorola had, they had the hot side a large ram,

23   the cold side was a smaller ram, and those

24   should actually be reversed for card

25   manufacturing purpose.

**EXHIBIT 42**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

            plaintiff,    )

    vs.            )  Case No.

                 )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,           )

           defendants.   )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    "pump pressure"?

2    A    Correct.

3    Q    So the pump on the press could apply up to

4    another 1,000 pounds or so on top of the weight

5    of all the platens?

6    A    Right.  Having a large ram on the hot side,

7    when you start to raise, the pumped fluid goes

8    into the ram, it's going to go to the biggest

9    opening first.

10    Q    Okay.

11    A    Lesser resistance.  The cold side,

12    unfortunately, raised up slower than the hot

13    side did in closing the laminator, then I had to

14    equalize.  So I to this day have no idea what

15    the pressures were on the hot or the cold side.

16    Q    Okay.  But you understand --

17    A    Or the bar pressures.

18    Q    You understand that -- I'm not a -- I'm a

19    chemical engineer but I'm not a -- I've never

20    done anything in this field, okay?  So you have

21    to help me understand the ranges of the

22    magnitudes of what we're talking about, okay?

23    And you have to help the judge and the jury

24    understand the kind of numbers we're dealing

25    with.  Do you understand that?

Tackla & Associates

1  Vietnamese, at Motorola they have all -- when

2  they put a notice on the board, it's in about

3  six languages so everybody can understand it.

4  Q    Okay.  Now, the rams were of different

5  sizes, correct?

6  A    Correct.

7  Q    And the -- is the amount of pressure that's

8  applied in either side a function of the size of

9  the ram?

10  A    Yes.

11  Q    And how much bigger was the ram on the cold

12  side than the hot side?

13  A    I don't remember that.

14  Q    Was it ten times as big?

15  A    I can't tell you that.

16  Q    Okay.  Even though the rams were of

17  different sizes, meaning that a bigger ram could

18  apply more pressure, right, was it possible in

19  the Burkle laminator to just not apply as much

20  pressure using a larger ram and max out the ram

21  on the cold side?

22  A    You would -- they had a tank containing the

23  hydraulic fluid, a single tank containing your

24  fluid, you have a pump in there that is pumping

25  the pressure to the rams, it's going to fill the

1    most -- less resistance first, which would be

2    the large ram, it would flow in there before it

3    will fill up the cold side it's going to be

4    taking all the fluid on the hot side first.  And

5    that was proven by the fact that the hot ram

6    closed first and it was a bigger ram.  There was

7    a dwell time waiting for the cold ram to shut or

8    come up to pressure.

9    Q    Okay.  So are you saying that it was

10   physically impossible, given the size of the

11   rams and the way the hydraulic system worked, to

12   have the pressure on the cooling side be greater

13   than the pressure on the heating side in the

14   Burkle laminator at Motorola?

15   A    I'm not one of physics, but in my own mind

16   it was much less, but it did manage to close and

17   cool down the product, but I'm not sure what the

18   surface pressure was on that cold side.

19   Q    Okay.  And whatever temperature you were

20   able -- I'm sorry.  Whatever temperature and

21   pressure you were able to achieve on the cold

22   side of the Burkle laminator, the highest

23   success rate you got was 15 out of 24?

24   A    I don't believe it had any relationship to

25   the cold side at all.  I think they were

Tackla & Associates

**EXHIBIT 43**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

                 plaintiff,     )

     vs.                 ) Case No.

                       ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS   )

OF AMERICA CORP.,         )

              defendants.    )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.



**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 ● Fax 216-241-3935

1    A    Because they were continually working on

2    their laminator.  They had the Burkle people out

3    there while I was there, the circuit boards

4    burned out and --

5    Q    But they didn't tell you that they knew

6    that the rams were reversed as to what they

7    should be?

8    A    No.

9    Q    But you realized that when you got there --

10   A    After I got there.

11   Q    -- and you told them, and they agreed with

12   you, of course.

13   A    Right.

14   Q    And they were in the process of trying to

15   fix that problem?

16   A    That's correct.

17   Q    And did you help them fix that problem as

18   well?

19   A    No.

20   Q    You didn't?

21   A    No.

22   Q    Okay.  But you wanted them to be able to

23   have their press have at least equal pressure

24   during the heating and cooling?

25   A    I tried to deal with what they had.  They

```
1   had a service man from Burkle doing everything
2   that they asked him to do.
3   Q    Right.
4   A    And he told them, junk it, get a plastic
5   card laminator.
6   Q    Right.  But they didn't junk it, right?
7   A    That's correct.
8   Q    That's the laminator that you were forced
9   to use when you were consulting for Motorola?
10  A    That's all they had when I was there.
11  Q    And you knew one problem that you had to
12  fix was the pressure during heating and cooling
13  at least had to be the same, the ram pressures
14  had to be the same, right, or else you weren't
15  going to make an acceptable card?
16  A    In working with it, we tried different
17  tests.
18  Q    Okay.  And that was one test you tried?
19  A    That's one test we tried, yes.
20  Q    Right.  Because that's exactly what you
21  said earlier, that's why --
22  A    Right.
23  Q    -- that printed circuit board press was not
24  good for making cards, because the pressures had
25  to be at least the same in the heating and
```

Tackla & Associates

EXHIBIT 44

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

            plaintiff,     )

    vs.               )  Case No.

                    )  04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS  )

OF AMERICA CORP.,        )

           defendants.    )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

      Continued videotaped deposition of
KEITH LEIGHTON, a witness herein, called by the
defendants as if upon cross-examination, and
taken before David J. Collier, RPR, Notary
Public within and for the State of Ohio,
pursuant to Notice of Deposition and pursuant to
the further stipulations of counsel herein
contained, on Monday, the 23rd day of October,
2006 at 8:02 a.m., at the offices of Tackla &
Associates, 1020 Ohio Savings Plaza, City of
Cleveland, County of Cuyahoga and the State of
Ohio.

**Tackla**
**& Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1    A    Because they incorporated that into a soft
2    gel plastic.
3    Q    Okay.  And let's -- that was the next step,
4    the inlay of the chip and the coil-wound antenna
5    were incorporated into a gel plastic?
6    A    Right.  That's correct.
7    Q    And how was that done?
8    A    I'm not sure of that.
9    Q    And what did it look like after it was
10   incorporated in a gel plastic?  Did it look like
11   a --
12   A    It looked like a soft pliable dime-sized
13   inlay that they pressed in by hand.
14   Q    And do you remember the dimensions of the
15   inlay -- well, you just called the antenna and
16   chip incorporated in a gel as the inlay.  That's
17   still --
18   A    Yes.
19   Q    You're building up the inlay; is that --
20   A    That's right.
21   Q    -- what you're saying?
22         Okay.  So the first building blocks
23   are the chip and the antenna and then they added
24   this gel around it?
25   A    Right.  At the time I was not involved in

1    encapsulating that into a gel.  This is

2    something that was brought to me.  I'm not sure

3    who did that.  That could have been done at

4    Motorola.

5    Q    Yeah.  That's fine.  I'm not asking you

6    that.  I'm just asking for your memory of it.  I

7    mean, you saw it and you worked with it; is that

8    right?

9    A    Right.

10   Q    You saw the dime --

11   A    For a short period of time.  Yes.

12   Q    Yeah.  You saw the dime-sized --

13   A    Right.

14   Q    -- coil and chip --

15   A    Right.

16   Q    -- in a gel, right, at the time?

17   A    Right.  That's -- that's what they were

18   using.  Then they hand -- handed me --

19   Q    Let me -- let me just keep asking you the

20   questions.

21   A    Sure.  Okay.

22   Q    I want to get out whatever you want to say,

23   but I don't want to lose the train of -- my own

24   train of thought, okay?

25   A    Okay.

1  Q    So do you remember how thick the dime-sized
2  inlay was after --
3  A    No.
4  Q    -- it was incorporated in the gel?
5  A    No.
6  Q    Do you remember about how thick it was?
7  A    No.
8  Q    Do you remember if it was thicker or
9  thinner than an actual dime?
10  A    I can't even honestly say that.
11  Q    Okay.  And --
12  A    15 years ago.
13  Q    Right.  That's perfectly fine.  I just want
14  to get your best memory, okay?
15  A    Um-hum.
16  Q    What was the next step in the process, as
17  you understood it, when Motorola was making this
18  first dime-sized antenna inlay that they asked
19  you to work on?  You've drawn a PVC sheet; is
20  that right?
21  A    Correct.
22  Q    After the chip and antenna were
23  incorporated in the gel, were they placed in the
24  PVC sheet?
25  A    That's correct.

1  Q     How were they placed in the sheet, do you

2  remember?

3  A     They placed them in by hand --

4  Q     Okay.

5  A     -- to my knowledge.

6  Q     That was the next step?

7  A     I never followed their manufacturing

8  process of doing this.

9  Q     Okay.  You had a general understanding

10  though?

11  A     Yeah.  They showed me the sheets of how

12  they were doing it.  I never watched them

13  manufacture that card.  They provided me, as I

14  started to say, with some small dime size,

15  without the gel, trying to -- thinking I could

16  come up with a different process.

17  Q     Okay.

18  A     Because they were not satisfied with what

19  they were doing.

20  Q     Okay.  And then they put -- they put the

21  gelled inlay into the PVC sheet; is that right?

22  A     That's what they were doing, yes.

23  Q     Do you know, did they glue it or they just

24  placed it in there?

25  A     I'm not sure.

1  Q    Okay.  Did you work with this configuration

2  at all?

3  A    No.

4  Q    You never laminated a card with this

5  structure?

6  A    No.

7  Q    Okay.  So if you can just finish up with

8  your understanding of what other layers Motorola

9  added to this inlay that we're looking at.

10  You -- you talked about another sheet that they

11  put over it with printed material?

12  A    Right.  I'll illustrate that by putting --

13  let's see.  I'll draw another sheet here.  They

14  had their inlay sheet, they had a bottom sheet

15  beneath that to encapsulate it.

16  Q    And was there printing on the sheets, you

17  said?

18  A    Yes, there was.

19  Q    On both the top and bottom?

20  A    I don't recall whether there's anything --

21  I think that was blank on the bottom.  The top

22  sheet had their logo, Motorola's logo on the

23  top.

24  Q    Okay.

25  A    It had a gray background.

**EXHIBIT 45**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - -

LEIGHTON TECHNOLOGIES, LLC, )

        plaintiff,    )

  vs.              ) Case No.

                    ) 04 Civ. 02496 (CM)

OBERTHUR CARD SYSTEMS, S.A. )

and OBERTHUR CARD SYSTEMS  )

OF AMERICA CORP.,        )

        defendants.    )

- - - - -

(Volume III - pages 522 through 875)

- - - - -

      Continued videotaped deposition of KEITH LEIGHTON, a witness herein, called by the defendants as if upon cross-examination, and taken before David J. Collier, RPR, Notary Public within and for the State of Ohio, pursuant to Notice of Deposition and pursuant to the further stipulations of counsel herein contained, on Monday, the 23rd day of October, 2006 at 8:02 a.m., at the offices of Tackla & Associates, 1020 Ohio Savings Plaza, City of Cleveland, County of Cuyahoga and the State of Ohio.



**Tackla & Associates**
Court Reporting & Videotaping

1020 Ohio Savings Plaza
1801 E. Ninth Street
Cleveland, Ohio 44114
216-241-3918 • Fax 216-241-3935

1   destroyed immediately as soon as they closed the

2   ram on the hot side.

3   Q    Okay.

4   A    That's my opinion.  I don't -- I can't

5   prove that.

6   Q    Okay.  Well, let's explore that a little

7   bit.

8        You said that the best rate you got

9   was 15 out of 24, right?  At some point before

10  that you got a lower success rate, right?  It

11  got better over time as you worked.

12  A    Yeah.

13  Q    Did these tests, right?

14  A    Um-hum.  I improved the longer I worked

15  there.

16  Q    Right.  What in your mind led to the

17  increased or improved results over time?  What

18  changes in the process did you make that helped

19  to increase the success rate?

20  A    Increase of pressure and changing the

21  thickness of the pre-lams, of being able to go

22  in there with thicker plastic.

23  Q    Okay.  Why did the thicker plastic -- did

24  that help to make sure that the chip wouldn't

25  poke through and damage --

Tackla & Associates

1   A    That's correct.

2   Q    -- the platen?

3   A    That's correct.

4   Q    Or the steel?

5   A    Or poke through and destroy the chip.  If

6   it shows through the pre-lam, it would be done.

7   Q    Okay.  And how -- and, I'm sorry, you also

8   said increase the --

9   A    I increased the temperature out there of

10  temperatures that they weren't doing prior to my

11  coming out there.

12  Q    Okay.  You increased the temperature during

13  the heating phase.

14  A    Right.

15  Q    Okay.  So in your mind those two factors,

16  increasing the temperature and increasing the

17  thickness of the core sheets, allowed you to

18  make improved cards with embedded electronic

19  elements?

20  A    I got a smoother card but I might have been

21  destroying chips with both temperature and

22  pressure.

23  Q    Okay.  But your rate of destroying the

24  chips went down, in other words, you destroyed

25  fewer chips the more you made experimental runs

1  at Motorola?

2  A    I can't pin that because I did not have the

3  number of electronics to even play with.

4  Q    Okay.

5  A    I could get approximately -- when I used

6  two 24 sheets containing electronics, and they'd

7  give me 100 of them a day, you could see how

8  many times I had to test.

9  Q    Right.  But the best result you ever got

10 was 15 out of 24, right?

11 A    Correct.

12 Q    And a card isn't much good with an

13 electronic element if the electronics are

14 squashed, right?

15 A    Correct.

16 Q    So those were two goals you had, right, to

17 make a thin flat card, right, smooth surface,

18 right?

19 A    It wasn't thin.  It was a flat card.

20 Q    Okay.

21 A    It was thick.

22 Q    Your goals were to make a flat card.

23 A    I was told to make a smooth card with the

24 surface smoothness they wanted of one half a

25 thousandths of an inch --