


**Sutherland Asbill & Brennan LLP**
ATTORNEYS AT LAW

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

ROBERT A GUTKIN
DIRECT LINE: 202.383.0751
Internet: robert.gutkin@sablaw.com

February 27, 2007

<u>VIA FACSIMILE (212) 805-6326 AND (914) 390-4152</u>
The Honorable Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

    Re:   *Leighton Technologies, LLC v. Oberthur Card Systems, S.A.*,
           Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

    We write to the Court regarding the upcoming trial of this matter set to begin on September 10, 2007. Although September is several months away, we learned a few days ago that our client's religious beliefs prevent his company from participating in any type of activity relating to business on certain Jewish Holidays. Our client and his company observe the laws of Orthodox Judaism. In September of 2007 the Holiday of Rosh HaShana falls on September 13 and 14; and, the first two and last two days of Sukkot fall on September 27-28 and October 4-5. Yom Kippur falls on September 22, which is a Saturday.

    We understand the Court's need to plan its calendar well in advance, and we apologize for not being aware of this issue when the trial date was set a number of months ago. We do not know if there is anything to be done at this time, but we did want to bring this to the Court's attention as soon as we were made aware of the issue.

    We have discussed the above issue with opposing counsel. Counsel for Oberthur has indicated that they will work with any adjustment in the calendar made by the Court, and requests that a conference be scheduled to discuss this issue, as well as the hearing date for Oberthur's summary judgment motions, to assist with any questions that the Court may have.

                             Respectfully,

                             Robert Gutkin

cc:    Kevin Johnson, Esq. (via E-mail)
        Edward Defranco, Esq. (via E-mail)
        Mark Baker, Esq. (via E-mail)

*Handwritten note from the Court:* "I am aware of this but cannot [illegible] will not sit [illegible]"

*Stamp:* RECEIVED FEB 27 2007 CHAMBERS OF COLLEEN McMAHON

*Stamp:* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____