

RECEIVED
MAR 19 2007
CHAMBERS OF
COLLEEN McMAHON

**quinn emanuel** trial lawyers | new york

Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

# MEMO ENDORSED

WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com

March 19, 2007

**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Judge
United States District Court, Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

Re:   *Leighton Tech., LLC v. Oberthur Card Sys., S.A., et al.*
      Case No. 04 Civ. 02496 (CM)

Dear Judge McMahon:

The parties respectfully submit this joint letter regarding Oberthur's two pending motions for summary judgment (non-infringement and lack of standing), the briefing for which was completed on March 2nd.

The parties have conferred, and would like to jointly request that the Court schedule oral argument on these motions at its earliest convenience.

*[Handwritten endorsement: Folks, I am swimming upstream. I cannot get to this until mid-May. I would like to have argument.]*

Respectfully submitted,

*[signature]*
Edward J. DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
*Counsel for Defendants*

*[signature]*
Robert A. Gutkin w/permission by EJD
Sutherland Asbill & Brennan LLP
*Counsel for Plaintiff*

cc:   Magistrate Judge Lisa Margaret Smith

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100