

**Sutherland**
**Asbill &**
**Brennan LLP**
ATTORNEYS AT LAW

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com



ROBERT A GUTKIN
DIRECT LINE: 202.383.0751
Internet: robert.gutkin@sablaw.com

April 11, 2007



<u>VIA FACSIMILE (212) 805-6326 AND (914) 390-4152</u>
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   *Leighton Technologies, LLC v. Oberthur Card Systems, S.A.*,
      Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

Pursuant to this Court's letter ruling of March 21, 2007, the parties understand that the Court will entertain oral argument on the pending Motions for Summary Judgment in the above matter in mid-May. If it would be convenient for the Court, the parties have conferred and agreed that the dates of either May 14 or May 21 in the Court's New York City chambers would be convenient dates.

If the above dates are not convenient for the Court, the parties would respectfully request the opportunity to choose from alternative dates and locations (either White Plains or New York City) that may be more convenient for the Court.

Thank you.

Edward DeFranco  *with permission RAG*
Quinn Emanuel Urquhart Oliver & Hedges, LLP
*Counsel for Defendants*

Robert Gutkin
Sutherland Asbill & Brennan LLP
*Counsel for Plaintiff*

cc:  Magistrate Judge Lisa M. Smith (via Federal Express)

*Counsel — I may have a mid-May problem. I will know more next week. You'll be the first to know.*

717481_1.DOC