**Sutherland**
**▪ Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

ROBERT A GUTKIN
DIRECT LINE: 202.383.0751
E-mail: robert.gutkin@sablaw.com



1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

May 11, 2007

**MEMO ENDORSED**  5/14/07

I don't need any
reply
sur-reply
*Colleen M. McM*

VIA FACSIMILE

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

Re: Leighton Technologies LLC v. Oberthur Card Systems, S.A., et al.
Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

The parties had an agreement regarding the briefing for this issue. Oberthur has disregarded that agreement and the local rules and improperly filed yet another letter, a sur-reply, on this highly disputed factual issue. Leighton is therefore faced with a Hobson's choice of providing a further response or moving to strike the letter as an improper filing.

Leighton submits that Oberthur's latest argument in its sur-reply letter is incorrect and misleading. Leighton will provide a further response should the Court wish to receive one.

Respectfully,

Robert A Gutkin

cc: Kevin Johnson, Esq. (via E-mail)
Edward DeFranco, Esq. (via E-mail)
Mark Baker, Esq. (via E-mail)

USDC SDNY
DOCUMENT
ELE...
DOC #
DATE...

WO 730731.1

Atlanta ▪ Austin ▪ Houston ▪ New York ▪ Tallahassee ▪ Washington, DC