UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN:   Leighton v. Oberthur
                     04 Civ. 2496

FROM:                Judge McMahon

DATE:                May 21, 2007

RE:                  Trial Date

---

Gentlemen:

We have been overtaken by events.

I have been clinging to that September 10 trial date zealously. However, two new developments - my impending knee replacement surgery, which was undreamed of when we scheduled the trial; and the assignment to me of a substantial portion of the late Judge Casey's docket, which requires immediate attention upon my return to work after surgery - force me to admit that I will not get your motions decided as early as I had planned. That means a later trial date.

I will continue to work on the standing motion while I am out of the office. I promise that I will not forget about you. I am committed to trying this case during this calendar year (unless, of course, I decide that I ought not try it at all). To that end, please let me know what your schedules look like for the rest of the year.

                                                        _____
                                                                  U.S.D.J.