UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>Defendants. | 04 Civ. 02496 (CM) (LMS)<br><br>**Judge Colleen McMahon**<br><br>**Magistrate Judge Smith** |
| OBERTHUR CARD SYSTEMS, S.A. and OBERTHUR CARD SYSTEMS OF AMERICA CORPORATION,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>LEIGHTON TECHNOLOGIES LLC, GENERAL PATENT CORPORATION INTERNATIONAL, GENERAL PATENT CORPORATION, and IP HOLDINGS LLC,<br><br>Counterclaim Defendants. | |



## WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that Plaintiff Leighton Technologies LLC, 75 Montebello Road, Suffern, New York, hereby requests that Neil Cohen be withdrawn form the docket. Robert Gutkin, Blair Jacobs and Christina Ondrick of Sutherland Asbill & Brennan LLP will remain as lead counsel for plaintiff Leighton Technologies LLC.

Dated: December 14, 2006

GENERAL PATENT CORPORATION INTERNATIONAL

/s/Neil G. Cohen
By: Neil G. Cohen, Esq. (Pro hac vice)
    Attorneys for Plaintiff
    LEIGHTON TECHNOLOGIES LLC
    75 Montebello Road
    Suffern, NY 10901
    Tel: 845.368.2264
    Fax: 845.818.3945

**SO ORDERED:**

~~Hon. Colleen McMahon~~
~~United States District Judge~~
8/27/07

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York

2

WO 674783.1