# EXHIBIT 7

WO 98/06872                                          PCT/US97/14354

1

## METHOD FOR THE MANUFACTURE OF AND STRUCTURE

## OF A LAMINATED PROXIMITY CARD

### Background of the Invention

### 1. Field of the Invention

The invention relates to the field of laminated cards
used for interactive applications such as access cards,
control cards, identification cards, credit cards, or

10    labels, and in particular relates to a method of manufacture
and a structure for a laminated proximity card wherein an
object is accessed without insertion of the key card but
merely its proximate position.

### 2. Description of the Prior Art

15    Access cards for opening locked gates, doors and the
like are well known and have become virtually universal in
the United States and elsewhere for controlled access to
restricted parking structures or lots and in many cases to

20    the common areas in security controlled apartment buildings.
Many different designs for access cards have been devised
and they are generally based on some type of magnetic or
metallic pattern which is sensed and embedded in the
interior of the laminated card.

G02437

1    However, such access or key cards typically require
their insertion into a reading device or placement directly
upon a reading device, since the embedded metallic or
magnetic pattern in the card must be placed in contact with
5    or in very close proximity to a sensor in order for the
pattern to be reliably decoded.

The use and insertion of such access cards into card
readers is beset with a number of problems. Firstly, in
most cases the interior of the reader and sensors must be
10   open to exterior access. This may result in problems of
weathering, wetness and contamination from the injection of
elements, foreign objects and soiled cards. In addition
thereto, the requirement of physical insertion or placement
of the card on or into the reading device limits and
15   restricts the placement of the reading device, particularly
when used in conjunction with vehicles which are restricted
to travel on a roadway, path or rail. As a result, the
range of applications to which such key access cards have
been made has been limited both by commercial and human
20   factors.

In response thereto, the art has devised a number of
designs, both in cards and readers, which do not require
physical insertion of the card on or into a reading device,
namely proximity cards. Proximity cards are in essence a
25   circuit which communicates with the sensor through
electromagnetic coupling. The "card" includes an antenna or

G02438

3

1    loop element coupled to a circuit, typically a digital
     circuit. Power to the circuit is inductively coupled
     through the antenna or loop which, when powered up, responds
     by generating a coded signal which is again transmitted
5    through the loop or antenna to a sensor. The sensor can
     then respond to the coded signal to permit or deny access or
     to make such other recordings or accountings as may be
     expedient.

        A typical example of such prior art interactive cards
10   can be seen in ALVES, "Electrical Verification and
     Identification System", U.S. Patent 3,876,865 (1975);
     WALTON, "Identification System", U.S. Patent 4,223,830
     (1980); ELLINGHAM, "Active Electrical Card Device", U.S.
     Patent 3,637,994 (1972); and PORTER et al., "Data
15   Processing Card System and Method of Forming Same", U.S.
     Patent 4,533,672 (1985). However, many of these card
     systems are not true proximity cards in that they require
     coupling of internal electrical leads to edge connectors on
     the card. Even if they are true proximity cards, such prior
20   art cards are characterized by undue thickness or size of
     the card.

        The typical proximity card has a loop antenna laid by
     conventional printed circuit board techniques on a piece of
     circuit board about the two-dimensional size of a standard
25   credit card. However, the thickness of the circuit board
     may be substantially greater than many credit cards. The

G02439

1    circuit board is also typically rigid and breakable and does
not laminate or adhere well to most substances such as
vinyl. The integrated circuit is then electrically coupled
to the loop antenna and placed either on top of the printed

5    circuit board, according to conventional circuit board
fabrication technology, or placed on or in a recess in a
printed circuit board. The printed circuit board is then
disposed in a hollowed-out cavity defined in the core layer.
Additional layers are placed and laminated on the integrated

10   circuit, core layer and printed circuit. The additional
layers carry graphics or provide an encapsulating or
protective cover over the core layer, integrated circuit and
printed circuit board. The layers are laminated with heat
and/or pressure.

15       However, in most lamination processes the heat and
pressure which may be applied to the integrated circuit is
often sufficient to cause failure of the integrated circuit
or its electrical connection to the printed circuit board.
The result is that not only is the access "card" much

20   thicker than desirable and utilizes an expensive printed
circuit board, but also a significantly lower yield rate is
realized due to the occasional loss of function suffered by
the integrated circuit during the lamination process. The
unit cost of such proximity cards is thus commensurately

25   increased and the economic applications to which such cards
can then be applied is correspondingly limited. Typically,

G02440

5

1   such prior art proximity cards will have a manufacturing
    cost of several dollars per card.

        Furthermore, whenever a printed circuit board element,
    carrying the security code-bearing circuit, is embedded in a

5   plastic card, the real possibility arises for disassembling
    the card, extracting the printed circuit board and tampering
    with the security code or fabricating a counterfeit card
    therefrom.

        What is needed, then, is a methodology for laminating a

10  card which is inexpensive, which is flexible, durable and
    almost unbreakable, which is physically integrated and
    simply manufacturable, and which is of a design which is
    tamperproof.   The resulting card should be truly comparable
    in thickness to standard credit cards, so that it is as

15  flexible as a standard credit card, and can be manufactured
    or laminated without any significant loss of function in the
    integrated circuits, thereby resulting in mass production of
    such cards at a low unit price.

20          Brief Summary of the Invention


        The invention is a method for manufacturing a proximity
    card comprising the steps of disposing a printed circuit
    element directly onto a core layer, and disposing an

25  integrated circuit into a cavity defined in the core layer.
    The integrated circuit and printed circuit are selectively

P1915

G02441

1    and electrically coupled with each other. At least one
additional layer of material is disposed over the printed
circuit element and integrated circuit disposed on the core
layer. All the layers are laminated together to form an

5    integrated card. As a result, the printed circuit element
and integrated circuit element are integrated into the
laminated integrated card without substantial alteration of
the structure of the card.

      The cavity is precut into the core layer prior to

10   disposition of the printed circuit element thereon.

      In an alternative embodiment the cavity is cut into the
core layer subsequent to disposition of the circuit element
on the core layer.

      The step of disposing the additional layer on the

15   printed circuit element and integrated circuit element
further comprises disposing a graphics layer on each side of
the core layer and disposing a protective layer on each of
the graphics layers. The core layer, printed circuit
element, integrated circuit, the graphics layer and

20   protective layers form an integrated card.

      In one embodiment in the step of disposing the
integrated circuit into the cavity in the core layer, the
integrated circuit is entirely disposed in the cavity with
little or no portion of the integrated circuit other than

25   the leads necessary to couple the integrated circuit to the
printed circuit element being exposed out of the cavity.

G02442

The invention can also be characterized as a method for
fabricating a proximity card comprising the step of
disposing a film on a core layer. The film carries a
printed circuit element and an integrated circuit

5   electrically coupled to the printed circuit element. The
film is aligned with a cavity defined in the core layer such
that when the film is disposed on the core layer, the
integrated circuit is disposed on the film aligned with and
into the cavity defined in the core layer. At least one

10  additional layer of material is disposed on the film,
printed circuit element and integrated circuit carried by
the film. The film, core layer and at least one additional
layer are laminated together to form an integrated card. As
a result, the printed circuit element and integrated circuit

15  are included within the laminated card in an integral manner
without substantial structural alteration of the laminated
card.

    In one embodiment each of the steps is continuously
performed. The film contains a plurality of printed circuit

20  elements and corresponding integrated circuits which are
coupled together. The film is disposed on the core layer
as a continuous web. The core layer forms a continuous web
having a corresponding plurality of cavities. One cavity
corresponds to each integrated circuit carried by the

25  continuous web of film. The additional layer is a
continuous web of material disposed upon the continuous web

G02443

1   of film carrying the printed circuit element and integrated
    circuit, and is disposed upon the continuous web of core
    layer.

       The method further comprises the step of die-cutting
5   the integrated webs of laminated layers to form a plurality
    of separate cards.  Each card includes one integrated
    circuit and printed circuit element.

       Where each of the steps is continuously performed, the
    film is disposed on the core layer as a continuous web
10  containing a plurality of printed circuit elements and
    corresponding integrated circuits which are coupled
    together.  The core layer forms a continuous web having a
    corresponding plurality of cavities.  One cavity corresponds
    to each integrated circuit carried by the continuous web of
15  film.  The one additional layer is a continuous web
    disposed upon the continuous web of film carrying the
    printed circuit element and integrated circuit and is
    disposed upon the continuous web of core layer.

       The invention is also a laminated, integrated proximity
20  card comprising a core layer with a cavity defined
    therethrough.  An integrated circuit with leads is disposed
    in the cavity.  Little or no portion of the integrated
    circuit, except such leads as may be connected thereto, is
    disposed exterior to the cavity of the core layer.  A
25  printed circuit element is disposed on the core layer and
    selectively electrically coupled to the integrated circuit.

G02444

1   At least one additional layer is disposed over the printed
    circuit element, integrated circuit and core layer. The one
    additional layer is bonded with at least the core layer to
    form the integrated card. As a result, a thin, flexible
5   proximity access card is provided in which the printed
    circuit element and integrated circuit are integrated
    without substantial structural alteration of the integrated
    card.

        The invention is still further a method of electrically
10  accessing an integrated circuit within a laminated card
    having no exposed electrical contacts, but including at
    least one electrical pad disposed within the laminated card.
    The electrical pad is electrically communicated with the
    integrated circuit. The method comprises the steps of
15  aligning at least one needle over the card. The needle is
    aligned with respect to the at least one pad disposed within
    the laminated card. The aligned needle is disposed into the
    material of the card and at least into contact with the pad.
    The needle and pad are then connected with each other to
20  permit communication of electrical signals through the
    needle to the pad. Electrical signals are communicated
    through the needle to the pad and hence to the integrated
    circuit. The needle is then removed from the laminated
    card. As a result, the integrated circuit within the
25  laminated card can be inexpensively and simply electrically

P1919

G02446

accessed for the purpose of programming the integrated
circuit.

   In one embodiment in the step of removing the needle
from the card, a puncture hole is left in the card.

5   The method may in another embodiment, further comprise
the step of removing the puncture hole to substantially
restore the laminated card to its original configuration
prior to the step of disposing the needle into the laminated
card.

10   In one embodiment in the step of removing the puncture
hole, the puncture hole is filled with a nonconductive
material.

   In another embodiment, in the step of removing the
puncture hole from the laminated card, the puncture hole is

15   closed by application of pressure to the card in the
vicinity of the puncture hole.

   The invention is also a method for manufacturing a
proximity card comprising the steps of providing a printed
circuit element and integrated circuit electrically coupled

20   thereto on a core layer. The additional layer of material
is softened in preparation for disposition onto the core
layer, the integrated circuit and the circuit element. The
softened additional layer of material is disposed over the
printed circuit element and integrated circuit disposed on

25   the core layer. All the layers are then laminated together
to form an integrated card.    As a result the printed

G02448

1   circuit element and integrated circuit element are
    integrated into the laminated integrated card without
    substantial alteration of the laminated and integrated
    structure of the card.

5       The method further comprises the step of hardening the
    softened layer after the softened layer is laminated to the
    core layer.

        In another embodiment the softened layer may be an
    inherently soft layer of material which never hardens.

10      In still another embodiment the step of laminating
    includes embedding the integrated circuit into the softened
    layer.

        The invention can still further be characterized as a
    method for fabricating a proximity card comprising the steps

15  of providing a core layer which directly carries a printed
    circuit element and an integrated circuit electrically
    coupled to the printed circuit element.  At least one
    additional layer of material is disposed on the core layer,
    printed circuit element and integrated circuit carried by

20  the core layer.  The core layer and the additional layer are
    laminated together to form an integrated card.

        As in other embodiments, each of the steps is
    continuously performed.  The core layer, containing a
    plurality of printed circuit elements and corresponding

25  integrated circuits coupled together, forms a continuous web
    having a corresponding plurality of cavities.  One cavity

1    corresponds to each integrated circuit carried by the
     continuous web of core layer. The additional layer is a
     continuous web of material disposed upon the continuous web
     of core layer.

5         The invention and its various embodiments are better
     visualized by viewing the following drawings where like
     elements are referenced by like numerals.

### Brief Description of the Drawings

10        Figure 1 is a diagrammatic cutaway perspective view of
     a proximity card built according to the invention as seen
     through the section lines 1-1 of Figure 3.

          Figure 2 is a side sectional cutaway view of the card

15   of Figure 1 after it has been laminated into a composite
     structure.

          Figure 3 is a plan view of the card of Figures 1 and 2
     with the upper layers removed to show the underlying antenna
     or loop and integrated circuit.

20        Figure 4 is a diagrammatic view of a web process
     whereby cards according to the invention may be mass
     manufactured.

          Figure 5 is a series of diagrammatic side sectional
     views of a card made according to Figures 1-4 being probed

25   and programmed according to the invention.

G02448

1       The invention and its various embodiments, together
with its method of manufacture, may be better understood by
now turning to the following detailed description.


5       Detailed Description of the Preferred Embodiments

        A proximity access card is fabricated in a manner such
that the printed circuit element and integrated circuit
within the card is integrated into a card without
10   substantially interfering with either the physical or
structural characteristics of the card.  That results in a
truly thin, flexible and inexpensively mass produced
proximity card.  The proximity card is manufactured by
disposing a printed circuit element onto a core layer and
15   placing the integrated circuit which is coupled to the
printed circuit element into a cavity defined in the core
layer.  The cavity is defined through the core layer and
completely circumscribes the integrated circuit so that
little or no portion of the integrated circuit, other than
20   its leads, are exposed above the surface of the core layer.
A graphics layer is then disposed on each side of the core
layer.   The graphics layer is also disposed on top of the
printed circuit element and integrated circuit disposed on
the core layer.  A protective layer is then disposed on the
25   outside of each of the graphic layers.  The multiple layers
are then laminated by pressure and heat and/or adhesive so

1   form a bonded integrated card. Due to the structure and
    method of fabrication, there is virtually no loss of yield
    due to failure of the integrated circuit caused by any of
    the lamination steps.

5        In an alternative embodiment the card is made according
    to the above procedure by disposing a continuous film
    carrying the printed circuit elements and integrated
    circuits onto a continuous web of core material with
    cavities correspondingly defined therein. The graphics and

10   protective layers are similarly continuously web fed into a
    lamination press and die-cutting station.

        Figure 1 is an enlarged cutaway exploded perspective
    view of a preferred embodiment of a proximity card
    manufactured according to the methodology of the invention

15   wherein the integrated circuit and its accompanying
    integrated circuit element are integrated into the laminated
    structure of the card as opposed to being inserted or
    encapsulated therein. Turning first to Figure 1, it can
    readily be appreciated that circuit 10 is disposed within a

20   die-cut through cavity 12 cut into a core layer 14. Die-cut
    cavity 12 is better shown in the plan view of Figure 3.
    Core layer 14 is approximately equal in thickness to circuit
    10, and may have the two-dimensional planar extent of a
    standard credit card. Integrated circuit 10 is disposed in

25   cavity 12 and is supported by its electrical leads with a
    printed circuit element 16 shown in side view as being,

P1924

G02450

WO 88/00033                          15                          PCT/US88/01324

1   disposed on the top of core layer 14.  After electrical
    connection is made to circuit 10, it is stabilized within
    cavity 12 and the wiring bonded to circuit 10 is protected
    by placement of a nonconductive epoxy on and around circuit

5   10.  This facilitates handling of a sheet of material with a
    plurality of circuits 10 therein.  Printed circuit element
    16 is again better depicted in the plan view of Figure 3
    wherein the overlying layers disposed on core layer 14 have
    been removed for clarity of view.

10      In the illustrated embodiment of Figures 1-3, printed
    circuit element 16 is an antenna or loop which is directly
    deposited on the upper surface of core layer 14 by
    conventional photolithographic techniques.  Core layer 14 is
    typically composed of a polyester or vinyl material.  The

15  copper or other metal which comprises printed circuit
    element 16 is deposited by conventional means on core layer
    14, sensitized, exposed to a photographic pattern, and
    selected portions etched therefrom.  Because of the possible
    temperature sensitivity the material of core layer 14, care

20  must be taken to maintain the temperature of the
    photographic and chemical etch below the melting point of
    the material of core layer 14.  In the case of a typical
    polyester or vinyl, the copper etch might be a cold etch
    followed by a cold drying step.

25      In the case of vinyl, the temperature during the method
    steps relating to the deposition and formation of printed

P1925

G02451

WO 00/00000                          16                          PCT/US00/00000

1   circuit element 16 is generally retained in a range so as
    not to distort the vinyl substrate.  In the illustrated
    embodiment, printed circuit element 16 which is an antenna
    or loop, is formed on the upper surface of core layer 14, it

5   being expressly understood that it is also well known to
    include printed circuit layers on both sides of a substrate
    or on a multiple number of such substrates or core layers
    with through connections provided through the thickness of
    the core layer(s).  Therefore, it is entirely within the

10  scope and spirit of the present invention that the antenna
    or loop may include a similarly formed printed circuit
    element on the reverse side of layer 14 to that shown in
    Figure 3 or multiple layers.

        Once printed circuit element 16 has been formed onto

15  the surface of core layer 14, cavity 12 is punched through
    layer 14 if not pre-punched and integrated circuit 10 is
    disposed into cavity 12.  Preferably, the thickness of
    integrated circuit 10 is somewhat less than 0.015 inch, the
    thickness of core layer 14, so that integrated circuit layer

20  10 is entirely supported or disposed within and protected by
    cavity 12.  In other words, in the preferred embodiment
    little or no portion of the integrated circuit 10, other
    than leads connected thereto, extend beyond the upper or
    lower planar surfaces of core layer 14.  It is also to be

25  understood that circuit 10 may similarly be disposed in

P1926

G02452

Case 1:04-cv-02496-CM    Document 174-3    Filed 09/28/2007    Page 18 of 45

1    whole or in part in a similar cavity defined in the opposing
     graphics layer 18 if desired.

         Integrated circuit 10 is provided with a plurality of
     leads extending from the semiconductor die in which the
5    circuit is formed.  Those leads provide a means whereby the
     die of integrated circuit 10 can be suspended within cavity
     12 and also connected to printed circuit element 16.
     Connection between integrated circuit 10 and printed circuit
     element 16 is made through conventional processes such as
10   soldering, ultrasonic welding, wedge bonding or the like.

         A thinner graphics layer 18 is then placed on one or
     both sides of core layer 14.  Graphics layer 18 is typically
     0.005-0.010 inch in thickness and has printed matter
     disposed on its exposed surface, that is the surface
15   oriented away from core layer 14, such as instructions,
     designs, company names, and logotypes as may be desired for
     the identification and use of the proximity card.

         A protective layer 20 is then placed outside each
     protective layer 18, that is on the side of graphics layer
20   18 oriented away from core layer 14.  Protective layer 20 is
     thinner still and is generally 0.001-0.003 inch in thickness
     and is typically transparent or at least translucent to
     allow the graphics, which may have been impressed or printed
     on graphics layers 18 to be visible.

25       The plurality of layers now comprise a composite card,
     generally denoted by reference numeral 22 as best

F1027

G02453

18

1    illustrated in the side sectional view of Figure 2.  The
     composite card 12 does in fact have a thickness 24 which is
     comparable to a standard credit card. Printed circuit
     element 16 may be slightly or entirely embedded into core
5    layer 14 during the lamination process.  The enlarged side
     sectional view of Figure 2 shows the assembled circuit of
     Figure 1 and better depicts the relationship of circuit 10
     within cavity 13 to printed circuit element 16 and overlying
     graphics layer 18.  Circuit 10 has a thickness substantially
10   equal to the combined thickness or depth of cavity 13 and
     printed circuit element 16.  The thickness of core layer 14
     is chosen together with the thickness of circuit element 16
     to approximate the thickness of circuit 10.  Wires 25 are
     then connected between circuit 10 and printed circuit
15   element 16 in a conventional manner.  The wires are
     therefore disposed slightly above the upper surface of
     circuit 16 and printed circuit element 16 and, during the
     lamination process, become embedded, at least in part, into
     overlying graphics layer 18.

20       It thus may be readily appreciated from Figure 3 that
     the integrated circuit and its associated printed circuit
     element have been virtually integrated into the composite
     structure of card 12 with no substantial or material
     disruption or interference of the lamination of the
25   composite structure of the card itself.  The assembled
     composite, as shown in Figure 2, is processed by

G02454

1  conventional means typically by application of heat and/or
   100-400 psi lamination pressure exerted on card 21 across
   opposing layers 20 and all intervening layers. It can also
   be readily appreciated that during hot pressing, virtually

5  no pressure or strain is applied to integrated circuit 10
   which is housed entirely within cavity 52 cut into core
   layer 14.

   Even if the card is not laminated by roll laminating or
   hot pressure lamination, but is laminated through an

10 adhesive, the integrated circuit and printed circuit element
   are so integrated within the card, that printed circuit
   element 16 is substantially characterized by the elasticity
   of layers 14, 18 and 20. There is much less limitation
   placed upon the bending of the card due to printed circuit

15 16 as is typical of the prior art, namely by the limited
   flexibility of a glass printed circuit board subject to
   fracture. Indeed, card 21 may be bent to the limitations of
   the materials from which it is fabricated and beyond before
   the failure of printed circuit element 16 is expected.

20 Moreover, there is virtually no significant reduction in
   yield due to loss of function of integrated circuit 10
   suffered during the lamination process. The yield during
   lamination is thus nearly 100% and the per unit cost of the
   card does not significantly increase due to waste or loss of

25 materials during the lamination process.

1    Turn now to Figure 4, wherein one method of
manufacturing the cards of Figures 1-3 is diagrammatically
shown as a continuous web process. A roll 26 of material or
film 28 carries integrated circuit 10 and printed circuit

5    element 16 on a thin film 28 similar in size and
construction to photographic film. However, acetate or
photographic film is not necessarily used but a plastic
material such as polyester or vinyl film is employed, which
is bondable to materials used within the card. Thus, the

10    embodiment of Figure 4, as opposed to the embodiment of
Figures 1-3, contemplates the formation and electrical
coupling of integrated circuit 10 and printed circuit
element 16 on film 28 rather than directly on core layer 14.
Circuit 10 may be glued on top of film 28 or in a precut

15    hole defined into film 28 and suspended thereacross by its
leads as may be desired.

    The circuit bearing film 28 is continuously fed by
conventional means onto a continuous web of core material
114 in which prepunched cavities 112 have been defined.

20    Film 28 is aligned and synchronized such that printed
circuits 10 are registered with cavity 112 as film 28 is
laid upon core layer 114. As film 28 is being laid on core
layer 114 as diagrammatically depicted in Figure 4, also
simultaneously therewith are laid appropriately prepared

25    graphics layers 118 and protective layers 120. Layers 114,
118 and 120 perform the same functions and are related to

G02456

WO 96/08801                                                          PCT/US96/01734

11

1  each other in an analogous fashion to the corresponding
   layers 14, 16 and 28, respectively, of the embodiment of
   Figures 1-3.

        Layer 114, film 28 and layers 118 and 120, having thus
5  been assembled to form a composite sandwich according to the
   teaching of Figures 1-3, are conveyed in a continuous
   process to a lamination press diagrammatically shown in
   Figure 4 and generally denoted by reference numeral 122.
   While in press 122 the multiple layers just described are
10 pressed to form a bonded or laminated composite similar to
   that shown and described in conjunction with Figure 2.

        The laminated web continues to a die cutting station
   diagrammatically depicted in Figure 4 and generally denoted
   by reference numerals 124. The perimeter of the card is
15 then cut from the continuous web of laminated material and
   is die-cut, resulting in the finished proximity access cards
   126 again diagrammatically depicted in plan view in Figure 4
   as issuing in a continuous process from the manufacturing
   line depicted in Figure 4.

20      The embodiment of Figure 4 has been described as a
   continuous web process, but the methodology of manufacture
   which contemplates the use of a circuit bearing film 28,
   whether in the form of a roll or as individual plates or
   carriers, could also be utilized in a discrete lamination
25 process where each card is separately fabricated in an

1    analogous fashion to that suggested in connection with the

     embodiment of Figures 1-3.

         Figure 5 is a simplified and highly enlarged series of

     five sectional views of a circuit devised according to the

5    methodology and structure as depicted in connection with

     Figures 1-4.  Integrated circuit 10 is probed by a plurality

     of needles 30, one of which is shown in Figure 5.  Such

     needle may have a thickened shank 32 and a conical or

     tapered thin point 34.

10       In step 1 of the illustration of Figure 5, needle 30 is

     shown poised above protective layer 20 and is about to be

     inserted through layers 20 and 18 into a conductive pad

     which was part of printed circuit element 16.

         In step 2 in Figure 5 needle 30 has been fully inserted

15   into card 22 so that needle point 34 has made at least a

     partial penetration into an appropriately positioned pad of

     circuit element 16.  Needle 30 is therefore in electrical

     contact with the pad of circuit element 16.  Therefore,

     electrical signals can then be communicated through needle

20   30 to integrated circuit 10.  Although the diagrammatic

     depiction of Figure 5 shows only one needle 30 in contact

     with the pad of printed circuit element 16, it is of course

     contemplated that a plurality of such needles may be

     simultaneously inserted if desired to allow parallel input

25   and programming of circuit 10.

P1932

G02458

1     In step 3 of Figure 5 needle 30 has been withdrawn from
card 21 leaving puncture hole 36 through layers 20 and 16 to
the pad of printed circuit element 16 which has been
contacted. Since the needle tip 34 of needle 30 is very

5    small, it is possible to leave puncture holes 36 in card 21
without any substantial effect or degradation of the card's
performance or integrity.

    However, if desired, puncture holes 36 can later be
covered with an epoxy or filler, as as shown in step 4 of

10   Figure 5 where hole 36 is healed by the application of heat
and pressure applied through an anvil element
diagrammatically depicted as element 38. Puncture hole 36
is formed by the pressure and heat of anvil 38 to close and
form a completely or substantially completely repaired

15   closure 40. Step 5 of Figure 5 shows a "healing" of layers
16 and 20 which leaves nearly no trace.

    The methodology of Figure 5 provides some advantages
over an alternative method, for example, of predefining
holes through layers 20 and 16 to expose the contact pads of

20   printed circuit element 16 for later temporary insertion of
thin electrodes. Firstly, there is no need for careful
alignment or registration of preformed or defined holes in
layers 20 and 16 with underlying pads of printed circuit
element 16. Instead, needles 30 need only be aligned

25   directly with the contact pads of printed circuit element 16
or equivalently core layer 14, which can be easily.

P4283

G02459

1   accomplished by insertion of card 22 in a jig included

within a probing station in which needles 30 are fixed.

This simplifies not only the programming of circuit 10

within card 22, but also the fabrication of a card 22

5   generally.

The embodiments thus far discussed have each

contemplated the existence of a hole in a core layer or at

least in an opposing relatively thick layer into which the

circuit die is inserted. It is also contemplated as being

10   within the scope of the invention that the thin layer

opposing the circuit die may be heated to temporarily soften

the layer to allow the circuit die to be embedded into the

softened layer during lamination without undue stress being

exerted upon the the circuit die or other damage being

15   caused to the die or circuit elements. Curing or cooling of

the softened layer will then provide a relatively hard

encasement to protect the circuit die.

A process similar to that of Figure 4, namely a process

wherein the circuit element and circuit die is on a carrier,

20   may also be practiced wherein film 29 is not a thin film but

a thick layer similar to core layer 114 and wherein core

layer 114 is deleted. In other words, the circuit die and

circuit elements may be disposed directly on a roll, strip,

or discrete carrier having a thickness comparable to the

25   core layer and then laminated to additional layers without

the need for core layer 114.

WO 99/50781                                                              PCT/US98/01784

25

1        many modifications and alterations may be made by those
having ordinary skill in the art without departing from the
spirit and scope of the invention.  Therefore, the
illustrated embodiment must be understood as being shown
5    only for the purpose of example and not as limiting the
invention which is defined in the following claims.

P1635

G02461

WO 98/08181    PCT/US97/01524

16

## CLAIMS

1.  A method for manufacturing a proximity card
comprising the steps of:

disposing a printed circuit element directly onto
a core layer;

disposing an integrated circuit into a cavity
defined in said core layer;

selectively and electrically coupling said
integrated circuit and printed circuit element with each
other;

disposing at least one additional layer of
material over said printed circuit element and integrated
circuit disposed on said core layer; and

laminating all said layers together to form an
integrated card,

whereby said printed circuit element and
integrated circuit element are integrated into said
laminated integrated card without substantial alteration of
the laminated and integrated structure of said card.


2.  The method of claim 1 wherein said cavity is
formed into said core layer prior to disposition of said
printed circuit element thereon.

F1936

G02462

1        3.    The method of Claim 1 wherein said cavity is
cut into said core layer subsequent to disposition of said
circuit element on said core layer.

1        4.    The method of Claim 1 where said step of
disposing said at least one additional layer on said printed
circuit element and integrated circuit element further
comprises disposing a graphics layer on each side of said
5    core layer and disposing a protective layer on each said
graphics layer, said core layer, printed circuit element,
integrated circuit, graphics layer and protective layers
forming an integrated card.

1        5.    The method of Claim 5 where in said step of
disposing said integrated circuit into said cavity in said
core layer, said integrated circuit is entirely disposed in
said cavity with little or no portion of said integrated
5    circuit other than said leads necessary to couple said
integrated circuit to said printed circuit element are
exposed out of said cavity.

1        6.    The method of Claim 5 wherein said cavity is
preset into said core layer prior to disposition of said
printed circuit element thereon.

G02463

7.  The method of Claim 5 wherein said cavity is
cut into said core layer subsequent to disposition of said
circuit element on said core layer.

8.  A method for fabricating a proximity card
comprising the steps of:

disposing a film on a core layer, said film
carrying a printed circuit element and an integrated circuit
electrically coupled to said printed circuit element, said
film aligned with a cavity defined in said core layer such
that when said film is disposed on said core layer, said
integrated circuit disposed on said film is aligned with and
into said cavity defined in said core layer;

disposing at least one additional layer of
material on said film, printed circuit element and
integrated circuit carried by said film; and

laminating said film, core layer and at least one
additional layer together to form an integrated card,

whereby said printed circuit element and
integrated circuit are included within said laminated card
in an integral manner without substantial structural
alteration of said laminated card.

9.  The method of Claim 8 where each of said steps
is continuously performed, said film containing a plurality
of printed circuit elements and corresponding integrated

P1996

G02464

circuits coupled together, said film being disposed on said
5  core layer as a continuous web, said core layer forming a
continuous web having a corresponding plurality of cavities,
one cavity corresponding to each integrated circuit carried
by said continuous web of film, and said at least one
additional layer being a continuous web of material disposed
10 upon said continuous web of film carrying said printed
circuit element and integrated circuit, and upon said
continuous web of core layer.

1     10.   The method of Claim 9 further comprising the
step of die-cutting the integrated webs of laminated layers
to form a plurality of separate cards, each card including
one integrated circuit and printed circuit element.

1     11.   The method of Claim 6 where said step of
disposing said at least one additional layer further
comprises disposing a graphics layer on each side of said
core layer and a protective layer on each graphics layer
5  opposite said core layer, and where in said step of
laminating, said core layer, printed circuit element,
graphics layers and protective layers are laminated into
said integrated card.

1     12.   The method of Claim 11 where each of said
steps is continuously performed, said film being disposed in

G02465

said core layer on a continuous web containing a plurality
of printed circuit elements and corresponding integrated
circuits coupled together, said core layer forming a
continuous web having a corresponding plurality of cavities,
one cavity corresponding to each integrated circuit carried
by said continuous web of film, and said at least one
additional layer being a continuous web disposed upon said
continuous web of film carrying said printed circuit element
and integrated circuit and upon said continuous web of core
layer.

13. The method of Claim 12 further comprising the
step of die-cutting the integrated web of laminated layers
to form a plurality of separate cards, each card including
one integrated circuit and printed circuit element.

14. A laminated, integrated proximity card
comprising:

a core layer with a cavity defined therethrough;

an integrated circuit having leads disposed in
said cavity, little or no portion of said integrated
circuit, except said leads, being disposed exterior to said
cavity of said core layer;

a printed circuit element disposed on said core
layer and selectively electrically coupled to said
integrated circuit; and

P1940

G02468

at least one additional layer disposed over said printed circuit element, integrated circuit and core layer, said at least one additional layer being bonded with at least said core layer to form said integrated card,

15    whereby a thin, flexible proximity access card is provided in which said printed circuit element and integrated circuit are integrated without substantial structural alteration of said integrated card.

1    15.  The card of Claim 14 wherein said at least one additional layer further comprises a graphics layer disposed on each side of said core layer and a protective layer disposed on each graphics layer on the side of said 5    graphics layer opposite said core layer, and wherein said protective layer, graphics layer and core layers are bonded together to form said integrated card.

1    16.  The card of Claim 14 wherein said at least one additional layer is bonded to said core layer by lamination.

1    17.  The card of Claim 15 wherein said protective layer, graphics layer and core layer are mutually bonded together by lamination.

P1941

G02487

1    18.  The card of Claim 14 wherein said printed
circuit element and integrated circuit element are disposed
directly upon and in said core layer respectively.

1    19.  The card of Claim 14 wherein said printed
circuit element and integrated circuit are disposed on a
film and said film, carrying said printed circuit element
and integrated circuit, are disposed on said core layer,
5  said film being registered with said core layer so that said
integrated circuit is disposed within said cavity defined in
said core layer.

1    20.  The card of Claim 19 wherein said at least
one additional layer further comprises a graphics layer
disposed on each side of said core layer and a protective
layer disposed on each graphics layer on the side of said
5  graphics layer opposite said core layer, and wherein said
protective layer, graphics layer and core layer are bonded
together to form said integrated card.

1    21.  A method of electrically accessing an
integrated circuit within a laminated card having no exposed
electrical contacts, but including at least one electrical
pad disposed within said laminated card, said electrical pad
5  being electrically communicated with said integrated
circuit, said method comprising the steps of:

P1842

G02466

aligning at least one needle over said card, said
needle being aligned with respect to said at least one pad
disposed within said laminated card;

10          disposing said aligned needle into the material of
said card and at least into contact with said pad, said
needle and pad then being connected with each other to
permit communication of electrical signals through said
needle to said pad;

15          communicating electrical signals through said
needle to said pad and hence to said integrated circuit; and
          removing said at least one needle from said
laminated card,
          whereby said integrated circuit within said
20 laminated card can be inexpensively and simply electrically
accessed for the purpose of programming said integrated
circuit.

1          22.  The method of Claim 21 where in said step of
removing said needle from said card a puncture hole is left
in said card.

1          23.  The method of Claim 22 further comprising the
step of removing said puncture hole to substantially restore
said laminated card to its original configuration prior to
said step of disposing said needle into said laminated card.

1       24. The method of Claim 23 where in said step of removing said puncture hole, said puncture hole is filled with a nonconductive material.

1       25. The method of Claim 23 where in said step of removing said puncture hole from said laminated card, said puncture hole is closed by application of pressure to said card in the vicinity of said puncture hole.

1       26. A method for manufacturing a proximity card comprising the steps of:

providing a printed circuit element and integrated circuit electrically coupled thereto on a core layer;

5       softening at least one additional layer of material in preparation for disposition onto said core layer, said integrated circuit and said circuit element;

disposing said softened additional layer of material over said printed circuit element and integrated

10  circuit disposed on said core layer; and

laminating all said layers together to form an integrated card,

whereby said printed circuit element and integrated circuit element are integrated into said

15  laminated integrated card without substantial alteration of the laminated and integrated structure of said card.

P1944

G02470

1          27.  The method of Claim 26 further comprising the
step of hardening said softened layer after said softened
layer is laminated to said core layer.

1          28.  The method of Claim 26 wherein said softened
layer is an inherently soft layer of material and never
hardens.

1          29.  The method of Claim 27 where said step of
laminating includes embedding said integrated circuit into
said softened layer.

1          30.  A method for fabricating a proximity card
comprising the steps of:
             providing a core layer, said layer directly
carrying a printed circuit element and an integrated circuit
1   electrically coupled to said printed circuit element;
             disposing at least one additional layer of
material on said core layer, printed circuit element and
integrated circuit carried by said core layer; and
             laminating said core layer and at least one
10  additional layer together to form an integrated card,
             whereby said printed circuit element and
integrated circuit are included within said laminated card
in an integral manner without substantial structural
alteration of said laminated card.

PT940

G02471

31.  The method of Claim 35 where each of said
steps is continuously performed, said core layer containing
a plurality of printed circuit elements and corresponding
integrated circuits coupled together, said core layer

5   forming a continuous web having a corresponding plurality of
cavities, one cavity corresponding to each integrated
circuit carried by said continuous web of core layer, and
said at least one additional layer being a continuous web of
material disposed upon said continuous web of core layer

10  carrying said printed circuit element and integrated
circuit.

32.  The method of Claim 30 further comprising the
step of die-cutting the integrated webs of laminated layers
to form a plurality of separate cards, each card including
one integrated circuit and printed circuit element.

33.  The method of Claim 30 where said step of
disposing said at least one additional layer further
comprises disposing a graphics layer on each side of said

5   core layer and a protective layer on each graphics layer
opposite said core layer, and where in said step of
laminating, said core layer, printed circuit element,
graphics layers and protective layers are laminated into
said integrated card.

G02472

37

1        36.  The method of Claim 33 where each of said
steps is continuously performed, said core layer being
disposed on said core layer as a continuous web containing a
plurality of printed circuit elements and corresponding

5  integrated circuits coupled together, said core layer
forming a continuous web having a corresponding plurality of
cavities, one cavity corresponding to each integrated
circuit carried by said continuous web of core layer, and
said at least one additional layer being a continuous web

10  disposed upon said continuous web of core layer carrying
said printed circuit element and integrated circuit and upon
said continuous web of core layer.

G02473

WO 99/00872

1/4

PCT/US98/01324

FIG.1

22



FIG.2

22



G02474

WO 98/08891                                                      PCT/US98/01354

2/4



FIG.3

P1949

G02475

WO 98/08892    2/4    PCT/US96/01334



FIG. 4

P1960

G02476

WO 03/00092    4/4    PCT/US01/01324



FIG. 5

# EXHIBIT 8

529bleih

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2                                          ------------------------------x

3    LEIGHTON TECHNOLOGIES, LLC,

4         Plaintiff-Counterclaim Defendant,

5              v.                              04 Civ. 2496(CM)

6                                              MARKMAN HEARING

7    OBERTHUR CARD SYSTEMS, S.A.,

8         Defendant-Counterclaim Plaintiff.

9    ------------------------------x

10

11                                            White Plains, N.Y.
                                              February 9, 2005
12                                            10:00 a.m.

13   Before:

14              THE HONORABLE COLLEEN McMAHON,

15                                            District Judge

16              APPEARANCES

17

18   SUTHERLAND, ASBILL & BRENNAN, LLP
         Attorneys for Plaintiff-Counterclaim Defendant
19   ROBERT A. GUTKIN
     BLAIR M. JACOBS
20   NEIL G. COHEN
     CHRISTINE ONDRICK
21

22   BAKER & McKENZIE
         Attorneys for Defendant-Counterclaim Plaintiff
23   JAMES DAVID JACOBS
     FRANK M. GASPARO
24        t

25   Also present:  MIREILLE CLAPIER, Oberthur inhouse counsel

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

64

529bleih

1     electronic element in a little pouch to keep it safe.

2           MR. J. JACOBS:  And then put air around it to keep it

3     safer.

4           THE COURT:  Well, no.  There could be air inside the

5     little pouch.  I mean, my little pouch that I put my lipstick

6     in when I go out has air inside of it.  Yes, there is air

7     outside of it, too, but that's not what's pertinent.  That's

8     not what's pertinent.  What it's protecting is what's inside

9     the pouch, the nonelectronic carrier.

10          MR. J. JACOBS:  Yes, but, also, the recess is

11    protecting it, your Honor.

12          Here we have a slide of the figure.

13          THE COURT:  No, no.  The recess is the nonelectronic

14    carrier.

15          MR. J. JACOBS:  Your Honor, I beg to differ.  And we

16    have the '024 patent here to show you exactly what the

17    structure is in the '024 patent.

18          We have colored in red air.  That's item number 14.

19    That is the buffer zone.  Or 1B.  I'm not sure what it is.  But

20    you see it colored in red.

21          THE COURT:  There can't be any air here because their

22    invention puts the electronic element directly, physically

23    touching.  There is no air here between the two plastic sheets.

24          Believe me, I'm going to define these terms in such a

25    way that there cannot possibly be any air between the plastic