UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN: Leighton v. Oberthur – 04 Civ. 2496 (CM)(LMS)

FROM: Judge McMahon

DATE: December 3, 2007

---

Counsel:

Having worked my way through the hearing record, it seems to me that it is possible to conclude from the evidence that Mr. Leighton did not conceive of "his" invention at all. Would anyone care to comment on that, or to suggest how it would impact on the precise motion I am trying to decide?

*[signature]*
U.S.D.J.

BY FAX AND ECF TO:

The Hon. Lisa Margaret Smith, Chief United States Magistrate Judge
All Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07