**Sutherland**
**Asbill &**
**Brennan** LLP
ATTORNEYS AT LAW

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100
fax 202.637.3593
www.sablaw.com

ROBERT A GUTKIN
DIRECT LINE: 202.383.0751
E-mail: robert.gutkin@sablaw.com

January 11, 2008

**MEMO ENDORSED**

Great

/s/ Colleen McMahon
1/14/08

VIA FACSIMILE

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

Re: Leighton Technologies LLC v. Oberthur Card Systems, S.A., et al.
Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

In light of your Honor's recent Order and instruction to work on the schedule for a prompt jury trial, the Parties are working on contacting potential witnesses to check their availability. The parties are also cooperating on procedural issues, including whether any additional depositions will be required based on the witnesses to testify at the trial. The Parties hope to provide your Honor with possible trial dates by next week for the Court's consideration.

Respectfully submitted,

_/s/ Robert A. Gutkin_
Robert A. Gutkin
Sutherland Asbill & Brennan LLP
Counsel for Plaintiff

_/s/ Edward DeFranco_ by BJ
Edward DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Counsel for Defendants

cc: The Honorable Lisa Margaret Smith (via Federal Express)
Kevin Johnson, Esq. (via E-mail)
Mark Baker, Esq. (via E-mail)
Blair Jacobs, Esq. (via E-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

7796606.1

Atlanta ■ Austin ■ Houston ■ New York ■ Tallahassee ■ Washington, DC