**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com


RECEIVED
FEB 6 - 2008
CHAMBERS OF
COLLEEN McMAHON

February 6, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

<u>Via Facsimile</u>

The Honorable Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   <i>Leighton Tech. v. Oberthur Card Sys., et al.</i>, Case No. 04 Civ. 02496 (CM)

Dear Judge McMahon:

As Your Honor requested, the parties are cooperating to resolve a number of scheduling difficulties relating to potential dates for the upcoming trial. The parties expect that within the next week they should be able to provide Your Honor with trial dates for the Court's consideration.

We apologize for any inconvenience to the Court in not being able to resolve this sooner.

Respectfully submitted,

Edward J. DeFranco, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
<i>Counsel for Defendants</i>

Robert A. Gutkin, Esq.
Sutherland Asbill & Brennan LLP
<i>Counsel for Plaintiff</i>

Hurry — I am fill up!
starting to fill up

Colleen McMahon
2/7/08

quinn emanuel urquhart oliver & hedges, llp