Robert A. Gutkin, Esq. (Pro hac vice)
Blair M. Jacobs, Esq. (Pro hac vice)
Christina A. Ondrick (Pro hac vice)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC  20004-2415
Tel:  202-383-0100
Fax:  202-637-3593

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEIGHTON TECHNOLOGIES LLC,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 04-cv-02496 (CM)(LMS) |
| | ) |
| v. | ) |
| | ) **PLAINTIFF AND COUNTERCLAIM** |
| | ) **DEFENDANT LEIGHTON** |
| **OBERTHUR CARD SYSTEMS, S.A.,** | ) **TECHNOLOGIES LLC'S NOTICE OF** |
| **OBERTHUR CARD SYSTEMS,** | ) **MOTION FOR LEAVE TO FILE** |
| **OF AMERICA CORPORATION** | ) **AMENDED ANSWER TO** |
| | ) **COUNTERCLAIMS, AFFIRMATIVE** |
| **Defendants.** | ) **DEFENSES** |
| | ) |
| **OBERTHUR CARD SYSTEMS, S.A.,** | ) |
| **OBERTHUR CARD SYSTEMS** | ) |
| **OF AMERICA CORPORATION** | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| **Counterclaim Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **LEIGHTON TECHNOLOGIES LLC,** | ) |
| **GENERAL PATENT CORPORATION** | ) |
| **INTERNATIONAL,** | ) |
| **GENERAL PATENT CORPORATION,** | ) |
| **AND IP HOLDINGS LLC,** | ) |
| | ) |
| **Counterclaim Defendants.** | ) |
| | ) |

7847272.10

Pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff and Counterclaim Defendant Leighton Technologies LLC moves this Court for an order granting leave to amend its Answer to Defendants and Counterclaim Plaintiffs Oberthur Card Systems, S.A. and Oberthur Card Systems of American Corporation's Counterclaims to add the affirmative defense of laches.

Dated: March 27, 2008

                                              SUTHERLAND ASBILL & BRENNAN LLP

                                                  /s/ Robert A. Gutkin
By: Robert A. Gutkin, Esq. (Pro hac vice)
Blair M. Jacobs, Esq. (Pro hac vice)
Christina A. Ondrick, Esq. (Pro hac vice)
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: 202-383-0100
Fax: 202-637-3593

*Attorneys for Plaintiff*
LEIGHTON TECHNOLOGIES LLC