IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEIGHTON TECHNOLOGIES LLC, | ) ) ) ) |
| Plaintiff, | ) Case No. 04-cv-02496 ) (CM)(LMS) ) |
| v. | ) [PROPOSED] ORDER ) |
| OBERTHUR CARD SYSTEMS, S.A., | ) ) |
| Defendant. | ) ) ) |

Upon consideration of Plaintiff and Counterclaim Defendant Leighton Technologies LLC's Motion for Leave to File Amended Answer to Counterclaims, Affirmative Defenses and papers filed in support thereof, and good cause being shown, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's Motion for Leave to File Amended Answer to Counterclaims, Affirmative Defenses is GRANTED; and

    2.    The attached Amended Answer to Counterclaims, Affirmative Defenses shall be deemed filed, as of the date of this Order.

_____

Southern District of New York

7847272.8