**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

WRITER'S DIRECT DIAL NO.
(212) 849-7106

WRITER'S INTERNET ADDRESS
eddefranco@quinnemanuel.com

# MEMO ENDORSED

April 4, 2008

<u>Via Facsimile</u>

The Honorable Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: <u>Leighton Tech. v. Oberthur Card Sys. et al.</u>, Case No. 04 Civ. 02496 (CM)

Dear Judge McMahon:

I am writing on behalf of both parties to respectfully request that the hearing on inventorship/standing be moved from July 7-9 to July 16-18. This request is necessitated by the schedules of participants at the hearing, as well as by a recent conflict with the *IBM v. Platform Solutions, Inc.* case pending before Judge Kaplan, in which a Markman Hearing has been set for July 8th. I am arguing on behalf of IBM at that Markman Hearing.

We very much appreciate the Court's patience with respect to scheduling issues in this case, as well as its consideration of this request. The parties are available to discuss this further at the Court's convenience.

Respectfully submitted,

*[signature]*

Edward J. DeFranco, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
*Counsel for Defendants*

cc: Robert A. Gutkin, Esq.
Sutherland Asbill & Brennan LLP
*Counsel for Plaintiff*

*[Handwritten endorsement by Judge McMahon:]* But I come ahead of Judge Kaplan. I have other trials scheduled. The answer is NO. *[signed]* Colleen McMahon 4/7/08

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415 875 6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712