McMahon, J

ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LEIGHTON TECHNOLOGIES LLC,

    Plaintiff,

vs.

OBERTHUR CARD SYSTEMS, S.A. and
OBERTHUR CARD SYSTEMS OF
AMERICA CORPORATION,

    Defendants.

---

OBERTHUR CARD SYSTEMS, S.A. and
OBERTHUR CARD SYSTEMS OF
AMERICA CORPORATION,

    Counterclaim Plaintiffs,

vs.

LEIGHTON TECHNOLOGIES LLC,
GENERAL PATENT CORPORATION
INTERNATIONAL, GENERAL PATENT
CORPORATION, and IP HOLDINGS LLC,

    Counterclaim Defendants.

Case No: 04 CV 02496 (CM) (LMS)

**STIPULATION AND ORDER**

Hon. Colleen McMahon

Magistrate Judge Lisa M. Smith

    IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel of record that the Defendants' time to file an opposition to Plaintiff's Motion for Leave to File an Amended Answer in the above-captioned matter is hereby extended from April 14, 2008 to April 16, 2008. To the extent that Plaintiffs choose to file a reply to Defendant's Opposition, the time for doing so under L. Civ. R. 6.1 is similarly extended.

    There have been no prior extensions of time for Defendants' opposition. Plaintiff consents to Defendants' request for an extension.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

Dated: April 9, 2008
      New York, New York

| SUTHERLAND ASBILL & BRENNAN LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|---|---|
| *Bob Gutkin / with permission MB* | *Mark Baker* |
| Robert A. Gutkin (*pro hac vice*) | Edward J. DeFranco (ED-6524) |
| Blair M. Jacobs (*pro hac vice*) | Robert C. Juman (RJ-6350) |
| Christina A. Ondrick (*pro hac vice*) | Mark D. Baker (MB-0302) |
| 1275 Pennsylvania Avenue, NW | 51 Madison Avenue, 22nd Floor |
| Washington, DC 20004 | New York, New York 10010 |
| (202) 383-0100 | (212) 849-7000 |
| | |
| *Attorneys for Plaintiff Leighton Technologies LLC* | Kevin P.B. Johnson (KJ-8689) |
| | 555 Twin Dolphin Drive, Suite 560 |
| | Redwood Shores, CA 94065 |
| | (650) 801-5000 |
| | |
| | *Attorneys for Defendants Oberthur Card Systems, S.A. and Oberthur Card Systems of America Corporation* |

SO ORDERED:
_____
Hon. Colleen McMahon
U.S.D.J.

✓ DATED APRIL 14, 2008
✓ New York, New York