UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

LEIGHTON TECHNOLOGIES LLC,
    Plaintiff,

-against-                    04 CV 2496 (CM) (LMS)

**Honorable Colleen McMahon**
**Magistrate Judge Lisa M. Smith**

OBERTHUR CARD SYSTEMS, S.A.,
OBERTHUR CARD SYSTEMS
OF AMERICA CORPORATION
    Defendant.

------------------------------------------------X

### MOTION TO ADMIT CHARLES J. HAWKINS PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Lewis S. Weiner, a member in good standing of this Court, hereby move for an Order allowing the admission *pro hac vice* of :

Charles J. Hawkins
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: 202-383-0100
Fax: 202-637-3593

Mr. Hawkins is a member in good standing of the District of Columbia Court of Appeals. A Certificate of Good Standing issued by the Court of Appeals for the District of Columbia is attached hereto. There are no pending disciplinary proceedings against Charles J. Hawkins in any State or Federal Court. The Court is respectfully referred to the affidavit of Lewis S. Wiener in support of this Motion.

Dated: May 20, 2008

Respectfully Submitted,

Lewis S. Wiener
SDNY Bar No. LW1990
Admitted on June 5, 2001
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: 202-383-0100
Fax: 202-637-3593

7890590.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
LEIGHTON TECHNOLOGIES LLC,      :
      Plaintiff,                 :
                                 :
      -against-                  :   04 CV 2496 (CM) (LMS)
                                 :
                                 :   **Honorable Colleen McMahon**
OBERTHUR CARD SYSTEMS, S.A.;     :   **Magistrate Judge Lisa M. Smith**
OBERTHUR CARD SYSTEMS            :
OF AMERICA CORPORATION           :
      Defendant.                 :
                                 :
------------------------------------------------------X

## AFFIDAVIT OF LEWIS S. WIENER IN SUPPORT OF CHARLES J. HAWKINS MOTION TO ADMIT PRO HAC VICE

State of New York  )
                            ) ss:
County of New York )

Lewis S. Wiener, being duly sworn, hereby and says as follows:

1. I am a Partner at Sutherland Asbill & Brennan LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Charles J. Hawkins as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in January 13, 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. I have known Mr. Hawkins since 2004. Mr. Hawkins is an attorney at Sutherland Asbill & Brennan LLP. Mr. Hawkins is a member in good standing of the bar of the District of Columbia. He was admitted to practice before the District of Columbia Court of Appeals on August 9, 2004. A Certificate of Good Standing issued by the Court of Appeals for the District of Columbia is attached hereto.

4. Accordingly, I am pleased to move the admission of Charles J. Hawkins, *pro hac vice*.

7890628.1

Affidavit of Lewis S. Wiener
  In Support of Motion to
  Admit Counsel Pro Hac Vice
Page 2

5.    I respectfully submit a proposed order granting the admission of Charles J. Hawkins, *pro hac vice*, which is attached hereto.

    WHEREFORE it is respectfully requested that the motion to admit Charles J. Hawkins, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted

Dated: May 20, 2008

City, State: Washington, DC

Notarized:

*[Signature]*
Terrie S. Coleman
Notary Public, District of Columbia
My Commission Expires 10/14/2011

Respectfully Submitted,

*[Signature]*
Lewis S. Wiener
SDNY Bar Code: LW1990

7890628.1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHARLES J. HAWKINS

was on the 9TH day of AUGUST, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ Charles
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
LEIGHTON TECHNOLOGIES LLC,           :
    Plaintiff,                                          :
                                                             :
    -against-                                        :    04 CV 2496 (CM) (LMS)
                                                             :
                                                             :    **Honorable Colleen McMahon**
                                                             :    **Magistrate Judge Lisa M. Smith**
OBERTHUR CARD SYSTEMS, S.A.,     :
OBERTHUR CARD SYSTEMS                  :
OF AMERICA CORPORATION               :
    Defendant.                                       :
                                                             :
-------------------------------------------------X

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Lewis S. Wiener and supporting affidavit: IT IS HEREBY ORDERED that

    Charles J. Hawkins
    Sutherland Asbill & Brennan LLP
    1275 Pennsylvania Ave., NW
    Washington, DC 20004
    Tel.: 202-383-0100
    Fax: 202-637-3593

is admitted to practice *pro hac vice* as counsel for Leighton Technologies LLC in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                                              United States District/Magistrate Judge

7890614.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff Leighton Technologies LLC's Motion to Admit Charles J. Hawkins Pro Hac Vice, Affidavit of Lewis S. Wiener in Support of Plaintiff Leighton Technologies LLC's Motion to Admit Charles J. Hawkins Pro Hac Vice, Order for Admission Pro Hac Vice on Written Motion, and Certificate of Good Standing for Charles J. Hawkins was mailed on May 20, 2008 by U.S. First Class Mail to the following:

Edward DeFranco
Kevin Johnson
Mark Baker
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010


United States District Court
 Southern District of New York
500 Pearl St.
New York, NY 10007-1312

7890839.1