

1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
202.383.0100 Fax 202.637.3593
www.sutherland.com

ATLANTA
AUSTIN
HOUSTON
NEW YORK
TALLAHASSEE
WASHINGTON DC

**ROBERT A GUTKIN**
DIRECT LINE: 202.383.0751
E-mail: robert.gutkin@sutherland.com



RECEIVED
CHAMBERS OF
COLLEEN McMAHON

# MEMO ENDORSED

June 13, 2008

OK
6/19/08

**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

    Re:    Leighton Technologies LLC v. Oberthur Card Systems, S.A., et al.
              Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

    In view of the limited nature of the upcoming hearing on July 16, 2008, and the vast amount of materials already reviewed by the Court regarding this matter, the parties have been working together to streamline the pre-hearing filings. The parties respectfully request that they be given until June 30, 2008 to file the joint pretrial order, requests to charge, proposed voir dire instructions and proposed verdict form.

Respectfully submitted,

_____
Robert A. Gutkin
Sutherland Asbill & Brennan LLP
Counsel for Plaintiff

_____ /By RAG with permission
Edward DeFranco
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Counsel for Defendants

cc:    Kevin Johnson, Esq. (via E-mail)
        Mark Baker, Esq. (via E-mail)
        Blair Jacobs, Esq. (via E-mail)

7926312.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

SUTHERLAND ASBILL & BRENNAN LLP