

| | 1275 Pennsylvania Ave., NW<br>Washington, DC 20004-2415<br>202.383.0100 Fax 202.637.3593<br>www.sutherland.com | ATLANTA<br>AUSTIN<br>HOUSTON<br>NEW YORK<br>TALLAHASSEE<br>WASHINGTON DC |

ROBERT A GUTKIN
DIRECT LINE: 202.383.0751
E-mail: robert.gutkin@sutherland.com

# MEMO ENDORSED

July 18, 2008

**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

*[Handwritten endorsement: 7/21/08 until Friday July 25 at noon]*

Re: Leighton Technologies LLC v. Oberthur Card Systems, S.A.
Case No. 04 Civ. 02496 (CM)(LMS)

Dear Judge McMahon:

The parties are working together to finalize the last remaining issues with the Settlement Agreement. The parties have been working diligently on this matter, but because of the nature of certain issues it has taken longer than expected to conclude this matter. The Court's June 20, 2008 Order provides 30 days for either party to request restoration of the action to the Court's Calendar, in the event the matter has not settled. That date falls on Sunday, July 20, 2008, and the parties believe the date carries over to the conclusion of the next Court business day, Monday, July 21, 2008.

The parties hope to have this matter concluded by the close of business on Monday, July 21, 2008 or sooner. However, out of an abundance of caution, in the event that today is the last Court business day to request that the matter be restored to the Court's Calendar, Leighton does so, or alternatively respectfully requests until the close of business on Tuesday, July 22, 2008 to make such a request.

Respectfully submitted,

*[signature]*

Robert A. Gutkin

cc: Edward DeFranco, Esq. (via E-mail)
Kevin Johnson, Esq. (via E-mail)
Mark Baker, Esq. (via E-mail)

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/21/08 |

7972711.1                                                                SUTHERLAND ASBILL AND BRENNAN LLP